IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants Cipla Limited ("Cipla"), Aurobindo Pharma Limited ("Aurobindo"), and Zenara Pharma Private Limited ("Zenara"), subject to the approval of the Court, that the time for Cipla, Aurobindo, and Zenara to produce samples of their ANDA products is extended through and including December 22, 2023. If a defendant cannot produce samples by that date, that defendant will confer with Plaintiffs by December 14, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS, LLP |
| /s/ *Megan E. Dellinger* | /s/ *Daniel A. Taylor* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute* | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 504-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendant Cipla Limited* |
| | MORRIS JAMES, LLP |
| | /s/ *Kenneth L. Dorsney* |
| | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants Aurobindo Pharma Limited and Zenara Pharma Private Limited* |

December 7, 2023

      SO ORDERED, this _____ day of _____, 2023.

                                                        _____
                                                        United States Magistrate Judge