## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| FOLDRX PHARMACEUTICALS, LLC, | ) | |
| PF PRISM IMB B.V., WYETH LLC and | ) | |
| THE SCRIPPS RESEARCH INSTITUTE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-879 (GBW) (CJB) |
| | ) | CONSOLIDATED |
| DEXCEL PHARMA TECHNOLOGIES | ) | |
| LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND TIME FOR PRODUCTION OF SAMPLES

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and defendants

Aurobindo Pharma Limited ("Aurobindo") and Zenara Pharma Private Limited ("Zenara"), subject

to the approval of the Court, that the deadline for Aurobindo and Zenara to produce samples is

extended until January 12, 2024.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger
_____
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Attorneys for Plaintiffs
Pfizer Inc., FoldRx Pharmaceuticals, LLC,
PF PRISM IMB B.V., Wyeth LLC and
The Scripps Research Institute

MORRIS JAMES, LLP

/s/ Kenneth L. Dorsney
_____
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Attorneys for Defendants
Aurobindo Pharma Limited and
Zenara Pharma Private Limited

December 22, 2023

SO ORDERED, this _____ day of _____, 202_.

_____
United States Magistrate Judge