IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC.,                                          )
FOLDRX PHARMACEUTICALS, LLC,                          )
PF PRISM IMB B.V., WYETH LLC, and                     )
THE SCRIPPS RESEARCH INSTITUTE,                       )
                                                      )
                    Plaintiffs,                       )
                                                      )
            v.                                        )   C.A. No. 23-879 (GBW) (CJB)
                                                      )   CONSOLIDATED
DEXCEL PHARMA TECHNOLOGIES                            )
LIMITED, et al.,                                      )
                                                      )
                    Defendants.                       )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions (Separate Sets for Each Defendant Group)* were caused to be served on February 2, 2024, upon the following in the manner indicated:

Neal C. Belgam, Esquire                              *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Cipla Limited*

Louis H. Weinstein, Esquire                          *VIA ELECTRONIC MAIL*
Joshua I. Miller, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Cipla Limited*

Kenneth L. Dorsney, Esquire                    *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendant Aurobindo Pharma
Limited*

Dmitry V. Shelhoff, Esquire                    *VIA ELECTRONIC MAIL*
Kenneth S. Canfield, Esquire
Edward D. Pergament, Esquire
Julia S. Kim, Esquire
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ  07932
*Attorneys for Defendant Aurobindo Pharma
Limited*

Kenneth L. Dorsney, Esquire                    *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendant Zenara Pharma Private
Limited*

Dmitry V. Shelhoff, Esquire                    *VIA ELECTRONIC MAIL*
Kenneth S. Canfield, Esquire
Edward D. Pergament, Esquire
Julia S. Kim, Esquire
Pergament & Cepeda LLP
25A Hanover Road, Suite 104
Florham Park, NJ  07932
*Attorneys for Defendant Zenara Pharma Private
Limited*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

OF COUNSEL:

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Rhochelle Krawetz
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

February 2, 2024

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 2, 2024, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                     *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Cipla Limited*

Louis H. Weinstein, Esquire                                 *VIA ELECTRONIC MAIL*
Joshua I. Miller, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Cipla Limited*

Kenneth L. Dorsney, Esquire                                 *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendant Aurobindo Pharma Limited*

Dmitry V. Shelhoff, Esquire                                 *VIA ELECTRONIC MAIL*
Kenneth S. Canfield, Esquire
Edward D. Pergament, Esquire
Julia S. Kim, Esquire
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ  07932
*Attorneys for Defendant Aurobindo Pharma Limited*

Kenneth L. Dorsney, Esquire                                           *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendant Zenara Pharma Private
Limited*

Dmitry V. Shelhoff, Esquire                                          *VIA ELECTRONIC MAIL*
Kenneth S. Canfield, Esquire
Edward D. Pergament, Esquire
Julia S. Kim, Esquire
Pergament & Cepeda LLP
25A Hanover Road, Suite 104
Florham Park, NJ  07932
*Attorneys for Defendant Zenara Pharma Private
Limited*


                                                        */s/ Megan E. Dellinger*
                                                        _____
                                                        Megan E. Dellinger (#5739)