# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br>FOLDRX PHARMACEUTICALS, LLC,<br>PF PRISM IMB B.V., WYETH LLC, and<br>THE SCRIPPS RESEARCH INSTITUTE,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>DEXCEL PHARMA TECHNOLOGIES<br>LIMITED, et al.,<br><br>　　　　　Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>(Consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**AUROBINDO'S OBJECTIONS AND RESPONSES TO
PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-46)**

**ZENARA'S OBJECTIONS AND RESPONSES TO
PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-79)**

were served upon the attorneys listed below via electronic mail on this 11th day of March, 2024 prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | Thomas H.L. Selby<br>Stanley E. Fisher<br>Seth R. Bowers<br>Andrew Hoffman<br>Max Accardi<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>tselby@wc.com<br>sfisher@wc.com<br>sbowers@wc.com<br>ahoffman@wc.com<br>maccardi@wc.com<br><br>*Attorneys for Plaintiffs* |

Date: March 11, 2023

| | |
|---|---|
| *Of Counsel:* |    */s/ Kenneth L. Dorsney* |
| | Kenneth L. Dorsney (#3726) |
| Dmitry V. Shelhoff | Cortlan S. Hitch (#6720) |
| Kenneth S. Canfield | MORRIS JAMES LLP |
| Edward D. Pergament | 500 Delaware Avenue, Suite 1500 |
| PERGAMENT & CEPEDA LLP | Wilmington, DE 19801 |
| 25A Hanover Road, Suite 104 | (302) 888-6800 |
| Florham Park, NJ 07932 | kdorsney@morrisjames.com |
| (973) 998-7722 | chitch@morrisjames.com |
| dshelhoff@pergamentcepeda.com | |
| kcanfield@pergamentcepeda.com | *Counsel for Defendants* |
| epgerament@pergamentcepeda.com | *Aurobindo Pharma Limited and* |
| | *Zenara Pharma Private Limited* |