# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Megan E. Dellinger**
(302) 351-9366
mdellinger@morrisnichols.com

May 20, 2024

The Honorable Christopher J. Burke  *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building  *AND HAND DELIVERY*
844 North King Street
Wilmington, DE 19801-3555

    Re:    *Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited*,
             C.A. No. 23-879 (GBW) (CJB) (consolidated)

Dear Judge Burke:

    The parties to the above-referenced action write to report that no party has proposed any claim terms in the patents-in-suit for construction.[1] Accordingly, the parties respectfully request that the Court cancel the *Markman* hearing scheduled for October 2, 2024 (D.I. 22, ¶ 14), and take the deadlines for the associated briefing and technology tutorials off calendar (*see id.*, ¶¶ 11, 13).

             Respectfully,

             */s/ Megan E. Dellinger*

             Megan E. Dellinger (#5739)

MED/bac

cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)

---

[1] Defendants do not concede that the claim elements of the patents-in-suit are not indefinite and reserve all rights to raise any such claims or defenses under 35 U.S.C. § 112 during, *e.g.*, expert discovery and trial.