IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 23-879 (GBW) (CJB) <br> CONSOLIDATED |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Plaintiffs' Objections and Responses to Defendants' First Set of Collective Interrogatories (Nos. 1-3)* were caused to be served on July 17, 2024, upon the following in the manner indicated:

Anne Shea Gaza, Esquire   *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
Jennifer P. Siew, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Dennies Varughese, Pharm.D.   *VIA ELECTRONIC MAIL*
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Neal C. Belgam, Esquire  VIA ELECTRONIC MAIL
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Cipla Limited*

Louis H. Weinstein, Esquire  VIA ELECTRONIC MAIL
Joshua I. Miller, Esquire
Amlan Ray, Esquire
Frank Rodriguez, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Cipla Limited*

Kenneth L. Dorsney, Esquire  VIA ELECTRONIC MAIL
Cortlan S. Hitch, Esquire
MORRIS JAMES, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendant Aurobindo Pharma Limited*

Dmitry V. Shelhoff, Esquire  VIA ELECTRONIC MAIL
Kenneth S. Canfield, Esquire
Edward D. Pergament, Esquire
Julia S. Kim, Esquire
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ  07932
*Attorneys for Defendant Aurobindo Pharma Limited*

Dominick T. Gattuso, Esquire  VIA ELECTRONIC MAIL
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Zenara Pharma Private Limited*

Jeffrey S. Ward, Esquire  *VIA ELECTRONIC MAIL*
Emer L. Simic, Esquire
Charles K. Shih, Esquire
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
*Attorneys for Defendant Zenara Pharma Private Limited*

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Megan E. Dellinger*

OF COUNSEL:                Jack B. Blumenfeld (#1014)
                Megan E. Dellinger (#5739)
Thomas H.L. Selby            1201 North Market Street
Stanley E. Fisher              P.O. Box 1347
Seth R. Bowers               Wilmington, DE 19899
Andrew L. Hoffman          (302) 658-9200
Ayelet Evrony                jblumenfeld@morrisnichols.com
Rhochelle Krawetz          mdellinger@morrisnichols.com
Max Accardi
WILLIAMS & CONNOLLY LLP    *Attorneys for Plaintiffs*
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

July 17, 2024

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 17, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>Jennifer P. Siew, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC  20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

Louis H. Weinstein, Esquire      *VIA ELECTRONIC MAIL*
Joshua I. Miller, Esquire
Amlan Ray, Esquire
Frank Rodriguez, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Cipla Limited*

Kenneth L. Dorsney, Esquire      *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendant Aurobindo Pharma Limited*

Dmitry V. Shelhoff, Esquire      *VIA ELECTRONIC MAIL*
Kenneth S. Canfield, Esquire
Edward D. Pergament, Esquire
Julia S. Kim, Esquire
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ  07932
*Attorneys for Defendant Aurobindo Pharma Limited*

Dominick T. Gattuso, Esquire      *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Zenara Pharma Private Limited*

Jeffrey S. Ward, Esquire      *VIA ELECTRONIC MAIL*
Emer L. Simic, Esquire
Charles K. Shih, Esquire
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-3801
*Attorneys for Defendant Zenara Pharma Private Limited*

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)