IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| FOLDRX PHARMACEUTICALS, LLC, | ) | |
| PF PRISM IMB B.V., WYETH LLC, and | ) | |
| THE SCRIPPS RESEARCH INSTITUTE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-879 (GBW) (CJB) |
| | ) | CONSOLIDATED |
| DEXCEL PHARMA TECHNOLOGIES | ) | |
| LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Responses and Objections to Dexcel's First Set of Individual Requests for the Production of Documents and Things (Nos. 1-19)*; and (2) *Plaintiffs' Objections and Responses to Dexcel Pharma Technologies Limited's First Set of Interrogatories (Nos. 1-3)*;were caused to be served on July 22, 2024, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                          *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
Jennifer P. Siew, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Dexcel Pharma*
*Technologies Limited*

Dennies Varughese, Pharm.D.                          *VIA ELECTRONIC MAIL*
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC  20005
*Attorneys for Defendant Dexcel Pharma*
*Technologies Limited*

 

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Megan E. Dellinger*

OF COUNSEL:                          _____

Thomas H.L. Selby                   Jack B. Blumenfeld (#1014)
Stanley E. Fisher                   Megan E. Dellinger (#5739)
Seth R. Bowers                      1201 North Market Street
Andrew L. Hoffman                   P.O. Box 1347
Rhochelle Krawetz                   Wilmington, DE  19899
Max Accardi                         (302) 658-9200
Ayelet Evrony                       jblumenfeld@morrisnichols.com
WILLIAMS & CONNOLLY LLP             mdellinger@morrisnichols.com
680 Maine Avenue SW
Washington, DC  20024               *Attorneys for Plaintiffs*
(202) 434-5000

July 22, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 22, 2024, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                        *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
Jennifer P. Siew, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Dexcel Pharma*
*Technologies Limited*

Dennies Varughese, Pharm.D.                                   *VIA ELECTRONIC MAIL*
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC  20005
*Attorneys for Defendant Dexcel Pharma*
*Technologies Limited*

                                        */s/ Megan E. Dellinger*
                                        _____
                                        Megan E. Dellinger (#5739)