# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br>FOLDRX PHARMACEUTICALS, LLC,<br>PF PRISM IMB B.V., WYETH LLC, and<br>THE SCRIPPS RESEARCH INSTITUTE,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEXCEL PHARMA TECHNOLOGIES<br>LIMITED, et al.,<br><br>  Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>(Consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**DEFENDANTS AUROBINDO AND DEXCEL'S FIRST SET OF COMMON REQUESTS FOR PRODUCTION TO PLAINTIFFS (NOS. 1-7)**

were served upon the attorneys listed below via electronic mail on this 2nd day of August, 2024

prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | Thomas H.L. Selby<br>Stanley E. Fisher<br>Seth R. Bowers<br>Andrew Hoffman<br>Max Accardi<br>Rhochelle Krawetz<br>Ayelet Evrony<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>tselby@wc.com<br>sfisher@wc.com<br>sbowers@wc.com<br>ahoffman@wc.com<br>maccardi@wc.com<br>rkrawetz@wc.com<br>aevrony@wc.com<br><br>*Attorneys for Plaintiffs* |

Dated: August 2, 2024

*Of Counsel:*

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epgerament@pergamentcepeda.com

　　　　/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Counsel for Defendant
Aurobindo Pharma Limited and*