# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., and WYETH LLC,<br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br>　　　　Defendants. | C.A. No. 23-879 (GBW)(CJB)<br>CONSOLIDATED |

## STIPULATION AND [PROPOSED] ORDER
## FURTHER AMENDING THE SCHEDULING ORDER

WHEREAS on November 27, 2023, the Court entered a Scheduling Order in above-captioned action (D.I. 22, as amended D.I. 60);

WHEREAS the parties require additional time for fact and expert discovery; and,

WHEREAS the parties have agreed, subject to the approval of the Court, to modify certain dates in the Scheduling Order, as set forth below, but are not requesting a modification of the pretrial conference and trial dates set forth in the Scheduling Order (D.I. 22).

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendants, subject to the approval of the Court, that the Scheduling Order shall be amended as set forth below:

| Activity | Current Deadline | Proposed Deadline |
|---|---|---|
| Document Production, Substantial Completion | August 23, 2024 | **October 4, 2024** |
| Interim Status Report (Joint Letter to Court) | September 4, 2024 | **October 16, 2024** |

| | | |
|---|---|---|
| Joinder of Other Parties and *Amendment of Pleadings* | October 4, 2024 | **November 15, 2024** |
| Fact Discovery Cut Off | October 25, 2024 | **February 14, 2025** |
| Patentee Final Infringement Contentions | November 8, 2024 | **February 28, 2025** |
| Final Invalidity Contentions | December 5, 2024 | **March 14, 2025** |
| Expert Report, Party with Initial Burden of Proof on Subject Matter | January 24, 2025 | **April 18, 2025** |
| Supplemental Disclosure of Expert Report to Contradict or Rebut Evidence on the Same Matter Identified by Another Party | April 25, 2025 | **July 18, 2025** |
| Reply Expert Report from Party with Initial Burden of Proof | June 27, 2025 | **September 19, 2025** |
| Expert Discovery Cut Off | September 12, 2025 | **November 14, 2025** |
| *Daubert* Deadline | September 26, 2025 | **November 28, 2025** |
| Pretrial Conference | April 21, 2026 (3:00 PM) | **No change** |
| Trial | April 27, 2026 (9:30 AM) | **No change** |

No other deadlines set forth in the Scheduling Order, as amended, are altered by way of this stipulation, and hereafter the Scheduling Order shall not be further amended absent an order of this Court.

Counsel certify that a copy of this stipulation has been sent to their respective clients pursuant to D. Del. LR 16.4.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| | |
| */s/ Megan E. Dellinger* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (No. 1014) | Dominick T. Gattuso (No. 3630) |
| Megan E. Dellinger (No. 5739) | 300 Delaware Avenue, Suite 200 |
| 1201 North Market Street | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302)472-7311 |
| (302) 658-9200 | dgattuso@hegh.law |
| jblumenfeld@morrisnichols.com | |
| mdellinger@morrisnichols.com | *Attorney for Defendant Zenara Pharma Private Limited* |
| *Attorneys for Plaintiffs* | |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| MORRIS JAMES LLP | |
| | */s/ Samantha G. Wilson* |
| */s/ Kenneth L. Dorsney* | Anne Shea Gaza (No. 4093) |
| Kenneth L. Dorsney (No. 3726) | Samantha G. Wilson (No. 5816) |
| Cortlan S. Hitch (No. 6720) | Jennifer P. Siew (No. 7114) |
| 500 Delaware Avenue, Suite 1500 | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 888-6800 | Wilmington, DE 19801 |
| kdorsney@morrisjames.com | (302) 571-6600 |
| chitch@morrisjames.com | agaza@ycst.com |
| | swilson@ycst.com |
| *Attorneys for Defendant Aurobindo Pharma Limited* | jsiew@ycst.com |
| | *Attorneys for Defendant Dexcel Pharma Technologies Limited* |
| SMITH, KATZENSTEIN & JENKINS LLP | |
| | |
| */s/ Neal C. Belgam* | |
| Neal C. Belgam (No. 2721) | |
| Daniel A. Taylor (No. 6934) | |
| 1000 West Street, Suite 1501 | |
| Wilmington, DE 19801 | |
| (302) 652-8400 | |
| nbelgam@skjlaw.com | |
| dtaylor@skjlaw.com | |
| | |
| *Attorneys for Defendant Cipla* | |

Dated: August 20, 2024

SO ORDERED, this _____ day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE