IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., <br> FOLDRX PHARMACEUTICALS, LLC, <br> PF PRISM IMB B.V., WYETH LLC, and <br> THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES <br> LIMITED, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 23-879 (GBW) (CJB) <br> CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Supplemental Disclosure of Asserted Claims and Infringement Contentions for Zenara's ANDA Product* were caused to be served on September 3, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire <br> HEYMAN ENERIO GATTUSO & HIRZEL LLP <br> 300 Delaware Avenue, Suite 200 <br> Wilmington, DE 19801 <br> *Attorneys for Defendant Zenara Pharma Private Limited* | VIA ELECTRONIC MAIL |
| Jeffrey S. Ward, Esquire <br> Emer L. Simic, Esquire <br> Charles K. Shih, Esquire <br> NEAL GERBER & EISENBERG LLP <br> Two North LaSalle Street, Suite 1700 <br> Chicago, IL 60602-3801 <br> *Attorneys for Defendant Zenara Pharma Private Limited* | VIA ELECTRONIC MAIL |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Megan E. Dellinger (#5739) |
| Thomas H.L. Selby | 1201 North Market Street |
| Stanley E. Fisher | P.O. Box 1347 |
| Seth R. Bowers | Wilmington, DE  19899 |
| Andrew L. Hoffman | (302) 658-9200 |
| Ayelet Evrony | jblumenfeld@morrisnichols.com |
| Rhochelle Krawetz | mdellinger@morrisnichols.com |
| Max Accardi | |
| WILLIAMS & CONNOLLY LLP | *Attorneys for Plaintiffs* |
| 680 Maine Avenue SW | |
| Washington, DC  20024 | |
| (202) 434-5000 | |

September 3, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 3, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Zenara Pharma Private Limited* | *VIA ELECTRONIC MAIL* |
| Jeffrey S. Ward, Esquire<br>Emer L. Simic, Esquire<br>Charles K. Shih, Esquire<br>NEAL GERBER & EISENBERG LLP<br>Two North LaSalle Street, Suite 1700<br>Chicago, IL  60602-3801<br>*Attorneys for Defendant Zenara Pharma Private Limited* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)