IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Responses and Objections to Dexcel and Aurobindo's First Set of Common Requests for the Production of Documents and Things (Nos. 1-7)* were caused to be served on September 3, 2024, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                                                                          *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
Jennifer P. Siew, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Dennies Varughese, Pharm.D.  
Gaby L. Longsworth, Ph.D.  
Christopher M. Gallo, Esquire  
Alex Alfano, Esquire  
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.  
1101 K Street NW, 10th Floor  
Washington, DC  20005  
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

*VIA ELECTRONIC MAIL*

Kenneth L. Dorsney, Esquire  
Cortlan S. Hitch, Esquire  
MORRIS JAMES, LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE  19801  
*Attorneys for Defendant Aurobindo Pharma Limited*

*VIA ELECTRONIC MAIL*

Dmitry V. Shelhoff, Esquire  
Kenneth S. Canfield, Esquire  
Edward D. Pergament, Esquire  
Julia S. Kim, Esquire  
PERGAMENT & CEPEDA LLP  
25A Hanover Road, Suite 104  
Florham Park, NJ  07932  
*Attorneys for Defendant Aurobindo Pharma Limited*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)  
Megan E. Dellinger (#5739)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Thomas H.L. Selby  
Stanley E. Fisher  
Seth R. Bowers  
Andrew L. Hoffman  
Ayelet Evrony  
Rhochelle Krawetz  
Max Accardi  
WILLIAMS & CONNOLLY LLP  
680 Maine Avenue SW  
Washington, DC  20024  
(202) 434-5000

September 3, 2024

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 3, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

  I further certify that I caused copies of the foregoing document to be served on September 3, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>Jennifer P. Siew, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | VIA ELECTRONIC MAIL |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC 20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | VIA ELECTRONIC MAIL |
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES, LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Defendant Aurobindo Pharma Limited* | VIA ELECTRONIC MAIL |

Dmitry V. Shelhoff, Esquire  
Kenneth S. Canfield, Esquire  
Edward D. Pergament, Esquire  
Julia S. Kim, Esquire  
PERGAMENT & CEPEDA LLP  
25A Hanover Road, Suite 104  
Florham Park, NJ  07932  
*Attorneys for Defendant Aurobindo Pharma Limited*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

2