IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | C.A. No. 23-879 (GBW) (CJB) (Consolidated) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANT AUROBINDO PHARMA LIMITED'S SECOND AMENDED 26(A) AND PARAGRAPH 3 DISCLOSURES**

were served upon the attorneys listed below via electronic mail on this 24th day of September, 2024 prior to 5:00 p.m. Eastern:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Andrew Hoffman
Max Accardi
Rhochelle Krawetz
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
ahoffman@wc.com
maccardi@wc.com
rkrawetz@wc.com
aevrony@wc.com

*Attorneys for Plaintiffs*

Dated: September 24, 2024

|  |  |
|---|---|
| *Of Counsel:* | */s/ Kenneth L. Dorsney* |
|  | Kenneth L. Dorsney (#3726) |
| Dmitry V. Shelhoff | Cortlan S. Hitch (#6720) |
| Kenneth S. Canfield | MORRIS JAMES LLP |
| Edward D. Pergament | 500 Delaware Avenue, Suite 1500 |
| PERGAMENT & CEPEDA LLP | Wilmington, DE 19801 |
| 25A Hanover Road, Suite 104 | (302) 888-6800 |
| Florham Park, NJ 07932 | kdorsney@morrisjames.com |
| (973) 998-7722 | chitch@morrisjames.com |
| dshelhoff@pergamentcepeda.com |  |
| kcanfield@pergamentcepeda.com | *Attorneys for Defendant* |
| epgerament@pergamentcepeda.com | *Aurobindo Pharma Limited and* |