# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Megan E. Dellinger**
(302) 351-9366
mdellinger@morrisnichols.com

October 16, 2024

The Honorable Christopher J. Burke                    *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building                       *AND HAND DELIVERY*
844 North King Street
Wilmington, DE  19801-3555

    Re:  *Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited*,
          C.A. No. 23-879 (GBW) (CJB) (consolidated)

Dear Judge Burke:

    Pursuant to Paragraph 15 of the Scheduling Order (D.I. 22), as amended (D.I. 99), Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC, and The Scripps Research Institute (collectively, "Plaintiffs") and Defendants Dexcel Pharma Technologies Ltd. ("Dexcel"), Aurobindo Pharma Ltd. ("Aurobindo"), Cipla Ltd. ("Cipla"), and Hikma Pharmaceuticals USA, Inc. ("Hikma," and collectively with Dexcel, Aurobindo, and Cipla, "Defendants"), jointly submit this Interim Status Report.

    This is a Hatch-Waxman patent infringement action involving U.S. Patent Nos. 7,214,695, 7,214,696, and 9,770,441 (collectively, "Asserted Patents"), which are listed in the U.S. Food and Drug Administration's Orange Book in connection Plaintiff's VYNDAQEL® and/or VYNDAMAX® products.

    On August 10, 2023, August 18, 2023, and August 23, 2023, Plaintiffs filed Complaints against Dexcel, Cipla, and Aurobindo and Zenara Pharma Private Limited ("Zenara"), alleging infringement of one or more of the Asserted Patents in connection with Dexcel's filing of Abbreviated New Drug Application No. 218365, Cipla's filing of Abbreviated New Drug Application No. 218409, Aurobindo's filing of Abbreviated New Drug Application No. 218617, and Zenara's filing of Abbreviated New Drug Application No. 218205, seeking approval to market a generic version of VYNDAQEL® or VYNDAMAX® in the United States prior to the expiration of one or more of the Asserted Patents.  Plaintiffs filed a second Complaint against Aurobindo on October 19, 2023, in response to Aurobindo sending a second notice letter informing Plaintiffs of Aurobindo's intent to seek approval to market a generic version of VYNDAQEL® in the United States prior to the expiration of U.S. Patent No. 7,214,696.  The cases were consolidated for all purposes, including discovery and trial (D.I. 22).

The Honorable Christopher J. Burke
October 16, 2024
Page 2

      The parties exchanged initial disclosures, written discovery, and preliminary contentions. On May 20, 2024, the parties submitted a letter to the Court reporting that no party had proposed any terms in the Asserted Patents for construction, and thus respectfully requesting that the Court cancel the *Markman* hearing scheduled for October 2, 2024.

      On October 11, 2024, the Court entered a stipulation substituting Hikma for Zenara as a defendant, and dismissing Zenara without prejudice, based on a transfer of ownership of Abbreviated New Drug Application No. 218205 from Zenara to Hikma.

      The deadline for substantial completion of document production was October 4, 2024. The parties are conferring in good faith regarding various document discovery issues. Fact discovery closes February 14, 2025.

      Respectfully,

      */s/ Megan E. Dellinger*

      Megan E. Dellinger (#5739)

MED/bac

cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via electronic mail)