IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al.,<br><br>Defendants. | C.A. No. 23-879-GBW-CJB<br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 6, 2024, copies of (i) Defendant Hikma Pharmaceutical USA, Inc.'s Disclosures Pursuant to Delaware Default Standard Paragraph 3, and (ii) Amended Rule 26 Initial Disclosures of Defendant Hikma Pharmaceuticals USA, Inc. were served on the following counsel by electronic mail:

| | |
|---|---|
| OF COUNSEL:<br><br>Thomas H.L. Selby<br>Stanley E. Fisher<br>Seth R. Bowers<br>Andrew Hoffman<br>Max Accardi<br>Rhochelle Krawetz<br>Ayelet Evrony<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>tselby@wc.com<br>sfisher@wc.com<br>sbowers@wc.com<br>ahoffman@wc.com<br>maccardi@wc.com<br>rkrawetz@wc.com<br>aevrony@wc.com | Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com |

|  |  |
|---|---|
|  | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| OF COUNSEL: | */s/ Dominick T. Gattuso* |
|  | Dominick T. Gattuso (#3630) |
| Jeffrey S. Ward | 300 Delaware Avenue, Suite 200 |
| Emer L. Simic | Wilmington, DE 19801 |
| Charlie K. Shih | (302) 472-7300 |
| NEAL GERBER & EISENBERG LLP | dgattuso@hegh.law |
| Two North LaSalle Street |  |
| Suite 1700 | *Attorneys for Defendant Hikma* |
| Chicago, Illinois 60602-3801 | *Pharmaceuticals USA Inc.* |
| (312) 269-8000 |  |
| jward@nge.com |  |
| esimic@nge.com |  |

Dated: November 6, 2024