IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879 (GBW) (CJB)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Non-Party Hans Purkey's Responses and Objections to Defendant Dexcel Pharma Technologies Limited's Subpoena Duces Tecum to Hans Edward Purkey* were caused to be served on November 8, 2024, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                                                                           *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
Jennifer P. Siew, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Dennies Varughese, Pharm.D.  
Gaby L. Longsworth, Ph.D.  
Christopher M. Gallo, Esquire  
Alex Alfano, Esquire  
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.  
1101 K Street NW, 10th Floor  
Washington, DC  20005  
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Thomas H.L. Selby  
Stanley E. Fisher  
Seth R. Bowers  
Andrew L. Hoffman  
Ayelet Evrony  
Rhochelle Krawetz  
Max Accardi  
WILLIAMS & CONNOLLY LLP  
680 Maine Avenue SW  
Washington, DC  20024  
(202) 434-5000

November 8, 2024

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 8, 2024, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                                         *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
Jennifer P. Siew, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Dennies Varughese, Pharm.D.                                                  *VIA ELECTRONIC MAIL*
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC  20005
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

                                                                                   */s/ Megan E. Dellinger*
                                                                                   _____
                                                                                   Megan E. Dellinger (#5739)