**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>*Defendants*. | C.A. No. 1:23-cv-00879-GBW-CJB<br><br>CONSOLIDATED |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that undersigned counsel, R Touhey Myer, hereby enters his appearance on behalf of Defendant, Aurobindo Pharma Limited (herein, "Aurobindo") in the above-captioned action. Aurobindo respectfully requests that any future Notice of Electronic Filing related to this case be forwarded to counsel at the e-mail address provided below.

Dated: November 22, 2024

Respectfully submitted,

**KRATZ & BARRY LLP**

/s/ R Touhey Myer
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendant,
Aurobindo Pharma Limited*