# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>(Consolidated) |
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED,<br><br>*Defendant*. | C.A. No. 1:23-cv-01182-GBW-CJB |
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED,<br><br>*Defendant*. | C.A. No. 1:23-cv-00923-GBW-CJB |

1

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, the appearance of Kenneth S. Canfield, Julia S. Kim, Edward D. Pergament and Dmitry V. Shelhoff, of Pergament & Cepeda, LLP and Kenneth L. Dorsney and Cortlan S. Hitch of Morris James LLP for Defendant Aurobindo Pharma Limited ("Aurobindo") are hereby withdrawn. R Touhey Myer of Kratz & Barry LLP will continue to represent Aurobindo.

Dated: November 25, 2024

      */s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Prior Counsel for*
*Aurobindo Pharma Limited*