IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>*Defendants*. | C.A. No. 1:23-cv-00879-GBW-CJB<br><br>CONSOLIDATED |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel hereby moves for the admission *pro hac vice* of Timothy H. Kratz, George. J. Barry, III, Michael P. Hogan, and John Thallemer of Kratz & Barry LLP to represent Defendant, **Aurobindo Pharma Limited**, in this matter.

Dated: November 25, 2024                    **KRATZ & BARRY LLP**

/s/ R Touhey Myer
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated: _____          _____
HON. CHRISTOPHER J. BURKE
United States District Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUE, | : : : : : |
| Plaintiffs, | : C.A. No. 1:23-cv-00879-GBW-CJB : : CONSOLIDATED |
| v. | : : |
| DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*, | : : : |
| Defendants. | : : |

**CERTIFICATE BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 12/21/2023, I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 25, 2024

Timothy H. Kratz, Esquire
**KRATZ & BARRY LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUE, *Plaintiffs*, v. DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*, *Defendants*. | C.A. No. 1:23-cv-00879-GBW-CJB CONSOLIDATED |

## CERTIFICATE BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 12/21/2023, I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 25, 2024

Michael P. Hogan
**KRATZ & BARRY LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>*Defendants*. | C.A. No. 1:23-cv-00879-GBW-CJB<br><br>CONSOLIDATED |

**CERTIFICATE BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 12/21/2023, I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 25, 2024

George J. Barry, III
**KRATZ & BARRY LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUE, | : : : : : : : : : : : : : : | C.A. No. 1:23-cv-00879-GBW-CJB CONSOLIDATED |
| *Plaintiffs*, |  |  |
| v. |  |  |
| DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*, |  |  |
| *Defendants*. |  |  |

## CERTIFICATE BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 12/21/2023, I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 25, 2024

/s/ John Thallemer
John Thallemer
**KRATZ & BARRY LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338