IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>**CONSOLIDATED** |

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS the parties require additional time for fact and expert discovery; and,

WHEREAS the parties have agreed, subject to the approval of the Court, to modify certain dates in the Scheduling Order (D.I. 22, as amended), as set forth below, but are not requesting a modification of the pretrial conference and trial dates set forth in the Scheduling Order (D.I. 22).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines are extended as set forth below:

| Activity | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut Off | February 14, 2025 | March 28, 2025 |
| Patentee Final Infringement Contentions | February 28, 2025 | April 11, 2025 |
| Final Invalidity Contentions | March 14, 2025 | April 25, 2025 |
| Expert Report, Party with Initial Burden of Proof on Subject Matter | April 18, 2025 | May 30, 2025 |

| Activity | Current Deadline | Proposed Deadline |
|---|---|---|
| Supplemental Disclosure of Expert Report to Contradict or Rebut Evidence on the Same Matter Identified by Another Party | July 18, 2025 | August 22, 2025 |
| Reply Expert Report from Party with Initial Burden of Proof | September 19, 2025 | October 24, 2025 |
| Expert Discovery Cut Off | November 14, 2025 | December 19, 2025 |
| *Daubert* Deadline | November 28, 2025 | January 15, 2026 |
| Pretrial Conference | April 21, 2026 (3:00 PM) | No change |
| Trial | April 27, 2026 (9:30 AM) | No change |

No other deadlines are altered by this stipulation.

Pursuant to Local Rule 16.4(b), the undersigned counsel certify that their clients have been sent a copy of this stipulation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC, and The Scripps Research Institute*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Samantha G. Wilson*

Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Jennifer P. Siew (#7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
jsiew@ycst.com

*Attorneys for Defendant Dexcel Pharma Technologies Limited*

2

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS, LLP | KRATZ & BARRY LLP |
| */s/ Daniel A. Taylor* | */s/ R Touhey Myer* |
| Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>(302) 504-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendant Cipla Limited* | R Touhey Myer (#5939)<br>800 North West Street<br>Wilmington, DE  19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Attorneys for Defendant Aurobindo Pharma Limited* |
| | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| | */s/ Dominick T. Gattuso* |
| | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>(302) 472-7311<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |

December 23, 2024

SO ORDERED this _____ day of _____, 202__.

_____
J.

3