
751384

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
DELAWARE

**Plaintiff**
PFIZER, INC., ET AL

vs

**Defendant**
DEXCEL PHARMA TECHNOLOGIES LIMITED, ET AL

DOCKET NO. 23-879

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

Person to be served: EVOTEC (US) INC.
C/O CT CORPORATION SYSTEM, REGISTERED AGENT
Address:
820 BEAR TAVERN ROAD
TRENTON NJ 08628

Attorney:
   WINDELS, MARX, LANE & MITTENDO
   ONE GIRALDA FARMS SUITE 380
   MADISON NJ 07940

Papers Served:
SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, EXHIBIT "A"

**Service Data:**

Served Successfully ✓   Not Served ____   Date: 12-18-24   Time: 2:00 p.m.   Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

Aurora Kochesperger

PERSON IN CHARGE AT THE OFFICE
OF THE REGISTERED AGENT OF
THE CORPORATION.

**Description of Person Accepting Service:**
Age: 26   Height: 5'6   Weight: 130   Hair: Brown   Sex: Female   Race: Cauc

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____   Date _____   Time _____
                                 Date _____   Time _____
                                 Date _____   Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
18th day of Dec 2024

*Patricia Knapp*
Notary Signature

PATRICIA E KNAPP
Notary Public, State of New Jersey
Comm. # 2447530
My Commission Expires 06/25/2029

I, AZIZA AMER, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ 12-18-24
Signature of Process Server   Date

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No. 751384
File No. 602823-22

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| Pfizer Inc., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 23-879 (GBW) (CJB) |
| Dexcel Pharma Technologies Limited, et. al. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Evotec (US) Inc.

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Windels Marx Lane & Mittendorf, LLP<br>One Giralda Farms<br>Madison, NJ 07940 | Date and Time:<br>01/24/2025 9:00 am |
|---|---|

The deposition will be recorded by this method: stenography, video

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/17/2024

*CLERK OF COURT*

OR

_____    /s Joshua I. Miller
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Cipla Limited
_____, who issues or requests this subpoena, are:

Joshua Miller, One Giralda Farms, Madison, NJ 07940, jmiller@windelsmarx.com, (703) 609-0188

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).