

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Plaintiff**
PFIZER, INC., ET AL

vs

**Defendant**
DEXCEL PHARMA TECHNOLOGIES LIMITED, ET AL

DOCKET NO. 23-879

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Person to be served: EVOTEC (US) INC.
C/O CT CORPORATION SYSTEM, REGISTERED AGENT
Address:
820 BEAR TAVERN ROAD
TRENTON NJ 08628

Cost of Service pursuant to R4:4-30
$ _____

Attorney:
WINDELS, MARX, LANE & MITTENDO
ONE GIRALDA FARMS SUITE 380
MADISON NJ 07940

Papers Served:
SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, EXHIBIT "A"

**Service Data:**

Served Successfully ✓   Not Served ___   Date: 12-18-24   Time: 2:00 pm   Attempts: ___

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
Aurora Kochersperger
PERSON IN CHARGE AT THE OFFICE OF THE REGISTERED AGENT OF THE CORPORATION.

**Description of Person Accepting Service:**
Age: 26   Height: 5'6   Weight: 130   Hair: Brown   Sex: Female   Race: Cauc

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                               Date _____ Time _____
                               Date _____ Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this 18th day of Dec 2024

Patricia Knapp
Notary Signature

I, AZIZA AMER, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   12-18-24
Date

PATRICIA E KNAPP
Notary Public, State of New Jersey
Comm. # 2447530
My Commission Expires 06/25/2029

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700 Fax (973) 403-9222

Work Order No. 751378
File No. 602823-22

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| Pfizer Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 23-879 (GBW) (CJB) |
| Dexcel Pharma Technologies Limited, et. al. | ) | |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Evotec (US) Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: Windels Marx Lane & Mittendorf, LLP<br>One Giralda Farms<br>Madison, NJ 07940 | Date and Time:<br>01/17/2025 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/17/2024

| *CLERK OF COURT* | OR | |
|---|---|---|
| | | /s Joshua Miller |
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Cipla Limited                                                     , who issues or requests this subpoena, are:

Joshua Miller, One Giralda Farms, Madison, NJ 07940, jmiller@windelsmarx.com, 703-609-0188

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).