IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al.,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:　C.A. No. 23-879-GBW-CJB<br>:　**CONSOLIDATED**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 3, 2025, a copy of Defendant Hikma Pharmaceutical USA, Inc.'s First Set of Requests for Admissions to Plaintiffs (Nos. 1-6) [CONFIDENTIAL] were served on the following counsel by electronic mail:

OF COUNSEL:

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Andrew Hoffman
Max Accardi
Rhochelle Krawetz
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
ahoffman@wc.com
maccardi@wc.com
rkrawetz@wc.com
aevrony@wc.com

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

|  |  |
|---|---|
|  | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
|  |  |
|  | */s/ Dominick T. Gattuso* |
| OF COUNSEL: | Dominick T. Gattuso (#3630) |
|  | 300 Delaware Avenue, Suite 200 |
| Jeffrey S. Ward | Wilmington, DE 19801 |
| Emer L. Simic | (302) 472-7300 |
| Charlie K. Shih | dgattuso@hegh.law |
| NEAL GERBER & EISENBERG LLP |  |
| Two North LaSalle Street | *Attorneys for Defendant Hikma* |
| Suite 1700 | *Pharmaceuticals USA Inc.* |
| Chicago, Illinois 60602-3801 |  |
| (312) 269-8000 |  |
| jward@nge.com |  |
| esimic@nge.com |  |

Dated: January 3, 2025