IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 23-879-GBW-CJB<br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 13, 2025, a copy of Defendant Hikma Pharmaceutical USA, Inc.'s Response to Plaintiffs' First Set of Requests for Production to Hikma (Nos. 1-40) were served on the following counsel by electronic mail:

OF COUNSEL:

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Andrew Hoffman
Max Accardi
Rhochelle Krawetz
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
ahoffman@wc.com
maccardi@wc.com
rkrawetz@wc.com
aevrony@wc.com

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

|  |  |
|---|---|
| | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630) |
| OF COUNSEL:<br><br>Jeffrey S. Ward<br>Emer L. Simic<br>Charlie K. Shih<br>NEAL GERBER & EISENBERG LLP<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, Illinois 60602-3801<br>(312) 269-8000<br>jward@nge.com<br>esimic@nge.com<br>cshih@nge.com | 300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |

Dated:  January 13, 2025