# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>            Plaintiffs,<br><br>      v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879-GBW-CJB<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 14, 2025, the following was served on the counsel listed below in the manner indicated:

1) Defendant Dexcel Pharma Technologies Limited's Second Set of Individual Requests for the Production of Documents and Things (Nos. 20-22).

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Thomas H.L. Selby |
| Megan E. Dellinger | Stanley E. Fisher |
| MORRIS, NICHOLS, ARSHT | Seth R. Bowers |
| & TUNNELL LLP | Rhochelle Krawetz |
| 1201 North Market Street | Andrew L. Hoffman |
| P.O. Box 1347 | Max Accardi |
| Wilmington, DE 19899 | Ayelet Evrony |
| jblumenfeld@morrisnichols.com | WILLIAMS & CONNOLLY LLP |
| mdellinger@morrisnichols.com | 680 Maine Avenue SW |
| | Washington, DC 20024 |
| | tselby@wc.com |
| | sfisher@wc.com |
| | sbowers@wc.com |
| | rkrawetz@wc.com |
| | ahoffman@wc.com |
| | maccardi@wc.com |
| | aevrony@wc.com |

PLEASE TAKE FURTHER NOTICE that on January 14, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: January 14, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Of Counsel:<br>Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo<br>Alex Alfano<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW<br>10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>glongs@sternekessler.com<br>cgallo@sternekessler.com<br>aalfano@sternekessler.com | /s/ Anne Shea Gaza<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br>jsiew@ycst.com<br><br>*Attorneys for Dexcel Pharma Technologies Limited* |