IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 23-879-GBW-CJB **CONSOLIDATED** |
| v. | : : | |
| DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al., | : : : | |
| Defendants. | : : | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that, on January 14, 2025, copies of (i) Zenara's Answers and

Objections to Plaintiffs' Notice of Rule 30(b)(6) Deposition of Zenara [Confidential], and (ii)

Hikma's Answers and Objections to Plaintiffs' Notice of Rule 30(b)(6) Deposition of Hikma

[Confidential] were served on the following counsel by electronic mail:

OF COUNSEL:

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Andrew Hoffman
Max Accardi
Rhochelle Krawetz
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
ahoffman@wc.com
maccardi@wc.com
rkrawetz@wc.com
aevrony@wc.com

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

OF COUNSEL:

Jeffrey S. Ward
Emer L. Simic
Charlie K. Shih
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, Illinois 60602-3801
(312) 269-8000
jward@nge.com
esimic@nge.com
cshih@nge.com

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Hikma
Pharmaceuticals USA Inc.*

Dated:  January 14, 2025

2