IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., and WYETH LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>　　　　Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 16, 2025, Defendants Dexcel Pharma Technologies Limited, Cipla Limited, Hikma Pharmaceuticals USA Inc., and Aurobindo Pharma Limited (collectively, "Defendants"), served their notice of deposition of Pfizer, Inc. ("Pfizer") pursuant to Federal Rule of Civil Procedure 30(b)(6) on the following counsel for Plaintiffs via email:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Andrew L. Hoffman
Rhochelle Krawetz
Max Accardi
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW

Washington, DC 20024
(202) 434-5000
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
ahoffman@wc.com
rkrawetz@wc.com
maccardi@wc.com
aevrony@wc.com

Dated: January 16, 2025

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*