# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., and WYETH LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 17, 2025, Defendant Cipla Limited served its Objections and Responses to Plaintiffs' Rule 30(b)(6) Notice of Deposition on the following counsel for Plaintiffs via email:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Andrew L. Hoffman
Rhochelle Krawetz
Max Accardi
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
tselby@wc.com
sfisher@wc.com

sbowers@wc.com  
ahoffman@wc.com  
rkrawetz@wc.com  
maccardi@wc.com  
aevrony@wc.com  

Dated: January 17, 2025

**SMITH, KATZENSTEIN & JENKINS, LLP**

<u>*/s/ Daniel A. Taylor*</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*