IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED et al.,<br><br>*Defendants*. | C.A. No. 23-879 (GBW) (CJB)<br>(Consolidated) |

**<u>DEFENDANTS' NOTICE OF DEPOSITION OF HEATHER FRERICKS SCHMIDT</u>**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Defendants Dexcel Pharma Technologies Limited, Cipla Limited, Aurobindo Pharma Limited and Hikma Pharmaceuticals USA Inc. (collectively, "Defendants"), by and through their attorneys, will take the oral deposition of Heather Frericks Schmidt at a date, time, and place agreed upon by the parties. If not completed on the scheduled date, the deposition shall continue thereafter day to day until completed, with such adjournments to time and place as may be necessary. The deposition will be taken before a notary public or other person authorized by law to administer oaths. Pursuant to Rule 30(b)(3), the deposition may be recorded by stenographic means, audiotaped, videotaped, and transcribed using real time interactive transcription. You are invited to attend and cross-examine in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| /s/ Anne Shea Gaza | /s/ Dominick T. Gattuso |
| Anne Shea Gaza (#4093)<br>Samantha G. Wilson (#5816)<br>Jennifer P. Siew (#7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br>jsiew@ycst.com | Dominick T. Gattuso (# 3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7311<br>dgattuso@hegh.law |
| *Attorneys for Defendant Dexcel Pharma Technologies Limited* | *Attorney for Defendant Hikma Pharmaceuticals USA Inc.* |
| KRATZ & BARRY LLP | SMITH, KATZENSTEIN & JENKINS, LLP |
| /s/ R Touhey Myer | /s/ Daniel A. Taylor |
| R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 504-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com |
| *Attorneys for Defendant Aurobindo Pharma Limited* | *Attorneys for Defendant Cipla Limited* |

Dated: January 28, 2025