# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

## DEFENDANTS' NOTICE OF DEPOSITION OF HAHDI PERFECT

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Defendants Dexcel Pharma Technologies Limited, Cipla Limited, Hikma Pharmaceuticals USA Inc., and Aurobindo Pharma Limited (collectively, "Defendants"), by and through their attorneys, will take the oral deposition of Hahdi Perfect at **9:00 AM (Eastern) on March 19, 2025,** at the offices of Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024. If not completed on the scheduled date, the deposition shall continue thereafter day to day until completed, with such adjournments to time and place as may be necessary. The deposition will be taken before a notary public or other person authorized by law to administer oaths. Pursuant to Rule 30(b)(3), the deposition may be recorded by stenographic means, audiotaped, videotaped, and transcribed using real time interactive transcription. You are invited to attend and cross-examine in accordance with the Federal Rules of Civil Procedure.

Dated: January 29, 2025

| | |
|---|---|
| **SMITH, KATZENSTEIN & JENKINS LLP**<br><br>  /s/ Daniel A. Taylor<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendant*<br>*Cipla Limited* | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>  /s/ Anne Shea Gaza<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br>jsiew@ycst.com<br><br>*Attorneys for Defendant*<br>*Dexcel Pharma Technologies Limited* |
| **HEYMAN ENERIO GATTUSO & HIRZEL LLP**<br><br>  /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (No. 3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302)472-7311<br>dgattuso@hegh.law<br><br>*Attorney for Defendant*<br>*Hikma Pharmaceuticals USA Inc.* | **KRATZ & BARRY LLP**<br><br>  /s/ R Touhey Myer<br>R Touhey Myer (No. 5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Attorney for Defendant,*<br>*Aurobindo Pharma Limited* |