# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-879-GBW-CJB<br>)  (Consolidated)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 29, 2025, the following was served on the counsel listed below in the manner indicated:

1) Notice of Rule 30(b)(6) Deposition of Pfizer, Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC Pertaining to US Patent Nos. 7,214,695 and 7,214,696

2) Notice of Rule 30(b)(6) Deposition of the Scripps Research Institute Pertaining to US Patent Nos. 7,214,695 and 7,214,696

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Thomas H.L. Selby<br>Stanley E. Fisher<br>Seth R. Bowers<br>Rhochelle Krawetz<br>Andrew L. Hoffman<br>Max Accardi<br>Ayelet Evrony<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>tselby@wc.com<br>sfisher@wc.com<br>sbowers@wc.com<br>rkrawetz@wc.com<br>ahoffman@wc.com<br>maccardi@wc.com<br>aevrony@wc.com |

2

PLEASE TAKE FURTHER NOTICE that on January 29, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: January 29, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Of Counsel:<br>Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo<br>Alex Alfano<br>STERNE, KESSLER, GOLDSTEIN<br>& FOX P.L.L.C.<br>1101 K Street NW<br>10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>glongs@sternekessler.com<br>cgallo@sternekessler.com<br>aalfano@sternekessler.com | */s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br>jsiew@ycst.com<br><br>*Attorneys for Dexcel Pharma Technologies Limited* |