IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Second Supplemental Initial Disclosures Under Fed. R. Civ. P. 26(a)(1)* were caused to be served on February 7, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                                           *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
Jennifer P. Siew, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Dennies Varughese, Pharm.D.                                                  *VIA ELECTRONIC MAIL*
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC  20005
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Louis H. Weinstein, Esquire<br>Joshua I. Miller, Esquire<br>Amlan Ray, Esquire<br>Frank Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| R Touhey Myer, Esquire<br>KRATZ & BARRY LLP<br>800 North West Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Aurobindo Pharma Limited* | *VIA ELECTRONIC MAIL* |
| Timothy H. Kratz, Esquire<br>Michael P. Hogan, Esquire<br>George J. Barry, III, Esquire<br>John Thallemer, Esquire<br>KRATZ & BARRY LLP<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, GA  30338<br>*Attorneys for Defendant Aurobindo Pharma Limited* | *VIA ELECTRONIC MAIL* |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |

Jeffrey S. Ward, Esquire  
Emer L. Simic, Esquire  
Charles K. Shih, Esquire  
Joseph Sherling, Esquire  
NEAL GERBER & EISENBERG LLP  
Two North LaSalle Street, Suite 1700  
Chicago, IL  60602-3801  
*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

                                            *VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

OF COUNSEL:

Thomas H.L. Selby  
Stanley E. Fisher  
Christopher J. Mandernach  
Seth R. Bowers  
Andrew L. Hoffman  
Rhochelle Krawetz  
Max Accardi  
Ayelet Evrony  
WILLIAMS & CONNOLLY LLP  
680 Maine Avenue SW  
Washington, DC  20024  
(202) 434-5000  

February 7, 2025

Megan E. Dellinger (#5739)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
mdellinger@morrisnichols.com  

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 7, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>Jennifer P. Siew, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC  20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Louis H. Weinstein, Esquire<br>Joshua I. Miller, Esquire<br>Amlan Ray, Esquire<br>Frank Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Cipla Limited* | VIA ELECTRONIC MAIL |
| R Touhey Myer, Esquire<br>KRATZ & BARRY LLP<br>800 North West Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Aurobindo Pharma Limited* | VIA ELECTRONIC MAIL |
| Timothy H. Kratz, Esquire<br>Michael P. Hogan, Esquire<br>George J. Barry, III, Esquire<br>John Thallemer, Esquire<br>KRATZ & BARRY LLP<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, GA  30338<br>*Attorneys for Defendant Aurobindo Pharma Limited* | VIA ELECTRONIC MAIL |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | VIA ELECTRONIC MAIL |
| Jeffrey S. Ward, Esquire<br>Emer L. Simic, Esquire<br>Charles K. Shih, Esquire<br>Joseph Sherling, Esquire<br>NEAL GERBER & EISENBERG LLP<br>Two North LaSalle Street, Suite 1700<br>Chicago, IL  60602-3801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | VIA ELECTRONIC MAIL |

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)