**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, | : : : : : | C.A. No. 1:23-cv-00879-GBW-CJB |
| *Plaintiffs*, | : : | (Consolidated) |
| v. | : : | ANDA Case |
| DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*, | : : : : | |
| *Defendants*. | : : | |

**DEFENDANTS' NOTICE OF DEPOSITION OF EVAN T. POWERS, PH.D.**

PLEASE TAKE NOTICE THAT pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, the applicable Local Civil Rules of the United States District Court for the District of Delaware, and the Court's Scheduling Order, Defendants Aurobindo Pharma Ltd., Dexcel Pharma Technologies Limited, Cipla Limited, and Hikma Pharmaceuticals USA, Inc. (collectively, "Defendants"), by and through their undersigned counsel, will take the deposition by oral examination of Evan T. Powers, Ph.D.  The deposition will commence at **9:00 a.m. PST** on **Friday, March 7, 2025**.

PLEASE TAKE FURTHER NOTICE that the deposition will take place in accordance with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Delaware and under oath before a court reporter, notary public, or other person authorized by law to administer oaths. If not completed on the scheduled date, the deposition will continue from day to day until completed, with such adjournments to time and place as necessary. Pursuant to Rule 30(b)(3), the deposition will be recorded by stenographic, audio, audiovisual,

video and/or real-time computer means. The deposition will be conducted at the Emerald Plaza –

Regus, 402 West Broadway, Suite #400, San Diego, California 92101.

You are invited to attend and participate as provided by the Federal Rules of Civil

Procedure.

Dated: February 18, 2025

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendants,*
*Aurobindo Pharma Ltd. and*
*Aurobindo Pharma USA, Inc.*

**YOUNG CONAWAY**
**STARGATT & TAYLOR, LLP**

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Jennifer P. Siew (#7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
jsiew@ycst.com

*Attorneys for Defendant,*
*Dexcel Pharma Technologies Limited*

**SMITH, KATZENSTEIN &**
**JENKINS LLP**

*/s/ Daniel A. Taylor*
Daniel A. Taylor (#6934)
Neal C. Belgam (#2721)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant,*
*Cipla Limited*

2