## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al*., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 23-879-GBW-CJB
(Consolidated)

### NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Daniel G. Mackrides of Young Conaway Stargatt &

Taylor, LLP as counsel for Defendant Dexcel Pharma Technologies Limited in this action.


Dated: February 20, 2025

Of Counsel:
Dennies Varughese, Pharm.D.
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo
Alex Alfano
STERNE, KESSLER, GOLDSTEIN
& FOX P.L.L.C.
1101 K Street NW
10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
glongs@sternekessler.com
cgallo@sternekessler.com
aalfano@sternekessler.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 */s/ Daniel G. Mackrides*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Dexcel Pharma*
*Technologies Limited*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 20, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**<u>BY EMAIL</u>**

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Rhochelle Krawetz
Andrew L. Hoffman
Max Accardi
Ayelet Evrony
Christopher J. Mandernach
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
rkrawetz@wc.com
ahoffman@wc.com
maccardi@wc.com
aevrony@wc.com
cmandernach@wc.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorney for Dexcel Pharma Technologies Limited*