# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879-GBW-CJB<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF SAMANTHA G. WILSON

Pursuant to District of Delaware Local Rule 83.7, Defendant Dexcel Pharma Technologies Limited hereby notifies the Court that Samantha G. Wilson hereby withdraws her appearance as counsel in this action. Dexcel Pharma Technologies Limited will continue to be represented by the firms of Young Conaway Stargatt & Taylor, LLP and Sterne, Kessler, Goldstein & Fox P.L.L.C.

| | |
|---|---|
| Dated: February 20, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Of Counsel:<br>Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo<br>Alex Alfano<br>STERNE, KESSLER, GOLDSTEIN<br>& FOX P.L.L.C.<br>1101 K Street NW<br>10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>glongs@sternekessler.com<br>cgallo@sternekessler.com<br>aalfano@sternekessler.com | */s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Daniel G. Mackrides (No. 7230)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>dmackrides@ycst.com<br><br>*Attorneys for Dexcel Pharma Technologies Limited* |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Thomas H.L. Selby |
| Megan E. Dellinger | Stanley E. Fisher |
| MORRIS, NICHOLS, ARSHT | Seth R. Bowers |
| & TUNNELL LLP | Rhochelle Krawetz |
| 1201 North Market Street | Andrew L. Hoffman |
| P.O. Box 1347 | Max Accardi |
| Wilmington, DE 19899 | Ayelet Evrony |
| jblumenfeld@morrisnichols.com | Christopher J. Mandernach |
| mdellinger@morrisnichols.com | WILLIAMS & CONNOLLY LLP |
| | 680 Maine Avenue SW |
| | Washington, DC 20024 |
| | tselby@wc.com |
| | sfisher@wc.com |
| | sbowers@wc.com |
| | rkrawetz@wc.com |
| | ahoffman@wc.com |
| | maccardi@wc.com |
| | aevrony@wc.com |
| | cmandernach@wc.com |

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorney for Dexcel Pharma Technologies Limited*