# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>          Plaintiffs,<br><br>     v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>          Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

### NOTICE OF DEPOSITION OF HANS EDWARD PURKEY

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rules of Civil Procedure 30 and 45, Defendants Dexcel Pharma Technologies Limited and Aurbindo Pharma Limited, by and through their attorneys, will take the oral deposition of Hans Edward Purkey at **9:00 AM (Pacific) March 9, 2025**, at Grand Hyatt at SFO, 55 S. McDonnell Rd., San Francisco, CA 94128. If not completed on the scheduled date, the deposition shall continue thereafter day to day until completed, with such adjournments to time and place as may be necessary. The deposition will be taken before a notary public or other person authorized by law to administer oaths. Pursuant to Rule 30(b)(3), the deposition may be recorded by stenographic means, audiotaped, videotaped, and transcribed using real time interactive transcription. You are invited to attend and cross-examine in accordance with the Federal Rules of Civil Procedure.

Dated: February 20, 2025

| | |
|---|---|
| **KRATZ & BARRY LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| /s/ R Touhey Myer | /s/ Daniel G. Mackrides |
| R Touhey Myer (No. 5939) | Anne Shea Gaza (No. 4093) |
| 800 N. West Street | Daniel G. Mackrides (No. 7230) |
| Wilmington, DE 19801 | Rodney Square |
| (302) 527-9378 | 1000 North King Street |
| tmyer@kratzandbarry.com | Wilmington, DE 19801 |
| | (302) 571-6600 |
| *Attorney for Defendant* | agaza@ycst.com |
| *Aurobindo Pharma Limited* | dmackrides@ycst.com |
| | |
| | *Attorneys for Defendant* |
| | *Dexcel Pharma Technologies Limited* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Rhochelle Krawetz
Andrew L. Hoffman
Max Accardi
Ayelet Evrony
Christopher J. Mandernach
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
rkrawetz@wc.com
ahoffman@wc.com
maccardi@wc.com
aevrony@wc.com
cmandernach@wc.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorney for Dexcel Pharma Technologies Limited*