IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC and THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) **C.A. No. 23-879 (GBW) (CJB)** ) **CONSOLIDATED** ) ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS the parties require additional time for fact and expert discovery; and,

WHEREAS the parties have agreed, subject to the approval of the Court, to modify certain dates in the Scheduling Order (D.I. 22, amended by D.I. 119), as set forth below, but are not requesting a modification of the *Daubert* deadline or the pretrial conference and trial dates set forth in the Scheduling Order (D.I. 22, amended by D.I. 119).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines are extended as set forth below:

| Activity | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cut Off | March 28, 2025 | May 2, 2025 |
| Patentee Final Infringement Contentions | April 11, 2025 | May 16, 2025 |
| Final Invalidity Contentions | April 25, 2025 | May 30, 2025 |
| Expert Report, Party with Initial Burden of Proof on Subject Matter | May 30, 2025 | June 27, 2025 |
| Supplemental Disclosure of Expert Report to Contradict or Rebut Evidence on the Same Matter Identified by Another Party | August 22, 2025 | September 12, 2025 |
| Reply Expert Report from Party with Initial Burden of Proof | October 24, 2025 | November 7, 2025 |
| Expert Discovery Cut Off | December 19, 2025 | No change |

| Activity | Current Date | Proposed Date |
|---|---|---|
| *Daubert* Deadline | January 15, 2026 | No change |
| Pretrial Conference | April 21, 2026 | No change |
| Trial | April 27, 2026 | No change |

No other deadlines are altered by this stipulation.

Pursuant to Local Rule 16.4(b), the undersigned counsel certify that their clients have been sent a copy of this stipulation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (#4093)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Dexcel Pharma Technologies Limited*

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Daniel A. Taylor*

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 504-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*

KRATZ & BARRY LLP

*/s/ R Touhey Myer*

R Touhey Myer (#5939)
800 North West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendant Aurobindo Pharma Limited*

                                                HEYMAN ENERIO GATTUSO & HIRZEL LLP

                                                */s/ Dominick T. Gattuso*
                                                _____
                                                Dominick T. Gattuso (#3630)
                                                300 Delaware Avenue, Suite 200
                                                Wilmington, DE 19801
                                                (302) 472-7311
                                                dgattuso@hegh.law

                                                *Attorneys for Defendant Hikma*
                                                *Pharmaceuticals USA Inc.*

February 21, 2025

 

       SO ORDERED, this _____ day of _____, 2025.

 

                                                _____
                                                United States District Court Judge