IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' First Set of Interrogatories to Hikma (Nos. 1-4)*; and (2) *Plaintiffs' First Set of Requests for Admission to Hikma (Nos. 1-8)* were caused to be served on February 26, 2025, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire                                                                VIA ELECTRONIC MAIL
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Hikma*
*Pharmaceuticals USA Inc.*

Jeffrey S. Ward, Esquire                                                                       VIA ELECTRONIC MAIL
Emer L. Simic, Esquire
Charles K. Shih, Esquire
Joseph Sherling, Esquire
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-3801
*Attorneys for Defendant Hikma*
*Pharmaceuticals USA Inc.*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Megan E. Dellinger (#5739)<br>1201 North Market Street |
| Thomas H.L. Selby | P.O. Box 1347 |
| Stanley E. Fisher | Wilmington, DE 19899 |
| Christopher J. Mandernach | (302) 658-9200 |
| Seth R. Bowers | mdellinger@morrisnichols.com |
| Andrew L. Hoffman |  |
| Rhochelle Krawetz | *Attorneys for Plaintiffs* |
| Max Accardi |  |
| Ayelet Evrony |  |
| WILLIAMS & CONNOLLY LLP |  |
| 680 Maine Avenue SW |  |
| Washington, DC 20024 |  |
| (202) 434-5000 |  |

February 26, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 26, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey S. Ward, Esquire<br>Emer L. Simic, Esquire<br>Charles K. Shih, Esquire<br>Joseph Sherling, Esquire<br>NEAL GERBER & EISENBERG LLP<br>Two North LaSalle Street, Suite 1700<br>Chicago, IL  60602-3801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)