IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879 (GBW) (CJB)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Second Set of Interrogatories to Defendant Dexcel Pharma Technologies Limited (Nos. 2-5)* were caused to be served on March 5, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                                                VIA ELECTRONIC MAIL
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Dennies Varughese, Pharm.D.                                                        VIA ELECTRONIC MAIL
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC  20005
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ *Megan E. Dellinger* |
| OF COUNSEL: | Megan E. Dellinger (#5739)<br>1201 North Market Street |
| Thomas H.L. Selby<br>Stanley E. Fisher<br>Christopher J. Mandernach<br>Seth R. Bowers<br>Andrew L. Hoffman<br>Rhochelle Krawetz<br>Max Accardi<br>Ayelet Evrony<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC  20024<br>(202) 434-5000 | P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* |
| March 5, 2025 | |

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 5, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC  20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)