IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 23-879 (GBW) (CJB) <br> CONSOLIDATED |

## PLAINTIFFS' NOTICE OF 30(b)(1) DEPOSITION OF PRAVEEN KUMAR

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and the Local Court Rules for the United States District Court for the District of Delaware, Plaintiffs will take the oral deposition of Praveen Kumar. The deposition will take place remotely on April 24, 2025 at 6:00 a.m. ET and continue day-to-day until completed, with adjournments as may be necessary. The deposition will be before a Notary Public or other person authorized by law to administer oaths and will be recorded using video, audio, or stenographic means, or a combination of those means.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Megan E. Dellinger (#5739) |
|  | 1201 North Market Street |
| Thomas H.L. Selby | P.O. Box 1347 |
| Stanley E. Fisher | Wilmington, DE  19899 |
| Christopher J. Mandernach | (302) 658-9200 |
| Seth R. Bowers | mdellinger@morrisnichols.com |
| Andrew L. Hoffman |  |
| Rhochelle Krawetz | *Attorneys for Plaintiffs* |
| Max Accardi |  |
| Ayelet Evrony |  |
| WILLIAMS & CONNOLLY LLP |  |
| 680 Maine Avenue SW |  |
| Washington, DC  20024 |  |
| (202) 434-5000 |  |

March 26, 2025

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 26, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey S. Ward, Esquire<br>Emer L. Simic, Esquire<br>Charles K. Shih, Esquire<br>Joseph Sherling, Esquire<br>NEAL GERBER & EISENBERG LLP<br>Two North LaSalle Street, Suite 1700<br>Chicago, IL  60602-3801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)