# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., and WYETH LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned counsel certifies that pursuant to Federal Rule of Civil Procedure 45(a)(4) and D. Del. LR 5.4(b), on March 26, 2025, notice of the following subpoenas:

- Subpoena to Curia Global, Inc. in Indiana, to Testify at a deposition.

- Subpoena to Curia Global, Inc. in Indiana, to Produce Documents, Information, or Objects or to Permit Inspection of Premises.

- Subpoena to Curia Global, Inc. in North Carolina, to Testify at a deposition in a Civil Action.

- Subpoena to Curia Global, Inc. in North Carolina, to Produce Documents, Information, or Objects or to Permit Inspection of Premises.

were served on the following counsel for Plaintiffs via email:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com

mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Andrew L. Hoffman
Rhochelle Krawetz
Max Accardi
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
ahoffman@wc.com
rkrawetz@wc.com
maccardi@wc.com
aevrony@wc.com

Dated: March 27, 2025

*Of Counsel:*

Amlan Ray
Joshua I. Miller
Frank Rodriguez
WINDELS MARX LANE &
MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
Phone: (973) 966-3200
Facsimile: (973) 966-3250
aray@windelsmarx.com
jmiller@windelsmarx.com
frodriguez@windelsmarx.com

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*