IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-879 (GBW) (CJB)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF 30(b)(1) and 30(b)(6) DEPOSITION OF DR. ARJIT DAS**

PLEASE TAKE NOTICE that pursuant to Rules 30(b)(1) and 30(b)(6) of the Federal Rules of Civil Procedure and the Local Court Rules for the United States District Court for the District of Delaware, Plaintiffs will take the oral deposition of Dr. Arjit Das.  The deposition will take place at One Giralda Farms, Madison, NJ on April 3, 2025 at 12:00 pm and continue day-to-day until completed, with adjournments as may be necessary.  The deposition will be before a Notary Public or other person authorized by law to administer oaths and will be recorded using video, audio, or stenographic means, or a combination of those means.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Megan E. Dellinger (#5739) |
| | 1201 North Market Street |
| Thomas H.L. Selby | P.O. Box 1347 |
| Stanley E. Fisher | Wilmington, DE  19899 |
| Christopher J. Mandernach | (302) 658-9200 |
| Seth R. Bowers | mdellinger@morrisnichols.com |
| Andrew L. Hoffman | |
| Rhochelle Krawetz | *Attorneys for Plaintiffs* |
| Max Accardi | |
| Ayelet Evrony | |
| WILLIAMS & CONNOLLY LLP | |
| 680 Maine Avenue SW | |
| Washington, DC  20024 | |
| (202) 434-5000 | |

March 27, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 27, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Louis H. Weinstein, Esquire<br>Joshua I. Miller, Esquire<br>Amlan Ray, Esquire<br>Frank Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

3