IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 23-879-GBW-CJB<br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 28, 2025, copies of (i) Hikma Pharmaceuticals USA Inc.'s Response to Plaintiffs' First Set of Requests for Admission to Hikma (Nos. 1-8); and (ii) Hikma Pharmaceuticals USA Inc.'s Response to Interrogatory No. 3 From Plaintiffs' First Set of Interrogatories to Hikma (Nos. 1-4) [CONFIDENTIAL] were served on the following counsel by electronic mail:

<table>
<tr><td>

OF COUNSEL:

Thomas H.L. Selby
Stanley E. Fisher
Christopher J. Mandernach
Seth R. Bowers
Andrew Hoffman
Rhochelle Krawetz
Max Accardi
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
cmandernach@wc.com
sbowers@wc.com
ahoffman@wc.com
rkrawetz@wc.com
maccardi@wc.com
aevrony@wc.com

</td><td>

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

</td></tr>
</table>

OF COUNSEL:

Jeffrey S. Ward
Emer L. Simic
Charlie K. Shih
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, Illinois 60602-3801
(312) 269-8000
jward@nge.com
esimic@nge.com
cshih@nge.com

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

Dated: March 28, 2025

2