**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>    Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on March 28, 2025, Defendant Cipla Limited served their First Set of Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories (Nos. 1-5) on the following counsel via email:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Andrew L. Hoffman
Rhochelle Krawetz
Max Accardi
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
tselby@wc.com

sfisher@wc.com<br>
sbowers@wc.com<br>
ahoffman@wc.com<br>
rkrawetz@wc.com<br>
maccardi@wc.com<br>
aevrony@wc.com

Dated: March 28, 2025

| | |
|---|---|
| *Of Counsel:* | **SMITH, KATZENSTEIN & JENKINS, LLP** |
| | */s/ Daniel A. Taylor* |
| | Neal C. Belgam (No. 2721) |
| Stuart D. Sender | Daniel A. Taylor (No. 6934) |
| Frank Rodriguez | 1000 West Street, Suite 1501 |
| Amlan Ray | Wilmington, DE 19801 |
| Joshua I. Miller | (302) 652-8400 |
| WINDELS MARX LANE & | nbelgam@skjlaw.com |
| MITTENDORF, LLP | dtaylor@skjlaw.com |
| One Giralda Farms | |
| Madison, NJ 07940 | *Attorneys for Defendant Cipla Limited* |
| Phone: (973) 966-3200 | |
| Facsimile: (973) 966-3250 | |
| ssender@windelsmarx.com | |
| frodriguez@windelsmarx.com | |
| aray@windelsmarx.com | |
| jmiller@windelsmarx.com | |