IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>     Plaintiffs,<br><br>          v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>     Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Second Supplemental Responses and Objections to Defendants' First Set of Collective Interrogatories (Nos. 1-3)* were caused to be served on April 7, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                                                                   VIA ELECTRONIC MAIL
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Dennies Varughese, Pharm.D.                                                                       VIA ELECTRONIC MAIL
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC  20005
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Joshua I. Miller, Esquire<br>Amlan Ray, Esquire<br>Frank Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| R Touhey Myer, Esquire<br>KRATZ & BARRY LLP<br>800 North West Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Aurobindo Pharma Limited* | *VIA ELECTRONIC MAIL* |
| Timothy H. Kratz, Esquire<br>Michael P. Hogan, Esquire<br>George J. Barry, III, Esquire<br>John Thallemer, Esquire<br>KRATZ & BARRY LLP<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, GA  30338<br>*Attorneys for Defendant Aurobindo Pharma Limited* | *VIA ELECTRONIC MAIL* |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |

<div style="float:right"><em>VIA ELECTRONIC MAIL</em></div>

Jeffrey S. Ward, Esquire
Emer L. Simic, Esquire
Charles K. Shih, Esquire
Joseph Sherling, Esquire
Laura E. Breckenridge, Esquire
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-3801
*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

OF COUNSEL:

Thomas H.L. Selby
Stanley E. Fisher
Christopher J. Mandernach
Seth R. Bowers
Andrew L. Hoffman
Rhochelle Krawetz
Max Accardi
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
(202) 434-5000

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

April 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 7, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC  20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Joshua I. Miller, Esquire<br>Amlan Ray, Esquire<br>Frank Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

R Touhey Myer, Esquire  　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
800 North West Street
Wilmington, DE  19801
*Attorneys for Defendant Aurobindo Pharma Limited*

Timothy H. Kratz, Esquire  　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Michael P. Hogan, Esquire
George J. Barry, III, Esquire
John Thallemer, Esquire
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA  30338
*Attorneys for Defendant Aurobindo Pharma Limited*

Dominick T. Gattuso, Esquire  　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

Jeffrey S. Ward, Esquire  　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Emer L. Simic, Esquire
Charles K. Shih, Esquire
Joseph Sherling, Esquire
Laura E. Breckenridge, Esquire
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-3801
*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Megan E. Dellinger*

　　　　　　　　　　　　　　　　　　　　　　　　Megan E. Dellinger (#5739)