IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al.,<br><br>Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 7, 2025, copies of (i) Hikma Pharmaceutical USA Inc.'s Response to Plaintiffs' First Set of Interrogatories to All Defendants (Nos. 1-6) [CONFIDENTIAL]; and (ii) Zenara's Response to Plaintiffs' First Set of Interrogatories to All Defendants (Nos. 1-6) [CONFIDENTIAL] were served on the following counsel by electronic mail:

| | |
|---|---|
| OF COUNSEL:<br><br>Thomas H.L. Selby<br>Stanley E. Fisher<br>Christopher J. Mandernach<br>Seth R. Bowers<br>Andrew Hoffman<br>Rhochelle Krawetz<br>Max Accardi<br>Ayelet Evrony<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024 | Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |

| | |
|---|---|
| OF COUNSEL: | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| Jeffrey S. Ward<br>Emer L. Simic<br>Charlie K. Shih<br>NEAL GERBER & EISENBERG LLP<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, Illinois 60602-3801<br>(312) 269-8000<br>jward@nge.com<br>esimic@nge.com<br>cshih@nge.com | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |

Dated: April 7, 2025