IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 23-879 (GBW) (CJB) <br> CONSOLIDATED |

**PLAINTIFFS' NOTICE OF 30(b)(1) DEPOSITION OF MICHELE CRAWLEY**

PLEASE TAKE NOTICE that pursuant to Rules 30(b)(1) of the Federal Rules of Civil Procedure and the Local Court Rules for the United States District Court for the District of Delaware, Plaintiffs will take the oral deposition of Michele Crawley. The deposition will take place remotely on April 23, 2025, at 9:00 am and continue day-to-day until completed, with adjournments as may be necessary. The deposition will be before a Notary Public or other person authorized by law to administer oaths and will be recorded using video, audio, or stenographic means, or a combination of those means.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
|  | Megan E. Dellinger (#5739) |
| Thomas H.L. Selby | 1201 North Market Street |
| Stanley E. Fisher | P.O. Box 1347 |
| Christopher J. Mandernach | Wilmington, DE 19899 |
| Seth R. Bowers | (302) 658-9200 |
| Andrew L. Hoffman | jtigan@morrisnichols.com |
| Rhochelle Krawetz | mdellinger@morrisnichols.com |
| Max Accardi |  |
| Ayelet Evrony | *Attorneys for Plaintiffs* |
| WILLIAMS & CONNOLLY LLP |  |
| 680 Maine Avenue SW |  |
| Washington, DC 20024 |  |
| (202) 434-5000 |  |

April 14, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 14, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>Jennifer P. Siew, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC  20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Louis H. Weinstein, Esquire<br>Joshua I. Miller, Esquire<br>Amlan Ray, Esquire<br>Frank Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| R Touhey Myer, Esquire<br>KRATZ & BARRY LLP<br>800 North West Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Aurobindo Pharma Limited* | *VIA ELECTRONIC MAIL* |
| Timothy H. Kratz, Esquire<br>Michael P. Hogan, Esquire<br>George J. Barry, III, Esquire<br>John Thallemer, Esquire<br>KRATZ & BARRY LLP<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, GA  30338<br>*Attorneys for Defendant Aurobindo Pharma Limited* | *VIA ELECTRONIC MAIL* |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey S. Ward, Esquire<br>Emer L. Simic, Esquire<br>Charles K. Shih, Esquire<br>Joseph Sherling, Esquire<br>NEAL GERBER & EISENBERG LLP<br>Two North LaSalle Street, Suite 1700<br>Chicago, IL  60602-3801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)