IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| FOLDRX PHARMACEUTICALS, LLC, | ) | |
| PF PRISM IMB B.V., WYETH LLC, and | ) | |
| THE SCRIPPS RESEARCH INSTITUTE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-879 (GBW) (CJB) |
| | ) | CONSOLIDATED |
| DEXCEL PHARMA TECHNOLOGIES | ) | |
| LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF SERVICE</u>**

The undersigned hereby certifies that copies of: (1) *Non-Party Curia Global, Inc. (IN)'s Responses and Objections to Defendant Cipla Limited's Subpoena to Testify in a Civil Action*; (2) *Non-Party Curia Global, Inc. (IN)'s Responses and Objections to Defendant Cipla Limited's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action*; (3) *Non-Party Curia Global, Inc. (NC)'s Responses and Objections to Defendant Cipla Limited's Subpoena to Testify in a Civil Action*; and (4) *Non-Party Curia Global, Inc. (NC)'s Responses and Objections to Defendant Cipla Limited's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* were caused to be served on April 18, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire *VIA ELECTRONIC MAIL*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Dennies Varughese, Pharm.D. *VIA ELECTRONIC MAIL*
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC  20005
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Neal C. Belgam, Esquire *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Cipla Limited*

Joshua I. Miller, Esquire *VIA ELECTRONIC MAIL*
Amlan Ray, Esquire
Frank Rodriguez, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Cipla Limited*

R Touhey Myer, Esquire *VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
800 North West Street
Wilmington, DE  19801
*Attorneys for Defendant Aurobindo Pharma Limited*

Timothy H. Kratz, Esquire                                                VIA ELECTRONIC MAIL
Michael P. Hogan, Esquire
George J. Barry, III, Esquire
John Thallemer, Esquire
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA  30338
*Attorneys for Defendant Aurobindo Pharma
Limited*

Jeffrey S. Ward, Esquire                                                VIA ELECTRONIC MAIL
Emer L. Simic, Esquire
Charles K. Shih, Esquire
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-3801
*Attorneys for Defendant Hikma
Pharmaceuticals USA Inc.*

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Megan E. Dellinger*

                                                _____
OF COUNSEL:                                     Jeremy A. Tigan (#5239)
                                                Megan E. Dellinger (#5739)
Thomas H.L. Selby                               1201 North Market Street
Stanley E. Fisher                               P.O. Box 1347
Christopher J. Mandernach                        Wilmington, DE  19899
Seth R. Bowers                                  (302) 658-9200
Andrew L. Hoffman                               jtigan@morrisnichols.com
Rhochelle Krawetz                               mdellinger@morrisnichols.com
Max Accardi
Ayelet Evrony                                   *Attorneys for Plaintiffs*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
(202) 434-5000

April 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 18, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                           *VIA ELECTRONIC MAIL*
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Dexcel Pharma*
*Technologies Limited*

Dennies Varughese, Pharm.D.                       *VIA ELECTRONIC MAIL*
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC  20005
*Attorneys for Defendant Dexcel Pharma*
*Technologies Limited*

Neal C. Belgam, Esquire                           *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Cipla Limited*

Joshua I. Miller, Esquire                         *VIA ELECTRONIC MAIL*
Amlan Ray, Esquire
Frank Rodriguez, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Cipla Limited*

R Touhey Myer, Esquire                                    *VIA ELECTRONIC MAIL*
Kratz & Barry LLP
800 North West Street
Wilmington, DE  19801
*Attorneys for Defendant Aurobindo Pharma Limited*

Timothy H. Kratz, Esquire                                 *VIA ELECTRONIC MAIL*
Michael P. Hogan, Esquire
George J. Barry, III, Esquire
John Thallemer, Esquire
Kratz & Barry LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA  30338
*Attorneys for Defendant Aurobindo Pharma Limited*

Dominick T. Gattuso, Esquire                              *VIA ELECTRONIC MAIL*
Heyman Enerio Gattuso & Hirzel LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

Jeffrey S. Ward, Esquire                                  *VIA ELECTRONIC MAIL*
Emer L. Simic, Esquire
Charles K. Shih, Esquire
Joseph Sherling, Esquire
Laura E. Breckenridge, Esquire
Neal Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-3801
*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)