# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>*Defendants*. | C.A. No. 1:23-cv-00879-GWB-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 18th day of April 2025, Defendant, Aurobindo Pharma Limited ("Aurobindo" or "Defendant") served (1) *Defendant, Aurobindo Pharma Limited's Responses and Objections to Plaintiffs' Second Set of Interrogatories (Nos. 3-6)*; and (2) *Defendant, Aurobindo Pharma Limited's Responses and Objections to Plaintiffs' First Set of Interrogatories to All Defendants (Nos. 1-6)* upon the below listed counsel of record via electronic mail:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS,<br>ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs,*<br>*Pfizer Inc., FoldRx Pharmaceuticals, LLC,*<br>*PF Prism IMB B.V., Wyeth LLC, and The*<br>*Scripps Research Institute* | Thomas H.L. Selby<br>Stanley E. Fisher<br>Christopher J. Mandernach<br>Seth R. Bowers<br>Andrew L. Hoffman<br>Rhochelle Krawetz<br>Max Accardi<br>Ayelet Evrony<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, D.C. 20024<br>tselby@wc.com<br>sfisher@wc.com<br>cmandernach@wc.com<br>sbowers@wc.com<br>ahoffman@wc.com<br>rkrawetz@wc.com<br>maccardi@wc.com<br>aevrony@wc.com<br><br>*Attorneys for Plaintiffs,*<br>*Pfizer Inc., FoldRx Pharmaceuticals, LLC,*<br>*PF Prism IMB B.V., Wyeth LLC, and The*<br>*Scripps Research Institute* |
| Dated: April 21, 2025 | Respectfully submitted,<br><br>**KRATZ & BARRY LLP**<br><br>*/s/ R Touhey Myer*<br>R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Attorneys for Defendant,*<br>*Aurobindo Pharma Limited* |