IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br>FOLDRX PHARMACEUTICALS, LLC,<br>PF PRISM IMB B.V., WYETH LLC, and<br>THE SCRIPPS RESEARCH INSTITUTE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEXCEL PHARMA TECHNOLOGIES<br>LIMITED, et al.,<br><br>　　　　　Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED |

**PLAINTIFFS' NOTICE OF 30(b)(1) DEPOSITION OF MANOHAR SURVE**

PLEASE TAKE NOTICE that pursuant to Rules 30(b)(1) of the Federal Rules of Civil Procedure and the Local Court Rules for the United States District Court for the District of Delaware, Plaintiffs will take the oral deposition of Manohar Surve. The deposition will take place remotely on April 29, 2025, at 6:00 am and continue day-to-day until completed, with adjournments as may be necessary. The deposition will be before a Notary Public or other person authorized by law to administer oaths and will be recorded using video, audio, or stenographic means, or a combination of those means.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
|  | Megan E. Dellinger (#5739) |
| Thomas H.L. Selby | 1201 North Market Street |
| Stanley E. Fisher | P.O. Box 1347 |
| Christopher J. Mandernach | Wilmington, DE  19899 |
| Seth R. Bowers | (302) 658-9200 |
| Andrew L. Hoffman | jtigan@morrisnichols.com |
| Rhochelle Krawetz | mdellinger@morrisnichols.com |
| Max Accardi |  |
| Ayelet Evrony | *Attorneys for Plaintiffs* |
| WILLIAMS & CONNOLLY LLP |  |
| 680 Maine Avenue SW |  |
| Washington, DC  20024 |  |
| (202) 434-5000 |  |

April 21, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 21, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Joshua I. Miller, Esquire<br>Amlan Ray, Esquire<br>Frank Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)