IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-879 (GBW) (CJB)<br>)  **CONSOLIDATED**<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
AUTHENTICITY AND ADMISSIBILITY OF DOCUMENTS**

Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC, (collectively, "Plaintiffs") and Defendant Cipla Limited ("Cipla"), by and through their undersigned counsel, hereby stipulate and agree that:

1. The documents submitted pursuant to Cipla's Abbreviated New Drug Application ("ANDA") No. 218409 and Drug Master File ("DMF") bearing Bates numbers CTAF 000001-CTAF 081879 and CTAF207383-CTAF207450 shall be deemed authentic and admissible pursuant to Federal Rules of Evidence if offered into evidence by Plaintiffs or Cipla in a trial or hearing in the above-captioned action.

2. If, subsequent to the date of entry of this Stipulation, Cipla produces any additional document(s) that comprises a portion of, or supplement or amendment to, Defendant's ANDA or DMF, including any related correspondence between Defendant and the U.S. Food and Drug Administration ("FDA"), such additional document(s) shall be deemed authentic and admissible under the same terms and conditions as described in Paragraph 1.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS, LLP |
| /s/ *Megan E. Dellinger* | /s/ *Neal C. Belgam* |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 504-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com |
| *Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute* | *Attorneys for Defendant Cipla Limited* |

April 24, 2025

SO ORDERED, this _____ day of _____, 2025.

_____
J.