

**WILMINGTON**
**RODNEY SQUARE**

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

April 24, 2025

**VIA CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: *Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.*,
           C.A. No. 23-879-GBW-CJB (Consolidated)

Dear Judge Burke:

    The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on April 21, 2025 and/or April 24, 2025.

- Plaintiffs' Delaware Counsel: Megan Dellinger
- Plaintiffs' Lead Counsel: Andy Hoffman
- Dexcel Pharma Technologies Limited's Delaware Counsel: Anne Shea Gaza
- Dexcel Pharma Technologies Limited's Lead Counsel: Alex Alfano
- Hikma Pharmaceutical USA Inc.'s Delaware Counsel: Dominick Gattuso
- Hikma Pharmaceutical USA Inc.'s Lead Counsel: Jeff Ward, Emer Simic
- Cipla Limited's Delaware Counsel: Neal Belgam
- Cipla Limited's Lead Counsel: Joshua Miller

    **Dispute requiring judicial attention:**

Whether Plaintiffs can be compelled to produce confidential competitor information of Defendants Hikma Pharmaceuticals USA Inc. and Cipla Limited, set forth in their infringement and non-infringement contentions (including in response to interrogatories, requests for admission or otherwise) served on Plaintiffs in this action in response to Dexcel Pharma Technologies Ltd.'s Requests for Production Nos. 20-22 directed to Plaintiffs, where, as here, Paragraph 17 of the Stipulated Protective Order (D.I. 32) expressly prohibits Plaintiffs from

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
April 24, 2025
Page 2

disclosing one Defendant's confidential information to any other Defendant, and Hikma and Cipla have expressly objected to Plaintiffs' disclosure of their information to Dexcel.[1]

                                  Respectfully,

                                  */s/ Anne Shea Gaza*

                                  Anne Shea Gaza (No. 4093)

cc: All Counsel of Record (via CM/ECF and e-mail)

---

[1] Dexcel objects to the argumentative nature of the description of the dispute, which the other parties insisted upon before agreeing to submit this letter to the Court, as being improper and inconsistent with this Court's discovery dispute procedures. Dexcel will respond and provide its argument in its letter brief.