# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, et al., <br><br> *Defendants*. | C.A. No. 1:23-cv-00879-GWB-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 30th day of April 2025, Defendant, Aurobindo Pharma Limited ("Aurobindo" or "Defendant") served *Defendant, Aurobindo Pharma Limited's First Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories (Nos. 3-6)* upon the below listed counsel of record via electronic mail:

<div style="column-count:2">

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS,
ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs,
Pfizer Inc., FoldRx Pharmaceuticals, LLC,
PF Prism IMB B.V., Wyeth LLC, and The
Scripps Research Institute*

Thomas H.L. Selby
Stanley E. Fisher
Christopher J. Mandernach
Seth R. Bowers
Andrew L. Hoffman
Rhochelle Krawetz
Max Accardi
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, D.C. 20024
tselby@wc.com
sfisher@wc.com
cmandernach@wc.com
sbowers@wc.com
ahoffman@wc.com
rkrawetz@wc.com
maccardi@wc.com
aevrony@wc.com

*Attorneys for Plaintiffs,
Pfizer Inc., FoldRx Pharmaceuticals, LLC,
PF Prism IMB B.V., Wyeth LLC, and The
Scripps Research Institute*

</div>

Dated: April 30, 2025

Respectfully submitted,

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendant,
Aurobindo Pharma Limited*