IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 23-879 (GBW) (CJB) <br> CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Second Supplemental Objections and Responses and Objections to Dexcel Pharma Technologies Limited's First Set of Interrogatories (Nos. 1-3)*, were caused to be served on May 2, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire      *VIA ELECTRONIC MAIL*
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Dennies Varughese, Pharm.D.      *VIA ELECTRONIC MAIL*
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
| | Megan E. Dellinger (#5739) |
| Thomas H.L. Selby | 1201 North Market Street |
| Stanley E. Fisher | P.O. Box 1347 |
| Christopher J. Mandernach | Wilmington, DE 19899 |
| Seth R. Bowers | (302) 658-9200 |
| Andrew L. Hoffman | jtigan@morrisnichols.com |
| Ayelet Evrony | mdellinger@morrisnichols.com |
| Rhochelle Krawetz | |
| Max Accardi | *Attorneys for Plaintiffs* |
| WILLIAMS & CONNOLLY LLP | |
| 680 Maine Avenue SW | |
| Washington, DC 20024 | |
| (202) 434-5000 | |
| | |
| May 2, 2025 | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 2, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC 20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)