IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> FOLDRX PHARMACEUTICALS, LLC, <br> PF PRISM IMB B.V., WYETH LLC and <br> THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES <br> LIMITED, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 23-879 (GBW) (CJB) <br> ) **CONSOLIDATED** <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**AUTHENTICITY AND ADMISSIBILITY OF DOCUMENTS**

Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC, (collectively, "Plaintiffs") and Defendant Cipla Limited ("Cipla"), by and through their undersigned counsel, hereby stipulate and agree that:

1.  The documents bearing Bates numbers CTAF087974-975, CTAF087976, CTAF149823-839, CTAF149840-854, CTAF149855-869, CTAF150405-417, CTAF150358-364, CTAF150180-192, CTAF150365-371, CTAF150776-813, CTAF150271-277 shall be deemed authentic and admissible pursuant to Federal Rules of Evidence if offered into evidence by Plaintiffs or Cipla in a trial or hearing in the above-captioned action.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS, LLP |
| /s/ *Megan E. Dellinger* | /s/ *Daniel A. Taylor* |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mdellinger@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute* | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendant Cipla Limited* |
| OF COUNSEL:<br><br>Thomas H.L. Selby<br>Stanley E. Fisher<br>Christopher J. Mandernach<br>Seth R. Bowers<br>Andrew L. Hoffman<br>Rhochelle Krawetz<br>Max Accardi<br>Ayelet Evrony<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>(202) 434-5000<br><br>May 2, 2025 | OF COUNSEL:<br><br>Louis H. Weinstein<br>Joshua I. Miller<br>Amlan Ray<br>Frank Rodriguez<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ 07940<br>(973) 966-3200 |

SO ORDERED, this _____ day of _____, 2025.

_____
J.