# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>　　　　Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 2, 2025, Defendant Cipla Limited served their Second Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories (Nos. 1-5) and their Responses and Objections to Plaintiffs' Second Set of Individual Interrogatories (Nos. 6-7) on the following counsel via email:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Andrew L. Hoffman
Rhochelle Krawetz
Max Accardi
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024

(202) 434-5000
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
ahoffman@wc.com
rkrawetz@wc.com
maccardi@wc.com
aevrony@wc.com

Dated: May 2, 2025

*Of Counsel:*

Stuart D. Sender
Frank Rodriguez
Amlan Ray
Joshua I. Miller
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
Phone: (973) 966-3200
Facsimile: (973) 966-3250
ssender@windelsmarx.com
frodriguez@windelsmarx.com
aray@windelsmarx.com
jmiller@windelsmarx.com

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*