# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>        Defendants. | C.A. No. 23-879-GBW-CJB<br>(Consolidated) |

## JOINT MOTION TO RESOLVE DISCOVERY DISPUTE

Pursuant to the Court's April 28, 2025 Oral Order (D.I. 185), Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute (collectively, "Plaintiffs"); Defendants Hikma Pharmaceuticals USA Inc. and Cipla Limited (collectively, "Co-Defendants"); and Defendant Dexcel Pharma Technologies Limited ("Dexcel") respectfully move for the Court to resolve a discovery dispute between the parties. *See* D.I. 184.

The parties will provide submissions in accordance with the Court's Guidelines for Discovery Disputes and consistent with the Court's April 28, 2025 Oral Order (D.I. 185): (1) Dexcel's 2-page opening letter brief due May 5, 2025; (2) Plaintiffs' and Co-Defendants' joint 2-page answering letter brief due May 12, 2025; and (3) Dexcel's 1-page reply letter brief due May 16, 2025.

Dated: May 5, 2025

| | |
|---|---|
| MORRIS, NICHOLS, ARHST & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Megan E. Dellinger* <br> Jeremy A. Tigan (No. 5239) <br> Megan E. Dellinger (No. 5739) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jtigan@morrisnichols.com <br> mdellinger@morrisnichols.com | /s/ *Anne Shea Gaza* <br> Anne Shea Gaza (No. 4093) <br> Daniel G. Mackrides (No. 7230) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> dmackrides@ycst.com |
| *Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute* | *Attorneys for Defendant Dexcel Pharma Technologies Limited* |
| SMITH, KATZENSTEIN & JENKINS, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| /s/ *Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com | /s/ *Dominick T. Gattuso* <br> Dominick T. Gattuso (No. 3630) <br> 300 Delaware Avenue, Suite 200 <br> Wilmington, DE 19801 <br> (302) 472-7311 <br> dgattuso@hegh.law |
| *Attorneys for Defendant Cipla Limited* | *Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2025 a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Neal C. Belgam
Daniel A. Taylor
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Dominick T. Gattuso
HEYMAN ENERIO
GATTUSO & HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
dgattuso@hegh.law

R Touhey Myer
KRATZ & BARRY LLP
800 N. West Street
Wilmington, DE 19801
tmyer@kratzandbarry.com
Timothy H. Kratz
Michael P. Hogan
George J. Barry, III
John Thallemer
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
tkratz@kratzandbarry.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Rhochelle Krawetz
Andrew L. Hoffman
Max Accardi
Ayelet Evrony
Christopher J. Mandernach
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
rkrawetz@wc.com
ahoffman@wc.com
maccardi@wc.com
aevrony@wc.com
cmandernach@wc.com

Joshua I. Miller
WINDELS MARX LANE &
MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
jmiller@windelsmarx.com


Jeffrey S. Ward
Emer L. Simic
Charles K. Shih
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
jward@nge.com
esimic@nge.com
cshih@nge.com

mhogan@kratzandbarry.com
gbarry@kratzandbarry.com
jthallemer@kratzandbarry.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorney for Dexcel Pharma Technologies Limited*