# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>    Defendants. | C.A. No. 23-879-GBW-CJB<br>(Consolidated)<br><br>**CONFIDENTIAL** |

## DEFENDANT DEXCEL PHARMA TECHNOLOGIES LIMITED'S SECOND SET OF INDIVIDUAL REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 20–22)

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware, Defendant Dexcel Pharma Technologies Limited ("Dexcel") requests that Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC, and The Scripps Research Institute ("Plaintiffs") produce the following documents and things. Responses to these requests shall be served within 30 days of service of these requests.

## DEFINITIONS

The definitions set forth in Dexcel's First Set of Individual Requests for the Production of Documents and Things (Nos. 1-19), served on May 22, 2024, are hereby incorporated by reference as if fully set forth herein.

## **INSTRUCTIONS**

The instructions set forth in Dexcel's First Set of Individual Requests for the Production of Documents and Things (Nos. 1-19), served on May 22, 2024, are hereby incorporated by reference as if fully set forth herein.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 20:**

All infringement and non-infringement contentions served, whether pursuant to paragraph 2(c) of the Scheduling Order, pursuant to paragraph 16(a) of the Scheduling Order, in response to interrogatories, in response to requests for admission, or otherwise, by and between Plaintiffs and Defendant Zenara Pharma Private Limited concerning ANDA No. 218205.

**REQUEST NO. 21:**

All infringement and non-infringement contentions served, whether pursuant to paragraph 2(c) of the Scheduling Order, pursuant to paragraph 16(a) of the Scheduling Order, in response to interrogatories, in response to requests for admission, or otherwise, by and between Plaintiffs and Defendant Hikma Pharmaceuticals USA Inc. concerning ANDA No. 218205.

**REQUEST NO. 22:**

All infringement and non-infringement contentions served, whether pursuant to paragraph 2(c) of the Scheduling Order, pursuant to paragraph 16(a) of the Scheduling Order, in response to interrogatories, in response to requests for admission, or otherwise, by and between Plaintiffs and Defendant Cipla Limited concerning ANDA No. 218409.

| | |
|---|---|
| Dated: January 14, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | /s/ *Anne Shea Gaza* |
| | Anne Shea Gaza (No. 4093) |
| Dennies Varughese, Pharm.D. | Samantha G. Wilson (No. 5816) |
| Gaby L. Longsworth, Ph.D. | Jennifer P. Siew (No. 7114) |
| Chris Gallo, Ph.D. | Rodney Square |
| Alex Alfano | 1000 North King Street |
| STERNE, KESSLER, | Wilmington, DE 19801 |
| GOLDSTEIN & FOX, P.L.L.C. | (302) 571-6600 |
| 1101 K Street NW | agaza@ycst.com |
| 10th Floor | swilson@ycst.com |
| Washington, DC 20005 | jsiew@ycst.com |
| (202) 371-2600 | |
| dvarughese@sternekessler.com | *Attorneys for Defendant Dexcel Pharma* |
| glongsworth@sternekessler.com | *Technologies Limited* |
| cgallo@sternekessler.com | |
| aalfano@sternekessler.com | |

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 14, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Rhochelle Krawetz
Andrew L. Hoffman
Max Accardi
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
rkrawetz@wc.com
ahoffman@wc.com
maccardi@wc.com
aevrony@wc.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
jsiew@ycst.com

*Attorneys for Dexcel Pharma Technologies Limited*