# EXHIBIT B

# Hanick, Linda

| | |
|---|---|
| **From:** | Alex Alfano <aalfano@sternekessler.com> |
| **Sent:** | Thursday, April 17, 2025 11:58 AM |
| **To:** | Miller, Joshua I. |
| **Cc:** | Dennies Varughese; Christopher Gallo |
| **Subject:** | RE: Tafamidis // Infringement Contentions |

Josh - Please let us know Cipla's position on the below. Alternatively, please let us know if you available a meet and confer after Friday's meeting or on Monday. Given fact discovery closes soon, we'll have to raise this with the Court pretty soon.

Best,
Alex

**Alex Alfano**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** aalfano@sternekessler.com
**Direct:** 202.772.8731
**Main:** 202.371.2600

**From:** Alex Alfano
**Sent:** Tuesday, April 15, 2025 5:31 PM
**To:** 'Miller, Joshua I.' <jmiller@windelsmarx.com>
**Cc:** Dennies Varughese <dvarughese@sternekessler.com>; Christopher Gallo <CGallo@sternekessler.com>
**Subject:** Tafamidis // Infringement Contentions

Josh – Following up on our call, is Cipla amenable to providing redacted copies of the contentions that remove the specific peak values and polymorphic form named in Cipla's ANDA? We will agree to still keep this outside attorney's eyes only so that we can use Plaintiffs' statements in our joint invalidity contentions.

Please let us know if this is agreeable, or if further discussions would be useful.

Best,
Alex



**Alex Alfano**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005

**Email:** aalfano@sternekessler.com
**Direct:** 202.772.8731
**Main:** 202.371.2600