# EXHIBIT C

# Hanick, Linda

| | |
|---|---|
| **From:** | Ward, Jeffrey S. <jward@nge.com> |
| **Sent:** | Thursday, April 17, 2025 5:05 PM |
| **To:** | Alex Alfano; Simic, Emer |
| **Cc:** | Dennies Varughese; Christopher Gallo |
| **Subject:** | RE: Tafamidis // Infringement Contentions |

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Hi Alex:

Hikma has not changed its position that it will not provide the requested information to Dexcel, including with redactions. As we have previously noted, if we see inconsistencies between Plaintiffs' infringement and validity arguments, we can let the JDG know. If you would like to discuss this further, we can do so tomorrow or Monday.

Best regards,

Jeff


**Jeffrey S. Ward**
Partner
Neal, Gerber & Eisenberg LLP

 

**p:** 312.269.5323 | **f:** 312.578.4932 | **e:** jward@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

**IMPORTANT NEWS** - We are moving to 225 W. Randolph Street on May 5, 2025. Click here for our official new address and addit

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, pl the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

---

**From:** Alex Alfano <aalfano@sternekessler.com>
**Sent:** Thursday, April 17, 2025 10:58 AM
**To:** Simic, Emer <esimic@nge.com>; Ward, Jeffrey S. <jward@nge.com>
**Cc:** Dennies Varughese <dvarughese@sternekessler.com>; Christopher Gallo <CGALLO@sternekessler.com>
**Subject:** RE: Tafamidis // Infringement Contentions


**CAUTION EXTERNAL EMAIL**

Hi Emer and Jeff – Please let us know Hikma's position on the below. Alternatively, please let us know if you available a meet and confer after Friday's meeting or on Monday. Given fact discovery closes soon, we'll have to raise this with the Court pretty soon.

Best,
Alex

**Alex Alfano**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** aalfano@sternekessler.com
**Direct:** 202.772.8731
**Main:** 202.371.2600

---

**From:** Alex Alfano
**Sent:** Tuesday, April 15, 2025 5:31 PM
**To:** Simic, Emer <esimic@nge.com>; Ward, Jeffrey S. <jward@nge.com>
**Cc:** Dennies Varughese <dvarughese@sternekessler.com>; Christopher Gallo <CGallo@sternekessler.com>
**Subject:** Tafamidis // Infringement Contentions

Emer and Jeff – Following up on our previous discussions concerning Hikma's infringement contentions served by Plaintiffs, is Hikma amenable to providing redacted copies of the contentions that remove the specific peak values and polymorphic form named in Hikma's ANDA? We will agree to still keep this outside attorney's eyes only so that we can use Plaintiffs' statements in our joint invalidity contentions.

Please let us know if this is agreeable, or if further discussions would be useful.

Best,
Alex



**Alex Alfano**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005

**Email:** aalfano@sternekessler.com
**Direct:** 202.772.8731
**Main:** 202.371.2600