# EXHIBIT D

ORAL ORDER: The redacted filings (D.I. 453 , 454 , and 458 ) are REJECTED because parts of them are redacted in their entirety. Absent a compelling reason, supported by a statement under oath by a party, redactions in their entirety are impermissible; redactions must be done so as to redact the least possible amount of the materials submitted. Failure to make a good faith attempt at such redactions may result in sanctions, the most common of which would be simply unsealing the entire filing. Redacting in its entirety a document that contains publicly available materials is prima facie evidence of bad faith. Revised redacted filings are DUE within five business days. Ordered by Judge Richard G. Andrews on 1/26/2022. (nms) (Entered: 01/26/2022)

As of January 27, 2022, PACER did not contain a publicly available document associated with this docket entry. The text of the docket entry is shown above.

*Sysmex Corporation et al v. Beckman Coulter, Inc.*
1-19-cv-01642 (DDE), 1/26/2022, docket entry 459