IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>          Defendants. | C.A. No. 23-879-GBW-CJB<br>(Consolidated) |

**[PROPOSED] ORDER GRANTING DEFENDANT
DEXCEL PHARMA TECHNOLOGIES LIMITED'S MOTION TO COMPEL**

Upon consideration of the submissions in support of and in opposition to Defendant Dexcel Pharma Technologies Limited's ("Dexcel") motion to compel Plaintiffs to produce any infringement and non-infringement contentions, interrogatory responses, responses to RFAs, and other related communication between Plaintiffs and Defendants Cipla Limited and Hikma Pharmaceutical USA Inc. (collectively, "Co-Defendants") concerning Co-Defendants' ANDAs, the Court finds that good cause exists to grant Dexcel's motion. Accordingly, Dexcel's motion is GRANTED.

IT IS HEREBY ORDERED that within seven (7) days after the date of this Order Plaintiffs shall produce redacted copies of any infringement and non-infringement contentions, interrogatory responses, responses to RFAs, and other related communication between Plaintiffs and Co-Defendants concerning Co-Defendants' ANDAs to Dexcel on an Outside Attorney's Eyes Only basis.

SO ORDERED this _____ day of _____, 2025.

_____
Honorable Christopher J. Burke
United States Magistrate Judge