IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>**CONSOLIDATED**<br><br>████████<br><br>**REDACTED - PUBLIC VERSION** |

**STIPULATION AND [PROPOSED] ORDER REGARDING
TAKING OF FOREIGN FACT DEPOSITION OUT OF TIME**

WHEREAS, on the application of Plaintiffs Pfizer Inc., FoldRX Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC, this Court issued in May 2024 a Letter of Request for International Judicial Assistance pursuant to the Hague Convention on the Taking of Evidence Abroad ("Letter of Request") to secure documents and take depositions of ██████ ("██") located in ██ (D.I. 77 & 78);

WHEREAS, ██ has produced documents pursuant to the Letter of Request;

WHEREAS, the deposition of ██ has been scheduled to take place on May 8 or 9, 2025 ("██ deposition"), after the May 2, 2025 close of fact discovery in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and defendant Hikma Pharmaceuticals USA Inc. ("Hikma"), subject to the approval of the Court, that the deposition of ██ can be taken outside of the close of fact discovery. Plaintiffs and Hikma further stipulate and agree, subject to the approval of the Court, if Plaintiffs learn during the ██ deposition that ██ has additional documents within the scope of the Letter of Request that have

not been produced, ▮ may produce such documents outside the close of fact discovery, with any such production to be completed by June 27, 2025. Plaintiffs and Hikma further stipulate and agree, subject to the approval of the Court, that Plaintiffs will not raise any new requests for documents beyond those listed in the Letter of Request.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| /s/ *Megan E. Dellinger* | /s/ *Dominick T. Gattuso* |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mdellinger@morrisnichols.com<br>jtigan@morrisnichols.com | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7311<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |
| *Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute* | |

May 2, 2025

SO ORDERED, this 5th day of May, 2025.

_____
J.