IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC and THE SCRIPPS RESEARCH INSTITUTE, | ) ) ) ) ) |
| Plaintiffs, | ) C.A. No. 23-879 (GBW) (CJB) ) **CONSOLIDATED** |
| v. | ) ) |
| DEXCEL PHARMA TECHNOLOGIES LIMITED, et al., | ) ) ) ) **REDACTED - PUBLIC VERSION** |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING LIMITED EXTENSION OF FACT DISCOVERY DEADLINE FOR COMPLETION OF FOREIGN DISCOVERY**

WHEREAS, on the application of Plaintiffs Pfizer Inc., FoldRX Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC, this Court issued in May 2024 Letters of Request for International Judicial Assistance pursuant to the Hague Convention on the Taking of Evidence Abroad ("Letters of Request") to secure documents and take depositions of ▬▬▬ ▬▬▬ ("▬▬▬") located in ▬▬ (D.I. 73–76);

WHEREAS, notwithstanding the parties' diligence in attempting to complete discovery before May 2, 2025, the production of documents and taking of depositions will not be completed until after May 2, 2025;

WHEREAS, good cause therefore exists to extend the fact discovery deadline for this limited purpose;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and defendants Cipla Limited and Hikma Pharmaceuticals USA Inc., subject to the approval of the Court, that the close of fact discovery is extended until June 27, 2025 for the sole purpose of

completing the production of documents and taking of depositions of ▮ pursuant to the

Letters of Request.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS, LLP |
| */s/ Megan E. Dellinger* | */s/ Daniel A. Taylor* |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mdellinger@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute* | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendant Cipla Limited* |

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

May 2, 2025

SO ORDERED, this _____ day of _____, 2025.

_____
J.