IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al*.,<br><br>Defendants. | C.A. No. 23-879-GBW-CJB<br>(Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 30, 2025, Defendants Aurobindo and Dexcel's Final Invalidity Contentions for U.S. Patent Nos. 7,214,695 and 7,214,696 was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Rhochelle Krawetz
Andrew L. Hoffman
Max Accardi
Ayelet Evrony
Christopher J. Mandernach
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
rkrawetz@wc.com
ahoffman@wc.com
maccardi@wc.com
aevrony@wc.com
cmandernach@wc.com

PLEASE TAKE FURTHER NOTICE that on May 30, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: May 30, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Of Counsel:<br>Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo<br>Alex Alfano<br>Tyler C. Liu<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW<br>10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>glongs@sternekessler.com<br>cgallo@sternekessler.com<br>aalfano@sternekessler.com<br>tliu@sternekessler.com | */s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Daniel G. Mackrides (No. 7230)<br>Rodney Square<br>1000 North King Street Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>dmackrides@ycst.com<br><br>*Attorneys for Dexcel Pharma Technologies Limited* |