IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al.,<br><br>Defendants. | C.A. No. 23-879-GBW-CJB<br>**CONSOLIDATED** |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the mailing address for Jeffery S. Ward, Emer L. Simic, and Charles K. Shih of Neal Gerber & Eisenberg LLP, counsel for Defendant Hikma Pharmaceuticals USA Inc. has changed to the following:

> NEAL, GERBER
> & EISENBERG, LLP
> 225 West Randolph Street, Suite 2800
> Chicago, IL 60606

The firm affiliation, telephone number, and all other contact information remain unchanged.

| | |
|---|---|
| OF COUNSEL:<br><br>Jeffrey S. Ward<br>Emer L. Simic<br>Charles K. Shih<br>NEAL, GERBER<br>& EISENBERG, LLP<br>225 West Randolph Street, Suite 2800<br>Chicago, IL 60606<br>jward@nge.com<br>esimic@nge.com<br>cshih@nge.com<br><br>Dated: June 23, 2025 | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (# 3630)<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |