IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC and THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 23-879 (GBW) (CJB) <br> **CONSOLIDATED** |

**STIPULATION AND [PROPOSED] ORDER REGARDING
AUTHENTICITY AND ADMISSIBILITY OF DOCUMENTS**

IT IS HEREBY STIPULATED AND AGREED by and between Defendants Cipla Limited, Dexcel Pharma Technologies Limited, and Hikma Pharmaceuticals USA Inc. (collectively, "Defendants") and Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC, and the Scripps Research Institute (collectively, "Plaintiffs," and together with Defendants, the "Parties"), by and through their undersigned counsel and subject to the approval of the Court, that:

1. The following documents produced by third-party Curia Global, Inc. in the above-captioned action are authentic within the meaning of Rule 901 of the Federal Rules of Evidence ("FRE"): CURIA00000001 – CURIA00000925 (the "Curia Documents"); and,

2. If a Curia Document is offered into evidence by Defendants or Plaintiffs in a trial or a hearing in the above-captioned action, the Parties will not object to the admission of the Curia document for any reason, including under FRE 1006 or on the basis of hearsay.

| | |
|---|---|
| **SMITH, KATZENSTEIN & JENKINS, LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Of Counsel:*

Stuart D. Sender
Frank Rodriguez
Amlan Ray
Joshua I. Miller
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms Madison, NJ 07940
(973) 966-3200

*Attorneys for Defendant Cipla Limited*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Of Counsel:*

Dennies Varughese, Pharm.D.
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo
Alex Alfano
Tyler C. Liu

/s/ Megan E. Dellinger
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
jtigan@morrisnichols.com

*Of Counsel:*

Thomas H.L. Selby
Stanley E. Fisher
Christopher J. Mandernach
Seth R. Bowers
Andrew L. Hoffman
Rhochelle Krawetz
Max Accardi
Ayelet Evrony
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

*Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute*

**HEYMAN ENERIO GATTUSO & HIRZEL LLP**

/s/ Dominick T. Gattuso
Dominick T. Gattuso (No. 3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Of Counsel:*

Jeffrey S. Ward
Emer L. Simic

| | |
|---|---|
| **STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**<br>1101 K Street NW<br>10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br><br>*Attorneys for Dexcel Pharma Technologies Limited* | Charlie K. Shih<br>**NEAL GERBER & EISENBERG LLP**<br>225 West Randolph Street<br>Suite 2800<br>Chicago, Illinois 60606<br>(312) 269-8000<br><br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |

Dated: June 27, 2025

        SO ORDERED, this \_\_\_\_\_ day of _____, 2025.

                                                  _____
                                                  J.