IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC.,                                )
FOLDRX PHARMACEUTICALS, LLC,                )
PF PRISM IMB B.V., WYETH LLC and            )
THE SCRIPPS RESEARCH INSTITUTE,             )
                                            )
        Plaintiffs,                 )    C.A. No. 23-879 (GBW) (CJB)
                                            )    **CONSOLIDATED**
    v.                                    )
                                            )    ██████████████
DEXCEL PHARMA TECHNOLOGIES                  )    ████████████
LIMITED, et al.,                            )
                                            )    REDACTED - PUBLIC VERSION
        Defendants.                 )

**STIPULATION AND [PROPOSED] ORDER REGARDING LIMITED EXTENSION
OF FACT DISCOVERY DEADLINE FOR COMPLETION OF FOREIGN DISCOVERY**

      WHEREAS, on the application of Plaintiffs Pfizer Inc., FoldRX Pharmaceuticals, LLC, PF

PRISM IMB B.V., and Wyeth LLC, this Court issued in May 2024 Letters of Request for

International Judicial Assistance pursuant to the Hague Convention on the Taking of Evidence

Abroad ("Letters of Request") to secure documents and take depositions of ███████████

████████████ ("█████") located in █████ (D.I. 73–76);

      WHEREAS, notwithstanding the parties' diligence, the production of documents and

taking of depositions was unable to be completed before the close of fact discovery in this case,

and the parties previously sought, and the Court granted, an extension to complete this discovery

by June 27, 2025 (*see* D.I. 189);

      WHEREAS, notwithstanding the parties' continued diligence in attempting to complete

discovery before June 27, 2025, the production of documents and taking of depositions will not be

completed until after June 27, 2025;

WHEREAS, good cause therefore exists to extend the fact discovery deadline for this limited purpose;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and defendants Cipla Limited and Hikma Pharmaceuticals USA Inc., subject to the approval of the Court, that the close of fact discovery is extended until July 31, 2025 for the sole purpose of completing the production of documents and taking of depositions of ███ pursuant to the Letters of Request.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger
_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mdellinger@morrisnichols.com
jtigan@morrisnichols.com

Attorneys for Plaintiffs Pfizer Inc., FoldRx
Pharmaceuticals, LLC, PF PRISM IMB B.V.,
Wyeth LLC and The Scripps Research Institute

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
_____
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 472-7311
dgattuso@hegh.law

Attorneys for Defendant Hikma
Pharmaceuticals USA Inc.

June 27, 2025

SMITH, KATZENSTEIN & JENKINS, LLP

/s/ Daniel A. Taylor
_____
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Attorneys for Defendant Cipla Limited

SO ORDERED, this _____ day of _____, 2025.

_____
J.