# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Megan E. Dellinger**
(302) 351-9366
mdellinger@morrisnichols.com

September 5, 2025

The Honorable Christopher J. Burke                                    *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 N. King Street, Room 2325, Unit 28
Wilmington, DE 19801-3555

    Re:    *Pfizer Inc., et. Al. v. Dexcel Pharma Techs. Ltd., et. al.*,
            C.A. No. 23-879-GBW-CJB (Consolidated)

Dear Judge Burke:

    Pursuant to Paragraph 7(g) of the Scheduling Order (D.I. 22) and the Court's Order dated September 4, 2025 (D.I. 223), the parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on August 27, 2025:

|  |  |
|---|---|
| <u>For Plaintiffs</u>: | Christopher Mandernach and Ayelet Evrony (both of Williams & Connolly LLP) and Megan Dellinger (of Morris, Nichols, Arsht & Tunnell LLP) |
| <u>For Cipla</u>: | Joshua Miller (of Windels Marx Lane & Mittendorf, LLP) and Daniel Taylor (of Smith, Katzenstein & Jenkins, LLP) |
| <u>For Hikma</u>: | Emer Simic (of Neal, Gerber & Eisenberg LLP) and Dominick Gattuso (of Heyman Enerio Gattuso & Hirzel LLP) |

    The dispute requiring judicial attention are listed below:

- Whether the scheduling order should be amended to extend the fact discovery deadline through December 1, 2025, for the limited purpose of allowing Plaintiffs additional time to pursue ongoing proceedings in India through the Hague Convention for foreign, third-party discovery Plaintiffs seek to support their claims against Defendants Cipla Ltd. and Hikma Pharmaceuticals USA, Inc.

Respectfully,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

MED/bac

cc: Clerk of the Court (via hand delivery)
      All Counsel of Record (via electronic mail)