## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>          Plaintiffs,<br><br>     v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>          Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

WHEREAS, Defendants Aurobindo Pharma Limited, Cipla Limited, Dexcel Pharma Technologies Limited, and Hikma Pharmaceuticals USA Inc. (collectively, "Defendants") and Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC, and the Scripps Research Institute (collectively, "Plaintiffs," and together with Defendants, the "Parties") have agreed to extend the deadline for Supplemental Disclosure of Expert Report to Contradict or Rebut Evidence on the Same Matter Identified by Another Party by 1 day from September 12, 2025 to September 15, 2025

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties by and through their undersigned counsel and subject to the approval of the Court, that the deadline for Supplemental Disclosure of Expert Report to Contradict or Rebut Evidence on the Same Matter Identified by Another Party be extended as set forth below:

| Activity | Current Date | Proposed Date |
|---|---|---|
| Supplemental Disclosure of Expert Report to Contradict or Rebut Evidence on the Same Matter Identified by Another Party | September 12, 2025 | September 15, 2025 |

No other deadlines are altered by this stipulation.

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Megan E. Dellinger*
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mdellinger@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute*

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*

**KRATZ & BARRY LLP**

*/s/ R. Touhey Myer*
R Touhey Myer (#5939)
800 North West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorney for Defendant Aurobindo Pharma Limited*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Daniel G. Mackrides*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Dexcel Pharma Technologies Limited*

**HEYMAN ENERIO GATTUSO & HIRZEL LLP**

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (No. 3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorney for Defendant Hikma Pharmaceuticals USA Inc.*

Dated: September 12, 2025

SO ORDERED, this _____ day of _____, 2025.

_____
J.