IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al.,<br><br>Defendants. | C.A. No. 23-879-GBW-CJB<br>**CONSOLIDATED** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 15, 2025, a copy of Hikma's Rebuttal Expert Report of Jonathan Steed, Ph.D. [CONFIDENTIAL] was served on the following counsel by electronic mail:

| | |
|---|---|
| OF COUNSEL:<br><br>Thomas H.L. Selby<br>Stanley E. Fisher<br>Christopher J. Mandernach<br>Andrew Hoffman<br>Rhochelle Krawetz<br>Max Accardi<br>Ayelet Evrony<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024 | Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |

|  |  |
|---|---|
| OF COUNSEL: | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| Jeffrey S. Ward<br>Emer L. Simic<br>Charlie K. Shih<br>NEAL GERBER & EISENBERG LLP<br>225 West Randolph Street, Suite 2800<br>Chicago, Illinois 60602<br>(312) 269-8000<br>jward@nge.com<br>esimic@nge.com<br>cshih@nge.com | /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (#3630)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |

Dated: September 16, 2025