IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879 (GBW) (CJB)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Responsive Expert Report of Bernhardt L. Trout, Ph.D.*; and (2) *Expert Report of Aniruddh Singh, Ph.D.*, were caused to be served on September 15, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                                               *VIA ELECTRONIC MAIL*
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Dennies Varughese, Pharm.D.                                                      *VIA ELECTRONIC MAIL*
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo, Esquire
Alex Alfano, Esquire
Tyler C. Liu, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
*Attorneys for Defendant Dexcel Pharma Technologies Limited*

Neal C. Belgam, Esquire  *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Cipla Limited*

Joshua I. Miller, Esquire  *VIA ELECTRONIC MAIL*
Amlan Ray, Esquire
Frank Rodriguez, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Cipla Limited*

Dominick T. Gattuso, Esquire  *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

Jeffrey S. Ward, Esquire  *VIA ELECTRONIC MAIL*
Emer L. Simic, Esquire
Charles K. Shih, Esquire
Joseph Sherling, Esquire
Laura E. Breckenridge, Esquire
NEAL GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, IL  60606
*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
|  | Megan E. Dellinger (#5739) |
| Thomas H.L. Selby | 1201 North Market Street |
| Stanley E. Fisher | P.O. Box 1347 |
| Christopher J. Mandernach | Wilmington, DE  19899 |
| Andrew L. Hoffman | (302) 658-9200 |
| Ayelet Evrony | jtigan@morrisnichols.com |
| Rhochelle Krawetz | mdellinger@morrisnichols.com |
| Max Accardi |  |
| WILLIAMS & CONNOLLY LLP | *Attorneys for Plaintiffs* |
| 680 Maine Avenue SW |  |
| Washington, DC  20024 |  |
| (202) 434-5000 |  |

September 16, 2025

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 16, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>Tyler C. Liu, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC 20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

Joshua I. Miller, Esquire     *VIA ELECTRONIC MAIL*
Amlan Ray, Esquire
Frank Rodriguez, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Cipla Limited*

Dominick T. Gattuso, Esquire     *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Hikma*
*Pharmaceuticals USA Inc.*

Jeffrey S. Ward, Esquire     *VIA ELECTRONIC MAIL*
Emer L. Simic, Esquire
Charles K. Shih, Esquire
Joseph Sherling, Esquire
Laura E. Breckenridge, Esquire
NEAL GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, IL  60606
*Attorneys for Defendant Hikma*
*Pharmaceuticals USA Inc.*

                     */s/ Megan E. Dellinger*

                     Megan E. Dellinger (#5739)