IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-879 (GBW) (CJB)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Max Accardi of WILLIAMS & CONNOLLY LLP as counsel for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC, and The Scripps Research Institute is hereby withdrawn. Plaintiffs will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and WILLIAMS & CONNOLLY LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

October 24, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025 I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 24, 2025 upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>Tyler C. Liu, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC  20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

Joshua I. Miller, Esquire  *VIA ELECTRONIC MAIL*
Amlan Ray, Esquire
Frank Rodriguez, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Cipla Limited*

R Touhey Myer, Esquire  *VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
800 North West Street
Wilmington, DE  19801
*Attorneys for Defendant Aurobindo Pharma Limited*

Timothy H. Kratz, Esquire  *VIA ELECTRONIC MAIL*
Michael P. Hogan, Esquire
George J. Barry, III, Esquire
John Thallemer, Esquire
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA  30338
*Attorneys for Defendant Aurobindo Pharma Limited*

Dominick T. Gattuso, Esquire  *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

Jeffrey S. Ward, Esquire  *VIA ELECTRONIC MAIL*
Emer L. Simic, Esquire
Charles K. Shih, Esquire
Joseph Sherling, Esquire
Laura E. Breckenridge, Esquire
NEAL GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-3801
*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)