IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | C.A. No. 23-879-GBW-CJB<br><br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on November 7, 2025, Defendant Cipla Limited served the Confidential Reply Expert Report of Dr. Michael Zaworotko, Ph.D. on behalf of Defendants Dexcel Pharma Technologies Limited, Cipla Limited, and Hikma Pharmaceuticals USA Inc. on the following counsel via email:

Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Seth R. Bowers
Andrew L. Hoffman
Rhochelle Krawetz
Max Accardi
Ayelet Evrony
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024

(202) 434-5000
tselby@wc.com
sfisher@wc.com
sbowers@wc.com
ahoffman@wc.com
rkrawetz@wc.com
maccardi@wc.com
aevrony@wc.com

Dated: November 7, 2025

*Of Counsel:*

Stuart D. Sender
Frank Rodriguez
Amlan Ray
Joshua I. Miller
**WINDELS MARX LANE &
MITTENDORF, LLP**
One Giralda Farms
Madison, NJ 07940
Phone: (973) 966-3200
Facsimile: (973) 966-3250
ssender@windelsmarx.com
frodriguez@windelsmarx.com
aray@windelsmarx.com
jmiller@windelsmarx.com

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*