IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879 (GBW) (CJB)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Reply Expert Report of Adam Matzger, Ph.D. as to Cipla Limited*, were caused to be served on November 7, 2025, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                                  *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Defendant Cipla Limited*

Joshua I. Miller, Esquire                                                     *VIA ELECTRONIC MAIL*
Amlan Ray, Esquire
Frank Rodriguez, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
*Attorneys for Defendant Cipla Limited*

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Megan E. Dellinger* |
| Thomas H.L. Selby | |
| Stanley E. Fisher | Jeremy A. Tigan (#5239) |
| Christopher J. Mandernach | Megan E. Dellinger (#5739) |
| Andrew L. Hoffman | 1201 North Market Street |
| Ayelet Evrony | P.O. Box 1347 |
| Rhochelle Krawetz | Wilmington, DE 19899 |
| WILLIAMS & CONNOLLY LLP | (302) 658-9200 |
| 680 Maine Avenue SW | jtigan@morrisnichols.com |
| Washington, DC 20024 | mdellinger@morrisnichols.com |
| (202) 434-5000 | |
|  | *Attorneys for Plaintiffs* |
| November 10, 2025 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Joshua I. Miller, Esquire<br>Amlan Ray, Esquire<br>Frank Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

Megan E. Dellinger (#5739)