IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879 (GBW) (CJB)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) *Reply Expert Report of Aeri Park, Ph.D. as to Hikma Pharmaceuticals*; and (2) *Reply Expert Report of Adam Matzger, Ph.D. as to Hikma Pharmaceuticals*, were caused to be served on November 7, 2025, upon the following in the manner indicated:

Jeffrey S. Ward, Esquire                                                                              *VIA ELECTRONIC MAIL*
Emer L. Simic, Esquire
Charles K. Shih, Esquire
Joseph Sherling, Esquire
Laura E. Breckenridge, Esquire
NEAL GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, IL  60606
*Attorneys for Defendant Hikma*
*Pharmaceuticals USA Inc.*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ *Megan E. Dellinger* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
| | Megan E. Dellinger (#5739) |
| Thomas H.L. Selby | 1201 North Market Street |
| Stanley E. Fisher | P.O. Box 1347 |
| Christopher J. Mandernach | Wilmington, DE 19899 |
| Andrew L. Hoffman | (302) 658-9200 |
| Ayelet Evrony | jtigan@morrisnichols.com |
| Rhochelle Krawetz | mdellinger@morrisnichols.com |
| WILLIAMS & CONNOLLY LLP | |
| 680 Maine Avenue SW | *Attorneys for Plaintiffs* |
| Washington, DC 20024 | |
| (202) 434-5000 | |

November 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey S. Ward, Esquire<br>Emer L. Simic, Esquire<br>Charles K. Shih, Esquire<br>Joseph Sherling, Esquire<br>Laura E. Breckenridge, Esquire<br>NEAL GERBER & EISENBERG LLP<br>225 West Randolph Street, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |

                                                  */s/ Megan E. Dellinger*

                                                  Megan E. Dellinger (#5739)