IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED |

### **PLAINTIFFS' NOTICE OF DEPOSITION OF DR. JONATHAN STEED**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Dr. Jonathan Steed on December 5, 2025, beginning at 9:00 a.m. CT, or at such other time as to be agreed upon by the parties. The deposition will take place at the offices of NEAL, GERBER & EISENBERG LLP located at 225 West Randolph Street, Suite 2800, Chicago, IL 60606, and will continue day-to-day until completed, with adjournments as may be necessary. The deposition will be conducted upon oral examination before a court reporter, notary public, other person authorized by law to administer oaths and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Thomas H.L. Selby<br>Stanley E. Fisher<br>Christopher J. Mandernach<br>Andrew L. Hoffman<br>Ayelet Evrony<br>Rhochelle Krawetz<br>Daniel P. Schneider<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC  20024<br>(202) 434-5000<br><br>November 24, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br>_____<br>Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 24, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey S. Ward, Esquire<br>Emer L. Simic, Esquire<br>Charles K. Shih, Esquire<br>Joseph Sherling, Esquire<br>Laura E. Breckenridge, Esquire<br>NEAL GERBER & EISENBERG LLP<br>225 West Randolph Street, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)