IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED |

**PLAINTIFFS' NOTICE OF DEPOSITION OF DR. LEONARD MACGILLIVRAY**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Dr. Leonard MacGillivray on December 11, 2025, beginning at 9:00 a.m. ET, or at such other time as to be agreed upon by the parties. The deposition will take place at the offices of WINDELS MARX LANE & MITTENDORF, located at One Giralda Farms, Madison, NJ 07940, and will continue day-to-day until completed, with adjournments as may be necessary. The deposition will be conducted upon oral examination before a court reporter, notary public, or other person authorized by law to administer oaths and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
| | Megan E. Dellinger (#5739) |
| Thomas H.L. Selby | 1201 North Market Street |
| Stanley E. Fisher | P.O. Box 1347 |
| Christopher J. Mandernach | Wilmington, DE 19899 |
| Andrew L. Hoffman | (302) 658-9200 |
| Ayelet Evrony | jtigan@morrisnichols.com |
| Rhochelle Krawetz | mdellinger@morrisnichols.com |
| Daniel P. Schneider | |
| WILLIAMS & CONNOLLY LLP | *Attorneys for Plaintiffs* |
| 680 Maine Avenue SW | |
| Washington, DC 20024 | |
| (202) 434-5000 | |

November 25, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 25, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Joshua I. Miller, Esquire<br>Amlan Ray, Esquire<br>Frank Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)