

222 Delaware Avenue • Suite 900 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • www.hegh.law

DD: (302) 472-7311
Email:  dgattuso@hegh.law

December 4, 2025

**VIA CM-ECF**
The Honorable Christopher J. Burke
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, 2325
Wilmington, DE 19801-3555

      RE:   *Pfizer Inc. et al v. Dexcel Pharma Technologies Limited, et al.*
             C.A. No. 23-879-GBW-CJB

Dear Judge Burke:

      We write on behalf of Hikma Pharmaceuticals USA Inc. ("Hikma") and Cipla Limited ("Cipla") to update the Court with respect to the outcome of the Hague proceedings pending in India that are referenced in Plaintiffs' Motion to Amend the case schedule to extend the fact discovery deadline at least through December 1, 2025 for completion of foreign discovery against third-party, Softgel (D.I. 228). As noted in Plaintiffs' Motion (D.I. 223) and Defendants' Opposition letter brief (D.I. 234), Softgel appealed the Indian lower court's orders granting Pfizer's requests for discovery under the Hague Convention. On November 25, 2025, the Indian appellate court allowed Softgel's appeals and dismissed Pfizer's applications for discovery from Softgel as set forth in its Letters Rogatory. *See* Exhibit 1 (Judgment of Indian Appellate Court).

      It is our understanding that, absent a successful appeal by Pfizer to the Indian Supreme Court, Pfizer cannot obtain foreign discovery from Softgel. Thus, Hikma and Cipla respectfully submit that Pfizer's pending Motion to Amend the case schedule to extend the fact discovery deadline is effectively moot and should be



The Honorable Christopher J. Burke
December 4, 2025
Page 2

dismissed, given the timing of a decision from the Indian Supreme Court, if Pfizer were to appeal, and the April 2026 trial in this case.

                                      Very truly yours,

                                      */s/ Dominick T. Gattuso*

                                      Dominick T. Gattuso (#3630)

DTG/mas

Enclosure
cc: All Counsel of Record (via electronic mail)