# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*, <br><br> Defendants. | C.A. No. 23-879-GBW-CJB <br> (Consolidated) |

## **DEFENDANTS' NOTICE OF DEPOSITION OF DR. BERNHARDT TROUT**

PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, the applicable Local Civil Rules of the United States District Court for the District of Delaware, and the Court's Scheduling Order, Defendants Dexcel Pharma Technologies Limited, Cipla Limited, and Hikma Pharmaceuticals USA, Inc., by and through their undersigned counsel, will take the deposition of Dr. Bernhardt Trout. The deposition will commence at 9:00 a.m. ET on Friday, December 19, 2025, or on such other date and time to be agreed upon by the parties. The deposition will take place at the offices of Williams & Connolly LLP located at 680 Maine Avenue SW, Washington, DC 20024.

The deposition will be conducted upon oral examination and under oath before a court reporter, notary public, or other person authorized by law to administer oaths. If not completed on the scheduled date, the deposition will continue from day to day until completed, with such adjournments to time and place as necessary. The testimony at the deposition will be recorded by videographic, audio, audiovisual, video conferencing, stenographic, real-time computer means, and/or real time interactive transcription (e.g., LiveNote).

Dated: December 5, 2025

| | |
|---|---|
| HEYMAN ENERIO GATTUSO<br>  & HIRZEL LLP<br><br> /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (No. 3630)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Hikma*<br>*Pharmaceuticals USA Inc.* | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br><br> /s/ Daniel G. Mackrides<br>Anne Shea Gaza (No. 4093)<br>Daniel G. Mackrides (No. 7230)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>dmackrides@ycst.com<br><br>*Attorneys for Defendant*<br>*Dexcel Pharma Technologies Limited* |
| SMITH, KATZENSTEIN<br>  & JENKINS LLP<br><br> /s/ Daniel A. Taylor<br>Daniel A. Taylor (No. 6934)<br>Neal C. Belgam (No. 2721)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendant*<br>*Cipla Limited* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 5, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Jeremy A. Tigan<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com | Thomas H.L. Selby<br>Stanley E. Fisher<br>Rhochelle Krawetz<br>Andrew L. Hoffman<br>Ayelet Evrony<br>Christopher J. Mandernach<br>Daniel P. Schneider@wc.com<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>tselby@wc.com<br>sfisher@wc.com<br>rkrawetz@wc.com<br>ahoffman@wc.com<br>aevrony@wc.com<br>cmandernach@wc.com<br>dschneider@wc.com |

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant*
*Dexcel Pharma Technologies Limited*