# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>　　　　Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

### **DEFENDANTS' NOTICE OF DEPOSITION OF AERI PARK, PH.D.**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(1) and the Local Court Rules for the United States District Court for the District of Delaware, Defendants Cipla Limited ("Cipla"), and Hikma Pharmaceuticals USA Inc., ("Hikma") will take the deposition of Aeri Park, PH.D., Chief Operating Officer of Triclinic Labs, Inc.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on January 15, 2026. The deposition will be taken remotely, beginning at 9:00 am EST. The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oaths under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated: December 5, 2025

| | |
|---|---|
| **SMITH, KATZENSTEIN & JENKINS, LLP** | **HEYMAN ENERIO GATTUSO & HIRZEL LLP** |
| | |
| */s/ Daniel A. Taylor* | */s/ Dominick T. Gattuso* |
| Neal C. Belgam (No. 2721) | Dominick T. Gattuso (No. 3630) |
| Daniel A. Taylor (No. 6934) | 222 Delaware Avenue, Suite 900 |
| 1000 West Street, Suite 1501 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 472-7300 |
| (302) 652-8400 | dgattuso@hegh.law |
| nbelgam@skjlaw.com | |
| dtaylor@skjlaw.com | *Of Counsel:* |
| | |
| *Of Counsel:* | Jeffrey S. Ward |
| | Emer L. Simic |
| Stuart D. Sender | Charlie K. Shih |
| Amlan Ray | **NEAL GERBER & EISENBERG LLP** |
| Joshua I. Miller | 225 W. Randolph St. |
| **WINDELS MARX LANE & MITTENDORF, LLP** | Suite 2800 |
| One Giralda Farms | Chicago, Illinois 60606 |
| Madison, NJ 07940 | (312) 269-8000 |
| Phone: (973) 966-3200 | jward@nge.com |
| ssender@windelsmarx.com | esimic@nge.com |
| aray@windelsmarx.com | cshih@nge.com |
| jmiller@windelsmarx.com | |
| | *Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |
| *Attorneys for Defendant Cipla Limited* | |