# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>    Defendants. | C.A. No. 23-879-GBW-CJB<br><br>CONSOLIDATED |

## DEFENDANTS' NOTICE OF DEPOSITION OF ADAM MATZGER, PH.D.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(1) and the Local Court Rules for the United States District Court for the District of Delaware, Defendant's Cipla Limited ("Cipla") will take the deposition of Adam Matzger, PH.D., Collegiate Professor of Chemistry in the College of Literature, Science and the Arts and a Professor of Macromolecular Science and Engineering in the College of Engineering, at the University of Michigan.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on December 17, 2025 at the office of Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024, beginning at 9:00 am EST. The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oaths under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated: December 5, 2025

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Of Counsel:*

Stuart D. Sender
Amlan Ray
Joshua I. Miller
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms
Madison, NJ 07940
Phone: (973) 966-3200
ssender@windelsmarx.com
aray@windelsmarx.com
jmiller@windelsmarx.com

*Attorneys for Defendant Cipla Limited*