IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879 (GBW) (CJB)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF DR. RON BIHOVSKY**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Dr. Ron Bihovsky on December 30, 2025, beginning at 9:00 a.m. ET, or at such other time as to be agreed upon by the parties. The deposition will take place at the offices of STERNE, KESSLER, GOLDSTEIN & FOX PLLC located at 1101 K Street NW, Washington, DC 20005, and will continue day-to-day until completed, with adjournments as may be necessary. The deposition will be conducted upon oral examination before a court reporter, notary public, or other person authorized by law to administer oaths and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

OF COUNSEL:

Thomas H.L. Selby
Stanley E. Fisher
Christopher J. Mandernach
Andrew L. Hoffman
Ayelet Evrony
Rhochelle Krawetz
Daniel P. Schneider
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
(202) 434-5000

December 9, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 9, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>Tyler C. Liu, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC 20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| R Touhey Myer, Esquire<br>KRATZ & BARRY LLP<br>800 North West Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant Aurobindo Pharma Limited* | *VIA ELECTRONIC MAIL* |

Timothy H. Kratz, Esquire  *VIA ELECTRONIC MAIL*
Michael P. Hogan, Esquire
George J. Barry, III, Esquire
John Thallemer, Esquire
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA  30338
*Attorneys for Defendant Aurobindo Pharma Limited*

/s/ *Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)