IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-879 (GBW) (CJB)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF DEPOSITION OF
<u>KARTHIKEYAN ANANTHASUBRAMANIAM, M.D.</u>**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Karthikeyan Ananthasubramaniam, M.D. on January 12, 2026, beginning at 9:00 a.m. ET, or at such other time as to be agreed upon by the parties. The deposition will take place at the offices of STERNE, KESSLER, GOLDSTEIN & FOX PLLC located at 1101 K Street NW, Washington, DC 20005, and will continue day-to-day until completed, with adjournments as may be necessary. The deposition will be conducted upon oral examination before a court reporter, notary public, or other person authorized by law to administer oaths and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Megan E. Dellinger* |
| Thomas H.L. Selby | Jeremy A. Tigan (#5239) |
| Stanley E. Fisher | Megan E. Dellinger (#5739) |
| Christopher J. Mandernach | 1201 North Market Street |
| Andrew L. Hoffman | P.O. Box 1347 |
| Ayelet Evrony | Wilmington, DE 19899 |
| Rhochelle Krawetz | (302) 658-9200 |
| Daniel P. Schneider | jtigan@morrisnichols.com |
| WILLIAMS & CONNOLLY LLP | mdellinger@morrisnichols.com |
| 680 Maine Avenue SW | |
| Washington, DC 20024 | *Attorneys for Plaintiffs* |
| (202) 434-5000 | |
| December 9, 2025 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 9, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>Tyler C. Liu, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC  20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| R Touhey Myer, Esquire<br>KRATZ & BARRY LLP<br>800 North West Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Aurobindo Pharma Limited* | *VIA ELECTRONIC MAIL* |

Timothy H. Kratz, Esquire  
Michael P. Hogan, Esquire  
George J. Barry, III, Esquire  
John Thallemer, Esquire  
KRATZ & BARRY LLP  
1050 Crown Pointe Parkway, Suite 500  
Atlanta, GA  30338  
*Attorneys for Defendant Aurobindo Pharma Limited*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)