IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED |

**PLAINTIFFS' NOTICE OF DEPOSITION OF JERRY L. ATWOOD, PH.D.**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Jerry L. Atwood, Ph.D. on January 9, 2026, beginning at 9:00 a.m. ET, or at such other time as to be agreed upon by the parties. The deposition will take place at the offices of STERNE, KESSLER, GOLDSTEIN & FOX PLLC located at 1101 K Street NW, Washington, DC 20005, and will continue day-to-day until completed, with adjournments as may be necessary. The deposition will be conducted upon oral examination before a court reporter, notary public, or other person authorized by law to administer oaths and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

OF COUNSEL:

Thomas H.L. Selby
Stanley E. Fisher
Christopher J. Mandernach
Andrew L. Hoffman
Ayelet Evrony
Rhochelle Krawetz
Daniel P. Schneider
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

December 9, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 9, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo, Esquire<br>Alex Alfano, Esquire<br>Tyler C. Liu, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW, 10th Floor<br>Washington, DC  20005<br>*Attorneys for Defendant Dexcel Pharma Technologies Limited* | *VIA ELECTRONIC MAIL* |
| R Touhey Myer, Esquire<br>KRATZ & BARRY LLP<br>800 North West Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Aurobindo Pharma Limited* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Timothy H. Kratz, Esquire<br>Michael P. Hogan, Esquire<br>George J. Barry, III, Esquire<br>John Thallemer, Esquire<br>KRATZ & BARRY LLP<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, GA  30338<br>*Attorneys for Defendant Aurobindo Pharma Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)