# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

———

302 658 9200
302 658 3989 FAX

MEGAN E. DELLINGER
(302) 351-9366
mdellinger@morrisnichols.com

December 16, 2025

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 North King Street, Room 6124, Unit 26
Wilmington, DE  19801-3555

Re:    *Pfizer Inc., et. Al. v. Dexcel Pharma Techs. Ltd., et. al.*,
C.A. No. 23-879-GBW-CJB (Consolidated)

Dear Judge Williams:

Per the Court's Oral Order dated December 10, 2025 (D.I. 263), the parties have met and conferred and respectfully request that the Court keep the current date of April 27, 2026, for the bench trial in this action.  Witnesses, as well as counsel, for Plaintiffs and Defendants have conflicts that preclude moving the trial date to either February 2, 2026, or February 16, 2026.

Respectfully,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

MED/bac

cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via electronic mail)