IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 23-879-GBW-CJB<br>:  **CONSOLIDATED**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### HIKMA PHARMACEUTICALS USA INC.'S NOTICE OF DEPOSITION OF DR. ADAM MATZGER

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Hikma Pharmaceuticals USA Inc., through its attorneys, will take the deposition of Dr. Adam Matzger on March 4, 2026, beginning at 9:00 a.m. ET, or at such other time as to be agreed upon by the parties. The deposition will take place at the offices of WILLIAMS & CONNOLLY LLP located at 680 Maine Avenue SW, Washington, D.C. 20024. The deposition will be conducted upon oral examination before a court reporter licensed to administer oaths and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means. The deposition will continue from day to day until completed.

| | |
|---|---|
| OF COUNSEL:<br><br>Jeffrey S. Ward<br>Emer L. Simic<br>Charlie K. Shih<br>NEAL GERBER & EISENBERG LLP<br>225 West Randolph Street, Suite 2800<br>Chicago, Illinois 60602<br>(312) 269-8000<br>jward@nge.com<br>esimic@nge.com<br>cshih@nge.com | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |

Dated: December 18, 2025