# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

_____

302 658 9200
302 658 3989 Fax

Megan E. Dellinger
(302) 351-9366
mdellinger@morrisnichols.com

December 18, 2025

The Honorable Christopher J. Burke                    *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 N. King Street, Room 2325, Unit 28
Wilmington, DE 19801-3555

      Re:    *Pfizer Inc., et. Al. v. Dexcel Pharma Techs. Ltd., et. al.*,
             C.A. No. 23-879-GBW-CJB (Consolidated)

Dear Judge Burke:

      We write to update the Court regarding the Softgel-related proceedings in India.

      After conferring with Indian counsel and evaluating the Appellate Court's decision, Plaintiffs have determined that they will appeal the ruling to the Indian Supreme Court. Preparatory steps for filing the appeal are underway, and Plaintiffs expect the appeal to be filed promptly consistent with the applicable procedural requirements.

      Plaintiffs will keep the Court apprised of any developments in the Indian proceedings and will provide further updates as appropriate.

            Respectfully,

            */s/ Megan E. Dellinger*

            Megan E. Dellinger (#5739)

MED/bac

cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record for Hikma Defendants (via electronic mail)
       All Counsel of Record for Cipla Defendants (via electronic mail)