# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-879-GBW-CJB<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 23, 2025, the *Supplemental Expert Report of Ron Bihovsky, Ph.D.* was served on the counsel listed below in the manner indicated.

## BY EMAIL

Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Rhochelle Krawetz
Andrew L. Hoffman
Ayelet Evrony
Christopher J. Mandernach
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
rkrawetz@wc.com
ahoffman@wc.com
aevrony@wc.com
cmandernach@wc.com

PLEASE TAKE FURTHER NOTICE that on December 23, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: December 23, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Of Counsel:<br>Dennies Varughese, Pharm.D.<br>Gaby L. Longsworth, Ph.D.<br>Christopher M. Gallo<br>Alex Alfano<br>Tyler C. Liu<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street NW<br>10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>glongs@sternekessler.com<br>cgallo@sternekessler.com<br>aalfano@sternekessler.com<br>tliu@sternekessler.com | /s/ Daniel G. Mackrides<br>Anne Shea Gaza (No. 4093)<br>Daniel G. Mackrides (No. 7230)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>dmackrides@ycst.com<br><br>*Attorneys for Dexcel Pharma Technologies Limited* |