IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>*Defendants*. | C.A. No. 1:23-cv-00879-GBW-CJB<br><br>CONSOLIDATED |

### **DEFENDANTS' NOTICE OF DEPOSITION OF DAVID MACMILLAN, PH.D.**

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1), the Local Civil Rules of the United States District Court for the District of Delaware, and the Court's Scheduling Order, Defendants, Dexcel Pharma Technologies Limited and Aurobindo Pharma Limited (collectively, "Defendants") by and through their undersigned counsel, will take the deposition of **David MacMillan, Ph.D.** The deposition will commence at **9:00 a.m. EDT** on **Thursday, January 15, 2026**, and continuing from day to day thereafter until completed. The deposition will be conducted at the law offices of Williams & Connolly LLP, located at 650 Fifth Avenue, Suite 1500, New York, NY 10019.

The deposition will be conducted upon oral examination and under oath before a court reporter, notary public, or other person authorized by law to administer oaths. The testimony at the deposition will be recorded by videographic, audio, audiovisual, video conferencing, stenographic, real-time computer means, and/or real time interactive transcription (*e.g.* LiveNote).

You are invited to attend and participate.

Dated: December 29, 2025

<div style="display: flex;">

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz
George J. Barry III
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com

Michael P. Hogan
KRATZ & BARRY LLP
P.O. Box 63765
622 S. 4th Street
Philadelphia, PA 19147
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendant,*
*Aurobindo Pharma Limited*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Daniel G. Mackrides*
Anne Shea Gaza (#4093)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Of Counsel:*

Dennies Varugheses, Pharm.D.
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo
Alex Alfano
Tyler C. Liu
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1101 K Street NW, 10th Floor
Washington, D.C. 20005
(202) 371-2600
dvarughese@sternekessler.com
glongs@sternekessler.com
cgallo@sternekessler.com
aalfano@sternekessler.com
tliu@sternekessler.com

*Attorneys for Defendant,*
*Dexcel Pharma Technologies Limited*

</div>