# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>  Defendants. | C.A. No. 23-879-GBW-CJB<br><br>CONSOLIDATED |

## MOTION TO EXCLUDE[1]

Defendants Hikma Pharmaceuticals USA Inc. ("Hikma") and Cipla Limited ("Cipla") respectfully move the court, pursuant to Federal Rule of Evidence 702 and the principles outlined in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), to exclude the proposed testimony of Adam Matzger, Ph.D., that relies on curve fitting and/or Raman mapping as part of his opinions related to Hikma's and Cipla's alleged infringement of U.S. Patent Nos. 9,770,441.

---

[1] Pursuant to Local Rule 7.1.1, the undersigned certify that on January 14, 2025, Hikma and Cipla met and conferred with Plaintiffs about this subject of this motion. Plaintiffs have indicated that they oppose the motion.

The grounds for this motion are fully set forth in the opening brief in support of this motion, filed contemporaneously herewith. A proposed Order is attached hereto.

Dated: January 15, 2026

<table>
<tr><td>

**SMITH, KATZENSTEIN & JENKINS, LLP**

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Of Counsel:*

Stuart D. Sender
Amlan Ray
Joshua I. Miller
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms
Madison, NJ 07940
Phone: (973) 966-3200
ssender@windelsmarx.com
aray@windelsmarx.com
jmiller@windelsmarx.com

*Attorneys for Defendant Cipla Limited*

</td><td>

**HEYMAN ENERIO GATTUSO & HIRZEL LLP**

/s/ Dominick T. Gattuso
Dominick T. Gattuso (No. 3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Of Counsel:*

Jeffrey S. Ward
Emer L. Simic
Charlie K. Shih
**NEAL GERBER & EISENBERG LLP**
225 W. Randolph St.
Suite 2800
Chicago, Illinois 60606
(312) 269-8000
jward@nge.com
esimic@nge.com
cshih@nge.com

*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

</td></tr>
</table>

2