# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>    Defendants. | C.A. No. 23-879-GBW-CJB<br><br>CONSOLIDATED |

## [PROPOSED] ORDER

At Wilmington, this ___ day of _____, 2026;

Having considered Defendants Hikma Pharmaceuticals USA Inc. ("Hikma") and Cipla Limited ("Cipla") Motion to Exclude Certain Infringement Testimony of Adam Matzger Ph. D. (D.I. __) and the accompanying briefing;

IT IS HEREBY ORDERED THAT the MOTION IS GRANTED: Dr. Matzger's proposed testimony on infringement of the '441 Patent by Hikma and Cipla that relies on curve fitting and/or Raman mapping is hereby excluded.

 

_____
Hon. Gregory B. Williams
United States District Judge