# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br>          *Plaintiffs*,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>          *Defendants*. | C.A. No. 23-879 (GBW) (CJB) (CONSOLIDATED)<br><br>**CONFIDENTIAL** |

## DECLARATION OF EMER SIMIC

I, Emer Simic, declare as follows:

1. I am an attorney at the law firm of Neal, Gerber & Eisenberg, LLP, counsel for Defendant Hikma Pharmaceuticals USA Inc. in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. This Declaration is submitted in support of Defendants Hikma Pharmaceuticals USA Inc.'s and Cipla Limited's Brief in Support of their Motion to Exclude Certain Infringement Testimony of Adam Matzger, Ph.D. ("Defendants' Motion").

3. Submitted herewith as **Exhibit 3** is a true and correct copy of the Opening Expert Report of Adam Matzger, Ph.D., dated June 27, 2025, excerpted to include the portions relevant to Defendants' Motion. Exhibit 3 has been marked Confidential under the Protective Order in this case.

4. Submitted herewith as **Exhibit 5** is a true and correct copy of the Reply Expert Report of Adam Matzger, Ph.D. as to Hikma Pharmaceuticals, dated November 7, 2025, excerpted

to include the portions relevant to Defendants' Motion. Exhibit 5 has been marked Confidential under the Protective Order in this case.

5. Submitted herewith as **Exhibit 7** is a true and correct copy of U.S. Patent No. 9,770,441.

6. Submitted herewith as **Exhibit 8** is a true and correct copy of the Rebuttal Expert Report of Jonathan Steed, Ph.D., dated September 15, 2025, submitted by Hikma in opposition to Dr. Matzger's infringement opinions. Exhibit 8 has been marked Confidential under the Protective Order in this case.

7. Submitted herewith as **Exhibit 11** is a true and correct copy of the transcript of the December 5, 2025 deposition of Jonathan Steed, Ph.D., excerpted to include the portions relevant to Defendants' Motion. Exhibit 11 has been marked Confidential under the Protective Order in this case.

8. Submitted herewith as **Exhibit 12** is a true and correct copy of Michael Bradley, *Application Note 50733: Curve Fitting in Raman and IR Spectroscopy: Basic Theory of Line Shapes and Applications*, THERMO FISHER SCIENTIFIC (2007), https://assets.thermofisher.com/TFS-Assets/CAD/Application-Notes/AN50733_E.pdf.

9. Submitted herewith as **Exhibit 14** is a true and correct copy of Brigitte Wopenka et al., *The Tendon-to-Bone Transition of the Rotator Cuff: A Preliminary Raman Spectroscopic Study Documenting the Gradual Mineralization Across the Insertion in Rat Tissue Samples*, 62(12) APPLIED SPECTROSCOPY 1285, 1287 (2008).

10. Submitted herewith as **Exhibit 15** is a true and correct copy of John J. Freeman *et al.*, *Characterization of Natural Feldspars by Raman Spectroscopy for Future Planetary Exploration*, 46 CANADIAN MINEROLOGIST 1477, 1491 (2008).

11. Submitted herewith as **Exhibit 16** is a true and correct copy of David Tuschel, *Peak Shape and Closely Spaced Peak Convolution in Raman Spectra*, 36(9) Spectroscopy 2 (2021).

12. Submitted herewith as **Exhibit 17** is a true and correct copy of Ke Lin et al., *The Microscopic Structure of Liquid Methanol from Raman Spectroscopy*, 114 J. Phys. Chem. B. 3567, 3569 (2010).

13. Submitted herewith as **Exhibit 18** is a true and correct copy of Dr. Matzger's Hikma laboratory notebooks XXIII, bearing Bates Nos. PFZ_00000101-103 and XIX, bearing Bates Nos. PFZ00000106-107. Exhibit 18 has been marked Confidential under the Protective Order in this case.

14. Submitted herewith as **Exhibit 20** is a true and correct copy of Dr. Jonathan Steed's curve fitting analyses of AMJ-XIX-1.1, AJM-XIX-1.5, and AJM-XIX-1.8, bearing Bates No. HIKM-000259. Exhibit 20 has been marked Confidential under the Protective Order in this case.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

/s/ *Emer Simic*

Emer Simic
Dated: January 15, 2026