IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br>　　　　　　　*Plaintiffs*,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>　　　　　　　*Defendants*. | C.A. No. 23-879 (GBW) (CJB)<br>(CONSOLIDATED) |

## DECLARATION OF JOSHUA I. MILLER

I, Joshua I. Miller, declare as follows:

1. I am an attorney at the law firm of Windels Marx Lane & Mittendorf, LLP, counsel for Defendant Cipla Limited in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. This Declaration is submitted in support of Defendants Hikma Pharmaceuticals USA Inc.'s and Cipla Limited's Brief in Support of their Motion to Exclude Certain Infringement Testimony of Adam Matzger, Ph.D. ("Defendants' Motion").

3. Submitted herewith as **Exhibit 4** is a true and correct copy of the Opening Expert Report of Adam Matzger, Ph.D., dated June 27, 2025, excerpted to include the portions relevant to Defendants' Motion. Exhibit 4 has been marked Confidential under the Protective Order in this case.

4. Submitted herewith as **Exhibit 6** is a true and correct copy of the Reply Expert Report of Adam Matzger, Ph.D. as to Cipla Limited, dated November 7, 2025, excerpted to include

the portions relevant to Defendants' Motion. Exhibit 6 has been marked Confidential under the Protective Order in this case.

5. Submitted herewith as **Exhibit 9** is a true and correct copy of the Rebuttal Expert Report of Neil E. Spingarn, Ph.D., dated September 15, 2025, submitted by Cipla in opposition to Dr. Matzger's infringement opinions. Exhibit 9 has been marked Confidential under the Protective Order in this case.

6. Submitted herewith as **Exhibit 10** is a true and correct copy of the transcript of the November 20, 2025 deposition of Neil Spingarn, Ph.D., excerpted to include the portions relevant to Defendants' Motion. Exhibit 10 has been marked Confidential under the Protective Order in this case.

7. Submitted herewith as **Exhibit 13** is a true and correct copy of the transcript of the December 17, 2025 deposition of Adam Matzger, Ph.D., excerpted to include the portions relevant to Defendants' Motion. Exhibit 13 has been marked Confidential under the Protective Order in this case.

8. Submitted herewith as **Exhibit 19** is a true and correct copy of Dr. Matzger's Cipla laboratory notebooks, bearing Bates Nos. PFZ_00000095-102. Exhibit 19 has been marked Confidential under the Protective Order in this case.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

/s/ Joshua I. Miller
Joshua I. Miller
Dated: January 15, 2026