IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC and THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, et al., <br><br> Defendants. | C.A. No. 23-879 (GBW) (CJB) <br> **CONSOLIDATED** |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and defendants Hikma Pharmaceuticals USA Inc. and Cipla Limited, subject to the approval of the Court, that the deadline to file redacted versions of D.I. 272 & 273 is extended until January 27, 2026.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*
_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
_____
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Daniel A. Taylor*

_____
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 504-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*

January 22, 2026


SO ORDERED, this _____ day of _____, 2026.


_____
J.