IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED et al., <br><br> Defendants. | C.A. No. 23-879 (GBW) (CJB) (Consolidated) |

## HIKMA'S NOTICE OF DEPOSITION OF ADAM MATZGER, PH.D.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1) and the Local Court Rules for the United States District Court for the District of Delaware, Defendant Hikma Pharmaceuticals USA Inc. ("Hikma"), by and through their attorneys, will take the deposition of Adam Matzger, Ph.D. on the topic of the facts and circumstances surrounding his disclosure of Hikma's Confidential information to Cipla Limited ("Cipla") in an expert report directed to Cipla.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on January 30, 2026. The deposition will be taken remotely, beginning at 4:00 PM (Eastern). The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oaths under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

OF COUNSEL:

Jeffrey S. Ward
Emer L. Simic
Charlie K. Shih
NEAL GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, Illinois 60602
(312) 269-8000
jward@nge.com
esimic@nge.com
cshih@nge.com

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Hikma
Pharmaceuticals USA Inc.*

Dated:  January 23, 2026