# EXHIBIT 3
## REDACTED PUBLIC VERSION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE | ) ) ) ) ) |  |
| Plaintiffs, | ) ) | Civil Action No. 23-879-GBW-CJB |
| v. | ) ) ) | **CONFIDENTIAL** |
| DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al., | ) ) ) |  |
| Defendants. | ) ) |  |

## <u>OPENING EXPERT REPORT OF ADAM MATZGER, PH.D.</u>

### 1.    Raman Testing

213.    I analyzed the samples using Raman microscopy[218] in point focus mode on a Renishaw Qontor Microscope using a 785 nm laser and Renishaw Centrus 2957P5 detector.  A 1200 line/mm grating was used and a slit opening of 50 μm to achieve a resolution of approximately 1 cm$^{-1}$.  I calibrated the instrument using an internal silicon standard before each day's collection.

214.    I analyzed the Raman data using a software program called WiRE, which is commonly used to process and analyze raw Raman data.  Using parameters generated by the default whole pattern thresholding algorithm for each spectrum, WiRE automatically identified the Raman shift peaks in the individual spectra.   In cases where peaks were clearly visible, yet not picked, the thresholding algorithm was adjusted for greater sensitivity.

215.    Automatic peak picking using a simple peak picking algorithm can be less accurate where multiple peaks are overlapping.  Overlapping peaks can cause the true peak position to appear shifted, especially when the peak being identified is smaller than its neighbors.  In such instances, a standard practice is to use fitting to accurately identify peak locations. [219]   In each of the experimental

---

[218] Raman microscopy is a type of Raman spectroscopy that that relies on use of a microscope to increase spatial resolution and collect spectra from more regions of a sample.  Raman microscopy is particularly well-suited for analyzing drug products, inasmuch as it allows for isolation of the Raman spectra for the API.

[219] *See, e.g.*, Xueyin Yuan and Robert A. Mayanovic, *An Empirical Study on Raman Peak Fitting and Its Application to Raman Quantitative Research*, 71(10) APPLIED SPECTROSCOPY 2325 (2017) ("Fitting experimentally measured Raman bands with theoretical model profiles is the basic operation for numerical determination of Raman peak parameters."); David Tuschel, *Peak Shape and Closely Spaced Peak Convolution in Raman Spectra*, 36(9) SPECTROSCOPY 2 (2021), available at https://www.spectroscopyonline.com/view/peak-shape-and-closely-spaced-peak-convolution-in-raman-spectra ("Those who perform Raman spectroscopy know that acquiring a Raman spectrum is only the first step. What follows is often a detailed analysis of the individual peaks that make up the spectrum. The analysis step is usually performed using the spectral analysis and processing software provided by the vendor of the Raman instrument or a more general scientific data analysis software package.").

Raman spectra, ████████████████████████ ████████████████████████

I took the following steps to fit the spectra:  First, I truncated the spectral window to include the peak of interest and any adjacent peaks that could influence the intensity of the peak of interest.  I then removed the baseline using a second-order polynomial leaving the Raman shift peaks.  ████████

████████████████████████████████████████████████████████████

████████████████████████████  I next indicated all potential peak positions based on a visual inspection, *i.e.*, I approximately marked what appeared to be the true position of overlapping peaks.  The WiRE program then ran a fitting procedure, which consists of moving and resizing each modelled peak and minimizing the difference between the theoretical and experimental spectra.  From this optimized fit, the peak center was reported.  I inspected the fit by comparing the theoretical and experimental spectra and determined the fit was good for each experimental spectrum in the ████████

████████ ████

216.    This procedure is described in the Renishaw instrument manual, which notes that "[c]urve-fitting calculates highly accurate values for . . . complex band systems where there may be two, three or more bands that overlap."[220]  The image below, taken from the Renishaw instrument manual, presents a visual example of picking theoretical peak positions and WiRE's generation of a theoretical spectrum that fits well the experimental spectrum.[221]  The red spectrum and dark green composite curve represent the experimental and theoretical spectra, respectively.  The other curves represent optimized positions and shapes for the marked peaks identified by the user after refinement.

---

[220] *Introduction to Raman Spectroscopy*, RENISHAW P.L.C., at 12.

[221] *Id.*



217.    A white paper published by Thermo Fisher Scientific describes a similar fitting procedure, albeit for a different Raman analysis software, and demonstrates the value of fitting when dealing with overlapping Raman shift peaks.[222]

218.    A proper comparison between the claims and my experimental data must apply the same level of precision for both data sets.  Here, the Raman claim limitations are recited to the nearest whole number.  Therefore, I rounded all experimental Raman data to the nearest whole number.

