# EXHIBIT 5

## REDACTED PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED<br><br>**CONFIDENTIAL** |

**REPLY EXPERT REPORT
OF ADAM MATZGER, PH.D.
<u>AS TO HIKMA PHARMACEUTICALS</u>**

these characteristic peaks once it is mixed and diluted with additional components within a drug formulation."[147] The POSA would understand the myriad of techniques that could be applied in those circumstances.

108. Deconvolution is a mathematical procedure that is available (and was available as of the priority date) in almost every computer software for evaluating Raman data; it is described in detail in the documentation for the WiRE program that I used to conduct my analysis.[148] In a deconvolution procedure, an investigator provides initial suggestions as to the location of potential peaks in a spectrum, and the software then simulates different locations, sizes, and shapes, attempting to generate a theoretical spectrum that is as close as possible to the experimentally observed spectrum.[149] The figure below provides an example of how a deconvolution procedure can separate out multiple peaks that contribute to an unresolved area of a Raman spectrum.[150]

---

[147] '441 patent, 15:27-35.

[148] Renishaw (PFZ04170274) at -285-287.

[149] Opening Rep. ¶ 215.

[150] Renishaw (PFZ04170274) at -285-287.



### 5. Order of Operations

109. In short, in using Raman spectroscopy to analyze a sample, the POSA would first have taken a Raman point spectrum and/or Raman map and analyzed it using Raman software. If the peak-picking algorithm identified a peak, and visual inspection confirmed the peak's unambiguous presence at a particular location, the POSA would not have needed to conduct any additional analysis. However, if the algorithm did not identify a peak, but a visual inspection suggested the existence of unresolved peaks (e.g., clear signal above noise in the shadow of larger peaks), the POSA would have known to apply additional techniques such as deconvolution to investigate further.

110. In my Opening Report, as described below, I used precisely these techniques to analyze Hikma's ANDA product. Contrary to Dr. Steed's suggestions throughout his report, all of these techniques were well known and commonly applied as of the priority date, and the POSA would have understood when to apply these techniques to gain additional insight about a sample.[151]

---

[151] Steed Rep. § 163.

overlapping phases, is not straightforward."[225] Another notes the necessity of further analysis "[b]ecause of the overlap of the three [principal] Raman bands."[226] As I explained in my Opening Report, a peak picking algorithm simply identifies areas of a Raman spectrum where there appears to be signal above noise. However, a person of skill in Raman analysis would understand, based on his or her experience analyzing Raman spectra, that where multiple peaks exist in close proximity to one another, and are of different magnitudes, identifying the presence or location of any particular peak may require more than simply visual inspection or reliance on a peak-picking algorithm.[227] The POSA would further understand that it is possible to conduct this investigation using well-known and accepted techniques, as described below.

156.  To illustrate this point, I prepared the following exemplary Raman spectra showing theoretical peaks—that is, peaks simulated by an algorithm—of varying sizes in proximity to one another. Below, for example, is a set of spectra with two peaks. One theoretical peak appears at

---

[225] Pezzotti 2004 at 372-73.

[226] Freeman 2008 at 1491.

[227] *See* Opening Rep. ¶ 215.



157. The spectrum in black depicts simulated peaks of equal magnitude at each of at the two positions. ██████████████████████████ But the situation quickly becomes more complicated. ██████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████ Identification of the existence and location of the peak at ████ becomes more and more difficult in the successive curves without the aid of additional analytical techniques.

158. To further illustrate the point, I prepared a second simulated spectrum, depicted below, ████████████████████████████████████. ████████

████████████████████████████████████

series of bands, select **Analysis…Curve fit** to open the Curve fit window, zoom in to a region that contains the band and some baseline data either side . . . . Use the mouse to position the approximate centre of the band. Click to add the band and repeat for the centres of other bands if part of a system of bands . . . . Select 'Start Fit' from the context menu to fit the added curves to the data. The algorithm will perform many iterations until the best fit has been achieved.[243]

168. The following diagram illustrates how the curve-fitting procedure can identify numerous peaks that contribute to a band of signal in a Raman spectrum.[244]



169. As explained in my Opening Report, I performed exactly the procedure laid out in the manual in conducting my curve fitting: after correcting the baseline as described above, I "indicated all potential peak positions based on a visual inspection, *i.e.*, I approximately marked what appeared to be the true position of overlapping peaks." I then instructed the software to

---

[243] Renishaw (PFZ04170274) at -0285–-0286.

