# EXHIBIT 6

# REDACTED PUBLIC VERSION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE | ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 23-879-GBW-CJB |
| | ) | |
| v. | ) ) | **CONFIDENTIAL** |
| DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al., | ) ) ) | |
| Defendants. | ) ) ) | |

## REPLY EXPERT REPORT OF
## ADAM MATZGER, PH.D.
## <u>AS TO CIPLA LIMITED</u>

## **TABLE OF CONTENTS**

I.     SUMMARY OF OPINIONS ................................................................................1

II.    RESPONSE TO DR. MACGILLIVRAY'S REPORT .......................................5

     A.    My XRPD Testing Confirms Infringement of Cipla's Samples .............................5

     B.    Dr. MacGillivray's Speculative Criticisms Regarding My Testing
           Methodology Do Not Undermine My Analytical Conclusions .............................7

          1.    The Storage Conditions and Documentation I Used Were
                  Appropriate, Underscoring the Validity of My Analysis...........................7

          2.    The Instrument Settings I Used Were Proper, and Did Not
                  Undermine the Validity of My Analysis....................................................12

          3.    Dr. MacGillivray's Criticisms of My XRPD Results Fall Short ...............13

          4.    XRPD and Raman Data Independently Corroborate Infringement ..........21

     C.    Cipla's Own Data Proves Infringement................................................................24

          1.    Cipla's Own Studies Demonstrate That Its ANDA Product and
                  API Had Infringing Peaks.........................................................................25

           2.    Unaddressed Conversion Issues Support Infringement ............................38

III.   RESPONSE TO DR. SPINGARN'S REPORT ................................................52

     A.    The Raman Analysis Techniques Described in my Opening Report are
           Standard and Commonly Applied..........................................................................52

          1.    Raman Spectroscopy.................................................................................53

          2.    Raman Mapping........................................................................................55

           3.    Peak-Picking Algorithm............................................................................59

          4.    Deconvolution...........................................................................................60

          5.    Order of Operations .................................................................................62

     B.    My Raman Testing Confirms Infringement...........................................................64

          1.    Raman Point Spectra.................................................................................64

          2.    Raman Mapping........................................................................................66

C.    Robust Testing Procedures and Settings Undermine Dr. Spingarn's Criticisms .................................................................................................67

    1.    ChemXLerate LLC Meets Scientific Standards .........................................67

    2.    My Testing Settings Were Scientifically Sound ........................................68

    3.    Instrument Validation and Controls were Scientifically Sound ...............75

    4.    I Correctly Rounded My Peak Values .......................................................80

D.    My Analysis of the Data Is Supported by Evidence ..............................................82

    1.    Raman Point Spectra Analysis Supports Infringement.............................83

    2.    My Raman Mapping Analysis Demonstrates Infringement ....................94

E.    The Testing Showed Infringement of the Dependent Claims..............................116

IV.    CONCLUSION.................................................................................................................122

V.    APPENDIX......................................................................................................................123

## I.    SUMMARY OF OPINIONS

1.    I am the same Adam Matzger who submitted a report concerning Cipla's infringement of U.S. Patent No. 9,770,441 ("the '441 patent") on June 27, 2025 ("Opening Report" or "Opening Rep.").

2.    My qualifications, and the cases in which I was deposed and/or testified, are set out in my Opening Report, and I provided my *curriculum vitae* as an exhibit to my Opening Report.  Attached as Exhibit A to this report is a list of materials I considered in producing this Reply Report.

3.    I understand that Dr. Leonard MacGillivray, Ph.D., submitted a report on September 15, 2025, responding to the opinions I expressed in my Opening Report (the "MacGillivray Responsive Report" or "MacGillivray Rep.").  His report focuses on the results of my XRPD testing demonstrating Cipla's infringement of the Asserted Claims (claims 1, ███ ███ as well as my analysis of internal Cipla documents showing the same.

4.    I also understand that Dr. Neil Spingarn, Ph.D., submitted a report on September 15, 2025, responding to the opinions I expressed in my Opening Report (the "Spingarn Responsive Report" or "Spingarn Rep.").  His report focuses on the results of my Raman testing demonstrating Cipla's infringement of the Asserted Claims.

5.    I have been asked to respond to the opinions expressed in Dr. MacGillivray and Dr. Spingarn's reports relating to whether Cipla's ANDA product would infringe the Asserted Claims of the '441 patent.

6.    It continues to be my opinion that Cipla's ANDA product infringes the Asserted Claims.  Specifically, Cipla's ANDA product likely contains a mixture of polymorphic forms, one of which exhibits the analytical parameters of the Asserted Claims.  The patent expressly contemplates that the claimed forms can appear in mixtures with unclaimed forms and other

1

components.  For example, the patent explains "[t]he present invention contemplates that Form 1 can exist in the presence of the any other of the solid forms (*e.g.*, Forms 2, 4 and 6) or mixtures thereof" and that "[o]ne of skill in the art will also recognize that crystalline forms of a given compound can exist in a crystalline form that comprises two or more different polymorphs or amorphous forms."[1]

7.    Across XRPD, Raman, and Cipla's own internal records, the evidence shows that Cipla's API and drug product exhibit the analytical parameters of the Asserted Claims.  Neither Dr. MacGillivray nor Dr. Spingarn credibly refutes this conclusion, and notably, neither conducted independent testing to dispute it.  Instead, both experts rely on speculation: hypothetical storage issues and theoretical manufacturing anomalies.  Their arguments are not only unsubstantiated but directly contradicted by the data.

8.    

[2] Expert Opening Report of Adam Matzger, Ph.D. (June 27, 2025) ("Op. Rep.") § IX.F.1.



9.      As further shown in my Opening Report, my Raman spectroscopy (point spectra
and Raman mapping) testing of Cipla's API batches (███████████████) and drug
product batches (███████████████) also showed the claimed peaks, including the
Raman peak shift at ████████[4]  These results demonstrate that Cipla's API and drug product
meet the limitations of claims 1 and 8 and confirm infringement.  Dr. Spingarn's criticisms of my
Raman analysis are speculative and internally inconsistent. █████████████████
█████████████████████████████
███████████████████████████
████████████████████████████
█████████████████████████████
██████████████████████████████
██████████████████████████  As
discussed in more detail below at § III.C, ChemXLerate LLC follows validated scientific
practices with experienced personnel; my use of a 785 nm laser was appropriate to minimize
fluorescence and avoid sample damage; I followed standard protocols to prevent laser-induced
degradation (and confirmed it did not influence the spectra); I corrected for cosmic rays by

---

[3] *See generally* Op. Rep. § IX.F.1, ¶ 159, ¶ 170.

[4] Op. Rep. § IX.F.2.

employing software settings to remove cosmic ray artifacts from the data.



10. ███████████████████████████████

███████████████████████████ ███████████████████

█████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████

███████████████████

11. ████████████████████████████████

█████████████████████████████████████

███████████████████

12. The claims of the '441 patent are directed to a crystalline form of tafamidis which

meets specific analytical parameters, including peaks detected by XRPD and Raman

---

[5] Op. Rep. § IX.A-E.

[6] Op. Rep. § IX.A-E.

[7] Claim 13 ("The crystalline form of claim 1, wherein said form is nonhygroscopic and anhydrous."); Claim 15 ("A pharmaceutical composition comprising the crystalline form of claim 1 in a therapeutically effective amount in admixture with at least one pharmaceutically acceptable excipient."); Claim 16 ("A method of treating transthyretin amyloid disease in a mammal, the method comprising administering to the mammal a therapeutically effective amount of the crystalline form claim 1.").

analysis.  Based on my review of the '441 patent, I understand that Form 1 of tafamidis meets the

limitations of the '441 patent's claims, even though the claims do not recite a numbered

polymorphic form of tafamidis (*e.g.*, Form 1).

## II.  RESPONSE TO DR. MACGILLIVRAY'S REPORT

13.  ████████████████████████████████████

████████████████████████████ ████████████████████████

████████████████████████████████████████

██ ████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

██ ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

████████████████████

██ ██████████████████████████████

██ ██████████████████████████████████

████████████████████████████ ████████████████████

████████████████████████████████████████████

_____

█ ████████████████████████████████████████████
████████████████████████████████████████████

█ ██████████████████

███████████████████████████

## III.    RESPONSE TO DR. SPINGARN'S REPORT

117.    My independent Raman spectroscopy analysis, encompassing both point spectra and Raman mapping (Raman spectroscopy applied to different regions of a sample to make an array of Raman spectra) confirm that Cipla's API and drug product exhibit the analytical parameters recited in the Asserted Claims.

118.    Using scientifically accepted methods and validated equipment, I identified infringing Raman peak shifts—including the ███████████████ of the '441 patent. Dr. Spingarn did no testing of his own to challenge the results generated by my testing.

119.    Dr. Spingarn appears to accept Raman spectroscopy as a valid method for identifying polymorphs and does not dispute that the test results reflect infringing peaks.  Despite these points of agreement, however, Dr. Spingarn criticizes my methodology, including alleged flaws in Raman settings, improper data analysis, and lack of controls.  His arguments are speculative, misinformed, and unsupported by the data.  As explained below: **(A)** the Raman techniques described in my Opening Report are standard and commonly applied; **(B)** my Raman point spectra and Raman mapping analysis of Cipla's API and drug product shows infringing peaks, including a Raman peak shift at ███████████ ; **(C)** My testing procedures and settings, including instrument calibration, laser selection, validation, and rounding adhered to best practices and ensured reliable results; **(D)** Dr. Spingarn's challenges to my interpretation of the Raman point spectra and Raman mapping data are internally inconsistent, contrary to accepted scientific practices, and fail to undermine my conclusions.

### A.    The Raman Analysis Techniques Described in my Opening Report are Standard and Commonly Applied

120.    Much of Dr. Spingarn's Report focuses on mystifying and obfuscating the

standard Raman laboratory techniques I used to analyze Cipla's ANDA product and API. Therefore, to rebut Dr. Spingarn's report, I provide a brief review of how the POSA would analyze a sample using Raman spectroscopy techniques to ascertain whether the claimed Raman peaks are present.

### 1.    Raman Spectroscopy

121.    Raman spectroscopy is a way of analyzing a material by exposing it to a monochromatic light source (*i.e.*, a laser), and observing how the light scatters upon encountering the material.[133]  Raman microscopy was a well-known version of Raman spectroscopy as of the priority date, and has been used since the 1970s.[134]

122.    Like many characterization techniques, it is possible to undertake Raman spectroscopy at different scales.  For example, the POSA would understand that it is possible to conduct Raman spectroscopy using a microscope (sometimes called "Raman microscopy") to examine the material under observation more closely.  As illustrated by the schematic below, the mechanism for conducting Raman spectroscopy is the same at the micro- and macro-scales, except of course that micro-Raman spectroscopy involves the use of a microscope.[135]

---

[133] Joel Bernstein, Polymorphism in Molecular Crystals 131–132 (Clarendon Press, 2002); Pavan M.V. Raja & Andrew R. Barron, *Raman Spectroscopy*, *in* Physical Methods in Chemistry and Nano Science, 4.3.1 (Barron, 2025), https://chem.libretexts.org/Bookshelves/Analytical_Chemistry/Physical_Methods_in_Chemistry _and_Nano_Science_(Barron)/04%3A_Chemical_Speciation/4.03%3A_Raman_Spectroscopy ("Raja 2025").

[134] Philippe de Bettignes*, Optics/Instrumentation*, *in* Micro-Raman Spectroscopy: Theory and Application 1 (Jürgen Popp & Thomas Mayerhöfer eds. 2020).

[135] Raja 2025 at 4.3.4.



Figure 4.3.5 Schematic of a macro-Raman spectrometer.

123.    When performing Raman spectroscopy on a sample, the result is a point spectrum (a spectrum obtained at one physical location in a sample) depicting the intensity of the signal observed at each wavenumber, which is reported in the unit "cm$^{-1}$." Below, for example, are sample Raman point spectra of multiple different forms of a compound called zirconia.[136]

---

[136] Giuseppe Pezzotti & Alessandro A. Porporati, *Raman Spectroscopic Analysis of Phase-Transformation and Stress Patterns in Zirconia Hip Joints*, 9(2) J. BIOMED. OPTICS 372, 374 Figure 1 (2004) ("Pezzotti 2004").



