# EXHIBIT 8
## REDACTED PUBLIC VERSION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| PFIZER INC.,<br>FOLDRX PHARMACEUTICALS, LLC,<br>PF PRISM IMB B.V., WYETH LLC, and<br>THE SCRIPPS RESEARCH INSTITUTE,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES<br>LIMITED, *et al.*,<br><br>*Defendants.* | C.A. No. 23-879-GBW-CJB<br>(Consolidated)<br><br>**CONFIDENTIAL –<br>SUBJECT TO PROTECTIVE ORDER** |

**REBUTTAL EXPERT REPORT OF JONATHAN STEED, Ph.D.**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**B.      Dr. Matzger's Raman Data for Hikma's Tafamidis API and ANDA Product Demonstrates Non-Infringement of the Raman Limitation of the Asserted Claims**

**1.**      ███████████████████████████████████████████████████

105.    ███████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████ ████████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

██████████.

106.    As an initial matter, I note that Dr. Matzger did not perform Raman spectroscopy in the manner set forth in the '441 patent. Dr. Matzger used the technique of Raman microscopy rather than Raman spectroscopy to analyze samples of Hikma's API and ANDA Product. The instrument Dr. Matzger used to perform Raman microscopy—the Renishaw Qontor Raman

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Microscope—performs dispersive Raman spectroscopy and not Fourier Transform Raman spectroscopy, which is the method used that was used in the '441 patent. *See* '441 patent at 14:7-10. Additionally, the Renishaw Qontor Raman Microscope was first marketed in March 2016. *See* Renishaw Press Release (March 4, 2016) (https://www.renishaw.com/en/38037.aspx?srsltid=AfmBOoogVmWQqH0Yx6Mm-J_qXQ9BUZ2D44Cwnq63j894uTkbD-sTgTzx). Thus, Dr. Matzger did not use the Raman method as described in the '441 patent to analyze Hikma's API and product samples, and the instrument he used would not have been available to a POSA as of the priority date of the '441 patent (or as of September 8, 2014 if that is the actual priority date).

107.    Dr. Matzger also provides sparse details concerning how he conducted his Raman analyses. Dr. Matzger used only one laboratory notebook page to describe his analysis of the three validation batches of Hikma's API and one page for each batch Hikma's ANDA Product. *See* Matzger Laboratory Notebooks ("Matzger Ntbk.") Nos. XIX and XXIII, PFZ-00000101-103; PFZ-00000106-107. For his analysis of Hikma's API, Dr. Matzger's notebook merely states ███████████████████████████████████████████████████████████████

███ Matzger Ntbk. XIX at 1, PFZ-00000106-107 at -107.  For certain scans he notes "extend," "static," or "map," without any further explanation. *Id.* For Hikma's drug product exhibit batches, Dr. Matzger's laboratory notebook provides no detail whatsoever about his Raman acquisition parameters. *See* Matzger Ntbk. XXIII at 1, PFZ-00000101-107 at -102-103. On June 5, 2024, Dr, Matzger records ██████████████████████████████████ ███████████████████████████████████. *Id.* at -102. Dr. Matzger merely notes "extended scan" and "map" of that sample. On June 9, 2024, Dr. Matzger notes ███████████████████████████████████████████████████████

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

███████████████. *Id.* On June 10, 2024, Dr. Matzger notes ████████████████

████ *Id*. I do not know what ███████████ Dr. Matzger was referring to and he does not discuss these observations in his report. The notebook entries for ██████████

█████████████ are even more scant, merely noting ████████████████████

██████████████████████████ followed by references to scan identifiers. *Id*. at -103.  The lack of detail in Dr. Matzger's notebooks means that it is unclear as to how he performed his Raman analysis and it would be impossible to reproduce his analysis of Hikma's API validation batch and drug product exhibit batch samples without more information. For example, Dr. Matzger's lab notebook entries provide no information regarding spectral processing, smoothing, baseline correction, fitting methodology, area sampled, laser wavelength, laser damage, etc. The absence of this type of information from Dr. Matzger's notebook entries is not in line with standard scientific notebook-keeping protocols.

