# EXHIBIT 10

# REDACTED PUBLIC VERSION

Case 1:23-cv-00879-GBW-CJB   Document 278-7   Filed 01/26/26   Page 2 of 9 PageID #: 2571

11/20/2025    Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.    Neil Spingarn

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

-----------------------------------------X

PFIZER INC., FOLDRX PHARMACEUTICALS, LLC,

PF PRISM IMB B.V., WYETH LLC, AND THE

SCRIPPS RESEARCH INSTITUTE,

          Plaintiffs,

  vs.

DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,

          Defendants.

Case No.:   23-879-GWB-CJB

-----------------------------------------X


    VIDEOTAPED DEPOSITION OF NEIL SPINGARN

      Thursday, November 20, 2025

         Conducted Remotely




REPORTED BY:

Christina Diaz, RDR CRC CRR RMR CSR-NY/NJ CLR

Job No.:   00174459

Case 1:23-cv-00879-GBW-CJB   Document 278-7   Filed 01/26/26   Page 3 of 9 PageID #: 2572

11/20/2025   Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.   Neil Spingarn

Page 2

```
 6            November 20, 2025
 7             9:01 A.M. P.S.T.

 9       Videotaped deposition of NEIL
10  SPINGARN, conducted remotely, before
11  Christina Diaz, a Registered Diplomate
12  Reporter, Certified Realtime Captioner,
13  Certified Realtime and Registered Merit
14  Reporter and Notary Public within and for
15  the State of New York.
```

Page 3

```
 1            A P P E A R A N C E S

 3  WILLIAMS & CONNOLLY LLP
 4  Attorneys for Plaintiffs
 5       680 Maine Avenue SW
 6       Washington, DC 20024
 7       202.434-5000
 8       sfisher@wc.com
 9  BY:  STANLEY E. FISHER, ESQ.

11  WINDELS MARX LANE & MITTENDORF, LLP
12  Attorneys for Defendant Cipla
13       One Giralda Farms
14       Madison, NJ 07940
15       973.966.3238
16       ssender@windelsmarx.com
17       aray@windelsmarx.com
18  BY:  STUART D. SENDER, ESQ.
19       AMLAN RAY, ESQ.
```

Page 4

```
 1  ALSO PRESENT:
 2       SAIBAL SINGH, Ph.D.,
 3        Windels Marx Lane & Mittendorf LLP
 4       HENRY MARTE, Videographer
```

Page 5

```
 1            I N D E X
 2  WITNESS
 3  Neil Spingarn
 4  EXAMINATION BY                PAGE
 5  Mr. Fisher                     12

 8         E X H I B I T S
       (Exhibits attached to transcript)

    SPINGARN    DESCRIPTION          PAGE

    Exhibit 1   Opening Expert Report   15
                of Adam Matzger, Ph.D.,
                with attachments,
                148 pages
    Exhibit 2   Reply Expert Report of  15
                Adam Matzger, Ph.D.,
                as to Cipla Limited
                with attachments,
                138 pages
    Exhibit 3   Rebuttal Expert Report  16
                of Neil E. Spingarn,
                Ph.D., with attachments,
                53 pages
    Exhibit 4   United States Patent    16
                No.: 9,770,441 B1,
                34 pages
    Exhibit 5   Scope of Accreditation  42
                to ISO/IEC 17025-2017,
                two pages
```

Case 1:23-cv-00879-GBW-CJB   Document 278-7   Filed 01/26/26   Page 4 of 9 PageID #: 2573

