# EXHIBIT 11

## REDACTED PUBLIC VERSION

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 2 of 17 PageID #: 2580
12/30/2025   Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.   Jonathan Steed, Ph.D.
Confidential

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____ )
PFIZER, INC., FOLDRX           )
PHARMACEUTICALS, LLC, PF       )
PRISM IMB B.V., WYETH LLC,     )
and THE SCRIPPS RESEARCH       )
INSTITUTE,                     )
                               )
            Plaintiffs,        )
                               ) Civil Action Number
      vs.                      ) 23-879-GBW-CJB
                               )
DEXCEL PHARMA TECHNOLOGIES,    )
LIMITED, et al.,               )
                               )
            Defendants.        )
_____ )

*** CONFIDENTIAL ***

Videotaped deposition of JONATHAN STEED, PH.D., taken at 225 West Randolph Street, Suite 2800, Chicago, Illinois, before Rachel F. Gard, CSR, CCR, RPR, CRR, Notary Public, commencing at the hour of 9:00 a.m. Central on Friday, December 5, 2025.
--------------------------------------------------------
DIGITAL EVIDENCE GROUP
1730 M Street, NW
Suite 812
Washington, DC 20036
202.232.0646

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 3 of 17 PageID #: 2581

12/30/2025   Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.   Jonathan Steed, Ph.D.
Confidential

```
                                                              Page 2
 1
 2
 3     APPEARANCES:
 4     ON BEHALF OF THE PLAINTIFFS:
 5        WILLIAMS & CONNOLLY, LLP
 6        BY:   STANLEY E. FISHER, ESQUIRE
 7              DANIEL SCHNEIDER, ESQUIRE
          680 Maine Avenue, SW
 8        Washington, DC 20024
          202.434.5289
 9        sfisher@wc.com
          dschneider@wc.com
10
11     ON BEHALF OF THE DEFENDANT HICKMA PHARMACEUTICAL
       USA, INC.:
12
          NEAL GERBER & EISENBERG LLP
13        BY:   EMER SIMIC, ESQUIRE
                LAURA BRECKENRIDGE, ESQUIRE
14              JEFF WARD, ESQUIRE
          225 West Randolph Street
15        Suite 1800
          Chicago, Illinois 60606
16        312.269.5305
          esimic@nge.com
17        lbreckenridge@nge.com
          jward@nge.com
18
19
20     ALSO PRESENT:
21     JEREMY MANGAN, Videographer
22
```

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 4 of 17 PageID #: 2582

12/30/2025   Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.   Jonathan Steed, Ph.D.
Confidential

Page 254

1   this is page 4 of the document, are you with me?
2        A   Yes, I'm there.
3        Q   And there's a paragraph that begins "In
4   principle."  Why don't you review that paragraph.
5        A   Okay.
6        Q   Do you see the paragraph I'm talking
7   about?
8        A   I do, yeah.  About halfway down the page,
9   yeah.
10       Q   Correct.
11       A   Okay.
12       Q   So there's a sentence that begins midway
13  through the paragraph:  Even though this band is
14  small, and I just want to try to direct you to it,
15  it's about 8 lines from the bottom --
16       A   Yes, I see it.
17       Q   It says:  Even though this band is small
18  and only appears as a shoulder on the 938 wave
19  number band in the raw spectrum of pure tendon, it
20  can be resolved unambiguously via peak
21  deconvolution.  And then it cites the spectra.
22           Do you see that?

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 5 of 17 PageID #: 2583
12/30/2025    Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.  Jonathan Steed, Ph.D.
Confidential

Page 255

1  A  I do, yes. But we're talking about
2  calculating the area of peaks that are known to be
3  present here in order to assess the integrated
4  intensities of two particular bands, which are
5  quantitative areas of degree of demineralization.
6  So we're not talking about proving or not the
7  existence of a peak. We're talking about known
8  peaks in well-defined materials and measuring that
9  peak area accurately for quantification purposes.
10  Q  Fair enough. But deconvolution is used
11  here where there was a peak shoulder; yes?
12  A  Yes. If you know a particular feature is
13  already present, then deconvolution is a way to
14  measure peak areas in overlapping spectra.
15  Q  Okay. You can put that aside.
16      (Deposition Exhibit Number 47 marked
17       for identification.)
18  Q  Let's mark as Exhibit 47. It bears Bates
19  numbers PFZ-04170478 and ends at 500. Excuse me,
20  501. Do you have that paper in front of you, sir?
21  A  I do, yes.
22  Q  So Exhibit 47 is a paper by first author

