# EXHIBIT 18

## REDACTED PUBLIC VERSION

Case 1:23-cv-00879-GBW-CJB   Document 278-10   Filed 01/26/26   Page 1 of 6 PageID #: 2603



NOTEBOOK NO. _XXIII_

ISSUED TO: _Adam Metzger_

DATE ISSUED: _6/8/24_

PROJECT / PROGRAM: _Williams Connolly_

DEPARTMENT: _____

RETURNED ON: _____

Catalog number 9001

Scientific Notebook Company

WWW.SNCO.COM – 800.537.3028

Confidential                                                                    PFZ-00000101



| Table of Contents | Page |
|---|---|
|  |  |

Confidential

PFZ-00000102



Confidential

NOTEBOOK NO. _XIX_

ISSUED TO: _Adam Matzger_

DATE ISSUED: _2/13/24_

PROJECT / PROGRAM: _Williams Connolly_

DEPARTMENT: _____

RETURNED ON: _____

Catalog number 9001

Scientific Notebook Company

WWW.SNCO.COM – 800.537.3028

Confidential

PFZ-00000106



Confidential

PFZ-00000107