# EXHIBIT 20

## REDACTED PUBLIC VERSION

AJM-XIX-1.1



AJM-XIX-1.5

AJM-XIX-1.8

CONFIDENTIAL