# EXHIBIT 19

# REDACTED PUBLIC VERSION

NOTEBOOK NO. XX

ISSUED TO: Adam Motzger

DATE ISSUED: 3/12/24

PROJECT / PROGRAM: Williams Connolly

DEPARTMENT: _____

RETURNED ON: _____

Catalog number 9001

Scientific Notebook Company

WWW.SNCO.COM — 800.537.3028

CONFIDENTIAL                                                                 PFZ_00000095

| Table of Contents | Page |
|---|---|
|  |  |

Project No _____
TITLE
Book No _____



Recorded by: _____ Date: 3/12/24  Verified by: _____ Date: _____







NOTEBOOK NO. XXI
ISSUED TO: Adam Matzger
DATE ISSUED: 3/27/24
PROJECT / PROGRAM: Williams Connolly
DEPARTMENT:
RETURNED ON:

Catalog number 9001

Scientific Notebook Company

WWW.SNCO.COM – 800.537.3028

CONFIDENTIAL                                                                                                         PFZ_00000099



NOTEBOOK NO. XXII

ISSUED TO: Adam Matzger

DATE ISSUED: 3/27/24

PROJECT / PROGRAM: Williams Connolly

DEPARTMENT: _____

RETURNED ON: _____

Catalog number 9001

Scientific Notebook Company

WWW.SNCO.COM – 800.537.3028

CONFIDENTIAL                                                                                                       PFZ_00000101

