IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>  Defendants. | C.A. No. 23-879-GBW-CJB<br><br>CONSOLIDATED |

**STIPULATION AND [PROPOSED] ORDER REGARDING
CORRECTED MATZGER REPORT**

WHEREAS, Plaintiffs served a Corrected Reply Expert Report of Adam Matzger Ph.D. introducing new materials, after the close of discovery on December 19, 2025; and

WHEREAS, Plaintiffs and Cipla have agreed to additional discovery to address this correction;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Cipla, subject to the approval of the Court, that:

1) Plaintiffs' Corrected Reply Expert Report of Adam Matzger Ph.D. as to Cipla Limited is deemed to have been timely served;

2) Cipla may take a second deposition of Dr. Matzger limited to the new information in the Corrected Matzger Reply Report and the facts and circumstances related to Dr. Matzger's inclusion of the incorrect information in his original Reply Report at a date and of a duration to be agreed upon between Plaintiffs and Cipla; and

3) No other deadlines as between Plaintiffs and Cipla are modified by this stipulation.

Counsel certify pursuant to Local Rule 16.4(b) that a copy of this request has been sent to their respective clients.

Dated: January 28, 2026

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **SMITH, KATZENSTEIN & JENKINS, LLP** |
| */s/ Megan E. Dellinger* <br> Jeremy A. Tigan (No. 5239) <br> Megan E. Dellinger (No. 5739) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> mdellinger@morrisnichols.com <br> jtigan@morrisnichols.com | */s/ Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 N. West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com |
| *Of Counsel:* <br><br> Thomas H.L. Selby <br> Stanley E. Fisher <br> Christopher J. Mandernach <br> Andrew L. Hoffman <br> Ayelet Evrony <br> Rhochelle Krawetz <br> **WILLIAMS & CONNOLLY LLP** <br> 680 Maine Avenue SW <br> Washington, DC 20024 <br> (202) 434-5000 | *Of Counsel:* <br><br> Stuart D. Sender <br> Frank Rodriguez <br> Amlan Ray <br> Joshua I. Miller <br> **WINDELS MARX LANE & MITTENDORF, LLP** <br> One Giralda Farms <br> Madison, NJ 07940 <br> (973) 966-3200 |
| *Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute* | *Attorneys for Defendant Cipla Limited* |

IT IS SO ORDERED, this _____ day of _____, 2026.

                                                            _____
                                                                                    J.