IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>Defendants. | Civil Action No. 23-879-GBW-CJB<br>**CONSOLIDATED** |

## ORDER

AND NOW, this 3d day of February 2026, upon consideration of the unopposed request of Defendants Hikma Pharmaceuticals USA Inc., Cipla Limited, Dexcel Pharma Technologies Limited, and Aurobindo Pharma Limited (collectively, "Defendants") for two additional trial days (D.I. 283), IT IS HEREBY ORDERED that the request is GRANTED. IT IS FURTHER ORDERED that May 4, 2026 and May 5, 2026 are added as trial days, and the Scheduling Order (D.I. 22, as amended by D.I. 99, D.I. 119, and D.I. 151) is hereby amended to schedule this consolidated action for a seven (7) day bench trial scheduled to begin on April 27, 2026, at 9:30 a.m. The trial days will be April 27, 28, 29, 30, May 1, 4 and 5. The trial will be timed, as counsel will be allocated a total number of hours to present their respective cases. No other dates or deadlines in the Scheduling Order are changed by this Order.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE