IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., )
FOLDRX PHARMACEUTICALS, LLC, )
PF PRISM IMB B.V., WYETH LLC, and )
THE SCRIPPS RESEARCH INSTITUTE, )
                                 )
         Plaintiffs, )
                                 )    C.A. No. 23-879 (GBW) (CJB)
         v. )   CONSOLIDATED
                                 )
DEXCEL PHARMA TECHNOLOGIES )
LIMITED, et al., )
                                 )   ████████████████
         Defendants. )

REDACTED - PUBLIC VERSION

## DECLARATION OF DANIEL SCHNEIDER

I, Daniel Schneider, declare as follows:

1.     I am an attorney at the law firm of Williams & Connolly LLP, counsel for Pfizer Inc., FoldRX Pharmaceuticals, LLC, PF Prism IMB B.V., Wyeth LLC, and The Scripps Research Institute ("Pfizer Inc. et al.") in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

2.     This Declaration is submitted in support of Plaintiffs Pfizer Inc. et al.'s Answering Brief in Opposition to Defendants Hikma Pharmaceuticals USA Inc.'s and Cipla Limited's Motion to Exclude Certain Infringement Testimony of Adam Matzger, Ph.D. ("Plaintiffs' Answering Brief").

3.     Submitted herewith as **Exhibit 1** is a true and correct copy of U.S. Patent No. 9,770,441.

4.     Submitted herewith as **Exhibit 2** is a true and correct copy of the Corrected Reply Report of Adam Matzger, Ph.D. as to Cipla Limited, dated December 19, 2025, excerpted to

include the portions relevant to Plaintiffs' Answering Brief. Exhibit 2 has been marked Confidential under the Protective Order in this case.

5.    Submitted herewith as **Exhibit 3** is a true and correct copy of the Opening Report of Adam Matzger, Ph.D. as to Cipla Limited, dated June 27, 2025, excerpted to include the portions relevant to Plaintiffs' Answering Brief. Exhibit 3 has been marked Confidential under the Protective Order in this case.

6.    Submitted herewith as **Exhibit 4** is a true and correct copy of the transcript of the December 5, 2025, deposition of Jonathan Steed, Ph.D., excerpted to include the portions relevant to Plaintiffs' Answering Brief. Exhibit 4 has been marked Confidential under the Protective Order in this case.

7.    Submitted herewith as **Exhibit 5** is a true and correct copy of the transcript of the November 20, 2025, deposition of Neil Spingarn, Ph.D., excerpted to include the portions relevant to Plaintiffs' Answering Brief. Exhibit 5 has been marked Confidential under the Protective Order in this case.

8.    Submitted herewith as **Exhibit 6** is a true and correct copy of the Opening Report of Adam Matzger, Ph.D. as to Hikma Pharmaceuticals, dated June 27, 2025, excerpted to include the portions relevant to Plaintiffs' Answering Brief. Exhibit 6 has been marked Confidential under the Protective Order in this case.

9.    Submitted herewith as **Exhibit 7** is a true and correct copy of the Reply Report of Adam Matzger, Ph.D. as to Hikma Pharmaceuticals, dated November 7, 2025, excerpted to include the portions relevant to Plaintiffs' Answering Brief. Exhibit 7 has been marked Confidential under the Protective Order in this case.

10. Submitted herewith as **Exhibit 8** is a true and correct copy of the transcript of the December 17, 2025, deposition of Adam Matzger, Ph.D., excerpted to include the portions relevant to Plaintiffs' Answering Brief. Exhibit 8 has been marked Confidential under the Protective Order in this case.

11. Submitted herewith as **Exhibit 9** is a true and correct copy of Exhibit 9 from the Deposition of Neil Spingarn, Ph.D., introduced at Neil Spingarn's deposition dated November 20, 2025. Exhibit 9 has been marked Confidential under the Protective Order in this case.

12. Submitted herewith as **Exhibit 10** is a true and correct copy of Exhibit 35 from the Deposition of Jonathan Steed, introduced at Jonathan Steed's deposition dated December 5, 2025. Exhibit 10 has been marked Confidential under the Protective Order in this case.

13. Submitted herewith as **Exhibit 11** is a true and correct copy of Brigitte Wopenka et al., *The Tendon-to-Bone Transition of the Rotator Cuff: A Preliminary Raman Spectroscopic Study Documenting the Gradual Mineralization Across the Insertion in Rat Tissue Samples*, 62(12) APPLIED SPECTROSCOPY 1285 (2008).

14. Submitted herewith as **Exhibit 12** is a true and correct copy of John J. Freeman et al., *Characterization of Natural Feldspars by Raman Spectroscopy for Future Planetary Exploration*, 46 THE CANADIAN MINEROLOGIST 1477 (2008).

15. Submitted herewith as **Exhibit 13** is a true and correct copy of N. Shimodaira & A. Masui, *Raman Spectroscopic Investigations of Activated Carbon Materials*, 92 J. OF APPLIED PHYSICS 902 (2002).

16.    Submitted herewith as **Exhibit 14** is a true and correct copy of M.V.P. Chowdary et al., *Biochemical Correlation of Raman Spectra of Normal, Benign and Malignant Breast Tissues: A Spectral Deconvolution Study*, 91(7) BIOPOLYMERS 539 (2009).

17.    Submitted herewith as **Exhibit 15** is a true and correct copy of David Tuschel, *Peak Shape and Closely Spaced Peak Convolution in Raman Spectra*, 36(9) SPECTROSCOPY 2 (2021).

18.    Submitted herewith as **Exhibit 16** is a true and correct copy of WiRE 4.0, *TM012 – Data processing and simple analysis*, RENISHAW.

19.    Submitted herewith as **Exhibit 17** is a true and correct copy of Diana Y. Siberio-Pérez et al., *Raman Spectroscopic Investigation of CH4 and N2 Adsorption in Metal–Organic Frameworks*, 19 CHEMISTRY OF MATERIALS 3681 (2007).

20.    Submitted herewith as **Exhibit 18** is a true and correct copy of Hochul Woo & Adam J. Matzger, *Competitive Guest Binding in a Metal–Organic Framework with Coordinatively Unsaturated Metals*, ACS MATERIALS LETTERS 450 (2025).

21.    Submitted herewith as **Exhibit 19** is a true and correct copy of Mark J. Henson & Lin Zhang, *Drug Characterization in Low Dosage Pharmaceutical Tablets Using Raman Microscopic Mapping*, 60(11) APPLIED SPECTROSCOPY 1247 (2006).

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge and belief.


Dated:  January 29, 2026                    */s/ Daniel Schneider*

                                   _____

                                   Daniel Schneider

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 29, 2026, upon the following in the manner indicated:

Neal C. Belgam, Esquire                             *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Cipla Limited*

Joshua I. Miller, Esquire                             *VIA ELECTRONIC MAIL*
Amlan Ray, Esquire
Frank Rodriguez, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant Cipla Limited*

Dominick T. Gattuso, Esquire                             *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Hikma*
*Pharmaceuticals USA Inc.*

Jeffrey S. Ward, Esquire                                    *VIA ELECTRONIC MAIL*
Emer L. Simic, Esquire
Charles K. Shih, Esquire
Joseph Sherling, Esquire
Laura E. Breckenridge, Esquire
NEAL GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, IL  60606
*Attorneys for Defendant Hikma*
*Pharmaceuticals USA Inc.*

*/s/ Megan E. Dellinger*
_____

Megan E. Dellinger (#5739)