### a.    Raman Analysis of ██████████████████

219.    ████████████████████████████████████████████████████████████████
████████████████████████

---

[222] Michael Bradley, *Application Note 50733: Curve Fitting in Raman and IR Spectroscopy: Basic Theory of Line Shapes and Applications*, THERMO FISHER SCIENTIFIC (2007), https://assets.thermofisher.com/TFS-Assets/CAD/Application-Notes/AN50733_E.pdf.

1. ***Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole, wherein said crystalline form has an analytical parameter selected from the group consisting of . . . a Raman spectrum comprising a Raman shift peak (cm-1) at 1292±2.***

220.    Based on test results, ███████████████████████████████

███████████████████████████████████████████████. As discussed above and

depicted below, I relied on curve fitting to properly position the peak ████████████████

████████████████████████████████████████████████████ █████████████████

███████████████

**Figure 1 – ████████████ (XIX-1.1) Raman Scan with Fitting**



221.    To demonstrate the importance of fitting in this instance, I also generated a fit spectrum

████████████████████████████ The fit for that theoretical spectrum was worse, based on

both a visual comparison of the experimental and theoretical spectra (the red and dark green spectra,

respectively) and based on the obtained $\chi^2$ values.  The POSA would recognize that these results confirm

the appropriateness of the peak fitting approach and the robustness of concluding that a Raman peak is

present at ████████.

100

**Figure 2 - ▮▮▮▮▮ (XIX-1.1) Raman Scan with No Fitting at ▮▮▮**



222.    The presence of other peaks recited in the Asserted Claims (set forth below) further supports my opinion that a claimed form is present in the sample.  For example, as shown in Figure 3, the Raman shift peaks ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ are readily visible and automatically selected by the WiRE program.  Likewise, my analysis shows that the ▮▮▮▮▮▮ ▮▮▮▮▮▮ are also present.

**Figure 3 – ███████ (XIX-1.4) Raman Scan**





223. ████████████████████████████████████████████████

████████████████████████████████████

224.     There are two peaks that were not identified by the WiRE program as peaks—████████

and ██████████. But even if these peaks are absent from the pattern, this does not inform whether a

████████████████ ██████████████████████████████████████

██████████████ █████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████[223]

───────────────────
[223] ████████████████████████████████████████████████ ██ The purpose of the fitting, described above, is to properly position the shoulder peak around ██████████. ████████ ████████████████████████████████.

103

**Figure 4 – ████████ (XIX-1.1) Raman Scan**



225. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████ The POSA would interpret these results as suggesting that ██████████████████ was simply below the detection limit. T███████████████████████████████████████████

██████████████████████████████████████████ Additionally, as seen in the '441 patent, the peak at 869±2 in Form 1 (which has all the Raman peaks recited in the claims) is a weak peak, especially as compared to the other Raman peaks recited in the claims. *See* '441 patent, Figs. 5 and 6. ████████████████████████████████████ I have annotated below Figure 5 of the '441 patent using arrows to indicate the relative positions and intensities of the Form 1 Raman peaks recited in the claims.



FIG. 5

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

    **b.**    **Raman Analysis of** ■■■■■■■■■■■■■■

226.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■

> *1.*  *Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole, wherein said crystalline form has an analytical parameter selected from the group consisting of . . . a Raman spectrum comprising a Raman shift peak (cm-1) at 1292±2.*

227.  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ As discussed above and depicted below, I relied on curve fitting to properly position ■■■■■■■■■■■■■■■

105

██████████ .  ████████████████████████████████████ ██

████████████ .

**Figure 5– ████████ (XIX-1.5) Raman Scan**



228.    To demonstrate the importance of fitting in this instance, I also generated a fit spectrum ████████████████████ .  ████████████████████████

████████████████████████████████████████

████████████████████ .  The POSA would recognize that these results confirm

the appropriateness of the peak fitting approach and the robustness of concluding that ████████████

████████████ .