[244] *Id*. at -0285.

84

"r[u]n a fitting procedure, . . . moving and resizing each modelled peak and minimizing the difference between the theoretical and experimental spectra."[245]

170. The WiRE software uses a statistical metric called "chi-square" or "$\chi^2$" to measure the similarity between a projected and actual spectra. Put another way, the $\chi^2$ is a measure of "fit" of the theoretical spectra. Generally, a lower $\chi^2$ value signals a better fit to the overall spectrum, and the software attempts to minimize the $\chi^2$ value as it tests different permutations of peak positions and sizes during the fitting procedure.

171. However, while the $\chi^2$ value is an important metric, it is also important to consider at least two other qualities when evaluating the results of a curve-fitting procedure. First, it is important to observe how well the projected spectrum matches the experimental spectrum in the area of interest. Consider, for example, Figure F in Dr. Steed's report: while the overall $\chi^2$ value is relatively low, there is an obvious mismatch between ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[246]

---

[245] Opening Rep. ¶ 215.

[246] Steed Rep. Fig. F (excerpted).



Thus, it is clear from a visual inspection that the simulated and experimental curves do not match in this window and therefore a reliable peak position cannot be extracted from the fit.

172.  <u>Second</u>, it is important to evaluate the peaks the software has identified, and ascertain whether they are of a number and shape consistent with typical Raman peaks. For example, it is possible to create a good fit for almost any spectrum simply by placing a very large number of peaks, which the software can then use to exactly match the experimental data, but such spectra are "totally meaningless to interpretation – some of the peaks may have no source in reality."[247] In the following spectrum, for instance, the curve-fitting procedure has obtained a good

---

[247] Bradley 2007 (PFZ04170123) at -0126.

86

match from a mathematical perspective, but the peaks are unlikely to indicate anything about the material's actual structure.[248]



173.  The POSA would further understand that Raman peaks tend to exhibit particular shapes, sometimes described as Gaussian and Lorentzian. The primary difference between these shapes are the relative breadth of the peaks in their lower halves; however, as shown below, both Gaussian (red) and Lorentzian (blue) peaks tend to emerge naturally from the baseline.[249]

---

[248] *Id.*

[249] Tuschel 2021 at 3 (indicating that the Gaussian peak is red and the Lorentzian peak is blue).



174.    Dr. Steed's deconvolutions again present a case in point. Consider Figure H in his report, in which Dr. Steed attempts to show that he achieved a lower $\chi^2$ value by adding peaks in places where none are readily apparent. Although the $\chi^2$ value is indeed plausible, the spectrum has obvious problems, including the presence of the highlighted peak, which appears to be a random fitting artifact rather than a *bona fide* Raman peak.[250]  The peak obviously does not curve naturally into the baseline, but rather seems to emerge abruptly from the baseline at each end. Critically, this is near the position of the peak of interest and yet the fit in that region is poor.



---

[250] Steed Rep. Fig. H.



175. As explained in my Opening Report, in addition to deconvoluting the Raman spectra I obtained for Hikma's tafamidis API and ANDA product exhibit batches via curve fitting, I also analyzed the results "by comparing the theoretical and experimental spectra."[251] This was the basis for my determination that, for each of the spectra presented, Hikma's tafamidis API or ANDA product exhibited a peak at within ▇▇▇ ▇▇▇. Dr. Steed attempts to discredit this conclusion, but, as explained in the following section, his critiques are unpersuasive.

        **b.**    **Dr. Steed Fails to Undermine My Specific Peak Deconvolutions**

176. Dr. Steed's first and principal criticism of my Raman analysis is that I somehow manipulated the curve fitting procedure to ensure a peak appeared at ▇▇▇▇ ▇▇▇. Dr. Steed claims that "[i]n a curve fitting process, the operator manually selects positions where they believe a peak occurs and there is then a computational refinement procedure that attempts to obtain the best fit of these hypothetical initial peak positions to the experimental data."[252] To the extent Dr. Steed suggests that a curve-fitting procedure will simply change the size and shape of the peaks the operator has originally placed, I disagree; as noted, the procedure also *moves* peaks,

---

[251] Opening Rep. ¶ 215.