## 2. Raman Mapping

124. In addition to Raman point spectra, the POSA would understand (and would have understood as of the priority date) that another way to gain insight about a sample is to use a Raman spectroscopy technique called Raman mapping. In Raman mapping, a technique that had been the subject of peer-reviewed publications years before the priority date,[137] thousands of individual Raman spectra are collected across a two-dimensional sample (*e.g.*, a drug product or

---

[137] *See, e.g.*, P.V. Zinin et al., *Identification of the Diamond-Like B-C Phase by Confocal Raman Spectroscopy*, 61(10) SPECTROCHIMICA ACTA PART A 2386 (2005); Henson 2006 at 1247-48; Fiona C. Clarke et al., *Chemical Image Fusion. the synergy of FT-nir and raman mapping microscopy to enable a more complete visualization of pharmaceutical formulations*, 73 ANALYTICAL CHEMISTRY 2213–2220 (2001); Jörg Breitenbach et al., 16 *Confocal Raman-spectroscopy: Analytical Approach to Solid Dispersions and Mapping of Drugs*. PHARM. RSCH. 1109-1113 (1999).

API), allowing analysis of individual particles within the sample.[138]

125.    Dezena 2020, for example, describes the use of Raman mapping to analyze a pharmaceutical tablet, as depicted below.[139]



126.    Raman mapping can be used to identify individual regions of the sample under analysis.  Below, for example, are figures from Dezena 2020 showing how multiple Raman spectra are used to differentiate different particles isolated in a pharmaceutical tablet.[140]

---

[138] *See* Henson 2006 at 1248.

[139] Renan Dezena et al., *Confocal Raman Microscopy: Tablet Mapping Application for the Pharmaceutical Industry*, 7(28) BRAZILIAN J. ANAL. CHEM. 11, 11 (2020).

[140] *Id*. at 13–15.



**Figure 5.** Raman images of the entire section of the generic tablet.



**Figure 2.** Raman images of the coating region and core of the generic tablet.



**Figure 4.** Raman spectra of the layer 4 of the generic tablet.

127.     The POSA would have understood that Raman mapping is a particularly effective technique for analyzing mixtures of polymorphic forms, because within a given crystalline substance, some particles can be in one polymorphic form, while others may be in another

polymorphic form.[141]  Raman mapping enables analysis of the polymorphic form of individual particles, thereby providing more granular detail on the sample than can be achieved by other techniques.  In one prominent example, Raman mapping was "utilized to analyze pharmaceutical tablets containing a low concentration (0.5% w/w) of active pharmaceutical ingredient (API)" and "Raman mapping was demonstrated capable of detecting in the tablet matrix as little as 10% form conversion of the low-dosage (0.5% w/w) API[.]"[142]

128.    The POSA would have understood—and employed—Raman mapping in ascertaining whether the claimed Raman peak shifts are present.  As explained immediately above, literature from even before the priority date demonstrates that Raman mapping was a common technique used to analyze polymorphic mixtures.

129.    In the analysis that I performed for Raman point spectra, I generally collected from a dense area of particles.  Thus, the resulting spectra were a composite of the multiple crystalline forms present.  That inevitably led to an overlap of signals from the mixture of forms, causing, in at least some spectra, the dominant form to drown out the peaks from the minor crystalline form.  In contrast, collecting tens of thousands of spectra in a Raman map allowed collection of regions with varying particle density and identity, including some regions that were relatively pure in the minor form.  As a result, peaks that might not be picked by automated peak picking software or a visual inspection of a Raman point spectra would now be picked up.  Shown below is a figure that illustrates my point:

---

[141] *See, e.g.*, Mark J. Henson & Lin Zhang, *Drug Characterization in Low Dosage Pharmaceutical Tablets Using Raman Microscopic Mapping*, 60 APPL. SPECTROSC. 1247, 1247 (2006); David Tuschel, *Raman Spectroscopy and Polymorphism*, 34(3) SPECTROSCOPY 10, 16 (2019) ("Tuschel 2019") ("One may find, even on a scale of only a few micrometers, mixtures of crystalline phases.").

[142] Henson 2006 at 1247.

### 3. Peak-Picking Algorithm

130.    Portions of the spectrum where the signal is particularly intense can be referred to as "peaks" or "bands."  Many software programs for analyzing Raman spectra include an algorithm that attempts to "pick" the locations of peaks on a spectrum.[143]  Sometimes, determining the existence and location of a peak will be relatively straightforward, in which case,

---

[143] Op. Rep. ¶ 175.

further analysis may not be needed.  For example, below is a reproduction of Figure 20 from my

opening report.  ██████████████████████████████████

███████████████████████████████████████

██████████████████████ .

**FIGURE 20 – Cipla Drug Product Batch** ████████ **(AJM XX-3.1)**

### 4.    Deconvolution

131.    Whether analyzing a Raman point spectrum or Raman map, sometimes, multiple

peaks will overlap in a particular region.  When this is the case, and especially when weaker

peaks appear in the vicinity of stronger peaks, a visual inspection may reveal only that there is

some signal, but not the precise location of a weaker peak—and the peak-picking software may

therefore not identify a peak in the vicinity.  As one reference published before the priority date

explained, further analysis may be needed "[b]ecause of the overlap of [multiple] Raman bands

. . . ."[144]

---

[144] John J. Freeman et al., *Characterization of Natural Feldspars by Raman Spectroscopy for*

132.    Faced with such a situation, which may be caused by the presence of a mixture of crystalline forms in a sample, the POSA would understand (and would have understood as of the priority date) that there were a few approaches to evaluate whether peaks are present in the area of interest.  One approach—likely the first approach the POSA would take—is to conduct a mathematical evaluation of the spectrum to determine whether it is possible to "deconvolute," or separate out, the multiple peaks contributing to the signal in a particular area.  Indeed, the '441 patent indicates that "[w]here a solid form comprises two or more polymorphs or amorphous forms, the X-ray diffraction pattern will have peaks characteristic of each of the individual polymorphs of the present invention.  For example, a solid form that comprises two polymorphs will have a powder X-ray diffraction pattern that is a convolution of the two X-ray diffraction patterns that correspond to the substantially pure solid forms."[145]  The POSA would recognize that this is equally applicable to Raman point or map spectra where two or more polymorphic forms are present; there will be a convolution of peak shifts there as well.  Where the peaks of two different forms overlap, the POSA would recognize a need to deconvolute.

133.    Deconvolution is a mathematical procedure that is available (and was available as of the priority date) in almost every computer software for evaluating Raman data; it is described in detail in the documentation for the WiRE program that I used to conduct my analysis.[146]  In a deconvolution procedure, an investigator provides initial suggestions as to the location of potential peaks in a spectrum, and the software then simulates different locations, sizes, and

---

*Future Planetary Exploration*, 46 THE CANADIAN MINEROLOGIST 1477, 1491 (2008) ("Freeman 2008").

[145] '441 Patent at 14:62-15:2.

[146] Renishaw (PFZ04170274) at -285-287.

shapes, attempting to generate a theoretical spectrum that is as close as possible to the
experimentally observed spectrum.[147]

134.    The figure below provides an example of how a deconvolution procedure can
separate out multiple peaks that contribute to an unresolved area of a Raman spectrum.[148]



### 5.    Order of Operations

135.    In short, in using Raman spectroscopy to analyze a sample, the POSA would first
have taken a Raman point spectrum and/or Raman map and analyzed it using Raman software.
If the peak-picking algorithm identified a peak, and visual inspection confirmed the peak's
unambiguous presence at a particular location, the POSA would not have needed to conduct any
additional analysis.  However, if the algorithm did not identify a peak, but a visual inspection
suggested the existence of unresolved peaks (e.g., clear signal above noise in the shadow of
larger peaks), the POSA would have known to apply additional techniques such as deconvolution

---

[147] Opening Rep. ¶ 176.

[148] Renishaw (PFZ04170274) at -285-287.

to investigate further.

136.    In my Opening Report, and as further described below, I used precisely these
techniques to analyze Cipla's API and ANDA product.  Contrary to Dr. Spingarn's suggestions
throughout his report, all of these techniques were well known and commonly applied as of the
priority date (and in the current literature), and the POSA would have understood when to apply
these techniques to gain additional insight about a sample.

137.    A POSA would have had familiarity with the analytical techniques recited in the
'441 patent's claims, and would have had the skill and knowledge to generate Raman point
spectra and mapping spectra and employ various analytical techniques including deconvolution.

138.    Again, deconvolution is a mathematical procedure that is available (and was
available as of the priority date) in almost every computer software for evaluating Raman data; it
is described in detail in the documentation for the WiRE program that I used to conduct my
analysis.[149] And as explained more fully at § III.D.1.a, literature predating the patent's priority
date shows that scientists regularly employed deconvolution to interpret data.[150]  Given the
widespread use and availability of deconvolution tools in standard analytical software,
performing deconvolution would have been well within the ordinary technical abilities and skill
set of a POSA.

---

[149] Renishaw (PFZ04170274) at -285-287.

[150] Brigitte Wopenka et al., *The Tendon-to-Bone Transition of the Rotator Cuff: A Preliminary
Raman Spectroscopic Study Documenting the Gradual Mineralization Across the Insertion in Rat
Tissue Samples*, 62(12) APPLIED SPECTROSCOPY 1285, 1287 (2008) ("[e]ven though this band is
small and only appears as a shoulder on [an adjacent peak] in the raw spectrum . . ., *it can be
resolved unambiguously via peak deconvolution . . . .*") ("Wopenka 2008") (emphasis added);
John J. Freeman *et al.*, *Characterization of Natural Feldspars by Raman Spectroscopy for Future
Planetary Exploration*, 46 CANADIAN MINEROLOGIST 1477, 1491 (2008) (Because of the overlap
of the three [principal] Raman bands in [a given spectrum], *the exact positions of the peaks are
best determined by peak deconvolution . . . .*").

### B.     My Raman Testing Confirms Infringement

139.     As explained in my Opening Report, using well-established Raman techniques, I analyzed Cipla's tafamidis API and drug product to determine whether they exhibit the Raman peak shifts claimed in the '441 patent.[151]  My analysis included Raman point spectra and Raman mapping. ████████████████████████████████████████████████████████ ████████████████████████████████████████████████ I briefly summarize my analysis here.

#### 1.     Raman Point Spectra

140.     I first collected Raman point spectra of each of Cipla's tafamidis API and ANDA Product,[152] and analyzed those samples using the software program WiRE.[153]  Specifically, I used WiRE software's automated peak-picking algorithm and deconvolution of overlapping peaks.

141.     First, using parameters generated by the default whole pattern thresholding algorithm for each spectrum, WiRE automatically identified several infringing peaks, including

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████

---

[151] Op. Rep. § IX.F.2.

[152] As explained in § III.A.1, Raman microscopy is simply Raman spectroscopy paired with a microscope.

[153] Opening Rep. ¶ 175.

[154] Op. Rep. §§ IX.2.i-ii, iv.



142.    Second, a visual inspection of the spectra for each batch of Cipla's tafamidis API

and Drug Product suggested the presence of signal in several areas of interest.  Again, an

example is shown above in Figure 15, where I have highlighted the area of interest around 

143.    As explained in my Opening Report, to investigate this possibility, I performed

deconvolution to identify the potential presence of overlapping peaks in the region of interest.[155]

I first truncated the spectral window to include the area of interest.  I then performed baseline

correction which, as described more fully at § III.D.1.b, involves subtracting intensity that is

attributable to the baseline rather than Raman signal.  After correcting the baseline, I then

initiated the curve fitting procedure: I conducted a visual analysis of the spectrum, clicking any

_____

[155] Opening Rep. ¶¶ 175-178.

point on the spectrum where a peak visually appeared to be present. The WiRE software then

ran a fitting algorithm, automatically moving around and resizing peaks until it identified peak

locations and sizes that fit the reported spectrum.

144. Shown below is Figure 13 of my Opening Report demonstrating a peak at █████

████ using deconvolution.



### 2. Raman Mapping

145. I also analyzed Cipla's API and ANDA Product using Raman mapping, discussed

more fully at § III.A.2. As explained in my Opening Report, Raman mapping relies on the same

technology as Raman spectroscopy, but involves the collection of Raman spectra across a two-

dimensional sample to analyze different particles separately.[156] Raman mapping enabled me to

analyze each particle to determine whether it exhibited the peak shifts recited in the asserted

claims.

146. As explained in my Opening Report, the Raman mapping independently

---

[156] Op. Rep. ¶ 185.

confirmed the results of Raman point spectra.  For example, I identified particles across both API batches (███████████████) and drug product batches (█████████████████ ███████) that contained a crystalline form of tafamidis with the claimed Raman peak shifts.[157]

147.    The presence of infringing crystalline tafamidis across both API batches and all three drug product batches led me to conclude that a crystalline form of tafamidis with the claimed Raman peaks, more likely than not, is present in batches of Cipla's drug product made according to its ANDA.