108.    As noted above in Section IV.A, the '441 patent teaches that Raman spectra should be collected using 256 co-added scans at an excitation wavelength of 1064 nm with a spectral resolution of 2 cm$^{-1}$. '441 patent at 14:14-15. This wavelength is desirable since it avoids the common problem of fluorescence from organic samples which gives rise to interference from very intense, non-linear background signal. However, the information in his data files indicates that Dr. Matzger used a wavelength of 785 nm[1] and as a result experienced severe fluorescence.



████████████████████████████████████████

██████████████████████████████ Matzger Rep. at ¶¶ 222, 225, 232, 240. ████████████████

████████████████  ████████████████████████

---

[1] See also Matzger Rep. at ¶ 213.

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

███████████████████████████████████████████████████████

████████████████████████████████████████ Moreover, because Dr.

Matzger collected data every 1 cm$^{-1}$, small uncertainties in the position of individual points can

introduce artifacts when it comes to interpreting features that are of very low intensity.



**Figure D. Example of** ████████████████████████ **arising
from his choice of a 785 nm excitation wavelength.**

109.    Despite these limitations, Dr. Matzger alleges ████████████████████

█████████████████████████████████████████████████████

████████████  ██████████. Matzger Rep. at ¶ 219 *et seq*.

110.    Dr. Matzger labelled his Raman spectrum of ███████████████████ as

file XIX-1.1. Matzger Rep. at ¶220. I see no evidence of a peak at ██████████  ████████

██████████████████ obtained by Dr. Matzger. Moreover, the automated peak-picking

software in the WiRE program (the same Raman processing software used by Dr. Matzger) does

not detect a peak at this position. Below in Figure E is a plot of the relevant region of this file

showing the impartially and automatically detected peaks in this spectrum. Use of automated

peak-picking software is the kind of routine analysis that would be carried out by a POSA to

determine the presence of peaks in a given tafamidis API or drug product sample, as well as

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

███████████████████████████████████████████. Peaks are picked by the software at ████

███████████ ██████████████████████ ██████████████████████████████████

████████████████████████████████████████████████████████████



**Figure E. Automated peak picking result from WiRE Software on spectrum XIX-1.1**

111.     Having found no peak using the automated peak-picking software in the WiRE

program, Dr. Matzger resorted to a curve fitting procedure to "properly position the peak at ████

████" Matzger Rep. at ¶220. Based on this statement, it appears Dr. Matzger simply assumes

that a peak is present at █████████, and then does what he believes is necessary to make one

appear, regardless of whether it is actually present or not. This is not good science.

112.     In a curve fitting process, the operator manually selects positions where they

believe a peak occurs and there is then a computational refinement procedure that attempts to

obtain the best fit of these hypothetical initial peak positions to the experimental data. In this

process no peak can be fitted to the experimental data unless it has been manually added by the

operator and different results (i.e., overall peak positions) can be obtained depending on what

starting positions are used, how many peaks are added by the operator, how the background has

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

been subtracted, and whether smoothing or other spectral processing has been used. Bradley, *Curve Fitting in Raman and IR Spectroscopy: Basic Theory of Line Shapes and Applications Michael Bradley*, Thermo Fisher Scientific, Madison, WI, US (2007).

113.    In his Figure 1 (Matzger Rep. at ¶220), Dr. Matzger presents a baseline corrected portion of the Raman spectrum of Hikma's API validation batch ████████ He does not describe how the baseline correction was done nor whether any smoothing or other spectral processing was performed. As noted above, how Dr. Matzger performed the baseline correction and whether/how he applied other processing or smoothing techniques impacts the final peak positions of the spectrum.

114.    In Dr. Matzger's Figure 1 (Matzger Rep. at ¶220), he demonstrates ██ ██████████████████████████████████████████. ████████████████████ ████████████████████████████████ ████████████████████ ████████████████████████████████████ ████████████████

115.    In his Figure 2, Dr. Matzger repeats the fitting process ████████████████ ████████████████████████████████████████ ████████████ ██ ████████████████████████ I note that, in general, a fit tends to improve when more degrees of freedom (i.e., more peaks) are introduced; however, this does not necessarily mean that Dr. Matzger's model in Figure 1 is physically realistic.