11/20/2025   Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.   Neil Spingarn

```
                                              Page 6
 1            E X H I B I T S (Continued)
 2   SPINGARN       DESCRIPTION          PAGE
 3   Exhibit 6    Declaration of Neil     65
                  Spingarn in Further
 4                Support of Plaintiff's
                  Opposition to Defendants'
 5                Motion for Summary
                  Judgment, 14 pages
 6
     Exhibit 6-A  Appendix A with          69
 7                Curriculum Vitae,
                  five pages
 8
     Exhibit 7    Exhibit N - Dr. Neil     67
 9                Spingarn Expert Report
                  (April 21, 2023,
10                10 pages
11
     Exhibit 8    "Drug Characterization   93
12                in Low Dosage
                  Pharmaceutical Tablets
13                Using Raman Microscopic
                  Mapping," bearing
14                Production Nos. PFZ
                  4170513 through 417052
15
     Exhibit 9    Figure Table of         103
16                Contents, six pages
17   Exhibit 10   Renishaw Appendix 1     115
                  bearing Production
18                Nos. PFZ 4170274
                  through 4170293
19
     Exhibit 11   Guide to Raman          125
20                Microscopy bearing
                  Production Nos. PFZ
21                4170379 through 4170393
22
```

```
                                              Page 7
 1            E X H I B I T S (Continued)
 2   SPINGARN       DESCRIPTION          PAGE
 3   Exhibit 12   Renisi RA802            128
                  Pharmaceutical Analyzer
 4                Brochure bearing
                  Production Nos.
 5                PFZ 4170675 through
                  4170681
 6
     Exhibit 13   Nanoscale Research      132
 7                Letters - Raman
                  Techniques: Fundamentals
 8                and Frontiers bearing
                  Production Nos. PFZ
 9                4170560 through 4170593
10   Exhibit 14   "Selecting a laser      134
                  excitation source and
11                sampling strategy for
                  Raman spectroscopy,"
12                bearing Production
                  Nos. PFZ 4170629
13                through 4170634
14   Exhibit 15   "Blink and You Miss     136
                  It - Catching Fleeting
15                Catalytic Intermediates
                  by High-Speed 785
16                nanometer NIR Raman
                  Spectroscopy," bearing
17                Production Nos. PFZ
                  4170761
18
     Exhibit 16   "A Raman spectral       139
19                reference library of
                  potential anthropogenic
20                and biological ocean
                  polymers," bearing
21                Production Nos.
                  PFZ 466 through 474
22
```

```
                                              Page 8
 1            E X H I B I T S (Continued)
 2   SPINGARN       DESCRIPTION          PAGE
 3   Exhibit 17   Rebuttal Expert Report  143
                  of Jonathan Steed,
 4                Ph.D. bearing
                  Production Nos.
 5                PFZ 107 through 158
 6   Exhibit 18   "FT-IR, FT-Raman        177
                  spectra, density
 7                functional computations
                  of the vibrational
 8                spectra and molecular
                  geometry of butylated
 9                hydroxy toluene,"
                  bearing Production
10                Nos. PFZ 591 through 599
11   Exhibit 19   Tafamidis Capsules,     178
                  61 mg - 2.3 Quality
12                Overall Summary bearing
                  Production Nos. CTAF
13                000190 through 317
14   Exhibit 20   2011 United States      187
                  Pharmacopeia bearing
15                Production Nos.
                  PFZ 4170762 through
16                4170774
17   Exhibit 21   ORA Lav Manual          191
                  Vol. III Section 4 -
18                Basic Statistics and
                  Data Presentation
19                (Ill-04) bearing
                  Production Nos. PFZ
20                4170449 through 4170477
21
22
```

```
                                              Page 9
 1            E X H I B I T S (Continued)
 2   SPINGARN       DESCRIPTION          PAGE
 3   Exhibit 22   "Characterization of    205
                  Natural Feldspars by
 4                Raman Spectroscopy
                  for Future Planetary
 5                Exploration," bearing
                  Production Nos. PFZ
 6                4170478 through 4170501
 7   Exhibit 23   "The Tendon-to-Bone     208
                  Transition of the
 8                Rotator Cuff: A
                  Preliminary Raman
 9                Spectroscopic Study
                  Documenting the Gradual
10                Mineralization Across
                  the Insertion in Rat
11                Tissue Samples,"
                  bearing Production Nos.
12                PFZ 4171317 through
                  4171337
13
14
15
16
17
18
19
20
21
22
```