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 6 of 17 PageID #: 2584

12/30/2025    Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.  Jonathan Steed, Ph.D.
Confidential

Page 257

1   sentence that says:  Because of the overlap of the

2   three group 1 Raman bands and anorthite,

3   A N O R T H I T E, comma, the exact positions of

4   the peaks are best determined by peak

5   deconvolution, and then it cites this Table 3.

6       Do you see that?

7    A   I do see that, yes.

8       MS. SIMIC:  I just object.  Sorry.  Is

9   that a question?

10       MR. FISHER:  I said "did you see that."

11       MS. SIMIC:  Oh, sorry.  Okay.  Go ahead.

12    A   I do see that here, and I note that we're

13   talking about known spectra of known materials,

14   which are referred to by previous literature,

15   which act as reference standards here.  Again,

16   we're dealing with a situation we know the bands

17   are there and the peak deconvolution is being used

18   to, in this case, position them.

19    Q   Okay.  Nonetheless, the exact positions of

20   these particular bands were determined -- excuse

21   me, the exact position of the peaks were

22   determined by peak deconvolution; yes?

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 7 of 17 PageID #: 2585
12/30/2025    Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.  Jonathan Steed, Ph.D.
Confidential

Page 259

1      A   Generally, yes.

2      Q   Prior to your work in this case, when was

3   the last time you used WiRE software for

4   deconvolution?

5      A   I don't recall offhand.  I used WiRE in a

6   previous case.  I don't recall exactly what the

7   nature of the inquiry was.

8      Q   You don't recall whether it was for

9   deconvolution or not?

10     A   I'm not sure.  I don't think so.  I don't

11  recall exactly.

12     Q   Do you recall using WiRE's deconvolution

13  software for any of your research work?

14     A   Typically no.

15            (Deposition Exhibit Number 48 marked

16         for identification.)

17     Q   Let's look at the next exhibit, 48, which

18  bears Bates number PFZ-04170274 to PFZ-04170293.

19         Do you have that in front of you?

20     A   I do.

21     Q   And so this is the Renishaw appendix 1,

22  which was downloaded from their website.  And if

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 8 of 17 PageID #: 2586

12/30/2025      Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.  Jonathan Steed, Ph.D.
Confidential

Page 260

1   you turn to the page ending in Bates Level 285,

2   there's a section on curve fitting, and let me

3   know when you're there.

4       A   Okay.

5       Q   Are you there?

6       A   I am.

7       Q   And here it describes curve fitting as --

8   well, let me stop there. Let me start again.

9           Here it says that curve fitting calculates

10  highly accurate values for simple single bands but

11  also for complex band systems where there might be

12  two, three, or more bands that overlap.

13          Do you see that?

14      A   I do.

15      Q   Is that consistent with the way that you

16  understand curve fitting to work?

17          MS. SIMIC:  Objection to form.

18      A   It can.  It can give useful and indeed

19  accurate information, but only if properly used

20  and it does depend upon the user inputs.  And so

21  accuracy in science is something which is

22  validated by reference to external -- external

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 9 of 17 PageID #: 2587

12/30/2025    Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.   Jonathan Steed, Ph.D.
Confidential

Page 261

1  evidence, rather than intrinsic. And so yes, if
2  it's properly validated, then it can be accurate
3  if the mold is appropriate.
4      Q  You can look at the next couple pages.
5  But it steps through how to go about using the
6  software to perform curve fitting; is that fair?
7          MS. SIMIC:  Objection to form.
8      A  Let me just review it.
9          Yes, it discusses the user clicking on
10 regions they already think a band is present as
11 the input to the curve-fitting procedure.
12     Q  So they click on a band that they think is
13 present. That provides one of the inputs for the
14 software; is that fair?
15     A  Correct.
16     Q  And the software uses an algorithm to take
17 account of all the data and assign what the best
18 location for that particular band?
19         MS. SIMIC:  Objection to form.
20     A  It does its best to fit the inputs that
21 its being given to the overall intensity profile
22 of the spectrum.