**Figure 6 - ▮▮▮▮▮▮ (XIX-1.5) Raman Scan with No Fitting at ▮▮▮▮.**



229. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Figure 7 – ████████ (XIX-1.5) Raman Scan**



230. ████████████████████████████████████████

████████████████████████████████████

231.     There are two peaks that were not identified by the WiRE program as peaks—██████

███████. But even if these peaks are absent from the pattern, this does not inform whether a

█████████████. ████████████████████████████████████

███████████████████

██████████████████████████████████████████

███████████████████████████████████

**Figure 8 – ███████ (XIX-1.5) Raman Scan**



232.   ███████████████████████████████

████████████████████████████████ The POSA

would interpret these results as suggesting that ████████████ was simply below the

detection limit.  ████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

█████████████████████████████████

233.   ████████████████████████████████

████████████████████████████████████

█████████████████████████████████████

c.     **Raman Analysis of** ███████████████

234.     ████████████████████████████████████████████████████

████████████████████████████

1.     ***Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-
benzoxazole, wherein said crystalline form has an analytical parameter
selected from the group consisting of . . . a Raman spectrum comprising
a Raman shift peak (cm-1) at 1292±2.***

235.     ████████████████████████████████████████████████████

██████████████████████████████████████████     As discussed above and

depicted below, I relied on curve fitting to properly position the peak at ███████████████

████████████████████████████████████████████████████

████████████████████

**Figure 9 –** ██████████████ **(XIX-1.8) Raman Scan**



236.     To demonstrate the importance of fitting in this instance, I also generated a fit spectrum

assuming ██████████████████████. ████████████████████████████████████

████████████████████████████████████████████████████

110

██████████████████████ ██████ The POSA would recognize that these results confirm

the appropriateness of the peak fitting approach and the robustness of concluding ████████████

████████████.

**Figure 10 - ████████ (XIX-1.8) Raman Scan with No Fitting at ██████**



237.    ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████ ██████████████████████████

**Figure 11 - ██████████ (XIX-1.8) Raman Scan**



238. ████████████████████████████████████████████████

████████████████████████████████████

239.    There are two peaks that were not identified by the WiRE program as peaks—███████

█████████. But even if these peaks are absent from the pattern, this does not inform whether a

████████████████. ███████████████████████████████████████

████████████████████████████████████████████████

112

██████████████████████████████████████████████

██████████████████████████████████████

**Figure 12 - ████████ (XIX-1.8) Raman Scan**



240.    ████████████████████████████████████

████████████████████████████████████████ The POSA would interpret these results as suggesting ████████████ was simply below the detection limit. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

241.    ████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

*    *    *

113

242. 

d.  **Raman Analysis of** ▮▮▮▮▮▮▮▮▮▮▮

243. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

1. *Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-
   benzoxazole, wherein said crystalline form has an analytical
   parameter selected from the group consisting of . . . a Raman
   spectrum comprising a Raman shift peak (cm-1) at 1292±2.*

244. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

245.    One common way to analyze a heterogeneous sample is to systematically scan over the

sample in an X-Y grid and collect a spectrum at each point (this is sometimes referred to as a Raman

map). This can yield thousands of spectra.  To keep collection times reasonable when collecting so

many spectra it is typical to look at one fixed spectral region that is smaller than the whole Raman

spectrum and to collect each spectrum for just a few seconds. The former point means that not all

---

[224] *See* Talasila 4/24/2025 Tr. at 180:17–182:16 ("Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

. . . A.  Yes."); *see also* ZEN_TAF0021278 at -287 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ZEN_TAF0024715 at -720 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮).

characteristic peaks will be found if they occur outside the window. The faster speed of collection limits achievable signal-to-noise, which can impact the ability to observe weaker peaks.

246.    For each of the drug product samples, I conducted this type of Raman mapping analysis, which confirms that the samples comprise a Raman shift peak at ███████ █.

**Figure 13 - ████████ (XXIII-1.5) ████████ Raman Scan**



**Figure 14 - ████████ (XXIII-1.5) ████████ Raman Scan**

115

**Figure 15 - ▮▮▮▮ (XXIII-1.5) ▮▮▮▮ Raman Scan**



**Figure 16 - ▮▮▮▮ (XXIII-1.5) ▮▮▮▮ Raman Scan**

*2.* ▮▮▮▮

247. ▮▮▮▮

248.    As shown in Figure 17, ██████████████████████ are readily visible and automatically selected by the WiRE program. ████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████

**Figure 17 – ██████ (XXIII-1.4) Raman Scan**



249.    I collected and examined Raman mapping data, reported above at Figures 13 to 16. █

██████████████████████████████

250.    I also investigated whether ████████████ included any of the Raman shift peaks recited in claims 9 and 10. ███████████████████████████

████████████████████████

117

**Figure 18 – ████████ (XXIII-1.4) Raman Scan**



251.    The POSA would interpret these results as suggesting that ████████████ was simply below the detection limit. ██████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████