[252] Steed Rep. ¶ 112.

89

187. By contrast, below, I reproduce an excerpt of my fit from Figure 1. As the excerpt shows, the fit in the area of interest is far better in my spectrum than in Dr. Steed's; indeed, there is virtually no difference between the projected and experimental spectra.[270]



188. Dr. Steed complains that the fit in Figure 1 of my Opening Report is anomalous because ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[271] I disagree with Dr. Steed that this "indicate[s] a poor fit": what indicates a poor fit is an obvious mismatch between the theoretical and experimental spectrum, which is true of Dr. Steed's Figure F, while a good fit is one that, like the fit in Figure 1 of my Opening Report, consists of a theoretical spectrum that closely aligns in shape and location with the experimental spectrum. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



---

[270] Opening Rep. Fig. 1 (excerpt).

[271] Steed Rep. ¶ 114.

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████

189. ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████



All of these qualities reinforce my confidence that my spectrum reflected in Figure 1 of my report is a far more realistic deconvolution than Dr. Steed's spectrum in Figure F. This is particularly true in light of Dr. Steed's baseline correction, which he does not describe.

190. ███████████████████████████████████

███████████████████████████████████████████



---

[272] Steed Rep. Fig. F (highlighting added to excerpt).

[273] Steed Rep. ¶ 118.

███████████████████████████████████.[304] I disagree for reasons I have already explained: ████████████████████████████████████████████████████████████ ████████████████████████████ but Raman mapping is a well-known technique designed to *explore* the possibility of structural inhomogeneity, so it makes no sense to demand pre-existing evidence of inhomogeneity before applying the technique.[305] ████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████ ████████████████████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████

218. <u>Second</u>, Dr. Steed contends that I should have used a "validated, low-noise reference standard (in this case, ████████████ of tafamidis free acid and ████████ ████████ in Hikma's ANDA Product formulation) and compare the whole spectrum from the map with the reference standards to identify the nature of the particle."[307] ████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████ ████████████████████████ Otherwise, I disagree with Dr. Steed's suggestion that the use of a reference standard would have been necessary or appropriate. Dr. Steed cites no sources to support his position, except for a single 2014 study that involved the identification of two

---

[304] Steed Rep. ¶ 138.

[305] *See supra*, § IV.A.2.

[306] Henson 2006 at 1247.

[307] Steed Rep. ¶ 142.

119

chemically distinct active principal ingredients of a pharmaceutical formulation; nothing about this reference indicates that such an approach is necessary or universally applicable ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.[308]

219. More fundamentally, the claims of the '441 patent recite a polymorphic form of tafamidis which meets certain analytical parameters, including, for example, the presence of certain shift-peaks in Raman spectroscopy. I analyzed samples of Hikma's tafamidis API and ANDA product to ascertain whether they exhibited these analytical parameters. I see no reason why a reference standard would be relevant to conducting this analysis.

220. Further, had I used a pure reference standard of one or multiple polymorphic forms of tafamidis, I could have been accused of exposing my laboratory or equipment to contamination by those form(s). I therefore disagree with Dr. Steed that I should have used a reference standard in my Raman mapping analysis.

221. For all these reasons, Dr. Steed fails to convincingly rebut (and for the most part, simply fails to address) my Raman mapping data, which demonstrates infringement of the Asserted Claims.

### 5. Dr. Steed Mistakes the Standard for Infringement

222. In what seems like a last-ditch effort to undermine my infringement analysis, Dr. Steed repeatedly suggests that ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.[309]

---

[308] Steed Rep. ¶ 142.

[309] *See, e.g.*, Steed Rep. ¶ 138; *see also id.*, ¶¶ 151, 154.

240. Additionally, as explained in § IV.A. and contrary to Dr. Steed's suggestions, these techniques were well known and commonly applied as of the priority date, and the POSA would have understood when to apply these techniques to gain additional insight about a sample.[327]

241. Accordingly, no aspect of my infringement analysis demonstrates that the Asserted Claims are indefinite.

Dated: November 7, 2025

Adam Matzger Ph.D.

---

[327] Steed Rep. § 163.