### C.    Robust Testing Procedures and Settings Undermine Dr. Spingarn's Criticisms

148.    Dr. Spingarn criticizes specific aspects of my testing setup, such as the laser wavelength, resolution settings, and calibration techniques I used, as well as my use of rounding. I do not agree with his criticisms.  As I explain below, his arguments overlook the fact that these methods used are widely accepted and routinely applied in both academic and industry settings.

### 1.    ChemXLerate LLC Meets Scientific Standards

149.    Dr. Spingarn contends that I did not provide documentation demonstrating that ChemXLerate LLC is certified by agencies that audit and confirm compliance with international quality standards.[158]  This critique is misguided.  From the perspective of a POSA, certification is irrelevant where, as here, the testing and analysis was conducted by recognized experts in the field using accepted equipment and procedures (further detail at § III.C.2).  I am a tenured Professor at the University of Michigan and recognized as an expert globally in Raman and XRPD testing analysis, with decades of experience in the field.  As part of my work as a

---

[157] Op. Rep. Figs. 16, 21-23, 40, 45, 44, 48-49.

[158] Expert Rebuttal Report of Neil E. Spingarn, Ph.D. (Sept. 15, 2025), ¶ 42.

professor, I instruct PhD students at the University of Michigan using the same techniques

described in my report.  Moreover, I direct the Raman Spectroscopy Core facility at the

University of Michigan, assisting users across campus regarding use of Raman spectroscopy.  I

have generated data for dozens of peer-reviewed publications using the same types of laboratory

equipment and methods I applied in my infringement analysis here.[159]  I, and those in my lab,

follow strict protocols to avoid sample contamination or damage, regularly calibrate instruments

for accuracy, and carefully verify all data to ensure integrity.  These procedures regularly

generate XRPD and Raman data that meet the rigorous standards of peer-reviewed publishing,

and no one has challenged the laboratory's data.  Founded in 2009, ChemXLerate has served

many clients, both for pharmaceutical development and litigation support.  Additionally, I have

testified about these techniques more than 20 times by deposition, and in court at least eight

times, and provided analysis in numerous cases, consistently qualifying as an expert in this field.

### 2.     My Testing Settings Were Scientifically Sound

150.    My Raman setup was carefully chosen, properly executed, and provided accurate

and reliable results.  Dr. Spingarn criticizes my choice of laser wavelength and grating

resolution.  These criticisms are off-base and do not undermine the validity of my analysis.

151.    *First*, Dr. Spingarn criticizes my laser choice.[160]  According to Dr. Spingarn, I

should have used a 532 nm laser because it would have offered a finer spot to analyze crystals.[161]

---

[159] *See, e.g.*, Adam J. Matzger et al., *Raman Spectra of Hydrogen and Deuterium Adsorbed on a Metal-Organic Framework*, 411 CHEM. PHYS. LETT. 516, 516 (2005) ("Matzger 2005"); Diana Y. Siberio-Pérez et al., *Raman Spectroscopic Investigation of CH4 and N2 Adsorption in Metal-Organic Frameworks*, 19 CHEM. MATER. 3681, 3681 (2007).

[160] Spingarn Rep ¶¶ 43-45.

[161] Spingarn Rep ¶¶ 43-45.

152.    I disagree.  My use of a 785 nm laser was appropriate and consistent with standard Raman practice.  Choosing a laser wavelength for Raman analysis requires balancing the risk of some degree of fluorescence, which often accompanies shorter wavelengths, with the desire to maximize signal, which is typically weaker at longer wavelengths.  This is because the amount of Raman scattering—which is the quantity measured during Raman spectroscopy—"is inversely proportional to the wavelength of the pump light."[162]  Thus, "Raman spectroscopy is most often performed using laser sources [with an excitation wavelength of] 785 nm" because "[t]his wavelength source . . . balances the competing factors between Raman signal intensity [and] fluorescence . . . ."[163]  Thus, 785 nm is "[b]y far the most popular wavelength used for Raman spectroscopy . . . as it offers the best balance between avoiding fluorescence [and] absorption of the laser light (and Raman scattering) . . . .".[164]  Where he has done testing, Dr.

---

[162] Robin R. Jones et al., *Raman Techniques: Fundamentals and Frontiers*, 14 NANOSCALE RESEARCH LETTERS 1, 9 (2019) ("Jones 2019").

[163] Jones 2019 at 9; *see also* Shelby T. Nicolau, Kenneth H. Jiang, and Adam J. Matzger, *Selecting a Laser Excitation Source and Sampling Strategy for Raman Spectroscopy*, 343 SPECTROCHIMICA ACTA PART A: MOLECULAR AND BIOMOLECULAR SPECTROSCOPY, 1, 2 (2025) ("Matzger 2025") ("[I]n practice the two most common wavelengths today are 785 and 532 nm, and either can provide high signal-to-noise ratio with the correct collection parameters." (citations omitted)); Duepen Unjaroen et al., *Blink and You Miss It —Catching Fleeting Catalytic Intermediates by High-Speed 785 nm NIR Raman Spectroscopy*, COBOLT APPLICATION NOTEBOOK 2 (2017) ("Unjaroen 2017") (785 is "[b]y far the most popular wavelength used for Raman spectroscopy . . . as it offers the best balance between avoiding fluorescence [and] absorption of the laser light (and Raman scattering) . . . ."); Croker 2012 at 81 (reporting Raman spectrum collected at 785 nm)); *What is Raman Microscopy?*, BRUKER, 4, https://www.bruker.com/en/products-and-solutions/raman-spectroscopy/raman-basics/what-is-raman-microscopy.html (last visited Oct. 4, 2025)("The resulting most used wavelength is 785 nm and/or 523 nm."); Croker 2012 at 81 (reporting Raman spectrum collected at 785 nm) ("Bruker"); John Reffner et al., *Characterizing Colored Fibers by FT-IR and Raman Spectroscopy*, SPECTROSCOPY SUPPLEMENTS, 4 (2010) ("Reffner 2010").

[164] Duepen Unjaroen *et al.*, *Blink and You Miss It —Catching Fleeting Catalytic Intermediates by High-Speed 785 nm NIR Raman Spectroscopy*, COBOLT APPLICATION NOTEBOOK 2 (2017).

Spingarn himself has noted that he was required to run samples at 785 nm due to background fluorescence from the shorter wavelength laser.[165]  Renishaw also sells a specialized Raman spectroscopy imaging system developed for pharmaceutical applications, with only one laser wavelength: 785 nm.[166]  The pre-priority date Henson paper I discussed earlier that detected very low levels of crystalline polymorphic forms of API in a pharmaceutical tablet used 785nm.[167]

153.     And, regardless, the principles of Raman analysis remain the same irrespective of the excitation wavelength employed; to the extent Dr. Spingarn suggests my results would have differed in any significant way based on the wavelength I employed, I disagree.  As I commented in a recent paper, "any excitation wavelength will yield the same characteristic scattering positions."[168]

154.     **Second**, Dr. Spingarn argues that my choice of a 1200 lines/mm diffraction grating—which resulted in a resolution of approximately 1 cm$^{-1}$—was insufficient to accurately pinpoint peak locations.  He contends that I should have used a 3600 lines/mm grating to achieve

---

[165] Emily A. Miller, Neil Spingarn, et al., *A Raman Spectral Reference Library of Potential Anthropogenic and Biological Ocean Polymers*, 9 SCI. DATA 1, 2 (2022) ("Samples were first run at 532 nm wavelength (8.7 mW, 5.5–8.3 cm−1 resolution, 50x objective) and corrected for background fluorescence as needed (Fig. 2).  If a spectrum could not be acquired due to high fluorescence, then it was analyzed using comparable power selection and resolution parameters at 785 nm wavelength.").

[166] *RA802 Pharmaceutical analyser*, RENISHAW, 7, https://www.renishaw.com/en/ra802-pharmaceutical-analyser--39680?srsltid=AfmBOorEMGGMYiFp_N2iSaBuOlg0z1LAsm9_od_WzBwjEiKrJ6A7kb45, (last visited Nov. 2, 2025).

[167] Henson 2006 at 1248.

[168] Matzger 2025 at 1.  Dr. Spingarn is also at odds with Hikma's expert.  Dr. Steed, for example, was adamant that I should have used a laser at a *longer* wavelength.  He argues in his report that a 1064 laser is "desirable."  Steed Rep. ¶ 108.  Of course, I disagree with Dr. Steed that there was anything improper about my laser selection.  More generally, though, the fact that Defendants' experts have taken two fundamentally incompatible positions in their efforts to nitpick my Raman methodology illustrates the selective and unprincipled nature of these critiques.

higher resolution.[169]

155.    To evaluate this claim, it helps to briefly explain the role of diffraction gratings in Raman spectroscopy.  A grating is an optical element with thousands of finely spaced lines that spreads the Raman-scattered light into its individual wavelengths—much like a prism.  The separation allows the spectrometer to measure the small shifts in wavelength caused by molecular vibrations, which is what reveals structural information about the sample.[170]  The more lines per millimeter on the grating, the more the light is spread out—resulting in higher resolution.[171]  Using my 785 nm laser with a 1200 lines/mm grating, I employed a spectral resolution of about 1 cm$^{-1}$.[172]

---

[169] Spingarn Rep. ¶ 47.  Additionally, in Table 1, Dr. Spingarn implies that my settings (a 785 nm laser with 1200 lines/mm grating) resulted in a "practical resolution" of ~2-3 cm$^{-1}$.  Dr. Spingarn fails to explain what he means by "practical resolution" or how he arrived at that conclusion.  In all events, I disagree that there was anything wrong with my settings or resolution.

[170] *Inside the Optics of Raman Spectroscopy*, Bruker, 2, https://www.bruker.com/en/products-and-solutions/raman-spectroscopy/raman-basics/what-is-raman-spectroscopy/raman-spectrometer-optics.html (last visited Nov. 1, 2025) ("Bruker Optics").

[171] *Inside the Optics of Raman Spectroscopy*, Bruker, 4–5, https://www.bruker.com/en/products-and-solutions/raman-spectroscopy/raman-basics/what-is-raman-spectroscopy/raman-spectrometer-optics.html (last visited Nov. 1, 2025) ("Bruker Optics").

[172] Op. Rep. ¶ 174.



156.    In this context, Dr. Spingarn's criticism does not hold up.  The use of a 1200

lines/mm grating to achieve a 1 cm$^{-1}$ resolution is entirely consistent with industry standards

particularly in pharmaceutical analysis.  The '441 patent itself reports Raman spectra collected

with a lower resolution than the one I used (2 cm$^{-1}$) (lower resolution corresponds to a larger

number in cm$^{-1}$).[173]  The Henson paper analyzing low levels of polymorphic forms used 1200

grooves/mm to achieve a 2 cm$^{-1}$.[174]  The Renishaw Pharmaceutical Analyser, a specialized

Raman spectroscopy imaging system developed for pharmaceutical applications, reports a 2 cm$^{-1}$

resolution (as shown in the screenshot below, highlighted in yellow).[175]  Numerous Scientists

have also reported using lower resolution, including data collected every 4 cm$^{-1}$.[176]

---

[173] '441 Pat., col. 14, ll. 15–17.

[174] Henson 2006 at 1248.

[175] *RA802 Pharmaceutical analyser*, RENISHAW, 7, https://www.renishaw.com/en/ra802-pharmaceutical-analyser--39680?srsltid=AfmBOorEMGGMYiFp_N2iSaBuOlg0z1LAsm9_od_WzBwjEiKrJ6A7kb45 (last visited Nov. 2, 2025).

[176] *See, e.g.,* Floriana Spinelli et al., *Activating [4+4] Photoreactivity in the Solid-State via Complexation: From 9-(methylaminomethyl) Anthracene to its Silver(I) Complexes*, 47 DALTON TRANS. 5725, 5727 (2018) ("[T]he spectral resolution [was] 4 cm$^{-1}$."); Mark J. Henson & Lin

157.    In addition, Dr. Spingarn's recommendation to use a 2400 or 3600 lines/mm grating overlooks an important trade-off.  While higher-resolution gratings can provide finer detail, they do so at the cost of spectral range.  In other words, although users can "zoom in" very closely to see one part of the picture, they are only able to see a small part of it.  As Bruker, a manufacturer of scientific instruments, explains:

> Examining the full Raman range ($100 - 3500$ cm$^{-1}$) requires looking at a wide range of wavelengths.  That's why this requires a grating with a lower line density, since diffraction gratings with a lower line density don't spread the light out as much so a wider range of light can reach the detector.[177]

Zhang, *Drug Characterization in Low Dosage Pharmaceutical Tablets Using Raman Microscopic Mapping*, 60(11) APPLIED SPECTROSCOPY 1247, 1248 (2006) ("spectral resolution of approximately 2 cm$^{-1}$").