116.    To demonstrate the potentially arbitrary nature of this kind of curve fitting to regions where there is insufficient data to define a peak, I carried out an analogous fitting process using Dr. Matzger's data for the same spectrum XIX-1.1 but ████████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

██████████████ ████████████████ █████████████████████████████.

The resulting fit, ███████████████████████████████ is shown below.



**Figure F. Curve fitting for spectrum XIX-1.1** ████████████████████ ██████████ ████████████.

117.    ████████████████████ ██████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████ █████████████████████████████

██████████████ █████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████

118.    I also carried out a curve fitting procedure on the same Raman data with █████████

████████ ██████████████████████████████████ █. The result is shown in Figure G. █████████████████████████████████

██████████████████████ ████████████████████████████

45

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**Figure G. Curve fitting for spectrum XIX-1.1**

119. Dr. Matzger also provides another spectrum for ███████████████, spectrum

XIX-1.4. Dr. Matzger does not attempt any curve fitting ██████████████ on this spectrum

and ██████████████████████████████████. ███████████████████████████

███████ ████████████████████████████████████████████████████████

█████████████████████.

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure R.** ██████ ████ **of spectrum XIX-1.4.** ██████ ██

120.    Dr. Matzger also generated Raman spectra for ████████████

████████ (spectrum XIX-1.5) and ██████████ (spectrum XIX-1.8). ███████

██████████████ I ran the automated peak picking software on the spectra

obtained by Dr. Matzger (*see* Figure S and Figure T below) and it did not identify any peak at

████████ Thus, Dr. Matzger's own data demonstrates that Hikma's API validation batches

████████████████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**Figure S. Automated peak picking result from WiRE Software on spectrum XIX-1.5**



**Figure T. Automated peak picking result from WiRE Software on spectrum XIX-1.8**

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

121. ██████████████████████████████████ Dr. Matzger also carried out his curve fitting procedure for the spectra measured on ████████████████ ████████████████ (spectrum XIX-1.5) and ████████████ (spectrum XIX-1.8) to once again "properly position the peak ████████." Matzger Rep. at ¶¶227-242.

122. With respect to spectrum XIX-1.5 for ████████████████████████, and spectrum XIX-1.8 for ████████████████, Dr. Matzger used the same curve-fitting methodology described above, ████████████████████████████████████ ████████████████████████████████████. *See* Matzger Rep. at Figures 5 and 6 for spectrum XIX-1.5 and Figures 9 and 10 for spectrum XIX-1.8. ████████████ ████████████████████████████████████████████████████████ ██ ████████████████████████.

123. Similar to the exercise described above, for each of these spectra I introduced peaks near ████████████████ and carried out a curve fitting procedure. As a result, I was able to obtain good curve fits, and in each case the fit did not show a peak within the claimed range of ████████████ *See* Figures H and I. Similarly, I obtained fits with lower chi-squared values than Dr. Matzger with only 8 peaks including peaks ████████████ ████████████████████ *See* Figures H(1) and I(1).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**Figure H. Curve fitting for spectrum XIX-1.5**

**Figure I. Curve fitting for spectrum XIX-1.8**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**Figure H(1). Curve fitting for spectrum XIX-1.5**



**Figure I(1). Curve fitting for spectrum XIX-1.8**

124.    Since the curve fitting procedure discussed above is the only evidence that Dr.

Matzger presents for the existence of ███████████    ███████ for each of Hikma's API

validation batches, the arbitrary nature of what peaks are included in the model and whether the

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

peak position actually occurs within the required range makes Dr. Matzger's conclusions on infringement unsound.

125.    Dr. Matzger states that he is "not offering an opinion that ███████████████ ███████████████████████████████" *See* Matzger Rep. at ¶¶ 233, 241. Thus, his analysis relating to any peaks set forth in those claims (i.e., peaks at ██████████ █████ ███ █████ ████ █████ █████) is irrelevant on its face. ███████ ████████████████████████████████████████████████████ ██████████████████████████ Matzger Rep. at ¶¶222-225; 229-232, 237-241. I disagree.