Page 10

```
 1        S T I P U L A T I O N S
 2
 3      IT IS HEREBY STIPULATED AND AGREED,
 4  by and between counsel for the respective
 5  parties hereto, that all objections, except
 6  as to form, are reserved to the time of
 7  trial.
 8
 9      IT IS FURTHER STIPULATED AND AGREED
10  that the deposition may be signed and sworn
11  to before any officer authorized to
12  administer an oath.
13
14      IT IS FURTHER STIPULATED AND AGREED
15  that the sealing and filing of the
16  deposition be waived.
17
18
19
20
21
22
```

Page 11

```
 1      THE VIDEOGRAPHER:  We are now on
 2  the record.  My name is Henry Marte.  I
 3  am a videographer with Digital Evidence
 4  Group.  Today's date is November 20,
 5  2025, and the time is 9:02 a.m.  This
 6  deposition is being held remotely in
 7  the matter of Pfizer Inc., et al., v.
 8  Dexcel Pharma Technologies Limited, et
 9  al.  The deponent today is Dr. Neil
10  Spingarn.  All parties to this
11  deposition are appearing remotely and
12  have agreed to the witness being sworn
13  in remotely.
14      Will counsel please identify
15  themselves for the record, after which,
16  the court reporter will administer the
17  oath to the witness.
18      MR. FISHER:  Stan Fisher with
19  Williams & Connolly, on behalf of
20  plaintiffs, Pfizer and Scripp entities.
21  With me, I believe, are a couple of my
22  colleagues, who will be listening in.
```

Page 12

```
 1  Rhochelle Krawetz and Chris Mandernach,
 2  I think, are on the Zoom at the moment.
 3      MR. SENDER:  Stuart Sender, from
 4  Windels Marx in Madison, New Jersey,
 5  for the witness.  With me are my
 6  colleagues, Amlan Ray, and for some of
 7  the time, Saibal Singh will also be on.
 8
 9      N E I L  S P I N G A R N,
10  having been remotely sworn as stipulated
11      by the parties, was examined
12      and testified as follows:
13
14           EXAMINATION
15  BY MR. FISHER:
16
17   Q.   Doctor, good morning.
18   A.   Good morning.
19   Q.   As I said, my name is Stan
20  Fisher.  Obviously, we are remote today.
21  If you need to take a break, please let me
22  know.  We can take breaks.  Obviously, a
```

Page 13

```
 1  lot to get through, so I will keep going
 2  until you tell me you need a few minutes,
 3  and we can take however long you need.
 4       Okay?
 5   A.   Sure.
 6   Q.   I take it that we are going to
 7  need to break for your lunch; is that
 8  right?  Around -- what -- 12:00 Pacific?
 9   A.   Somewhere around there, yes.
10   Q.   How long do you think you will
11  need -- a half an hour?  Will that work for
12  you?  Just for my planning.
13   A.   That will be fine.
14   Q.   You had indicated that you did
15  receive a box of material related to the
16  deposition.
17       Is that right?
18   A.   Yes.  It was received yesterday.
19   Q.   Can you open the box if you
20  haven't already?
21   A.   I have not opened it.
22   Q.   Why don't you go ahead.
```

4 (Pages 10 to 13)

Page 198

1  subheading on "Curve-fitting"?
2     A.   Yes.
3     Q.   Are you there?
4     A.   I am there.
5     Q.   It says, "Curve-fitting
6  calculates highly accurate values for
7  simple, single bands but also for complex
8  band systems where there may be two, three
9  or more bands that overlap."
10         Do you see that?
11    A.   I do.
12    Q.   "Curve-fitting can produce a .wxc
13 file that can be saved and applied later to
14 a spectrum or set of mapped data."
15         Do you see that?
16    A.   I do.
17    Q.   This is the Renishaw Manual.  It
18 talks about how curve fitting can be
19 applied to various Raman spectra, right?
20    A.   Yes.
21    Q.   And a person of skill in the art
22 would understand that this was a tool that