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 10 of 17 PageID #: 2588

12/30/2025   Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.   Jonathan Steed, Ph.D.
Confidential

Page 272

1    A   Initially, so as not to introduce any
2    bias, I proceeded as the person of skill would do
3    and used the default options.  Later on in
4    response to Dr. Matzger, I believe we produced a
5    document where I went back and did it exactly the
6    way he described to show that the outcome didn't
7    change.
8        Q   Okay.  So with respect to Figure F, you
9    used the default baseline removal option?
10       A   Correct.
11       Q   Okay.  And we'll get to the new document.
12   So you say in 117 that -- I mean, the words you
13   use are "I do not think there necessarily is a
14   peak in the spectrum of ▮▮▮▮."
15          Do you see that?
16       A   I do.
17       Q   Is that fair?
18       A   Yes, that's right.  I don't think there's
19   enough information in these spectra for you to
20   make a scientific decision as to whether there are
21   peaks at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, merely
22   the different models give rise to different

Case 1:23-cv-00879-GBW-CJB  Document 278-8  Filed 01/26/26  Page 11 of 17 PageID #: 2589

12/30/2025    Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.  Jonathan Steed, Ph.D.
Confidential

Page 273

1   answers with the same data.

2   Q   Would you agree that a person skilled in
3   the art would know to compare the theoretical and
4   experimental spectra as part of their
5   curve-fitting analysis?

6   A   Yes.

7   Q   The person of skill in the art would know
8   that an obvious mismatch between a theoretical and
9   experimental spectra is indicative of a poor fit?

10      MS. SIMIC:  Objection to form.

11  A   Well, the chi squared value is an
12  indicated of the fit.  Because these are real
13  spectra, then they have noise features arising
14  from baseline correction and so on, and so you
15  never get an exact match.  And it's a question of
16  looking at the totality of the evidence.

17  Q   And Matzger pointed out that there's a
18  visual mismatch between the experimental data and
19  ███████████████████████████ in his reply report,
20  right?

21  A   I believe he did a blowup and showed there
22  was about a pixel difference, which is barely

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 12 of 17 PageID #: 2590

12/30/2025   Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.   Jonathan Steed, Ph.D.
Confidential

Page 277

1   good fit.  When I went back to analyze spectrum
2   XIX 1.5 by cutting off the data in the way that he
3   describes, then I get a far, far better fit than
4   him.
5         And, again, I'm not saying that there is a
6   peak at ███████████████.  The data isn't
7   there.  But different fits give different answers.
8      Q   And when you talk about going back and
9   redoing Figure H, this was amongst the figures
10  produced yesterday?
11     A   Correct.
12     Q   Okay.  Okay.  Let's look at Figure N on
13  page 63 and Figure O on page 64 of your report,
14  going back to Exhibit 3.  Page 63 and 64.
15     A   I'm there.
16     Q   So Figure N corresponds with Figure 19 of
17  Matzger's report?
18         MS. SIMIC:  Just object to form.
19     A   So my Figure N and his Figure 19 are based
20  on the same spectral data, that's true, spectrum
21  XXIII 2.6.
22     Q   Okay.  So if you look at his Figure 19 on

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 13 of 17 PageID #: 2591

12/30/2025   Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.   Jonathan Steed, Ph.D.
Confidential

Page 282

1  Q  So the answer is no, you can't point to me
2  anywhere in your report where you explain that ▮
3  ▮
4  ▮
5       MS. SIMIC:  Objection to form.
6       MR. FISHER:  I'll note the intonation of
7  counsel is quite exaggerated at this point, your
8  objections.
9  A  I didn't pick up on that.
10     The point is, I was trying to show that
11 different models give rise to different outcomes,
12 ▮.  That might be one reason that
13 one spectrum is more complicated than another. ▮
14 ▮
15 ▮  It's a question of different models giving
16 different outcomes.  It's subjective.
17          (Deposition Exhibit Number 49 marked
18       for identification.)
19 Q  Okay.  I'm going to introduce as
20 Exhibit 49, the one page of spectra that was
21 produced to us yesterday.  I'll note for the
22 record that it was produced on a travel day, the

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 14 of 17 PageID #: 2592

12/30/2025    Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.   Jonathan Steed, Ph.D.
Confidential

Page 283

1   day before the deposition.  We're going to

2   endeavor to examine you on it because you're here.