252.    ████████████████████████████████████

█████████████████████████████████████ ██████████████████

████████████████████████████████████████████

██████████████

        e.    **Raman Analysis of** ██████████████

253.    █████████████████████████████████████████

████████████████████████

1. ***Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole, wherein said crystalline form has an analytical parameter selected from the group consisting of . . . a Raman spectrum comprising a Raman shift peak (cm-1) at 1292±2.***

254.  ███████████████████████████████████████████████████████

████████████████████████████████████  As discussed above and depicted

below, I relied on curve fitting to properly position the peak at ████████████████

████████████████████████████████████████████████████████

██████

**Figure 19 – ███████ (XXIII-2.6) Raman Scan**



255.  To demonstrate the importance of fitting in this instance, I also generated a fit spectrum

assuming ███████████████████. ██████████████████████████

████████████████████████████████████████████████████████

████████████████████████  The POSA would recognize that these results confirm

the appropriateness of the peak fitting approach and the robustness of concluding that ████████████

██████████████.

119

**Figure 20 - ████ (XXIII-2.6) Raman Scan with No Fitting at ████**



*2.* ███████████████

256. ███████████████

███████████████

**Figure 21 - ████████ (XXIII-2.6) Raman Scan**



257.     ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████

258.     I conducted the type of Raman mapping analysis described above, *see supra* ¶ 245, and found ████████████████████████████████. I have presented this data below.

121

**Figure 22 –** ███████ **(XXIII-2.7)** ███████ **Raman Scan**



**Figure 23 –** ███████ **(XXIII-2.7)** ███████ **Raman Scan**

**Figure 24 – ███████ (XXIII-2.7) ███████ Raman Scan**



259.   I also investigated whether ██████████ included any of the Raman shift peaks recited in claims 9 and 10. ███████████████████████████████████████████ ██████████████████████

**Figure 25 – ███████ (XXIII-2.6) Raman Scan**

260.    The POSA would interpret these results as suggesting that ███████████████
was simply below the detection limit. ██████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████

261.    ████████████████████████████████████████████

████████████████████████████████████████████████ ████████████████

███████████████████████████████████████████████████████████████

██████████████

**f.    Raman Analysis of** ███████████████████████████

262.    Based on the results of my own testing, drug product batch ██████████ ██████████
██████████████████████████

1.    ***Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-
     benzoxazole, wherein said crystalline form has an analytical parameter
     selected from the group consisting of . . . a Raman spectrum comprising
     a Raman shift peak (cm-1) at 1292±2.***

263.    ████████████████████████████████████████████████

██████████████████████████████████████    As discussed above and depicted
below, I relied on curve fitting to properly position the peak at ███████████████████████

███████████████████████████████████████████████████████████████

████████

**Figure 26 – ██████ (XXIII-3.2) Raman Scan**



264.    To demonstrate the importance of fitting in this instance, I also generated a fit spectrum assuming ████████████████. ████████████████████████ ████████████████████████████ ████████████████████ ████ The POSA would recognize that these results confirm the appropriateness of the peak fitting approach and the robustness of concluding that ██████████ ████████████.

**Figure 27 – ██████ (XXIII-3.2) Raman Scan with No Fitting at ██████**



*2.*

265.

**Figure 28 – ████████ (XXIII-3.2) Raman Scan**

266.    As show in Figure 28, the Raman shift peaks at ████████████ are readily visible and automatically selected by the WiRE program. ████████████████████

126

██████████████████████████████████████████████

██████

267.    Continuing my investigation, I collected and examined Raman mapping data, consistent

with the explanation provided above, *see supra* ¶ 245, and found ██████████████████

████████████████.

**Figure 29 – ██████ (XXIII-3.7) ██████ Raman Scan**



**Figure 30 – ████ (XXIII-3.7) ████ Raman Scan**



268.    ████████████████████████████

████████████████████████████

████████████████

**Figure 31 – ████ (XXIII-3.2) Raman Scan**

269.    The POSA would interpret these results as suggesting that ████████

was simply below the detection limit. ████████████████

████████████████████████     in Hikma's tafamidis API.

Product would be prescribed by at least some doctors and taken by at least some patients, ██████ ████████████████████████████████. ██████████████████████████████████ ████████████████████████████████████████████████████ ██████

300.    Thus, in my opinion, Hikma induces and contributes to ████████████████ of the '441 patent.

X.    **CONCLUSION**

301.    For the reasons above, it is my opinion that ██████████████████████████ ████████████████████████.

Dated: June 27, 2025

_Adam Matzger_

Adam Matzger Ph.D.