[177] *Inside the Optics of Raman Spectroscopy*, BRUKER, 4, https://www.bruker.com/en/products-and-solutions/raman-spectroscopy/raman-basics/what-is-raman-spectroscopy/raman-

158.     For these reasons, very high-resolution gratings like 2400 lines/mm are rarely used for routine Raman spectroscopy.  "Typical gratings used for Raman vary from perhaps 300 gr/mm (low resolution) through to 1800 gr/mm (high resolution).  More specialized gratings (including 2400 gr/mm and 3600 gr/mm) are also available, but have certain limitations, and should not be considered general purpose."[178]

159.     **Third**, Dr. Spingarn criticizes my analysis for using a 50-micrometer slit.  He contends my choice of slit did not allow me to isolate single crystals.[179]

160.     As a threshold matter, I disagree with Dr. Spingarn that examining single crystals would have been necessary for my analysis.  The Raman spectra I obtained showed a crystalline form with a distinct and reproducible combination of infringing peaks, regardless of whether the sample consisted of a single crystal or a polycrystalline aggregate.  As explained in § II.B.4, Raman spectroscopy is inherently sensitive to molecular structure and can detect characteristic vibrational modes even in mixtures or polycrystalline forms.

161.     Regardless, Dr. Spingarn's criticism confuses the slit size with the laser spot.  My laser spot size was small, about 1-2 micrometers.  The slit mentioned in my Opening Report (and that he notes is evident in the metadata) collects scattered radiation on the side of the instrument, acting as a gate that only lets light from the point of focus pass through for analysis; it is not the

---

spectrometer-optics.html (last visited Nov. 1, 2025).

[178]     *Instrument                Presentation*,                HORIBA,                6, https://www.horiba.com/int/scientific/technologies/raman-imaging-and-spectroscopy/raman-spectrometer-presentation/ (last visited Nov. 1, 2025).

[179] Spingarn Rep. ¶ 50; Dr. Spingarn repeats this critique throughout his Report.  ¶¶ 22, 46, 62-63.

laser spot size.[180]  Here, an illustrative guide is helpful.  Below is a picture of the Renishaw

Qontor Microscope that I used.[181]  The red arrow points to the laser spot.  The green arrow points

to the slit, which is located inside the instrument.



### 3. Instrument Validation and Controls were Scientifically Sound

162.    My Raman analysis was performed following established protocols to ensure

accuracy and reliability.  Dr. Spingarn's criticisms rely on speculation and misunderstandings.

Below, I explain why my instrument calibration, control measures, and data interpretation fully

meet accepted scientific standards.

163.    ***First***, Dr. Spingarn states that I failed to calibrate my instrument or to conduct

wavelength validation.[182]  His critique reflects a mischaracterization of Raman spectroscopy

---

[180]  In my Opening Report, I incorrectly noted that I used a 50-um slit.  I used a 65-um slit.

[181]  *Raman microscopy*, IMAGE SCIENCE, 1, https://imagescience.hu/products/raman-microscopy/ (last visited Nov. 1, 2025).

[182]  MacGillivray Rep. ¶¶ 51-56.

protocols.

164.    In Raman analysis, calibration involves adjusting the instrument to align measured Raman shifts with known reference values, ensuring that peak positions are accurate. As an example, silicon has a well-known Raman peak shift that the Qontor instrument scans to determine the calibration.[183]    In contrast, wavelength validation is a quality assurance step used to verify that an already calibrated system remains within specification—it does not adjust or improve performance, nor is it necessary when daily calibration is performed with traceable standards.

165.    Here, I calibrated my instruments "before each day's collection," as stated in my report and as acknowledged by Dr. Spingarn.[184]    That process directly ensured the accuracy of the instrument by aligning its wavenumber scale to known, traceable peaks.    Once calibration is completed correctly, the system's wavelength scale is actively corrected and verified through that process.    In this context, an additional wavelength validation step is unnecessary, particularly when calibration is performed routinely and precisely, as it was here.[185]    As the USP explains: "The accuracy of the wavelength axis is ensured via calibration to maintain the

---

[183] *See, e.g.*, - *Raman Spectroscopy*, USP General Chapter 858, 1–2  (official as of Nov. 1, 2020) ("USP 858") ("The accuracy of the wavelength axis is ensured via calibration to maintain the integrity of Raman peak positions.  The instrument wavelength accuracy can be determined by using a Raman-shift standard or other suitably high-purity material (e.g.  acetaminophen, cyclohexane, or polystyrene)."); *Fully automated Raman imaging and microscopy*, RENISHAW, 3, https://www.renishaw.com/en/fully-automated-raman-imaging-and-microscopy--25937    (last visited Nov. 2, 2025) ("The inVia™ confocal Raman microscope has daily quick calibration routines. These use an internal silicon sample (Si) to ensure precise Raman shifts.  In addition, the auto-alignment routines can optimise the spectrometer slit position and CCD detector area for excellent throughput.").

[184] Op. Rep. ¶ 174.

[185] USP 858 at 2.

integrity of Raman peak positions.  The instrument wavelength accuracy can be determined by using a Raman-shift standard or other suitably high-purity material (e.g., acetaminophen, cyclohexane, or polystyrene)."[186]  Similarly, Henson 2006 reports a procedure virtually identical to what I did: "[s]pectrometer calibration was performed each day using the 520 cm$^{-1}$ Raman band of a silicon wafer for reference.  After calibration, the grating was held in a fixed position throughout data collection."[187]  Contrary to Dr. Spingarn's suggestion, I did exactly what was necessary to ensure the Raman peak position accuracy.

166.    Dr. Spingarn also cites a manual mentioning validation to support his argument.[188]  The portion of the manual he cites is for an RA800 instrument, which is ***different*** from the one I used. The instrument I used—the inVia Qontor model—does not have such a built-in feature because it is not required when the instrument is calibrated with an internal calibration standard as mine is and calibrated daily.



167.    ***Second***, Dr. Spingarn contends that I should have used positive controls (*i.e.*,

---

[186] *Id.*

[187] Henson 2006 at 1248.

[188] Spingarn Rep ¶ 53.

obtaining a sample of Form 1 and ensuring it matches the claimed peaks) and/or negative controls (*i.e.*, comparing against Form 4 and Form 6).[189] I disagree. The inclusion of independent positive and negative controls was unnecessary in this context. Regarding positive controls, the claims of the '441 patent recite a polymorphic form of tafamidis which meets certain analytical parameters, including, for example, the presence of certain shift-peaks in Raman spectroscopy. I analyzed samples of Cipla's API and ANDA product to ascertain whether a crystalline form of tafamidis exhibited these analytical parameters. Having concluded that a crystalline form had the claimed combination of peak shifts, I see no reason why a reference standard would be relevant to conducting this analysis. Prior to beginning my analysis, I was not instructed to look at Form 1 *per se*. Rather, I was instructed to investigate whether there was a crystalline form that exhibited the claimed peaks.

168.    Further, had I used a pure reference standard of one or multiple polymorphic forms of tafamidis, I could have been accused of exposing my laboratory or equipment to contamination by those form(s). I therefore disagree with Dr. Spingarn that I should have used a reference standard in my Raman mapping analysis.

169.    Regarding negative controls, the distinction between drug substance and drug product is important. In the case of a drug substance**,** where the sample consists solely of the active pharmaceutical ingredient (API), the presence or absence of a given polymorphic form is determined directly from the Raman scattering peaks. Either the peaks of the Asserted Claims are present, or they are not, there is no ambiguity introduced by other components. As such, comparing other forms (*e.g.*, Form 4 or Form 6) serves no practical purpose, because if those forms were present, their peaks would appear distinctly in the spectrum from the unique

---

[189] Spingarn Rep ¶¶ 54-55.

combination of peaks claimed in the patent.  In the case of a drug product, I discuss why other impurities and/or excipients could not have caused the visible peaks directly below.

170.    ***Third***, Dr. Spingarn argues that I should have tested the excipients, particularly ███████████████████████████████████████████ in Cipla's ANDA product. ███████

███████████████████████████████████████████████████████████████

█████████████████████████████  ████████████████████████████████████

████████████████████.[191]  For example, he cites a paper on the Raman spectrum of Solid

██████████████████████ allegedly showing peaks at or around ████████████

171.    Dr. Spingarn's arguments regarding excipients are misplaced.  The excipients

(████████████████████) are dissolved in Cipla's liquid formulation.[193] ████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████ For example, shown

---

[190] Spingarn Rep ¶¶ 57-58.

[191] Spingarn Rep ¶¶ 57-58.

[192] ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
█████████████████

[193] ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
█████████████████

below is a spectrum from the liquid region of Cipla's ANDA Product, containing excipients, but

no API.  There are broad, undefined peaks consistent with those of excipients being present.



**AJM-XX-1.1.WDF 1/1**

172.    Thus, the ⬛⬛⬛ peak in the Cipla samples cannot be from dissolved

excipients.  Instead, the peak is from API.

### 4.    I Correctly Rounded My Peak Values

173.    Dr. Spingarn argues that my use of rounding is a form of data "manipulation" and

inconsistent with the patent, expanding the patent's $\pm 2$ cm$^{-1}$ limitation.[195]  He specifically

---

[194] 

[195] Spingarn Rep ¶¶ 78-80, Table 2.

criticizes my use of rounding in Figures 13, 15-16, 18, 20, 37, 39, 42, 44 and 47.[196]

174.    Dr. Spingarn misconstrues the claim language.  The patent defines claim 1 as encompassing a Raman peak shift from $1292\pm\mathbf{2}$ cm$^{-1}$, which corresponds to a range from 1290 to 1294 cm$^{-1}$ when considering whole numbers, not decimal fractions.[197]  Dr. Spingarn's assertion that rounding expands the window to $\pm2.5$ cm$^{-1}$ improperly conflates measurement precision with claim scope.

175.    As I explain below, rounding measured values to the nearest whole number is a standard and accepted practice in data reporting and is required to understand if a peak falls within the claimed range.  With respect to rounding, the USP states:

> The observed or calculated values shall be rounded off to the number of decimal places that is in agreement with the limit expression . . . When rounding is required, consider only one digit in the decimal place to the right of the last place in the limit expression.  If this digit is smaller than 5, it is eliminated, and the preceding digit is unchanged.  If this digit is equal to or greater than 5, it is eliminated and the preceding digit is increased by 1.[198]

Thus, under the USP requirements, a reported value of 97.96% conforms with an assay limit of $\geq98.0\%$ because it is properly rounded to 98.0%.[199]  Similarly, the FDA instructs "[n]umerical result should be reported to the same number of decimal places as the limit expression stated in the monograph."[200]

176.    Accordingly, rounding is necessary to avoid conveying results with an

---

[196] Spingarn Rep. Table 3.

[197] '441 patent at Claim 1.

[198] USP 34, General Notices and Requirements, § 7.20, 8 (2011).

[199] USP 34, General Notices and Requirements, § 7.20, 8 (2011).

[200] *Basic Statistics and Data Presentation*, FDA,    19  (Oct.    7,    2022), https://www.fda.gov/media/73535/download.

unwarranted degree of accuracy.  The $\pm 2$ cm$^{-1}$ range in the patent reflects a precision of whole numbers.  To properly compare measured diffraction peaks with the patented claims, a POSA would likewise round the measured peaks to the nearest whole number to ensure consistency in the level of precision.  Dr. Spingarn's approach, in which unrounded data is compared against less precise ranges, is illogical.  Dr. Spingarn further notes that "[d]ecimal places are used in the patent for XRPD ($\pm 0.2$)," but ignores that such specificity was noted specifically for XRPD, not Raman.[201]  Therefore, I disagree with Dr. Spingarn that my rounding was improper.