126.    █████████████████████████████████ █████ █████████████████████████████████ *See* Matzger Rep. at ¶¶222, 229, 237. ███████████████████████████████████ ████████████████████████ ████████████ ██████████ Matzger Rep. at ¶222. █████████████████████ ████████████ *See* Matzger Rep. at Figure 8, Figure 12.

127.    As an initial matter, from the appearance of his Figure 3, Dr. Matzger appears to have applied a smoothing algorithm to the data and even then, the peak picking software did not pick a peak at ██████. Compare Figure J below, where the unsmoothed raw data is shown on top and Dr. Matzger's Figure 3 is shown below. ████████████████████████ ████████████████████████████████████ ███████████████████████████████████ ██████████ ███████████████████████ According to the '441 patent,

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**2.** █████████████████████████████████

134.     █████████████████████████████████████

████████████████████████████ Matzger Rep. at ¶¶244-261.

135.     ██████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████

██████████████████████████████████

████████ Matzger Rep. at ¶248, Figure 17.

136.     Having apparently found no peak ██████████ in the Raman spectrum of the bulk suspension material using automatic peak picking or curve fitting as above, Dr. Matzger instead resorts to the technique of Raman microscopy (Raman mapping) to support his infringement analysis.

─────────────────────

██████████████████████████████████████████████

████████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

137.    Using the Raman mapping method, many thousands of single scan, low quality Raman spectra are collected in a spatially resolved manner across the surface of a sample. In general, the idea behind Raman mapping is that Raman spectra of small regions perhaps corresponding to individual particles or groups of particles can then be correlated with a known reference standard in order to identify the nature of each particle and the distribution of different materials in an inhomogeneous sample. Because no averaging of multiple scans occurs, Raman map spectra are extremely noisy and again suffer from severe fluorescence.

138.    As I noted above at paragraph 99,



139.    As an initial matter, it is notable that the appearance of the spectra in Figures 13 – 16 of the Matzger Report are very varied because of the noise in the spectra and there is no evidence that the "peaks" labeled by the software are meaningfully (let alone statistically)

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

distinguishable from noise. As explained in detail below, in such noisy spectra, the peak picking

software is very poor at distinguishing between peaks and noise.

140.    In Figure L below I show the same Raman map spectrum as in Dr. Matzger's

Figure 13 and have applied the software's default peak picking procedure. ███████████

███████████████████████ ███████████████████████

███████████████████████████

███████████████████████████

███████████████████████ In real Raman

spectra, fewer bands are typically visible due to overlapping peaks, low scattering cross-sections

for some modes and fluorescence masking weaker bands ███████████████

███████████████████ ███████████

███████████████████████████

███████████████. Noise can be

distinguished from real peaks by the very narrow width of noise spikes compared to real peaks

which have an approximately Gaussian shape.



**Figure L. Automated peak picking result for** ████████████████████
████████ **from map XXIII-1.5.** ████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

141.    In Figure M, I show an expanded region of ████████ (Dr. Matzger's ████

█ in his Figure 15) from the same map. ██████████████████████████████

████████████████████████████████████████████████████████████████

████████ ████████████████████████████████████ Thus, it appears that Dr.

Matzger manipulated the peak picking software to a setting that would provide a "peak" ████

██. ████████████████████████ ████████████████████████████

████████████████████████████████████████████ █

████████████ ████████████████████████████

████████████████████████████████████████████████

████████████████████ █████████████████████████

████████████████ ██████████████████████████████

██████████████████████



**Figure M. Annotated automated peak picking result for** ████████████
**from map XXIII-1.5.**

142.    The way in which these Raman maps should be properly used is to have a

validated, low-noise reference standard (in this case, ████████████ of tafamidis free acid

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

and ██████████████ in Hikma's ANDA Product formulation) and compare the whole

spectrum from the map with the reference standards to identify the nature of the particle. In