Page 199

1  was available to assess the location of a
2  particular peak that may be overlapping
3  with another peak, right?
4     A.   That's not generally the purpose
5  of this, and also you have to distinguish
6  between a peak and what they describe as a
7  "band."  You will notice they are very
8  careful not to say that they are fitting
9  peaks into the spectrum but rather bands,
10 which are mathematical constructs.  But go
11 ahead.
12    Q.   Okay.  And what do you understand
13 to be the difference between a band that is
14 properly fitted and a peak?
15    A.   In a spectrum, we generally think
16 of the peak as the high point of a
17 particular zone.  So if we are looking at
18 this particular figure on the screen, on
19 Bates 285, the overall spectrum in that
20 area, you have a peak that's somewhere
21 around 1638, roughly.  That is the high
22 point of that peak.  And that certainly

Page 200

1  qualifies as a peak.
2     Q.   Okay.
3     A.   The more complex structure to
4  that's left that runs between about 1565
5  and 1620 is a multiplexed peak.  The peak
6  on that is the high point in that range.
7  Beyond that, what this program is doing is
8  trying to create a mathematical model that
9  can help explain how that peak shape arised
10 -- arose.  Sorry.
11        But this is a mathematical model.
12 It is not three peaks.  It is three bands
13 that mathematically model the complex peak
14 that's seen.
15    Q.   Right.  So the algorithm takes
16 into account the data and places the
17 location of the bands at a point that most
18 likely fits what shape you are seeing in
19 the spectrum.
20        Is that right?
21    A.   Not exactly because this is not
22 like some magic mathematical process that

Page 201

1  figures out exactly what went into this
2  complex band; it's a subjective process,
3  where a person decides where they think
4  things might be and how many things there
5  might be.  And then based on that, looks at
6  how you can wiggle those initial guesses
7  and come up with the best possible fit of
8  those bands to the spectrum as best you can
9  with a certain amount of wiggle room in
10 heights and widths and intensities.
11    Q.   Right.  So someone that's
12 experienced comes in and looks at the
13 spectrum and makes an educated guess as to
14 where they believe they are seeing
15 intensity and tells the software what those
16 locations are, and the algorithm takes all
17 that in and using a mathematical formula,
18 determines in a greater degree of
19 specificity where those bands or peaks
20 might be, right?
21    A.   I think, yes, as long as you did
22 express that it's a subjective process that

Case 1:23-cv-00879-GBW-CJB   Document 278-7   Filed 01/26/26   Page 7 of 9 PageID #: 2576

11/20/2025   Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.   Neil Spingarn

Page 202

1  requires a user deciding where they think
2  things are going to be, and then the
3  computer takes over from there.
4      Q.  You are calling it "subjective"
5  because an individual has to provide an
6  input; is that fair?
7      A.  Correct.  Like in this particular
8  example, the user put in that they expect
9  that complex structure in the front to be
10 composed of three bands, but suppose that
11 you actually put in five or six in there.
12 The computer would then model it and
13 probably create a much better fitting
14 overall spectrum.  And the locations of
15 those bands would have different centers
16 than they currently do with only three.  So
17 it is quite subjective in terms of how many
18 and what you put in and that's subjectivity
19 will influence where those bands are
20 centered.
21     Q.  Right.  And this is a
22 technique that is used by scientists who

Page 203

1  are performing Raman spectroscopy and
2  analyzing resulting spectra with some
3  frequency, right?
4      A.  It's used.  As I say, there are
5  situations from which it is well used, and
6  there are situations in which its use is
7  much more tenuous.  And where you know
8  where the peaks are ahead of time, the
9  convolution can be quite effective.
10     Q.  While we have it up, there is a
11 chi-squared number in this chart that you
12 were referring to, and I think that the
13 figure here is 1.01113.
14         Do you see that, sir?
15     A.  I wasn't referring to it, but I
16 do see what you are referring to.
17     Q.  I asked a bad question.  I want
18 to refer back to the chart that you were
19 looking at with the graphs -- the curves --
20 are you with me?
21     A.  Yes.
22     Q.  You didn't refer to the