3   I haven't had a chance to discuss it in any degree

4   of detail with Dr. Matzger, so I'm going to

5   reserve on it.  But I'm going to proceed to exam

6   you because you're here.

7           MS. SIMIC:  I'll just note on the record

8   it was produced in advance of the deposition.

9           MR. FISHER:  The day before on a travel

10  day.  But let's move on it.  Let's mark it as

11  Exhibit 49, this being a document Bates-numbered

12  HIKM-000259.

13      Q  Do you have that document in front of you,

14  sir?

15      A  I do, yes.

16      Q  And when did you do this analysis?

17      A  I did it after I received Dr. Matzger's

18  reply report.  Exactly when after it, I don't

19  recall offhand.  But a little while ago.

20      Q  So the report came in on November 7th.  I

21  don't know when it was sent to you.  Do you have

22  any recollection of when you received the report?

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 15 of 17 PageID #: 2593

12/30/2025        Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.  Jonathan Steed, Ph.D.
                                       Confidential

Page 284

 1      A   I don't recall offhand, but probably quite
 2   soon after.
 3      Q   Okay.  And was it close in time to when
 4   you received his reply report that you did this
 5   analysis or sometime after that?
 6      A   It wasn't immediately, but I don't recall
 7   exactly.  But it was some weeks ago and sometime
 8   after receiving that report.
 9      Q   Okay.  It wasn't this week that you did
10   this analysis?
11      A   Correct.
12      Q   It wasn't last week that you did the
13   analysis?
14      A   That's right.
15      Q   You did this weeks ago?
16          MS. SIMIC:  Objection to form.
17      A   I don't recall exactly when I did it, but
18   it was after receiving his report in response to
19   his criticisms, to satisfy myself about what he
20   was saying.
21      Q   So just to orient on Exhibit 49, your
22   first spectrum corresponds with Figure 1 in

Case 1:23-cv-00879-GBW-CJB   Document 278-8   Filed 01/26/26   Page 16 of 17 PageID #: 2594

12/30/2025   Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.   Jonathan Steed, Ph.D.
Confidential

Page 285

1   Matzger's opening report; is that right?

2      A   Okay.  So the data in my first figure is

3   from file XIX 1.1, and that's the data that is

4   also plotted in Dr. Matzger's Figure 1.  Of course

5   the fit is different.

6      Q   Right.

7      A   So it doesn't exactly correspond, but it's

8   based on the same data.

9      Q   Fair enough.

10   And you had initially, in your rebuttal

11   report, curve fit that data, and it's reflected in

12   Figure F; is that right?

13      A   Figures F and G, two different models,

14   same data.

15      Q   Okay.  And your second figure depicted on

16   Exhibit 49 corresponds to Matzger Figure 5?

17      A   Yeah, the data is the same, yes.  So as we

18   were saying, file XIX 1.5 is the data in Matzger's

19   Figure 5 and the second figure that I fit

20   according to what he described his baseline

21   correction procedure was.

22      Q   And that second figure also corresponds to

Page 295

```
 1                      Errata Sheet

 2   NAME OF CASE:      Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.

 3   DATE OF DEPOSITION: 12/05/2025

 4   NAME OF WITNESS:   Jonathan Steed, Ph.D

 5   Reason Codes:  1. To clarify the record.

 6                  2. To conform to the facts.

 7                  3. To correct transcription errors.

 8   Page  260   Line  7     Reason  3

 9   From  mold                  to  model

10   Page  268   Line  5     Reason  3

11   From  skin                  to  spectrum

12   Page  269   Line  9     Reason  3

13   From  method                to  measure

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20                           [signature: J. Steed]

21                           _____

22                           JONATHAN STEED, PH.D
```