### D.    My Analysis of the Data Is Supported by Evidence

177.    Dr. Spingarn raises a number of objections regarding my analysis of the data.  As I explain below, on Raman point spectra, Dr. Spingarn criticizes my use of deconvolution.  He claims the technique is unreliable.[202]  But he misstates the science.  As I explain at length, above at § III.A.4, deconvolution is a well-established, widely used method for separating overlapping peaks, especially in crowded spectra like these.  His objection reflects either a misunderstanding or a selective rejection of standard analytical tools.  Dr. Spingarn also criticizes my use of baselining, ignoring that it is a well-established step that must be applied prior to deconvolution.[203]

178.    On Raman mapping, Dr. Spingarn takes the opposite position.  He concedes that the infringing peaks are present in the mapping data.  Yet he then faults me for not using deconvolution.[204]  His position is inconsistent and illogical.  If he believes deconvolution is too

---

[201] Spingarn Rep ¶ 79.

[202] Spingarn Rep ¶ 60.

[203] Spingarn Rep ¶¶ 76-77.

[204] Spingarn Rep. ¶ 76.

subjective to rely on in Raman point spectra, he cannot criticize me for not using the technique for mapping.  Further, he fails to acknowledge that I used a standard peak-picking algorithm of the software to detect peaks in the mapped data, instead alleging—without adequate support—that I mistook true peaks for noise.[205]  When that argument fails, he ascribes the infringing peaks to an array of other variables, including impurities, artifacts, and cosmic rays.[206]  His arguments lack both scientific basis and evidentiary support.

### 1.    Raman Point Spectra Analysis Supports Infringement

179.    Dr. Spingarn's criticizes my Raman point spectra analysis, arguing that my use of deconvolution and baseline correction was inappropriate.  As I explain below, **(a)** deconvolution is a well-established, scientifically accepted technique that effectively separates overlapping peaks, contrary to Dr. Spingarn's assertion that such data are ambiguous and uninterpretable.  Additionally, my deconvolution results are more accurate and consistent than his alternative analysis, and **(b)** baseline correction is a routine, necessary step in Raman spectral analysis, properly applied here using standard, conservative methods that do not distort peak positions.

180.    Together, these points confirm that I properly employed deconvolution and baseline correction appropriately in my Raman data interpretation.

### a.    Deconvolution was an Appropriate Methodology for Raman Point Spectra

181.    Dr. Spingarn makes a number of arguments regarding my use of deconvolution.  I address each in turn.

182.    *First*, Dr. Spingarn argues that because of overlap and uncertainty between

---

[205] Spingarn Rep. § IX.C.3.

[206] Spingarn Rep. §§ IX.C.1-2.

different forms of tafamidis, a POSA would recognize that interpreting shoulders to claim infringement is inappropriate.[207]  Dr. Spingarn's critiques are misguided.

183.    As I explained in my Opening Report and as discussed at length above, § III.A.4, deconvolution is a well-established technique to resolve overlapping peaks into their individual components.[208]  As is well known to those of skill in the art, overlapping Raman peaks can require additional analysis beyond automated peak-picking.  One paper published before the priority date comments that "the interpretation of the Raman spectrum of [a particular compound], in the presence of overlapping phases, is not straightforward."[209]  Another notes the necessity of further analysis "[b]ecause of the overlap of the three [principal] Raman bands."[210]

184.    A person of skill in Raman analysis would understand, based on his or her experience analyzing Raman spectra, that where multiple peaks exist in close proximity to one another, and are of different magnitudes, identifying the presence or location of any particular peak may require more than simply visual inspection or reliance on a peak-picking algorithm.[211]  The POSA would further understand that it is possible to conduct this investigation using well-known and accepted techniques.  As explained in § III.A.4, such a procedure is referred to as deconvolution or curve-fitting, used to isolate overlapping peaks.  This is a commonly

[207] Spingarn Rep. ¶¶ 59-61.

[208] Op. Rep. ¶¶ 176-177.

[209] Giuseppe Pezzotti & Alessandro A. Porporati, *Raman Spectroscopic Analysis of Phase-Transformation and Stress Patterns in Zirconia Hip Joints*, 9(2) J. BIOMED. OPTICS 372, 372-373 (2004).

[210] John J. Freeman et al., *Characterization of Natural Feldspars by Raman Spectroscopy for Future Planetary Exploration*, 46 CANADIAN MINEROLOGIST 1477, 1491 (2008) ("Freeman 2008").

[211] Op. Rep. ¶¶ 176-177.

understood and widely applied technique for isolating particular peaks in Raman spectra.[212]

185.    At a high level, to perform deconvolution, a user instructs a software program to automatically experiment with peaks at different heights, positions, and shapes in a particular region of an experimentally obtained spectrum until it identifies a set of peaks that, when combined, are a good match for the spectrum.  In other words, the user does not tell the software to place a peak at any specific position; rather, the algorithm selects the peak positions by taking the user's initial input and altering it to obtain the best fit for the experimental data.[213]  Below, for example, is a good fit for a Raman spectrum of a protein obtained via deconvolution, as described in a ThermoFisher Scientific application note.[214]

---

[212] *See, e.g.*, N. Shimodaira & A. Masui, *Raman Spectroscopic Investigations of Activated Carbon Materials*, 92 J. APPL. PHYS. 902, 906 (2002) (describing a technique by which "Raman spectra in various activated carbons and precursors can be accurately deconvoluted"); M.V.P. Chowdary et al., *Biochemical Correlation of Raman Spectra of Normal, Benign and Malignant Breast Tissues: A Spectral Deconvolution Study*, 91(7) BIOPOLYMERS 539, 540 (2009) (describing the use of deconvolution to accurately identify and differentiate different types of tissues); Ke Lin et al., *The Microscopic Structure of Liquid Methanol from Raman Spectroscopy*, 114 J. PHYS. CHEM. B. 3567, 3569 (2010) ("Lin 2010") (describing the use of deconvolution in a study to ascertain the microscopic structure of liquid methanol); *see generally* David Tuschel, *Peak Shape and Closely Spaced Peak Convolution in Raman Spectra*, 36(9) Spectroscopy 2 (2021) ("Tuschel 2021").

[213] Bradley 2007 (PFZ04170123) at -0125-0126.

[214] Bradley 2007 (PFZ04170123) at -0125-0126.



186.    It was well known in the art before the priority date (and remains well known

today) that, in the presence of multiple overlapping peaks, to accurately determine the position of

each peak, deconvolution should be employed.  Freeman 2008, for example, notes that

"[b]ecause of the overlap of the three [principal] Raman bands in a [given spectrum], *the exact*

*positions of the peaks are best determined by peak deconvolution . . . .*"[215]  Wopenka 2008

similarly describes a peak in a particular Raman spectrum, and notes that "[e]ven though this

band is small and only appears as a shoulder on [an adjacent peak] in the raw spectrum . . ., *it*

*can be resolved unambiguously via peak deconvolution . . . .*[216]

187.    As noted above at § III.A.4, and in my opening report, I analyzed the Raman data

I collected using the software program WiRE.[217]  Renishaw, the manufacturer of my Raman

instrument, provides a manual for using WiRE to analyze Raman spectra, including performing

---

[215] Freeman 2008 at 1491.

[216] Brigitte Wopenka et al., *The Tendon-to-Bone Transition of the Rotator Cuff: A Preliminary
Raman Spectroscopic Study Documenting the Gradual Mineralization Across the Insertion in Rat
Tissue Samples*, 62(12) APPL. SPECTROSC. 1285, 1287 (2008) (emphasis added).

[217] Op. Rep. ¶ 176.

deconvolutions of overlapping peaks.  The manual describes curve fitting as follows:

> Curve-fitting calculates highly accurate values for simple, single bands but also for complex band systems where there may be two, three or more bands that overlap . . . .  To fit a curve to a band or series of bands, select **Analysis…Curve fit** to open the Curve fit window, zoom in to a region that contains the band and some baseline data either side . . . .  Use the mouse to position the approximate centre of the band.  Click to add the band and repeat for the centres of other bands if part of a system of bands . . . .  Select 'Start Fit' from the context menu to fit the added curves to the data.  The algorithm will perform many iterations until the best fit has been achieved.[218]

188.    The following diagram illustrates how the curve-fitting procedure can identify numerous peaks that contribute to a band of signal in a Raman spectrum.[219]



189.    As explained in my Opening Report, I performed exactly the procedure laid out in the manual in conducting deconvolution: after correcting the baseline as described above, I "indicated all potential peak positions based on a visual inspection, *i.e.*, I approximately marked

---

[218] Renishaw (PFZ0410274) at -0285–-0286.

[219] *Id*. at -0285.

what appeared to be the true position of overlapping peaks."[220]  I then instructed the software to "r[u]n a fitting procedure, . . . moving and resizing each modelled peak and minimizing the difference between the theoretical and experimental spectra."[221]  The WiRE software uses a statistical metric called "chi-square" or "$\chi^2$" to measure the similarity between a projected and actual spectra.  Put another way, the $\chi^2$ is a measure of "fit" of the theoretical spectra.

190.    Thus, the presence of shoulders in the spectra does not eliminate the possibility of identifying unique Raman peak shifts in view of the well-accepted method of deconvolution.  Following Dr. Spingarn's logic, a POSA would never be able to resolve peaks when the data showed a shoulder, which is contrary to scientific consensus regarding data interpretation.

191.    **Second**, Dr. Spingarn states that deconvolution leads to inconsistent results.  He applied his own deconvolution analysis to spectra I conducted in my Report at Figure 13 (XXI-1.1) and ██████████████████████████████████████████████████████████ ████████ His results are shown below, as Figure 9.

192.    As an initial matter, Dr. Spingarn fails to provide any explanation of how he conducted his fitting; he, for example, does not explain whether he conducted baseline removal.[223]  Regardless, Dr. Spingarn's results undermine his argument.  Dr. Spingarn's deconvolution method demonstrates a significantly larger $\chi^2$ ████ than my own results ████, meaning that his curve does not fit the data as well as mine.  Specifically, the "$\chi^2$" measures the

---

[220] Op. Rep. ¶¶ 176-177.

[221] Op. Rep. ¶¶ 175-176.

[222] Spingarn Rep. ¶ 76; Dr. Spingarn states that "Figure 9 shows my deconvolution of the identical data analyzed by Dr. Matzger in his Figure 9."  Spingarn Rep. ¶ 76.  Presumably, he means Figure 13 of my report, as Figure 9 of my report corresponds to XRPD testing.

[223] Spingarn Rep. ¶ 76.

similarity between a projected and actual spectra.  As a general matter, a lower $\chi^2$ signals a better fit to the overall spectrum, and the software attempts to minimize the $\chi^2$ as it tests different permutations of peak positions and sizes during the fitting procedure.[224]



193.    ***Second***, Dr. Spingarn points to my figures 13, 37, and 42 prior to deconvolution, noting that 

194.    Again, Dr. Spingarn's arguments prove my point.  Dr. Spingarn points to

---

[224] *See generally*, John R. Taylor, *Chapter 12: The Chi-Squared Test for a Distribution*, *in* AN INTRODUCTION TO ERROR ANALYSIS SECOND EDITION 264 (1939) ("This number $x^2$ is clearly a reasonable indicator of the agreement between the observed and expected distributions. If $x^2 = 0$, the agreement is perfect."); *Chi-Square Goodness-of-Fit Test*,  NIST/SEMATECH E-HANDBOOK OF STATISTICAL METHODS, § 1.3.5.15 (2023) (last visited Nov. 2, 2025), https://www.itl.nist.gov/div898/handbook/eda/section3/eda35f.html.

[225] Spingarn Rep. ¶ 81; Figure 13 (XXI-1.1); Fig. 37 (XXI-1.3); Fig. 42 (XX-2.2).

[226] Spingarn Rep. ¶ 81

shoulders from the data shown in graphs *prior* to the application of deconvolution method.  As explained in § III.B.1, the spectra exhibited overlapping peaks and shoulders that obscured the true peak positions.  It is precisely for this reason that I applied a deconvolution technique.  For example, shown below is the spectra for Figure 13 of my Opening Report prior to deconvolution (XXI-1.1).  As shown by the red box, the signal in this area is clearly above the baseline, yet the precise position of a peak is not immediately discernible through visual inspection, likely because the area contains multiple overlapping peaks from a mixture of forms contributing to the signal.



177. ███████████████████████████████████████████████████

██████████████████████████████████████████



195.    I conducted the same exercise with respect to Figures 37 and 42, *i.e.*, applying an established deconvolution technique to resolve overlapping peaks. ████████████████

████████████████████

196.    Again, as explained at length in § III.A.4, deconvolution is a well-established technique to resolve overlapping peaks into their individual components.[227]  Overlapping peaks are not an intractable problem; deconvolution allowed me to separate these overlapping peaks into their individual components.  By adjusting the parameters of these individual shapes, deconvolution reveals the hidden peaks that are blended together in the original spectrum.