Boiret 2014, for example, the two active principal ingredients of a pharmaceutical formulation

were identified in this way: "[t]he comparison between the calculated signals and the true

spectrum of each compound shows that only two [independent components] are directly linked

to the drug product constituents". Boiret at 80. Notably this study failed to locate any of the

expected magnesium stearate component because it is present in less than 0.5% showing that the

detection limit of Raman imaging is no better than XRPD: "The non-detection of this compound,

frequently used as a lubricant in a pharmaceutical formulation, could be mainly due to its low

concentration in the tablet (0.5%, w/w)." Boiret at 83. However, Dr. Matzger made no attempt to

use a reference standard in his analysis or to distinguish between real peaks and noise.

143.    In sum, Dr. Matzger's Raman mapping data does not demonstrate that there is a

peak at ████████ in the Raman spectrum for the bulk suspension he sampled from a capsule

from Hikma's drug product ██████████████. On the contrary, his Raman data

demonstrates that he could not identify such a peak and, thus, Hikma's drug product exhibit

██████████ does not infringe the Raman limitation of claim 1 or any of the Asserted Claims.

144.    For some ██████████████ taken from a capsule sample from drug

product exhibit batch ██████████ Dr. Matzger's Raman spectrum (prior to manipulation by curve

fitting) also shows that there is no peak ██████████. Matzger Rep. at ¶256, Figure 21. Thus,

Dr. Matzger's Raman data again demonstrates non-infringement of the Raman limitation of

claim 1 and the other Asserted Claims.

145.    Having found no peak using his initial method of Raman analysis, Dr. Matzger

applies his curve fitting approach (rather than mapping approach used for the previous drug

61

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

product sample discussed above) to the Raman spectrum of ███████████████████ ███████████████████████ to "properly position the peak at ██████" Matzger Rep. at ¶254. This curve fitting analysis is unsound for the same reasons as set forth above with respect to ████████████████ and as explained further below.

146.    With respect to ████████████ XXIII-2.6 (Matzger Report Figure 19), ███ ███████████████████████████████████ ███████████████████ ███████████████████████████████████████████████. Matzger Rep. at ¶¶ 254-255.

147.    Once again, the arbitrary nature of Dr. Matzger's curve fitting approach and its dependence on the user's choices is problematic. ████████████████████████ ████████████████████████████████ ████████████████████████ ████████████████████████ *See* ZEN_TAF0040242-40273 at -259.

148.    ████████████████████████████ ████████████████████████████ ████████████████████████████████ ████████████████ *See* Figure N. None of the peaks in my fit █████████ ████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**Figure N. Curve fitting for spectrum XXIII-2.6**

149.

150.

Similarly to my other examples above, I prepared an alternative curve fit for Spectrum XXIII-3.2 in Figure O

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

████████████████. Again, my example demonstrates that the curve-fitting procedure is an

arbitrary and unsound method for determining whether there is ████████████████ in the

samples tested.



**Figure O. Curve fitting for spectrum XXIII-3.2**

151.    Dr. Matzger also carried out Raman mapping on ████████████████

████████████████████████████████████████. Matzger Rep. at ¶258,

Figures 22-24 (████████) and ¶¶267-268, Figures 29-30 (████████). ████████████

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



152. ████████████████████████████████████████

153. ████████████████████████████████████████

154. ████████████████████████████████████████ Dr. Matzger resorts to Raman mapping analysis to attempt to show that there is a peak at that position.[4] *See* Matzger Rep. at ¶¶258, 267, Figure 22 and Figure 23, Figure 29 and Figure 30. Dr. Matzger asserts that his Raman scan of ████████████████████████ (Figures 22 and 23) and ████████ (Figures 22 and 23) ████████████████ ████████ ████████████████████████. Again, as noted above, ████████

I reserve the right to supplement my opinion in the future to consider any new information that becomes available to me, and to respond to any arguments raised by Plaintiffs and their expert(s). I also reserve the right to create and rely on additional summaries, figures, or other demonstratives to support my opinions at a hearing or trial.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on:  September 15, 2025

Jonathan W. Steed Ph.D.