Page 204

1  chi-squared.  I am going to refer to the
2  chi-squared now.  There is a chi-squared
3  number of 1.01113.
4         Do you see that?
5      A.  I do.
6      Q.  What do you understand a
7  chi-squared value to be telling a
8  scientist?
9      A.  It's a measure of the difference
10 between the model that you create by
11 putting in these bands -- the mathematical
12 model -- and the spectrum -- the raw data
13 spectrum -- that you started with.
14     Q.  Is the idea that generally
15 speaking the lower the chi-squared value
16 closest to zero is the better fit in
17 relation to, say, a higher chi-squared
18 value?
19     A.  All things considered, if you
20 could take one model versus another model,
21 the lower chi-square would be the closer
22 fit to the analytical data.

Page 205

1         MR. FISHER:  You can put that
2  aside now.  So I am going to refer to
3  Tab 19, which we will now mark as
4  Exhibit 22.
5         (Spingarn Exhibit 22,
6  "Characterization of Natural Feldspars
7  by Raman Spectroscopy for Future
8  Planetary Exploration," bearing
9  Production Nos. PFZ 4170478 through
10 4170501, was marked for identification)
11 BY MR. FISHER:
12     Q.  Are you there, Doctor?
13     A.  I have it.
14     Q.  This is a paper by Freeman.
15         Do you see that?
16     A.  Yes.
17     Q.  Dr. Matzger cites this as an
18 example of using peak deconvolution to
19 identify the exact position of peaks.
20         Do you understand that?
21     A.  I haven't read this paper, so I
22 can't really say how he uses it.

Case 1:23-cv-00879-GBW-CJB   Document 278-7   Filed 01/26/26   Page 8 of 9 PageID #: 2577

11/20/2025   Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.   Neil Spingarn

Page 206

1  Q. Well, I will direct you to page
2  1491, which is at the top on the right.
3  A. Okay.
4  Q. And there is a heading that says,
5  "The calcium-rich feldspars."
6      Do you see that?
7  A. I do.
8  Q. And this paragraph discusses the
9  Raman spectra that was created and reported
10 on in this paper.
11     Do you see that? Take a moment
12 to familiarize yourself with the paragraph.
13 A. I'm sorry. Which paragraph are
14 you talking about -- the first one?
15 Q. The one that is under "The
16 calcium rich feldspars." It begins, "Three
17 structurally significant..."
18     Do you see that?
19 A. Just give me a minute to read it.
20 Q. Of course. Yes, please.
21 A. (Witness reviewing document).
22     Okay.

Page 207

1  Q. I want to just point you to the
2  last sentence of the paragraph, where it
3  says, "Because of the overlap of the three
4  Group-1 Raman bands and anorthite, the
5  exact positions of the peaks are best
6  determined by peak deconvolution," and it
7  refers to Table 3.
8      Do you see that?
9  A. I see that.
10 Q. Sitting here today, you don't
11 have any reason to disagree with the
12 statement, do you?
13 A. I am not clear from the paper
14 because I haven't read it in detail, but it
15 seems like the three components that he is
16 talking about all have individual spectra
17 that have been separately identified and so
18 now knowing exactly where things are in the
19 individual spectra, he has a basis for
20 deconvoluting and knowing that it's -- only
21 certain specific peaks would be showing up.
22 Now they can deconvolute knowing that the