---

[227] Op. Rep. ¶¶ 176-177; *see, e.g.*, N. Shimodaira & A. Masui, *Raman Spectroscopic Investigations of Activated Carbon Materials*, 92 J. APPL. PHYS. 902, 906 (2002) (describing a technique by which "Raman spectra in various activated carbons and precursors can be accurately deconvoluted"); M.V.P. Chowdary et al., *Biochemical Correlation of Raman Spectra of Normal, Benign and Malignant Breast Tissues: A Spectral Deconvolution Study*, 91(7) BIOPOLYMERS 539, 540 (2009) (describing the use of deconvolution to accurately identify and differentiate different types of tissues); Ke Lin et al., *The Microscopic Structure of Liquid Methanol from Raman Spectroscopy*, 114 J. Phys. Chem. B. 3567, 3569 (2010) (describing the use of deconvolution in a study to ascertain the microscopic structure of liquid methanol); *see generally* David Tuschel, *Peak Shape and Closely Spaced Peak Convolution in Raman Spectra*, 36 SPECTROSCOPY 10, 10–14 (2021).

**b.    I Appropriately Applied Baselining in My Analysis**

197.    Dr. Spingarn contends that baselining can shift peak locations slightly, as on a non-flat baseline subtraction, one side of a peak will be reduced differently than the other side.[228] Mindful of that potential to shift peak locations, Dr. Spingarn contends that baselining the data here is problematic since a difference of less than 0.1 cm$^{-1}$ can move peaks inside or outside of the claimed range.[229]

198.    Dr. Spingarn ignores, however, that baselining is a routine step in Raman spectral processing to remove background fluorescence, particularly when conducting fitting.  As is widely recognized by those with skill in Raman analysis, "raw Raman signal is often obscured by a broad background curve (or baseline)" due to fluorescence and background noise "which leads to unpredictable negative effects in quantitative analysis of Raman spectra."[230]

199.    Therefore, those with skill in the art recognize that, particularly when using fitting, baselining "allow[s] clear observation of the weaker Raman transitions."[231]  In essence, baseline correction involves using a mathematical model to simulate a projected baseline, and then subtracting that baseline, leaving only signal overlaid on fluorescence.

200.    As noted in my Opening Report, I corrected the baseline of the Raman point

---

[228] Spingarn Rep ¶ 77.

[229] Spingarn Rep ¶ 77.

[230] Juntao Liu et al., *Goldindec: A Novel Algorithm for Raman Spectrum Baseline Correction*, 69(7) APPL. SPECTROSC. 834, 834 (2015) ("Liu 2015").

[231] P.G. Spizziri et al., *A Comparative Study of Carbonate Determination in Human Teeth Using Raman Spectroscopy*, 46 CARIES RES. 353, 354 (2011) (describing the use of baseline correction in Raman spectroscopy "to allow clear observation of the weaker Raman transitions").

spectra using a second-order polynomial equation.[232]  This means that I instructed my data analysis software (WiRE) to model the background using a second-order polynomial equation; the software then automatically calculated and subtracted the baseline.  For example, below, I show an example of how I applied baseline correction to remove the baseline from a Raman point spectrum taken from Cipla's tafamidis API (AJM XXI-1.1**)**.



201.    Polynomial baseline correction "has proven to be the most convenient and simplest method and has high accuracy,"[233] and second-order polynomial baseline correction in

---

[233] Liu 2015 at 834; *see also* Haibing Hu *et al.*, *Improved Baseline Correction Method Based on Polynomial Fitting for Raman Spectroscopy*, 8(4) Photonic Sensors 332, 333 (2018) ("As for the polynomial fitting method, it is the most popular and widely used due to its efficiency and simplicity.").

[233] Liu 2015 at 834; *see also* Haibing Hu *et al.*, *Improved Baseline Correction Method Based on Polynomial Fitting for Raman Spectroscopy*, 8(4) Photonic Sensors 332, 333 (2018) ("As for the polynomial fitting method, it is the most popular and widely used due to its efficiency and simplicity.").

particular is a common method.[234]  In fact, second-order polynomial baseline correction is a more conservative approach than other methods of baseline correction because it is less likely to mistake signal for baseline, whereas higher-order polynomial baseline correction can erroneously eliminate signal.[235]

202.    Thus, Dr. Spingarn's suggestion that baseline correction may introduce inaccuracy is unsound.  As explained, he ignores that baseline correction is an important step in Raman spectroscopy to remove background fluorescence and other interferences, particularly when conducting fitting, thereby increasing accuracy.

### 2.    My Raman Mapping Analysis Demonstrates Infringement

203.    Dr. Spingarn makes a number of critiques of my Raman mapping analysis. However, as I explain below **(a)** deconvolution was unnecessary for the mapping data, given the clear detection of peaks through automated algorithms; **(b)** sample decomposition did not influence the results, despite his concerns about missing reference peaks; **(c)** neither impurities nor artifacts caused the observed signals; **(d)** noise did not cause the observed signals; and **(e)** the Raman mapping data are consistent with, and not contradicted by, XRPD results.  Each subsection directly counters Dr. Spingarn's points and reinforces the scientific validity of my analysis.

### a.    Deconvolution Was Unnecessary for Raman Mapping Data

---

[234] Kim Le et al., *Polarization Effects in Raman Spectroscopy of Light-Absorbing Carbon*, 52 J. RAMAN SPECTROSCOPY 1115, 1117 (2021) (reporting the use of second-order polynomial baseline correction); Jeonggeun Song et al., *Swept-Source Raman Spectroscopy of Chemical and Biological Materials*, 29(S2) J. OF BIOMEDICAL OPTICS S22703-1, S22703-5 (2024) (same).

[235] *See* Fang Qian et al., *A Fully Automated Algorithm of Baseline Correction Based on Wavelet Feature Points and Segment Interpolation*, 96 OPTICS & LASER TECH. 202, 202 (2017) ("Higher order polynomial fitting may estimate some spectral information as background and can be affected by high frequency noise synchronously.").

204.    Despite criticizing me for using deconvolution for the Raman point spectra, Dr. Spingarn asserts the opposite with respect to the mapping data, alleging that I should have used deconvolution.[236]

205.    My use of deconvolution (applying it to some of the Raman point data but not to the map data) is scientifically justified.  As I explained in my Opening Report, and as further discussed above at § III.A, my analysis of the Raman data followed a clear, step-wise process.[237] First, I assessed whether a peak could be detected using the automated peak-picking algorithm, followed by visual inspection.  If a peak was evident using that direct method, I did not conduct further analysis.  For example, shown below is Figure 16 of my Report, containing mapping data. ███████████████████████████████ ██ █ ████████████████████████████████ However, had I seen that some peaks were not clearly resolved due to overlap with broader or adjacent signals, I would have applied deconvolution to separate and identify individual components.  In my case, deconvolution was not required for the map data because the peaks of interest were both visually distinguishable and consistently detected through automated peak-picking.  This confirms their presence without the need for more complex spectral fitting.

---

[236] Spingarn Rep. ¶ 76.

[237] Op. Rep. ¶¶ 175-176



### b. Sample Decomposition Did Not Cause the Results

206.    Next, Dr. Spingarn argues that I failed to assess whether the ▆▆▆▆ peak observed in the Raman mapping of Cipla's drug product resulted from decomposition.[238] Specifically, he alleges that my use of a 785 nm laser caused decomposition, and as evidence, points to differences in the spectra of Cipla's *drug product* with the *API* spectra disclosed in the '441 patent.[239]  However, as I explain below, Dr. Spingarn's analysis is based on a fundamentally incorrect comparison and reflects a misunderstanding of how Raman spectroscopy behaves in formulated pharmaceutical products.

207.    ***First***, Dr. Spingarn argues the 785 nm laser I used required overly long exposure

---

[238] Spingarn Rep. ¶¶ 45, 58, 68-70.

[239] Spingarn Rep. ¶ 71.

time, causing sample damage.[240]  I disagree with Dr. Spingarn's opinion.  My use of a 785 nm laser was appropriate and consistent with standard Raman practice.  While it is true that longer exposure times may be needed at 785 nm as compared to 532 nm, the longer wavelength of the 785 nm laser results in a larger laser spot size relative to the 532 nm laser, which helps distribute the laser energy over a broader area, further reducing the risk of damage.[241]  And as explained in § III.C.2, Dr. Spingarn himself noted he was required to run samples at 785 nm due to background fluorescence; he makes no mention of sample damage or decomposition.[242]  And as explained in § III.C.2, the fact remains that 785 nm lasers are the most widely used for pharmaceuticals, including in detecting pharmaceutical polymorphs via Raman mapping as reflected in the Henson 2006 paper.[243]  "Raman spectroscopy is most often performed using laser sources [with an excitation wavelength of] 785 nm" because "[t]his wavelength source . . . balances the competing factors between Raman signal intensity, fluorescence [and other factors]."[244]  I address Dr. Spingarn's other critique regarding my laser choice at § III.C.2.

208.  ***Second***, Dr. Spingarn fundamentally misinterprets the Raman data by directly

---

[240] Spingarn Rep. ¶ 45.

[241] WALTER DE GRUYTER, MICRO-RAMAN SPECTROSCOPY 19-20 (Jürgen Popp & Thomas Mayerhöfer eds., 2020) ("[T]he laser spot size that will directly affect spatial resolution is proportional to the laser wavelength.  Roughly speaking a 785 nm laser will have a focused spot twice larger than a 405 nm laser!").

[242] Emily A. Miller et al., *A Raman Spectral Reference Library of Potential Anthropogenic and Biological Ocean Polymers*, 9 SCI. DATA 1, 2 (2022) ("Samples were first run at 532 nm wavelength (8.7 mW, 5.5–8.3 cm−1 resolution, 50x objective) and corrected for background fluorescence as needed (Fig. 2).  If a spectrum could not be acquired due to high fluorescence, then it was analyzed using comparable power selection and resolution parameters at 785 nm wavelength.").

[243] Henson 2006 at 1248.

[244] Jones 2019 at 9.

comparing spectra of Cipla's *drug product* to the spectra of the tafamidis *API* disclosed in the '441 patent.[245]  He treats differences between these two different types of samples as "noise" and concludes—incorrectly—that Cipla's product has decomposed.[246]  In particular, he points to the peaks at ████████████████ in the patent's Form 1 API spectra and argues that, because those peaks are not as distinct in my Raman mapping data, my sample must have degraded.[247]

209.    As a threshold matter, ████████████████████████████████ ████████████████ However, even as to those peaks, Dr. Spingarn's comparison is unsound: it conflates spectra from two different samples—a pure API and a formulated product containing multiple excipients and multiple polymorphic forms (the claimed form being a minority form).

210.    To properly assess whether decomposition has occurred, one must examine my mapping spectra of the API.  My API Raman mapping data—shown in Figures 16 and 40 of my Opening Report—serve exactly that purpose.[248]  These spectra display sharp, well-defined peaks with no signs of broadening, confirming that the tafamidis API remains chemically stable under the laser conditions used.  Dr. Spingarn does not substantively challenge the integrity of these API spectra, nor does he provide evidence that any claimed peaks arise from degradation.  Collectively, these results demonstrate that the tafamidis API is stable and that his inference of decomposition is unsupported.

211.    Having evaluated the API mapping spectra and confirmed that tafamidis does not

---

[245] Spingarn Rep. ¶ 71.

[246] Spingarn Rep. ¶¶ 70-72.

[247] Spingarn Rep. ¶¶ 70-71.

[248] *See, e.g.*, Figure 16 (XXI-1.2, #10750), Fig. 40 (XXI-1.4, #28856).

decompose under the experimental conditions, I now turn to Dr. Spingarn's critique of the drug product spectra, which he characterizes as degraded.[249]

212.    While the spectral differences between the Raman mapping of Cipla's drug product to the Raman spectra of Form 1 tafamidis API in the patent cannot be attributed to decomposition, they can be fully explained by the presence of excipients in Cipla's drug product. As the '441 patent recognizes: "[T]he relative intensity of these characteristic peaks are expected to change once Form 1 is mixed with any additional components, such as those utilized in a formulation.  It is thus understood by one skilled in the art of instrumental analysis that the analytical parameters of a specific method may require additional optimization to enable for the detection of these characteristic peaks once it is mixed and diluted with additional components within a drug product formulation."[250]  Here, Cipla's drug product is a complex formulation containing excipients that dilute and alter the spectral profile, often reducing the relative intensity of API peaks or causing peak broadening.  Dr. Spingarn is misinterpreting these changes as signs of chemical breakdown.