Page 208

1  model that they use is correct. That's how
2  I understand that statement.
3      MR. FISHER: Got it. You can put
4  that aside. If you turn to Tab 20,
5  which we will mark as Exhibit 23.
6      (Spingarn Exhibit 23, "The
7  Tendon-to-Bone Transition of the
8  Rotator Cuff: A Preliminary Raman
9  Spectroscopic Study Documenting the
10 Gradual Mineralization Across the
11 Insertion in Rat Tissue Samples,"
12 bearing Production Nos. PFZ 4171317
13 through 4171337, was marked for
14 identification)
15 BY MR. FISHER:
16 Q. Let me know when you are there.
17 A. I have got the tab.
18 Q. It's a paper by Wopenka that
19 Dr. Matzger cites in support of his
20 deconvolution opinions.
21     Do you have it in front of you?
22 A. I have it in front of me.

Page 209

1  Q. Did you have a chance to read
2  this one before today?
3  A. No, I haven't.
4  Q. I am going to refer to page 4
5  which is depicted at the top. It's Bates
6  ending in 320.
7  A. Okay.
8  Q. I am going to ask you a question
9  about the second paragraph here, the one
10 that begins "In principle" on page 4.
11 A. Okay.
12 Q. Have a look at the paragraph and
13 familiarize yourself with it.
14 A. (Witness reviewing document).
15     Okay.
16 Q. So my question is about the
17 statement that begins, "Even though" --
18 it's about seven, eight lines up, "Even
19 though this band is small."
20     Do you see that?
21 A. Right.
22 Q. I will read the whole statement.

Case 1:23-cv-00879-GBW-CJB   Document 278-7   Filed 01/26/26   Page 9 of 9 PageID #: 2578

11/20/2025   Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.   Neil Spingarn

Page 210

1  It says, "Even though this band is small
2  and only appears as a shoulder on the about
3  938 wave number band in the raw spectrum of
4  pure tendon, it can be resolved
5  unambiguously via peak deconvolution." And
6  it cites the spectrum for point 1 in
7  Figure 5.
8       Do you see that?
9   A.  I do.
10  Q.  Do you have any reason to
11 disagree that deconvolution was used to
12 resolve the position of this peak?
13  A.  Again, this is a situation where
14 you know that a specific peak is present at
15 a specific location, and now you are trying
16 to measure the amount of that under an
17 overlapping peak. So, again, it's a case
18 where you know what the model is and you
19 are using deconvolution to back it out,
20 which is a reasonable use of deconvolution.
21  Q.  And in this example, what are you
22 referring to in terms of the particular

Page 211

1  peak that you know the model for?
2   A.  They say specifically that the --
3  if you just start your highlighting half a
4  line ahead, it says that, "Unmineralized
5  tendon has a band at about 960 wave
6  numbers," and even though this band is
7  small and only appears as a shoulder on the
8  938 -- so you have two bands where you know
9  where they are and now you can use
10 deconvolution to look at the amount of each
11 of those bands separately.
12  Q.  Right.
13  A.  So you know how the model should
14 be ahead of time and now you use
15 deconvolution to pull apart the two things
16 that are added together.
17  Q.  And you know that the '441 Patent
18 Exhibit 4 teaches you that Form 1 has a
19 band at 1290, right?
20  A.  I thought you said it was not
21 called Form 1 in the patent. You are
22 saying the figure.

Page 212

1   Q.  Yes. The figure.
2   A.  Yes. They say that it's a 1292
3  peak that they claim is the infringing peak
4  and it has a peak. You can see it, it goes
5  up, it goes down. The high point of it is
6  at 1292. If you deconvoluted that area on
7  that spectrum, it might not be at 1292. It
8  might move over in that window or might be
9  just outside the window depending on the
10 other peaks that are around it.
11  Q.  But, I mean, you could make that
12 same argument to these numbers that are in
13 this paragraph where they have a model
14 already, right?
15  A.  No. But, see, that's the point.
16 Is that here you have got a specific peak
17 at a certain location, and now you are
18 adding them together to get a more complex
19 peak. So now you can take a mathematical
20 model and say, okay, knowing that there is
21 a peak here and a peak there, let's pull it
22 out.

Page 213