213.    The following analysis illustrates this point in detail.

214.    As shown below, the red spectrum represents a physical location in the map, which contains only excipients.  The red spectrum's broad, featureless profile is not "noise," as Dr. Spingarn claims, but rather the real and reproducible Raman signature of the excipient matrix alone.  The red spectrum provides a reference, allowing us to distinguish excipient contributions from those of the API.

215.    In contrast, the black, blue, and green regions (corresponding to spectra shown in

---

[249] Spingarn Rep. ¶¶ 58, 68-71.

[250] '441 patent, 15:27-35.

Figures 21–23 of my Opening Report) contain both API and excipients.[251]  These spectra retain

some of the same broad background features seen in the red spectrum (due to excipients), but

they also exhibit sharp, distinct peaks that are absent from the excipient-only region.  ███

████████████████████████████████████████████████████

██████████████████████████ Their presence is direct evidence of intact

tafamidis API in the drug product.

216.    Moreover, contrary to Dr. Spingarn's assertion otherwise, I also observe intensity

in the region of ████████████████████████████.  Such intensity

overlaps with the left side of the excipient broad hump centered around ███████.  To the extent

that the peaks at ████████████ are not as discernible as the claimed peaks I rely upon

for my infringement analysis, it is likely because they overlap with excipient intensity in the

hump around █████████████████████████ tafamidis present in

the sample.[252]

---

[251] Figure 21: XX-3.3, #391; Figure 22: XX-3.3, #7757; Figure 23: XX-3.3, # 18522.  These
correspond to Figure 4 of Dr. Spingarn's Report.

[252] Dr. Spingarn further contends that "[t]he essential way to determine and thus avoid this
occurrence would have been to analyze negative controls of Forms 4 and 6 and determine whether
they produced peaks in this region either before or after decomposition." Spingarn Rep. ¶ 69.  Dr.
Spingarn seems to suggest that the infringing peaks (*e.g.*, ██████████) observed arose from
decomposition products from Forms 4 and 6.  Again, there is no evidence that any decomposition
occurred under the conditions employed in my Raman mapping.  There is also no evidence that
Forms 4 and/or 6 were present in Cipla's API or drug product.  After all, Cipla contends it is
making a new form, █████ not an existing form. To the extent Dr. Spingarn argues that Forms
4 and 6 should have been used as negative controls to show that there was no decomposition, I
address the reasons negative controls are unnecessary in this testing at § III.C.3.



217.   ***Third***, in addition to excipients complicating the spectral profile, Dr. Spingarn overlooks the well-established impact of crystal orientation on Raman signal intensity.  Raman spectroscopy is sensitive to orientation effects, meaning the relative intensity of peaks can vary depending on how crystals are aligned with respect to the laser.  As a result, even if a peak is present in the material, it may appear weaker or suppressed due to orientation, not due to decomposition.  As Schmid et al. explain, "[i]t is known since the 1930s . . . that the Raman scattering intensity from a crystal is influenced by the orientation of the crystal with respect to the directions of light incidence and signal observation."[253]  In practice, such phenomena affect

---

[253] T. Schmid et al., *Orientation-Distribution Mapping of Polycrystalline Materials by Raman Microspectroscopy*, 5 SCI. REP. 1, 1 (2015); David Tuschel, *Raman Spectroscopy and*

the results of the Raman spectra.  Windisch & Risen report that "[p]referred orientation of a molecular unit in vitreous $B_2O_3$ films" has "polarized Raman scattering" that was "strongly dependent on sample orientation and polarization of the incident and scattered light."[254]

218.    **_Finally_**, Dr. Spingarn argues, without support, that Figure 45 (XX-2.1 #13102), Figure 48 (XX-1.5 #4143) and Figure 49 (XX-1.5 #18019) are decomposed.[255]  Critically, these spectra were collected from Cipla's drug product, not from API.  As explained above in § III.D.2.b, the Raman spectral features of a formulated pharmaceutical product can differ from those of the pure API due to the presence of excipients; additional peaks from the excipients can obscure the peaks from the API.  These excipients can dilute API signals, broaden peaks, or reduce their relative intensity—as demonstrated clearly from my own figure of Cipla's liquid formulation containing excipients only at § III.D.2.b.  And again, Dr. Spingarn fails to consider the established impact of crystal orientation effects in Raman spectroscopy, as explained immediately above.  Thus, I disagree with his arguments.[256]

### c.    Neither Impurities nor Cosmic Rays Caused the Infringing Peaks

219.    Without support, Dr. Spingarn attempts to ascribe the infringing peaks in the mapping data to a variety of other factors such as impurities and cosmic rays.  Once more, I disagree that the infringing peaks I identified are attributable to any of these other factors.

---

_Polymorphism_, 34(3) Spectroscopy 10, 14 (2019) ("Raman spectra of low energy phonons are dependent upon the crystal orientation with respect to the incident laser polarization . . . .").

[254] Charles F. Windisch Jr. & William M. Risen Jr_., Raman Spectroscopic Study of Molecular Orientation in Vitreous $B_2O_3$ Films_, 48 J. NON-CRYSTALLINE SOLIDS 325, 325 (1982).

[255] Spingarn Rep. Table 3.

[256] To the extent Dr. Spingarn alleges decomposition in both the Mapping data and the Raman point spectra data, my arguments apply to all data.

220.  **First**, Dr. Spingarn states that I failed to rule out contributions from impurities, all of which could produce similar signals.[257]  However, Cipla itself represented to FDA that its product was substantially free from impurities, and Dr. Spingarn fails to link any of the listed impurities to the infringing peaks, ████████████████████████████ ████████████████ .[258]  To the extent small amounts of impurities were present, the POSA would understand that those impurities would likely be present as inclusions within the crystal, not as relatively pure crystalline particles that could cause a peak.[259]  As Zhang et al. explain, "[g]uest molecules (impurities or additives), together with some crystallization solvent, are often incorporated into the host crystals during crystallization from solution."[260]  One such example, shown below, demonstrates the impurity (in red), incorporated into the API crystal during crystallization.[261]



---

[257] Spingarn Rep. ¶¶ 63-65.  To the extent Dr. Spingarn alleges impurities present in both the Mapping data and the Raman point spectra data, my arguments apply to all data.

[258] CTAF 000190 at -281, -299 (listing reference limit for impurities).

[259] Geoff G.Z. Zhang & D.J. Grant, *Grant, Incorporation Mechanism of Guest Molecules in Crystals: Solid Solution or Inclusion?*, 181 INT'L J. PHARM. 61, 61 (1999).

[260] Stephanie J. Urwin et al.*, A Structured Approach to Cope with Impurities During Industrial Crystallization Development*, 24 ORG. PROCESS RES. Dev. 1443, 1443 (2020) ("Urwin 2020") ("In crystallization unwanted impurities routinely contaminate a crystallization product.") (Fig 1. excerpted).

[261] Urwin 2020 at 1443 (2020) (Fig. 1 excerpted).

221.    Therefore, the likelihood that impurities are responsible for the specific Raman peaks identified is minimal.  This appears to be nothing more than speculation on Dr. Spingarn's part.

222.    **Second**, Dr. Spingarn claims that the peaks observed near ▮▮▮▮▮▮ are "spurious," attributing them to cosmic rays (see Figure 2).  He asserts that I failed to verify whether these peaks were authentic.[262]



223.    His criticism is both misleading and inaccurate.[263]  Dr. Spingarn selectively points to cosmic ray artifacts in mapping spectra I did not rely upon, while ignoring the actual data that underpin my analysis.[264]  That omission is telling.  In the mapped spectra that form the basis of my conclusions, there is no evidence of such artifacts (shown further below).  For good reason: I corrected for them using established settings in the WiRE program.  Specifically, WiRE applies automatic cosmic ray detection and correction, once the map is acquired.[265]  The correction

---

[262] Spingarn Rep. ¶¶ 66-67.

[263] Dr. Spingarn also alleges, without support, that the data show "electronic glitches." Spingarn Rep. ¶ 66.  Dr. Spingarn does not explain what he means by "electronic glitches," what causes them, or how they might appear on Raman spectra.

[264] *See* Spingarn Rep. Fig. 2 (XX-1.5 #23216); Fig. 3 (XX-1.5 #28946).

[265] I labelled my mapping files as "CosmicXX" to reflect my correction for the cosmic rays.

accounts for narrow, spiky features, or a peak that sharply deviates from its surroundings.

224.    Moreover, Dr. Spingarn's argument collapses when viewed in context.  Artifact peaks caused by cosmic rays (high-energy radiation that generate sharp, transient spikes) are characteristically extremely narrow, as shown in his own Figure 2 (above).  In contrast, the peaks in my data are relatively broader, consistent across multiple scans, and reproducible—hallmarks of genuine spectral features, not noise.  For example, multiple scans in my Opening Report (shown below) show this consistency clearly.  Dr. Spingarn's approach to criticism amounts to cherry-picking, and his claim requires an implausible coincidence: that cosmic rays would strike the detector at precisely the same spectral position across several independent measurements.  The likelihood of that happening is vanishingly small.  The reproducibility of ███████ across multiple scans supports the only reasonable conclusion: it is real, not an artifact.

#### d.    Noise Did Not Cause the Infringing peaks

225.    Dr. Spingarn also argues that the infringing peaks in the mapping data are simply noise.[266]  He refers generally to almost all Raman mapping spectra I included in my Opening Report but points specifically to Figures 21, 48, and 49 of my Opening Report, which he alleges have above-average noise.[267]  As I explain below, **(1)** Dr. Spingarn ignores the objective peak-picking algorithm; **(2)** his noise calculations are scientifically flawed; and **(3)** his use of "nearby" spectra and unsupported noise claims are misleading.

#### 1)    Dr. Spingarn Ignores the Objective Peak-Picking Algorithm

226.    As a threshold matter, Dr. Spingarn does not dispute that WiRE's default, automated peak-picking software selected a ███████████████  I explained my use of this peak-picking software in my Opening Report.[269]  But, unlike elsewhere in his report, where Dr. Spingarn commends reliance on peak-picking algorithms and refers to deconvolution as "data manipulation,"[270] here, Dr. Spingarn argues that such peaks are not real.  Again, the peak-picking algorithm itself identified these points as true peaks—that critical detail goes unaddressed.  To the extent any noise was present in the spectra, the algorithm inherently accounted for it and excluded it from being misclassified as a peak.  As the Renishaw manual

---

[266] Spingarn Rep. § IX.C.3.

[267] Spingarn Rep. § IX.C.3; *see also* Table 3: Figs. 22-23, 45.

[268] Spingarn Rep. § IX.C.3.

[269] Op. Rep. ¶ 175.

[270] *See e.g.*, Spingarn Rep. ¶ 76.

explains, the algorithm "detects peaks for the active spectrum of the active spectrum viewer
using the current threshold settings and displays the results."[271]  Using default parameters in
WiRE, I applied a peak-picking algorithm that evaluates multiple parameters, including slope,
the magnitude against the baseline, and absolute intensity.  These criteria ensure that only
significant features are identified as peaks, not random fluctuations.  Dr. Spingarn offers no
scientifically grounded method for distinguishing a "noise spike" from a real peak.  He also fails
to address that the software algorithm has already performed this complex assessment and
determined that real peaks were present at those locations.

### 2)  Dr. Spingarn's Noise Calculations Are Scientifically Flawed

227.    Dr. Spingarn discusses Figure 21 of my Opening Report, which he states he
"expanded for clarity."[272]  In his revised figure, he identifies two peaks— ██████████████

██████████ and claims they are indistinguishable from noise.[273]  He bases his conclusion on
his calculation of the signal-to-noise ratio (SNR), a metric used to assess how clearly a true
signal stands out from background variation.[274]  Below is Figure 21 (XX-3.3, #391), which I
cited in my Opening Report, alongside Dr. Spingarn's "expansion" of Figure 21, which he refers
to as Figure 4, ████████████████████████████████████████████████

████████

---

[271] PFZ04170274 at -0284 (Renishaw Manual) (emphasis removed).

[272] Spingarn Rep. ¶ 72.

[273] Spingarn Rep. ¶ 73.  Dr. Spingarn mistakenly labels Figure 6 as Figure 4.  *See* Spingarn Rep. ¶ 73.  Presumably, this is a typographical error.

[274] Richard L. McCreery, *Signal-to-Noise in Raman Spectroscopy*, *in* RAMAN SPECTROSCOPY FOR CHEMICAL ANALYSIS 49, 49 (J.D. Winefordner ed., Wiley-VCH 2000) ("McCreery 2000").

228.    As I explain below, Dr. Spingarn's conclusion regarding noise relies on a flawed SNR analysis that omits essential methodological steps.  His approach artificially increases the apparent noise level and undervalues the actual peak signals.



229.    *First*, Dr. Spingarn does not explain what he means by "expand[ing]" my

figure.[275]  His version shows a peak at ███████████████████████████

yet he provides no detail on how he generated this revised spectrum.  He has also identified 14

labelled peaks whereas my figure provides for six labelled peaks within that same region.  That

discrepancy confirms that he changed the threshold of the peak-picking algorithm and/or altered

the baseline correction parameters.  Without information on his methodology, his figure cannot

serve as a reliable basis for analysis or comparison to my findings.[276]

230.    *Second*, Dr. Spingarn's signal-to-noise ratio calculation suffers from several

fundamental flaws.  He claims that within



Each step of

this analysis, however, contains errors.  Below I explain each of his errors and provide

accompanying annotations to Figure 4 of Dr. Spingarn's report.

- **Incorrect noise region**: As Dr. Spingarn recognizes, to estimate noise accurately, the region selected must be free of real peaks.[279]  Instead of choosing a peak-free region, ██████████████████████████████████████████  Including true signal peaks in a noise

---

[275] Spingarn Rep. ¶ 72.

[276] Dr. Spingarn conducts this so-called expansion for numerous figures in my report.  *See, e.g.*, Spingarn Figs. 10-12, 13-14, 18.  My response is equally applicable for each figure in which he performed the "expansion."

[277] Spingarn Rep. ¶ 73.

[278] Spingarn Rep. ¶ 73.

[279] Spingarn Rep. ¶ 73.

[280] Spingarn Rep. ¶ 73.

calculation distorts the result; signal contributions falsely elevate the calculated noise level, making real peaks appear less significant.  A region around ▮▮▮▮▮ would have been more appropriate (shown below), as it shows no significant peaks and provides a better representation of the true background variation.

- **Improper peak height measurement**: Accurate peak height should be calculated by measuring peak height to zero and then subtracting the baseline, which represents mainly background signal from fluorescence that is not part of the Raman signal.[281]  Dr. Spingarn understates peak heights by simply measuring the very tip of the peak down to an *elevated* baseline.  Under his calculation of a baseline, ***almost all*** points in the spectra would have negative intensity values (as shown below).  He does not address the true baseline at approximately 200 counts. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Because his analysis artificially elevates the baseline above 200 counts, he is excluding true Raman signal.  When assessing the Raman peaks against the actual baseline at ~200 counts, the peak heights are much taller.  His failure to measure true peak value leads to artificially low signal estimates and a misleading SNR.

- **Misidentified maximum noise**: Dr. Spingarn reports a maximum noise level of 70 counts and an average point-to-point noise of 28 counts.  He fails to provide any explanation from where he derived these figures. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Noise should be measured in flat, peak-free regions of the spectrum—not from known Raman peaks.  Using an actual signal to define noise misrepresents the data and leads to a distorted SNR calculation.

231.    In summary, his analysis, based on improperly measured peak heights and estimation of noise level, leads to an erroneous conclusion that is not supported by the data.

---

[281] Richard L. McCreery, *Signal-to-Noise in Raman Spectroscopy*, *in* RAMAN SPECTROSCOPY FOR CHEMICAL ANALYSIS 49, 49 (J.D. Winefordner ed., Wiley-VCH 2000) ("For example, the SNR for the peak intensity of a Raman band is the average peak height . . . (usually above the baseline), divided by the standard deviation of the peak height ($\sigma_y$).").



### 3)    Dr. Spingarn's Additional Arguments Are Scientifically Unfounded

232.    Dr. Spingarn also points to the spectra from Figures 48 of My Opening Report (XX-1.5 #4143) and overlays it with spectra from nearby locations, purportedly to show that noise allegedly dominates the signal in the region around ████████.[282]  He displays the results in Figure 7, below.  He does the same with Figure 49 (XX-1.5 #18019), shown in Figure 8, below.[283]

233.    Dr. Spingarn's reliance on spectra from "nearby" locations fundamentally misrepresents the basis of my analysis.  My conclusions are drawn from specific, defined points within the Raman mapping dataset.  The use of neighboring spectra—data points I did not cite or rely upon—does not undermine my conclusions; it simply introduces irrelevant comparisons.

---

[282] Spingarn Rep. ¶¶ 72-75.

[283] Spingarn Rep. ¶¶ 74-75.

Additionally, while Dr. Spingarn asserts that the signals observed are attributable to noise, he ignores the peak-picking algorithm employed in my analysis (discussed above). He also fails to specify which peaks he considers noise, thereby providing no clear basis to dismiss these features as artifacts. This omission undermines the validity of his claim.

234.    Regardless, if anything, Dr. Spingarn's overlays show the reproducibility of the results, demonstrating that the peaks are not simply due to random noise, but are in fact, a result of Cipla's API.





235.    Finally, Dr. Spingarn alleges—without any supporting data or analysis—that the spectra shown in Figure 45 (XX-2.1 #13102), Figure 22 (XX-3.3 #7757), and Figure 23 (XX-3.3 #18522) are affected by "noise."[284]  He neither specifies which peaks he believes are noise nor provides any explanation or criteria for labeling the spectra as noisy.  He simply states that the spectra are "nois[y]."[285]  And again, he disregards the objective peak-picking algorithm employed in my analysis.  Dr. Spingarn's failure to engage with or challenge this methodology further underscores the lack of rigor in his critique.  His assertion is conclusory and lacks scientific support or justification.  As detailed in my Opening Report and at length at § III.B.2, I conducted Raman mapping using well-established and widely accepted methodologies.[286]  The results corroborated the Raman point spectroscopy data, with infringing peaks consistently

---

[284] Spingarn Rep. Table 3.

[285] Spingarn Rep. Table 3.

[286] Op. Rep. ¶ 185.

observed in both analyses.[287]

### e.    My Raman Data Do Not Contradict My XRPD Data

236.    Dr. Spingarn states that if I had detected material exhibiting the analytical parameters of the Asserted Claims in Cipla's tafamidis API using XRPD, there should have been at least 1% of the Raman spectra showing that form when I performed Raman spectroscopy at the map level on Cipla's API and final drug product.[288]  He contends that despite obtaining approximately 250,000 Raman mapping data points of the API and the formulated drug product, I did not generate even one definitive spectrum consistent with infringement.[289]

237.    As a preliminary matter, I have been instructed that the quantity of infringing material in Cipla's samples is irrelevant so long as infringing material is present.  For example, even if less than 1% of the Raman mapping spectra demonstrated the claimed peaks, my understanding is that amount would be sufficient for infringement.

238.    What Dr. Spingarn appears, instead, to be driving at is a suggested inconsistency between the XRPD data on the Cipla API and the Raman mapping data on the Cipla API and final drug product.  Those comparisons are inappropriate.  As to the final drug product, the amount of infringing material would be diluted substantially (*e.g.*, with excipients) relative to what is in the API, so that comparison is inapt.  Regardless, many of the ~250,000 Raman mapping data points collected from both the Cipla API and final drug product batches yielded no meaningful signal, which is not uncommon where the infringing form is a minority component

---

[287] *See, e.g.*, Op. Rep. ¶ 185. To the extent Dr. Spingarn alleges noise in both the Mapping data and the Raman point spectra data, my arguments apply to all data.

[288] Spingarn Rep. ¶ 25.

[289] Spingarn Rep. ¶ 25.

of the API and/or in complex formulations where the active ingredient is diluted, respectively.

239.    Dr. Spingarn also contends that I failed to disclose even one definitive mapping spectrum consistent with infringement.  This simply ignores the findings discussed in my report.  For example, he ignores, Figure 16 (AJM XXI-1.2, #10750), showing Raman peak shifts at ███████████████████████████.  Similarly, he omits mention of Figures 22 (AJM XX-3.3, #7757), Figure 23 (AJM XX-3.3, #18522), Figure 40 (AJM XXI-1.4, #28856), and Figure 48 (XX-1.5, #4143) which show the same.  They are reproduced above at ¶ 223.

240.    Moreover, as to the API tests with XRPD and Raman, respectively, as I explained in § II.B.4, just because XRPD detects a form near its limit of detection does not mean Raman will necessarily detect it at the same level; the two techniques have different sensitivities.

### E.    The Testing Showed Infringement of the Dependent Claims

241.    With respect to claim ████████████████████████, I demonstrated in my Opening Report that both Raman point spectra (Figures 15 and 39) and Raman mapping (Figure 16) demonstrate the claimed infringing peaks.  Dr. Spingarn's response largely repeats arguments I have already addressed.[290]

---

[290] Figures 16, 22-23, 40, and 48 are additional Raman mapping spectra with Raman peak shifts specified in Claim 8 of the '441 patent.





242.   ***First***, Dr. Spingarn argues I used improper rounding in Figures 15 (XXI-1.1) and 39 (XXI-1.3) for the Raman peak shift at ███████████  But as I explained in § III.C.4, rounding is necessary to avoid conveying results with an unwarranted degree of accuracy.  The $\pm 2$ cm$^{-1}$ range in the patent reflects a precision of whole numbers.

243.   ***Next***, Dr. Spingarn argues that when applying deconvolution to my Figures 15 (XXI-1.1) and 16 (XXI-1.2), the two peaks ███████████████████████████.[292]

244.   As a threshold matter, however, deconvolution was unnecessary for the peak at ███████████ : that peak is evident through both algorithmic peak-picking and straightforward visual inspection (as show above).  Nevertheless, Dr. Spingarn chose to apply deconvolution but failed to disclose key parameters governing his analysis, including how he handled baseline correction.  For example, for Figure 15 he states that he used a "default baseline removal" but

---

[291] Spingarn Rep. ¶ 83.

[292] Spingarn Rep. ¶¶ 82-84.

does not specify what that default entails—whether linear, polynomial, or another method entirely. [293]  He also omits any mention of whether baseline correction was performed for Figure 16 at all.

245.    Even setting aside these deficiencies, Dr. Spingarn's own deconvolution result for Figure 15 still falls within the claimed range, at ███████████  Moreover, using my own deconvolution parameters on the same data yields consistent results, with a peak at ███████ and a stronger statistical fit (███ ████████████████████).  These results confirm the accuracy and reproducibility of my original analysis.  For example, shown below, at Curve 4, is a peak at ██████.  The $\chi^2$ is improved over Dr. Spingarn's (██████████████████).  Pictured below are Dr. Spingarn's analysis, followed by my own.



---



246.    With respect to Figure 16, I am doubtful that his deconvolution represents an accurate fit.  Pictured below are Dr. Spingarn's analysis, followed by my own.  Dr. Spingarn's deconvolution introduces a single broad component (shown in the black arrow) (Curve 5) that forces a downward shift in the main peak to around ███████.

247.    But it is clear that such a broad peak does not exist in the underlying data; instead, the spectrum contains two narrower, distinct peaks (as shown in Figure 15 of my Opening Report, immediately above).



248.    When another peak in the region is appropriately added, the deconvolution aligns closely with both the observed spectra and the claimed range, demonstrating a peak at ███ cm$^{-1}$ and a $\chi^2$ of ███, further supporting my conclusion of infringement.



249.    ***Finally***, with respect to claims ███, Dr. Spingarn contends the spectrum does not show the required peak at ███ and the POSA would simply conclude that a peak at ███ is absent.

250.    I disagree.  As I explained in my Opening Report, A POSA—or any chemist— would not necessarily conclude that the absence of the required peak indicates non-infringement.[294]  A POSA would first take into account the presence of all other characteristic of Raman peak shifts in Cipla's API and drug product, including those peaks which Dr. Spingarn does not dispute.  Within that context, a POSA would understand, and I agree, that the absence of a visible peak does not definitively rule out its presence, particularly where, as here, the signal is weak.  Dr. Spingarn fails to even contend with the possibility that the ███ Raman peak shift is below the detection limit due to orientation effects or other reasons referenced

---

[294] Op. Rep. ¶ 190.

above.

## IV.     CONCLUSION

251.    For the reasons above (and in my Opening Report), I disagree with Dr. Spingarn

and Dr. MacGillivray's opinion that Cipla does not infringe the Asserted Claims of the '441

patent.

Dated: November 7, 2025                                Adam Matzger Ph.D.