# EXHIBIT 1

US009770441B1

(12) **United States Patent**
Girard et al.

(10) Patent No.: **US 9,770,441 B1**
(45) Date of Patent: **Sep. 26, 2017**

(54) **CRYSTALLINE SOLID FORMS OF 6-CARBOXY-2-(3,5-DICHLOROPHENYL)-BENZOXAZOLE**

(71) Applicant: **Pfizer Inc.**, New York, NY (US)

(72) Inventors: **Kevin Paul Girard**, Quaker Hill, CT (US); **Andrew J. Jensen**, Ledyard, CT (US); **Kris Nicole Jones**, Waterford, CT (US)

(73) Assignee: **Pfizer Inc.**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/509,343**

(22) PCT Filed: **Aug. 31, 2015**

(86) PCT No.: **PCT/IB2015/056597**
§ 371 (c)(1),
(2) Date: **Mar. 7, 2017**

(87) PCT Pub. No.: **WO2016/038500**
PCT Pub. Date: **Mar. 17, 2016**

**Related U.S. Application Data**

(60) Provisional application No. 62/203,953, filed on Aug. 12, 2015, provisional application No. 62/047,614, filed on Sep. 8, 2014.

(51) **Int. Cl.**
C07D 263/57       (2006.01)
A61K 31/423       (2006.01)

(52) **U.S. Cl.**
CPC .......... **A61K 31/423** (2013.01); **C07D 263/57** (2013.01); **C07B 2200/13** (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,033,252 A    7/1991    Carter
5,052,558 A    10/1991    Carter

5,323,907 A    6/1994    Kalvelage
7,214,695 B2    5/2007    Kelly et al.
9,249,112 B2 *    2/2016    Labaudiniere ........... C07H 5/06

FOREIGN PATENT DOCUMENTS

WO        2013038351 A1        3/2013

OTHER PUBLICATIONS

Supporting Information for Angew. Chem. Int. Ed., 42:2758 (2003).*
Buxbaum, "The Genetics of the Amyloidoses*". Annu. Rev. Med., 2000, 542-569, 51.
Jacobson, "Variant-Sequence Transthyretin (Isoleucine 122) In Late-Onset Cardiac Amyloidosis in Black Americans." The New England Journal of Medicine, 1997, 466-473, 336, 7.
Kelly, "Partial Denaturation of Transthyretin is Sufficient for Amyloid Fibril Formation in Vitro." Biochemistry, 1992, 8654-8660, 31.
Kelly, "Alternative conformations of amyloidogenic proteins govern their behavior." Current Opinion in Structural Biology, Nov. 17, 1996, 6.
Liu, "A glimpse of a possible amyloidogenic intermediate of transthyretin." Nature Structural Biology, 2000, 754-757, 7, 9.
Penchala, "AG10 inhibits amyloidogenesis and cellular toxicity of the familial amyloid cardiomyopathy-associated V122I transthyretin." PNAS, 2013, 9992-9997, 110, 24.
Razavi, "Benzoxazoles as Transthyretin Amyloid Fibril Inhibitors: Synthesis, Evaluation, and Mechanism of Action**." Angew. Chem. Int. Ed., 2003, 2758-2761, 42.
Saraiva, "Transthyretin Mutations in Health and Disease." Human Mutation, 1995, 191-196, 5.
Saraiva, "Biochemical Marker in Familial Amyloidotic Polyneuropathy, Portuguese Type Family Studies on the Transthyretin (Prealbumin)-Methionine-30 Variant." Journal of Clinical Investigation, 1985, 2171-2177, 76.
Westermark, "Fibril in senile systemic amyloidosis is derived from normal transthyretin." Proc. Natl. Acad. Sci, 1990, 2843-2845, 87.

* cited by examiner

*Primary Examiner* — Michael Barker
(74) *Attorney, Agent, or Firm* — Lisa A. Samuels

(57) **ABSTRACT**

The present invention relates to solid forms of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole and to methods for their preparation. The invention is also directed to pharmaceutical compositions containing at least one solid form and to the therapeutic or prophylactic use of such solid forms and compositions.

**16 Claims, 21 Drawing Sheets**

PFZ00000001



FIG. 1

PFZ00000002

**U.S. Patent**          Sep. 26, 2017          Sheet 2 of 21          US 9,770,441 B1

FIG. 2

| Angle-2 Theta (2θ) | Intensity (%) |
|---|---|
| 7.0 | 5 |
| 9.7 | 6 |
| 11.8 | 4 |
| 12.4 | 15 |
| 13.0 | 6 |
| 14.1 | 3 |
| 15.4 | 2 |
| 16.5 | 46 |
| 19.4 | 21 |
| 20.2 | 9 |
| 21.2 | 2 |
| 23.5 | 100 |
| 24.2 | 41 |
| 24.5 | 18 |
| 25.0 | 3 |
| 25.6 | 6 |
| 26.4 | 9 |
| 26.7 | 76 |
| 27.1 | 4 |
| 27.4 | 4 |
| 27.6 | 5 |
| 28.0 | 5 |
| 28.6 | 45 |
| 29.0 | 4 |
| 29.6 | 2 |

| Angle-2 Theta (2θ) | Intensity (%) |
|---|---|
| 29.9 | 4 |

PFZ00000003



FIG. 3

PFZ00000004

**U.S. Patent**    Sep. 26, 2017    **Sheet 4 of 21**    **US 9,770,441 B1**

**FIG. 4**

| Angle-2 Theta (2θ) | Intensity (%) |
|---|---|
| 7.0 | 6 |
| 9.8 | 10 |
| 11.6 | 14 |
| 12.3 | 7 |
| 13.2 | 10 |
| 14.1 | 10 |
| 15.9 | 7 |
| 16.7 | 23 |
| 16.9 | 45 |
| 18.0 | 5 |
| 19.2 | 15 |
| 19.7 | 5 |
| 20.8 | 9 |
| 21.2 | 4 |
| 23.4 | 6 |
| 24.1 | 37 |
| 24.7 | 19 |
| 25.3 | 6 |
| 26.1 | 9 |
| 26.8 | 7 |
| 27.3 | 100 |
| 27.9 | 10 |
| 29.4 | 4 |
| 29.8 | 4 |

PFZ00000005

U.S. Patent                Sep. 26, 2017        Sheet 5 of 21            US 9,770,441 B1



FIG. 5

**U.S. Patent**    Sep. 26, 2017    Sheet 6 of 21    US 9,770,441 B1

FIG. 6

| Peak (cm-1) | Intensity (W = weak, M = medium, S = strong) | Peak (cm-1) | Intensity (W = weak, M = medium, S = strong) |
|---|---|---|---|
| 173 | W | 1078 | W |
| 213 | W | 1089 | W |
| 225 | W | 1125 | W |
| 263 | W | 1144 | W |
| 278 | W | 1197 | W |
| 287 | W | 1235 | W |
| 396 | W | 1245 | W |
| 412 | W | 1273 | M |
| 416 | W | 1292 | W |
| 431 | W | 1310 | W |
| 601 | W | 1350 | W |
| 668 | W | 1411 | W |
| 726 | W | 1428 | W |
| 756 | W | 1441 | W |
| 780 | W | 1487 | W |
| 851 | W | 1548 | S |
| 861 | W | 1572 | W |
| 869 | W | 1590 | M |
| 884 | W | 1615 | S |
| 937 | W | 3066 | W |
| 947 | W | 3076 | W |
| 983 | W | | |
| 994 | M | | |
| 1062 | W | | |

PFZ00000007



FIG. 7

U.S. Patent          Sep. 26, 2017          Sheet 8 of 21          US 9,770,441 B1

FIG. 8

| Peak (cm-1) | Intensity (W = weak, M = medium, S = strong) |
|---|---|
| 173 | W |
| 201 | W |
| 217 | W |
| 226 | W |
| 266 | W |
| 283 | W |
| 397 | W |
| 411 | W |
| 416 | W |
| 431 | W |
| 602 | W |
| 668 | W |
| 727 | W |
| 755 | W |
| 778 | W |
| 851 | W |
| 859 | W |
| 886 | W |
| 937 | W |
| 945 | W |
| 983 | W |
| 994 | M |
| 1060 | W |
| 1077 | W |

| Peak (cm-1) | Intensity (W = weak, M = medium, S = strong) |
|---|---|
| 1088 | W |
| 1124 | W |
| 1145 | W |
| 1195 | W |
| 1234 | W |
| 1247 | W |
| 1273 | M |
| 1297 | W |
| 1309 | W |
| 1351 | W |
| 1411 | W |
| 1430 | W |
| 1439 | W |
| 1486 | W |
| 1547 | S |
| 1573 | W |
| 1590 | M |
| 1613 | S |
| 3066 | W |
| 3074 | W |

PFZ00000009



FIG. 9

PFZ00000010

FIG. 10

| $^{13}C$ Chemical Shifts (ppm) |
|---|
| 111.1 |
| 120.8 |
| 124.1 |
| 125.2 |
| 127.7 |
| 128.6 |
| 131.0 |
| 135.8 |
| 136.6 |
| 139.0 |
| 139.6 |
| 144.7 |
| 149.4 |
| 161.4 |
| 172.2 |

PFZ00000011



FIG. 11

PFZ00000012

FIG. 12

| $^{13}C$ Chemical Shifts (ppm) |
| --- |
| 171.9 |
| 161.3 |
| 149.4 |
| 144.4 |
| 140.1 |
| 139.1 |
| 136.8 |
| 135.7 |
| 130.7 |
| 128.5 |
| 125.4 |
| 124.4 |
| 122.1 |
| 110.7 |

PFZ00000013



FIG. 13

PFZ00000014



FIG. 14

PFZ00000015

U.S. Patent          Sep. 26, 2017          Sheet 15 of 21          US 9,770,441 B1

FIG. 15

| Angle-2 Theta (2θ) | Intensity (%) |
|---|---|
| 6.0 | 19 |
| 6.4 | 21 |
| 13.6 | 21 |
| 16.3 | 13 |
| 19.3 | 16 |
| 20.4 | 27 |
| 21.4 | 8 |
| 22.7 | 12 |
| 23.5 | 43 |
| 23.8 | 31 |
| 24.2 | 21 |
| 24.8 | 15 |
| 26.9 | 18 |
| 27.5 | 100 |

PFZ00000016



FIG. 16

PFZ00000017

**U.S. Patent**    Sep. 26, 2017    Sheet 17 of 21    US 9,770,441 B1

FIG. 17

| Peak (cm-1) | Intensity (W = weak, M = medium, S = strong) | Peak (cm-1) | Intensity (W = weak, M = medium, S = strong) |
|---|---|---|---|
| 172 | W | 995 | M |
| 199 | W | 1060 | W |
| 218 | W | 1077 | W |
| 223 | W | 1088 | W |
| 266 | W | 1125 | W |
| 276 | W | 1147 | W |
| 287 | W | 1195 | W |
| 396 | W | 1234 | W |
| 411 | W | 1246 | W |
| 430 | W | 1274 | M |
| 602 | W | 1299 | W |
| 671 | W | 1307 | W |
| 677 | W | 1351 | W |
| 726 | W | 1415 | W |
| 756 | W | 1434 | W |
| 778 | W | 1439 | W |
| 851 | W | 1484 | W |
| 867 | W | 1547 | S |
| 938 | W | 1573 | W |
| 947 | W | 1591 | M |
| 984 | W | 1613 | S |

PFZ00000018



FIG. 18

FIG. 19

| $^{13}C$ Chemical Shifts (ppm) |
|---|
| 109.7 |
| 110.9 |
| 121.2 |
| 125.0 |
| 126.4 |
| 127.0 |
| 128.8 |
| 131.5 |
| 137.2 |
| 144.8 |
| 149.3 |
| 161.3 |
| 172.1 |

PFZ00000020



FIG. 20

PFZ00000021

FIG. 21

PFZ00000022

US 9,770,441 B1

**1**

### CRYSTALLINE SOLID FORMS OF 6-CARBOXY-2-(3,5-DICHLOROPHENYL)-BENZOXAZOLE

#### CROSS REFERENCE TO RELATED APPLICATIONS

This Application is the national stage filing under 35 U.S.C. 371 of Patent Cooperation Treaty Patent Application No. PCT/IB2015/056597, filed Aug. 31, 2015, which claims the benefit of U.S. Provisional Application No. 62/203,953 filed on Aug. 12, 2015, and U.S. Provisional Application No. 62/047,614 filed on Sep. 8, 2014, which are hereby incorporated by reference in their entirety.

#### BACKGROUND OF THE INVENTION

This invention relates crystalline forms of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole and methods of preparing and using the same.

Synthetic routes for 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole (hereinafter "the compound of Formula I") are described in U.S. Pat. No. 7,214,695 and solid forms of the meglumine salt of the compound of Formula I are described in U.S. patent application Ser. No. 14/345,111, which is the U.S. national phase of International Application No. PCT/IB2012/054748, all of which are hereby incorporated herein by reference in their entireties for all purposes, and has the structure shown below.



The compound of Formula I stabilizes the protein transthyretin (TTR), dissociation of which is implicated in TTR amyloidosis (i.e., the compound of Formula I prevents dissociation of the native TTR tetramer into monomers, which results in the inhibition of TTR amyloid fibril formation) and is being developed for use in the treatment of transthyretin amyloid diseases.

Solid forms are of interest to the pharmaceutical industry and especially to those involved in the development of suitable dosage forms. If the solid form is not held constant during clinical or stability studies, the exact dosage form used or studied may not be comparable from one lot to another. It is also desirable to have processes for producing a compound with the selected solid form in high purity when the compound is used in clinical studies or commercial products since impurities present may produce undesired toxicological effects. Certain solid forms may also exhibit enhanced stability or may be more readily manufactured in high purity in large quantities, and thus are more suitable for inclusion in pharmaceutical formulations. Certain solid forms may display other advantageous physical properties such as lack of hygroscopic tendencies, filterability, improved solubility, and enhanced rates of dissolution due to different lattice energies.

The discussion of the background to the invention herein is included to explain the context of the present invention. This is not to be taken as an admission that any of the

**2**

material referred to was published, known, or part of the common general knowledge in any country as of the priority date of any of the claims.

#### SUMMARY OF THE INVENTION

Solid forms of the compound of Formula I are disclosed herein, wherein each solid form can be uniquely identified by several different analytical parameters, alone or in combination, such as, but not limited to: powder X-ray diffraction pattern peaks or combinations of two or more peaks; solid state NMR 13C chemical shifts or combinations of two or more chemical shifts; and Raman shift peaks or combinations of two or more Raman shift peaks.

Based on the disclosure provided herein, one of ordinary skill in the art would appreciate that a first crystalline form of the compound of Formula I (referred to herein as "Form 1") can be uniquely identified by several different spectral peaks or patterns in varying combinations. Described below are exemplary combinations of characteristic peak values that can be used to identify Form 1 and in no way should these exemplary combinations be viewed as limiting other peak value combinations disclosed herein.

One aspect of the present invention provides Form 1, wherein said form has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.4±0.2 and 20.2±0.2. In another embodiment, Form 1 has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.4±0.2, 20.2±0.2, and 28.6±0.2. In another embodiment, Form 1 has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.4±0.2, 20.2±0.2, 28.6±0.2 and 29.0±0.2. In another embodiment, Form 1 has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.4±0.2, 20.2±0.2, 23.5±0.2, 28.6±0.2 and 29.0±0.2.

One aspect of the present invention provides Form 1, wherein said form has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 16.5±0.2, 26.7±0.2, and 28.6±0.2. In another embodiment, Form 1 has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 16.5±0.2, 26.7±0.2, 28.6±0.2 and 29.0±0.2. In another embodiment, Form 1 has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.4±0.2, 16.5±0.2, 26.7±0.2, 28.6±0.2 and 29.0±0.2.

Another aspect of the present invention provides Form 1, wherein said form has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) essentially the same as shown in FIG. **1**.

Another aspect of the present invention provides Form 1, wherein said form has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) essentially the same as shown in FIG. **21**.

Another aspect of the present invention provides Form 1, wherein said form has a Raman spectrum comprising Raman shift peaks (cm-1) at 287±2, 869±2, and 1292±2. In another embodiment, Form 1 has a Raman spectrum comprising Raman shift peaks (cm-1) at 213±2, 287±2, 869±2, and 1292±2.

Another aspect of the present invention provides Form 1, wherein said form has a Raman spectrum comprising Raman shift peaks (cm-1) at 994±2, 1273±2, 1292±2 and 1615±2. In another embodiment, Form 1 has a Raman spectrum comprising Raman shift peaks (cm-1) at 213±2, 994±2, 1273±2, 1292±2 and 1615±2.

PFZ00000023

US 9,770,441 B1

3

4

Another aspect of the present invention provides Form 1, wherein said form has a Raman spectrum comprising Raman shift peaks (cm-1) at positions essentially the same as shown in FIG. **5**.

Another aspect of the present invention provides Form 1, wherein said form has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2, 127.7±0.2, and 139.6±0.2. In another embodiment, Form 1 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 127.7±0.2 and 139.6±0.2. In another embodiment, Form 1 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2 and 139.6±0.2. In another embodiment, Form 1 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2 and 127.7±0.2.

Another aspect of the present invention provides Form 1, wherein said form has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2, 127.7±0.2, and 144.7±0.2. In another embodiment, Form 1 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 127.7±0.2 and 144.7±0.2. In another embodiment, Form 1 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2 and 144.7±0.2. In another embodiment, Form 1 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2 and 127.7±0.2.

Another aspect of the present invention provides Form 1, wherein said form has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at positions essentially the same as shown in FIG. **9**.

Another aspect of the present invention provides Form 1, wherein said form (i) has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.4±0.2, 20.2±0.2, and 28.6±0.2; and (ii) has a Raman spectrum comprising Raman shift peaks (cm-1) at 287±2, 869±2, and 1292±2.

Another aspect of the present invention provides Form 1, wherein said form (i) has a powder X-ray diffraction pattern comprising a peak at a diffraction angle (2θ) of 28.6±0.2; and (ii) has a Raman spectrum comprising Raman shift peaks (cm-1) at 287±2, 869±2, and 1292±2.

Another aspect of the present invention provides Form 1, wherein said form (i) has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.4±0.2, 20.2±0.2, and 28.6±0.2; and (ii) has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2 and 139.6±0.2.

Another aspect of the present invention provides Form 1, wherein said form (i) has a powder X-ray diffraction pattern comprising peak at a diffraction angles (2θ) of 28.6±0.2; and (ii) has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2 and 139.6±0.2.

Another aspect of the present invention provides Form 1, wherein said form (i) has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 26.7±0.2 and 28.6±0.2; and (ii) has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 127.7±0.2.

Another aspect of the present invention provides Form 1, wherein said form (i) has a Raman spectrum comprising Raman shift peaks (cm-1) at 287±2, 869±2, and 1292±2; and (ii) has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2 and 139.6±0.2.

Another aspect of the present invention provides Form 1, wherein said form (i) has a Raman spectrum comprising Raman shift peaks (cm-1) at 994±2, 1273±2, and 1292±2; and (ii) has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2 and 127.7±0.2.

Another aspect of the present invention provides Form 1, wherein said form (i) has a Raman spectrum comprising

Raman shift peaks (cm-1) at 1292±2 and 1615±2; and (ii) has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 127.7±0.2.

In certain embodiments, the present invention relates to Form 1, wherein said form is non-hygroscopic and anhydrous.

In certain embodiments, the present invention relates to Form 1, wherein said form comprises a plurality of needles of the compound of Formula I.

In a further aspect, the present invention contemplates that Form 1 can exist in the presence of the any other of the solid forms (e.g. Forms 2, 4 and 6) or mixtures thereof. Accordingly, in one embodiment, the present invention provides Form 1, wherein Form 1 is present in a solid form that includes less than 95%, less than 90%, less than 80%, less than 70%, less than 60%, less than 50%, less than 40%, less than 30%, less than 20%, less than 10%, less than 5%, less than 3%, or less than 1% by weight of any other physical forms of the compound of Formula I. For example, in one embodiment is a solid form of the compound of Formula I comprising Form 1 that has any one of the powder X-ray diffraction patterns, Raman spectra, IR spectra and/or NMR spectra described above, wherein said solid form includes less than 95%, less than 90%, less than 80%, less than 70%, less than 60%, less than 50%, less than 40%, less than 30%, less than 20%, less than 10%, less than 5%, less than 3%, or less than 1% by weight of any other physical forms of the compound of Formula I.

In certain embodiments, the present invention relates to Form 1, wherein said form is substantially pure crystalline form.

Further, based on the disclosure provided herein, one of ordinary skill in the art would appreciate that a second crystalline form of the compound of Formula I (referred to herein as "Form 4") can be uniquely identified by several different spectral peaks or patterns in varying combinations. Described below are exemplary combinations of characteristic peak values that can be used to identify Form 4 and in no way should these exemplary combinations be viewed as limiting other peak value combinations disclosed herein.

One aspect of the present invention provides Form 4, wherein said form has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.9±0.2 and 16.9±0.2. In another embodiment, Form 4 has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.9±0.2, 16.9±0.2 and 18.0±0.2. In another embodiment, Form 4 has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 16.9±0.2, 24.1±0.2 and 27.3±0.2. In another embodiment, Form 4 has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.9±0.2, 16.9±0.2, 18.0±0.2, and 27.3±0.2.

Another aspect of the present invention provides Form 4, wherein said crystalline form has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) essentially the same as shown in FIG. **3**.

Another aspect of the present invention provides Form 4, wherein said form has a Raman spectrum comprising Raman shift peaks (cm-1) at 266±2, 283±2, and 1297±2. In another embodiment, Form 4 has a Raman spectrum comprising Raman shift peaks (cm-1) at 201±2, 266±2, 283±2, and 1297±2. In another embodiment, Form 4 has a Raman spectrum comprising Raman shift peaks (cm-1) at 283±2, 994±2, 1273±2, and 1547±2.

US 9,770,441 B1

5

Another aspect of the present invention provides Form 4, wherein said form has a Raman spectrum comprising Raman shift peaks (cm-1) at positions essentially the same as shown in FIG. **7**.

Another aspect of the present invention provides Form 4, wherein said form has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 122.1±0.2, 130.7±0.2, and 140.1±0.2. In another embodiment, Form 4 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 122.1±0.2, 124.4±0.2, and 130.7±0.2. In another embodiment, Form 4 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 130.7±0.2 and 140.1±0.2. In another embodiment, Form 4 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 122.1±0.2 and 140.1±0.2. In another embodiment, Form 4 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 122.1±0.2 and 130.7±0.2. In another embodiment, Form 4 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 124.4±0.2 and 130.7±0.2.

Another aspect of the present invention provides Form 4, wherein said form has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at positions essentially the same as shown in FIG. **11**.

Another aspect of the present invention provides Form 4, wherein said form (i) has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.9±0.2 and 16.9±0.2; and (ii) has a Raman spectrum comprising Raman shift peaks (cm-1) at 266±2, 283±2, and 1297±2. Another aspect of the present invention provides Form 4, wherein said form (i) has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 15.9±0.2 and 16.9±0.2; and (ii) has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 122.1±0.2, 130.7±0.2, and 140.1±0.2.

Another aspect of the present invention provides Form 4, wherein said form (i) has a Raman spectrum comprising Raman shift peaks (cm-1) at 266±2, 283±2, and 1297±2; and (ii) has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 122.1±0.2, 130.7±0.2, and 140.1±0.2.

In certain embodiments, the present invention relates to Form 4, wherein said form is non-hygroscopic and anhydrous.

In certain embodiments, the present invention relates to Form 4, wherein said form comprises a plurality of needles of the compound of Formula I.

In a further aspect, the present invention contemplates that Form 4 can exist in the presence of the any other of the solid forms (e.g. Form 1, 2 and 6) or mixtures thereof. Accordingly, in one embodiment, the present invention provides Form 4, wherein Form 4 is present in a solid form that includes less than 95%, less than 90%, less than 80%, less than 70%, less than 60%, less than 50%, less than 40%, less than 30%, less than 20%, less than 10%, less than 5%, less than 3%, or less than 1% by weight of any other physical forms of the compound of Formula I. For example, in one embodiment is a solid form of the compound of Formula I comprising Form 4 that has any one of the powder X-ray diffraction patterns, Raman spectra, IR spectra and/or NMR spectra described above, wherein said solid form includes less than 95%, less than 90%, less than 80%, less than 70%, less than 60%, less than 50%, less than 40%, less than 30%, less than 20%, less than 10%, less than 5%, less than 3%, or less than 1% by weight of any other physical forms of the compound of Formula I.

In certain embodiments, the present invention relates to Form 4, wherein said form is substantially pure crystalline form.

6

Further, based on the disclosure provided herein, one of ordinary skill in the art would appreciate that a third crystalline form of the compound of Formula I (referred to herein as "Form 6") can be uniquely identified by several different spectral peaks or patterns in varying combinations. Described below are exemplary combinations of characteristic peak values that can be used to identify Form 6 and in no way should these exemplary combinations be viewed as limiting other peak value combinations disclosed herein.

One aspect of the present invention provides Form 6, wherein said form has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 23.8±0.2 and 27.5±0.2. In another embodiment, Form 6 has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 13.6±0.2, 23.8±0.2 and 27.5±0.2. In another embodiment, Form 6 has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 13.6±0.2, 23.5±0.2, 23.8±0.2, and 27.5±0.2.

Another aspect of the present invention provides Form 6, wherein said crystalline form has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) essentially the same as shown in FIG. **14**.

Another aspect of the present invention provides Form 6, wherein said form has a Raman spectrum comprising Raman shift peaks (cm-1) at 223±2, 1274±2, and 1434±2. In another embodiment, Form 6 has a Raman spectrum comprising Raman shift peaks (cm-1) at 223±2, 1274±2, 1434±2, and 1547±2.

Another aspect of the present invention provides Form 6, wherein said form has a Raman spectrum comprising Raman shift peaks (cm-1) at positions essentially the same as shown in FIG. **16**.

Another aspect of the present invention provides Form 6, wherein said form has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 109.7±0.2, 126.4±0.2, and 131.5±0.2. In another embodiment, Form 6 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 109.7±0.2 and 126.4±0.2. In another embodiment, Form 6 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 126.4±0.2 and 131.5±0.2. In another embodiment, Form 6 has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 109.7±0.2 and 131.5±0.2.

Another aspect of the present invention provides Form 6, wherein said form has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at positions essentially the same as shown in FIG. **18**.

Another aspect of the present invention provides Form 6, wherein said form (i) has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 23.8±0.2 and 27.5±0.2; and (ii) has a Raman spectrum comprising Raman shift peaks (cm-1) at 223±2, 1274±2, and 1547±2.

Another aspect of the present invention provides Form 6, wherein said form (i) has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 23.8±0.2 and 27.5±0.2; and (ii) has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 109.7±0.2, 126.4±0.2, and 131.5±0.2.

Another aspect of the present invention provides Form 6, wherein said form (i) has a Raman spectrum comprising Raman shift peaks (cm-1) at 223±2, 1274±2, and 1547±2; and (ii) has a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 109.7±0.2, 126.4±0.2, and 131.5±0.2.

In certain embodiments, the present invention relates to Form 6, wherein said form is non-hygroscopic and anhydrous.

US 9,770,441 B1

7

In a further aspect, the present invention contemplates that Form 6 can exist in the presence of the any other of the solid forms (e.g. Form 1, 2 and 4) or mixtures thereof. Accordingly, in one embodiment, the present invention provides Form 6, wherein Form 6 is present in a solid form that includes less than 95%, less than 90%, less than 80%, less than 70%, less than 60%, less than 50%, less than 40%, less than 30%, less than 20%, less than 10%, less than 5%, less than 3%, or less than 1% by weight of any other physical forms of the compound of Formula I. For example, in one embodiment is a solid form of the compound of Formula I comprising Form 6 that has any one of the powder X-ray diffraction patterns, Raman spectra, IR spectra and/or NMR spectra described above, wherein said solid form includes less than 95%, less than 90%, less than 80%, less than 70%, less than 60%, less than 50%, less than 40%, less than 30%, less than 20%, less than 10%, less than 5%, less than 3%, or less than 1% by weight of any other physical forms of the compound of Formula I.

In certain embodiments, the present invention relates to Form 6, wherein said form is substantially pure crystalline form.

A further aspect of the present invention provides a pharmaceutical composition comprising Form 1, Form 2, Form 4 or Form 6 as described herein. In a further aspect, the invention provides an oral dosage form comprising Form 1, Form 2, Form 4 or Form 6, or any one of the pharmaceutical compositions described herein. For example, in one embodiment the oral dosage form is a tablet, pill or capsule. For example, in one embodiment, the oral dosage form is a tablet or capsule.

In one embodiment the invention provides a tablet comprising Form 1, Form 2, Form 4 or Form 6, or any one of the pharmaceutical compositions described herein. For example, in one embodiment the tablet comprises from about 1 to about 100 mg of Form 1, 2, 4 or 6. Further, for example, the tablet comprises about 10 mg of Form 1, 2, 4 or 6. Even further, for example, the tablet comprises about 20 mg of Form 1, 2, 4 or 6. Even further, for example, the tablet comprises about 30 mg of Form 1, 2, 4 or 6. Even further, for example, the tablet comprises about 40 mg of Form 1, 2, 4 or 6. Even further, for example, the tablet comprises about 50 mg of Form 1, 2, 4 or 6. Even further, for example, the tablet comprises about 60 mg of Form 1, 2, 4 or 6. Even further, for example, the tablet comprises about 70 mg of Form 1, 2, 4 or 6. Even further, for example, the tablet comprises about 80 mg of Form 1, 2, 4 or 6. Even further, for example, the tablet comprises about 90 mg of Form 1, 2, 4 or 6. Even further, for example, the tablet comprises about 100 mg of Form 1, 2, 4 or 6.

In one embodiment the invention provides a soft gelatin capsule comprising Form 1, Form 2, Form 4, Form 6, or any one of the pharmaceutical compositions described herein. For example, in one embodiment the soft gelatin capsule comprises from about 1 to about 100 mg of Form 1, 2, 4 or 6. Further, for example, the soft gelatin capsule comprises about 10 mg of Form 1, 2, 4 or 6. Even further, for example, the soft gelatin capsule comprises about 20 mg of Form 1, 2, 4 or 6. Even further, for example, the soft gelatin capsule comprises about 30 mg of Form 1, 2, 4 or 6. Even further, for example, the soft gelatin capsule comprises about 40 mg of Form 1, 2, 4 or 6. Even further, for example, the soft gelatin capsule comprises about 50 mg of Form 1, 2, 4 or 6. Even further, for example, the soft gelatin capsule comprises about 60 mg of Form 1, 2, 4 or 6. Even further, for example, the soft gelatin capsule comprises about 70 mg of Form 1, 2, 4 or 6. Even further, for example, the soft gelatin capsule

8

comprises about 80 mg of Form 1, 2, 4 or 6. Even further, for example, the soft gelatin capsule comprises about 90 mg of Form 1, 2, 4 or 6. Even further, for example, the soft gelatin capsule comprises about 100 mg of Form 1, 2, 4 or 6.

A further aspect of the present invention provides a method for preparing Form 1 as described in Example 1. A further aspect of the present invention provides a method for preparing Form 4, said method comprising heating Form 1 as described in Example 2. A further aspect of the present invention provides a method for preparing Form 2, said method comprising dissolving Form 1 in THF and evaporating the resulting solution as described in Example 3. A further aspect of the present invention provides a method for preparing Form 6, said method comprising heating Form 1 as described in Example 4.

A further aspect of the present invention provides a method of treating transthyretin amyloid diseases, such as senile systemic amyloidosis (SSA), familial amyloid polyneuropathy (FAP) and familial amyloid cardiomyopathy (FAC), in a mammal, the method comprising administering to the mammal a therapeutically effective amount of Form 1, Form 2, Form 4, Form 6, or any of the pharmaceutical compositions described herein.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts a characteristic PXRD pattern of Form 1 carried out on a PANalytical X'Pert PRO MPD diffractometer.

FIG. 2 depicts a corresponding peak list for the PXRD pattern shown in FIG. 1.

FIG. 3 depicts a characteristic PXRD pattern of Form 4 carried out on a PANalytical X'Pert PRO MPD diffractometer.

FIG. 4 depicts a corresponding peak list for the PXRD pattern shown in FIG. 3.

FIG. 5 depicts a characteristic Raman spectrum of Form 1 carried out on a NXR FT-Raman module interfaced to a Nexus 670 FT-IR spectrophotometer (Thermo Nicolet), equipped with an InGaAs detector.

FIG. 6 depicts a corresponding peak list for the Raman spectrum shown in FIG. 5.

FIG. 7 depicts a characteristic Raman spectrum of Form 4 carried out on a NXR FT-Raman module interfaced to a Nexus 670 FT-IR spectrophotometer (Thermo Nicolet), equipped with an InGaAs detector.

FIG. 8 depicts a corresponding peak list for the Raman spectrum shown in FIG. 7.

FIG. 9 depicts a characteristic 13C solid state NMR spectrum of Form 1 carried out on a Bruker-Biospin 4 mm CPMAS probe positioned into a Bruker-Biospin Avance III 500 MHz NMR spectrometer.

FIG. 10 depicts a corresponding peak list for the 13C solid state NMR spectrum shown in FIG. 9. The chemical shifts are referenced to an external sample of solid phase adamantane, setting its upfield resonance to 29.5 ppm.

FIG. 11 depicts a characteristic 13C solid state NMR spectrum of Form 4 carried out on a Bruker-Biospin 4 mm CPMAS probe positioned into a Bruker-Biospin Avance III 500 MHz NMR spectrometer collected under 15.0 kHz of magic angle spinning. The peaks marked by asterisks are spinning sidebands.

FIG. 12 depicts a corresponding peak list for the 13C solid state NMR spectrum shown in FIG. 11. The chemical shifts are referenced to an external sample of solid phase adamantane, setting its upfield resonance to 29.5 ppm.

US 9,770,441 B1

9

FIG. **13** depicts the calculated powder x-ray pattern of Form 2.

FIG. **14** depicts a characteristic PXRD pattern of Form 6 carried out on a PANalytical X'Pert PRO MPD diffractometer.

FIG. **15** depicts a corresponding peak list for the PXRD pattern shown in FIG. **14**.

FIG. **16** depicts a characteristic Raman spectrum of Form 6 carried out on a NXR FT-Raman module interfaced to a Nexus 670 FT-IR spectrophotometer (Thermo Nicolet), equipped with an InGaAs detector.

FIG. **17** depicts a corresponding peak list for the Raman spectrum shown in FIG. **16**.

FIG. **18** depicts a characteristic 13C solid state NMR spectrum of Form 6 carried out on a Bruker-Biospin 4 mm CPMAS probe positioned into a Bruker-Biospin Avance III 500 MHz NMR spectrometer collected under 15.0 kHz of magic angle spinning. The peaks marked by hashed marks are spinning sidebands.

FIG. **19** depicts a corresponding peak list for the 13C solid state NMR spectrum shown in FIG. **18**. The chemical shifts are referenced to an external sample of solid phase adamantane setting its upfield resonance to 29.5 ppm.

FIG. **20** depicts a characteristic PXRD pattern of the amorphous form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole carried out on a PANalytical X'Pert PRO MPD diffractometer.

FIG. **21** depicts a characteristic PXRD pattern of Form 1 carried out on a Bruker AXS D8 ADVANCE diffractometer.

## DETAILED DESCRIPTION OF THE INVENTION

Based on a chemical structure, one cannot predict with any degree of certainty whether a compound will crystallize, under what conditions it will crystallize, how many crystalline solid forms of the compound might exist, or the solid-state structure of any of those forms. A key characteristic of any crystalline drug is the polymorphic behavior of such a material. In general, crystalline forms of drugs are preferred over noncrystalline forms of drugs, in part, because of their superior stability. For example, in many situations, a noncrystalline drug converts to a crystalline drug form upon storage. Because noncrystalline and crystalline forms of a drug typically have differing physical properties and chemical properties, such interconversion may be undesirable for safety reasons in pharmaceutical usage. The different physical properties exhibited by different solid forms of a pharmaceutical compound can affect important pharmaceutical parameters such as storage, stability, compressibility, density (important in formulation and product manufacturing), and dissolution rates (important in determining bioavailability). Stability differences may result from changes in chemical reactivity (e.g., differential hydrolysis or oxidation, such that a dosage form comprising a certain polymorph can discolor more rapidly than a dosage form comprising a different polymorph), mechanical changes (e.g., tablets can crumble on storage as a kinetically favored crystalline form converts to thermodynamically more stable crystalline form), or both (e.g., tablets of one polymorph can be more susceptible to breakdown at high humidity). Solubility differences between polymorphs may, in extreme situations, result in transitions to crystalline forms that lack potency and/or that are toxic. In addition, the physical properties of a crystalline form may also be important in pharmaceutical processing. For example, a particular crystalline form may form solvates more readily or may be more difficult to filter

10

and wash free of impurities than other crystalline forms (i.e., particle shape and size distribution might be different between one crystalline form relative to other forms).

There is no one ideal physical form of a drug because different physical forms provide different advantages. The search for the most stable form and for such other forms is arduous and the outcome is unpredictable. Thus it is important to seek a variety of unique drug forms, e.g. salts, polymorphs, non-crystalline forms, which may be used in various formulations. The selection of a drug form for a specific formulation or therapeutic application requires consideration of a variety of properties, and the best form for a particular application may be one which has one specific important good property while other properties may be acceptable or marginally acceptable.

The successful development of a drug requires that it meet certain general requirements to be a therapeutically effective treatment for patients. These requirements fall into two categories: (1) requirements for successful manufacture of dosage forms, and (2) requirements for successful drug delivery and disposition after the drug formulation has been administered to the patient.

Different crystalline solid forms of the same compound often possess different solid-state properties such as melting point, solubility, dissolution rate, hygroscopicity, powder flow, mechanical properties, chemical stability and physical stability. These solid-state properties may offer advantages in filtration, drying, and dosage form manufacturing unit operations. Thus, once different crystalline solid forms of the same compound have been identified, the optimum crystalline solid form under any given set of processing and manufacturing conditions may be determined as well as the different solid-state properties of each crystalline solid form.

Polymorphs of a molecule can be obtained by a number of methods known in the art. Such methods include, but are not limited to, melt recrystallization, melt cooling, solvent recrystallization, desolvation, rapid evaporation, rapid cooling, slow cooling, vapor diffusion and sublimation. Polymorphs can be detected, identified, classified and characterized using well-known techniques such as, but not limited to, differential scanning calorimetry (DSC), thermogravimetry (TGA), X-ray powder diffractometry (PXRD), single crystal X-ray diffractometry, solid state nuclear magnetic resonance (NMR), infrared (IR) spectroscopy, Raman spectroscopy, and hot-stage optical microscopy. For drug development, it is important to provide a compound form (commonly known as a drug substance) that not only is reliably prepared and purified on a large scale, but is also stable and does not degrade on storage. Furthermore, the drug substance must be suitable for formulation in a dosage form chosen according to the intended route of administration.

It has been found that the compound of Formula I can exist in unique crystalline forms, referred to as Form 1, Form 2, Form 4 and Form 6 herein. These forms may be used in a formulated product for the treatment of transthyretin amyloid diseases. As noted above, each form may have advantages over the others in terms of properties such as bioavailability, stability, and manufacturability. In one aspect of the invention, crystalline forms of the compound of Formula I, namely Form 1, Form 2, Form 4 and Form 6, have been discovered which are likely to be more suitable for bulk preparation and handling than the amorphous form. Processes for producing Form 1, Form 2, Form 4 and Form 6 in high purity are described herein. Another object of the present invention is to provide a process for the preparation of each solid form of the compound of Formula I, substantially free from other solid forms. Additionally it is an object

US 9,770,441 B1

11

of the present invention to provide pharmaceutical formulations comprising the compound of Formula I in different solid forms as discussed above, and methods of treating transthyretin amyloid diseases by administering such pharmaceutical formulations.

Definitions

The term "treating", as used herein, unless otherwise indicated, means reversing, alleviating, inhibiting the progress of, or preventing the disorder or condition to which such term applies, or one or more symptoms of such disorder or condition. The term "treatment", as used herein, unless otherwise indicated, refers to the act of "treating" as defined immediately above.

As used herein, transthyretin or TTR is a 55 kDa homotetramer characterized by 2,2,2 symmetry, having two identical funnel-shaped binding sites at the dimer-dimer interface, where thyroid hormone (T4) can bind in blood plasma and CSF. TTR is typically bound to less than 1 equivalents of holo retinol binding protein. TTR is a 127-residue protein that tetramerizes under physiological conditions. TTR serves as the tertiary transporter of thyroxine in the serum and the primary carrier in the cerebrospinal fluid. TTR also transports retinol through its association with retinol binding protein. TTR forms amyloid at low pH.

As used herein, the term "substantially pure" with reference to a particular crystalline form means that the crystalline or amorphous form includes less than 10%, preferably less than 5%, preferably less than 3%, preferably less than 1% by weight of any other physical forms of the compound.

As used herein, the term "essentially the same" with reference to X-ray diffraction peak positions means that typical peak position and intensity variability are taken into account. For example, one skilled in the art will appreciate that the peak positions ($2\theta$) will show some variability, typically as much as 0.1 to 0.2 degrees, as well as on the apparatus being used to measure the diffraction. Further, one skilled in the art will appreciate that relative peak intensities will show inter-apparatus variability as well as variability due to degree of crystallinity, preferred orientation, prepared sample surface, and other factors known to those skilled in the art, and should be taken as qualitative measures only. Similarly, as used herein, "essentially the same" with reference to solid state NMR spectra and Raman spectra is intended to also encompass the variabilities associated with these analytical techniques, which are known to those of skill in the art. For example, 13C chemical shifts measured in solid state NMR will typically have a variability of up to 0.2 ppm for well-defined peaks, and even larger for broad lines, while Raman shifts will typically have a variability of about 2 cm-1.

The term "polymorph" refers to different crystalline forms of the same compound and includes, but is not limited to, other solid state molecular forms including hydrates (e.g., bound water present in the crystalline structure) and solvates (e.g., bound solvents other than water) of the same compound.

The term "amorphous" refers to any solid substance which lacks order in three dimensions. In some instances, amorphous solids may be characterized by known techniques, including X-ray powder diffraction (PXRD) crystallography, solid state nuclear magnet resonance (ssNMR) spectroscopy, differential scanning calorimetry (DSC), or some combination of these techniques.

12

The term "crystalline" refers to any solid substance exhibiting three-dimensional order, which in contrast to an amorphous solid substance, gives a distinctive PXRD pattern with sharply defined peaks.

The term "solvate" describes a molecular complex comprising the drug substance and a stoichiometric or non-stoichiometric amount of one or more solvent molecules (e.g., ethanol). When the solvent is tightly bound to the drug the resulting complex will have a well-defined stoichiometry that is independent of humidity. When, however, the solvent is weakly bound, as in channel solvates and hygroscopic compounds, the solvent content will be dependent on humidity and drying conditions. In such cases, the complex will often be non-stoichiometric.

The term "hydrate" describes a solvate comprising the drug substance and a stoichiometric or non-stoichiometric amount of water.

The term "powder X-ray diffraction pattern" or "PXRD pattern" refers to the experimentally observed diffractogram or parameters derived therefrom. Powder X-ray diffraction patterns are characterized by peak position (abscissa) and peak intensities (ordinate).

The term "2 theta value" or "$2\theta$" refers to the peak position in degrees based on the experimental setup of the X-ray diffraction experiment and is a common abscissa unit in diffraction patterns. The experimental setup requires that if a reflection is diffracted when the incoming beam forms an angle theta ($\theta$) with a certain lattice plane, the reflected beam is recorded at an angle two theta ($2\theta$). It should be understood that reference herein to specific $2\theta$ values for a specific solid form is intended to mean the $2\theta$ values (in degrees) as measured using the X-ray diffraction experimental conditions as described herein.

Solid Forms of the Compound of Formula I

The solid forms of the compound of Formula I disclosed herein can be characterized by one or more of the following: powder X-ray diffraction pattern (i.e., X-ray diffraction peaks at various diffraction angles ($2\theta$)), solid state nuclear magnetic resonance (NMR) spectral pattern, Raman spectral diagram pattern, Infrared spectral pattern, aqueous solubility, light stability under International Conference on Harmonization (ICH) high intensity light conditions, and physical and chemical storage stability. For example, the solid forms of the compound of Formula I were each characterized by the positions and relative intensities of peaks in their powder X-ray diffraction patterns.

The powder X-ray diffraction patterns of the solid forms of the compound of Formula I were collected using a PANalytical X'Pert PRO MPD diffractometer using an incident beam of Cu radiation produced using an Optix long, fine-focus source. An elliptically graded multilayer mirror was used to focus Cu K$\alpha$ X-rays through the specimen and onto the detector. Prior to the analysis, a silicon specimen (NIST SRM 640d) was analyzed to verify the observed position of the Si 111 peak is consistent with the NIST-certified position. A specimen of the sample was sandwiched between 3-μm-thick films and analyzed in transmission geometry. A beam-stop, short antiscatter extension, antiscatter knife edge, were used to minimize the background generated by air. Soller slits for the incident and diffracted beams were used to minimize broadening from axial divergence. Diffraction patterns were collected using a scanning position-sensitive detector (X'Celerator) located 240 mm from the specimen and Data Collector version 2.2b software. Data acquisition parameters were as shown in the Table 1 below.

US 9,770,441 B1

13

TABLE 1

| Data Acquisition Parameters for PXRD. | |
|---|---|
| Voltage | 45 kV |
| Amperage | 40 mA |
| Incident beam | 0.04 |
| Soller slit (rad.) | |
| Diffracted beam | 0.02 |
| Soller slit (rad.) | |
| Divergence slit | ½° |
| Step size | 0.017° 2θ |
| Scan range | 1-39.99° 2θ |
| Revolution time | 1.0 s |
| Scan speed | 3.2°/min (+/− 0.1°/min depending on sample) |
| Collection time | 720 s (+/−2 s depending on sample) |
| Temperature | Ambient |

More generally, to perform an X-ray diffraction measurement on a transmission instrument like the PANalytical system used for measurements reported herein, a specimen of the sample is sandwiched between 3-μm-thick films and analyzed in transmission geometry. The incident X-ray beam is directed at the sample, initially at a small angle relative to the plane of the holder, and then moved through an arc that continuously increases the angle between the incident beam and the plane of the holder. Measurement differences associated with such X-ray powder analyses result from a variety of factors including: (a) errors in sample preparation; (b) instrument errors; (c) calibration errors; (d) operator errors (including those errors present when determining the peak locations); and (e) the nature of the material (e.g., preferred orientation and transparency errors). Calibration errors and sample height errors often result in a shift of all the peaks in the same direction. These shifts can be identified from the X-ray diffractogram and can be eliminated by compensating for the shift (applying a systematic correction factor to all peak position values) or recalibrating the instrument. In general, this correction factor will bring the measured peak positions into agreement with the expected peak positions and may be in the range ±0.2° 2θ

One skilled in the art will appreciate that the peak positions (2θ) will show some inter-apparatus variability, typically ±0.2° 2θ. Accordingly, where peak positions (2θ) are reported, one skilled in the art will recognize that such numbers are intended to encompass such inter-apparatus variability. Furthermore, where the crystalline forms of the present invention are described as having a powder X-ray diffraction peak position essentially the same as that shown in a given figure, the term "essentially the same" is also intended to encompass such inter-apparatus variability in diffraction peak positions. Further, one skilled in the art will appreciate that relative peak intensities will show inter-apparatus variability as well as variability due to the degree of crystallinity, preferred orientation, prepared sample surface, and other factors known to those skilled in the art, and should be taken as qualitative measures only.

PXRD peak Identification was performed as follows. A PXRD pattern was analyzed for Form 1 and Form 4; preferred orientation and particle statistic effects were not assessed. Under most circumstances, peaks within the range of up to about 30° 2θ were selected. Peaks with an intensity greater than or equal to 2% of the most intense peak were used for peak selection. Peak positions were rounded to the nearest 0.1° 2θ. The location of the peaks along the x-axis (° 2θ) was determined using TRIADS™ v2.0 software; the TRIADS™ algorithm is described by U.S. Pat. No. 8,576,985, which is hereby incorporated by reference in its

14

entirety. As noted above, peak position variabilities are given to within ±0.2° 2θ based upon recommendations outlined in the USP discussion of variability in x-ray powder diffraction (see United States Pharmacopeia, USP 37, NF 32, through S1 <941>, 503, May 1, 2014).

The solid forms of the compound of Formula I can also be characterized by Raman spectroscopy. Raman spectra were collected using NXR FT-Raman module interfaced to a Nexus 670 FT-IR spectrophotometer (Thermo Nicolet), equipped with an InGaAs detector. Wavelength verification was performed using sulfur and cyclohexane. Each sample was prepared for analysis by packing the sample material into a pellet holder. Approximately 0.5 W of Nd:YVO4 laser power (1064 nm excitation wavelength) was used to irradiate each sample. Each spectrum represents 256 co-added scans collected at a spectral resolution of 2 cm-1, obtained at ambient temperature. Peak positions were picked at the peak maxima. Relative intensity values were classified as strong (S), medium (M) and weak (W) using the following criteria: strong (1.00-0.75); medium (0.74-0.30) and weak (0.29 and below).

The solid forms of the compound of Formula I can also be characterized using solid state NMR spectroscopy. The 13C solid state spectra for the solid forms of Formula 1 were collected as follows. Solid State NMR (ssNMR) analysis was conducted at ambient temperature and pressure on a Bruker-Biospin CPMAS probe positioned into a Bruker-Biospin Avance III 500 MHz (1H frequency) NMR spectrometer. The packed rotor was oriented at the magic angle and spun at 15.0 kHz. The carbon ssNMR spectra were collected at ambient temperature using a proton decoupled cross-polarization magic angle spinning (CPMAS) experiment. A phase modulated proton decoupling field of 80-100 kHz was applied during spectral acquisition. The cross-polarization contact time was set to 2.0 ms. The recycle delay was set to 180 seconds for Form 1, 50 seconds for Form 4 and 5 seconds for Form 6. The number of scans was adjusted to obtain an adequate signal noise ratio. The carbon spectra were referenced using an external standard of crystalline adamantane, setting its upfield resonance to 29.5 ppm (as determined from neat tetramethylsilane). Automatic peak picking was performed using Bruker-BioSpin TopSpin version 3.1 software. Generally, a threshold value of 5% relative intensity was used to preliminary select peaks. The output of the automated peak picking was visually checked to ensure validity and adjustments manually made if necessary. Although specific 13C solid state NMR peak values are reported herein there does exist a range for these peak values due to differences in instruments, samples, and sample preparation. This is common practice in the art of solid state NMR because of the variation inherent in peak values. A typical variability for a 13C chemical shift x-axis value is on the order of plus or minus 0.2 ppm for a crystalline solid. The solid state NMR peak heights reported herein are relative intensities. Solid state NMR intensities can vary depending on the actual setup of the CPMAS experimental parameters and the thermal history of the sample.

One of skill in the art will also recognize that crystalline forms of a given compound can exist in substantially pure forms of a single polymorph, but can also exist in a crystalline form that comprises two or more different polymorphs or amorphous forms. Where a solid form comprises two or more polymorphs, the X-ray diffraction pattern will have peaks characteristic of each of the individual polymorphs of the present invention. For example, a solid form that comprises two polymorphs will have a powder X-ray diffraction pattern that is a convolution of the two X-ray

PFZ00000029

US 9,770,441 B1

15

diffraction patterns that correspond to the substantially pure solid forms. For example, a solid form of the compound for Formula I can contain a first and second solid form where the solid form contains at least 10% by weight of the first form. In a further example, the solid form contains at least 20% by weight of the first form. Even further examples contain at least 30%, at least 40%, or at least 50% by weight of the first form. One of skill in the art will recognize that many such combinations of several individual forms in varying amounts are possible.

Form 1

Form 1 is a crystalline, non-hygroscopic, anhydrous, form of a compound of Formula I that can be produced as described in Example 1.

Form 1 was characterized by the PXRD pattern shown in FIG. 1, which was measured on a PANalytical X'Pert PRO MPD using an incident beam of Cu radiation produced using an Optix long, fine-focus source. The PXRD pattern of Form 1, expressed in terms of the degree (2θ) and relative intensities with a relative intensity of ≥2.0%, is shown in FIG. 2. The relative intensities may change depending on the crystal size and morphology.

Form 1 has been characterized herein as a neat substance to identify Form 1 characteristic peaks using appropriate analytical methods. These analytical methods result in peak values that are characteristic of Form 1, having a defined range within an accepted variability. However, the relative intensity of these characteristic peaks are expected to change once Form 1 is mixed with any additional components, such as those utilized in a formulation. It is thus understood by one skilled in the art of instrumental analysis that the analytical parameters of a specific method may require additional optimization to enable for the detection of these characteristic peaks once it is mixed and diluted with additional components within a drug product formulation. For example, as described in the following paragraph, PXRD method can be further optimized to enable detection of characteristic Form 1 peaks if Form 1 were to be mixed with additional components. One skilled in the art of PXRD analysis would understand that the peak values associated with the Form 1 characteristic peaks would not be altered as a result of this method optimization.

Powder X-ray diffraction analysis for Form 1 was also conducted using a Bruker AXS D8 ADVANCE diffracto-meter equipped with a Cu radiation source (K-α average). The system is equipped with a 2.5 axial Soller slits on the primary side. The secondary side utilizes 2.5 axial Soller slits and motorized slits. Diffracted radiation was detected by a Lynx Eye XE detector. The X-ray tube voltage and amperage were set to 40 kV and 40 mA respectively. Data was collected in the Theta-Theta goniometer at the Cu wavelength from 3.0 to 40.0 degrees 2-Theta using a step size of 0.037 degrees and a step time of 10 seconds. Samples were prepared by placing them in a low background holder and rotated during collection. The resulting Form 1 powder pattern is given in FIG. 21.

Form 1 was also characterized by the Raman spectral pattern shown in FIG. 5, which was carried out on a NXR FT-Raman module interfaced to a Nexus 670 FT-IR spec-trophotometer (Thermo Nicolet), equipped with an InGaAs detector. The Raman spectral peaks of Form 1 are shown in FIG. 6.

Form 1 was also characterized by the solid state NMR spectral pattern shown in FIG. 9, which was carried out on a Bruker-Biospin 4 mm CPMAS probe positioned into a Bruker-Biospin Avance III 500 MHz NMR spectrometer. The 13C chemical shifts of Form 1 are shown in FIG. 10.

16

Form 1 was analyzed via isothermal vapor sorption analysis, which is a gravimetric technique that measures how quickly and how much of a solvent is absorbed by a sample: such as a dry powder absorbing water. It does this by varying the vapor concentration surrounding the sample and mea-suring the change in mass which this produces. The isother-mal vapor sorption analysis of Form 1 shows that Form 1 is anhydrous with a less than 0.25% reversible weight gain at up to 90% relative humidity at ambient temperature.

Form 4

Form 4 is a crystalline, non-hygroscopic, anhydrous, form of the compound of Formula I that can be produced as described in Example 2.

Form 4 was characterized by the PXRD pattern shown in FIG. 3, which was measured on a PANalytical X'Pert PRO MPD using an incident beam of Cu radiation produced using an Optix long, fine-focus source. The PXRD pattern of Form 4, expressed in terms of the degree (2θ) and relative inten-sities with a relative intensity of ≥2.0%, is shown in FIG. 4. The relative intensities may change depending on the crystal size and morphology.

Form 4 was also characterized by the Raman spectral pattern shown in FIG. 7, which was carried out on a NXR FT-Raman module interfaced to a Nexus 670 FT-IR spec-trophotometer (Thermo Nicolet), equipped with an InGaAs detector. The Raman spectral peaks of Form 4 are shown in FIG. 8.

Form 4 was also characterized by the solid state NMR spectral pattern shown in FIG. 11, which was carried out on a Bruker-Biospin 4 mm CPMAS probe positioned into a Bruker-Biospin Avance III 500 MHz NMR spectrometer. The 13C chemical shifts of Form 4 are shown in FIG. 12.

Form 2

Form 2 is crystalline THF solvate of the compound of Formula I that can be produced as described in Example 3.

The calculated powder pattern of Form 2 shown in FIG. 13 was prepared using Mercury v. 3.1 (http://www.ccdc.ca-m.ac.uk/mercury/).

Form 6

Form 6 is a crystalline, non-hygroscopic, anhydrous, form of the compound of Formula I that can be produced as described in Example 4.

Form 6 was characterized by the PXRD pattern shown in FIG. 14, which was measured on a PANalytical X'Pert PRO MPD using an incident beam of Cu radiation produced using an Optix long, fine-focus source. The PXRD pattern of Form 6, expressed in terms of the degree (2θ) and relative inten-sities with a relative intensity of ≥2.0%, is shown in FIG. 15. The relative intensities may change depending on the crystal size and morphology.

Form 6 was also characterized by the Raman spectral pattern shown in FIG. 16, which was carried out on a NXR FT-Raman module interfaced to a Nexus 670 FT-IR spec-trophotometer (Thermo Nicolet), equipped with an InGaAs detector. The Raman spectral peaks of Form 6 are shown in FIG. 17.

Form 6 was also characterized by the solid state NMR spectral pattern shown in FIG. 18, which was carried out on a Bruker-Biospin 4 mm CPMAS probe positioned into a Bruker-Biospin Avance III 500 MHz NMR spectrometer. The 13C chemical shifts of Form 6 are shown in FIG. 19.

Pharmaceutical Compositions

The active agents (i.e., the solid forms of compound of Formula I described herein) of the invention may be for-mulated into pharmaceutical compositions suitable for mammalian medical use. Any suitable route of administra-tion may be employed for providing a patient with an

PFZ00000030

US 9,770,441 B1

17

effective dosage of any of the solid forms of compound of Formula I described herein. For example, peroral or parenteral formulations and the like may be employed. Dosage forms include capsules, tablets, dispersions, suspensions and the like, e.g. enteric-coated capsules and/or tablets, capsules and/or tablets containing enteric-coated pellets of the solid forms of compound of Formula I described herein. In all dosage forms, the solid forms of compound of Formula I described herein can be admixed with other suitable constituents. The compositions may be conveniently presented in unit dosage forms, and prepared by any methods known in the pharmaceutical arts. Pharmaceutical compositions of the invention comprise a therapeutically effective amount of the active agent and one or more inert, pharmaceutically acceptable carriers, and optionally any other therapeutic ingredients, stabilizers, or the like. The carrier(s) must be pharmaceutically acceptable in the sense of being compatible with the other ingredients of the formulation and not unduly deleterious to the recipient thereof. The compositions may further include diluents, buffers, binders, disintegrants, thickeners, lubricants, preservatives (including antioxidants), flavoring agents, taste-masking agents, inorganic salts (e.g., sodium chloride), antimicrobial agents (e.g., benzalkonium chloride), sweeteners, antistatic agents, surfactants (e.g., polysorbates such as "TWEEN 20™" and "TWEEN 80™", and Pluronic® F68 and F88, available from BASF), sorbitan esters, lipids (e.g., phospholipids such as lecithin and other phosphatidylcholines, phosphatidylethanolamines, fatty acids and fatty esters, steroids (e.g., cholesterol)), and chelating agents (e.g., EDTA, zinc and other such suitable cations). Other pharmaceutical excipients and/or additives suitable for use in the compositions according to the invention are listed in Remington: The Science & Practice of Pharmacy, 19th ed., Williams & Williams, (1995), and in the "Physician's Desk Reference", 52nd ed., Medical Economics, Montvale, N.J. (1998), and in "Handbook of Pharmaceutical Excipients", 3rd. Ed., Ed. A. H. Kibbe, Pharmaceutical Press, 2000. The active agents of the invention may be formulated in compositions including those suitable for oral, rectal, topical, nasal, ophthalmic, or parenteral (including intraperitoneal, intravenous, subcutaneous, or intramuscular injection) administration.

The amount of the active agent in the formulation will vary depending upon a variety of factors, including dosage form, the condition to be treated, target patient population, and other considerations, and will generally be readily determined by one skilled in the art. A therapeutically effective amount will be an amount necessary to inhibit transthyretin (TTR) dissociation (i.e. prevents dissociation of the native TTR tetramer into monomers). Compositions will generally contain anywhere from about 0.001% by weight to about 99% by weight active agent, preferably from about 0.01% to about 5% by weight active agent, and more preferably from about 0.01% to 2% by weight active agent, and will also depend upon the relative amounts of excipients/additives contained in the composition.

A pharmaceutical composition of the invention is administered in conventional dosage form prepared by combining a therapeutically effective amount of an active agent as an active ingredient with one or more appropriate pharmaceutical carriers according to conventional procedures. These procedures may involve mixing granulating and compressing or dissolving the ingredients as appropriate to the desired preparation.

The pharmaceutical carrier(s) employed may be either solid or liquid. Exemplary solid carriers include lactose, sucrose, talc, gelatin, agar, pectin, acacia, magnesium stear-

18

ate, stearic acid and the like. Exemplary liquid carriers include syrup, peanut oil, olive oil, water and the like. Similarly, the carrier(s) may include time-delay or time release materials known in the art, such as glyceryl monostearate or glyceryl distearate alone or with a wax, ethylcellulose, hydroxypropylmethyl-cellulose, methylmethacrylate and the like.

A variety of pharmaceutical forms can be employed. Thus, if a solid carrier is used, the preparation can be tableted, placed in a hard gelatin capsule in powder or pellet form or in the form of a troche or lozenge. The amount of solid carrier may vary, but generally will be from about 25 mg to about 1 g. If a liquid carrier is used, the preparation can be in the form of syrup, emulsion, soft gelatin capsule, sterile injectable solution or suspension in an ampoule or vial or non-aqueous liquid suspension.

It will be appreciated that the actual dosages of the solid forms of compound of Formula I described herein used in the compositions of this invention will vary according to the particular solid form being used, the particular composition formulated, the mode of administration and the particular site, host and disease being treated. Those skilled in the art using conventional dosage-determination tests in view of the experimental data for an agent can ascertain optimal dosages for a given set of conditions. For oral administration, an exemplary daily dose generally employed is from about 0.001 to about 1000 mg/kg of body weight, more preferably from about 0.001 to about 50 mg/kg body weight, with courses of treatment repeated at appropriate intervals. Administration of prodrugs is typically dosed at weight levels that are chemically equivalent to the weight levels of the fully active form. In the practice of the invention, the most suitable route of administration as well as the magnitude of a therapeutic dose will depend on the nature and severity of the disease to be treated. The dose, and dose frequency, may also vary according to the age, body weight, and response of the individual patient. In general, a suitable oral dosage form may cover a dose range from 0.5 mg to 100 mg of active ingredient total daily dose, administered in one single dose or equally divided doses. A preferred amount of the solid forms of compound of Formula I described herein in such formulations is from about 0.5 mg to about 20 mg, such as from about 1 mg to about 10 mg or from about 1 mg to about 5 mg.

The compositions of the invention may be manufactured in manners generally known for preparing pharmaceutical compositions, e.g., using conventional techniques such as mixing, dissolving, granulating, emulsifying, encapsulating, entrapping or lyophilizing. Pharmaceutical compositions may be formulated in a conventional manner using one or more physiologically acceptable carriers, which may be selected from excipients and auxiliaries that facilitate processing of the active compounds into preparations that can be used pharmaceutically.

For oral administration, the solid forms of compound of Formula I described herein can be formulated by combining the active agent with pharmaceutically acceptable carriers known in the art. Such carriers enable the compounds of the invention to be formulated as tablets, pills, capsules, gels, syrups, slurries, suspensions and the like, for oral ingestion by a patient to be treated. Pharmaceutical preparations for oral use can be obtained using a solid excipient in admixture with the active agent, optionally grinding the resulting mixture, and processing the mixture of granules after adding suitable auxiliaries. Suitable excipients include: fillers such as sugars, including lactose, sucrose, mannitol, or sorbitol; and cellulose preparations, for example, maize starch, wheat

PFZ00000031

US 9,770,441 B1

19                                                                      20

starch, rice starch, potato starch, gelatin, gum, methyl cellulose, hydroxypropylmethyl-cellulose, sodium carboxymethylcellulose, or polyvinylpyrrolidone (PVP). If desired, disintegrating agents may be added, such as crosslinked polyvinyl pyrrolidone, agar, or alginic acid or a salt thereof such as sodium alginate.

Pharmaceutical preparations that can be used orally include push-fit capsules made of gelatin, as well as soft, sealed capsules made of gelatin and a plasticizer, such as glycerol or sorbitol. The push-fit capsules can contain the active ingredients in admixture with fillers such as lactose, binders such as starches, and/or lubricants such as talc or magnesium stearate, and, optionally, stabilizers. In soft capsules, the active agents may be dissolved or suspended in suitable liquids, such as fatty oils, liquid paraffin, or liquid polyethylene glycols. In addition, stabilizers may be added. All formulations for oral administration should be in dosages suitable for such administration. For buccal administration, the compositions may take the form of tablets or lozenges formulated in conventional manner.

For administration to the eye, the solid forms of compound of Formula I described herein may be delivered in a pharmaceutically acceptable ophthalmic vehicle such that the compound is maintained in contact with the ocular surface for a sufficient time period to allow the compound to penetrate the corneal and internal regions of the eye, including, for example, the anterior chamber, posterior chamber, vitreous body, aqueous humor, vitreous humor, cornea, iris/cilary, lens, choroid/retina and sclera. The pharmaceutically acceptable ophthalmic vehicle may be, for example, an ointment, vegetable oil, or an encapsulating material. An active agent of the invention may also be injected directly into the vitreous and aqueous humor or subtenon.

Alternatively, the active ingredient may be in powder form for constitution with a suitable vehicle, e.g., sterile pyrogen-free water, before use. The solid forms of compound of Formula I described herein may also be formulated in rectal or vaginal compositions such as suppositories or retention enemas, e.g., containing conventional suppository bases such as cocoa butter or other glycerides.

In addition to the formulations described above, the solid forms may also be formulated as a depot preparation. Such long-acting formulations may be administered by implantation (for example, subcutaneously or intramuscularly) or by intramuscular injection. Thus, for example, the solid forms may be formulated with suitable polymeric or hydrophobic materials (for example, as an emulsion in an acceptable oil) or ion-exchange resins, or as sparingly soluble derivatives, for example, as a sparingly soluble salt.

Additionally, the solid forms of compound of Formula I described herein may be delivered using a sustained-release system, such as semi-permeable matrices of solid hydrophobic polymers containing the therapeutic agent. Various sustained-release materials have been established and are known by those skilled in the art.

The pharmaceutical compositions also may comprise suitable solid- or gel-phase carriers or excipients. Examples of such carriers or excipients include calcium carbonate, calcium phosphate, sugars, starches, cellulose derivatives, gelatin, and polymers such as polyethylene glycols.

In certain embodiments, the invention relates to any of the aforementioned pharmaceutical compositions, wherein said solid form is Form 1. In certain embodiments, the invention relates to any of the aforementioned pharmaceutical compositions, wherein said solid form is Form 4.

Articles of Manufacture

The solid forms of compound of Formula I described herein may be packaged as articles of manufacture containing packaging material, a solid form of the compound of Formula I as provided herein, which is effective for modulating TTR folding, or for treatment, prevention or amelioration of one or more symptoms of TTR mediated diseases or disorders, or diseases or disorders in which TTR misfolding, is implicated, within the packaging material, and a label that indicates that the solid form is used for modulating TTR folding, or for treatment, prevention or amelioration of one or more symptoms of TTR mediated diseases or disorders, or diseases or disorders in which TTR misfolding is implicated.

The articles of manufacture provided herein contain packaging materials. Packaging materials for use in packaging pharmaceutical products are well known to those of skill in the art. See, e.g., U.S. Pat. Nos. 5,323,907, 5,052,558 and 5,033,252. Examples of pharmaceutical packaging materials include, but are not limited to, blister packs, bottles, tubes, inhalers, pumps, bags, vials, containers, syringes, bottles, and any packaging material suitable for a selected formulation and intended mode of administration and treatment, including a variety of treatments for any disease or disorder in which TTR misfolding is implicated as a mediator or contributor to the symptoms or cause.

In certain embodiments, the invention relates to any of the aforementioned articles of manufacture, wherein said solid form is Form 1. In certain embodiments, the invention relates to any of the aforementioned articles of manufacture, wherein said solid form is Form 2. In certain embodiments, the invention relates to any of the aforementioned articles of manufacture, wherein said solid form is Form 4. In certain embodiments, the invention relates to any of the aforementioned articles of manufacture, wherein said solid form is Form 6.

In Vitro Biological Testing

A number of in vitro tests can be used to evaluate the solid forms for their ability to stabilize transthyretin tetramers or prevent formation of fibrils. The tests can include a fibril formation assay, a plasma selectivity assay, determination of the three-dimensional structure of a transthyretin compound complex (e. g. by X-ray crystallography), kinetics of transthyretin tetramer dissociation or fibril formations, and determining the stoichiometry and energetics of transthyretin compound interactions, by, for example, centrifugation or calorimetry. Details of exemplary in vitro assays are provided in U.S. Pat. No. 7,214,695 (which is hereby incorporated by reference in it entirety).

Methods of Using the Solid Forms of the Invention

The compound of Formula I described herein is useful for stabilizing the protein transthyretin (TTR), dissociation of which is implicated in TTR amyloidosis (i.e., prevents dissociation of the native TTR tetramer into monomers, which results in the inhibition of TTR amyloid fibril formation), thus providing treatments for transthyretin amyloid diseases in mammals, including humans.

At least some amyloid diseases appear to be caused by the deposition of any one of more than 20 nonhomologous proteins or protein fragments, ultimately affording a fibrillar cross-$\beta$-sheet quaternary structure. Formation of amyloid fibrils from a normally folded protein like transthyretin requires protein misfolding to produce an assembly-competent intermediate. The process of transthyretin (TTR) amyloidogenesis appears to cause senile systemic amyloidosis (SSA), familial amyloid polyneuropathy (FAP) and familial amyloid cardiomyopathy (FAC). SSA is associated with the deposition of wild-type TTR, while FAP and FAC are caused

PFZ00000032

US 9,770,441 B1

21

by the amyloidogenesis of one of over 80 TTR variants. See, for example, Colon, W.; Kelly, J. W. Biochemistry 1992, 31, 8654-60; Kelly, J. W. Curr. Opin. Struct. Biol. 1996, 6, 11-7; Liu, K.; et al. Nat. Struct. Biol. 2000, 7, 754-7; Westermark, P.; et al. Proc. Natl. Acad. Sci. U.S.A 1990, 87, 2843-5; Saraiva, M. J.; et al. J. Clin. Invest. 1985, 76, 2171-7; Jacobson, D. R.; et al. N. Engl. J. Med. 1997, 336, 466-73; Buxbaum, J. N.; Tagoe, C. E. Ann. Rev. Med. 2000, 51, 543-569; and Saraiva, M. J. Hum. Mutat. 1995, 5, 191-6, each of which is incorporated by reference in its entirety. Additional TTR amyloid diseases include cardiac amyloidosis following liver transplantation, peripheral nerve amyloidosis following liver transplantation, leptomeningeal amyloidosis, transthyretin mutant-associated carpal tunnel syndrome, vitreous deposition, and transthyretin mutant-associated skin amyloidosis.

Therapeutically effective amounts of the compound of Formula 1 may be administered, typically in the form of a pharmaceutical composition, to treat diseases mediated by modulation or regulation of TTR dissociation. An "effective amount" is intended to mean that amount of an agent that, when administered to a mammal in need of such treatment, is sufficient to effect treatment for a disease mediated by TTR dissociation. Thus, a therapeutically effective amount of Compound 1 is a quantity sufficient to modulate, regulate, or inhibit the dissociation of TTR such that a disease condition that is mediated by that activity is reduced or alleviated. "Treating" is intended to mean at least the mitigation of a disease condition in a mammal, such as a human, and includes: preventing the disease condition from occurring in a mammal, particularly when the mammal is found to be predisposed to having the disease condition but has not yet been diagnosed as having it; modulating and/or inhibiting the disease condition; and/or alleviating the disease condition. Exemplary disease conditions include senile systemic amyloidosis (SSA), familial amyloid polyneuropathy (FAP), familial amyloid cardiomyopathy (FAC), cardiac amyloidosis following liver transplantation, peripheral nerve amyloidosis following liver transplantation, leptomeningeal amyloidosis, transthyretin mutant-associated carpal tunnel syndrome, vitreous deposition, and transthyretin mutant-associated skin amyloidosis.

## EXAMPLES

The examples which follow will illustrate the preparation of the distinct forms of the invention, i.e. Form 1 and Form 4, but are not intended to limit the scope of the invention as defined herein or as claimed below.

### Example 1—Preparation of Form 1

4-amino-3-hydroxybenzoicacid (1.0 eq, LR) was dissolved at 20° C. in a mixture of tetrahydrofuran (19 L/kg) and water (1.9 L/kg). 3,5-dichlorobenzoylchloride (1.3 equiv) was added as a tetrahydrofuran solution (1.9 L/kg) and the mixture stirred for at least 30 minutes at 20° C. Once the reaction was deemed complete by HPLC (<5% remaining 4-amino-3-hydroxybenzoicacid), triethylamine (1.2 equiv) was added and the mixture was heated to 35° C. and stirred for at least 90 minutes. The solvent was partially displaced with ethanol by constant level distillation until 5-15% THF remained. The slurry was cooled to 20° C. and stirred for at least 60 minutes then the slurry was filtered. The solids were washed with ethanol (3×4 L/kg) then dried

22

under vacuum at 65° C. for at least 16 hours to give pure 4-[(3,5-dichlorobenzoyl)amino]-3-hydroxybenzoic acid in 88-92% yield.

To a slurry of 4-[(3,5-dichlorobenzoyl)amino]-3-hydroxybenzoic acid (1.0 equiv) in tetrahydrofuran (10 L/kg) was added triethylamine (1.1 equiv), followed by water (4 equiv). The mixture was held at 20-25° C. for 1 hour, then the mixture was filtered to remove any remaining insoluble material. Methanesulfonic acid (1.6 equiv) was added and a slurry formed. A constant level displacement of THF/water with toluene was carried out until the reaction temperature was at least 107° C., at which point the displacement was stopped and the reaction then refluxed for at least 15 hours. Once the reaction was deemed complete by UPLC, i.e. >95% pure, it was cooled to 20° C. and 2-propanol (5 L/kg) was added. The slurry was granulated for at least 60 minutes, then filtered and washed twice with 2-propanol (4 L/kg each wash) and dried under vacuum at 60-70° C. for a minimum of 18 hours to give Form 1 in 82-89% yield.

### Example 2—Preparation of Form 4

Form 1 (187 mg) was suspended in tetrahydrofuran (7.5 mL) and the suspension was heated at 75° C. The clear solution was hot-filtered through a pre-warmed 0.2 μm nylon filter into a container with toluene (25 mL) chilled on an ice/water bath. The sample was stored in freezer (−10 to −25° C.) overnight. Form 4 was collected, while cold, by vacuum filtration.

### Example 3—Preparation of Form 2

A 3 mg/mL THF solution of Form 1 was allowed to evaporate at ambient conditions in a hood and crystals were obtained. Single crystal analysis showed the following results:

| | |
|---|---|
| Empirical formula | $C_{14}H_7NO_3Cl_2$ |
| Formula weight | 308.12 |
| Temperature | Ambient |
| Wavelength | 1.54178 Å |
| Crystal system | Triclinic |
| Space group | P-1 |
| Unit cell dimensions | a = 3.7740(2) Å    α = 80.668(3)° |
| | b = 13.6536(8) Å    β = 89.381 (4)° |
| | c = 15.5098(9) Å    γ = 89.520(3)° |
| Volume | 788.56(8) $Å^3$ |
| Z | 4 |
| Density (calculated) | 1.365 $Mg/m^3$ |
| Goodness-of-fit on $F^2$ | 1.112 |
| Final R indices | R1 = 0.0776, wR2 = 0.2360 |
| [I > 2 sigma(I)] | |
| R indices (all data) | R1 = 0.1026, wR2 = 0.2561 |

### Example 4—Preparation of Form 6

Form 1 (4168 mg) was suspended in tetrahydrofuran (100 mL), heated and stirred at 60° C. Dimethylacetamide (5 mL) was added. Solution resulted was hot filtered through a pre-warmed 0.2 μm nylon filter into a container with dichloromethane chilled on an ice/water bath. Solids observed were isolated by vacuum filtration and air dried at ambient temperature.

### Example 5—Preparation of Amorphous 6-Carboxy-2-(3,5-dichlorophenyl)-benzoxazole

Form 1 (79.7 mg) was suspended in 5 mL of dioxane/water 80/20 and heated at ~80° C. The resulting clear

US 9,770,441 B1

23

solution was hot filtered through a pre-warmed 0.2 μm nylon filter into a pre-warmed receiving vial. The sample was then frozen on a dry ice/IPA bath and transferred to the freeze dryer for 2 days. Solids were collected.

We claim:

**1**. A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole, wherein said crystalline form has an analytical parameter selected from the group consisting of

a solid state NMR spectrum comprising 13C chemical shifts (ppm) at 120.8±0.2 and 127.7±0.2,

a powder X-ray diffraction pattern comprising a peak at a diffraction angle (2θ) of 28.6±0.2, and

a Raman spectrum comprising a Raman shift peak (cm-1) at 1292±2.

**2**. The crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole of claim **1**, wherein said solid state NMR spectrum further comprises 13C chemical shifts (ppm) at 139.6±0.2.

**3**. The crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole of claim **1**, wherein said solid state NMR spectrum further comprises 13C chemical shifts (ppm) at 144.7±0.2.

**4**. The crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole of claim **1**, wherein said powder X-ray diffraction pattern further comprises peaks at diffraction angles (2θ) of 16.5±0.2 and 26.7±0.2.

**5**. The crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole of claim **1**, wherein said powder X-ray diffraction pattern further comprises peaks at diffraction angles (2θ) of 15.4±0.2 and 20.2±0.2.

**6**. The crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole of claim **5**, wherein said powder X-ray diffraction pattern further comprises a peak at a diffraction angle (2θ) of 29.0±0.2.

**7**. The crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole of claim **6**, wherein said powder X-ray diffraction pattern further comprises a peak at a diffraction angle (2θ) of 23.5±0.2.

24

**8**. The crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole of claim **1**, wherein said crystalline form has a Raman spectrum further comprising Raman shift peaks (cm-1) at 994±2, 1273±2 and 1615±2.

**9**. The crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole of claim **8**, wherein said Raman spectrum further comprises Raman shift peaks (cm-1) at 287±2 and 869±2.

**10**. The crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole of claim **9**, wherein said Raman spectrum further comprises a Raman shift peak (cm-1) at 213±2.

**11**. A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole, wherein said form (i) has a powder X-ray diffraction pattern comprising peaks at diffraction angles (2θ) of 26.7±0.2 and 28.6±0.2; and (ii) has a solid state NMR spectrum comprising a 13C chemical shift (ppm) at 127.7±0.2.

**12**. A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole, wherein said form (i) has a Raman spectrum comprising Raman shift peaks (cm-1) at 1292±2 and 1615±2; and (ii) has a solid state NMR spectrum comprising a 13C chemical shift (ppm) at 127.7±0.2.

**13**. The crystalline form of claim **1**, wherein said form is non-hygroscopic and anhydrous.

**14**. The crystalline form of claim **1**, wherein said form is substantially pure.

**15**. A pharmaceutical composition comprising the crystalline form of claim **1** in a therapeutically effective amount in admixture with at least one pharmaceutically acceptable excipient.

**16**. A method of treating transthyretin amyloid disease in a mammal, the method comprising administering to the mammal a therapeutically effective amount of the crystalline form claim **1**.

\*   \*   \*   \*   \*

PFZ00000034

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE | ) ) ) ) ) |  |
| Plaintiffs, | ) | Civil Action No. 23-879-GBW-CJB |
| v. | ) ) | **CONFIDENTIAL** |
| DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al., | ) ) ) |  |
| Defendants. | ) ) ) ) |  |

**CORRECTED REPLY
EXPERT REPORT OF ADAM
MATZGER, PH.D.
<u>AS TO CIPLA LIMITED</u>**

## **TABLE OF CONTENTS**

I.     SUMMARY OF OPINIONS ...............................................................1

■     ██████████████████████████████████████

      ■     ████████████████████████████████

      ■     █████████████████████████████      ███████

            ■     ███████████████████
                  ██████████████████████████

            ■     ███████████████████
                  █████████████████████████

            ■     ████████████████████████████

            ■     ████████████████████████████

      ■     ████████████████████████████████

            ■     █████████████████████
                  ██████████████████████████

            ■     ██████████████████████████

III.   RESPONSE TO DR. SPINGARN'S REPORT ..............................52

      A.     The Raman Analysis Techniques Described in my Opening Report are
             Standard and Commonly Applied..............................................52

             1.     Raman Spectroscopy.............................................53

             2.     Raman Mapping...................................................55

             3.     Peak-Picking Algorithm.........................................59

             4.     Deconvolution....................................................60

             5.     Order of Operations ............................................62

      B.     My Raman Testing Confirms Infringement................................64

             1.     Raman Point Spectra............................................64

             2.     Raman Mapping...................................................66

i

C.      Robust Testing Procedures and Settings Undermine Dr. Spingarn's
         Criticisms ....................................................................................................67

         1.      ChemXLerate LLC Meets Scientific Standards .........................................67

         2.      My Testing Settings Were Scientifically Sound .......................................68

         3.      Instrument Validation and Controls were Scientifically Sound ...............75

         4.      I Correctly Rounded My Peak Values .......................................................80

D.      My Analysis of the Data Is Supported by Evidence ...............................................82

         1.      Raman Point Spectra Analysis Supports Infringement.............................83

         2.      My Raman Mapping Analysis Demonstrates Infringement .....................94

E.      The Testing Showed Infringement of the Dependent Claims.............................116

IV.    CONCLUSION.........................................................................................................122

V.     APPENDIX...............................................................................................................123

**B.    Dr. MacGillivray's Speculative Criticisms Regarding My Testing Methodology Do Not Undermine My Analytical Conclusions**

19.    Offering no testing of his own, Dr. MacGillivray instead tries to undermine my analysis with a grab bag of speculative criticisms relating to the conduct and methodology of my testing, ranging from allegedly inadequate storage conditions and documentation, instability during long scan durations, and inadequate interpretation of analytical results.  On these points, I disagree with Dr. MacGillivray.  As explained below: **(1)** my storage conditions and documentation were consistent with scientific standards and eliminated the risk of contamination; **(2)** my instrument settings and scanning methods were appropriate and showed no indication of sample alteration; **(3)** Dr. MacGillivray's specific challenges to my XRPD results, including arguments regarding peak resolution and excipients, are flawed and scientifically unsupported; and **(4)** my XRPD and Raman results independently confirm the presence of the analytical parameters of the Asserted Claims.

**1.    The Storage Conditions and Documentation I Used Were Appropriate, Underscoring the Validity of My Analysis**

20.    Dr. MacGillivray offers various criticisms of the setup and documentation used during my analysis.  For the reasons explained below, Dr. MacGillivray's criticisms are unfounded and simply incorrect.

21.    

---

[10] Expert Rebuttal Report of Dr. Leonard MacGillivray, Ph.D., (Sept. 15, 2025) ("MacGillivray Rep.") ¶ 175.

████████████████████████████ ■

22.    None of Dr. MacGillivray's criticisms has merit. ████████████████████

████████████████████████████████████████████

████████████████████████████████████████ ■ ██████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

████ ■ ██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████

23.    *Next*, Dr. MacGillivray criticizes my notebook entries as "scant," noting that I

wrote only one-fourth of a page for each sample.[14] ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

---

[11] MacGillivray Rep. ¶ 175.

[12] CTAF 000442 at -499.

[13] Laboratory Notebook at 2, 6; Op. Rep. ¶ 159.

[14] MacGillivray Rep. ¶ 176.  Although Dr. MacGillivray focuses on XRPD testing, he criticizes the entirety of my notebook.

API), allowing analysis of individual particles within the sample.[138]

125.    Dezena 2020, for example, describes the use of Raman mapping to analyze a pharmaceutical tablet, as depicted below.[139]



126.    Raman mapping can be used to identify individual regions of the sample under analysis.  Below, for example, are figures from Dezena 2020 showing how multiple Raman spectra are used to differentiate different particles isolated in a pharmaceutical tablet.[140]

---

[138] *See* Henson 2006 at 1248.

[139] Renan Dezena et al., *Confocal Raman Microscopy: Tablet Mapping Application for the Pharmaceutical Industry*, 7(28) BRAZILIAN J. ANAL. CHEM. 11, 11 (2020).

[140] *Id*. at 13–15.



**Figure 5.** Raman images of the entire section of the generic tablet.



**Figure 2.** Raman images of the coating region and core of the generic tablet.



**Figure 4.** Raman spectra of the layer 4 of the generic tablet.

127.    The POSA would have understood that Raman mapping is a particularly effective technique for analyzing mixtures of polymorphic forms, because within a given crystalline substance, some particles can be in one polymorphic form, while others may be in another

57

polymorphic form.[141]  Raman mapping enables analysis of the polymorphic form of individual

particles, thereby providing more granular detail on the sample than can be achieved by other

techniques.  In one prominent example, Raman mapping was "utilized to analyze pharmaceutical

tablets containing a low concentration (0.5% w/w) of active pharmaceutical ingredient (API)"

and "Raman mapping was demonstrated capable of detecting in the tablet matrix as little as 10%

form conversion of the low-dosage (0.5% w/w) API[.]"[142]

128.    The POSA would have understood—and employed—Raman mapping in

ascertaining whether the claimed Raman peak shifts are present.  As explained immediately

above, literature from even before the priority date demonstrates that Raman mapping was a

common technique used to analyze polymorphic mixtures.

129.    In the analysis that I performed for Raman point spectra, I generally collected

from a dense area of particles.  Thus, the resulting spectra were a composite of the multiple

crystalline forms present.  That inevitably led to an overlap of signals from the mixture of forms,

causing, in at least some spectra, the dominant form to drown out the peaks from the minor

crystalline form.  In contrast, collecting tens of thousands of spectra in a Raman map allowed

collection of regions with varying particle density and identity, including some regions that were

relatively pure in the minor form.  As a result, peaks that might not be picked by automated peak

picking software or a visual inspection of a Raman point spectra would now be picked up.

Shown below is a figure that illustrates my point:

---

[141] *See, e.g.*, Mark J. Henson & Lin Zhang, *Drug Characterization in Low Dosage Pharmaceutical Tablets Using Raman Microscopic Mapping*, 60 APPL. SPECTROSC. 1247, 1247 (2006); David Tuschel, *Raman Spectroscopy and Polymorphism*, 34(3) SPECTROSCOPY 10, 16 (2019) ("Tuschel 2019") ("One may find, even on a scale of only a few micrometers, mixtures of crystalline phases.").

[142] Henson 2006 at 1247.



### 3. Peak-Picking Algorithm

130.    Portions of the spectrum where the signal is particularly intense can be referred to

as "peaks" or "bands."  Many software programs for analyzing Raman spectra include an

algorithm that attempts to "pick" the locations of peaks on a spectrum.[143]  Sometimes,

determining the existence and location of a peak will be relatively straightforward, in which case,

---

[143] Op. Rep. ¶ 175.

further analysis may not be needed.  For example, below is a reproduction of Figure 20 from my

opening report.  ██████████████████████████████████████

██████████ ████ ██████████████████████████████████ ████ ██████

██████████████████████ .

████████████████████████████████████████████████████████████████

### 4.    Deconvolution

131.    Whether analyzing a Raman point spectrum or Raman map, sometimes, multiple

peaks will overlap in a particular region.  When this is the case, and especially when weaker

peaks appear in the vicinity of stronger peaks, a visual inspection may reveal only that there is

some signal, but not the precise location of a weaker peak—and the peak-picking software may

therefore not identify a peak in the vicinity.  As one reference published before the priority date

explained, further analysis may be needed "[b]ecause of the overlap of [multiple] Raman bands

. . . ."[144]

---

[144] John J. Freeman et al., *Characterization of Natural Feldspars by Raman Spectroscopy for*

132.    Faced with such a situation, which may be caused by the presence of a mixture of crystalline forms in a sample, the POSA would understand (and would have understood as of the priority date) that there were a few approaches to evaluate whether peaks are present in the area of interest.  One approach—likely the first approach the POSA would take—is to conduct a mathematical evaluation of the spectrum to determine whether it is possible to "deconvolute," or separate out, the multiple peaks contributing to the signal in a particular area.  Indeed, the '441 patent indicates that "[w]here a solid form comprises two or more polymorphs or amorphous forms, the X-ray diffraction pattern will have peaks characteristic of each of the individual polymorphs of the present invention. ████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████ ██  The POSA would recognize that this is equally applicable to Raman point or map spectra where two or more polymorphic forms are present; there will be a convolution of peak shifts there as well.  Where the peaks of two different forms overlap, the POSA would recognize a need to deconvolute.

133.    Deconvolution is a mathematical procedure that is available (and was available as of the priority date) in almost every computer software for evaluating Raman data; it is described in detail in the documentation for the WiRE program that I used to conduct my analysis.[146]  In a deconvolution procedure, an investigator provides initial suggestions as to the location of potential peaks in a spectrum, and the software then simulates different locations, sizes, and

_____

*Future Planetary Exploration*, 46 THE CANADIAN MINEROLOGIST 1477, 1491 (2008) ("Freeman 2008").

[145] '441 Patent at 14:62-15:2.

[146] Renishaw (PFZ04170274) at -285-287.

shapes, attempting to generate a theoretical spectrum that is as close as possible to the
experimentally observed spectrum.[147]

134.    The figure below provides an example of how a deconvolution procedure can
separate out multiple peaks that contribute to an unresolved area of a Raman spectrum.[148]



### 5.    Order of Operations

135.    In short, in using Raman spectroscopy to analyze a sample, the POSA would first
have taken a Raman point spectrum and/or Raman map and analyzed it using Raman software.
If the peak-picking algorithm identified a peak, and visual inspection confirmed the peak's
unambiguous presence at a particular location, the POSA would not have needed to conduct any
additional analysis.  However, if the algorithm did not identify a peak, but a visual inspection
suggested the existence of unresolved peaks (e.g., clear signal above noise in the shadow of
larger peaks), the POSA would have known to apply additional techniques such as deconvolution

---

[147] Opening Rep. ¶ 176.

[148] Renishaw (PFZ04170274) at -285-287.

**B.      My Raman Testing Confirms Infringement**

139.      

**1.      Raman Point Spectra**

140.      I first collected Raman point spectra of each of Cipla's tafamidis API and ANDA

Product,[152] and analyzed those samples using the software program WiRE.[153]  Specifically, I

used WiRE software's automated peak-picking algorithm and deconvolution of overlapping

peaks.

141.

---

[151] Op. Rep. § IX.F.2.

[152] As explained in § III.A.1, Raman microscopy is simply Raman spectroscopy paired with a
microscope.

[153] Opening Rep. ¶ 175.

[154] Op. Rep. §§ IX.2.i-ii, iv.



142.     Second, a visual inspection of the spectra for each batch of Cipla's tafamidis API and Drug Product suggested the presence of signal in several areas of interest.  Again, an example is shown above in Figure 15, where I have highlighted the area of interest ████████ cm$^{-1}$ ███████████████████████████████████████ ██████████████████████████████████████ ███████████████████████████

143.     As explained in my Opening Report, to investigate this possibility, I performed deconvolution to identify the potential presence of overlapping peaks in the region of interest.[155] I first truncated the spectral window to include the area of interest.  I then performed baseline correction which, as described more fully at § III.D.1.b, involves subtracting intensity that is attributable to the baseline rather than Raman signal.  After correcting the baseline, I then initiated the curve fitting procedure: I conducted a visual analysis of the spectrum, clicking any

---

[155] Opening Rep. ¶¶ 175-178.

point on the spectrum where a peak visually appeared to be present. The WiRE software then ran a fitting algorithm, automatically moving around and resizing peaks until it identified peak locations and sizes that fit the reported spectrum.

144.    Shown below is Figure 13 of my Opening Report demonstrating ██████████ ██████████



### 2. Raman Mapping

145.    I also analyzed Cipla's API and ANDA Product using Raman mapping, discussed more fully at § III.A.2. As explained in my Opening Report, Raman mapping relies on the same technology as Raman spectroscopy, but involves the collection of Raman spectra across a two-dimensional sample to analyze different particles separately.[156] Raman mapping enabled me to analyze each particle to determine whether it exhibited the peak shifts recited in the asserted claims.

146.    As explained in my Opening Report, the Raman mapping independently

---

[156] Op. Rep. ¶ 185.

confirmed the results of Raman point spectra.  For example, I identified particles ████

████████████████████████████████████████████████████████

████████████████████████████████████████████████ ██

147.     The presence of infringing crystalline tafamidis across both API batches and all

three drug product batches led me to conclude that a crystalline form of tafamidis with the

claimed Raman peaks, more likely than not, is present in batches of Cipla's drug product made

according to its ANDA.

### C.     Robust Testing Procedures and Settings Undermine Dr. Spingarn's Criticisms

148.     Dr. Spingarn criticizes specific aspects of my testing setup, such as the laser

wavelength, resolution settings, and calibration techniques I used, as well as my use of rounding.

I do not agree with his criticisms.  As I explain below, his arguments overlook the fact that these

methods used are widely accepted and routinely applied in both academic and industry settings.

### 1.     ChemXLerate LLC Meets Scientific Standards

149.     Dr. Spingarn contends that I did not provide documentation demonstrating that

ChemXLerate LLC is certified by agencies that audit and confirm compliance with international

quality standards.[158]  This critique is misguided.  From the perspective of a POSA, certification

is irrelevant where, as here, the testing and analysis was conducted by recognized experts in the

field using accepted equipment and procedures (further detail at § III.C.2).  I am a tenured

Professor at the University of Michigan and recognized as an expert globally in Raman and

XRPD testing analysis, with decades of experience in the field.  As part of my work as a

---

[157] Op. Rep. Figs. 16, 21-23, 40, 45, 44, 48-49.

[158] Expert Rebuttal Report of Neil E. Spingarn, Ph.D. (Sept. 15, 2025), ¶ 42.

professor, I instruct PhD students at the University of Michigan using the same techniques

described in my report.  Moreover, I direct the Raman Spectroscopy Core facility at the

University of Michigan, assisting users across campus regarding use of Raman spectroscopy.  I

have generated data for dozens of peer-reviewed publications using the same types of laboratory

equipment and methods I applied in my infringement analysis here.[159]  I, and those in my lab,

follow strict protocols to avoid sample contamination or damage, regularly calibrate instruments

for accuracy, and carefully verify all data to ensure integrity.  These procedures regularly

generate XRPD and Raman data that meet the rigorous standards of peer-reviewed publishing,

and no one has challenged the laboratory's data.  Founded in 2009, ChemXLerate has served

many clients, both for pharmaceutical development and litigation support.  Additionally, I have

testified about these techniques more than 20 times by deposition, and in court at least eight

times, and provided analysis in numerous cases, consistently qualifying as an expert in this field.

### 2.    My Testing Settings Were Scientifically Sound

150.    My Raman setup was carefully chosen, properly executed, and provided accurate

and reliable results.  Dr. Spingarn criticizes my choice of laser wavelength and grating

resolution.  These criticisms are off-base and do not undermine the validity of my analysis.

151.    *First*, Dr. Spingarn criticizes my laser choice.[160]  ███████████████

████████████████████████████████████████████████ ██

---

[159] *See, e.g.*, Adam J. Matzger et al., *Raman Spectra of Hydrogen and Deuterium Adsorbed on a Metal-Organic Framework*, 411 CHEM. PHYS. LETT. 516, 516 (2005) ("Matzger 2005"); Diana Y. Siberio-Pérez et al., *Raman Spectroscopic Investigation of CH4 and N2 Adsorption in Metal-Organic Frameworks*, 19 CHEM. MATER. 3681, 3681 (2007).

[160] Spingarn Rep ¶¶ 43-45.

[161] Spingarn Rep ¶¶ 43-45.

152.    I disagree.



---

[162] Robin R. Jones et al., *Raman Techniques: Fundamentals and Frontiers*, 14 NANOSCALE RESEARCH LETTERS 1, 9 (2019) ("Jones 2019").



███████████████████████████████████████████

████████████████████████████ ███████████████

███████████████████████████████████████████

████████████████ ████████████████████████████

███████████████████████████████████ ██

153.    And, regardless, the principles of Raman analysis remain the same irrespective of the excitation wavelength employed; to the extent Dr. Spingarn suggests my results would have differed in any significant way based on the wavelength I employed, I disagree.  As I commented in a recent paper, "any excitation wavelength will yield the same characteristic scattering positions."[168]

154.    ***Second***, Dr. Spingarn argues that ███████████████████████████ ███████████████████████████ 1 cm$^{-1}$ ███████████████████████ ███████████████████████████████████

---

[165] Emily A. Miller, Neil Spingarn, et al., *A Raman Spectral Reference Library of Potential Anthropogenic and Biological Ocean Polymers*, 9 Sci. Data 1, 2 (2022) ("Samples were first run at 532 nm wavelength (8.7 mW, 5.5–8.3 cm−1 resolution, 50x objective) and corrected for background fluorescence as needed (Fig. 2).  If a spectrum could not be acquired due to high fluorescence, then it was analyzed using comparable power selection and resolution parameters at 785 nm wavelength.").

[166] *RA802 Pharmaceutical analyser*, Renishaw, 7, https://www.renishaw.com/en/ra802-pharmaceutical-analyser--39680?srsltid=AfmBOorEMGGMYiFp_N2iSaBuOlg0z1LAsm9_od_WzBwjEiKrJ6A7kb45, (last visited Nov. 2, 2025).

[167] Henson 2006 at 1248.

[168] Matzger 2025 at 1. ███████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

laser spot size.[180]  Here, an illustrative guide is helpful.  Below is a picture of the Renishaw

Qontor Microscope that I used.[181]  The red arrow points to the laser spot.  The green arrow points

to the slit, which is located inside the instrument.



### 3. Instrument Validation and Controls were Scientifically Sound

162.    My Raman analysis was performed following established protocols to ensure

accuracy and reliability.  Dr. Spingarn's criticisms rely on speculation and misunderstandings.

Below, I explain why my instrument calibration, control measures, and data interpretation fully

meet accepted scientific standards.

163.    *First*, Dr. Spingarn states that I failed to calibrate my instrument or to conduct

wavelength validation.[182]  His critique reflects a mischaracterization of Raman spectroscopy

---

[180]  In my Opening Report, ███████████████████████████████████████

[181]  *Raman microscopy*, IMAGE SCIENCE, 1, https://imagescience.hu/products/raman-microscopy/
(last visited Nov. 1, 2025).

[182]  MacGillivray Rep. ¶¶ 51-56.

protocols.

164.    In Raman analysis, calibration involves adjusting the instrument to align

measured Raman shifts with known reference values, ensuring that peak positions are accurate.

As an example, silicon has a well-known Raman peak shift that the Qontor instrument scans to

determine the calibration.[183]  In contrast, wavelength validation is a quality assurance step used

to verify that an already calibrated system remains within specification—it does not adjust or

improve performance, nor is it necessary when daily calibration is performed with traceable

standards.

165.    Here, I calibrated my instruments "before each day's collection," as stated in my

report and as acknowledged by Dr. Spingarn.[184]  That process directly ensured the accuracy of

the instrument by aligning its wavenumber scale to known, traceable peaks.  Once calibration is

completed correctly, the system's wavelength scale is actively corrected and verified through

that process.  In this context, an additional wavelength validation step is unnecessary,

particularly when calibration is performed routinely and precisely, as it was here.[185]  As the USP

explains: "The accuracy of the wavelength axis is ensured via calibration to maintain the

---

[183] *See, e.g.*, - *Raman Spectroscopy*, USP General Chapter 858, 1–2  (official as of Nov. 1, 2020)
("USP 858") ("The accuracy of the wavelength axis is ensured via calibration to maintain the
integrity of Raman peak positions.  The instrument wavelength accuracy can be determined by
using a Raman-shift standard or other suitably high-purity material (e.g.  acetaminophen,
cyclohexane, or polystyrene)."); *Fully automated Raman imaging and microscopy*, RENISHAW, 3,
https://www.renishaw.com/en/fully-automated-raman-imaging-and-microscopy--25937      (last
visited Nov. 2, 2025) ("The inVia™ confocal Raman microscope has daily quick calibration
routines. These use an internal silicon sample (Si) to ensure precise Raman shifts.  In addition, the
auto-alignment routines can optimise the spectrometer slit position and CCD detector area for
excellent throughput.").

[184] Op. Rep. ¶ 174.

[185] USP 858 at 2.

integrity of Raman peak positions.  The instrument wavelength accuracy can be determined by

using a Raman-shift standard or other suitably high-purity material (e.g., acetaminophen,

cyclohexane, or polystyrene)."[186]  Similarly, Henson 2006 reports a procedure virtually identical

to what I did: "[s]pectrometer calibration was performed each day using the 520 cm$^{-1}$ Raman

band of a silicon wafer for reference.  After calibration, the grating was held in a fixed position

throughout data collection."[187]  Contrary to Dr. Spingarn's suggestion, I did exactly what was

necessary to ensure the Raman peak position accuracy.

166.    Dr. Spingarn also cites a manual mentioning validation to support his

argument.[188]  The portion of the manual he cites is for an RA800 instrument, which is ***different***

from the one I used. The instrument I used—the inVia Qontor model—does not have such a

built-in feature because it is not required when the instrument is calibrated with an internal

calibration standard as mine is and calibrated daily.



167.    ***Second***, Dr. Spingarn contends that I should have used positive controls (*i.e.*,

---

[186] *Id.*

[187] Henson 2006 at 1248.

[188] Spingarn Rep ¶ 53.

combination of peaks claimed in the patent.  In the case of a drug product, I discuss why other

impurities and/or excipients could not have caused the visible peaks directly below.

170.    ***Third***, Dr. Spingarn argues that I should have tested the excipients, particularly



171.    Dr. Spingarn's arguments regarding excipients are misplaced.

1292 cm⁻¹ Raman peak

1292 cm⁻¹

---

190 Spingarn Rep ¶¶ 57-58.

191 Spingarn Rep ¶¶ 57-58.





**AJM-XX-1.1.WDF 1/1**



172.

### 4.    I Correctly Rounded My Peak Values

173.    Dr. Spingarn argues that my use of rounding is a form of data "manipulation" and inconsistent with the patent, expanding the patent's $\pm 2 \text{ cm}^{-1}$ limitation.[195]  He specifically

---

[194] Dr. Spingarn also does not account for the distinction between solid BHT and dissolved BHT. The Raman spectrum of a compound can change depending on its physical state.  The peak at ~1294 cm$^{-1}$ Dr. Spingarn cites in the literature for BHT refers to solid BHT.  Spingarn Rep. ¶ 57 (citing Babu 2011).  As noted, in Cipla's formulation, however, BHT is dissolved.

[195] Spingarn Rep ¶¶ 78-80, Table 2.

criticizes my use of rounding in Figures 13, 15-16, 18, 20, 37, 39, 42, 44 and 47.[196]

174.    Dr. Spingarn misconstrues the claim language.



175.    As I explain below, rounding measured values to the nearest whole number is a

standard and accepted practice in data reporting and is required to understand if a peak falls

within the claimed range.  With respect to rounding, the USP states:

> The observed or calculated values shall be rounded off to the number of decimal places
> that is in agreement with the limit expression . . . When rounding is required, consider
> only one digit in the decimal place to the right of the last place in the limit expression.  If
> this digit is smaller than 5, it is eliminated, and the preceding digit is unchanged.  If this
> digit is equal to or greater than 5, it is eliminated and the preceding digit is increased by
> 1.[198]

Thus, under the USP requirements, a reported value of 97.96% conforms with an assay limit of

≥98.0% because it is properly rounded to 98.0%.[199]  Similarly, the FDA instructs "[n]umerical

result should be reported to the same number of decimal places as the limit expression stated in

the monograph."[200]

176.    Accordingly, rounding is necessary to avoid conveying results with an

---

[196] Spingarn Rep. Table 3.

[197] '441 patent at Claim 1.

[198] USP 34, General Notices and Requirements, § 7.20, 8 (2011).

[199] USP 34, General Notices and Requirements, § 7.20, 8 (2011).

[200] *Basic Statistics and Data Presentation*, FDA,     19 (Oct.     7,     2022),
https://www.fda.gov/media/73535/download.

what appeared to be the true position of overlapping peaks."[220]  I then instructed the software to "r[u]n a fitting procedure, . . . moving and resizing each modelled peak and minimizing the difference between the theoretical and experimental spectra."[221]  The WiRE software uses a statistical metric called "chi-square" or "$\chi^2$" to measure the similarity between a projected and actual spectra.  Put another way, the $\chi^2$ is a measure of "fit" of the theoretical spectra.

190.    Thus, the presence of shoulders in the spectra does not eliminate the possibility of identifying unique Raman peak shifts in view of the well-accepted method of deconvolution.  Following Dr. Spingarn's logic, a POSA would never be able to resolve peaks when the data showed a shoulder, which is contrary to scientific consensus regarding data interpretation.

191.    **Second**, Dr. Spingarn states that deconvolution leads to inconsistent results. ▮





192.    As an initial matter, Dr. Spingarn fails to provide any explanation of how he conducted his fitting; he, for example, does not explain whether he conducted baseline removal.[223]  Regardless, Dr. Spingarn's results undermine his argument. ▮



---

[220] Op. Rep. ¶¶ 176-177.

[221] Op. Rep. ¶¶ 175-176.

[222] Spingarn Rep. ¶ 76; Dr. Spingarn states that "Figure 9 shows my deconvolution of the identical data analyzed by Dr. Matzger in his Figure 9."  Spingarn Rep. ¶ 76.  Presumably, he means Figure 13 of my report, as Figure 9 of my report corresponds to XRPD testing.

[223] Spingarn Rep. ¶ 76.

similarity between a projected and actual spectra.  As a general matter, a lower $\chi^2$ signals a better

fit to the overall spectrum, and the software attempts to minimize the $\chi^2$ as it tests different

permutations of peak positions and sizes during the fitting procedure.[224]



193.    ***Second***, Dr. Spingarn points to my figures 13, 37, and 42 prior to deconvolution,



194.    Again, Dr. Spingarn's arguments prove my point.  Dr. Spingarn points to

---

[224] *See generally*, John R. Taylor, *Chapter 12: The Chi-Squared Test for a Distribution*, *in* AN INTRODUCTION TO ERROR ANALYSIS SECOND EDITION 264 (1939) ("This number $x^2$ is clearly a reasonable indicator of the agreement between the observed and expected distributions. If $x^2 = 0$, the agreement is perfect."); *Chi-Square Goodness-of-Fit Test*,  NIST/SEMATECH E-HANDBOOK OF STATISTICAL METHODS, § 1.3.5.15 (2023) (last visited Nov. 2, 2025), https://www.itl.nist.gov/div898/handbook/eda/section3/eda35f.html.

[225] Spingarn Rep. ¶ 81; Figure 13 (XXI-1.1); Fig. 37 (XXI-1.3); Fig. 42 (XX-2.2).

[226] Spingarn Rep. ¶ 81

shoulders from the data shown in graphs *prior* to the application of deconvolution method.  As explained in § III.B.1, the spectra exhibited overlapping peaks and shoulders that obscured the true peak positions.  It is precisely for this reason that I applied a deconvolution technique.  For example, shown below is the spectra for Figure 13 of my Opening Report prior to deconvolution (XXI-1.1).  As shown by the red box, the signal in this area is clearly above the baseline, yet the precise position of a peak is not immediately discernible through visual inspection, likely because the area contains multiple overlapping peaks from a mixture of forms contributing to the signal.



177.    As explained in § III.B.1, after conducting deconvolution, I determined that there was a



### b.  Sample Decomposition Did Not Cause the Results

206.    Next, Dr. Spingarn argues that I failed ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████     However, as I explain below, Dr. Spingarn's analysis is based on a

fundamentally incorrect comparison and reflects a misunderstanding of how Raman

spectroscopy behaves in formulated pharmaceutical products.

207.    ***First***, Dr. Spingarn argues the ████████████████████████

---

[238] Spingarn Rep. ¶¶ 45, 58, 68-70.

[239] Spingarn Rep. ¶ 71.

███, causing sample damage.[240]  I disagree with Dr. Spingarn's opinion. ████



████ I address Dr. Spingarn's other critique regarding my laser choice at § III.C.2.

208.  ***Second***, Dr. Spingarn fundamentally misinterprets the Raman data by directly

---

[240] Spingarn Rep. ¶ 45.

[241] WALTER DE GRUYTER, MICRO-RAMAN SPECTROSCOPY 19-20 (Jürgen Popp & Thomas Mayerhöfer eds., 2020) ("[T]he laser spot size that will directly affect spatial resolution is proportional to the laser wavelength.  Roughly speaking a 785 nm laser will have a focused spot twice larger than a 405 nm laser!").

[242] 

[243] Henson 2006 at 1248.

[244] Jones 2019 at 9.

comparing spectra of Cipla's *drug product* to the spectra of the tafamidis *API* disclosed in the '441 patent.[245]  He treats differences between these two different types of samples as "noise" and concludes—incorrectly—that Cipla's product has decomposed.[246]  In particular, he points to the

███████████████████████████████████████████████████████████████

209.    As a threshold matter, ████████████████████████ are not among those identified in the Asserted Claims.  However, even as to those peaks, Dr. Spingarn's comparison is unsound: it conflates spectra from two different samples—a pure API and a formulated product containing multiple excipients and multiple polymorphic forms (the claimed form being a minority form).

210.    To properly assess whether decomposition has occurred, one must examine my mapping spectra of the API.  My API Raman mapping data—shown in Figures 16 and 40 of my Opening Report—serve exactly that purpose.[248]  These spectra display sharp, well-defined peaks with no signs of broadening, confirming that the tafamidis API remains chemically stable under the laser conditions used.  Dr. Spingarn does not substantively challenge the integrity of these API spectra, nor does he provide evidence that any claimed peaks arise from degradation.  Collectively, these results demonstrate that the tafamidis API is stable and that his inference of decomposition is unsupported.

211.    Having evaluated the API mapping spectra and confirmed that tafamidis does not

---

[245] Spingarn Rep. ¶ 71.

[246] Spingarn Rep. ¶¶ 70-72.

[247] Spingarn Rep. ¶¶ 70-71.

[248] *See, e.g.*, Figure 16 (XXI-1.2, #10750), Fig. 40 (XXI-1.4, #28856).

decompose under the experimental conditions, I now turn to Dr. Spingarn's critique of the drug product spectra, which he characterizes as degraded.[249]

212.    While the spectral differences between the Raman mapping of Cipla's drug product to the Raman spectra of ███████████████████████████████████ ████████████████████████████████████████████████████████████. As the '441 patent recognizes: "[T]he relative intensity of these characteristic peaks are expected to change once Form 1 is mixed with any additional components, such as those utilized in a formulation.  It is thus understood by one skilled in the art of instrumental analysis that the analytical parameters of a specific method may require additional optimization to enable for the detection of these characteristic peaks once it is mixed and diluted with additional components within a drug product formulation."[250]  Here, Cipla's drug product is a complex formulation containing excipients that dilute and alter the spectral profile, often reducing the relative intensity of API peaks or causing peak broadening.  Dr. Spingarn is misinterpreting these changes as signs of chemical breakdown.

213.    The following analysis illustrates this point in detail.

214.    As shown below, the ██████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ███████████████████

215.    ███████████████████████████████████████████████

---

[249] Spingarn Rep. ¶¶ 58, 68-71.

[250] '441 patent, 15:27-35.

the results of the Raman spectra.  Windisch & Risen report that "[p]referred orientation of a

molecular unit in vitreous $B_2O_3$ films" has "polarized Raman scattering" that was "strongly

dependent on sample orientation and polarization of the incident and scattered light."[254]

218.    **_Finally_**, Dr. Spingarn argues, without support, that ████████████████████

████████████████████████████████████████████ ██ Critically, these

spectra were collected from Cipla's drug product, not from API.  As explained above in §

III.D.2.b, the Raman spectral features of a formulated pharmaceutical product can differ from

those of the pure API due to the presence of excipients; additional peaks from the excipients can

obscure the peaks from the API.  These excipients can dilute API signals, broaden peaks, or

reduce their relative intensity—as demonstrated clearly from my own figure of Cipla's liquid

formulation containing excipients only at § III.D.2.b.  And again, Dr. Spingarn fails to consider

the established impact of crystal orientation effects in Raman spectroscopy, as explained

immediately above.  Thus, I disagree with his arguments.[256]

c.    **Neither Impurities nor Cosmic Rays Caused the Infringing Peaks**

219.    Without support, Dr. Spingarn attempts to ascribe the infringing peaks in the

mapping data to a variety of other factors such as impurities and cosmic rays.  Once more, I

disagree that the infringing peaks I identified are attributable to any of these other factors.

---

_Polymorphism_, 34(3) Spectroscopy 10, 14 (2019) ("Raman spectra of low energy phonons are
dependent upon the crystal orientation with respect to the incident laser polarization . . . .").

[254] Charles F. Windisch Jr. & William M. Risen Jr_., Raman Spectroscopic Study of Molecular
Orientation in Vitreous $B_2O_3$ Films_, 48 J. NON-CRYSTALLINE SOLIDS 325, 325 (1982).

[255] Spingarn Rep. Table 3.

[256] To the extent Dr. Spingarn alleges decomposition in both the Mapping data and the Raman
point spectra data, my arguments apply to all data.

220.  ***First***, Dr. Spingarn states that I failed ██████████████████████

████████████████████████ █ ████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████ █ ████████████████████████

██████████████████████████████████████████

████████████████████████████ █  As Zhang et al. explain,

"[g]uest molecules (impurities or additives), together with some crystallization solvent, are often

incorporated into the host crystals during crystallization from solution."[260]  One such example,

shown below, demonstrates the impurity (in red), incorporated into the API crystal during

crystallization.[261]



<hr>

[257] ████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

[258] ██████████████████████████████████████

[259] Geoff G.Z. Zhang & D.J. Grant, *Grant, Incorporation Mechanism of Guest Molecules in Crystals: Solid Solution or Inclusion?*, 181 INT'L J. PHARM. 61, 61 (1999).

[260] Stephanie J. Urwin et al*., A Structured Approach to Cope with Impurities During Industrial Crystallization Development*, 24 ORG. PROCESS RES. Dev. 1443, 1443 (2020) ("Urwin 2020") ("In crystallization unwanted impurities routinely contaminate a crystallization product.") (Fig 1. excerpted).

[261] Urwin 2020 at 1443 (2020) (Fig. 1 excerpted).

221.    Therefore, the likelihood that impurities are responsible for the specific Raman peaks identified is minimal.  This appears to be nothing more than speculation on Dr. Spingarn's part.

222.    ***Second***, Dr. Spingarn claims



223.    His criticism is both misleading and inaccurate.[263]  Dr. Spingarn selectively points to cosmic ray artifacts in mapping spectra I did not rely upon, while ignoring the actual data that underpin my analysis.[264]  That omission is telling.  In the mapped spectra that form the basis of my conclusions, there is no evidence of such artifacts (shown further below).  For good reason: I corrected for them using established settings in the WiRE program.  Specifically, WiRE applies automatic cosmic ray detection and correction, once the map is acquired.[265]  The correction

---

[262] Spingarn Rep. ¶¶ 66-67.

[263] ████████████████████████████████████████████

[264] *See* Spingarn Rep. Fig. 2 (XX-1.5 #23216); Fig. 3 (XX-1.5 #28946).

[265] I labelled my mapping files as "CosmicXX" to reflect my correction for the cosmic rays.

#### d.    Noise Did Not Cause the Infringing peaks

225.    Dr. Spingarn also argues that the infringing peaks in the mapping data are simply noise.[266]  He refers generally to almost all Raman mapping spectra I included in my Opening Report but points specifically to Figures 21, 48, and 49 of my Opening Report, which he alleges have above-average noise.[267]  As I explain below, **(1)** Dr. Spingarn ignores the objective peak-picking algorithm; **(2)** his noise calculations are scientifically flawed; and **(3)** his use of "nearby" spectra and unsupported noise claims are misleading.

### 1)    Dr. Spingarn Ignores the Objective Peak-Picking Algorithm

226.    As a threshold matter, Dr. Spingarn does not dispute that WiRE's default, automated peak-picking software ███████████████████  I explained my use of this peak-picking software in my Opening Report.[269]  But, unlike elsewhere in his report, where Dr. Spingarn commends reliance on peak-picking algorithms and refers to deconvolution as "data manipulation,"[270] here, Dr. Spingarn argues that such peaks are not real.  Again, the peak-picking algorithm itself identified these points as true peaks—that critical detail goes unaddressed.  To the extent any noise was present in the spectra, the algorithm inherently accounted for it and excluded it from being misclassified as a peak.  As the Renishaw manual

---

[266] Spingarn Rep. § IX.C.3.

[267] Spingarn Rep. § IX.C.3; *see also* Table 3: Figs. 22-23, 45.

[268] Spingarn Rep. § IX.C.3.

[269] Op. Rep. ¶ 175.

[270] *See e.g.*, Spingarn Rep. ¶ 76.

explains, the algorithm "detects peaks for the active spectrum of the active spectrum viewer using the current threshold settings and displays the results."[271]  Using default parameters in WiRE, I applied a peak-picking algorithm that evaluates multiple parameters, including slope, the magnitude against the baseline, and absolute intensity.  These criteria ensure that only significant features are identified as peaks, not random fluctuations.  Dr. Spingarn offers no scientifically grounded method for distinguishing a "noise spike" from a real peak.  He also fails to address that the software algorithm has already performed this complex assessment and determined that real peaks were present at those locations.

### 2)  Dr. Spingarn's Noise Calculations Are Scientifically Flawed

227.    Dr. Spingarn discusses Figure 21 of my Opening Report, which he states he "expanded for clarity."[272]  In his revised figure, he ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ cm⁻¹ and ▮▮▮▮ cm⁻¹ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ He bases his conclusion on his calculation of the signal-to-noise ratio (SNR), a metric used to assess how clearly a true signal stands out from background variation.[274]  Below is Figure 21 (XX-3.3, #391), which I cited in my Opening Report, alongside Dr. Spingarn's "expansion" of Figure 21, which he refers to as Figure 4, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



---

[271] PFZ04170274 at -0284 (Renishaw Manual) (emphasis removed).

[272] Spingarn Rep. ¶ 72.

[273] Spingarn Rep. ¶ 73.  Dr. Spingarn mistakenly labels Figure 6 as Figure 4.  *See* Spingarn Rep. ¶ 73.  Presumably, this is a typographical error.

[274] Richard L. McCreery, *Signal-to-Noise in Raman Spectroscopy*, *in* RAMAN SPECTROSCOPY FOR CHEMICAL ANALYSIS 49, 49 (J.D. Winefordner ed., Wiley-VCH 2000) ("McCreery 2000").

above.

## IV.    CONCLUSION

251.    For the reasons above (and in my Opening Report), I disagree with Dr. Spingarn

and Dr. MacGillivray's opinion that Cipla does not infringe the Asserted Claims of the '441

patent.

Dated: December 19, 2025                                    Adam Matzger Ph.D.

EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al.,<br><br>Defendants. | Civil Action No. 23-879-GBW-CJB<br><br>**CONFIDENTIAL** |

### OPENING EXPERT REPORT OF ADAM MATZGER, PH.D.

TABLE OF CONTENTS

I.      BACKGROUND AND QUALIFICATIONS .................................................... 1

II.     ASSIGNMENT ..................................................................................................... 3

III.    LEGAL INSTRUCTIONS .................................................................................... 4

        A.      Patent Claims .......................................................................................... 5

        B.      Infringement ............................................................................................ 5

IV.     PERSON OF ORDINARY SKILL IN THE ART ("POSA") ................................ 8

V.      TECHNICAL BACKGROUND ............................................................................ 9

        A.      Crystalline Solids ................................................................................... 9

        B.      Polymorphism ....................................................................................... 10

        C.      Characterizing Polymorphs .................................................................. 11

VI.     THE '441 PATENT ............................................................................................. 16

        A.      Summary ............................................................................................... 16

        B.      The Claims of the '441 Patent .............................................................. 20

VII.    CIPLA'S ANDA PRODUCT .............................................................................. 22

        A.      Tafamidis API Manufacturing Process ................................................ 23

        B.      Proposed ANDA Product Manufacturing Process ............................... 24

VIII.   SUMMARY OF OPINIONS ............................................................................... 26

IX.     INFRINGEMENT ANALYSIS ........................................................................... 28

X.      CONCLUSION.................................................................................................92

XI.     APPENDIX....................................................................................................93

## I.    BACKGROUND AND QUALIFICATIONS

1.    The following is a summary of my background and qualifications. My background and qualifications are more fully set out in my *curriculum vitae*, a copy of which is attached as Exhibit A to this report.

2.    I am the Charles G. Overberger Collegiate Professor of Chemistry in the College of Literature, Science and the Arts and a Professor of Macromolecular Science and Engineering in the College of Engineering, both at the University of Michigan, where I have held the title of Professor since 2009.  At the University of Michigan, I teach courses at the undergraduate level in the area of organic chemistry.  At the graduate level, I teach classes about spectroscopic characterization of organic molecules, polymer chemistry, and also a course on solid-state chemistry with a large component on structure and X-ray diffraction analysis, *e.g.*, X-ray powder diffraction.

3.    I am also President and CEO of ChemXLerate LLC—a company that provides analytical services primarily in the area of pharmaceutical solid forms.  My work with ChemXLerate encompasses polymorph, hydrate, and salt form production as well as characterization by techniques including X-ray powder diffraction, thermal analysis (*e.g.*, thermogravimetric analysis), and vibrational spectroscopy (*e.g.*, Raman spectroscopy).  I have analyzed hundreds of samples using these techniques.

4.    I obtained my B.A. in Chemistry from Oberlin College in 1992 and obtained my Ph.D. in Chemistry from the University of California at Berkeley in 1997.  My doctoral thesis encompasses synthetic, theoretical and structural studies on dehydrobenzoanulenes and phenylenes, and included extensive analytical work using different techniques such as X-ray

99.     It is my opinion that based on Cipla's proposed label for its ANDA Product, Cipla's ANDA Product is intended to be used as a method of treating transthyretin amyloid disease in a mammal, as recited in claim 16 of the '441 patent. *See infra* § IX.I.

## IX.    INFRINGEMENT ANALYSIS

100.     In my opinion, Cipla's proposed ANDA Product infringes Claims 1, ▮▮▮▮▮ ▮▮▮ of the '441 patent. My opinion is based on my analysis of documents produced in this litigation; deposition testimony; my own experience and expertise; my own testing of Cipla's tafamidis API and proposed ANDA Product; and the other materials listed in Exhibit B. Together, these materials and testing demonstrate it is more likely than not that Cipla's proposed ANDA Product satisfies each of the limitations in Claims 1, ▮▮▮▮▮▮. Among other things, this is because it is more likely than not that Cipla's proposed ANDA Product ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ I note that my ultimate opinion is not premised on any one of the facts discussed below. Rather, I have formed my opinion after considering all these facts holistically and in their totality.

A.    









33























## 2.    Raman Spectroscopy

174.    I also analyzed the samples using Raman microscopy[141] in point focus mode on a

Renishaw Qontor Microscope using a ████████████████████████████

████████████████████████████████████████████████████████████

███████████████    I calibrated the instrument using an internal silicon standard before each

day's collection.

175.    I analyzed the Raman data using a software program called WiRE, which is

commonly used to process and analyze raw Raman data.  Using parameters generated by the

default whole pattern thresholding algorithm for each spectrum, WiRE automatically identified

the Raman shift peaks in the individual spectra.   In cases where peaks were clearly visible, yet not

picked, the thresholding algorithm was adjusted for greater sensitivity.

176.    Automatic peak picking using a simple peak picking algorithm can be less accurate

where multiple peaks are overlapping.   Overlapping peaks can cause the true peak position to

---

[141] Raman microscopy is a type of Raman spectroscopy that that relies on use of a microscope to
increase spatial resolution and collect spectra from more regions of a sample.  Raman microscopy
is particularly well-suited for analyzing drug products, inasmuch as it allows for isolation of the
Raman spectra for the API.

179.    A proper comparison between the claims and my experimental data must apply the same level of precision for both data sets.  Here, the Raman claim limitations are recited to the nearest whole number.  Therefore, I rounded all experimental Raman data to the nearest whole number.

i. 





II. 



185.    Additionally, one common way to analyze a heterogeneous sample is to systematically scan over the sample in and X-Y grid and collect a spectrum at each point (this is sometimes referred to as a Raman map).  This can yield thousands of spectra.  To keep collection times reasonable when collecting so many spectra, it is typical to look at one fixed spectral region that is smaller than the whole Raman spectrum and to collect each spectrum for just a few seconds. The former point means that not all characteristic peaks will be found if they occur outside the window. The faster speed of collection limits achievable signal-to-noise, which can impact weak peaks. Consistent with my opinion above, I performed a Raman map of samples of Cipla's tafamidis API, and found spectra having all the peaks recited in claims 1 ████ I have presented

this data below.  In essence, the algorithm fits each segment of the original spectrum within a specified window to a polynomial function.



### III.     *Other Peaks Recited in Claims* █████████

186.    Consistent with my findings of the peaks recited in claims 1 ███████████

█████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████

██████████████████████████

187.     Based on the test results generated, the Raman spectrum of drug substance batch

█████████████████████████████████████████████████████████████████

███████████████████████████     █████████████

188.    Specifically, as shown in Figure 15, the Raman shift peak ███████████  ██████.

189.    Additionally, based on the test results generated, the Raman spectrum ███

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████



190.    Although I was unable to see a Raman shift ████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████This explains

why I was unable to detect a peak ████████████.  Thus, the POSA would not draw any conclusion

---

[145] '441 patent, Figs. 5 and 6

regarding the absence of ███████████████████████████████████████

███████████████████████████████████████████████████



IV. ███████████████████████████████████

191.    I have included above data from analysis of one API batch—███████████████

███████████████████████████████████████████████████████████████

███████████████████████████████

███    ██████████████████████████████████████████████████████

██████████████████████████

**ii.  Analysis of Raman for Drug Product Batch** ███████████████████████████

███

193.    It is my opinion that drug product batch █████████████████

██████████████████████████████████████████████████████

██████████████████████  ███████████████████████████

I.    ██████████████████████████████
        ██████████████████████████████
        ██████████████████████████████

██  ████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████



195.    To demonstrate the importance of fitting in this instance, ████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████  ████████████████████





198.    As explained in § IX.F.2.i.II, one common way to analyze a heterogeneous sample

is to systematically scan over the sample.  Consistent with my opinion above, I found spectra

having all the peaks recited in claims 1 ███    I have presented this data below.



### III.    *Other Peaks Recited in the Claims*

199.    Consistent with my findings of the peaks recited in claims 1 ███ there are additional Raman shift peaks ███████████ .

200.    Based on the test results generated, the Raman spectrum of drug product batch

## IV.    ***Remaining Drug Product Batches*** ████████████████

205.    Similarly, I have included above data from analysis of one drug product batch—

███████████████████████████████████████████████████████████████

█████████████████████████████████████████

206.    Any differences between the drug product batches are explainable and do not affect

my analysis of infringement of claims 1 ██████

207.    With respect to ████████████████████████ ███████████████



*        *        *

209.    The following table summarizes the batches discussed in my report for which

XRPD and/or Raman testing confirms infringement of one or more claims.





## X. CONCLUSION

233. For the reasons above, it is my opinion that Cipla's drug products infringe 1, █

█████████████████████████████

Dated: June 27, 2025

Adam Matzger Ph.D.

---

[160] Daroi 4/18/25 Tr. at 43:9-22 ("So you reviewed the '441 patent when developing your own -- Cipla reviewed the '441 patent when developing its own tafamidis product? A. Yeah . . ."); Chennuru 4/22/25 Tr. at 46:13-47:10 ("And were you aware that Pfizer had patent for its polymorph work on Tafamidis? A. Yes."); Chennuru Ex. 2 (CTAF180658, CTAF180659) at –666 ("Form 1, Form 2, Form 4, Form 6 and amorphous form of Tafamidis are reported in patent number US 9770441."); Das 4/3/25 Tr. 157:3-161:12; Das Ex. 36 (CTAF 000047) at -47.

EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____  )

PFIZER, INC., FOLDRX            )

PHARMACEUTICALS, LLC, PF        )

PRISM IMB B.V., WYETH LLC,      )

and THE SCRIPPS RESEARCH        )

INSTITUTE,                      )

                                )

            Plaintiffs,         )

                                ) Civil Action Number

    vs.                         ) 23-879-GBW-CJB

                                )

DEXCEL PHARMA TECHNOLOGIES,     )

LIMITED, et al.,                )

                                )

            Defendants.         )

_____  )


        *** CONFIDENTIAL ***


    Videotaped deposition of JONATHAN STEED, PH.D.,
    taken at 225 West Randolph Street, Suite 2800,
    Chicago, Illinois, before Rachel F. Gard, CSR,
    CCR, RPR, CRR, Notary Public, commencing at the
    hour of 9:00 a.m. Central on Friday, December 5,
    2025.
    -------------------------------------------------
                DIGITAL EVIDENCE GROUP
                  1730 M Street, NW
                     Suite 812
                Washington, DC 20036
                   202.232.0646

Page 160

1    infrared spectroscopy my entire career.

2        Q   Okay.  Well, how about Raman spectroscopy?

3    Are you considered a specialist in Raman

4    spectroscopy?

5            MS. SIMIC:  Objection to form.

6        A   As I mentioned, I'm not a specialist.  I'm

7    a person who uses a variety of different

8    analytical methods to answer questions in

9    molecular materials chemistry.

10       Q   If you go down to evidence from

11   publication record, third one down, it says:  He

12   has very few papers that even mention Raman

13   spectroscopy.

14           Do you agree with that?

15           MS. SIMIC:  Objection to form.

16       A   Define "very few."

17       Q   Well, I mean, you have 350 in your CV.

18   You referenced one from 2020 that you indicated

19   the work was done primarily by your Ph.D. student.

20   Do you have any idea of how many papers you have

21   on Raman spectroscopy?

22           MS. SIMIC:  Objection to form.

Page 162

1    very much to run instruments, so I don't run many

2    of the techniques myself these days.

3        Q   Do you have a Raman machine in your lab?

4        A   No, I don't have one in my lab.  I don't

5    have an x-ray diffractometer either.  There are

6    Raman instruments, amongst many instruments, in a

7    large chemistry labs in the world.

8        Q   How frequently do you analyze Raman point

9    spectra?

10       MS. SIMIC:  Objection to form.

11       A   It's a relatively rare part of my work

12   compared to x-ray diffraction, but I do it when

13   it's useful.

14       Q   How frequently do you analyze Raman maps?

15       A   I tend not to use Raman mapping in my

16   research, but I've been involved with that in a

17   litigation context.

18       Q   In terms of your research, how many tests

19   have you been involved with with respect to Raman

20   maps?

21       MS. SIMIC:  Objection to form.

22       A   I don't recall using Raman mapping in my

Page 163

1    research because it's not the kind of research

2    that I do.  It tends to be more applicable to

3    final dosage forms, for example.

4        Q  You mentioned you have access to Raman

5    machines, if you need them; is that right?

6        A  Yes.

7        Q  Do you know what kinds of Raman machines,

8    who makes them, that type of information?

9        A  I don't remember the make offhand.  As I

10   say, the instrument is not in my lab so I don't

11   use it all that often.

12       Q  When you have performed analysis after

13   someone has done Raman spectroscopy, have you used

14   automatic peak picking procedures to analyze the

15   resulting spectra?

16       MS. SIMIC:  Objection to form.

17       A  Yes.  I've used automatic peak picking

18   procedures in all aspects of my research.

19       Q  Have you used the technique of

20   deconvolution in performing analysis with respect

21   to Raman spectra?

22       MS. SIMIC:  Objection to form.

Page 164

1        A   Yes.

2        Q   How frequently have you used it?

3        A   Well, curve fitting and fitting processes

4    generally are a fundamental tool throughout the

5    chemical sciences, and I've used them in a variety

6    of different contexts, not just Raman, but x-ray

7    and fitting of titration data.  Generally curve

8    fitting is one of the tools in the chemical

9    arsenal.

10       Q   Going back to peak picking, how frequently

11   do you use automatic peak-picking software when

12   you're doing Raman analyses?

13       A   Well, as I say, I tend not to use Raman a

14   great deal in my research.  Where it's

15   appropriate, I would use it.  I can't give you a

16   number offhand.  Peak picking is not unique to

17   Raman by any means.  I mean, I use that in all the

18   techniques I use all the time.

19       Q   And when you say peak picking, do you mean

20   automatic peak picking --

21       A   Yes.

22       Q   -- via software?

Page 165

1        A   Yes.

2        Q   How about baseline correction?  Is that a

3    technique you have used when you have performed an

4    analysis of Raman spectra?

5            MS. SIMIC:   Objection to form.

6        A   I have done baseline correction in a

7    variety of analysis, yes.

8        Q   How frequently have you used baseline

9    correction with respect to analyzing Raman

10   spectrum?

11       A   Relatively infrequently because, as I

12   mentioned, I don't find Raman all that useful.

13       Q   Do you agree that Raman spectroscopy is a

14   well-known analytical technique for studying and

15   characterizing polymorphs?

16       A   Yes, amongst a wide variety of other

17   techniques, yes.  It is certainly part of the

18   arsenal of solid-state characterization.

19       Q   A person of skill in the art would

20   understand it's possible to conduct Raman

21   spectroscopy using a microscope, correct?

22           MS. SIMIC:   Objection to form.

12/30/2025          Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.  Jonathan Steed, Ph.D.
Confidential

Page 282

1        Q  So the answer is no, you can't point to me

2     anywhere in your report where you explain that ████

3     ████████████████████████████████████████████████████

4     ██████████████████████?

5            MS. SIMIC:  Objection to form.

6            MR. FISHER:  I'll note the intonation of

7     counsel is quite exaggerated at this point, your

8     objections.

9        A  I didn't pick up on that.

10           The point is, I was trying to show that

11    different models give rise to different outcomes,

12    ██████████████████████.  That might be one reason that

13    one spectrum is more complicated than another.  ██

14    ████████████████████████████████████████████████████

15    ████   It's a question of different models giving

16    different outcomes.  It's subjective.

17                 (Deposition Exhibit Number 49 marked

18            for identification.)

19        Q   Okay.  I'm going to introduce as

20    Exhibit 49, the one page of spectra that was

21    produced to us yesterday.  I'll note for the

22    record that it was produced on a travel day, the

Page 283

1    day before the deposition.  We're going to

2    endeavor to examine you on it because you're here.

3    I haven't had a chance to discuss it in any degree

4    of detail with Dr. Matzger, so I'm going to

5    reserve on it.  But I'm going to proceed to exam

6    you because you're here.

7         MS. SIMIC:  I'll just note on the record

8    it was produced in advance of the deposition.

9         MR. FISHER:  The day before on a travel

10   day.  But let's move on it.  Let's mark it as

11   Exhibit 49, this being a document Bates-numbered

12   HIKM-000259.

13      Q  Do you have that document in front of you,

14   sir?

15      A  I do, yes.

16      Q  And when did you do this analysis?

17      A  I did it after I received Dr. Matzger's

18   reply report.  Exactly when after it, I don't

19   recall offhand.  But a little while ago.

20      Q  So the report came in on November 7th.  I

21   don't know when it was sent to you.  Do you have

22   any recollection of when you received the report?

Page 284

1      A   I don't recall offhand, but probably quite

2    soon after.

3      Q   Okay.  And was it close in time to when

4    you received his reply report that you did this

5    analysis or sometime after that?

6      A   It wasn't immediately, but I don't recall

7    exactly.  But it was some weeks ago and sometime

8    after receiving that report.

9      Q   Okay.  It wasn't this week that you did

10   this analysis?

11     A   Correct.

12     Q   It wasn't last week that you did the

13   analysis?

14     A   That's right.

15     Q   You did this weeks ago?

16        MS. SIMIC:  Objection to form.

17     A   I don't recall exactly when I did it, but

18   it was after receiving his report in response to

19   his criticisms, to satisfy myself about what he

20   was saying.

21     Q   So just to orient on Exhibit 49, your

22   first spectrum corresponds with Figure 1 in

Page 293

1                C E R T I F I C A T E

2

3        I, RACHEL F. GARD, RPR, CCR, CRR, CSR No.
     084-3324, No. 9315, No. 1010, a Certified

4    Shorthand Reporter in and for the States of
     Illinois, Michigan, Nevada at large, do hereby

5    certify that JONATHAN STEED, PH.D., the deponent
     herein, was previously duly sworn to tell the

6    truth, the whole truth, and nothing but the truth
     in the aforementioned matter;

7        That the foregoing deposition was taken on
     behalf of Defendants on the 5th day of December,

8    2025, at 9:00 a.m. Central, pursuant to the
     applicable rules;

9        That said deposition was taken down in
     stenograph notes and afterwards reduced to

10   typewriting under my direction, and that the
     typewritten transcript is a true record of the

11   testimony given by the said deponent; and that
     signature was requested by the deponent and all

12   parties present;
           That the parties were represented by their

13   counsel as aforementioned.
         I do further certify that I am a disinterested

14   person in this cause of action, that I am not a
     relative or attorney of either party or otherwise

15   interested in the event of this action, and that I
     am not in the employ of the attorneys for any

16   party.

17       IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal on this 19th

18   day of December, 2025.

19

20

21   _____

22                    COURT REPORTER

EXHIBIT 5

Case 1:23-cv-00879-GBW-CJB    Document 286-1    Filed 02/05/26    Page 124 of 381
PageID #: 3202
11/20/2025        Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.        Neil Spingarn

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

----------------------------------------X

PFIZER INC., FOLDRX PHARMACEUTICALS, LLC,

PF PRISM IMB B.V., WYETH LLC, AND THE

SCRIPPS RESEARCH INSTITUTE,


                    Plaintiffs,

        vs.

DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,

                    Defendants.

Case No.:   23-879-GWB-CJB

----------------------------------------X



            VIDEOTAPED DEPOSITION OF NEIL SPINGARN

                Thursday, November 20, 2025

                    Conducted Remotely






REPORTED BY:

Christina Diaz, RDR CRC CRR RMR CSR-NY/NJ CLR

Job No.:   00174459

Page 49

1    done when necessary, yes.

2        Q.    If we can look back at your CV,

3    which is in Exhibit 3.  I think it was

4    Exhibit C in Exhibit 3 which is confusing

5    but...

6             Are you back at your CV, sir?

7        A.    It's on the screen.  I can see

8    it.

9        Q.    Feel free to use the paper if you

10   need it.

11            It looks like, on the publication

12   list on page 4 -- I looked through this,

13   and if I went to the second page, I notice

14   that number 20 is an article, first author

15   Miller, that you were listed as an author

16   on pertaining to Raman spectral reference

17   library.

18            Do you see that?

19       A.    Yes.

20       Q.    This was the only publication

21   that I saw in looking through them having

22   pulled them that related to Raman.  Were

11/20/2025    Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.    Neil Spingarn

Page 50

1    there other publications that you were an

2    author on other than number 20 that

3    involved Raman testing?

4        A.    No.   The nature of an independent

5    lab is our work belongs to the client and

6    we are not allowed to publish things that

7    we do unless they are interested -- they

8    have a specific interest in having it

9    published, and so this was the only

10    instance where our client wanted to publish

11    the work that we did.

12        Q.    So this is your only publication

13    that pertained to Raman spectroscopy; is

14    that right?

15        A.    That's correct.

16        Q.    Now if we go back before your CV,

17    there is an Exhibit A that is part of

18    Exhibit 3 -- again, I apologize for the

19    confusion -- but it's a recent legal case

20    listing?

21        A.    Yes.

22        Q.    So this was part of your expert

Page 62

1      A.    Correct.  That's the basis on my

2   understanding of why we were retained.

3      Q.    So if we look back at Exhibit C

4   to Exhibit 3, your curriculum vitae -- let

5   me know when you are back there.

6      A.    I have it.

7      Q.    Is this your standard CV?

8      A.    Yes.

9      Q.    And your CV is an accurate

10  representation of your expertise?

11     A.    As accurate as a page can be to

12  describe a career.

13     Q.    Did you make any changes to your

14  CV for purposes of this matter?

15     A.    The last change that I made -- I

16  didn't make any changes specifically for

17  this matter.  The last change I made was to

18  indicate the end of my tenure with

19  Eurofins.

20           So this version of the CV was

21  probably created sometime in 2024, but I

22  don't remember when I created this

Page 63

1    particular edit.

2        Q.    But beyond the change for

3    Eurofins, as a general matter, this is the

4    CV that you have used for the last several

5    years for purposes of testifying in court.

6            Is that right?

7        A.    Yes.  The only difference is the

8    purchase by Eurofins -- adding that in.

9        Q.    And if we go to job description

10   on page 2 -- let me know when you are

11   there.

12       A.    Okay.

13       Q.    The second paragraph indicates,

14   "Specific expertise is provided in all

15   aspects of microanalysis using such tools

16   as Fourier-transform infrared

17   microspectroscopy (FTIR), Raman

18   spectroscopy, secondary ion mass

19   spectroscopy."  And it goes on from there.

20           Do you see that?

21       A.    Yes.

22       Q.    So this job description you list

Page 64

1    as spectral expertise Raman spectroscopy;

2    is that right?

3         A.    Yes.

4         Q.    And then there is a special

5    skills section down below that, and it

6    says, Microanalytical Chemistry.

7              Do you see that?

8         A.    Yes.

9         Q.    And it lists FTIR, Raman,

10   electron microscopy, X-ray analysis, et

11   cetera.

12             Do you see that?

13        A.    Yes.  I do.

14        Q.    So Raman is listed as a special

15   skill.

16             Is that right?

17        A.    Along with other microanalytical

18   tools, yes.

19        Q.    Do you have a version of your CV

20   in which Raman is not listed as either a

21   special specific expertise or a special

22   skill?

Page 65

1       A.    There probably were ones in the

2    past that had -- didn't have as many things

3    detailed.

4              MR. FISHER:  Why don't we take a

5         look and mark as Exhibit 6, Tab 33.

6         This didn't make it into your binder

7         either.

8              (Spingarn Exhibit 6, Declaration

9         of Neil Spingarn in Further Support of

10        Plaintiff's Opposition to Defendants'

11        Motion for Summary Judgment, 14 pages,

12        was marked for identification)

13   BY MR. FISHER:

14       Q.    Why don't we stay there for a

15   second.

16              If we can go up to the top just

17   to orient you, this was a pleading that was

18   filed in a court case in June of 2021.

19              And it says that it's a

20   Declaration of Neil Spingarn in Further

21   Support of Plaintiff's Opposition to

22   Defendant's Motion for Summary Judgment.

Page 66

1           Do you see that?

2      A.    Yes.

3      Q.    And Neil Spingarn -- that is you,

4  yes?

5      A.    Yes, it is.

6      Q.    If we go to the CV that is part

7  of this particular declaration -- if you'd

8  scroll down.

9           THE VIDEOGRAPHER:  Do you have a

10      page number?

11           MR. FISHER:  I think it's

12      repaginated.  I wish you could.

13           It's an attachment.  Keep going.

14           THE VIDEOGRAPHER:  So this is the

15      last page, page 14?

16           MR. FISHER:  It should be --

17      there should be Appendix A to that.

18           Do you not have it?  We can get

19      it at a break.

20           THE VIDEOGRAPHER:  It's

21      definitely not part of this document

22      right now.

Case 1:23-cv-00879-GBW-CJB    Document 286-1    Filed 02/05/26    Page 132 of 381
PageID #: 3210
11/20/2025    Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.    Neil Spingarn

Page 67

1              MR. FISHER:  Okay.  Why don't we

2        mark as Exhibit 7 what you have as

3        Tab 35.  We will come back to

4        Exhibit 6.

5              (Spingarn Exhibit 7, Exhibit N -

6        Dr. Neil Spingarn Expert Report (April

7        21, 2023, 10 pages, was marked for

8        identification)

9    BY MR. FISHER:

10        Q.    So this, Doctor, similarly, is

11    another document that was filed with the

12    court that is an expert report of Dr. Neil

13    Spingarn, an expert report in April 21,

14    2023.

15              Do you see that?

16        A.    I see that.

17        Q.    If we scroll down, on page 7 is

18    your CV.

19              Do you see that?

20        A.    Yes.

21        Q.    Are you with me, Doctor?

22              If we go to the next page.  So

Page 68

1    under Job Description, that second

2    paragraph, there is a listing of specific

3    expertise.

4            Do you see that?

5        A.    Yes.

6        Q.    So Raman is not in that list in

7    this 2023 version of your CV.

8            Do you see that?

9        A.    I see that.

10       Q.    If we go to the Special Skills

11   section, the microanalytical chemistry,

12   Raman is not listed in that list as a

13   special skill in this version of your CV in

14   2023.

15       A.    Correct.

16       Q.    So did there come a point in time

17   for this particular matter where you added

18   Raman as an expertise for your CV?

19       A.    Since the CV is used primarily

20   for court before I had ever needed to

21   testify in court, I had never updated the

22   CV to include it, which is an oversight.

Page 69

1   Eventually it was added in.

2        Q.    Was it added in specifically for

3   this case?

4        A.    No.  It was added in prior.

5        Q.    I am told that the appendix A to

6   -- we can pull this down -- the appendix A

7   to Exhibit 6 is now available to be

8   uploaded.

9            Could you do that, Henry?

10           THE VIDEOGRAPHER:  Sure.  I am

11       just going to grab it right now.  I see

12       that it was uploaded.  I am just going

13       to download it now.

14           MR. FISHER:  We will call this

15       Exhibit 6-A.

16           (Spingarn Exhibit 6-A, Appendix A

17       with Curriculum Vitae, five pages, was

18       marked for identification)

19   BY MR. FISHER:

20       Q.    If we scroll down to the next

21   page, do you see that this is your CV as it

22   stood in June of 2021, Doctor?

Page 70

1        A.    Well, again, as with the other

2    CV, these are documents that were not

3    updated at a particular point.  And I don't

4    know when that particular version was

5    created.  If you go to the publications

6    list, it will give me a better idea of what

7    the update version of this is, but...

8        Q.    So why don't we go to the next

9    page.  I mean, just confirm for me on the

10   record that this version of the CV in 2021

11   does not list, as a specific expertise,

12   Raman, right?

13       A.    That is correct.

14       Q.    And it doesn't list Raman as one

15   of the special skills that you have, right?

16       A.    Correct.

17       Q.    And you want to see the

18   publications?  Is that where you wanted to

19   look?

20       A.    Yes.  I mean, this -- these

21   listings are of some of the common

22   techniques.  There are many other

Page 71

1    techniques in which I have specific

2    expertise and special skills that are just

3    not listed because these were designed to

4    be little summary listings.  It was never

5    an issue and never designed to be a

6    comprehensive list.

7              MR. FISHER:  Okay.  We can take

8        that down.  We have been going about an

9        hour and ten minutes.  Why don't we

10       take a short break.  Is five minutes

11       good for you, Doctor, or would you like

12       longer?

13             THE WITNESS:  Five minutes is

14       fine.

15             MR. FISHER:  Okay.  Why don't we

16       take five minutes.  We can go off the

17       record.

18             THE VIDEOGRAPHER:  The time is

19       10:10 a.m.  Going off the record.

20       (Recess)

21             THE VIDEOGRAPHER:  The time is

22       10:17 a.m.  Back on the record.

Page 88

1    it here.  Am I missing something?

2         Q.    I don't know if you actually used

3    the words priority date in paragraph 40,

4    but you do talk about Raman point spectrum

5    in paragraph 40, right, 40(a)?

6         A.    Yes, I do.

7         Q.    And you had indicated that the

8    original machine that you bought in the

9    mid-1990s was good at generating Raman

10   point spectrum, right?

11        A.    Yes.  Yes, it was.

12        Q.    Raman spectroscopy -- the use of

13   Raman spectroscopy to generate point

14   spectrum had been known since the '90s,

15   right?

16        A.    Well before that.

17        Q.    You had indicated that the second

18   machine you bought was particularly good at

19   generating Raman mapping spectra, right?

20        A.    Yes.

21        Q.    That was around 2010?

22        A.    Somewhere around there.

Page 89

1    Q.    So a person of skill in the art

2    would have understood that Raman

3    spectroscopy could be used to generate

4    Raman mapping spectra, at least as of 2010,

5    right?

6    A.    Yes.

7    Q.    You say for a point spectra, the

8    point spectrum is, as it implies, a

9    spectrum obtained at one point in a sample.

10          Is that right?

11   A.    You read it correctly.

12   Q.    In contrast -- and I am reading

13   from (b) now -- "A map spectrum describes

14   one spectrum obtained from a large set of

15   spectrum taken over a relatively large

16   area."

17          Is that right?

18   A.    Yes.

19   Q.    If we assume that the priority

20   date roughly speaking in this case -- in

21   other words, when the patent application

22   was filed -- 2014 -- can you assume that

Page 90

1    for the sake of argument?

2        A.    Okay.

3        Q.    If you assume the priority date

4    is roughly 2014, a person of skill in the

5    art would have known that you could use

6    Raman spectroscopy to generate either point

7    spectra or Raman maps as of 2014, right?

8        A.    Yes.  I would agree with that.

9        Q.    So if we go back to paragraph 39

10   for a moment, I want to focus on the second

11   sentence in that paragraph.  "Thus, while

12   PXRD requires a relatively high

13   concentration of an impurity, micro-Raman

14   is capable of detecting single crystals at

15   extremely low concentrations."

16            Do you see that?

17       A.    That is the third sentence but,

18   yes, I see that.

19       Q.    I am sorry.  I didn't mean to

20   mislead you.  The third sentence.

21            You see where I am pointing to,

22   though, right?

Page 195

1    BY MR. FISHER:

2          Q.    Doctor, we talked a lit earlier

3    about the analytical technique of

4    deconvolution.

5                Do you remember that?

6          A.    A little bit.  Yes.

7          Q.    And you said that you have had

8    instances where you have needed to apply it

9    as part of the work that you did at S&N

10   over the years; is that right?

11         A.    Occasionally, it's useful, yes.

12               THE WITNESS:  And just to correct

13         the record, it's S&N, like Nancy, and

14         you keep doing "SNM."

15   BY MR. FISHER:

16         Q.    I intend to be saying S&N.

17         A.    I believe you.

18         Q.    I understand it's S&N.  It may

19   not be coming out quite right.

20               Can you articulate when in your

21   practice at S&N you used deconvolution --

22   just as a general matter?  I am talking

11/20/2025        Pfizer Inc., et al. v. Dexcel Pharma Technologies Limited, et al.        Neil Spingarn

Page 196

1    about a general statement on it.

2        A.      We have used it when there are

3    overlapping peaks and we need to quantitate

4    the areas under each of them separately.

5    When there are minor overlaps, there are

6    standard techniques, particularly -- both

7    in spectroscopy and in chromatography for

8    estimating the area of mildly overlapping

9    peaks.   But once they are overlapping more

10   severely, then to get the areas under them

11   individually, we can deconvolute.

12           These are situations where we

13   know exactly ahead of time what peaks there

14   are, and now we are simply undoing the

15   convolution of the two overlapping peaks.

16   It's a different situation, where you don't

17   know what peaks are present and try and

18   figure something out from that.

19           MR. FISHER:  If we look at

20        Tab 27, which is the Renishaw Manual,

21        we are going to mark it as Exhibit 22.

22           THE VIDEOGRAPHER:  Tab 27.  Give

Page 263

```
 1              C E R T I F I C A T E
 2   STATE OF NEW YORK )
 3                     ) ss.:
 4   COUNTY OF NEW YORK)
          I, Christina Diaz, a Certified
 5   Realtime Captioner, Registered Diplomate
     Reporter and Certified Realtime Reporter and
 6   Notary Public within and for the State of
     New York, do hereby certify:
 7        That NEIL SPINGARN, the witness whose
     deposition is hereinbefore set forth, was
 8   duly sworn by me and that such deposition is
     a true record of the testimony given by such
 9   witness on November 20, 2025.
          I further certify that I am not
10   related to any of the parties to this action
     by blood or marriage and that I am in no way
11   interested in the outcome of this matter.
12   Dated:  December 2, 2025
13
14
15    CHRISTINA DIAZ, CRC, CRR, RMR, CSR, CLR
     NCRA Registered Diplomate Reporter
16   NCRA Certified Realtime Captioner
     NCRA Certified Realtime Reporter
17   NCRA Registered Merit Reporter
18   NYS Certified Shorthand Reporter
19     Lic. 001046-1
20   NJ Certified Shorthand Reporter
21     Lic. 30XI00244900
22   Certified LiveNote Reporter
```

EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et. al.,<br><br>    Defendants. | Civil Action No. 23-879-GBW-CJB<br><br>**CONFIDENTIAL** |

## <u>OPENING EXPERT REPORT OF ADAM MATZGER, PH.D.</u>

# **TABLE OF CONTENTS**

I.  BACKGROUND AND QUALIFICATIONS ................................................................. 1

II.  ASSIGNMENT ................................................................................................................ 3

III.  LEGAL INSTRUCTIONS ............................................................................................. 4

    A.  Patent Claims ....................................................................................................... 5

    B.  Infringement ......................................................................................................... 5

        1.  Direct Infringement .................................................................................. 5

        2.  Indirect Infringement ............................................................................... 6

IV.  PERSON OF ORDINARY SKILL IN THE ART ("POSA") .................................... 7

V.  TECHNICAL BACKGROUND .................................................................................... 9

    A.  Crystalline Solids ................................................................................................. 9

    B.  Polymorphism .................................................................................................... 10

    C.  Characterizing Polymorphs ............................................................................... 11

        1.  X-ray Powder Diffraction ...................................................................... 11

        2.  Raman Spectroscopy .............................................................................. 14

VI.  THE '441 PATENT ...................................................................................................... 15

    A.  Summary ............................................................................................................ 15

    B.  The Claims of the '441 Patent ........................................................................... 19

VII.  HIKMA'S ANDA PRODUCT ..................................................................................... 21

    A.  Tafamidis API Manufacturing Process ............................................................. 22

    B.  Proposed ANDA Product Manufacturing Process............................................. 24

VIII.  SUMMARY OF OPINIONS ........................................................................................ 26

IX.  INFRINGEMENT ANALYSIS .................................................................................... 29

    A.  The Manufacturing Processes Used to Make Hikma's Tafamidis API and
        Proposed ANDA Product ████████████████████ ......................... 29

    B.  Hikma ██████████████████████████ ................. 31

    C.  Until Recently, Hikma's ANDA Specification Did Not ███████
        ████████████████████████████ ............. 34

    D.  Hikma Relies on Third-Party Polymorph Characterization Testing....................... 40

    E.  Third-Party Testing Establishes ████████████████ ........................ 42

        1.  API Batch No. ██████████ and Related Drug Product Batches..... 43

        2.  API Batch No. █████████████ ...................................................... 65

        3.  ANDA Exhibit Batch ....................................................................... 69

F.    Hikma's ANDA Permits, and Hikma Expects, the Presence of ██████ ████████████████████ ............................................................... 74

G.    During Storage, Hikma's Tafamidis API █████████████████████ ████████████████████████████████████████████████████ ██████████ ............................................................... 76

H.    Analysis of Hikma's Tafamidis API and ANDA Product ....................... 94

    1.    Raman Testing ...................................................................... 97

    2.    XRPD Testing ..................................................................... 133

I.    Infringement of ████████ .................................................................... 137

    1.    Hygroscopic ........................................................................ 138

    2.    Anhydrous .......................................................................... 138

J.    Infringement of ████████ .................................................................... 139

K.    Infringement of ████████ .................................................................... 141

X.    CONCLUSION ................................................................................ 143

## IX.    INFRINGEMENT ANALYSIS

99.    In my opinion, Hikma's proposed ANDA Product infringes ███████████████

███ of the '441 patent.  My opinion is based on my analysis of documents produced in this litigation,

including third-party test data; deposition testimony; my own experience and expertise; my own testing

of Hikma's tafamidis API and drug product; and the other materials listed in Exhibit B or cited in this

report.  Together, these materials and testing demonstrate it is more likely than not that Hikma's

proposed ANDA Product satisfies each of the limitations of ██████████████████.  I note that

my ultimate opinion is not premised on any one of the facts discussed below.  Rather, I have formed

my opinion after considering all these facts holistically and in their totality.

### A.    The Manufacturing Processes Used to Make Hikma's Tafamidis API and Proposed ANDA Product Result in ██████████████████

100.    Hikma's tafamidis API is manufactured ███████████████████████████

███████████████████ ██████████████████ also has manufactured batches comprising

tafamidis free acid ██████.[48]  It is well understood to the POSA that manufacturing a ██████ drug

substance in the same facility where a specific polymorph of the drug substance has been made, *e.g.*

tafamidis free acid ██████, creates conditions likely to lead to formation of the specific polymorph,

even where efforts are made to avoid formation of the specific polymorph.  This phenomenon of

"unintentional seeding" is well-documented.  As explained in Bučar 2015, "the possible presence of

seeds of a newly formed polymorph in a laboratory, a manufacturing facility, or any location having

---

[47] ZEN_TAF0022647 at -650 (Hikma's Quality Overall Summary listing ███████████████
████████████████████████; Reddy 4/17/2025 Tr. at 203:5-204:1 ("Q. []
████████████████████████████████████████████████████
██████████████████).

[48] ZEN_TAF0217578 at -578 (email from ██████████████████████████████████");
ZEN_TAF0083704 at -704 (arranging to ship "Tafamidis ███████████████████

been exposed to that form cannot be casually dismissed; indeed its presence would be hard to avoid."[49]

Quoting John Mullin's "comprehensive monograph on crystallization," Bučar 2015 continues: "Atmospheric dust frequently contains particles of the crystalline product itself, especially in industrial plants or in laboratories where quantities of the material have been handled . . . . Once a certain crystalline form has been prepared in a laboratory or plant, the working atmosphere inevitably becomes contaminated with seeds of the particular material."[50] Thus, the POSA would understand that it is highly likely that some unintentional ███████████—even if just a small amount—contaminated Hikma's tafamidis API, f██████████████████████████████████ seen in my own testing and testing commissioned by Zenara, as discussed below. *See infra* Sections IX.E, G, H.

101.    In the same vein, the process by which █████████████ Hikma's tafamidis API results, at least in some instances, in a ████ intermediate. ███████████████████████ █████████████████████████████████████████████████████████████ ████████████████[51] Zenara's own documents characterize at least ██████████ free acid batch, ████████████████████,[52] And a ██████████████████████ ███████████████ ████████████████████████████████████████████████████████████████ ██████████████[53]

---

[49] Dejan-Krešimir Bučar *et al.*, *Disappearing Polymorphs Revisited*, 54 ANGEW. CHEM. INT. ED. 6972–6993 (2015) ("Bučar 2015").

[50] *Id.* (alteration in original).

[51] *See supra* Section VII.A.

[52] ZEN_TAF0042115 at -140 (describing preparation of ██████████████████—a "███████," or tafamidis free acid, batch); ZEN_TAF0039876 at -876 (describing █████████████████ as a sample).

[53] ZEN_TAF0039876 at -879.

████████████████████████████████████████████.[87]  This third-party

data, which is discussed below, *infra* Sections IX.E, G, supports my infringement opinions.

E.     **Third-Party Testing Establishes Infringement of** ████████████

121.     Both during and after development of its ANDA Product, Zenara evaluated the

████████████████████████████████████████.  The POSA would interpret the results of

those tests as confirming that Hikma ██████████████████████ of the tafamidis API

manufactured pursuant to ██████████████, and that it is more likely than not that Hikma's ANDA

Product infringes ████████████ including because the tafamidis API manufactured for Hikma is █

████████████████████████████████.

122.     As explained above, ████████████████████████████████████████

████████████  However, XRPD test results provided to Zenara show that the proposed ANDA

Product contains ████████████ ████████████████.  I have reproduced below the results

of those tests and shown that the ████████████████████ was manufactured pursuant

to the same process described in ████████████ which is incorporated by reference in Hikma's

ANDA.

123.     At the outset, I observe that Zenara used a variety of contract organizations to conduct

XRPD testing.  ████████████████████████████████████████

████████████████████████████████  I note that much of the ████████████

_____

[87] *See* Mr. Gandra Channakesava Reddy 5/8/2025 Tr. at 4–5 ("Q. ████████████████
████████████████████████████████████ A. Yes.").  I
understand that the data generated by ██████ has been compiled alongside a report from the Local
Commissioner overseeing the proceeding involving ██████ and that the report and accompanying
documents will eventually be provided to the Court overseeing this litigation.  I reserve the right to rely
on these materials.

[88] *See* Reddy 4/17/2025 Tr. at 23:25–24:22 ("Q. ████████████████████████████
████████████████████████.").

██████████████████████████████████████████████████████████

███████████████████████████████████████████. ████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████████████ As

discussed in more detail below, *see infra* Section IX.G, I understand that this data was only obtained

after Plaintiffs petitioned ████ for discovery.

        **1.    API Batch No.** ███████████████ **and Related Drug Product Batches**

   124.   Based on my review of ███████████████, on or around July 27, 2022,

████████████████████████ ██████████████[89] The batch record for batch

no. ███████████ shows that the batch was synthesized using the process described in

██████████████ for making the tafamidis API used in Hikma's proposed ANDA Product.[90]

████████ corporate witness also testified that all API batches manufactured using the DMF process

should exhibit t ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████ ████████████████████

███████████████████████████████████████████████ —

---

[89] ZEN_TAF0225546 (batch record for batch no. ███████████████).

[90] *Compare* ZEN_TAF0225546, *with* ZEN_TAF0022647 at -653-662 (route of synthesis in ████████
DMF).

[91] *See* Reddy 4/18/2025 Tr. at 256:9–261:10 ("Q. █████████████████████████████
███████████████████████████████████████████████████████████").

[92] *See* ZEN_TAF0122976 at -015 (identifying batch no. ████████████████ as ██████████);
ZEN_TAF0199655.

disclaimed any knowledge of what form they might actually be making.[93])   Zenara's product development report also lists ███████████████████████████████████████████████ ████████████████████████."[94]   Additionally, batch no. ████████████████ is cited repeatedly throughout Hikma's ANDA and ████████████ further demonstrating the relevance of the batch to the tafamidis API that is present in Hikma's ANDA Product.[95]   Thus, the tafamidis API of batch no. ████████████████ is consistent with the tafamidis API used in Hikma's proposed ANDA Product.

125.    On or about August 26, 2022, ████████████████████████████████████ ██████████████████ ███ ███[96]   The documents produced by Hikma and Zenara in this matter do not indicate the ██████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████.[97]   Further, as explained above, ██████████████████████████████████████ and did not question the protocol used or the accuracy of the results.[98]

126.    The ████████████████████████████████████████ ████████████████████ ██████████████████ The pattern is reproduced below[99]:



---

[93] See supra Section IX.B, C.

[94] ZEN_TAF0000419 at -442.

[95] See, e.g., ZEN_TAF0001490 at -513 (████████████████████████████████████████ ████████████████); ZEN_TAF0002495 at -505 (████████████████████████ ██); ZEN_TAF0002533 at -543 (████████████████████████████████ ████████████); ZEN_TAF0002647 at -658 (██████████████████████████ ████████████.

[96] See ZEN_TAF0036622.

[97] Id. at -624.

[98] See supra, ¶ 120.

[99] ZEN_TAF0036622 at -623.  For this pattern and many of those that follow, I have added my own annotations to mark the location of peak positions.



127.    The peak list corresponding to the pattern is reproduced below[100]:

---

[100] *Id*. at -625.



128. ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

129. T███████████████████████████████████████████████

████████████████████████████████████████████████████████

facilitate identifying the precise location of all ██████████████████████████

████████████████  ████████████████████████████████████████████

████████████████████████████████  Thus, in my opinion, it is more likely than

not that this batch of Hikma's API, which was manufactured using the same process for the ANDA

exhibit batches, ████████████████████████████████  ████████████████.

130.    On or around August 29, 2022, ██████████████████████████████

██████████████████  ████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████[102]

131.    The ████████████████████████████████  ████████████████████

████████████████████████████████████:

_____

[101] *See* ZEN_TAF0034767.

[102] *See supra*, ¶ 120.

[103] ZEN_TAF0034767 at -768.



132.    The ███████████████████ is reproduced below[104]:



133. ███████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████

134. ███████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████ [105] I understand that Hikma has not

---

[105] An additional explanation for why these ███████████████████████████

*See* Harry

produced the █████████████████████████████████████████████ ████████████████████████████████████. I have shown in the pattern above using ██████████████████████████.

135. Collectively, these ██████████████████████ demonstrate that batch no. ███████████████, produced using the same process as the tafamidis API reported in ███████ ████ and Hikma's ANDA, ████████████████ ██████████████████████. Thus, it is more likely than not that Hikma's proposed ANDA Product, which includes tafamidis API manufactured pursuant to the process reported in ████████████ and Hikma's ANDA, infringes █████████████.

136. These █████████ ██ also appear in ██████████████. Based on my review of Zenara's internal documents, drug product batches numbered ████████████, ████████████, ████████████, and █████████████ were each generated using the tafamidis API of batch no. ██████████████ [106] As explained above, batch no. ████████████████ was synthesized using the same process described in █████████████ and thus, the API of batch no. █████████████ is consistent with the tafamidis API used in Hikma's proposed ANDA Product. Further, Zenara's corporate witness testified that ████████████████████████████

---

G. Brittain, *Chapter 7: X-Ray Powder Diffractometry*, *in* PHYSICAL CHARACTERIZATION OF PHARMACEUTICAL SOLIDS 187, 194 (1995). This can result in peaks that are missing or diminished in intensity and ultimately impact identification of polymorphic forms—particularly minor polymorphic forms in a sample.

[106] *See* ZEN_TAF0039729 at -731 (batch record for batch no. █████████████); ZEN_TAF0039735 at -737 (batch record for batch no. █████████████); ZEN_TAF0039741 at -744 (batch record for batch no. █████████████); ZEN_TAF0039747 at -750 (batch record for batch no. █████████████).

███████████████████████████████████████[107]    Therefore, at least from the perspective of the polymorphic characteristics of the API, drug product batch nos. ████████████████████████ ██████████████████████ are consistent with Hikma's proposed ANDA Product.

137.    Additionally, Hikma's ANDA consistently cites data derived from several of these drug product batches, further indicating that these batches are consistent with, and representative of, Hikma's ANDA product.[108]

138.    Each of these batches exhibit the ████████████████ ██████████████.

139.    On or about ████████████, ████████████████████████████ ████████████ ███ ███.[109]    The documents produced by Hikma and Zenara in this matter do not indicate the ███████████████████████████████████████████ ████████████████████████████████████████ ███ ████████ ████████████████████████████████████████ ████████████████████ ██ ████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████[112]

---

[107] *See* Talasila 4/24/2025 Tr. at 180:17–182:16 ("Q. ████████████████████████████████████████ . . . A. Yes.").

[108] *See, e.g.*, ZEN_TAF0000149 at -173 (the quality overall summary, citing data on batch nos. ████████████ and ██████████████); ZEN_TAF0000419 at -453 (the product development report, citing data on batch nos. ██████████████ and ██████████████).

[109] ZEN_TAF0036143 at -171-174.

[110] *See id.* at -173.

[111] *See supra*, ¶ 120.

[112] *See* ZEN_TAF0173181 (email from ██████████████████████; ZEN_TAF0173182 at -226 (slide deck attached to ZEN_TAF0173181 on tafamidis project development, ██████████

140.    The XRPD pattern generated through this testing demonstrates infringement of at least

claims ████████████████████.  The pattern is reproduced below[113]:



141.    The ██████ corresponding to the pattern is reproduced below[114]:

_____

on batch no. ████████████    Talasila 4/24/2025 Tr. at 152:11–155:22 (████████████████
██████████).

[113] ZEN_TAF0036143 at -172.

[114] ZEN_TAF0036143 at -174.



142. ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

143. ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

---

[115] A proper comparison between the claims and experimental data must apply the same level of precision for both data sets. Here, the XRPD claim limitations are recited to the nearest tenth. Therefore, I rounded all XRPD data to the nearest tenth.

[116] I note there is additional intensity ████████████████ ████████.



█████████████████████████████████████. I understand that Hikma

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████ ██████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████████████████████████████

████████████████████[8]  The documents produced by Hikma and Zenara in this matter do not

indicate the ████████████████████████████████████████████████████

████████████████████████████████████████.[119]  Further, as

explained above, ████████████████████████████████ and did not question the

protocol used or the accuracy of the results.[120]  ████████ also incorporated this analysis into an internal

_____

[117] *See* Talasila 4/24/2025 Tr. at 180:17–182:16 ("Q. ███████████████████████████
███████████████████████████████████████████████████████████████
. . . A. Yes."); *see also* ZEN_TAF21278 at -287 (████████████████████████████
████████████████████████████████████████████████████████████");
ZEN_TAF0024715 at -720 (██████████████████████████████████████████
████████.

[118] ZEN_TAF0036614.

[119] *See id.* at -615.

[120] *See supra*, ¶ 120.

presentation ████████████████████████████ providing additional

evidence that ████████████████████████.[121]

145. The ████████████████████████████ demonstrates infringement of at least

████████████████████. The pattern is reproduced below[122]:



146. The ██████ corresponding to the pattern is reproduced below[123]:

---

[121] *See* ZEN_TAF0173181 (email from ██████████████████████); ZEN_TAF0173182
at -227 (slide deck attached to ZEN_TAF0173181 on tafamidis project development, citing
████████ on batch no. ██████████████); Talasila 4/24/2025 Tr. at 152:11–155:22 (██████
██████████████████).

[122] ZEN_TAF0036614 at -616.

[123] *Id.* at -617.



147. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████[124]

148. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

_____

[124] I note there is ███████████████████████████ ████████



is reproduced below[129]:

[125] *See* Talasila 4/24/2025 Tr. at 180:17–182:16; *see also* ZEN_TAF21278 at -287 (confirming to FDA "that the API has                              "); ZEN_TAF0024715 at -720 (

[126] ZEN_TAF0034887.

[127] *See id.* at -889.

[128] *See supra*, ¶ 120.

[129] ZEN_TAF0034887 at -888.



151.    The ▆▆▆▆ corresponding to the pattern is reproduced below[130]:

---

[130] ZEN_TAF0034887 at -890.



152. ████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████ .[131]

153.    Although the ████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████    ███████████████████████

████████████████████████████████████████████████████████████

█████████████████████

---

[131] I note there is ████████████████████████████████████

[132] *See* Talasila 4/24/2025 Tr. at 180:17–182:16; *see also* ZEN_TAF21278 at -287 (confirming to FDA

██████████████████████ ; ZEN_TAF0024715 at -720 (████████████████████████████████████████████

███████████████████████████████████

154. I understand that ███████████████████████████████████████

████████████ ████████████████████████████████████████[133] I have reproduced below

that ████████████████████████████[134]:

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

155. I understand that ████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████"[135] Based on my visual inspection, the ████████████ ████

---

[133] *See* ZEN_TAF0173181 (email from ████████████████████████); ZEN_TAF0173182
at -229 (slide deck attached to ZEN_TAF0173181 on tafamidis project development, citing
████████ on batch no. ████████████); Talasila 4/24/2025 Tr. at 152:11–155:22 (agreeing that the slide deck
████████████████████.

[134] ZEN_TAF0173182 at -229.

[135] *Id.*

c██████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

156.    ██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████    ████████████████████████████████

████████████████████████████████████████████████████████

---

[136] *See* Talasila 4/24/2025 Tr. at 180:17–182:16; *see also* ZEN_TAF21278 at -287 (confirming to FDA
"████████████████████████████████████████████████████████
████████████████████); ZEN_TAF0024715 at -720 (████████████████████████
███████████████████).

[137] ZEN_TAF0036618.

produced generally are consistent with the v█████████████████████  ███████
████████████████████████████████████████████████████████████████████████
███████████████████████████[139]

158.    The ███████████ generated through this testing demonstrates infringement of at least
███████████████████████ The pattern is reproduced below[140]:



159.    The ██████ corresponding to the pattern is reproduced below[141]:

---

[138] *See id.* at -619.

[139] *See supra*, ¶ 120.

[140] ZEN_TAF0036618 at -620.

[141] *Id.* at -621.



160. ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

64

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████

    **2.**    **API Batch No.** ███████████████

162.    Based on my review of ██████████ internal documents, on or around ██████████

████ manufactured batch no. ████████████████ of tafamidis API.[143]  The batch record for

batch no. ████████████████ hows that the batch was synthesized using the process described in

███████████████████████████████████████████████████████[144]

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████ ████████████████████████████████████████████

---

[142] *See* Talasila 4/24/2025 Tr. at 180:17–182:16; *see also* ZEN_TAF21278 at -287 (confirming to FDA ████████████████████████████████████████████ ); ZEN_TAF0024715 at -720 ██████████████████ ).

[143] ZEN_TAF0224074.

[144] *Compare* ZEN_TAF0224074 *with* ZEN_TAF0022646 at -653-662.

[145] *See* Reddy 4/18/2025 Tr. at 256:9–261:10.

[146] ZEN_TAF0000277 at -279.

█████████████████████████████████████████████████████████

████████████████████████[147]  In short, the POSA would conclude that tafamidis API batch

no. ████████████████ is consistent with the tafamidis API used in Hikma's proposed ANDA

Product.

      163.    On or about ████████████████ █████████████████████████████████

no. ████████████████ from ███████[148]  The documents produced by Hikma and Zenara in this matter

do not indicate the precise ████████████ used to perform this analysis, but the methodology details

that were produced generally are consistent with the ████████████████████████████[149]  Further,

as explained above, ███████████████████████████████████████████████████

████████████████████████.[150]

      164.    The ████████████ generated through this testing demonstrates infringement of at least

████████████████████████ The pattern is reproduced below[151]:



[147] *See, e.g.*, ZEN_TAF0000149 at -155 (citing batch no. ████████████████ as representative of
the particle size of ████████████████████; ZEN_TAF0000419 at -439 (citing batch no.
████████████████ in the product development report for Hikma's ANDA product).

[148] *See* ZEN_TAF0036630.

[149] *See id.* at -631.

[150] *See supra*, ¶ 120.

[151] ZEN_TAF0036630 at -632.

632



165.    The ▮▮▮▮▮▮ corresponding to the pattern is reproduced below[152]:

---

[152] *Id.* at -633.



166. ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████. ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████ ██████████████████████

█████████████████

### 3.    ANDA Exhibit Batch

168.    Testing solicited by ███████ and Zenara also shows infringing results for an exhibit batch of the ANDA Product prepared for Hikma's ANDA.

169.    In ████████, Zenara manufactured exhibit batch ████████ of Hikma's proposed ANDA Product, using API GMP scale-up batch no. ████████[153]    On or about ████████ Zenara commissioned an ████████████████████████████.[154]    The documents

_____

[153] *See* ZEN_TAF0049976; ZEN_TAF0022184 at -184.

[154] *See* ZEN_TAF0160971.

produced by Hikma and Zenara in this matter do not indicate the ███████████████
████████████████████████████████████████████████████████████
████████████████████.[155]  Further, as explained above, Zenara generally relied on ███████
███████████████ and did not question the protocol used or the accuracy of the results.[156]

170.    The ████████████ generated through this testing demonstrates infringement of at least
███████████████  The pattern is reproduced below[157]:

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

171.    The ████████ corresponding to the pattern is reproduced below[158]:

---

[155] *See id.* at -972.

[156] *See supra*, ¶ 120.

[157] ZEN_TAF0160971 at -971.

[158] ZEN_TAF0160971 at -973.



172. ████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████

173. ████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████

174.    I understand that one of Zenara's corporate witnesses ███████████████████████ █████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████[159]    I note that these criticisms appear to have been selectively lodged against results showing infringement, and not for any principled reason.  Initially, I note that the criticized data ███████████████████████████████████████████████████

██████ ██████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████ ███████████████ ██████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████[162]    Based on my

---

[159] Talasila 4/24/2025 Tr. at 212:17–220:20.

[160] *Compare* ZEN_TAF0160971 (testing dated June 26, 2023), *with* ZEN_TAF0162382 at -384 (approved July 4, 2023).

[161] *See, e.g.*, Talasila 4/24/2025 Tr. at 194:9–195:16 (███████████████████████████████ ████████████████); Reddy 4/17/2025 Tr. at 26:4–20 (██████████████████████████████████ ████████████████████), 62:25–64:18 (███████████████████████████████████████████████ ██████████████████), 116:22–120:3 (█████████████████████████████████████████████████ ████████████████, 139:8–14 ("Q. ████████████████████████████████████████████████████ ████████████? A. ████████████████████████████████████████████████████████████████ "), 220:10–222:8 ("Q. ████████████████████████████████████████████████████████████ ████? A. No.  Q. ██████████████████████████████████████████████████████████████████ ."); ZEN_TAF0022187 (███████████████████████████████████████████████████████████████.

[162] *See* Reddy 4/17/2025 Tr. at 26:4–20 ("██████████████████████████████████████████ ████."), 62:25–64:18 ("███████████████████████████████████████████████████████████ ██████████████."), 116:22–120:5 (████████████████████████████████████████████████████

review of the data that Hikma has produced, I do not believe any differences b█████████

██████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████

████████████████████████.[163]

175.    Finally, I understand that Plaintiffs requested (but did not receive) █████████

underlying the testing t████████████████████████████████████████████████

██████████████████████████████    Without viewing the ███████████, it is difficult for me to

ascertain the ███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████

████████████████████    ███████████████████████████.

176.    As noted above, *see supra* Section IX.C, I have reviewed the ██████████████

██████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████. Specifically,

what Hikma calls the "██████████████████    ██████████████████████████

██████████████████████████████████. *See, e.g., supra* ¶¶ 140–141, 164–165.  Any differences among

██████████████████████████████████████████████████████████████████████████████

_____

developing the ███████████████), 220:10–222:8 ("Q. ██████████████████████████

██████████████████████████████████").

[163] *Compare* ZEN_TAF0160971 *with* ZEN_TAF0162382 (████████████████████████).

[164] ZEN_TAF0024715 at -718 ("In order to ensure that the ████████████████████

██████████████████████████████████.") (emphasis in original).

Differences between API and drug product ███████████ also suggests the possibility of ████ ████████████████████████████████████████████████ Further, to the extent Hikma later asserts that there are differences or inconsistencies ███████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████████████.

\* \* \*

177.    The ██████████████████████████████████████████████ ████████████████████████ supporting my opinion that Hikma's proposed ANDA Product ████████████████████.

**F.    Hikma's ANDA Permits, and Hikma Expects, ████████████████ in Hikma's ANDA Product**

178.    Consistent with the discussion above, Hikma expects that ████████████████ ██ ██████████████████ will be present in its tafamidis API.  During development of Hikma's ANDA Product, neither ██████████ nor Zenara analyzed ██████████████████████████ of ████████████████████████ Hikma's tafamidis product.

179.    For example, on February 23, 2024, FDA issued a Complete Response Letter stating that it "██████████████████████████████████."[165]  Among other things, FDA observed the following:



We acknowledge that you provided the

---

[165] ZEN_TAF0024661 at -661.

### 1.    Raman Testing

213.    I analyzed the samples using Raman microscopy[218] in point focus mode on a Renishaw Qontor Microscope using a 785 nm laser and Renishaw Centrus 2957P5 detector.  A 1200 line/mm grating was used and a slit opening of 50 μm to achieve a resolution of approximately 1 cm$^{-1}$.  I calibrated the instrument using an internal silicon standard before each day's collection.

214.    I analyzed the Raman data using a software program called WiRE, which is commonly used to process and analyze raw Raman data.  Using parameters generated by the default whole pattern thresholding algorithm for each spectrum, WiRE automatically identified the ████████████ ███████████████████████████████████████████████████████████ ████████████████████████

215.    Automatic peak picking using a simple peak picking algorithm can be less accurate where multiple peaks are overlapping.  Overlapping peaks can cause the true peak position to appear shifted, especially when the peak being identified is smaller than its neighbors.  In such instances, a standard practice is to use fitting to accurately identify peak locations. [219]   In each of the experimental

---

[218] Raman microscopy is a type of Raman spectroscopy that that relies on use of a microscope to increase spatial resolution and collect spectra from more regions of a sample.  Raman microscopy is particularly well-suited for analyzing drug products, inasmuch as it allows for isolation of the Raman spectra for the API.

[219] *See, e.g.*, Xueyin Yuan and Robert A. Mayanovic, *An Empirical Study on Raman Peak Fitting and Its Application to Raman Quantitative Research*, 71(10) APPLIED SPECTROSCOPY 2325 (2017) ("Fitting experimentally measured Raman bands with theoretical model profiles is the basic operation for numerical determination of Raman peak parameters."); David Tuschel, *Peak Shape and Closely Spaced Peak Convolution in Raman Spectra*, 36(9) SPECTROSCOPY 2 (2021), available at https://www.spectroscopyonline.com/view/peak-shape-and-closely-spaced-peak-convolution-in-raman-spectra ("Those who perform Raman spectroscopy know that acquiring a Raman spectrum is only the first step. What follows is often a detailed analysis of the individual peaks that make up the spectrum. The analysis step is usually performed using the spectral analysis and processing software provided by the vendor of the Raman instrument or a more general scientific data analysis software package.").



217.    A white paper published by Thermo Fisher Scientific describes a similar fitting procedure, albeit for a different Raman analysis software, and demonstrates the value of fitting when dealing with overlapping Raman shift peaks.[222]

218.    A proper comparison between the claims and my experimental data must apply the same level of precision for both data sets.  Here, the Raman claim limitations are recited to the nearest whole number.  Therefore, I rounded all experimental Raman data to the nearest whole number.

### a.    Raman Analysis of API Batch ███████

219.    ████████████████████████████████████████████
████████████████████

---

[222] Michael Bradley, *Application Note 50733: Curve Fitting in Raman and IR Spectroscopy*: *Basic Theory of Line Shapes and Applications*, THERMO FISHER SCIENTIFIC (2007), https://assets.thermofisher.com/TFS-Assets/CAD/Application-Notes/AN50733_E.pdf.

1. ***Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole, wherein said crystalline form has an analytical parameter selected from the group consisting of . . . a Raman spectrum comprising a Raman shift peak (cm-1) at 1292±2.***

220.   Based on test results, ███████████████████████████████████

███████████████████████████████████████████ As discussed above and

depicted below, I relied on curve fitting to properly position the peak at ████████████

██████████. Applying that method, I saw a Raman shift peak at ████████████

██████████████.

**Figure 1 – ████████████ (XIX-1.1) Raman Scan with Fitting**



221.   To demonstrate the importance of fitting in this instance, I also generated a fit spectrum

████████████████████████ The fit for that theoretical spectrum was worse, based on

both a visual comparison of the experimental and theoretical spectra (the red and dark green spectra,

respectively) and based on the obtained $\chi^2$ values.  The POSA would recognize that these results confirm

the appropriateness of the peak fitting approach and the robustness of concluding that a Raman peak is

present at ████████

100

**Figure 2 -** ███████████ **(XIX-1.1) Raman Scan with** ██████████ ███████



222.    The presence of other ████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████ ████████████████████████████.

**Figure 3 – ███████ (XIX-1.4) Raman Scan**





223. ██████████████████████████████████

████████████████████████

224. ██████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████ ███████████████████████████████

██████████████████████████████████████

█████████████████████████████████████[3]

---

[223] ██████████████████████████████████████ The purpose of
the fitting, described above, is to properly position the shoulder peak around
███████████████████████████████

103

**Figure 4 –  (XIX-1.1) Raman Scan**



225. ████████████████████████████████████████████████████

████████████████████████████████████████████████ The POSA would interpret these results as suggesting that █████████████████ was simply below the detection limit. ███████████████████████████████████████████████ ████████████████████████████████████. Additionally, as seen in the '441 patent, the peak at 869±2 in Form 1 (which has all the Raman peaks recited in the claims) is a weak peak, especially as compared to the other Raman peaks recited in the claims. *See* '441 patent, Figs. 5 and 6. ██████████████████████████████ I have annotated below Figure 5 of the '441 patent using arrows to indicate the relative positions and intensities of the Form 1 Raman peaks recited in the claims.



FIG. 5

b.    **Raman Analysis of API Batch** ▮▮▮▮▮▮▮

226.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

> *1.  **Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-
> benzoxazole, wherein said crystalline form has an analytical parameter
> selected from the group consisting of . . . a Raman spectrum comprising
> a Raman shift peak (cm-1) at 1292±2.***

227.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. As discussed above and

depicted below, I relied on curve fitting to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮

105

███████████████ ██████████████████████████████████████████████ ███
████████████████

**Figure 5– ███████████ (XIX-1.5) Raman Scan**



228.    To demonstrate the importance of fitting in this instance, I also generated a fit spectrum

████████████████████████████████ █████████████████████████████████████

████████████████████████████████████████████████████████████████████████

███████████████████████████ █████. The POSA would recognize that these results confirm

the appropriateness of the peak fitting approach and the robustness of concluding that ███████

██████████████

**Figure 6 -** ███████ **(XIX-1.5) Raman Scan w**███████████.



229. ██████████████████████████

██████████████████████████████████

████████████████████████ █████████████

██████████████████████████████████

████████████ █████████████████

**Figure 7 – ███████ (XIX-1.5) Raman Scan**



230. ██████████████████████████████████

██████████████████████████1.

231. ██████████████████████████████████

████████ ██████████████████████████████

██████████████████████████████████████

████████ █████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████

**Figure 8 –** ████████ **(XIX-1.5) Raman Scan**



232.   ██████████████████████████████████████████████

██████████████████████████████████████████████ The POSA

would interpret these results as suggesting that the ████████████ was simply below the

detection limit.  ███████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████

233.   ██████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████

c.    **Raman Analysis of API Batch** ████████

234.    ████████████████████████████████████████████

████████████████████████

1.    ***Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole, wherein said crystalline form has an analytical parameter selected from the group consisting of . . . a Raman spectrum comprising a Raman shift peak (cm-1) at 1292±2.***

235.    ████████████████████████████████████████████

████████████████████████████████    As discussed above and

depicted below, I relied on curve fitting to properly position the peak at ████████

████████████████████████████████████████████

████████████████

**Figure 9 –** ████████ **(XIX-1.8) Raman Scan**



236.    To demonstrate the importance of fitting in this instance, I also generated a fit spectrum

assuming ████████████████████. ████████████████████████

████████████████████████████████████████████

110

██████████████████████████ ██████. The POSA would recognize that these results confirm

the appropriateness of the peak fitting approach and the robustness of concluding ███████████

████████████

**Figure 10 - ███████ (XIX-1.8) Raman Scan with ████████████**



237.     ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████ ████████████████████

**Figure 11 - ████████ (XIX-1.8) Raman Scan**



238. ████████████████████████████████████

████████████████████████

239. ████████████████████████████████████

████    ██████████████████████████████

████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

**Figure 12 - ███████████ (XIX-1.8) Raman Scan**



240.    ██████████████████████████████████████

███████████████████████████████████████████ The POSA
would interpret these results as suggesting ██████████████ was simply below the
detection limit. ███████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████

241.    ██████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

\*       \*       \*

242. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████ ████████████████████

████████████████████████

**d.    Raman Analysis of Drug Product Batch** ████████

243. ████████████████████████████████████████

████████████████████

> *1.    Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole, wherein said crystalline form has an analytical parameter selected from the group consisting of . . . a Raman spectrum comprising a Raman shift peak (cm-1) at 1292±2.*

244. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

245.    One common way to analyze a heterogeneous sample is to systematically scan over the sample in an X-Y grid and collect a spectrum at each point (this is sometimes referred to as a Raman map). This can yield thousands of spectra.  To keep collection times reasonable when collecting so many spectra it is typical to look at one fixed spectral region that is smaller than the whole Raman spectrum and to collect each spectrum for just a few seconds. The former point means that not all

---

[224] *See* Talasila 4/24/2025 Tr. at 180:17–182:16 ("Q. ████████████████████████████

. . . A. Yes."); *see also* ZEN_TAF0021278 at -287 (confirming to FDA ██████████

████████████████████████████████████████████████████████████████);

ZEN_TAF0024715 at -720 (████████████████████████████████████████

████████).

characteristic peaks will be found if they occur outside the window. The faster speed of collection limits achievable signal-to-noise, which can impact the ability to observe weaker peaks.

246.    For each of the drug product samples, I conducted this type of Raman mapping analysis, which confirms that the samples comprise a Raman shift peak at ███████.

**Figure 13 - █████ (XXIII-1.5) █████ Raman Scan**



**Figure 14 - █████ (XXIII-1.5) █████ Raman Scan**

**Figure 15 - ▮▮▮ (XXIII-1.5) ▮▮▮ Raman Scan**



**Figure 16 - ▮▮▮ (XXIII-1.5) ▮▮▮ Raman Scan**

*2.*

247.

248.   As shown in Figure 17, ██████████████████████  ████████████

████████████████████████████  ███████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████

**Figure 17 – ██████████ (XXIII-1.4) Raman Scan**



249.   I collected and examined Raman mapping data, reported above at Figures 13 to 16. ▌

█████████████████████████████████

250.   I also investigated whether ███████████ included any of the Raman shift peaks

███████████████. ███████████████████████████████████████████

███████████████████████

**Figure 18 – ██████ (XXIII-1.4) Raman Scan**



251.    The POSA would interpret these results as suggesting that ████████

████████████████    ████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

██████

252.    ██████████████████████████████

████████████████████████████████  ████████

████████████████████████████████

██████

    e.    **Raman Analysis of Drug Product ████**

253.    ████████████████████████████████

████████████████████

1. ***Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-benzoxazole, wherein said crystalline form has an analytical parameter selected from the group consisting of . . . a Raman spectrum comprising a Raman shift peak (cm-1) at 1292±2.***

254. ███████████████████████████████████████████████████

████████████████████████████████████ As discussed above and depicted

below, I relied on curve fitting to properly position the peak at ████████████████

████████████████████████████████████████████████████

██████

**Figure 19 – ████████ (XXIII-2.6) Raman Scan**



255. To demonstrate the importance of fitting in this instance, I also generated a fit spectrum

assuming ████████████████. █████████████████████████

████████████████████████████████████

██████████████████ The POSA would recognize that these results confirm

the appropriateness of the peak fitting approach and the robustness of concluding that a ████████

████████████

119

**Figure 20 - ▮▮▮▮ (XXIII-2.6) Raman Scan with No Fitting at ▮▮▮**



*2.* ▮▮▮▮▮▮▮▮▮▮

256. ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

**Figure 21 -  (XXIII-2.6) Raman Scan**



257.    As shown in Figure 21, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

and automatically selected by the WiRE program. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



258.    I conducted the type of Raman mapping analysis described above, *see supra* ¶ 245, and found ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I have presented this data below.

**Figure 22 –** ▇▇▇ **(XXIII-2.7)** ▇▇▇ **Raman Scan**



**Figure 23 –** ▇▇▇ **(XXIII-2.7)** ▇▇▇ **Raman Scan**

**Figure 24 –** ███████ **(XXIII-2.7)** ███████ **Raman Scan**



259.   I also investigated whether ███████████ included any of the ███████████ ████████████ ████████████████████████████████ ██████████████████

**Figure 25 –** ███████ **(XXIII-2.6) Raman Scan**

260.  The POSA would interpret these results as suggesting ███████████████████
was simply below the detection limit. ███████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████

261.  ████████████████████████████████████████████

████████████████████████████████████████████ ███████████████████

████████████████████████████████████████████████████████

██████████████

f.     **Raman Analysis of Drug Product Batch** ████████████

262.  Based on the results of my own testing, ████████████████████████████

██████████████████████████████

1. ***Claim 1: A crystalline form of 6-carboxy-2-(3,5-dichlorophenyl)-
benzoxazole, wherein said crystalline form has an analytical parameter
selected from the group consisting of . . . a Raman spectrum comprising
a Raman shift peak (cm-1) at 1292±2.***

263.  █████████████████████████████████████████████████████████

████████████████████████████████████████████  As discussed above and depicted

below, I relied on curve fitting to properly position the peak at ████████████████████

████████████████████████████████████████████████ █████████████████████

████████

**Figure 26 –** ███████ **(XXIII-3.2) Raman Scan**



264.    To demonstrate the importance of fitting in this instance, I also generated a fit spectrum assuming ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████ ██████ The POSA would recognize that these results confirm the appropriateness of the peak fitting approach and the robustness of concluding that ███████████ ██████████████ █

**Figure 27 –** ███████ **(XXIII-3.2) Raman Scan with No Fitting at** ██████



125

*2.* █████████████████████████████

265.    ████████████████████████████████

████████████████████████████████

**Figure 28 – █████████ (XXIII-3.2) Raman Scan**



266.    As show in Figure 28, the ████████████ ███████████ are readily visible and automatically selected by the WiRE program. █████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

███████████████████████████████████████████████████

██████

267.    Continuing my investigation, I collected and examined Raman mapping data, consistent with the explanation provided above, *see supra* ¶ 245, and found ████████████████████ ████████████████████ .

**Figure 29 – ████████ (XXIII-3.7) ████████ Raman Scan**



**Figure 30 –** ▮▮▮▮▮ **(XXIII-3.7)** ▮▮▮▮▮ **Raman Scan**



268.    I also investigated whether ▮▮▮▮▮▮ included any of the Raman shift peaks ▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮

**Figure 31 –** ▮▮▮▮▮ **(XXIII-3.2) Raman Scan**

269.    The POSA would interpret these results as suggesting that ▮▮▮▮▮▮ was simply below the detection limit. ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in Hikma's tafamidis API.

Additionally, as seen in the '441 patent, the peak at 869±2 in Form 1 (which has all the Raman peaks recited in the claims) is a weak peak, especially as compared to the other Raman peaks recited in the claims.  *See* '441 patent, Figs. 5 and 6; *supra* ¶ 225. ███████████████████████████████
████████████████████

270.  ████████████████████████████████████████████████
██████████████████████████████████████ ██████████████████
█████████████████████████████████████████████████████████████
███████████████

\* \* \*

271.  In summary, drug product exhibit batches ██████████████████████
████████████████  Because the drug product exhibit batches are representative of Hikma's proposed ANDA Product, in my opinion, Hikma's proposed ANDA Product ████████████████
████

272.  I understand that neither ███████████ nor Hikma's ANDA require the ██████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████

Product would be prescribed by at least some doctors and taken by at least some patients, ██████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████

     300.     Thus, in my opinion, Hikma induces and contributes to i████████████████ of the

'441 patent.

## X.     CONCLUSION

     301.     For the reasons above, it is my opinion that ████████████████████████

████████████████████████

Dated: June 27, 2025

Adam Matzger Ph.D.

143

# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>    Defendants. | C.A. No. 23-879 (GBW) (CJB) CONSOLIDATED<br><br>**CONFIDENTIAL** |

**REPLY EXPERT REPORT**
**OF ADAM MATZGER, PH.D.**
**<u>AS TO HIKMA PHARMACEUTICALS</u>**

**TABLE OF CONTENTS**

I.    The Person of Skill in the Art and Dr. Steed's Credentials .................................3

II.   My ███████████████████████████████████████████...........5

III.  Documents Produced by Hikma and its Predecessor-in-Interest Establish
      Infringement of the Asserted Claims ...............................................................15

      A.    Hikma Lacks Control of ████████████ of Its Tafamidis API .................15

            1.    Hikma's Tafamidis API is Exposed to ██████████ ████
                  ████.................................................................................16

            2.    Hikma's Tafamidis API is Manufactured According to a Process
                  that Yields ███████████████, Including
                  ██████████████████████████████████.................20

      B.    Hikma's Testing Shows ████████████████ by Exhibit
            Batches of its Tafamidis API and ANDA Product ...............................30

            1.    XRPD Analysis of API Exhibit Batches Establishes ████████
                  ████████████.................................................................30

            2.    XRPD Analysis of Drug Exhibit Batches Establishes ████████
                  ████████████.................................................................35

      C.    Hikma's Late-Breaking Amendment to its ANDA Does Not Ameliorate
            These Issues .........................................................................................38

IV.   My Raman Testing Establishes ████████████████████████
      Notwithstanding Dr. Steed's Criticisms ...........................................................41

      A.    The Raman Analysis Techniques Described in my Opening Report are
            Standard and Commonly Applied ..........................................................41

            1.    Raman Spectroscopy...................................................................42

            2.    Raman Mapping..........................................................................44

            3.    Peak-Picking Algorithm.............................................................48

            4.    Deconvolution............................................................................49

            5.    Order of Operations ...................................................................52

B.      My Opening Report Explains How Hikma's ANDA Product Infringes the
        Asserted Claims ...................................................................................53

        1.      Hikma's Tafamidis API ...............................................................54

        2.      Hikma's ANDA Drug Product....................................................56

C.      Dr. Steed's Criticisms of My Raman Methodology Are Misplaced....................59

        1.      It Is Not Illogical to Find ███████████████████
                ███████ ...................................................................................59

        2.      My Raman Spectroscopy Method Is Consistent with the '441
                Patent.........................................................................................59

        3.      I Provided Ample Documentation of My Raman Data Collection
                and Analysis ..............................................................................70

D.      Dr. Steed's Criticisms of My Data Analysis Are Misplaced .................................75

        1.      The POSA Would Not Blindly Rely on Peak-Picking Software or
                Visual Inspection in Ascertaining the Presence and Location of
                Peaks .........................................................................................75

        2.      My Baseline Correction and Deconvolution of Raman Data from
                Hikma's ANDA Product Were Scientifically Sound................................78

        3.      My Rounding Is Consistent With Scientific Practices............................112

        4.      █████████████████████████████, Not
                Noise ........................................................................................114

        5.      Dr. Steed Mistakes the Standard for Infringement .................................120

        6.      Raman Testing by ████ Does Not Undermine My Infringement
                Analysis.....................................................................................122

        7.      Dr. Steed Fails to Rebut the ██████ Identified in my Opening
                Report Associated with ████████████████████...............124

V.      No Aspect of My Analysis Indicates that the Asserted Claims are Indefinite................127

ii



**Figure 5.** Raman images of the entire section of the generic tablet.



**Figure 2.** Raman images of the coating region and core of the generic tablet.



**Figure 4.** Raman spectra of the layer 4 of the generic tablet.

102.    The POSA would have understood that Raman mapping is a particularly effective technique for analyzing mixtures of polymorphic forms, because within a given crystalline substance, some particles can be in one polymorphic form, while others may be in another

polymorphic form.[141]  Raman mapping enables analysis of the polymorphic form of individual particles, thereby providing more granular detail on the sample than can be achieved by other techniques.  In one prominent example, Raman mapping was "utilized to analyze pharmaceutical tablets containing a low concentration (0.5% w/w) of active pharmaceutical ingredient (API)" and "Raman mapping was demonstrated capable of detecting in the tablet matrix as little as 10% form conversion of the low-dosage (0.5% w/w) API[.]"[142]

103.    The POSA would have understood—and employed—Raman mapping in ascertaining whether the claimed Raman shift peaks are present.  As explained immediately above, literature from even before the priority date demonstrates that Raman mapping was a common technique used to analyze polymorphic mixtures.

104.    In the analysis that I performed, for



As a result, peaks that might not be picked by automated peak picking software or a visual inspection of a Raman point spectra would now be picked up.

Shown below is a figure illustrating my point:

---

[141] *See, e.g.*, Mark J. Henson & Lin Zhang, *Drug Characterization in Low Dosage Pharmaceutical Tablets Using Raman Microscopic Mapping*, 60 Appl. Spectrosc. 1247, 1247 (2006);  David Tuschel, *Raman Spectroscopy and Polymorphism*, 34(3) SPECTROSCOPY 10, 16 (2019) ("Tuschel 2019") ("One may find, even on a scale of only a few micrometers, mixtures of crystalline phases.").

[142] Henson 2006 at 1247.



### 3.     Peak-Picking Algorithm

105.     Portions of the spectrum where the signal is particularly intense can be referred to as "peaks" or "bands." Many software programs for analyzing Raman spectra include an algorithm that attempts to "pick" the locations of peaks on a spectrum.[143] Sometimes, determining the existence and location of a peak will be relatively straightforward, in which case, further analysis

---

[143] Opening Rep. ¶¶ 213–215.

spectrum, clicking any point on the spectrum where a peak appeared to be present.[159]  The WiRE

software then ran a fitting algorithm, automatically moving around and resizing peaks until it

identified peak locations and sizes that fit the reported spectra.[160]

119.    As explained in my Opening Report, via curve fitting, I ascertained the presence of

███████████ ████ ██████ █████████████████████████ of Hikma's tafamidis API.[161]  I also

ascertained the presence of additional ████ █████████████████████████████.[162]

### 2.    Hikma's ANDA Drug Product

120.    I first conducted a Raman analysis of all three batches of Hikma's ANDA drug

product, and, as with Hikma's tafamidis API, analyzed the data using WiRE.  As with Hikma's

tafamidis API, █████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████ ████████ (spectrum no. XXIII-2.6),

with the region of interest highlighted.[163]

---

[159] Opening Rep. ¶ 215.

[160] Opening Rep. ¶ 215.

[161]  Opening  Rep.  ¶¶ 220,  227,  235.   For  two  of  the  batches,  the  software  placed  █████
████████████████████████████████████████ ████, consistent
with the '441 patent's recitation of Raman peak shifts as whole numbers.  I further explain and
justify this choice below.

[162] Opening Rep. ¶¶ 222–223, 229–30, 237–238.

[163] Opening Rep. Fig. 21.



121.    I therefore performed the same deconvolution procedure described above on each spectrum.  For batch nos. ████████ and ████████, via this deconvolution procedure, I ascertained the presence of ████████ ████ ████, ████████████████████████████████████████ ████ in the ANDA product.[164]

122.    I then analyzed all three batches of Hikma's ANDA product using Raman mapping. As explained in my Opening Report, Raman mapping relies on the same technology as Raman spectroscopy, but involves the collection of Raman spectra (or "Raman maps") across a two-dimensional sample to analyze different particles separately.[165]

123.    For each exhibit batch of Hikma's ANDA product, I performed Raman mapping to investigate the presence of crystalline particles that that contained a crystalline form of tafamidis with the claimed Raman shift peaks.  I identified ████████████ in batch no. ████████ which

---

[164] Opening Rep. ¶¶ 254, 263.

[165] Opening Rep. ¶ 245.



166.    It was well known in the art before the priority date (and remains well known today) that, in the presence of multiple overlapping peaks, to accurately determine the position of each peak, deconvolution should be employed.  Freeman 2008, for example, notes that "[b]ecause of the overlap of the three [principal] Raman bands in [a given spectrum], *the exact positions of the peaks are best determined by peak deconvolution . . . .*"[241]  Wopenka 2008 similarly describes a peak in a particular Raman spectrum, and notes that "[e]ven though this band is small and only appears as a shoulder on [an adjacent peak] in the raw spectrum . . ., *it can be resolved unambiguously via peak deconvolution . . . .*"[242]

167.    As noted above and in my Opening Report, I analyzed the Raman data I collected using the software program WiRE.  Renishaw, the manufacturer of my Raman instrument, provides a manual for using WiRE to analyze Raman spectra, including performing deconvolutions of overlapping peaks.  The manual describes curve fitting as follows:

> Curve-fitting calculates highly accurate values for simple, single bands but also for complex band systems where there may be two, three or more bands that overlap . . . .  To fit a curve to a band or

---

[241] Freeman 2008 at 1491 (emphasis added).

[242] Wopenka 2008 at 1287 (emphasis added).

series of bands, select **Analysis…Curve fit** to open the Curve fit window, zoom in to a region that contains the band and some baseline data either side . . . .  Use the mouse to position the approximate centre of the band.  Click to add the band and repeat for the centres of other bands if part of a system of bands . . . .  Select 'Start Fit' from the context menu to fit the added curves to the data. The algorithm will perform many iterations until the best fit has been achieved.[243]

168.    The following diagram illustrates how the curve-fitting procedure can identify numerous peaks that contribute to a band of signal in a Raman spectrum.[244]



169.    As explained in my Opening Report, I performed exactly the procedure laid out in the manual in conducting my curve fitting: after correcting the baseline as described above, I "indicated all potential peak positions based on a visual inspection, *i.e.*, I approximately marked what appeared to be the true position of overlapping peaks."  I then instructed the software to

---

[243] Renishaw (PFZ04170274) at -0285–-0286.

[244] *Id*. at -0285.

"r[u]n a fitting procedure, . . . moving and resizing each modelled peak and minimizing the difference between the theoretical and experimental spectra."[245]

170.    The WiRE software uses a statistical metric called "chi-square" or "$\chi^2$" to measure the similarity between a projected and actual spectra.  Put another way, the $\chi^2$ is a measure of "fit" of the theoretical spectra.  Generally, a lower $\chi^2$ value signals a better fit to the overall spectrum, and the software attempts to minimize the $\chi^2$ value as it tests different permutations of peak positions and sizes during the fitting procedure.

171.    However, while the $\chi^2$ value is an important metric, it is also important to consider at least two other qualities when evaluating the results of a curve-fitting procedure.  <u>First</u>, it is important to observe how well the projected spectrum matches the experimental spectrum in the area of interest.  Consider, for example, Figure F in Dr. Steed's report: while the overall $\chi^2$ value is relatively low, there is an obvious mismatch between ███████████████████████████████
████████████████████████████████████████████████████████████████.[246]

---

[245] Opening Rep. ¶ 215.

[246] Steed Rep. Fig. F (excerpted).

## Deviations between experimental and projected curves



Thus, it is clear from a visual inspection that the simulated and experimental curves do not match in this window and therefore a reliable peak position cannot be extracted from the fit.

172.   <u>Second</u>, it is important to evaluate the peaks the software has identified, and ascertain whether they are of a number and shape consistent with typical Raman peaks.  For example, it is possible to create a good fit for almost any spectrum simply by placing a very large number of peaks, which the software can then use to exactly match the experimental data, but such spectra are "totally meaningless to interpretation – some of the peaks may have no source in reality."[247]  In the following spectrum, for instance, the curve-fitting procedure has obtained a good

---

[247] Bradley 2007 (PFZ04170123) at -0126.

match from a mathematical perspective, but the peaks are unlikely to indicate anything about the material's actual structure.[248]



173.    The POSA would further understand that Raman peaks tend to exhibit particular shapes, sometimes described as Gaussian and Lorentzian.  The primary difference between these shapes are the relative breadth of the peaks in their lower halves; however, as shown below, both Gaussian (red) and Lorentzian (blue) peaks tend to emerge naturally from the baseline.[249]

---

[248] *Id.*

[249] Tuschel 2021 at 3 (indicating that the Gaussian peak is red and the Lorentzian peak is blue).



174.    Dr. Steed's deconvolutions again present a case in point.  Consider Figure H in his

report, in which Dr. Steed attempts to show that ███████████████ █████████████████████

███████████████████████    Although the $\chi^2$ value is indeed plausible, the spectrum

has obvious problems, ██████████████████████████████████████

███████████████████████████████ ███████████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

---

[250] Steed Rep. Fig. H.



175.    As explained in my Opening Report, in addition to deconvoluting the Raman spectra I obtained for Hikma's tafamidis API and ANDA product exhibit batches via curve fitting, I also analyzed the results "by comparing the theoretical and experimental spectra."[251]  This was the basis for my determination that, for each of the spectra presented, Hikma's tafamidis API or ANDA product exhibited ▮▮▮▮ ▮▮▮▮ ▮▮▮ ▮▮▮▮.  Dr. Steed attempts to discredit this conclusion, but, as explained in the following section, his critiques are unpersuasive.

**b.    Dr. Steed Fails to Undermine My Specific Peak Deconvolutions**

176.    Dr. Steed's first and principal criticism of my Raman analysis is that I somehow manipulated the curve fitting procedure to ensure a ▮▮▮▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮.  Dr. Steed claims that "[i]n a curve fitting process, the operator manually selects positions where they believe a peak occurs and there is then a computational refinement procedure that attempts to obtain the best fit of these hypothetical initial peak positions to the experimental data."[252]  To the extent Dr. Steed suggests that a curve-fitting procedure will simply change the size and shape of the peaks the operator has originally placed, I disagree; as noted, the procedure also *moves* peaks,

---

[251] Opening Rep. ¶ 215.

[252] Steed Rep. ¶ 112.

present or not,"[260] performing a curve fitting based on the initial peak locations above should yield a peak at or around ███████. But of course, it does not; instead, consistent with my explanation above, it optimizes the size and location of the peaks, ████████████ ████████ is moved to ████████████████████████████████. This example shows that Dr. Steed's description of curve fitting is inaccurate.



*Spectrum No. AJM-XIX-1.1 after deconvolution procedure –* ██████ ████████

181.    Dr. Steed's interpretation of my report is based on my statement that I "relied on curve fitting to properly position the peak ██ ██████."[261] In context, however, this statement means only that in the *initial step* of curve fitting, I positioned a ████████████████████ ████, based on my visual inspection of each spectrum that showed signal in the area. I did not force the software to place a peak at any specific location via curve fitting—I simply suggested potential locations based on where the signal above noise appeared visually as the process requires, which the software then maneuvered to find a good fit. As indicated by Bradley 2007, a reference

---

[260] Steed Rep. ¶ 111.

[261] *See, e.g.*, Opening Rep. ¶ 227.

on which Dr. Steed relies, "fit routines can 'move' peaks *a substantial distance*" to obtain a better fit.[262]

182.    Dr. Steed next attempts to discredit my deconvoluted spectra by re-analyzing my data.  Dr. Steed's method, as explained in his report, was to ███████████████  ██ ██), ████████████████████████████  ██████, and then attempt to obtain a lower $\chi^2$ value than the corresponding spectrum in my report.[263]  Thereafter, Dr. Steed conducted a second analysis incorporating ███████████  ████████  ████████  ████████.[264]

183.    Initially, as I explained above, to perform a deconvolution procedure, it is necessary first to remove the baseline, and the figures in Dr. Steed's report show that Dr. Steed has done so.[265]  However, Dr. Steed offers no detail at all on baseline removal procedure (unlike my Opening Report, which explains that I corrected the baseline using a second-order polynomial).[266]  This makes it impossible to recreate Dr. Steed's procedure or determine if the baseline correction was appropriately carried out.  This is critical, as over- (or under-) correcting the baseline can unduly cause peaks to shift in position.  As a general rule, the lowest order polynomial that accounts for the baseline should be used.[267]

---

[262] Bradley 2007 (PFZ04170123) at -0126 (emphasis added).

[263] *See, e.g.*, Steed Rep. ¶¶ 116–117.

[264] *See* Steed Rep. ¶¶ 116–117.

[265] *See supra*, § IV.D.2.a.

[266] *See* Opening Rep. ¶ 215.

[267] *See* Qian 2017 at 202. ("Higher order polynomial fitting may estimate some spectral information as background and can be affected by high frequency noise synchronously.").

184.    Dr. Steed also does not explain why he selected a ██████ ████████. He admits that he does "not think that there necessarily is a █████████████ ████████," [268] and unlike the vicinity of ████████, the vicinity of ████████ does not show clear signal that is not readily attributable to adjacent peaks. [269]



---

[268] Steed Rep. ¶ 117.

[269] Opening Rep. Fig. 3 (highlighting added).



185.    Dr. Steed's introduction  of a ███████████[1] fails to discredit my deconvolution

analysis.  Compare, for example, Figure 1 from my Opening Report and Figure F from Dr. Steed's

report, which reflect the same underlying Raman data (spectrum XIX-1.1).

**Figure 1 – 6045/1/001/22 ████████ Raman Scan with Fitting**





**Figure F. Curve fitting for spectrum XIX-1.1 introducing** ██████████ **instead of** ██████ .

186.    Dr. Steed's analysis suffers from myopic reliance on the overall $\chi^2$ without any analysis of fit in the region of interest.  Irrespective of the $\chi^2$ value reported in Dr. Steed's report, the fit in Figure F is obviously a poor match for the experimental spectrum in the area around ██ ██ .  There is a clear visual mismatch between the experimental spectrum (in bright red) and the projected spectrum (in dark green), as shown in the expanded excerpt below.

## Deviations between experimental and projected curves



187.     By contrast, below, I reproduce an excerpt of my fit from Figure 1.  As the excerpt shows, the fit in the area of interest is far better in my spectrum than in Dr. Steed's; indeed, there is virtually no difference between the projected and experimental spectra.[270]



188.     Dr. Steed complains that the fit in Figure 1 of my Opening Report is anomalous because ██████████████ ████████████████████████████████████ ██████████████████████████████[271]  I disagree with Dr. Steed that this "indicate[s] a poor fit": what indicates a poor fit is an obvious mismatch between the theoretical and experimental spectrum, which is true of Dr. Steed's Figure F, while a good fit is one that, like the fit in Figure 1 of my Opening Report, consists of a theoretical spectrum that closely aligns in shape and location with the experimental spectrum.  ████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

---

[270] Opening Rep. Fig. 1 (excerpt).

[271] Steed Rep. ¶ 114.

███████████████████████████████████████████ █

███████████████████████████████████████████

███████████████████████████████████████████

██████████

189.    ███████████████████████████████████████

███████████████████████████████████████████

████████████████████████ ████████████████████████

████████████████████████████████████ ██ ████████████

███████████████████████████████████████████

███████████████████████████████████████████



All of these qualities reinforce my confidence that my spectrum reflected in Figure 1 of my report is a far more realistic deconvolution than Dr. Steed's spectrum in Figure F. This is particularly true in light of Dr. Steed's baseline correction, which he does not describe.

190.    Perhaps realizing his poor fit in the region of interest, Dr. Steed then attempts a second fit for the same data in Figure G, in which he incorporates both a ██████████ ██████ *and* a ████████████████████[273] But once again, he fails to describe the baseline and/or other

---

[272] Steed Rep. Fig. F (highlighting added to excerpt).

[273] Steed Rep. ¶ 118.

manipulations he applied to the data. The position of the resulting ████  ██████████ is undoubtedly affected by the baseline correction he has applied, as demonstrated by my analysis in ¶¶ 193-197 below, which reproducibly shows a ██████████ █████ ██████.

191.    For each of my remaining spectra of Hikma's tafamidis API, Dr. Steed has first created an alternative curve fit based on a ████████████████████ ███████, and next created a second alternative curve fit with █████████████████ █ █████████████ ██. Similar problems plague each of these spectra.

192.    Figure H, which is a re-analysis of the data presented in Figure 5 of my Opening Report, introduces a ███████████████ ███████ that appears to be ███████████████ ██████████████████████████████████████████████████████████ ███████████████████ And, as revealed in the expanded excerpt presented below, the projected curve is a very poor fit for the area of interest in the proximity of ███████[274]

---

[274] Steed Rep. Fig. H (highlighting added).



216.    Dr. Steed does not attempt to specifically address any of the other spectra I obtained via mapping, except to dismiss the ████████ ██████████████████████████████ ████████ ████████████████████.″[303]  Dr. Steed offers no principled explanation for how to distinguish a "noise spike" from a peak, even though the software itself distinguished the signal from noise and indicated a peak was present in those locations.  But even setting aside the spectrum for Particle 1 of batch no. ████████, the spectra for the remaining particles ████████████ ████████████ ████ ██████ (and in other areas of interest). Dr. Steed does not offer any other specific criticism related to those spectra.

217.    Perhaps recognizing that his critiques of the spectrum for Particle 1 of batch no. ████████ do not readily apply to these spectra, Dr. Steed instead makes two general points about Raman mapping, neither of which undermines my analysis.  First, Dr. Steed argues that there is no reason to use Raman mapping in the first place because there is no evidence that Hikma's

---

[303] Steed Rep. ¶ 151.

ANDA product is ████████████████████████.[304]  I disagree for reasons I have already explained: ███████████████████████████████████████████████ ██████████████████████, but Raman mapping is a well-known technique designed to *explore* the possibility of structural inhomogeneity, so it makes no sense to demand pre-existing evidence of inhomogeneity before applying the technique.[305] ████████████████ ████████████████████████████████████████████████████████ ██████████████████████████ Put another way, he does not meaningfully dispute that these particles possess the ████████ ████ he just complains that I should not have applied such rigor in finding them.

218.    <u>Second</u>, Dr. Steed contends that I should have used a "validated, low-noise reference standard (in this case, ██████████████ of tafamidis free acid and ██████████████ ████████ in Hikma's ANDA Product formulation) and compare the whole spectrum from the map with the reference standards to identify the nature of the particle."[307] ██████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████. Otherwise, I disagree with Dr. Steed's suggestion that the use of a reference standard would have been necessary or appropriate.  Dr. Steed cites no sources to support his position, except for a single 2014 study that involved the identification of two

---

[304] Steed Rep. ¶ 138.

[305] *See supra*, § IV.A.2.

[306] Henson 2006 at 1247.

[307] Steed Rep. ¶ 142.

chemically distinct active principal ingredients of a pharmaceutical formulation; nothing about this reference indicates that such an approach is necessary or universally applicable, ███████████ █████████████████████████████████████████████[308]

219. More fundamentally, the claims of the '441 patent recite a polymorphic form of tafamidis which meets certain analytical parameters, including, for example, the presence of certain shift-peaks in Raman spectroscopy. I analyzed samples of Hikma's tafamidis API and ANDA product to ascertain whether they exhibited these analytical parameters. I see no reason why a reference standard would be relevant to conducting this analysis.

220. Further, had I used a pure reference standard of one or multiple polymorphic forms of tafamidis, I could have been accused of exposing my laboratory or equipment to contamination by those form(s). I therefore disagree with Dr. Steed that I should have used a reference standard in my Raman mapping analysis.

221. For all these reasons, Dr. Steed fails to convincingly rebut (and for the most part, simply fails to address) my Raman mapping data, which demonstrates infringement of the Asserted Claims.

### 5. Dr. Steed Mistakes the Standard for Infringement

222. In what seems like a last-ditch effort to undermine my infringement analysis, Dr. Steed repeatedly suggests that ███████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████[309]

---

[308] Steed Rep. ¶ 142.

[309] *See, e.g.*, Steed Rep. ¶ 138; *see also id.*, ¶¶ 151, 154.

240.     Additionally, as explained in § IV.A. and contrary to Dr. Steed's suggestions, these techniques were well known and commonly applied as of the priority date, and the POSA would have understood when to apply these techniques to gain additional insight about a sample.[327]

241.     Accordingly, no aspect of my infringement analysis demonstrates that the Asserted Claims are indefinite.

Dated: November 7, 2025                                    Adam Matzger Ph.D.

---

[327] Steed Rep. § 163.

EXHIBIT 8

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
--------------------------------X
PFIZER INC., FOLDRX             :
PHARMACEUTICALS, LLC, PF PRISM  :
IMB B.V., WYETH LLC, AND THE    :
SCRIPPS RESEARCH INSTITUTE,     :
                                :
              Plaintiffs,       :
                                :
                                :  Case No.
         v.                     :  23-879-GWB-CJB
                                :
DEXCEL PHARMA TECHNOLOGIES      :
LIMITED, ET AL.,                :
                                :
              Defendants.       :
--------------------------------X
```

***** CONFIDENTIAL *****

Deposition of ADAM MATZGER, Ph.D.

Washington, D.C.

Wednesday, December 17, 2025

9:04 a.m.

Reported by: Amanda Blomstrom, RMR, CRR
CSR TX #8785/IL #84-3634/CA #12681
_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

**Page 2**

```
 1
 2              Videotaped deposition of ADAM MATZGER,
 3   Ph.D., taken on behalf of the Defendants, beginning
 4   at 9:04 a.m., on Wednesday, December 17, 2025, at the
 5   law offices of Williams & Connolly, 680 Maine Avenue,
 6   SW, Washington, D.C. 20024, before Amanda Blomstrom,
 7   RMR, CRR, CSR, and Notary Public of the District of
 8   Columbia and State of South Carolina.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

**Page 3**

```
 1                     APPEARANCES
 2   ON BEHALF OF THE PLAINTIFFS PFIZER and THE SCRIPPS
     RESEARCH INSTITUTE:
 3
         CHRISTOPHER J. MANDERNACH, ESQUIRE
 4       AYELET EVRONY, ESQUIRE
         WILLIAMS & CONNOLLY, LLP
 5       680 Maine Avenue, SW
         Washington, D.C. 20024
 6       202.434.5138
         cmanderach@wc.com
 7       aevrony@wc.com
 8
     ON BEHALF OF THE DEFENDANT CIPLA:
 9
         JOSHUA I. MILLER, ESQUIRE
10       WINDELS MARX LANE & MITTENDORF, LLP
         One Giralda Farms
11       Madison, New Jersey 07940
         973.966.3238
12       jmiller@windelsmarx.com
13
     ALSO PRESENT:
14
         DeSHAWN WHITE
15            Videographer
16
17
18
19
20
21
22
```

**Page 4**

```
 1                        INDEX
 2   EXAMINATION OF ADAM MATZGER, Ph.D.          PAGE
 3   BY MR. MILLER                                 7
 4
 5
                     E X H I B I T S
 6
     NUMBER    DESCRIPTION                        PAGE
 7
 8     1       United States Patent 9,770,441 B1    10
 9     2       Opening Expert Report of Adam        10
               Matzger, Ph.D.
10
       3       Reply Expert Report of Adam          12
11             Matzger, Ph.D. as to Cipla Limited
12     4       Adam Matzger Lab Notebook XX,        18
               Bates PFZ_00000095 through 00000102
13
       5       Adam Matzger Lab Notebook XX         18
14             with no Bates stamps
15     6       List of files produced to Cipla in   30
               the litigation with "Title" and
16             "Extension" columns
17     7       Adam Matzger Lab Notebook XXIII,     90
               Bates PFZ_00000101 through 00000107
18
       8       USP General Chapter 858, Raman      128
19             Spectroscopy, Bates CIPEXP000022
20     9       Protective Order dated 1/11/24,     153
               signed by Adam Matzger
21
22
```

**Page 5**

```
 1                E X H I B I T S (Cont'd)
 2   NUMBER    DESCRIPTION                        PAGE
 3    10       Angewandte Chemie, "Evading the    234
               Illusions:  Identification of False
 4             Peaks in Micro-Raman Spectroscopy and
               Guidelines for Scientific Best Practice,"
 5             by Jakob Thyr and Tomas Edvinsson
 6    11       Blowup of the figure between Paragraphs 274
               185 and 186 of Dr. Zaworotko's report
 7
 8    12       Page titled "Cosmic Ray Detection    289
               Wizard"
 9    13       Screenshot of cosmic ray removal using 292
               default settings for map processing from
10             the AJM-XX-1.5 map
11
12
13
14
15
16
17
18
19
20
21
22
```

12/17/2025    **Pfizer Inc. et al. vs Dexcel Pharma Tech. Limited, et al.**    Adam Matzger, Ph.D.
**Confidential**

Page 6

1         THE VIDEOGRAPHER:  This is Video No. 1 of
2   the video-recorded deposition of Dr. Adam Matzger, in
3   the matter of Pfizer Inc., et al., vs. Dexcel Pharma
4   Technologies, Limited, et al., in the United States
5   District Court, District of Delaware, Case No. 23-
6   789-GBW-CJB.
7         This deposition is being held at
8   Williams & Connolly LLP, 680 Maine Avenue, Southwest,
9   Washington, D.C., on December 17th, 2025.  The time
10  on the video screen is 9:04 a.m.
11        My name is DeShawn White.  I am the legal
12  videographer from Digital Evidence Group.  The court
13  reporter is Amanda Blomstrom, in association with
14  Digital Evidence Group.
15        Will counsel please introduce themselves
16  for the record, followed by the court reporter
17  administrating the oath.
18        MR. MILLER:  Joshua Miller, from Windels
19  Marx Lane & Mittendorf, on behalf of Defendant Cipla
20  Limited.
21        MR. MANDERNACH:  Chris Mandernach, from
22  the Law Offices of Williams & Connolly, on behalf of

Page 7

1   the Plaintiffs entity -- Plaintiff entities.  And
2   with me today is Ayelet Evrony, of the same law firm.
3               ADAM MATZGER, Ph.D.,
4   having been first duly sworn, testified as follows:
5                 EXAMINATION
6   BY MR. MILLER:
7         Q.   Good morning, sir.  Can you state your
8   name and address for the record, please.
9         A.   Sure.  Adam Matzger, and my address is
10  2240 Belmont Road in Ann Arbor, Michigan.
11        Q.   Okay.  You are aware that you're here to
12  testify in a litigation between a group of entities,
13  I'm going to call them "Pfizer" or "Plaintiffs," and
14  Defendant Cipla Limited, correct?
15        A.   Correct.
16        Q.   Okay.  And despite the fact that there
17  are numerous plaintiffs -- numerous? -- several
18  plaintiffs, Pfizer, FoldRX, PRISM, Wyeth, and
19  Scripps, I'm just going to call them "Pfizer" or
20  "Plaintiff."  Okay?
21        A.   Yeah, that's fine.
22        Q.   You've been deposed before, correct?

Page 8

1         A.   Yes.
2         Q.   So you're somewhat familiar.
3         I'm going to ask you to make sure all your
4   answers are audible, not "mm-hmm," "huh-uhs"; "yes"
5   or "noes" and that kind of thing.  Is that okay?
6         A.   Yes.
7         Q.   You've been retained by Plaintiffs to
8   offer opinions regarding the alleged infringement
9   by Cipla of Plaintiffs' patent, U.S. Patent
10  No. 9,770,441.  Is that accurate?
11        A.   Yes.
12        Q.   Okay.  And is it fair if we call that the
13  '441 patent for the rest of the deposition today?
14        A.   That would be great.
15        Q.   Okay.  Are you aware that there are other
16  defendants in this litigation?
17        A.   I'm -- I'm aware of that, yes.
18        Q.   Okay.  And those other defendants are
19  entities named Dexcel, Aurobindo, and Hikma.  Is that
20  accurate?
21        A.   I'm not sure who all the defendants are.
22        Q.   Okay.  Are you familiar with Hikma as a

Page 9

1   defendant in this litigation?
2         A.   Yes, I am.
3         Q.   And they used to -- they acquired an ANDA
4   from a company called Zenara.  Are you familiar with
5   that fact?
6         A.   I am.
7         Q.   Okay.  I'm going to refer, regardless of
8   timing or any questions that may touch on them, to
9   Hikma and Zenara as "Hikma," okay?
10        A.   Sounds good.
11        Q.   Okay.  You have also been retained by
12  plaintiffs in this case to offer opinions regarding
13  alleged infringement by the Hikma entities, correct?
14        A.   Yes.
15        Q.   Okay.  A little bit more terminology for
16  this case.  I think sometimes we see a technology or
17  an investigative technology called X-ray powder
18  diffraction referred to as "XRPD" or "PXRD"
19  interchangeably.  Can we agree that those are the
20  same thing?
21        A.   Yes.  That's how I use it as well.
22        Q.   Okay.  I'm going to hand you what will be





















# EXHIBIT 9

**Spingarn Exhibit 9**

Digital Evidence Group

Christina Diaz - 11/20/2025

## Table of Contents

| Figure Title | Sample Tested | | Exhibit Page |
|---|---|---|---|
| Figure 16 (AJM XXI-1.2_Cosmic_Acq10750.wdf 1/1) | Drug Substance | ██████ | 2 |
| Figure 22 (AJMXX-3.3_Cosmic_Acq7757.wdf 1/1) | Drug Product | ██████ | 3 |
| Figure 23 (AJMXX-3.3_Cosmic_Acq18522.wdf 1/1) | Drug Product | ██████ | 4 |
| Figure 40 (AJMXXI-1.4_Cosmic_Acq28856.wdf 1/1) | Drug Substance | ██████ | 5 |
| Figure 48 (AJM-XX-1.5_cosmic_Acq4143.wdf 1/1) | Drug Product | ██████ | 6 |

1



2









EXHIBIT 10

EXHIBIT
35
12-5-25 RG
exhibitsticker.com

# Compilation of Raman Maps of Hikma's Drug Product

## Table of Contents

| Figure Title | Sample Tested | Matzger's Report | Exhibit Page |
|---|---|---|---|
| Matzger Rep. Fig. 13 | Drug Product - ▌(XXIII-1.5) Particle 1 Raman Scan | P. 115. | P. 2. |
| Matzger Rep. Fig. 14 | Drug Product - ▌(XXIII-1.5) Particle 2 Raman Scan | P. 115. | P. 3. |
| Matzger Rep. Fig. 15 | Drug Product - ▌(XXIII-1.5) Particle 3 Raman Scan | P. 116. | P. 4. |
| Matzger Rep. Fig. 16 | Drug Product - ▌(XXIII-1.5) Particle 4 Raman Scan | P. 116. | P. 5. |
| Matzger Rep. Fig. 22 | Drug Product - ▌(XXIII-2.7) Particle 1 Raman Scan | P. 122. | P. 6. |
| Matzger Rep. Fig. 23 | Drug Product - ▌(XXIII-2.7) Particle 2 Raman Scan | P. 122. | P. 7. |
| Matzger Rep. Fig. 24 | Drug Product - ▌(XXIII-2.7) Particle 3 Raman Scan | P. 123. | P. 8. |
| Matzger Rep. Fig. 29 | Drug Product - ▌(XXIII-3.7) Particle 1 Raman Scan | P. 127. | P. 9. |
| Matzger Rep. Fig. 30 | Drug Product - ▌(XXIII-3.7) Particle 2 Raman Scan | P. 128. | P. 10. |

1

**Figure 13 - ▮ (XXIII-1.5) Particle 1 Raman Scan**



2



**Figure 14 – (XXIII-1.5) Particle 2 Raman Scan**



**Figure 15 – (XXIII-1.5) Particle 3 Raman Scan**



4



**Figure 16 -** ■ **(XXIII-1.5) Particle 4 Raman Scan**

5

**Figure 22 –** ██████ **(XXIII-2.7) Particle 1 Raman Scan**



6

**Figure 23 –** ▆ **(XXIII-2.7) Particle 2 Raman Scan**



7

**Figure 24 – ▬ (XXIII-2.7) Particle 3 Raman Scan**



8



**Figure 29 –** ▌ **(XXIII-3.7) Particle 1 Raman Scan**

9



**Figure 30 –** (XXIII-3.7) Particle 2 Raman Scan

10

# EXHIBIT 11

*submitted papers*

# The Tendon-to-Bone Transition of the Rotator Cuff: A Preliminary Raman Spectroscopic Study Documenting the Gradual Mineralization Across the Insertion in Rat Tissue Samples

**BRIGITTE WOPENKA,\* ALISTAIR KENT, JILL D. PASTERIS, YOUNG YOON, and STAVROS THOMOPOULOS**

*Center for Materials Innovation, Department of Earth and Planetary Sciences (B.W., J.D.P.), and Department of Orthopaedic Surgery (A.K., Y.Y., S.T.), Washington University, St. Louis, Missouri 63130*

We applied Raman spectroscopy to monitor the distribution of mineral and the degree of mineralization across the tendon–bone insertion site in the shoulders of five rats. We acquired Raman spectra from 100 to 4000 $\Delta cm^{-1}$ on individual 1 μm points across the 120 μm wide transition zone of each tissue sample and identified all the peaks detected in pure tendon and in pure bone, as well as in the transition zone. The intensity of the 960 $\Delta cm^{-1}$ P–O stretch for apatite (normalized to either the 2940 $\Delta cm^{-1}$ C–H stretch or the 1003 $\Delta cm^{-1}$ C–C stretch for collagen) was used as an indicator of the abundance of mineral. We relate the observed histological morphology in the tissue thin section with the observed Raman peaks for both the organic component (mostly collagen) and the inorganic component (a carbonated form of the mineral apatite) and discuss spectroscopic issues related to peak deconvolution and quantification of overlapping Raman peaks. We show that the mineral-to-collagen ratio at the insertion site increases linearly ($R^2 = 0.8$ for five samples) over the distance of 120 μm from tendon to bone, rather than abruptly, as previously inferred from histological observations. In addition, narrowing of the 960 $\Delta cm^{-1}$ band across the traverse indicates that the crystalline ordering within the mineral apatite increases concomitantly with the degree of mineralization. This finding of mineral gradation has important clinical implications and may explain why the uninjured tendon-to-bone connection of the rotator cuff can sustain very high loads without failure. Our finding is also consistent with recent mechanical models and calculations developed to better understand the materials properties of this unusually strong interface.

Index Headings: Raman spectroscopy; Rotator cuff; Bone; Tendon; Tendon-to-bone insertion; Apatite; Collagen.

## INTRODUCTION

This study was undertaken to gain critical information about the inorganic and organic components of the tissue that directly connects a tendon to a bone. The medical concern is that injuries to this part of the tendon are common and can lead to significant pain and loss of function at the affected joint.[1,2] Injuries to the rotator-cuff tendons of the shoulder are particularly problematic, as they heal poorly even after surgical repair.[3,4] The region including and surrounding the interface between tendon and bone is called the "insertion site" (Fig. 1). Whereas the tendon consists solely of organic components (primarily type I collagen) and is very flexible,[5] bone is orders of magnitude stiffer and consists of both the inorganic phosphate mineral apatite and an organic component (also type I collagen).[6,7]

As traditionally described, the transitional tissue between tendon and bone exhibits four different zones that can be distinguished optically in stained histological sections: tendon, fibrocartilage, mineralized fibrocartilage, and bone.[8,9] Between the uncalcified fibrocartilage and the calcified fibrocartilage, there is a basophilic line known as the "tidemark" that is at the approximate location of the dark stripe seen in an unstained tissue sample (see Fig. 1b). From the chemical perspective, the optically recognizable tidemark traditionally was thought to represent a "calcification" front, i.e., the location where mineralization with apatite abruptly starts. From the mechanical perspective, this tidemark was considered the boundary between soft and hard tissue.[8,9] The validity of these interpretations, however, has not previously been tested with a spectroscopic microanalysis technique.

The present study applies Raman spectroscopy to investigate the composition of the uninjured tendon-to-bone transition in an attempt to better understand why the healing of this tissue is so difficult once it is injured. We analyzed the tendon-to-bone transitional tissue in five different rats and discuss in detail one single traverse of individual micrometer-sized points across the tendon-to-bone transition of a single tissue sample. The goal in this pilot study was to investigate whether Raman spectroscopy can be used to document quantitative changes in the degree of mineralization from point to point across the very narrow tendon-to-bone insertion zone. A further goal was to optimize the quantification algorithm that effectively can be applied in future clinically relevant investigations. Since clinical and medical studies need to be performed on a statistically significant number of tissue samples, it is imperative to know up-front whether band area ratios or band intensity ratios are the more reliable measure of mineral-to-matrix content and

Received 31 December 2007; accepted 2 September 2008.
\* Author to whom correspondence should be sent. E-mail: bwopenka@levee.wustl.edu.

0003-7028/08/6212-1285$2.00/0
© 2008 Society for Applied Spectroscopy

a)



b)

FIG. 1. The anatomy of the shoulder of a rat, where the rotator-cuff tendon inserts into the upper arm bone. (a) A cross-section of the supraspinatus tendon-to-bone insertion, as prepared for Raman spectroscopic analysis. (b) A magnified view of the tendon-to-bone insertion site, as seen in reflected light, was used to track the position of the Raman microprobe traverse (black circles) in individual tissue samples. At the insertion, a vertical dark stripe can be seen, which is frequently referred to as the "tidemark".

which of the collagen bands can be used to quantitatively represent the organic content within the excitation volume.

## EXPERIMENTAL

**Sample Preparation.** Tendon-to-bone samples were removed from the shoulders of five skeletally mature (but not aged) Fisher rat cadavers. Specifically, the supraspinatus tendon (one of the rotator-cuff tendons of the shoulder) was isolated, taking care not to disrupt its insertion into the humeral head. The rat shoulder was chosen for this study due to its anatomic similarity to human shoulders.[10] The samples were sliced in the coronal plane to ~1 mm thickness using a low-speed saw (Isomet). The tissue samples underwent no chemical treatment except for the use of phosphate-buffered saline solution to keep the sample hydrated. The unstained, unfixed section was placed on a glass slide for Raman analysis.

**Instrumentation.** Analysis was performed with a fiber-optically coupled Raman microprobe based on an axial spectrograph with volume holographic transmission gratings (HoloLab Series 5000 Raman Microscope, Kaiser Optical Systems, Inc.). The 532 nm excitation was delivered by a frequency-doubled diode-pumped solid-state Nd:YAG laser (Coherent) that was coupled to a Leica microscope (Germany) via an 8 μm, single-mode, optical fiber. An 80× ultra-long-working-distance objective (Olympus, Japan) with a numerical aperture of 0.75 and a working distance of 8 mm was used to focus the light onto the sample with a lateral resolution of ~1

μm and a power of ~5 mW at the sample surface. The same objective collected the scattered light in a 180-degree backscattering configuration. The Rayleigh scattered light was suppressed by 532 nm notch filters in the scattered beam path. The Raman scattered light was focused onto the core of a 100 μm, multi-mode collection fiber, which effectively acted as a pinhole. The output of the fiber was guided into the spectrometer through another 532 nm notch filter before it was intercepted by a holographic mirror, which split the beam into two spectral components. These two component beams were simultaneously imaged onto a thermoelectrically cooled charge-coupled device (CCD) array detector (Andor Technology, Ireland) with 2048 channels across. The wavenumber region 100–2500 $\Delta cm^{-1}$ was imaged onto the top portion of the CCD, whereas the wavenumber region 2500–4400 $\Delta cm^{-1}$ was imaged onto the bottom portion of the CCD. Thus, the spectral range from 100 to 4000 $\Delta cm^{-1}$ used in this study was simultaneously recorded with a spectral resolution of 2.5 $cm^{-1}$.

The absolute wavenumber designation and the exact position of the laser line were calibrated with Ne and Ar calibration lamps. The relative wavenumber axis was calibrated with cyclohexane and monitored daily by analysis of a (100) Si wafer whose peak position is 520.6 ± 0.1 $\Delta cm^{-1}$. The intensity scale was calibrated using a white-light spectrum of a temperature-calibrated tungsten lamp. All spectra were background-corrected for dark counts by obtaining a new background correction spectrum every 2 hours. Spectra were acquired using Kaiser Optical's Holograms$^R$ software. Spectral acquisition time per analysis spot was 64 × 4 seconds (times two because of automated γ-ray filtering). The automated γ-ray filtering works such that pairs of spectra are collected and compared. If a γ-ray spike was detected in one spectrum of the pair, then this spectrum was eliminated by the software.

A tissue sample was placed on a glass microscope slide that sat on the platform of a computer-controlled x-y-z stage (Pro Scan, Prior Scientific), which allowed easy positioning of the sample spot in the focal plane. Controlled positioning (±0.5 μm) in the x-y plane via joystick facilitated analysis of individual, pre-selected, photo-documented micrometer-sized analysis spots (Fig. 1b) along a traverse across the tendon-to-bone insertion. Data acquisition, intensity, and wavelength calibration, as well as filtering, were controlled by the Holograms$^R$ software.

**Interpretation of Spectra.** The spectrum of bone consists of peaks from two components: (1) the inorganic mineral component, which is a calcium phosphate that is similar—but by no means identical—to hydroxylapatite,[11,12] and (2) a macromolecular organic component that is dominated by type I collagen. Since the nanometer-sized mineral crystals are intimately associated with the organic collagen fibers, the spectra of these two components cannot be acquired separately. The size of the apatite crystals (platelets of about ~50 nm × ~50 nm that are only several nanometers thick[13]) is below the spatial resolution of visible light. Thus, the spatial resolution of the Raman microprobe technique (~1 μm) can only provide a "bulk" analysis of bone, and a spectrum obtained on bone will always include the peaks that are due to both the mineral component and the organic component.

Visible Raman spectroscopy on biological tissues, especially of cellular components, is often problematic due to intrinsic fluorescence.[14] However, dense collagenous tissues such as tendon and bone can be examined successfully even with 532



FIG. 2. Raw and baseline-corrected Raman spectrum of rat bone obtained with 532 nm excitation.



FIG. 3. Raman spectra of rat tendon (dotted line) and bone (solid line). Spectra are from one single tissue sample and are normalized to an intensity of ~2940 Δcm⁻¹ C–H stretch band and overlaid. Two peaks (labeled with 'T') are due to hemoglobin in blood and are only detected in tendon. Peaks that are characteristic of bioapatite are labeled with 'A'.

nm excitation.[15] In our minimally prepared samples, the Raman peaks for both the mineral and the organic components of bone were superimposed on a broad, featureless, steadily increasing fluorescence background (Fig. 2, top). Baseline correction for each individual spectrum was performed via an operator-chosen 10- to 15-point leveling operation with linear curve fits between neighboring points (see result in Fig. 2, bottom). This careful background correction allowed not only for a better comparison of individual spectra in figures but also permitted more precise quantitative interpretations of the spectra. Peaks were deconvolved with a mixed Gaussian–Lorentzian algorithm after individual spectra were baseline corrected. All spectral processing (i.e., baseline correction, deconvolutions, peak area calculations) was performed with the Grams/32[R] software (Galactic, Salem, NH).

## RESULTS

**Raman Spectra of Pure Tendon and Pure Bone.** We first characterized pure bone and pure tendon (i.e., tissue away from the insertion site). Chemical and/or structural changes within the insertion site could then be monitored by comparison to these reference spectra. Figure 3 shows the overlaid spectra of pure tendon and pure bone (normalized to the intensity of the ~2940 Δcm⁻¹ band), and Table I lists and assigns the individual peak positions. Because the Raman peaks arising from the organic materials in both tendon and bone are primarily due to contributions from the same organic molecule, i.e., type I collagen, the two materials are almost indistinguishable in the high-wavenumber region, i.e., their C–H, C–N, and O–H stretches in the 2800–3600 Δcm⁻¹ range occur at the same positions. There is, however, a difference in relative peak intensities between tendon and bone, i.e., in spectra normalized to the intensity of the ~2940 Δcm⁻¹ C–H mode, bone shows stronger C–N and O–H peaks compared to tendon (Fig. 3). In the lower wavenumber region, the peaks for apatite at ~428, ~589, ~960, and ~1072 Δcm⁻¹ stand out in the bone spectrum (marked with the letter A in Fig. 3 and Table I), whereas most of the bands caused by the organic components appear at the same positions in both tendon and bone (Table I). There are two bands, however, at 750 and 1587 Δcm⁻¹ that do

not occur in bone and were only detected in tendon (indicated with the letter T in Fig. 3 and in Table I). Those two peaks are not caused by the collagen (i.e., protein) in tendon, but rather by the heme molecule of blood, whose Raman peaks are known to vary in relative peak intensities for different excitation wavelengths due to resonance effects between absorption and Raman scattering.[18–20] For the 532 nm excitation used in our study, two of the Raman bands of hemoglobin are very strongly resonance enhanced (at ~750 and ~1587 Δcm⁻¹) and appear as very characteristic narrow peaks in certain (blood-rich) areas of the tendon.

In principle, the integrated intensities of the ~960 Δcm⁻¹ and ~1072 Δcm⁻¹ bands can be used as quantitative indicators of the degree of mineralization of bone and the degree of carbonation of the apatite, respectively.[21,22] In practice, however, accurate quantification in bone based on integrated peak intensities (i.e., peak areas) is very difficult due to the overlap of those mineral peaks with quite a few collagen bands (Fig. 4). Specifically, the organic bands at 920, ~940, and 1003 Δcm⁻¹ appear not only in the spectrum for tendon, but also in the one for bone, and they overlap with the strongest band of apatite, i.e., the ν1 P–O symmetric stretch of phosphate at ~960 Δcm⁻¹ in bioapatite. The quantification of the proportion of mineral in tissue samples is complicated further by the fact that even unmineralized tendon has a band at ~960 Δcm⁻¹. Even though this band is small and only appears as a shoulder on the ~938 Δcm⁻¹ band in the raw spectrum of pure tendon, it can be resolved unambiguously via peak deconvolution (see spectrum for point 1 in Fig. 5). In summary, the presence of several overlapping bands complicates the deconvolution of peaks and the accurate, reproducible calculation of band areas in the spectral region around 960 Δcm⁻¹. Appropriate mineral–organic deconvolution is especially challenging at low degrees of mineralization, i.e., at the biological stage of intense interest. These overlaps are therefore the greatest challenge to the quantification of the mineral component relative to the organic component in such tissues.

**Raman Spectra Across the Tendon-to-Bone Insertion Site.** Our main focus in this study was to document changes in the organic and inorganic components from point to point across the 120 μm wide tendon-to-bone insertion zone and to interpret the mineral-to-collagen ratio in individual spectra. The intensities of the 960 Δcm⁻¹ symmetric P–O stretch and the ~2940 Δcm⁻¹ C–H stretch (or the 1003 Δcm⁻¹ C–C stretch) were used to interpret the presence and relative concentration within the excitation volume of the mineral and collagen components, respectively.

TABLE I.  Raman peak positions in tissue.

| Collagen[16] | Fish bone[17] | Rat tendon | Rat bone | Assignments |
|---|---|---|---|---|
| 255 | | ~264 | ~264 | |
| 299 | | 311 | ~310 | |
| | | ~334 | | |
| 391 | 387 | ~394 | | $\delta(CCC)$ |
| 418 | | | | |
| | 426 | ~428 | 428 A | $\nu_2(PO_4^{3-})$ |
| | | ~475 | | |
| 533 | | | ~534 | $\delta(CCC)$ |
| 565 | | ~572 | | |
| | 589 | | 589 A | $\nu_4(PO_4^{3-})$ |
| 591 | 608 | 603 | 612 | $\nu_4(PO_4^{3-})$ |
| | | 643 | | |
| | | ~691 | | |
| 725 | | ~725 | | |
| | | 750 T | | $\nu$ (pyrrole breathing of heme) |
| 760 | 769 | 763 | ~765 | $\nu(CCO)$ |
| 815 | 814 | 815 | 815 | $\nu(COC)$; $\nu(CC)$ of backbone |
| 855 | 856 | 854 | 854 | $\delta(CCH)$ aromatic |
| 873 | 876 | 872 | ~874 | $\nu(CC)$ of proline |
| 921 | 921 | 920 | 920 | $\omega(CH_2)$ out-of-phase; $\nu(CC)$ of proline |
| 939 | 938 | 939 | 943 | $\nu(CC)$ of protein |
| | 961 | 959 | 960 A | $\nu_1(PO_4^{3-})$ |
| 1004 | 1005 | 1003 | 1003 | $\nu(CC)$ aromatic ring |
| 1033 | 1034 | 1033 | ~1032 | $\nu(CC)$ of proline |
| | 1042 | | ~1040 A | $\nu_3(PO_4^{3-})$ |
| 1057 | | | | |
| | 1071 | ~1085 | ~1072 A | $\nu_3(PO_4^{3-})$ |
| 1098 | 1101 | | 1104 | |
| 1124 | | 1128 | ~1127 | $\delta(CH)$ |
| 1171 | 1164 | 1169 | ~1167 | $\nu(CCC)$ out-of-phase |
| 1205 | 1202 | 1203 | 1204 | $\omega(CH_2)$ in-phase |
| 1245 | 1245 | 1241 | 1243 | $\delta(NH_2)$; $\delta(NH)$ |
| 1270 | | 1267 | | $\delta(NH)$ amide III |
| 1316 | 1317 | 1314 | 1321 | $\gamma(CH_2)$ |
| 1342 | | ~1340 | 1341 | $\delta(CH_2)$ |
| | | 1378 | | |
| 1391 | 1391 | ~1396 | ~1395 | $\delta(CH_3)$ |
| 1425 | 1427 | 1426 | ~1425 | $\delta(CH_2)$ |
| 1451 | 1451 | 1450 | ~1450 | $\delta(CH_2, CH_3)$ scissoring |
| 1561 | | ~1560 | | |
| 1584 | | 1587 T | | $\nu(C=C)$ porphyrin in heme |
| 1611 | | 1605 | | $\nu(CCH)$ aromatic ring |
| 1638 | | 1635 | 1637 | $\nu(C=C)$ |
| 1667 | 1667 | 1666 | 1664 | $\nu(C=O)$ amide I |
| | | ~2462 | | |
| | | 2578 | 2579 | |
| | | 2829 | 2827 | S–H stretch |
| 2884 | | 2885 | 2885 | $\nu(CH_2)$ sym stretch |
| 2940 | | 2941 | 2940 | $\nu(CH_3)$ sym, $\nu(CH_2)$ asym stretch |
| 2978 | | 2990 | 2978 | $\nu(CH_3)$ asym stretch |
| 3059 | | 3063 | 3066 | $(C=C–H)$ aromatic stretch |
| | | ~3320 | ~3316 | N–H stretch |
| | | ~3453 | ~3440 | O–H stretch |

a ($\nu$) Stretching; ($\delta$) deformation; (A) bands assigned to apatite; (T) bands only found in tendon.

The degree of mineralization across the insertion zone can be readily demonstrated by visual comparison of individual spectra that are normalized to their ~2940 $\Delta cm^{-1}$ C–H band (which is the most intense peak in our spectra) or to their 1003 $\Delta cm^{-1}$ C–H band (which is the very characteristic C–C aromatic ring stretch associated with phenylalanine). Such intensity-normalized spectra from the same traverse in a given sample can be displayed either stacked (Fig. 6) or overlaid (Fig. 7) along the y-axis. Both methods of visual display make it obvious that the relative mineral content, represented by the intensity of the normalized P–O stretching mode at 960 $\Delta cm^{-1}$, gradually increases across the insertion from pure tendon (position 1) to pure bone (position 12).

Deconvolution of the individual spectra of the traverse (Fig. 5) shows that a band at ~960 $\Delta cm^{-1}$ is present in all spectra, i.e., the spectra of the non-mineralized tendon, as well as of the insertion zone and bone. Note that the spectra shown in Fig. 5 are not normalized to one of the collagen bands, but rather each one is expanded to full scale between 700 and 1200 $\Delta cm^{-1}$ to emphasize the gradual development of the 960 $\Delta cm^{-1}$ peak with respect to its neighboring collagen bands at 938 and 1003 $\Delta cm^{-1}$.

A peak at ~960 $\Delta cm^{-1}$ indicates the presence of $PO_4^{3-}$ in a tetrahedral environment. In pure tendon (position 1, see Fig. 5) a 960 $\Delta cm^{-1}$ component appears as a shoulder on the high-wavenumber side of the 938 $\Delta cm^{-1}$ band. At position 2 in

tendon, the 938 $\Delta cm^{-1}$ band still dominates this spectral region. At position 3, the 960 $\Delta cm^{-1}$ band has become more intense than the ~938 $\Delta cm^{-1}$ band. This is a clear indication that an apatitic phosphate environment has been initiated. It is at this location that other peaks for apatite also are detected (e.g., $v_2$ peak ~430 $\Delta cm^{-1}$ and $v_4$ peak ~ 590 $\Delta cm^{-1}$; not shown in Fig. 5), providing definitive identification of apatite mineralization in the tissue. The intensity of the 960 $\Delta cm^{-1}$ peak continues to increase such that by position 5 the ~938 $\Delta cm^{-1}$ component appears as only a shoulder on the 960 $\Delta cm^{-1}$ P–O peak. In other words, starting at position 5, the peak that is indicative of a $PO_4^{3-}$ environment dominates this part of the spectrum, and apatitic mineralization is clearly present (see also Fig. 6). At position 9, the spectrum looks very much like a bone spectrum, except that the abundance of apatite in the excitation volume is still below that in pure bone, i.e., in positions 11 and 12. The latter relation can be seen best in the overlaid normalized spectra in Fig. 7.

In addition to the dramatic changes in the 960 $\Delta cm^{-1}$ peak intensity, a number of subtle changes in the spectrum are evident in an individual traverse across the tendon-to-bone insertion site (see Fig. 5). For instance, a broad band is seen at 1103 $\Delta cm^{-1}$ in the tendon (position 1) that becomes broader and downshifts upon entrance into the insertion (to 1088 $\Delta cm^{-1}$ at point 2, 1085 $\Delta cm^{-1}$ at point 3, and 1068 $\Delta cm^{-1}$ at point 5). Starting at point 7 this organic band cannot be resolved anymore, and the spectral region is dominated by the 1072 $\Delta cm^{-1}$ band that arises from the presence of carbonated apatite.

The increase in mineral content (relative to the matrix) at individual positions across an individual traverse can be easily seen in spectra that are normalized, but overlaid—rather than stacked—along their normalized y-axes (Fig. 7). One way of evaluating the increasing mineral-to-collagen ratio across a single insertion site is to normalize the spectra of a given tissue sample to the intensity of their ~2940 $\Delta cm^{-1}$ bands. Another way is to normalize to the 1003 $\Delta cm^{-1}$ aromatic C–C stretch of phenylalanine. The latter is a well-defined band specific to collagen, one that is close to the 960 $\Delta cm^{-1}$ P–O band and that does not overlap with any other collagen band. The results of normalizing the 960 $\Delta cm^{-1}$ band to the 1003 $\Delta cm^{-1}$ band (Fig. 7b) are very similar to those obtained through normalization to the intensity of the "generic" C–H stretch at 2940 $\Delta cm^{-1}$ (Fig. 7a).

Figure 8 quantitatively shows the normalized intensity ratios $(960_{Int}/2940_{Int})$ and $(960_{Int}/1003_{Int})$ as a function of distance for tissue sample #2. The gradation in mineralization appears continuous and almost linear across the insertion zone of one single sample. Interestingly, the beginning of the change in degree of mineralization is not correlated with the leading edge of the visual dark "tidemark". Deconvolution of all the spectra also permitted evaluation of (changes in) the width of the 960 $\Delta cm^{-1}$ band (Fig. 8b shows the results from one single traverse). There is a well-defined trend of decreasing bandwidth upon approach to the bone; from point 3 to point 10 the range in width is about 6 cm$^{-1}$.

## DISCUSSION

In our unstained thick tissue sections, the supraspinatus tendon-to-bone insertion site appeared in visible reflected light as a poorly defined, darkened, ~50 μm wide transitional zone (Fig. 1b). This darkened zone appeared similar to what has been



Fig. 4. **(Top)** The P–O stretching mode for apatite at ~960 $\Delta cm^{-1}$ in bone occurs in a spectral region that also has many peaks caused by the organic components. **(Bottom)** The enlarged areas show the deconvolution of the peaks in slightly mineralized tendon (position 3 of sample #2; see Fig. 5). Peaks at 750 and 1587 $\Delta cm^{-1}$ only occur in tendon and are caused by hemoglobin in blood.

identified as the tidemark in histologic, stained thin sections.[9] Before our study, it had been unclear whether this visually recognizable tidemark zone is correlated with the presence of mineral in the tissue, and if so, to what extent. Based on histologic examination alone, previous investigators had proposed a sharp, abrupt transition from unmineralized to mineralized tissue.[9] We tested this proposal in the current pilot study by measuring the local mineral abundance across the tendon-to-bone insertion of the rotator cuffs of five different rats.

As is well recognized, true quantitative Raman information cannot be obtained on the absolute concentration of different components (e.g., mineral, collagen) or on ionic substitutions within a crystal (e.g., carbonate within apatite), because absolute peak intensities in Raman spectra are affected by Raman scattering efficiency, the volume excited by the laser beam, the orientation of the sample, the absorption by the sample, and several other optical effects, such as grain size, refractive index, and roughness of the sample. But even the relative quantification of Raman spectra of biological composites to determine, for instance, the degree of mineralization and the degree of atomic order of the mineral (relative to crystalline hydroxylapatite), can be challenging. Peak-fitting routines and chemometric methods, such as principal component analysis (PCA) applied to a large number of spectra, can be useful in determining the number of overlapping peaks.

However, there is some uncertainty associated with curve-fitting procedures, and our experience is that not all mathematically convergent solutions are spectroscopically meaningful. Indeed, in the case of the present study of individual point spectra of five tendon-to-bone transects, our attempts at quantification of the mineral component were more convincing when peak intensities (as shown in Figs. 8 and 9), rather than peak areas (i.e., *integrated* peak intensities), were interpreted. Plots of results based on normalized peak *area* ratios (analogous to Figs. 8 and 9, which are based on normalized peak *intensity* ratios) showed a much more irregular



Development of 960 Δcm⁻¹ Raman band

Fig. 5.  Raman spectra for individual 1 μm points (as indicated by numbered positions) examined across the tendon-to-bone insertion of sample #2, showing the development of the 960 Δcm⁻¹ band that is indicative of the $PO_4^{3-}$ environment. Individual spectra are not normalized to one specific band, but rather each spectrum is expanded to full scale between 700 and 1200 Δcm⁻¹. The band at 960 Δcm⁻¹ (shaded) is present in the spectra of tendon (i.e., non-mineralized tissue) as well as in spectra of the insertion zone and bone (i.e., highly mineralized tissue). In pure tendon (positions 1 and 2), the 938 Δcm⁻¹ band dominates the 960 Δcm⁻¹ band. As the traverse enters the insertion zone (position 3), the 960 Δcm⁻¹ band becomes stronger than the 938 Δcm⁻¹ band, indicating the beginning of apatite mineralization. Farther along the insertion and into bone, the 960 Δcm⁻¹ band becomes stronger, eventually dominating this spectral region.

increase in mineral content from tendon to bone (not shown). The latter is due to the fact that the errors in determining individual peak areas (especially from complex, deconvolved peaks) are much larger than the ones in determining peak heights. The observation that peak heights can be more reliable than areas for the quantitative interpretation of Raman spectra of bone has also been made recently by Schulmerich et al.[23] Large errors in peak area calculations can be triggered by large uncertainties in the software's ability to assign correct band widths to weak spectral components. Thus, for samples in which the bands are weak, superimposed, and/or of variable width (see Fig. 8b), operator-imposed constraints on peak widths are advisable in order to obtain spectroscopically meaningful results.

Careful deconvolution of the current spectra, however, did permit assessment of the width of the 960 Δcm⁻¹ band, which indicates the degree of atomic order in the crystal structure of the mineral, also called the crystallinity gradient. The wider the

FWHH of the $v_1$ P–O stretch of the apatite is, the less atomically ordered is its crystal structure and the lower is the mineral's degree of crystallinity. The peak-width variation shows that the apatite's degree of crystalline order is low on the tendon side of the insertion and high on the bone side of the insertion. Thus, we established spectroscopically that not only does the proportion of mineral change across the insertion site, but so does an important structural attribute of the mineral, i.e., its degree of crystallinity. The reason for this observed change in crystallinity across the 120 μm wide tendon-to-bone insertion zone is unknown to date. Most likely, it cannot be explained by a temporal factor (i.e., different age of tissue in different locations) across the traverse, but rather by cellular or biological factors.

We also evaluated the use of two different peaks (at 1003 and 2940 Δcm⁻¹) to represent the relative abundance of the organic content. Whereas the 2940 Δcm⁻¹ peak is the strongest peak in the spectrum, it is not specific to any particular amino



FIG. 6. Spectra for individual points (numbered, see Fig. 5) examined across the 300 μm wide traverse in sample #2. All spectra are normalized to the intensity of the ~2940 Δcm⁻¹ C–H symmetric stretching band (i.e., the strongest band in each spectrum is scaled to 100%) and then stacked along the y-axis for better comparison. The mineral content, represented by the P–O symmetric stretch at 960 Δcm⁻¹, can be seen to gradually increase along the traverse from tendon to bone. The spectrum increasingly acquires the characteristics of an apatite spectrum starting at position 3 and barely changes between positions 10 and 12. The increase in mineral concentration is very obvious between positions 5 and 10.





FIG. 7. Intensity normalization of spectra from one traverse in tissue sample #2. (a) Normalization to the very intense "generic" 2940 Δcm⁻¹ collagen band. (b) Normalization to the weak but very characteristic collagen band at 1003 Δcm⁻¹ that is assigned to the aromatic ring vibrations in phenylalanine. Numbers indicate positions of individual points across the traverse in sample #2 (see Fig. 5).

acid or its side chain. The 1003 Δcm⁻¹ peak is weak, but spectrally isolated, and it is very specific for the presence of one particular amino acid, i.e., the benzene ring in phenylalanine. Aromatic side chains in proteins have strong Raman scattering cross-sections and thus result in unusually strong bands that are characteristic for this particular amino acid.[24] Although neither the 2940 Δcm⁻¹ nor the 1003 Δcm⁻¹ band is ideal for quantification, both bands yield similar results (Figs. 8a and 9). The 1003 Δcm⁻¹ band has the added benefit that it is close to the P–O stretch at 960 Δcm⁻¹ and it does not overlap with any other bands.

The linear gradation in mineral content within rat tissue sections (Fig. 9) is consistent with the gradations in biomechanical properties and fibrocartilage composition that have been described previously.[8,9,25] Contrary to the proposed abrupt transition based on the observation of a tidemark in histologic stained sections, we confirmed with Raman spectroscopy that the mineral content indeed increases gradually, just as mechanical models would predict. The gradual increase in mineralization over a distance of only 120 μm may serve to minimize stress concentrations that otherwise would arise between two materials with vastly different mechanical properties, i.e., compliant tendon and stiff bone. This gradual mineralization can protect the attachment from rupture.[8,9,25,26]

As mentioned above, there is also a small peak at 960 Δcm⁻¹ that is present in the non-mineralized tendon and that is seen as a shoulder (already at location 1, see Fig. 5) on the much stronger 938 Δcm⁻¹ peak. This weak shoulder can be observed in the published spectra of previous Raman spectroscopy reports on tendon collagen[27,28] and unmineralized ocular tissue.[29,30] The band was not specifically mentioned or assigned, however, except by Frushour and Koenig,[27] who

assigned a peak at 966 Δcm⁻¹ to an amide III vibration. We find it interesting that the band that develops into the P–O stretch of phosphate (i.e., the tetrahedral $PO_4^{3-}$ configuration) already appears as a spectral shoulder in unmineralized tendon. This feature appears equally strong in tendon soaked in phosphate-buffered saline (PBS) or only in de-ionized water. In future Raman studies across a tendon-to-bone insertion in an animal that is still developing (i.e., in a fetus or in the early period after birth), it will be possible to monitor the development of the 960 Δcm⁻¹ P–O stretch both prior to and after mineralization has occurred. Such future work may help assign the cause of the ~960 Δcm⁻¹ band in the non-mineralized side of the insertion site.

## CONCLUSION

Over the last decade, Raman spectroscopy has established itself as a very useful technique to address clinical issues through the study of biological mineralized samples, both *in vivo*[31,32] and *in vitro*.[33,34] Many such studies address the





FIG. 8. Spectroscopic changes observed in one traverse of tissue sample #2. (a) Normalized degree of mineralization across tendon-to-bone insertion site: by definition, the degree of mineralization of pure bone = 1 and the degree of mineralization of pure tendon = 0. The y-axis shows the *intensity* ratios of the two peaks characteristic of the mineral and organic components of the tissue normalized to the respective values in pure bone. In other words, the y-axis shows [(960$_{Int}$/2940$_{Int}$)$_{in sample}$ divided by (960$_{Int}$/2940$_{Int}$)$_{in bone}$], and [(960$_{Int}$/1003$_{Int}$)$_{in sample}$ divided by (960$_{Int}$/1003$_{Int}$)$_{in bone}$], respectively. (b) The full width at half-intensity (FWHH) of the 960 Δcm$^{-1}$ band in apatite, monitored across the insertion site, based on devonvolved spectra.

FIG. 9. Gradual change in degree of mineralization across the ~120 μm wide tendon-to-bone transition of the rat's rotator cuff ($n = 5$) as evaluated by different peak height ratios: (a) (960$_{hei}$/1003$_{hei}$) versus distance; (b) (960$_{hei}$/2940$_{hei}$) versus distance. Peak heights were measured on spectra that were first background-corrected between 100 and 4000 Δcm$^{-1}$. Over the short distance of 120 μm (from −60 μm to +60 μm) the relative change in mineralization is linear with a linear correlation coefficient $R^2$ of ~0.8 for both methods of quantification.

quantification and spatial distribution of mineralization in tissue samples through use of sophisticated instrumental and mathematical protocols that include Raman imaging[35,36] and chemometric methods such as factor analysis-based self-modeling curve resolution.[37] One of the goals of our study was an analysis of the (mis)match between changes in spectral components and in physically recognizable features in tissue.

Such analyses can help guide the development of best practices in spectral mapping and imaging. Our results indicate that peak *intensity* measurements can be very useful in capturing changes in relative abundances of components in biological tissue, which supports the use of Raman imaging (that is typically based on the interpretation of intensities rather than areas) for such purposes. On the other hand, only through careful, manual deconvolution of spectra (as typically is done to determine band *areas*) were changes in band width revealed, which implied a change in the character of one of the two components in the tissue. The latter, more spectrally nuanced change, is less likely to be captured in typical spectral imaging that relies on automated mathematical algorithms.

In our current study, we were able to gain valuable insight into an important clinical issue through interpretation of a limited number of actual spectra that were obtained individually from micrometer-sized spots across tissue samples of five animals. We showed that the mineral-to-collagen ratio at the insertion linearly increases from tendon to bone and that the atomic (i.e., crystalline) order in the existing mineral increases over the same interval. These phenomena have not been

described previously. Raman microprobe spectroscopy demonstrated several advantages over other techniques commonly used for materials characterization: it has excellent spatial resolution for analyzing changes across the tendon-to-bone insertion, Raman signals are strong from both the mineral and organic components, and the technique requires almost no special sample preparation in contrast to many other methods used to analyze the composition of biological materials that require significant manipulation of the sample (e.g., drying, freezing, formalin fixation, staining).

The attachment of dissimilar materials is known to be a major challenge in materials science because of the high levels of localized stress that develop at their interface. An interesting biologic solution to this problem exists at the attachment of compliant tendon to stiff bone. The visually most prominent part of this attachment is recognized by histologists and biologists as a dark band of tissue that is called a tidemark.[8,9,13] It was previously proposed that this tidemark indicated an abrupt change in the degree of mineralization from zero in the tendon to ~60 wt % in the bone.[8,9] From an engineering point of view, however, such an abrupt change could not be explained, because it would be a source of stress concentration and would put the interface at risk for rupture. We were able to show here on the tissue samples from five healthy rats that that the transition from non-mineralized to mineralized tissue indeed occurs gradually at the insertion site (over a distance of ~120 μm), consistent with what would be expected from an engineering analysis. One can speculate that the change in character (i.e., crystalline order) of the mineral across this interval also might contribute to the gradational change in mechanical properties.

It is unknown whether the transition between tendon and bone healing tissues (i.e., in tissues after injuries) recreates the mineral content gradation that we found in our study. When a tendon is surgically repaired to bone (as occurs in most rotator cuff repairs), the transitional features of the *organic* component are not recreated.[38,39] It is therefore unlikely that the gradation in *mineral* concentration is regenerated during the healing process after surgery. This lack of gradation probably leads to a mechanically inferior interface and the clinically observed recurrent failures.[3,4,40,41] Understanding the differences between the normal tissue and the tissue that heals after surgical repair will allow us to develop methods and materials to improve tendon-to-bone healing. Future studies, therefore, will not only be applied to healthy tissue but also to tissue that has healed after surgical repair.

Further refinement of the Raman microprobe spectroscopic methods described in this paper may lead to a tool for diagnosing clinically important problems (e.g., rotator-cuff degeneration, cartilage degradation). Raman spectroscopic techniques could provide a clinician with a description of the localized biochemical composition of the tissue of interest. This information can be acquired on a micrometer spatial scale and may be particularly relevant in tissues that change in composition over a short distance (e.g., the tendon-to-bone insertion site). Raman signatures for normal tissues would be compared to the Raman signatures of symptomatic tissues to diagnose tissue damage or deterioration.

## ACKNOWLEDGMENTS

We appreciate the helpful comments by two anonymous reviewers. This work was funded in part by the Center for Materials Innovation at Washington University in St. Louis and by the NIH through grant EB004347.

1. A. Praemer, S. Furner, and D. Rice, *Musculoskeletal Conditions in the United States* (American Academy of Orthopaedic Surgeons, Park Ridge, IL, 1992).
2. J. L. Kelsey, *Upper Extremity Disorders: Frequency, Impact and Cost* (Churchill Livingstone, New York, 1997), 1st ed.
3. D. T. Harryman, L. A. Mack, K. Y. Wang, S. E. Jackins, M. L. Richardson, and F. A. Matsen, J. Bone Joint Surg. **73**, 982 (1991).
4. L. M. Galatz, C. M. Ball, S. A. Teefey, W. D. Middleton, and K. Yamaguchi, J. Bone Joint Surg. Am., Part A **86**, 219 (2004).
5. S. L. Woo, K. An, C. B. Frank, G. A. Livesay, C. B. Ma, J. A. Zeminski, J. S. Wayne, and B. S. Myers, "Anatomy, Biology, and Biomechanics of Tendon and Ligament", in *Orthopaedic Basic Science* (American Academy of Orthopaedic Surgeons, Rosemont, IL, 2000), p. 581.
6. M. P. G. Bostrom, A. Boskey, J. K. Kauffman, and T. A. Einhorn, "Form and Function of Bone", in *Orthopaedic Basic Science*, J. A. Buckwalter, T. A. Einhorn, and S. R. Simon, Eds. (American Academy of Orthopaedic Surgeons, Rosemont, IL, 2000), p. 319.
7. A. Boskey, "Bone Mineralization", in *Bone Mechanics Handbook*, S. C. Cowin, Ed. (CRC Press, Boca Raton, FL, 2001), pp. **5:**, 1—33.
8. S. L. Woo, J. Maynard, and D. Butler, "Ligament, Tendon, and Joint Capsule Insertions to Bone", in *Injury and Repair of the Musculoskeletal Soft Tissues*, S. L. Woo, Ed. (American Academy of Orthopaedic Surgeons, Savannah, GA, 1987), p. 129.
9. M. Benjamin, T. Kumai, S. Milz, B. M. Boszczyk, A. A. Boszczyk, and J. R. Ralphs, Comp. Biochem. Physiol., Part A **133**, 931 (2002).
10. L. J. Soslowsky, J. E. Carpenter, C. M. DeBano, I. Banerji, and M. R. Moalli, J. Shoulder Elbow Surg. **5**, 383 (1996).
11. J. D. Pasteris, B. Wopenka, J. J. Freeman, K. Rogers, E. Valsami-Jones, J. A. M. van der Houwen, and M. J. Silva, Biomaterials **25**, 229 (2004).
12. B. Wopenka and J. D. Pasteris, Mater. Sci. Eng., Part C: Biomimetic Supramol. Syst. **25**, 131 (2005).
13. M. J. Glimcher, Rev. Mineral. Geochem. **64**, 223 (2006).
14. E. B. Hanlon, R. Manoharan, T. W. Koo, K. E. Shafer, J. T. Motz, M. Fitzmaurice, J. R. Kramer, I. Itzkan, R. R. Dasari, and M. S. Feld, Phys. Med. Biol. **45**, R1 (2000).
15. K. Golcuk, G. S. Mandair, A. C. Callender, N. Sahar, D. H. Kohn, and M. D. Morris, Biochim. Biophys. Acta **1758**, 868 (2006).
16. H. M. G. Edwards, D. W. Farwell, J. M. Holder, and E. E. Lawson, J. Mol. Struct. **435**, 49 (1997).
17. J. Chen, C. Burger, C. V. Krishnan, B. Chu, B. S. Hsiao, and M. J. Glimscher, Macromol. Chem. Phys. **206**, 43 (2005).
18. T. G. Spiro and T. C. Strekas, J. Am. Chem. Soc. **96**, 338 (1974).
19. H. Sato, H. Chiba, H. Tashiro, and Y. Ozaki, J. Biomed. Opt. **6**, 366 (2001).
20. B. R. Wood and D. McNaughton, J. Raman Spectrosc. **33**, 517 (2002).
21. A. Awonusi, M. D. Morris, and M. J. Tecklenburg, Calfic. Tissue Int. **81**, 46 (2007).
22. J. D. Pasteris, C. H. Yoder, K. D. Rogers, M. Sternlieb, and S. Man, Geol. Soc. Am. Abstracts Programs **39**, 295 (2007).
23. M. V. Schulmerich, A. A. Dooley, T. M. Vanasse, S. A. Goldstein, and M. D. Morris, Appl. Spectrosc. **61**, 671 (2007).
24. R. Tuma, J. Raman Spectrosc. **36**, 307 (2005).
25. S. Thomopoulos, G. R. Williams, J. A. Gimbel, M. Favata, and L. J. Soslowsky, J. Orth. Res. **21**, 413 (2003).
26. S. Thomopoulos, J. P. Marquez, B. Weinberger, V. Birman, and G. M. Genin, J. Biomech. **39**, 1842 (2006).
27. B. G. Frushour and J. L. Koenig, Biopolymers **14**, 379 (1975).
28. Y. N. Wang, C. Galiotis, and D. L. Bader, J. Biomechanics **33**, 483 (2000).
29. S. C. Goheen, L. J. Lis, and J. W. Kauffman, Biochim. Biophys. Acta **536**, 197 (1978).
30. A. Mizuno, M. Tsuji, K. Fujii, K. Kawauchi, and Y. Ozaki, Jpn. J. Ophthalmol. **38**, 44 (1994).
31. T. C. Bakker Schut, M. J. H. Witjes, H. J. C. M. Sterenborg, O. C. Speelman, J. L. N. Roodenburg, E. T. Marple, H. A. Bruining, and G. J. Puppels, Anal. Chem. **72**, 6010 (2000).
32. P. Matousek, E. R. C. Draper, A. E. Goodship, I. P. Clark, K. L. Ronayne, and A. W. Parker, Appl. Spectrosc. **60**, 758 (2006).
33. R. Jyothi Lakshmi, M. Alexander, J. Kurien, K. K. Mahato, and V. B. Kartha, Appl. Spectrosc. **57**, 1100 (2003).
34. K. A. Dehring, N. J. Crane, A. R. Smukler, J. B. McHugh, B. J. Roessler, and M. D. Morris, Appl. Spectrosc. **60**, 1134 (2006).
35. J. A. Timlin, A. Carden, M. D. Morris, J. F. Bonadrio, C. E. Hoffler II, K. M. Kozloff, and S. A. Goldstein, J. Biomed. Opt. **4**, 28 (1999).
36. C. P. Tarnowski, M. Z. Ignelzi, W. Wang, J. M. Taboas, S. A. Goldstein, and M. D. Morris, J. Bone Mineral Res. **19**, 64 (2004).

37. E. Levina, A. S. Wagaman, A. F. Callender, G. S. Mandiar, and M. D. Morris, J. Chemom. **21,** 24 (2007).

38. S. Thomopoulos, G. Hattersley, V. Rosen, M. Mertens, L. Galatz, G. R. Williams, and L. J. Soslowsky, J. Ortho. Res. **20,** 454 (2002).

39. S. Thomopoulos, G. R. Williams, and L. J. Soslowsky, J. Biomechan. Eng. **125,** 106 (2003).

40. J. P. Iannotti, R. J. Naranja, and G. M. Gartsman, "Surgical Treatment of the Intact Cuff and Repairable Cuff Defect: Arthroscopic and Open Techniques", in *Orthopaedic Knowledge Update: Shoulder and Elbow*, T. R. Norris, Ed. (American Academy of Orthopaedic Surgeons, Rosemont, IL, 1994), p. 151.

41. R. Naranja, J. P. Iannotti, and G. M. Gartsman, "Complications in Rotator Cuff Surgery", in *Orthopaedic Knowledge Update: Shoulder and Elbow*, T. R. Norris, Ed. (American Academy of Orthopaedic Surgeons, Rosemont, IL, 1994), p. 157.

EXHIBIT 12

*The Canadian Mineralogist*
Vol. 46, pp. 1477-1500 (2008)
DOI: 10.3749/canmin.46.6.1477

# CHARACTERIZATION OF NATURAL FELDSPARS
# BY RAMAN SPECTROSCOPY FOR FUTURE PLANETARY EXPLORATION

John J. Freeman[§], Alian Wang, Karla E. Kuebler,
Bradley L. Jolliff and Larry A. Haskin[†]

*Department of Earth and Planetary Sciences and McDonnell Center for Space Sciences,
Washington University in St. Louis, St. Louis, Missouri 63130, U.S.A.*

## Abstract

The Raman spectra of a large number of natural feldspar-group minerals were obtained to determine what compositional and structural information can be inferred solely from their Raman spectra. The feldspar minerals selected cover a wide range of Na, K, and Ca proportions, crystal structures and degrees of cation disorder. The samples include both homogeneous feldspar phases and a few with visible intergrowths. From the positions of the strongest Raman peak in the spectrum, four structural types of feldspars can be readily identified: orthoclase (and microcline), albite, high-temperature plagioclase, and anorthite. Using a Raman spectral database of feldspar minerals established during this study and an autonomous spectral search-and-match routine, up to seven different types of feldspar can be unambiguously determined. Three additional feldspar types can be further resolved by careful visual inspection of the Raman spectra. We conclude that ten types of feldspars can be classified according to their structure, crystallinity, and chemical composition solely on the basis of their Raman spectra. Unlike olivine, pyroxene and some Fe-oxides, the Raman peak positions of the feldspars cannot be used to extract quantitative information regarding the cation composition of the feldspar phases. We also define the necessary specifications of a field Raman spectrometer capable of characterizing feldspar minerals during planetary surface exploration.

*Keywords*: Raman spectroscopy, feldspar-group minerals, mineralogy, planetary spectroscopy.

## Sommaire

Nous avons déterminé le spectre Raman d'un grand nombre de minéraux du groupe des feldspaths afin d'établir quel type d'information compositionnelle et structurale peut en découler. Les échantillons choisis couvrent une grande étendue en termes de proportions de Na, K, et Ca, de structures cristallines et de désordre parmi les cations. Parmi eux se trouvent des échantillons homogènes et quelques-uns ayant des intercroissances visibles. D'après la position des pics principaux du spectre Raman, nous pouvons facilement identifier quatre types de structure: orthoclase (et microcline), albite, plagioclase de haute température et anorthite. Au moyen d'une banque de spectres Raman des minéraux du groupe des feldspaths, établie pendant notre étude, et un logiciel autonome permettant des recherches et des comparaisons, on peut identifier jusqu'à sept types distincts de feldspath sans ambiguïté. On peut en plus résoudre trois types additionnels par inspection visuelle soignée des spectres. Nous croyons qu'il est possible de classifier dix sortes de feldspaths selon leur structure, cristallinité, et composition chimique uniquement en utilisant leur spectre Raman. Contrairement au cas de l'olivine, du pyroxène et de certains oxydes de fer, la position des pics du spectre ne peut pas fournir de l'information quantitative à propos de la composition des feldspaths examinés. Nous définissons aussi les spécifications requises pour un spectromètre Raman de terrain capable de caractériser les feldspaths lors de l'exploration d'une surface planétaire.

(Traduit par la Rédaction)

*Mots-clés*: spectroscopie Raman, minéraux du groupe des feldspaths, minéralogie, spectroscopie planétaire.

---

§    *E-mail address*: johnjfreeman@wustl.edu

## INTRODUCTION

Feldspar-group minerals are framework silicates and among the most common rock-forming minerals of planetary crusts. On Earth, they occur in many types of igneous, metamorphic and sedimentary rocks. On the Moon, plagioclase is the most abundant mineral. Feldspars are one of the main minerals in martian meteorites and have been identified as a widespread component of basaltic rocks on the martian surface by the Thermal Emission Spectrometer (TES) on the Mars Global Surveyor (Bandfield *et al.* 2000, Bandfield 2002, Christensen *et al.* 2000, 2001, Larsen *et al.* 2000, Ruff & Christensen 2002). Maskelynite, a shock-vitrified feldspar, is present in martian meteorites found on Earth (Cooney *et al.* 1999, Papike *et al.* 2003, Rubin 1997, Sautter *et al.* 2002, Taylor *et al.* 2002, Wang *et al.* 1999, Xirouchakis *et al.* 2002). Feldspar-group minerals also have been identified in numerous rocks and soils at the landing sites of the Mars Exploration Rovers (MER) (McSween *et al.* 2004, Clark *et al.* 2005, Squyres *et al.* 2006, Ming *et al.* 2006, Wang *et al.* 2006, Jolliff *et al.* 2006a, Schröder *et al.* 2008).

Our motivation in this work is to determine the Raman spectral characteristics of the feldspar-group minerals that can be used to distinguish them and the accuracy needed to make these distinctions with a portable or remotely deployed instrument. The availability in the last decade of improved Raman instrumentation using small, stable, intense lasers, high-performance optical filters, sensitive CCD array detectors and advanced, fast grating systems has enabled us to develop the Mars Microbeam Raman Spectrometer (MMRS), a portable field Raman spectrometer (Wang *et al.* 2003) suitable for surface exploration on Mars. This field instrument has the precision and accuracy to yield Raman spectra with enough resolution to identify many minerals, including crystal-structure information, and estimates of cation proportions of common igneous minerals such as olivine, pyroxene, phosphates, spinels, and Fe–Ti oxides (Kuebler *et al.* 2006, Wang *et al.* 2001, 2004a, b, Jolliff *et al.* 2006b).

The purpose of the present study is to generate an internally consistent set of Raman spectra from a wide variety of natural feldspar-group minerals of known composition and structure. The compositions of minerals were determined, as needed, with electron-microprobe (EMP) analyses, and the aspects of the structure of a few samples were verified by powder X-ray diffraction (XRD). The Raman spectral differences are linked to the structural and compositional characteristics of the feldspars. A database established with the Raman spectra collected in this study was used to test correlations between peak positions and cation ratios of the intermediate feldspar compositions as well as changes in spectral pattern with structural distortions such as cation disorder and reduced crystallinity. Finally, we evaluate the experimental conditions and instrumental requirements of a field-portable Raman system capable of distinguishing different varieties of feldspar likely to be found in planetary surface materials.

## BACKGROUND INFORMATION

Past and ongoing planetary missions (including orbiters, landers, and rovers) all provide bulk chemical and spectral characteristics, *i.e.,* spectral signatures representing all of the minerals within the field of view (FOV) ranging from the centimeter scale on the rovers to hundreds of meters on the orbiting spacecraft. The individual mineral phases within the FOV and their characteristics are deduced through spectral deconvolution or model analyses of the data obtained from the mixture. By comparison, our laboratory Raman microprobe spectrometer and the MMRS examine a small area of the sample, ranging in size from a few micrometers for the lab instrument to ~20 μm for the MMRS, permitting us in most cases to measure individual grains within a heterogeneous sample. Information on chemical zoning, mineral assemblages and rock texture can be obtained by collecting spectra at regular distance intervals (Raman point counting, Haskin *et al.* 1997) across the surface of the sample. On the basis of our earlier studies, we can readily detect feldspar-group minerals in the presence of other types of silicates using Raman spectroscopy, and some varieties can be distinguished (Matson *et al.* 1986, Sharma *et al.* 1983). We wish to demonstrate, however, the full capacity of Raman spectroscopy for the characterization of the feldspars in which the overall range of peak positions is relatively limited.

There are numerous publications concerning the Raman spectra of various feldspar-group minerals (Daniel 1995a, b, Frogner 1998, Heymann & Hörz 1990, Matson *et al.* 1986, McKeown 2005, Mernagh 1991, Purcell & White 1983, Salje 1986, Sharma *et al.* 1983, von Stengel 1977, Velde & Boyer 1985, Velde *et al.* 1989). The literature to date on the Raman spectra of these feldspars indicates that feldspars with different structures and compositions can be distinguished by their Raman spectral patterns. Mernagh (1991) has shown that alkali feldspars are easily distinguished from plagioclase using only the position of the strongest Raman peak. He concluded that the feldspars within these two groups could be further distinguished by more detailed analysis of their Raman spectra, but did not elaborate on this conclusion.

The Raman spectra of the feldspars reported over the last 35 years have been acquired with Raman spectrometers of different generations, with different spectral resolutions and varying degrees of accuracy in wavenumber. These instrumental variations complicate comparison of Raman spectral features of feldspars discussed in different publications. Inconsistencies in the published data quickly became apparent when we attempted to use the literature referenced above to

determine how many of the different feldspar phases within the alkali or plagioclase subgroups could be characterized by their Raman spectra.

## EXPERIMENTAL

### Feldspar samples

A total of 32 samples of feldspar-group minerals were characterized by Raman spectroscopy for this study. These samples cover a broad range of feldspar types, including compositional end-members, intermediate compositions, and structures having differing degrees of cation order, as well as one produced by shock impact. A list of the samples studied is shown in Table 1 and displayed in the triangular diagram (Fig. 1). These samples fall into three categories based on prior knowledge of their identities:

### (1) Well-characterized samples

Raman spectra obtained from these samples were found to match published Raman spectra of the same type of feldspar from same or different localities, where the publication cited included both structural and chemical characterizations of the mineral. We considered the identities of these samples as confirmed, with no additional EMP or XRD analyses needed for characterization.

### (2) Samples needing further chemical characterization

Our Raman spectra taken from these samples matched Raman spectra of the same types of feldspars shown in one or more publications, but authors of those publications did not supply supporting chemical and structural data. Many of our samples fall into this category, and we conducted EMP analyses on them. Once we obtained a chemical composition and Raman spectrum of a sample that matched a published Raman spectrum with supporting XRD data, we considered the structure and identity of the sample to be confirmed.

### (3) Samples needing both chemical and structural characterization

Six of our samples either had Raman spectra that conflicted with published Raman spectra, or were a type of feldspar for which there was no published Raman spectrum. We determined the compositions and structures of these samples using EMP and XRD analyses.

### Raman spectroscopic analyses

Raman spectra were collected with a HoloLab 5000 Raman microprobe spectrometer system (Kaiser Optical Systems, Inc., KOSI). This system employs the 532 nm, frequency-doubled, Nd:YAG solid-state laser as the excitation source and a holographic grating spectrometer covering the Raman Stokes shift range of ~0 to 4300 cm$^{-1}$ relative to the 532 nm laser line. The spectrometer has a spectral resolution of 4–5 cm$^{-1}$ and uses a $256 \times 2048$ pixel array CCD camera for recording Raman spectra. The 532 nm laser radiation is sent through a single-mode optical fiber (~8 μm in diameter) into a probe head attached to the optical microscope of the KOSI microprobe system. A microscope objective condenses the laser beam onto the sample and collects the back-scattered Raman signal. The Raman signal is returned to the spectrograph through a multimode optical fiber (100 μm in diameter) without the use of a depolarizer. The optical microscope is also used for viewing and photographing the sample with either transmitted or reflected light. Two objectives were used in this Raman study: (a) a 20× (NA 0.4) with a working distance of 12 mm that produces a beam diameter of ~6 μm at focus, and (b) a 50× (NA 0.75) with working distance of 0.5 mm that produces a beam diameter of ~2 μm at focus. The power of the laser beam at the sample was measured to be ~13 mW. As laser light traveling through a single-mode excitation fiber is partially polarized, the recorded intensities of Raman peaks in some of the Raman bands generated from a single-crystal specimen may depend on the orientation of the crystal axes of the sample with respect to the plane of polarization of the excitation laser beam. The Raman analyses were made on either loose grains of feldspar without any sample preparation, or on the polished surfaces of feldspar grains prepared for the EMP study. Collection times of the spectra ranged from <1 minute to 15 minutes, depending upon sample size, Raman scattering efficiency, and the intensity (if any) of background fluorescence.

Wavelength and intensity calibrations of the CCD camera were made with a neon emission spectral calibration lamp and a NIST secondary standard white light, a light source supplied in the KOSI accessory kit HCA–0095. The zero Raman-shift frequency of the excitation laser was calibrated daily before acquiring any sample spectra by measuring the Raman peak position of single crystal of silicon (520.7 cm$^{-1}$). Occasionally, the 1001.5 cm$^{-1}$ Raman band of polystyrene or the 801.8 cm$^{-1}$ Raman band of liquid cyclohexane also were used. These calibrations ensured that measurement errors on Raman peak positions were less than ±1 cm$^{-1}$.

### Electron-microprobe analyses

Individual grains were prepared for correlated Raman and electron-microprobe (EMP) analysis by mounting them in epoxy on glass slides and polishing the surfaces down to 0.25 μm grit. Several Raman spectra were acquired from each polished surface before carbon coating the sample for EMP analysis.



FIG. 1.   Diagram showing the composition of the feldspar-group minerals used in this study. The diagram is patterned after that given by Zoltai & Stout (1984), but with phase nomenclature following that in Figure 2b of Yund & Tullis (1983). The isothermal lines in the ternary diagram are after those presented in Figure 1 of Ribbe (1983a). In particular, anorthoclase in this diagram is limited to alkali feldspar composition with Ab >90%. This designation for anorthoclase composition differs from that of Smith & Brown (1988, p. 210–211), where anorthoclase (s.l.) is associated with disordered alkali feldspar in which the Ab content can reach as high as 30 to 50%. It is important to clarify here the alkali feldspar T–X diagrams shown in this figure are for feldspars at approximately 5 kbar pressure, where high albite is considered a special case of anorthoclase (s.s.).

CHARACTERIZATION OF NATURAL FELDSPARS BY RAMAN SPECTROSCOPY                                    1481

TABLE 1. FIELD SAMPLES OF FELDSPARS EMPLOYED IN THIS STUDY

| Sample label | Collector or sample # | Location where collected | Feldspar phases detected |
|---|---|---|---|
| Microcline | EPSc #313 | Crystal Peak, Colorado | Microcline |
| Microcline | AW #162 | Haicheng , Liaoning, China | Microcline, albite |
| Microcline | EPSc #1 | Black Hills, South Dakota | Microcline, albite |
| Microcline, adularia habit, var. moonstone, | EPSc #313-4 | Meconite, New York | Microcline, albite |
| Microcline | JDP #109940 | Lake George, Colorado | Microcline, orthoclase, albite, disordered albite |
| Microcline, | ASU BUR-3460A | Keystone, South Dakota | Microcline, albite |
| Orthoclase | JDP Sierra de Palo Dulce | Sierra de Palo Dulce, Guerrero, Mexico | Orthoclase |
| Orthoclase, var. adularia | EPSc #313-10 | St. Gothard, Switzerland | Orthoclase, albite |
| Labradorite* | ASU H314.4b | (not available) | Orthoclase, sanidine, oligoclase |
| Glassy tablet in welded volcanic pumice | RO welded pumice | Bandelier National Monument, New Mexico | Sanidine |
| Glassy tablet in non-welded volcanic pumice | RO unwelded pumice | Bandelier National Monument, New Mexico | Sanidine |
| Anorthoclase | AW #465 | Anhui, China | Sanidine |
| Anorthoclase | AW #164 | Jiashan, Anhui, China | Sanidine |
| Albite | JPD Albite | Amelia Court House, Virginia | Albite |
| Albite | AW #162 | Haicheng, Liaoning, China | Albite, microcline |
| Peristerite | JDP #10-997 | Eganville, Ontario, Canada | Albite |
| Grey Anorthosite | RD Grey Anorthosite | Montpellier, Virginia | Andesine |
| Labradorite | AW #3-8 | (not available) | Andesine |
| Pink Anorthosite | RD #LC002-14088 | Lac Chaudière, Quebec, Canada | Andesine, sanidine |
| Anorthite | AW #C-3 | (not available) | Andesine |
| Labradorite, ASU | ASU WAR-4524 | Lac St-Jean, Quebec, Canada | Labradorite |
| Labradorite, ASU | ASU BUR-3080A | Essex County, New York | Labradorite |
| Anorthite | AW #3-14 | (not available) | Andesine |
| Labradorite, Bøggild intergrowths | RD #PG721 | Nain, Labrador, Canada | Labradorite |
| Plagioclase | AW #85-5-20 | (not available) | Labradorite |
| Black anorthosite | RD #LSJ 80-192 | Lac St. Jean, Quebec, Canada | Labradorite |
| Plagioclase, Huttenlocher intergrowths | RD #OGG-138 | Buksefjord, Greenland | Bytownite [high ($I$) anorthite] |
| Lunar cataclastic plagioclase | NASA $^{§}$67513, 7075 | Station 11, North Ray Crater, Apollo 16 landing site | Low ($P$) anorthite |
| Plagioclase crystal in thin section | NHML ** NWA 773 | Lunar meteorite found in northwestern Africa | Shocked anorthite |
| Trachyte | EPSc #27-32 | Drachenfels, near Bonn, Prussia, Germany | Sanidine, ternary feldspar |
| Crystal in volcanic glass | ND | Mount Erebus, Antarctica | Ternary feldspar |
| Anorthoclase | ASU WAR-0579 | Larvik, Norway | Ternary feldspar |

EPSc: Mineral collection of the Department of Earth & Planetary Sciences, Washington University in St. Louis. AW: Personal collection of Dr. Alian Wang, Department of Earth & Planetary Sciences, Washington University in St. Louis. JDP: Personal collection of Prof. Jill D. Pasteris, Department of Earth & Planetary Sciences, Washington University in St. Louis. ASU: Mineral collection of the Arizona State University Mars Thermal Emission Spectrometer Project. RO: Personal collection of Robert Osburn, Department of Earth & Planetary Sciences, Washington University in St. Louis. RD: Personal collection of Prof. Robert Dymek, Department of Earth & Planetary Sciences, Washington University in St. Louis. § 67513: lunar sample collection (U.S. government) as described Jolliff & Haskin (1995). * Sample label does not agree with detected phases. ** We thank Monica Grady and the Natural History Museum of London for providing samples of NWA773. We are grateful to Marvin Killgore for making portions of this meteorite available to the scientific community for study. The sample is fully described Jolliff et al. (2003). † From the collection of Dr. Nelia Dunbar, New Mexico Bureau of Geology & Mineral Resources, as described by Dunbar (1994).

The Raman sample locations were photo-documented so that the same spot could be relocated using recognizable microscopic features for EMP analyses. The EMP analyses were made on a JEOL 733 Superprobe equipped with three-wavelength dispersive spectrometers, a back-scattered electron (BSE) detector and Advanced Microbeam™ automation. We used an accelerating voltage of 15 kV, a beam current of 20 nA, and a defocused beam (10 µm spot size) to prevent volatilization of Na. Several EMP analyses were taken to gauge sample heterogeneity and characterize exsolution features. We used a combination of feldspar and silicate standards to calibrate and monitor the EMP data collection. A modified Armstrong (1988) CITZAF routine

THE CANADIAN MINERALOGIST

incorporated into the electron-microprobe software was used for X-ray matrix corrections. Molar proportions of the cations were calculated from the measured weight percentages of the corresponding oxides on the basis of eight oxygen atoms per unit formula.

### XRD powder-diffraction analyses

For six of the feldspar samples, several small pieces of each sample were hand ground with a mortar and pestle, dried as a slurry onto glass slides, and run as randomly oriented powder mounts for XRD. Analyses were made on a wide-angle Rigaku Geigerflex D–MAX/A diffractometer using CuKα radiation (35 kV, 35 mA) having a Bragg–Brentano focusing geometry with a 1° incident aperture slit, a 0.8° detector slit and a scintillation counter as the detector. We used a 2θ range of 4–70°, a 2θ step size of 0.04°, and a one-second dwell time per step. The data were collected and reduced using the Jade software (version 3.1, Materials Data, Inc., Livermore, California).

### RESULTS

Experimentally determined XRD powder-diffraction patterns represent an averaged sum of the diffraction of the individual phases in the powdered sample. On the other hand, with the EMPA and Raman microprobe techniques, one is generally able to analyze single phases resolvable at optical microscopic scales (≤10 μm). Among the 32 mineral samples selected for this study, nine showed two or more optically resolvable feldspar phases. By correlating the locations of the Raman sampling spots with those of the EMP analyses, we were able to obtain information regarding both the composition and structure at the same sample spot. We, however, were not able to resolve the compositional and Raman spectral differences of the submicrometric textures displayed by the cryptoperthite, peristerite and Bøggild and Huttenlocher intergrowths (Ribbe 1983a).

For the study presented here, a total of 170 Raman spectra, 213 EMP analyses, and six XRD analyses were obtained from 42 different feldspar phases (belonging to 11 varieties of feldspar) occurring in the 32 feldspar samples investigated. Table 2 lists the EMP and Raman data from eleven unique samples averaged over multiple locations in a given phase. Also included are the positions of the five characteristic Raman peaks. Table 2 also lists the standard deviations for both the EMP and Raman data arising from minor compositional variations within a single phase and from instrumental error. In Table 3, we present the averaged values for Raman peak positions, the end-member compositions, and the XRD powder-diffraction results on those six samples needing structural confirmation.

In both Tables 2 and 3, the feldspar samples are ordered first by structural type and then by composition.

A triangular composition diagram showing the distribution of the compositions and structures of the feldspar phases encountered in this study is shown as Figure 1. Attached to the phase diagram for the ternary system are the secondary temperature–composition diagrams for the alkali (K, Na feldspar) and plagioclase (Na, Ca feldspar) joins. These diagrams are included to show the correlation between recognized feldspar structures and concentrations of the main cations, $K^+$, $Na^+$ and $Ca^{2+}$. These phase diagrams also show the feldspar nomenclature adopted for this study: **Or** for orthoclase, the $K^+$ end-member, **Ab** for albite, the $Na^+$ end-member, and **An** for anorthite, the $Ca^{2+}$ end-member. [Whereas the use of Or (for orthoclase *s.l.*) To designate the potassic end-member of the feldspar diagram is common, it is not to be confused with the orthoclase (*s.s.*) structural phase, which is a partially disordered, high-temperature K-feldspar.] We also use the following standard nomenclature for the high-temperature plagioclases: oligoclase: $An_{10–30}$, andesine: $An_{30–50}$, labradorite: $An_{50–70}$, bytownite: $An_{70–90}$, anorthite: $An_{90–100}$, and ternary feldspars for phases exhibiting significant amounts of all three cations.

### DISCUSSION

### General Raman spectral features of feldspar

The tectosilicate structure with fully linked tetrahedra produces a Raman spectral pattern distinctly different from those of ortho-, chain, ring and layer silicates, in which the $TO_4$ tetrahedra are not linked at all, or only partially linked, with other $TO_4$ units (Deer *et al.* 1991). The strongest Raman peak in the tectosilicate spectrum is located below 600 cm⁻¹, and in many instances this feature can be used to identify the specific tectosilicate. The Raman spectral features of the feldspars (crystal structure shown in Fig. 2) are distinctly different from those of other tectosilicates such as quartz and zeolites (Sharma *et al.* 1983, Matson *et al.* 1986). In particular, the Raman spectra of the feldspars is readily recognized by the presence of two or three Raman peaks lying between 450 and 515 cm⁻¹, the strongest of which falls within the narrow region of 505 to 515 cm⁻¹ (Fig. 3). The peak position of the strongest Raman band of many tectosilicates shows an inverse correlation with the size of the ring made by the $TO_4$ tetrahedra. For example, quartz has a six-membered ring, and its strongest Raman peak is at 464 cm⁻¹; $LiAlSi_2O_6$-II has a five-membered ring subunit, and its strongest Raman peak is at 492 cm⁻¹, whereas feldspars, with a four-membered ring, show the strongest Raman peak to be near ~510 cm⁻¹ (Sharma *et al.* 1983).

In this paper, we separate the feldspar spectral characteristics as follows (Fig. 3): Group-I peaks occur in the spectral region of 450–520 cm⁻¹, Group-II peaks, between 200 and 400 cm⁻¹, Group-III peaks, below 200 cm⁻¹, Group-IV peaks, between 600 and 800 cm⁻¹, and



FIG. 2.    Unit-cell structure of a typical feldspar, maximum microcline. Aluminum-bearing tetrahedra shaded in dark grey, silicon-bearing tetrahedra shaded in light grey, and potassium ions represented by circles. Two unit cells ($2 \times 1 \times 1$) are shown.

Group-V peaks, between 900 and 1200 cm$^{-1}$. Positions of all these peaks for 14 typical feldspar samples are listed in Table 4, whereas the average positions of the five strongest Raman peaks: $I_a$, $I_b$, and $I_c$ of Group I, and the strongest peak in Group II ($II_{max}$) and Group III ($III_{max}$) are listed in Tables 2 and 3, together with EMP and XRD data. The peaks in Groups IV and V will be discussed later, but these moderate- to weak-intensity Raman peaks are commonly obscured by the spectra of other silicates and anionic salts present in soil and

1484 — THE CANADIAN MINERALOGIST

TABLE 2. ELECTRON-MICROPROBE AND RAMAN CHARACTERIZATION OF ELEVEN UNIQUE FELDSPAR PHASES

| Phase / n* / Field / sample | Microcline 9 EPSc #313 | | Orthoclase 5 ASU HS314.4b | | Sanidine 6 Glassy tablet in welded pumice | | Albite 4 AW 162 | | Low albite 10 Peristerite 10-997 | | Oligoclase 2 ASU HS314.4b | | Andesine 13 anorthosite LC002-14088 | | Labradorite 7 PG721 Bøggild intergrowths | | Anorthite-I 10 RD #OGG-138 | | Anorthite-P 3 NASA 67513, 7075 | | Shocked anorthite NHML NWA #773 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg. | ±σ | Avg. | ±σ | Avg. | ±σ | Avg. | ±σ | Avg. | ±σ | Avg. | ±σ | Avg. | ±σ | Avg. | ±σ | Avg. | ±σ | Avg. | ±σ | Avg. | ±σ |
| $K_2O$ wt.% | 16.68 | 0.27 | 13.17 | 1.38 | 8.06 | 1.73 | 0.06 | 0.01 | 0.40 | 0.09 | 0.23 | 0.22 | 0.40 | 0.09 | 0.45 | 0.09 | 0.01 | 0.004 | 0.02 | 0.00 | 0.15 | n.d. |
| $Na_2O$ | 0.30 | 0.14 | 2.15 | 0.75 | 6.52 | 0.22 | 11.13 | 0.16 | 10.28 | 0.17 | 8.76 | 0.10 | 6.46 | 0.23 | 5.02 | 0.10 | 2.34 | 0.17 | 0.27 | 0.06 | 0.59 | n.d. |
| $FeO$ | 0.03 | 0.06 | 0.11 | 0.07 | 0.05 | 0.08 | 0.03 | 0.04 | 0.06 | 0.03 | 0.07 | 0.05 | 0.14 | 0.05 | 0.25 | 0.04 | 0.02 | 0.03 | 0.08 | 0.01 | 0.39 | n.d. |
| $CaO$ | 0.00 | 0.005 | 0.23 | 0.21 | 0.73 | 0.65 | 1.26 | 0.39 | 2.57 | 0.15 | 4.84 | 0.31 | 8.46 | 0.42 | 11.05 | 0.16 | 16.50 | 0.26 | 19.75 | 0.13 | 18.83 | n.d. |
| $Al_2O_3$ | 18.72 | 0.18 | 18.78 | 0.53 | 18.94 | 0.34 | 20.73 | 0.45 | 21.92 | 0.26 | 23.53 | 0.35 | 26.88 | 0.45 | 28.44 | 0.40 | 34.00 | 0.14 | 35.89 | 0.14 | 34.65 | n.d. |
| $SiO_2$ | 63.26 | 0.59 | 63.25 | 1.88 | 65.88 | 0.83 | 66.46 | 0.47 | 65.23 | 0.84 | 61.53 | 0.26 | 56.84 | 0.74 | 54.63 | 0.74 | 48.53 | 0.36 | 43.43 | 0.41 | 45.20 | n.d. |
| $MgO$ | 0.00 | 0.004 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.08 | 0.01 | 0.00 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.01 | 0.01 | 0.01 | 0.11 | n.d. |
| $TiO_2$ | 0.03 | 0.05 | 0.02 | 0.03 | 0.18 | 0.35 | 0.00 | 0.02 | 0.08 | 0.07 | 0.04 | 0.04 | 0.10 | 0.06 | 0.06 | 0.05 | 0.02 | 0.02 | n.d. | n.d. | n.d. | n.d. |
| $BaO$ | 0.03 | 0.02 | 0.70 | 0.21 | 1.19 | 2.20 | 0.02 | 0.02 | 0.08 | 0.14 | 0.04 | 0.04 | 0.03 | 0.18 | 0.02 | 0.02 | 0.02 | 0.02 | n.d. | n.d. | n.d. | n.d. |
| $MnO$ | 0.01 | 0.01 | 0.01 | 0.02 | 0.54 | 0.59 | 0.03 | 0.05 | 0.03 | 0.03 | 0.01 | 0.01 | 0.00 | 0.04 | 0.00 | 0.01 | 0.03 | 0.02 | n.d. | n.d. | n.d. | n.d. |
| $SrO$ | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | n.d. | n.d. | n.d. | n.d. |
| Total | 99.05 | 0.57 | 98.43 | 2.88 | 102.29 | 4.24 | 99.82 | 0.67 | 100.65 | 0.87 | 99.05 | 0.69 | 99.34 | 0.67 | 99.92 | 0.35 | 101.46 | 0.27 | 99.45 | 0.28 | 99.92 | n.d. |
| K apfu | 0.998 | 0.015 | 0.786 | 0.075 | 0.459 | 0.096 | 0.003 | 0.001 | 0.022 | 0.015 | 0.013 | 0.012 | 0.02 | 0.01 | 0.026 | 0.005 | 0.000 | 0.000 | 0.001 | 0.001 | 0.009 | n.d. |
| Na | 0.027 | 0.012 | 0.196 | 0.068 | 0.566 | 0.013 | 0.949 | 0.016 | 0.874 | 0.004 | 0.761 | 0.007 | 0.57 | 0.02 | 0.440 | 0.010 | 0.205 | 0.015 | 0.024 | 0.005 | 0.053 | n.d. |
| Fe | 0.001 | 0.002 | 0.004 | 0.003 | 0.002 | 0.003 | 0.001 | 0.001 | 0.002 | 0.001 | 0.003 | 0.002 | 0.01 | 0.00 | 0.009 | 0.001 | 0.001 | 0.001 | 0.003 | 0.001 | 0.011 | n.d. |
| Ca | 0.000 | 0.000 | 0.012 | 0.010 | 0.035 | 0.032 | 0.059 | 0.018 | 0.121 | 0.007 | 0.232 | 0.015 | 0.41 | 0.02 | 0.536 | 0.008 | 0.798 | 0.014 | 0.985 | 0.009 | 0.933 | n.d. |
| Al | 1.034 | 0.014 | 1.036 | 0.009 | 0.999 | 0.011 | 1.074 | 0.020 | 1.133 | 0.014 | 1.242 | 0.011 | 1.43 | 0.03 | 1.516 | 0.015 | 1.809 | 0.010 | 1.969 | 0.013 | 1.889 | n.d. |
| Si | 2.966 | 0.011 | 2.961 | 0.009 | 2.947 | 0.027 | 2.922 | 0.020 | 2.861 | 0.013 | 2.756 | 0.011 | 2.57 | 0.02 | 2.471 | 0.014 | 2.191 | 0.010 | 2.022 | 0.013 | 2.091 | n.d. |
| Mg | 0.000 | 0.000 | 0.001 | 0.001 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 | 0.001 | 0.000 | 0.000 | 0.000 | 0.001 | 0.000 | 0.008 | n.d. |
| Ti | 0.001 | 0.002 | 0.001 | 0.001 | 0.006 | 0.012 | 0.001 | 0.001 | 0.003 | 0.003 | 0.000 | 0.001 | 0.00 | 0.00 | 0.002 | 0.002 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | n.d. |
| Ba | 0.000 | 0.000 | 0.013 | 0.004 | 0.020 | 0.037 | 0.000 | 0.000 | 0.000 | 0.001 | 0.001 | 0.001 | 0.00 | 0.00 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | n.d. |
| Mn | 0.000 | 0.001 | 0.000 | 0.000 | 0.020 | 0.022 | 0.001 | 0.002 | 0.001 | 0.001 | 0.001 | 0.001 | 0.00 | 0.00 | 0.000 | 0.000 | 0.001 | 0.001 | 0.000 | 0.000 | 0.000 | n.d. |
| Sr | 0.000 | 0.000 | 0.000 | 0.000 | 0.005 | 0.009 | 0.000 | 0.000 | 0.001 | 0.000 | 0.001 | 0.000 | 0.00 | 0.00 | 0.000 | 0.000 | 0.001 | 0.001 | 0.000 | 0.000 | 0.000 | n.d. |
| Σ cations | 5.028 | 0.007 | 5.011 | 0.006 | 5.060 | 0.068 | 5.014 | 0.004 | 5.018 | 0.013 | 5.009 | 0.007 | 5.01 | 0.01 | 5.001 | 0.006 | 5.007 | 0.002 | 5.006 | 0.004 | 4.995 | n.d. |
| Σ T site | 4.000 | 0.004 | 3.998 | 0.002 | 3.946 | 0.033 | 3.997 | 0.002 | 3.994 | 0.004 | 3.998 | 0.003 | 4.00 | 0.01 | 3.988 | 0.004 | 4.000 | 0.003 | 3.991 | 0.002 | 3.981 | n.d. |
| Σ M site | 1.028 | 0.006 | 1.013 | 0.007 | 1.114 | 0.098 | 1.017 | 0.005 | 1.024 | 0.014 | 1.011 | 0.005 | 1.01 | 0.01 | 1.014 | 0.000 | 1.007 | 0.003 | 1.015 | 0.005 | 1.014 | n.d. |
| Or % | 97.36 | 1.20 | 79.12 | 7.74 | 42.95 | 6.41 | 0.32 | 0.07 | 2.20 | 0.51 | 1.30 | 1.21 | 2.30 | 0.53 | 2.57 | 0.54 | 0.08 | 0.02 | 0.10 | 0.02 | 0.77 | n.d. |
| Ab | 2.62 | 1.21 | 19.70 | 6.79 | 53.70 | 5.18 | 93.83 | 1.85 | 85.92 | 0.76 | 75.61 | 0.39 | 56.67 | 1.84 | 43.93 | 0.70 | 20.39 | 1.44 | 1.34 | 0.29 | 3.02 | n.d. |
| An | 0.02 | 0.02 | 1.18 | 1.03 | 3.35 | 3.02 | 5.86 | 1.79 | 11.88 | 0.67 | 23.10 | 1.55 | 41.03 | 2.08 | 53.50 | 0.88 | 79.53 | 1.43 | 98.87 | 0.65 | 96.22 | n.d. |

CHARACTERIZATION OF NATURAL FELDSPARS BY RAMAN SPECTROSCOPY                1485

| Band n** | Raman shifts (cm⁻¹) | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg. 6 | ±σ | Avg. 8 | ±σ | Avg. 6 | ±σ | Avg. 4 | ±σ | Avg. 9 | ±σ | Avg. 2 | ±σ | Avg. 8 | ±σ | Avg. 8 | ±σ | Avg. 11 | ±σ | Avg. 1 | ±σ | Avg. 3 | ±σ |
| I_a | 513.08 | 0.13 | 512.76 | 0.28 | 512.92 | 0.40 | 507.65 | 0.28 | 507.82 | 0.10 | 510.65 | 0.92 | 510.41 | 0.90 | 509.30 | 0.21 | 504.90 | 0.41 | 504.80 | n.d. | 505.13 | 1.15 |
| I_b | 475.85 | 0.32 | 476.99 | 0.66 | 474.75 | 0.30 | 479.73 | 0.15 | 479.24 | 0.23 | 479.80 | 0.21 | 480.58 | 0.65 | 479.88 | 0.43 | 484.60 | 0.35 | 487.60 | n.d. | 484.42 | 1.03 |
| I_c | 454.13 | 0.23 | 454.86 | 1.16 | 456.65 | 0.58 | 457.80 | 0.14 | 457.80 | 0.94 | 455.19 | 1.63 | 455.70 | 2.53 | 443.25 | 1.64 | 460.56 | 2.11 | 461.96 | n.d. | 471.45 | 2.35 |
| II_max | 285.32 | 0.28 | 282.11 | 0.38 | 284.70 | 0.25 | 290.73 | 0.22 | 290.47 | 0.15 | 284.65 | 0.21 | 286.49 | 1.63 | 285.44 | 1.31 | 285.60 | 0.38 | 285.40 | n.d. | 267.49 | 1.02 |
| III_max | 157.12 | 0.67 | 156.51 | 1.12 | 160.33 | 4.18 | 185.85 | 0.10 | 184.76 | 0.64 | 161.10 | 1.13 | 177.58 | 1.12 | 178.64 | 1.52 | 196.60 | 3.09 | 198.60 | n.d. | 183.48 | n.d. |

* Number of EMP sample spots analyzed. Averages are shown for multiple microprobe sampings locations. ** Number of Raman samples analyzed. Samples: 67513: lunar sample collection (U.S. government) as described Joliff & Haskin (1995). We thank Monica Grady and the Natural History Museum of London for providing samples of NWA773. We are grateful to Marvin Killgore for making portions of this meteorite available to the scientific community for study. The sample was fully described by Joliff et al. (2003). n.d.: no data determined.

rock mixtures. The peak positions in Tables 2 and 3 are the averaged values obtained from multiple spots of each sample. The relatively large standard deviations in the Raman shift of the band maximum in Group III (150–190 cm⁻¹) occur because this band lies close to the cutoff edge of the optical filter used to minimize the Rayleigh-scattered laser light from reaching the CCD camera. This filter yields a large curving background at low Raman shift frequencies (<180 cm⁻¹), which in turn introduces uncertainties in determining peak positions.

Numerous studies, including both experimental observations and theoretical calculations, have been published over the past 30 years on the Raman and infrared spectral peak assignments of feldspar-group minerals. For all of these feldspar minerals, however, the observed number of Raman peaks is usually much lower than that predicted by group theory (von Stengel 1977, Dowty 1987, McMillan et al. 1982, and references therein, Sharma et al. 1983, Matson et al. 1986, McKeown 2005). Causes for the discrepancies between predicted and actual number of Raman peaks include: (a) much smaller pseudo-unit-cell in the triclinic structure, which determines the actual number of vibrational modes, (b) accidental degeneracies between the vibrational modes, and (c) the inability to detect weak peaks in the spectra above background noise (White 1974, Sharma et al. 1983). The results of group analyses and force-field calculations, plus other types of vibrational studies, have progressively developed into a general agreement on vibrational band assignments in feldspar-group minerals. The assignments [based on McKeown's (2005) calculations for low albite] show that the two strongest Raman bands in the 450–520 cm⁻¹ spectral region (Group I) belong to the ring-breathing modes of the four-membered rings of tetrahedra. The Raman peaks in Groups II and III (below 400 cm⁻¹) correspond to rotation–translation modes of the four-membered rings and cage-shear modes, respectively. The weaker Raman peaks in the 900–1200 cm⁻¹ region (Group V) were assigned to the vibrational stretching modes of the tetrahedra. The mid- to weak-strength peaks in the 700–900 cm⁻¹ region (Group IV) belong to the deformation modes of the tetrahedra.

*Raman spectra of the end members*

Typical Raman spectra for the low-temperature end-member feldspars (maximum microcline, low albite, and anorthite-*P*), are presented in Figure 3. The distinct position of the peaks and the low sample-to-sample variability (<0.2 cm⁻¹) of the I_a peak position offer the first-order criterion for distinguishing the compositional end-members, *i.e.*, 513.3 cm⁻¹ for maximum microcline, 507.6 cm⁻¹ for low albite, and 504.6 cm⁻¹ for anorthite-*P*. All three end-members exhibit a triplet of peaks in Group I, although the intensity of peak I_c

at 461.9 cm$^{-1}$ in anorthite-*P* is very weak compared to the intensity of the same peak in the Raman spectra of the other two end-members ($I_c$ occurs at 453.9 cm$^{-1}$ for maximum microcline and 456.6 cm$^{-1}$ for low albite). The motion of the oxygen atoms in the breathing mode of the four-membered ring is perpendicular to the *T–T*



FIG. 3.   Raman spectra of the compositional end-members maximum microcline, low albite, and low-temperature anorthite.

CHARACTERIZATION OF NATURAL FELDSPARS BY RAMAN SPECTROSCOPY    1487

TABLE 3. RAMAN CHARACTERIZATION OF INDIVIDUAL FELDSPAR PHASES IN THE FIELD SAMPLES
ORDERED ACCORDING TO THE PROPORTION OF Or, Ab AND An

| Field sample label | Feldspar phase | Powder XRD label | EMP feldspar distribution | | | | Raman band frequency (cm$^{-1}$) | | | | | Raman SpecID search results | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Or | Ab | An | $n^*$ | $I_a$ | $I_b$ | $I_c$ | $II_{max}$ | $III_{max}$ | $n^{**}$ | 1st hit | 2nd hit | 3rd hit | misses |
| EPSc #1 | Microcline | | 96.68 | 3.26 | 0.06 | 6 | 512.9 | 475.8 | 453.6 | 285.2 | 157.6 | 6 | 6 | 0 | 0 | 0 |
| EPSc #313 | Microcline | | 97.36 | 2.62 | 0.02 | 8 | 513.1 | 475.9 | 454.1 | 285.3 | 157.1 | 6 | 6 | 0 | 0 | 0 |
| EPSc 313-4 | Microcline | MM,IM | 96.50 | 3.50 | 0.01 | 6 | 512.9 | 475.6 | 454.1 | 285.0 | 157.2 | 4 | 4 | 0 | 0 | 0 |
| JDP 109940 | Microcline | | 94.60 | 5.40 | 0.00 | 7 | 512.9 | 476.1 | 453.9 | 283.3 | 158.8 | 1 | 1 | 0 | 0 | 0 |
| ASU BUR3460A | Microcline | | 93.81 | 6.19 | 0.00 | 9 | 512.8 | 475.6 | 454.2 | 285.6 | 156.2 | 12 | 7 | 4 | 1 | 0 |
| JDP 109940 | Orthoclase | | 96.85 | 3.14 | 0.01 | 2 | 513.1 | 475.4 | 454.0 | 283.0 | 152.1 | 3 | 3 | 0 | 0 | 0 |
| EPSc#313-10 | Orthoclase | OR | 90.95 | 8.86 | 0.20 | 4 | 513.3 | 475.0 | 453.1 | 280.5 | 153.0 | 4 | 4 | 0 | 0 | 0 |
| ASU H314 | Orthoclase | | 75.75 | 22.88 | 1.37 | 8 | 512.7 | 477.1 | 454.8 | 282.3 | 156.2 | 8 | 8 | 0 | 0 | 0 |
| ASU H314.4b | Sanidine | | 85.78 | 13.75 | 0.47 | 1 | 511.9 | 477.9 | 454.5 | 283.7 | 154.0 | 1 | 1 | 0 | 0 | 0 |
| EPSc#27-32 | Sanidine | SA | 61.05 | 37.16 | 1.76 | 3 | 514.2 | 473.7 | 457.3 | 284.5 | 158.6 | 4 | 3 | 1 | 0 | 0 |
| LC002-14088 | Sanidine | | 97.04 | 2.93 | 0.03 | 2 | 512.8 | 476.4 | 454.2 | 281.0 | 156.3 | 1 | 1 | 0 | 0 | 0 |
| Tablet in welded pumice | Sanidine | | 42.95 | 53.70 | 3.35 | 6 | 512.9 | 474.8 | 456.7 | 284.7 | 160.3 | 6 | 6 | 0 | 0 | 0 |
| Tablet in non-welded pumice | Sanidine | | 41.38 | 57.16 | 1.46 | 8 | 513.3 | 474.6 | 455.7 | 284.5 | 164.3 | 7 | 7 | 0 | 0 | 0 |
| 465(2,B) | Sanidine | | 30.02 | 66.61 | 3.37 | 8 | 513.0 | 473.5 | 463.6 | 284.2 | 165.1 | 5 | 5 | 0 | 0 | 0 |
| 164 | Sanidine | | 26.71 | 69.08 | 4.22 | 5 | 512.6 | 475.8 | 458.9 | 284.5 | 156.4 | 5 | 6 | 0 | 0 | 0 |
| 465(1,A) | Sanidine | | 27.00 | 68.97 | 4.04 | 9 | 513.1 | 473.8 | 459.2 | 284.2 | 164.0 | 7 | 7 | 0 | 0 | 0 |
| Albite | Albite | | 0.0 | 100.00 | 0.00 | 0 | 507.6 | 479.4 | 457.0 | 290.9 | 186.0 | 1 | 1 | 0 | 0 | 0 |
| ASU BUR3460A | Albite | | 0.48 | 99.39 | 0.13 | 3 | 507.7 | 479.3 | 458.3 | 291.0 | 185.6 | 3 | 3 | 0 | 0 | 0 |
| JDP 109940 | Albite | HA | 0.57 | 98.82 | 0.61 | 3 | 507.6 | 479.3 | 461.2 | 290.1 | 184.1 | 3 | 1 | 2 | 0 | 0 |
| EPSc#313-4 | Albite | | 0.76 | 98.40 | 0.90 | 2 | 507.7 | 479.1 | 455.9 | 289.7 | 185.3 | 2 | 2 | 0 | 0 | 0 |
| EPSc#313-10 | Albite | LA | 1.34 | 97.91 | 0.75 | 2 | 507.9 | 479.4 | 457.3 | 291.0 | 186.4 | 1 | 1 | 0 | 0 | 0 |
| #162 | Albite | | 0.35 | 93.66 | 5.99 | 4 | 507.7 | 479.7 | 457.8 | 290.7 | 185.9 | 4 | 4 | 0 | 0 | 0 |
| JDP # 10-997 | Peristerite | | 2.20 | 85.92 | 11.88 | 10 | 507.8 | 479.2 | 457.8 | 290.5 | 184.8 | 6 | 6 | 0 | 0 | 0 |
| ASU 314.4b | Oligoclase | | 1.30 | 75.60 | 23.10 | 4 | 510.7 | 479.8 | 455.2 | 284.7 | 161.1 | 3 | 3 | 0 | 0 | 0 |
| Grey anorthosite | Andesine | | 0.76 | 66.33 | 32.91 | 8 | 509.8 | 480.3 | 460.6 | 285.3 | 176.8 | 8 | 8 | 0 | 0 | 0 |
| LC002-14088 | Andesine | | 2.30 | 56.67 | 41.03 | 12 | 510.4 | 480.6 | 455.7 | 286.5 | 177.6 | 6 | 6 | 0 | 0 | 0 |
| #3-8 | Andesine | | 5.47 | 55.24 | 36.29 | 7 | 510.3 | 480.6 | 449.2 | 285.6 | 176.9 | 8 | 8 | 0 | 0 | 0 |
| #C-3 | Andesine | | 0.32 | 53.70 | 46.05 | 6 | 509.3 | 481.2 | 445.7 | 286.6 | 174.9 | 6 | 6 | 0 | 0 | 0 |
| #3-14 | Andesine | | 3.37 | 49.02 | 47.61 | 6 | 510.3 | 480.8 | 447.8 | 286.0 | 176.9 | 6 | 6 | 0 | 0 | 0 |
| ASU WAR4524 | Labradorite | | 1.34 | 46.06 | 52.60 | 9 | 509.2 | 481.7 | 451.7 | 285.9 | 179.6 | 8 | 8 | 0 | 0 | 0 |
| AU BUR3080A | Labradorite | | 3.23 | 45.65 | 57.12 | | 509.5 | 481.5 | 463.8 | 286.2 | 189.0 | 9 | 9 | 0 | 0 | 0 |
| PG721 | Labradorite | AN | 2.57 | 43.93 | 53.50 | 7 | 509.3 | 479.9 | 443.3 | 285.4 | 178.6 | 9 | 8 | 1 | 0 | 0 |
| 85-5-20 | Labradorite | | 3.14 | 40.16 | 56.70 | 6 | 508.8 | 480.5 | 447.0 | 286.1 | 180.4 | 6 | 6 | 0 | 0 | 0 |
| LSJ 80-192 | Labradorite | | 1.35 | 36.52 | 62.13 | 8 | 508.9 | 480.5 | 444.0 | 285.9 | 183.3 | 11 | 11 | 0 | 0 | 0 |
| ASU WAR4524(1) | Bytownite | | 0.25 | 24.03 | 75.72 | 1 | 504.9 | 484.6 | 460.6 | 285.6 | 196.6 | 1 | 1 | 0 | 0 | 0 |
| OGG-138B | Bytownite | | 0.08 | 20.39 | 79.53 | 9 | 504.9 | 484.6 | 460.6 | 285.6 | 196.6 | 22 | 20 | 2 | 0 | 0 |
| #67512,7075 | Low anorthite | | 0.10 | 1.86 | 98.04 | TI | 504.8 | 487.6 | 462.0 | 285.4 | 198.6 | 3 | 3 | 0 | 0 | 0 |
| NWA 773 | Shocked anorthite | | 2.00 | 10.00 | 88.00 | TII | 505.1 | 484.4 | 471.4 | n.d. | n.d. | 1 | 1 | 0 | 0 | 0 |
| Mt. Erebus | Ternary fsp | | 15.88 | 68.85 | 15.27 | 10 | 511.0 | 476.0 | n.d. | 283.2 | 162.7 | 7 | n.a.$^{‡}$ | n.a. | n.a. | n.a. |
| EPSc#27-32 | Oligoclase | | 6.75 | 65.53 | 27.72 | 5 | 507.8 | 479.2 | n.d. | n.d. | n.d. | 2 | n.a. | n.a. | n.a. | n.a. |
| ASU WAR0579 | Ternary fsp | | 25.92 | 64.87 | 9.21 | 4 | 510.2 | 478.8 | 457.5 | 287.5 | 160.2 | 11 | n.a. | n.a. | n.a. | n.a. |
| ASU WAR0579 | Ternary fsp | | 33.95 | 56.93 | 9.12 | 4 | 511.1 | 477.8 | 454.6 | 286.2 | 156.5 | 11 | n.a. | n.a. | n.a. | n.a. |

TI: Table I, Jolliff & Haskin (1995). TII: Table II, Jolliff et al. (2003). $^{‡}$ Unable to distinguish high-temperature ternary feldspars from high-temperature plagioclases. Symbols: MM: maximum (ordered) microcline, IM: intermediate microcline, OR: orthoclase, SA: sanidine, LA: low (ordered) albite, HA: high (disordered) albite, AN: anorthite, fsp: feldspar, $n^*$: number of samples characterized by electron-microprobe analysis, $n^{**}$: number of Raman scans, n.d.: no data, n.a.: not applicable.

line, making variations in the $T$–O–$T$ bond angles a factor in determining the position of the Group-I Raman peaks. The Si–O–Al bond angles are clearly distributed in two clusters (Fig. 4c), which may explain the strong doublet aspect of the spectral pattern ($I_a$ and $I_b$, with

extremely weak $I_c$) in the Group-I region of anorthite. In comparison, the Si–O–Si and Si–O–Al bond angles in maximum microcline and low albite are distributed in roughly three groups (Figs. 4a, b). This distribution

of bond angles explains the triplet spectral pattern in the Group-I region of these two end members.

The spectra of the three end-member feldspars exhibit similar patterns, but most bands in the spectrum of anorthite-*P* are shifted toward lower frequencies. The bands of anorthite-*P* in the spectral regions of Groups I, II, and IV are also less well resolved owing to the broader band-widths.

Group-V bands (Fig. 3) are associated with breathing modes of tetrahedra involving *T*–O stretching vibrations. The number of component peaks in the Group-V spectral region (900–1200 cm$^{-1}$) clearly reflects the Si:Al variations induced by varying proportions of Ca, Na and K in the structures. Low albite has six well-resolved peaks and two shoulders in this region; maximum microcline has seven well-resolved peaks and one shoulder, and anorthite-*P* has seven well-resolved peak and three shoulders (Fig. 3).

The spectral patterns of low albite and maximum microcline are similar in the Group-IV region, reflecting the similarity in their crystallographic structure with regard to the degree of Al–Si order. Their Group-IV Raman spectral patterns are characterized by a pair of moderately strong, sharp peaks at 764 and 815 cm$^{-1}$ for low albite, and 749 and 814 cm$^{-1}$ for maximum microcline. The spectral pattern of anorthite-*P* in the Group-IV region differs in that all the bands are shifted to lower frequencies and have different rela-

tive intensities. The difference in the pattern of the anorthite-*P* bands is due to the higher Al:Si ratio and is consistent with increased contributions of the Al–O and Al–O–Si bonds to the vibrations in the Group-IV region (McMillan *et al.* 1982, von Stengel 1977). The uniqueness of these Group-IV and Group-V patterns in the end-member feldspars allows the low albite and maximum microcline to be distinguished from each other and from anorthite-*P*.

### *K-feldspar samples with different degrees of Si–Al order*

As a series, the three structural types of potassium feldspar, microcline, orthoclase, and sanidine, display increasing structural disorder in the distribution of the one Al and three Si cations within the rings of four linked tetrahedra of the feldspar lattice. Maximum microcline has the highest degree of Si–Al order, with the Al cation occurring at a unique tetrahedral site, whereas the Si cations occur in the remaining tetrahedral sites (Fig. 2, Smith & Brown 1988). In orthoclase, the two unique sites are occupied by two Si cations, but the Al and third Si cation are randomly distributed between the remaining sites. High sanidine has the highest degree of Si–Al disorder, where all three Si

TABLE 4.  A COMPARISON OF THE RAMAN FREQUENCIES
OF THE VARIOUS FELDSPARS

| MM | OR | SA | LA | HA | Pl | An-*l* | An-*P* |
|---|---|---|---|---|---|---|---|
| 1138 | 1136 sh | ... | 1152 | 1139 | 1316 | ... | 1194 |
| 1124 | 1123 | 1120 | 1113 sh | 1106 sh | ... | 1110 sh | 1126 |
| 1097 | 1198 sh | 1094 sh | 1099 | 1098 | 1086 sh | ... | 1077 |
| ... | ... | ... | 1046 | ... | ... | ... | ... |
| 1036 | 1036 sh | 1030 sh | 1033 | 1030 | 1032 sh | 1016 | 1020 |
| ... | ... | ... | 1013 | ... | ... | ... | ... |
| ... | ... | ... | 1008 | ... | ... | ... | ... |
| 994 | 988 | 1001 | 978 | 977 | 987 | 978 | 984 |
| ... | ... | ... | ... | ... | ... | 959 sh | 956 |
| ... | ... | ... | ... | ... | 915 sh | 913 | 914 |
| 813 | 810 | 804 | 815 | 812 | 797 | 791 | 795 sh |
| 749 | 748 | 776 | 764 | 762 | 767 | 764 | 764 |
| ... | ... | 726 sh | 721 | 737 sh | 742 sh | 743 | 745 |
| 651 | (655)[1] | (644) | 646 | 651 | 652 | 680 | 683 |
| 629 sh[2] | (625)[1] | ... | 634 | 636 | 636 sh | 626 | 626 |
| 583 | 583 | 571 | 580 | 578 | 569 | 564 | 557 |
| 513 | 513 | 514 | 507 | 507 | 510 | 505 | 504 |
| 476 | 475 | 475 | 479 | 476 | 482 | 484 | 488 |
| 454 | 454 | 454 sh | 457 | 452 | (453)[1] sh | 425 | 429 |
| ... | ... | ... | 416 | ... | ... | ... | ... |
| 403 | 406 | 405 | 408 | 406 sh | 410 | 405 | 402 |
| ... | ... | ... | 400 | 399 | 397 sh | ... | ... |
| 372 | 370 | 368 | 349 | 346 | ... | 367 | 371 |
| 332 | 330 | ... | 329 | 327 | 336 | 322 | 325 |
| 286 | 282 | 285 | 291 | 287 | 288 | 285 | 285 |
| 266 | 265 | ... | 269 | 266 sh | ... | ... | 272 sh |
| 258 | 255 sh | ... | 252 | 254 | ... | 248 | 248 |
| 200 | 197 | 197 | 209 | 206 | 202 sh | 197 | 199 |
| 178 | 176 | ... | 186 | 182 | 177 | 183 | 178 |
| 158 | 155 | 165 | 140 | 156 | ... | 148 | 149 |

Symbols: MM: maximum microcline, OR: orthoclase, SA: sanidine, LA: low albite, HA: high albite, Pl: plagioclase (An$_{52}$), An-*l*: high-T anorthite-*l*, An-*P*: low-T anorthite-*P*. [1] Peak positions in parentheses were derived by peak deconvolution. [2] sh: unresolved shoulder.



FIG. 4.    Distribution of *T*–O–*T* (*T*: Si, Al) bond angles among the feldspar end-members *versus* bond-angle assignment number.

cations and one Al cation are randomly distributed among all four tetrahedral sites.

The Raman spectra of the three potassium-rich alkali feldspar structures are compared in Figure 5. It is readily apparent that the position of the strongest Raman band, $I_a$, is similar in all samples, ranging only 0.4 cm$^{-1}$ from 512.7 to 513.1 cm$^{-1}$. The widths of all Raman peaks in the KAlSi$_3$O$_8$ structures increase with increasing Si–Al disorder. The well-resolved Group-I triplet widens to a less well-resolved triplet in the orthoclase spectrum, and to a doublet in the spectrum of sanidine. The Raman spectra for each of these three potassium-rich feldspar phases are reproducible, and a comparison of the band shapes in the Raman spectra allow them to be distinguished from each other and from other feldspar structural types.

*Sanidine with K–Na substitution*

There is an additional compositional disorder in the alkali feldspars where Na$^+$ substitutes for K$^+$. The Raman spectrum of sanidine shown in Figure 5 is representative of all eight samples of disordered alkali-feldspar in which the albite content ranges from Ab$_{14}$ to Ab$_{73}$. Because the interactions between the extra-framework cations in the framework oxygen atoms in feldspars are weaker than the $M$–O interactions in other minerals such as olivine and pyroxene,



Fig. 5.   Raman spectra of the K-feldspars with different degrees of Al–Si order: maximum microcline, orthoclase, and sanidine.

the Raman spectra of the feldspars are not sensitive to Na and K content and do not differ significantly over the compositional range studied.

*Sodium-rich feldspars with different degrees of Si–Al order*

Of the twenty-one spectra acquired for Na-rich alkali feldspar samples, only two unique Raman spectra were obtained; 19 sample points have Raman spectra consistent with low albite or low albite in peristerite

(Figs. 6a, b), and two sample points yielded Raman spectra like that of disordered, high albite (Fig. 6c). The strongest Raman band, $I_a$, for low albite consistently occurs at 507.6 cm$^{-1}$, which is 5 cm$^{-1}$ lower than from the band position of the potassium feldspars. Thus, sanidine and ternary feldspars with considerable Na content have higher $I_a$ Raman peak positions than that of low albite.

The Raman spectrum for high albite (Fig. 6c) shows broader Raman peaks than low albite. The width of the Group-$I_a$ band is ~13.7 cm$^{-1}$ in high albite compared



FIG. 6.    Raman spectra of Na-feldspars with different degrees of Al–Si order: low-temperature albite, peristerite, and high-temperature albite.

with 8.4 $cm^{-1}$ in low albite. Band broadening introduces a loss of spectral resolution in the major and minor peaks of high albite, a trend observed in the Raman spectra of any of the feldspar structures with increased Al–Si disorder. The spectrum of high albite (Fig. 6c) is consistent with that first published by Farmer (1974) and later explored in detail by McKeown (2005). All major Raman bands of high albite, except the $I_a$ Raman band at 507.5 $cm^{-1}$, also show a slight downshift in peak positions compared to the corresponding peaks of low albite. Other than band broadening and slight shift in the band of high albite, the Raman spectra of high albite and low albite found in this study are quite similar, consistent with the fact that they both have a triclinic structure (Smith & Brown 1988). The fact that the $I_c$ Raman band at 451.5 $cm^{-1}$ is still resolved in our high albite Raman spectrum would, by comparison of our spectrum with the spectra shown by McKeown (2005, Fig. 6), indicate that our particular samples probably had not been heated much beyond 500°C. This indication is consistent with the triclinic, high albite classification (Ribbe 1983b).

Peristerite is a feldspar intergrowth formed at elevated annealing temperatures, and consists of optically unresolved lamellae of low albite ($An_{<10}$) and oligoclase ($An_{10–30}$) whose Raman spectrum is that of the predominant low albite host. Thus the Raman spectra of low albite (Fig. 6a) and peristerite (Fig. 6b) are nearly identical both in peak positions and band widths. There is no evidence in the Raman spectrum of our peristerite sample for the presence of the exsolved oligoclase.

*The calcium-rich feldspars*

Three structurally significant and distinct anorthite samples were included in this study: low-temperature anorthite with a primitive unit cell (anorthite-*P*), high-temperature anorthite with a body-centered unit cell (anorthite-*I*), and a meteoritic, pressure-shocked lunar anorthite. Representative Raman spectra of these three varieties of anorthite are shown in Figure 7. These spectra are consistent with previously published Raman spectra for anorthite (Daniel *et al.* 1995b, 1997, Gillet *et al.* 1977, Matson *et al.* 1986, McMillan *et al.* 1982, Sharma *et al.* 1983). All three spectra have their strongest Raman band ($I_a$) between 504.8 to 505.1 $cm^{-1}$. The well-resolved $I_b$ Raman band occurs between 484 and 488 $cm^{-1}$, but the third band, ($I_c$ at 461.2 $cm^{-1}$) of the Group-I triplet is very weak in the anorthite-*P* spectrum and is not resolved at all in the Raman spectra of anorthite-*I* and shocked anorthite. Because of the overlap of the three Group-I Raman bands in anorthite, the exact positions of the peaks are best determined by peak deconvolution (see Table 3).

The Raman spectrum of anorthite-*I* (Fig. 7b) is taken from a plagioclase sample exhibiting classic Huttenlocher intergrowths and an An content consistent with bytownite ($An_{70–90}$). The two exsolved feldspar phases in exsolution lamellae, anorthite-*I* and labradorite ($An_{50–70}$), cannot be resolved with the optical microscope used with the Raman microprobe, nor were they resolved with the broad (10 μm) beam of the EMP. The resultant Raman spectrum (Fig. 7b) is dominated by the spectral features of the major component, high-temperature anorthite-*I* ($An_{100}$, Mernagh 1991). A more detailed discussion of the differences between the bytownite structure and the anorthite structure can be found in Ribbe (1983a).

The spectrum of the shocked anorthite ($An_{96}$, Fig. 7c), obtained from the core of a plagioclase grain in the lunar meteorite NWA 773, shows much broader band-widths and a loss of spectral resolution expected in the Raman spectrum of a distorted, vitrified structure. This spectrum is similar to the room-temperature Raman spectrum of an anorthite sample decompressed from a maximum pressure of 15.8 GPa (Daniel *et al.* 1997). Daniel *et al.* (1995a) attributed the appearance of a broad, medium-intensity band around 1000 $cm^{-1}$ in the Raman spectrum of shocked anorthite (Fig. 7c) to the pressure-induced formation of aluminosilicate glass within the feldspar structure. This broad band occurs in the Raman spectrum where the $Si–O_{nb}$ ($O_{nb}$: non-bridging atom of oxygen) stretching vibrational modes of less polymerized silicates would normally occur. Whereas little change is observed in the $I_a$ peak positions if Al–Si disorder increases in K- and Na-feldspars, the $I_a$ peak position shifts upward with an increase of disorder in the calcium feldspars: 504.4 $cm^{-1}$ for anorthite-*P*, 506.5 $cm^{-1}$ for our shocked anorthite sample, and ~508 $cm^{-1}$ for a glass of $CaAl_2Si_2O_8$ composition quenched from 1575°C in air (Sharma *et al.* 1983). The positions and relative intensities of the major Raman peaks of the shocked anorthite suggest that it is partially converted to maskelynite (Wang *et al.* 1999, 2004b).

*High-temperature plagioclase*

Our study included twelve samples of three intermediate plagioclase compositions: one oligoclase sample ($An_{24.4}$), five andesine samples ($An_{33.6–46.3}$), and six labradorite samples ($An_{51.5–63.5}$). Two mineral samples with bytownite compositions ($An_{75}$ and $An_{80}$) are included in the discussion of the anorthite samples because their Raman spectra are consistent with high-temperature anorthite-*I*, and their structures differ from the three samples of calcic plagioclase listed here. One labradorite sample (PG721, $An_{56.1}$) exhibits a Bøggild submicrometric intergrowth. As with the other submicrometric intergrowths studied here, individual phases in the Bøggild lamellae cannot be analyzed separately. The resultant spectra of the Bøggild lamellae represent overlapping bands of the spectra from two individual phases and are indistinguishable from the Raman spectra of other labradorite samples.



FIG. 7.  Raman spectra of Ca-feldspars: anorthite-*P*, anorthite-*I*, and pressure–temperature- shocked anorthite.

Raman spectra representing these three compositionally distinct groups of plagioclase are shown in Figure 8. They all have similar Raman spectral patterns. More importantly, these mid-An plagioclase samples have distinct $I_a$ peak positions ranging from 509.1 to 510.7 $cm^{-1}$ that are not midway between the Raman peaks of the crystalline end-members low albite and anorthite-*P*. They occur at higher frequencies than either end-member. These plagioclase samples also have a fairly prominent $I_b$ band near 480 $cm^{-1}$. The separation of the $I_a$ and $I_b$ bands (average ~30 $cm^{-1}$) in the spectra of these samples is closer to that of a Na-feldspar (average ~30.4 $cm^{-1}$) than a Ca-feldspar (average ~19.5 $cm^{-1}$, Fig. 8). The $I_c$ band is seen only as a shoulder in the spectrum of oligoclase ($An_{23}$), but its presence in the spectra of andesine and labradorite can only be determined through the spectral deconvolution of the Group-I peaks (Table 3).

Although the $I_a$ peak positions and $I_a$–$I_b$ peak separations make these mid-An plagioclase samples stand out as a distinct group, the differences among these twelve individual spectra are relatively minor. There is



FIG. 8.    Raman spectra of the plagioclases

no obvious correlation between An content and the $I_a$ peak positions or the $I_a$ and $I_b$ peak separations. Therefore, detailed information about the An content of these samples of intermediate-An high-temperature plagioclase cannot be determined from their Raman peak positions. The $I_a$ peak positions and the separation of the $I_a$ and $I_b$ bands in the Raman spectra of these intermediate-An plagioclases do, however, allow us to distinguish them from the plagioclase end-members (albite and anorthite) as well as from the alkali feldspars.

*Ternary feldspars*

Four feldspar samples have elemental compositions high in $Na^+$ with non-trivial amounts of both $K^+$ and $Ca^{2+}$ in the range of $Ab_{\leq 84}An_{\geq 7}Or_{\geq 7}$, a range normally associated with high-temperature ternary feldspars. This composition falls in the phase diagram for ternary feldspars (Fig. 1), between high-temperature (K, Na) sanidine and the high-temperature (Na, Ca) plagioclase. (In Fig. 1, we have overlain the isothermal lines separating the single-phase ternary compositional zone

from the two-phase compositional zone). The elemental compositions of the four ternary feldspar samples place them between the 750° and 900°C isotherms, and these compositions are consistent with the high-temperature origins of the samples, *e.g.,* a trachyte inclusion in a volcanic glass. The Raman spectral parameters of these samples of ternary feldspars (Fig. 9) do not match exactly the Raman spectra of any known feldspars discussed up to this point. They do, however, show the broad Raman bands normally associated with high-temperature, structurally disordered feldspars such as sanidine or the high-temperature plagioclases. The $I_a$ peak positions of three of the four ternary feldspar samples fall between 509 and 511 cm$^{-1}$, similar to high-temperature plagioclase. The $I_a$ and $I_b$ band separations of these ternary feldspars (average 33 cm$^{-1}$) are larger than that of a Na-feldspar (average 30 cm$^{-1}$), but less than that of a K-feldspar (average 35 cm$^{-1}$). Although the variation in $I_a$ peak positions is minor among these four ternary feldspar samples (Fig. 9), the variations in the $I_b$ and $II_{max}$ peak positions are relatively larger, which may reflect changes in composition. It is worth



FIG. 9.   Raman spectra of ternary (K–Na–Ca) feldspars.

noting that the ternary feldspar with low An content (Fig. 9a) still has a triplet band pattern in the Group-I region, which can be used as a criterion to distinguish it from the high-temperature plagioclases. These plagioclase samples have a similar position of the $I_a$ peak, slightly smaller $I_a - I_b$ peak separations, and a doublet peak pattern in Group-I region.

CLASSIFYING FELDSPARS USING RAMAN SPECTRA

*Classification of a feldspar based on Raman peak positions*

In this section of the discussion, we focus on how the Raman peak positions of the different feldspars correlate with their cation composition. In these comparisons, we use the five Raman peak positions in Table 3 labeled as $I_a$, $I_b$, $I_c$, $II_{max}$ and $III_{max}$. With the exception of the last four ternary feldspar samples listed in Table 3, all other feldspar samples lie on either the Or–Ab or Ab–An join of the phase diagram. We therefore selected two compositional parameters to use as quantitative measures of the cation proportions: the Or content for samples lying on the Or–Ab join of the ternary diagram and the Ab content for samples lying on the Ab–An join, in mol. % (Fig. 1). These two single parameters, % Or and % Ab, plotted on one axis are appropriate for analyzing the Raman frequency characteristics of these feldspar phases. In the case of the four high-temperature, ternary

single-phase feldspars, we have arbitrarily selected the % An content of the sample when plotting the data.

In Figure 10, we see that there is a general correlation between the $I_a$ peak positions and the interstitial cation in the feldspars. In the case of the $I_a$ peak, its position shifts to lower frequency across the range from $Or_{100}$ to $Ab_{100}$ (An$_{100}$. A similar trend exists for the $I_b$ peak positions, except that the $I_b$ peak positions shift to higher frequency as the composition varies from $Or_{100}$ through $Ab_{100}$ to $An_{100}$ (Fig. 11). Nevertheless, the peak positions in these two trends are clustered, and no reliable quantitative correlation between Raman peak positions and cation proportions can be extracted from the two trends shown in Figures 10 and 11.

If instead of looking for quantitative correlations in the data, however, we look for clusters of data points around certain feldspar classes, as we see in Figure 10 and less clearly in Figure 11, we find that there are four distinct clusters of data points associated with different types of feldspar structures. The data in Figure 10 suggest that the position of the Raman peak $I_a$ can be used to distinguish the following four types of feldspar:

1. All alkali feldspars of composition $Or_{100-25}$ (*i.e.,* microcline, orthoclase or sanidine) have a $I_a$ Raman peak position of $513 \pm 1$ cm$^{-1}$ regardless of crystallinity.

2. All high-temperature plagioclases of intermediate composition ~$Ab_{75-30}$ (including the ternary feldspars



FIG. 10.   Correlation between the Raman band $I_a$ peak position and the feldspar binary composition along the Or–Ab and Ab–An joins.

THE CANADIAN MINERALOGIST



FIG. 11. Correlation between the Raman band $I_b$ peak position and the feldspar binary composition along the Or–Ab and Ab–An joins.

studied), have a $I_a$ Raman peak position of $510 \pm 1$ cm$^{-1}$. (Because of the arbitrary way we defined the binary composition of the four true ternary feldspars, they also fall in this class).

3. All samples of low-temperature and high-temperature albite with Ab$_{>85\%}$ exhibit a $I_a$ Raman peak at $507.7 \pm 0.1$ cm$^{-1}$.

4. All samples of anorthite ($P$, $I$ and shocked) with An$_{>85\%}$ showing a $I_a$ Raman peak of $504.9 \pm 0.1$ cm$^{-1}$.

Similar correlations of the peak positions of the other four diagnostic Raman peaks ($I_b$, $I_c$, $II_{max}$ and $III_{max}$) *versus* the binary composition provide a similar, but less well resolved classification of feldspar types. The only exception to this general clustering of Raman peak positions occurs in the ternary feldspars. For these comparisons, we *arbitrarily* selected the % An content for the plots shown in Figures 10 and 11. The ternary feldspar data in these plots cluster with the Raman data of high-temperature plagioclase samples.

*Full spectral pattern recognition and first derivative spectral search*

Up to this point, we have shown that only four general feldspar structures (three of them being compositional end-members) can be identified on the basis of one or two peak positions in the Raman spectrum. The Raman spectra in Figures 5 through 9 show that struc-

tural variations of a given compositional end-member feldspar can be easily distinguished by considering the entire Raman spectral pattern, including peak positions, relative peak intensities, and band widths. This observation suggests that additional structural information can be extracted from the entire Raman spectrum using a spectral matching analysis. This process requires the selection of a standard set of Raman spectra samples with known structures and compositions and the application of a statistical search routine for comparing the Raman spectrum of an unknown feldspar with the spectra in the standard dataset. For the purpose of spectral identification, we use SPECTRAL ID (©1999–2000 Galactic Industries Corporation). The method of comparison we chose is based the first-derivative least-squares method. This correlation algorithm is similar to the Euclidian distance algorithm used to search the spectral database except that the unknown and library data are centered about their respective means before vector dot products are calculated. This particular correlation makes the Hit Quality Index (HQI) independent of spectral normalization. Furthermore, the use of the first derivative in the correlation algorithm reduces the effects of broad, nonlinear backgrounds, a problem commonly encountered in the Raman spectroscopy of fluorescing samples.

The initial database we developed includes typical Raman spectra of the following types of feldspars: (1)

CHARACTERIZATION OF NATURAL FELDSPARS BY RAMAN SPECTROSCOPY                1497

maximum microcline, (2) orthoclase, (3) sanidine with $Or_{85-30}$, (4) low albite, (5) all three plagioclases, oligoclase, andesine and labradorite, (6) the high-temperature anorthite-*I*, and (7) the low-temperature anorthite-*P*. When we tested the initial database, it became apparent that we could not statistically differentiate between the Raman spectra of the three intermediate plagioclase compositions: oligoclase, andesine and labradorite. We therefore reduced our reference database to include only one typical plagioclase, labradorite. We also excluded the following varieties: (1) high albite (only two microscopic grains were available, precluding detailed analysis), (2) anorthoclase *s.s.* (we have no such sample of composition $Or_{5-10}$ with $Ab_{>90\%}$ and with negligible An), (3) shocked anorthite (only one lunar sample studied), and (4) the four ternary feldspar samples whose spectra do not appear to be unique. The characteristic spectral feature of the ternary feldspar is a $I_a$ peak position at 510–511 $cm^{-1}$, which is similar to the $I_a$ peak of high-temperature plagioclase. There is too much variation in the weaker Raman bands of the ternary feldspars to designate a Raman spectrum as representative of all ternary feldspars.

Using the reduced database of the seven feldspar types noted above, the spectral matching routine SPECTRAL ID was applied to the ~200 individual Raman spectra generated during this study. The SPECTRAL ID options were set to return the top three matches of the search based upon the hit-quality index (HQI) generated by the search routine. The top three hits were compared (Table 3) to the known identity of the feldspar phase as determined from previously published data, EMP or XRD analyses. The results (column 12 in Table 3) show that over 94% of the Raman spectra were correctly identified as the first choice HQI generated by SPECTRAL ID. In less than 5% of the spectra, the second choice HQI matched the correct phase, and in only one instance was the third choice HQI the correct phase. From this demonstration, we estimate that of the varieties of feldspars included in this study, the majority can be consistently and correctly classified into one of seven structural classes by a spectral searching and matching routine. The following exceptions exist: high albite cannot be distinguished from low albite, and shocked anorthite cannot be distinguished from anorthite-*I* and anorthite-*P*. A visual inspection of the Raman spectra of the albite samples (Fig. 6) does indicate that high albite can be easily distinguished visually from low albite on the basis of Raman band broadening and loss of secondary peaks. The same conclusion holds for distinguishing the shocked anorthite sample from crystalline anorthite. Perhaps the inclusion of more albite samples and anorthite spectra with higher signal-to-noise ratio will improve the capability to distinguish these varieties.

An additional use of the SPECTRAL ID program is the ability to identify and subtract out the Raman signal of individual phases from a spectrum of a mixture of phases. Once a hit is generated for the major component in the spectrum of the mixture, the reference spectrum of that component can be subtracted from the recorded spectrum, and a new search performed to identify additional components. We have used this capability to identify two different phases occurring in the same area probed by the Raman laser beam, and the spectral database may be broadened to include reference Raman spectra of many other mineral types. This capability can be advantageous because the optics of a MMRS Raman system collects Raman scattering from fairly large fields of view (20 μm or larger), significantly increasing the chances for sampling several minerals.

We therefore conclude that ten major feldspar varieties can be identified by a careful visual inspection of the Raman spectrum, evaluation of their Raman peak positions, and by supplementing the analysis with a Raman spectrum database search–match routine such as that included in the SPECTRAL ID program. These ten feldspar varieties identifiable by Raman spectroscopy include: maximum microcline, orthoclase *s.s.*, sanidine, low albite, high albite, plagioclase, high anorthite-*I*, low anorthite-*P*, shocked anorthite, and ternary phases.

### Required performance of a field-based Raman system for identifying feldspars

In order to distinguish feldspar minerals in the field solely on the basis of their Raman spectra, it is important to note a number of necessary requirements for instrumental performance of the field Raman system. Considering only the feldspar characterization, spectral information in the region 150 to 1500 $cm^{-1}$ is all that is required. However, for distinguishing the feldspar minerals from other types of mineral, a Raman system covering the region 150 to 1800 $cm^{-1}$ is all that is required. A strong case may be made (Wang *et al.* 2003), however, for an instrument also covering the additional spectral region from 2500 to 4000 $cm^{-1}$, which includes the OH-stretching bands of $H_2O$- and OH-bearing minerals, including the common products of alteration of feldspars, such as montmorillonite, scapolite, kaolinite, and zeolite.

A field Raman instrument capable of distinguishing the different feldspar phases must be able to determine Raman peak positions with an accuracy and precision of less than ±1 $cm^{-1}$. This degree of accuracy requires a field-calibration procedure to compensate for laser frequency-shifts arising from temperature variations and vibrations associated with mechanical transportation. This is especially true for unmanned deployments used in remote locations. In addition, large changes in the environmental temperature (~10°C or more) at a field site where the Raman spectra are being recorded will also require that the absolute wavenumber or wavelength scale of the CCD array camera be checked

THE CANADIAN MINERALOGIST

at regular time-intervals and recalibrated as needed using an appropriate multi-line emission standard or a multi-band Raman standard sample. These precautions are necessary to keep the frequency errors in the Raman spectrum to less than ±1 cm⁻¹. A spectrometer with a spectral resolution of at least 4–5 cm⁻¹ is also needed to resolve and distinguish the narrow spectral peaks associated with the end members of the feldspars from the broadened Raman bands exhibited by disordered feldspars like sanidine, plagioclase, high albite, and shocked anorthite. Lastly, a beam size of the excitation laser with a focused diameter of <10 μm is desirable to reduce the number of mineral phases in the excited volume of the sample. The MMRS that we have developed has the smallest spot-size (~20 μm) among other available field Raman systems.

## ACKNOWLEDGEMENTS

Some of the feldspar samples used in this investigation were provided by Drs. Guo Lihe of the Chinese Academy of Geological Sciences, Jill D. Pasteris, and Robert M. Dymek of Washington University in St. Louis. We very much appreciate these contributions. This work was partially supported by NASA grants NNG05GM95G (AW), NAG5–10703 (AW), and NAG5–12114(AW), and NNX07AQ34G (Mars Fundamental Research, BJ). Finally, we acknowledge two individuals who have inspired the work reported here. First is Dr. Joseph V. Smith, to whom this volume is dedicated. His focus on the feldspars over the years has been truly inspirational. We have spent many fond hours with *Feldspar Minerals* by J.V. Smith and the second edition, with W.L. Brown (Springer-Verlag 1974, 1988) and *Lunar Mineralogy, A Heavenly Detective Story* by J.V. Smith and I.M. Steele (*Am. Mineral.* **61**, 1976), to name just two. Second is our esteemed coauthor on this work, the late Dr. Larry A. Haskin. His dedication, like that of JVS, was an inspiration to us, and his untiring support of the development of laser Raman spectroscopy into a method for planetary surface exploration serves as strong motivation for us to continue this work until we achieve his dream of deploying a capable Raman system on the surface of another planet.

## REFERENCES

ARMSTRONG, J.T. (1988): Quantitative analysis of silicate and oxide materials: comparison of Monte Carlo, ZAF and ϕ(ρz) procedures. *Microbeam Analysis* **23**, 239-245.

BANDFIELD, J.L.(2002): Global mineral distributions on Mars. *J. Geophys. Res.* **107**, 91/-920.

BANDFIELD, J.L., HAMILTON, V.E. & CHRISTENSEN, P.R. (2000): A global view of martian surface compositions from MGS–TES. *Science* **287**(5458), 1626-1630.

CHRISTENSEN, P.R., BANDFIELD, J.L., HAMILTON, V.E., RUFF, S.W., KIEFFER, H.H., TITUS, T.N., MALIN, M.C., MORRIS, R.V., LANE, M.D., CLARK, R.L., JAKOSKY, B.M., MELLON, M.T., PEARL, J.C., CONRATH, B.J., SMITH, M.D., CLANCY, R.T., KUZMIN, R.O., ROUSH, T., MEHALL, G.L., GORELICK, N., BENDER, K., MURRAY, K., DASON, S., GREENE, E., SILVERMAN, S. & GREENFIELD, M. (2001): Mars global surveyor thermal emission spectrometer experiment: investigation description and surface science results. *J. Geophys. Res.* **106**, 23823-23871.

CHRISTENSEN, P.R., BANDFIELD, J.L., SMITH, M.D., HAMILTON, V.E. & CLARK, R.N. (2000): Identification of a basaltic component on the Martian surface from Thermal Emission Spectrometer data. *J. Geophys. Res.* **105**, 9609-9621.

CLARK, B.C., MORRIS, R.V., MCLENNAN, S.M., GELLERT, R., JOLLIFF, B., KNOLL, A., SQUYRES, S.W., LOWENSTEIN, T.K., MING, D.W., TOSCA, N.J., YEN, A., CHRISTENSEN, P.R., GOREVAN, S., BRÜCKNER, J., CALVIN, W., DREIBUS, G., FARRAND, W., KLINGELHÖFER, G., WÄNKE, H., ZIPFEL, J., BELL, J., GROTZINGER, J., MCSWEEN, H.Y. & RIEDER, R. (2005): Chemistry and mineralogy of outcrops at Meridiani Planum, *Earth Planet. Sci. Lett.* **240**, 73-94.

COONEY, T.F., SCOTT, E.R.D., KROT, A.N., SHARMA, S.K. & YAMAGUCHI, A. (1999): Vibrational spectroscopic study of minerals in the Martian meteorite ALH84001. *Am. Mineral.* **84**, 1579-1576.

DANIEL, I., GILLET, P., MCMILLAN, P.F. & RICHET, P. (1995a): An in situ high-temperature structural study of stable and metastable CaAl₂Si₂O₈ polymorphs. *Mineral. Mag.* **59**, 25-33.

DANIEL, I., GILLET, P., MCMILLAN, P.F., WOLF, G. & VERHELST, M.A. (1997): High-pressure behavior of anorthite: compression and amorphization. *J. Geophys. Res.* **102**, 10,313-10,325.

DANIEL, I., GILLET, P., POE, T.B. & MCMILLAN, P.F. (1995b): In situ high-temperature Raman spectroscopic studies of aluminosilicate liquids. *Phys. Chem. Minerals* **22**, 74-86.

DEER, W.A., HOWIE, R.A. & ZUSSMAN, J. (1991): *An Introduction to Rock-Forming Minerals* (2nd ed.). Pearson, Prentice Hall, New York, N.Y.

DOWTY, E. (1987): Vibrational interactions of tetrahedra in silicate glasses and crystals: calculations on melilites, pyroxenes, silica polymorphs and feldspars. *Phys. Chem. Minerals* **14**, 122-138.

DUNBAR, N.W. (1994): Crystallization processes of anorthoclase phenocrysts in the Mount Erebus magmatic system: evidence from crystal composition, crystal size distributions, and volatile contents of melt inclusions. *In* Volcanological and Environmental Studies of Mount Erebus, Antarctica. *Antarctic Research Series* **66**, 129-146.

FARMER, V.C., ed. (1974): *The Infrared Spectra of Minerals*. Mineralogical Society, London, U.K.

FROGNER, P., BROMAN, C. & LINDBLOM, S. (1998): Weathering detected by Raman spectroscopy using Al-ordering in albite. *Chem. Geol.* **151**, 161-168.

GILLET, D.P., MCMILLAN, P.F., WOLF, G. & VERHELST, M.A. (1977): High-pressure behavior of anorthite: compression and amorphization. *J. Geophys. Res.* **102**, 10313-10325.

HASKIN, L.A., WANG, ALIAN, ROCKOW, K.M., JOLLIFF, B.L., KOROTOV, R.L. & VISKUPIC, K.M. (1997): Raman spectroscopy for mineral identification and quantification for in-situ planetary surface analysis: a point count method. *J. Geophys. Res.* **102**, 19293-19306.

HEYMANN, D. & HÖRZ, F. (1990): Raman-spectroscopy and X-ray diffractometer studies of experimentally produced diaplectic feldspar glass. *Phys. Chem. Minerals* **17**, 38-44.

JOLLIFF, B.L., FARRAND, W.H., JOHNSON, J.R., SCHRÖDER, C., WEITZ, C.M. & THE ATHENA SCIENCE TEAM (2006a): Origin of rocks and cobbles on the Meridiani Plans as seen by *Opportunity. Thirty-Seventh Lunar and Planetary Sci. Conf.* (*Houston*), *Abstr.* **2401**.

JOLLIFF, B.L. & HASKIN, L.A. (1995): Cogenetic rock fragments from a lunar soil: evidence of a ferroan noritic anorthosite pluton on the Moon. *Geochim. Cosmochim. Acta* **59**, 2345-2374.

JOLLIFF, B.L., HUGHES, J.M., FREEMAN J.J. & ZEIGLER, R.A. (2006b): Crystal chemistry of lunar merrillite and comparison to other meteoritic and planetary suites of whitlockite and merrillite. *Am. Mineral.* **91**, 1583-1595.

JOLLIFF, B.L., KOROTEV, R.L, ZEIGLER, R.A. & FLOSS, C. (2003): Northwest Africa 773: lunar mare breccia with a shallow-formed olivine-cumulate component, very-low-Ti (VLT) heritage, and a KREEP connection. *Geochim. Cosmochim. Acta* **24**, 4857-4879.

KUEBLER, K.E., JOLLIFF, B.L., WANG, A. & HASKIN, L.A. (2006): Extracting olivine (Fo–Fa) compositions from Raman spectral peak positions. *Geochim. Cosmochim. Acta* **70**, 6201-6222.

LARSEN, K.W., ARVIDSON, R.E., JOLLIFF, B.L. & CLARK, B.C. (2000): Correspondence and least squares analyses of soil and rock compositions for the Viking Lander 1 and pathfinder landing sites. *J. Geophys. Res.* **105**, 29207-29221.

MATSON, D.W., SHARMA, S.K. & PHILPOTTS, J.A. (1986): Raman spectra of some tectosilicates and of glasses along the orthoclase–anorthite and nepheline–anorthite joins. *Am. Mineral.* **71**, 694-704.

MCKEOWN, D.A. (2005): Raman spectroscopy and vibrational analyses of albite: from 25°C through the melting temperature. *Am. Mineral.* **90**, 1506-1517.

MCMILLAN, P., PIRIOU, B. & NAVROTSKY, A. (1982): A Raman spectroscopic study of glasses along the joins silica – calcium aluminate, silica – sodium aluminate, and silica

– potassium aluminate. *Geochim. Cosmochim. Acta* **46**, 2021-2037.

MCSWEEN, H.Y., ARVIDSON, R.E., BELL, J.F., III, BLANEY, D., CABROL, N.A., CHRISTENSEN, P.R., CLARK, B.C., CRISP, J.A., CRUMPLER, L.S., DES MARAIS, D., FARMER, J.D., GELLERT, R., GHOSH, A., GOREVAN, S., GRAFF, T., GRANT, J., HASKIN, L.A., HERKENHOFF, K.E., JOHNSON, J.R., JOLLIFF, B.L., KLINGLHOEFER, G., KNUDSON, A.T., MCLENNAN, S., MILAM, K.A., MOERSCH, J.E., MORRIS, R.V., RIEDER, R., RUFF, S.W., DE SOUZA, P.A., JR., SQUYRES, S.W., WÄNKE, H. WANG, ALIAN, WYATT, M.B., YEN, A. & ZIPFEL, J. (2004): Basaltic rocks at the Spirit Landing Site in Gusev Crater. *Science* **305**, 842-845.

MERNAGH, T.P. (1991): Use of the laser Raman microprobe for discrimination amongst feldspar minerals. *J. Raman Spectros.* **22**, 458-457.

MING, D.W., MITTLEFEHLDT, D.W., MORRIS, R.V., GOLDEN, D.C., GELLERT, R., YEN, A., CLARK, B.C., SQUYRES, S.W., FARRAND, W.H., RUFF, S.W., ARVIDSON, R.E., KLINGELHÖFER, G., MCSWEEN, H.Y., RODIONOV, D.S., SCHRÖDER, C., DE SOUZA, P.A., JR. & WANG, ALIAN (2006): Geochemical and mineralogical indicators for aqueous processes in the Columbia Hills of Gusev Crater, Mars. *J. Geophys. Res.* **111** *E02S12*, doi:10.1029/2005JE002560.

PAPIKE, J.J., KARNER, J.M. & SHEARER, C.K. (2003): Determination of planetary basalt parentage: a simple technique using the electron microprobe. *Am. Mineral.* **88**, 469-472.

PURCELL, F.J. & WHITE, B. (1983): A Raman microprobe study of phase-separated minerals. *Microbeam Analysis*, 289-292.

RIBBE, P.H. (1983a): Chemistry, structure and nomenclature of feldspars. *In* Feldspar Mineralogy (2nd ed., P.H. Ribbe, editor). *Rev. Mineral.* **2**, 1-19.

RIBBE, P.H. (1983b): Aluminum–silicon order in feldspars; domain textures and diffraction patterns. *In* Feldspar Mineralogy (2nd ed., P.H. Ribbe, editor). *Rev. Mineral.* **2**, 21-54.

RUBIN, A.E. (1997): Mineralogy of meteorite groups. *Meteoritics & Planet. Sci.* **32**, 231-247.

RUFF, S.W. & CHRISTENSEN, P.R. (2002): Bright and dark regions on Mars: particle size and mineralogical characteristics based on thermal emission spectrometer data. *J. Geophys. Res.* **107**, 10/1-10/22.

SALJE, E.(1986): Raman spectroscopic investigation of the order parameter behavior of hypersolvus alkali feldspar: displacive phase transition and evidence of Na–K site ordering. *Phys. Chem. Minerals* **13**, 340-346.

SAUTTER, V., BARRAT, J.A., JAMBON, A., LORAND, J.P., GILLET, P., JAVOY, M., JORON, J.L. & LESOURD, M. (2002): A new Martian meteorite from Morocco: the nakhlite North West Africa 817. *Earth Planet. Sci. Lett.* **195**, 223-238.

SCHRÖDER, C., RODIONOV, D.S., MCCOY, T.J., JOLLIFF, B.L., GELLERT, R., NITTLER, L.R.W., FARRAND, H., JOHNSON, J.R., RUFF, S.W., ASHLEY, J.W., MITTLEFEHLDT, D.W., HERKENHOFF, K.E., FLEISCHER, I., HALDEMANN, A.F.S., KLINGELHÖFER, G., MING, D.W., MORRIS, R.V., DE SOUZA, P.A. JR., SQUYRES, S.W., WEITZ, C.A., YEN, S., ZIPFEL, J. & ECONOMOU, T. (2008): Meteorites on Mars observed with the Mars exploration rovers. *J. Geophys. Res.* **113**, E06S22, doi:10.1029/2007JE002990.

SHARMA, S., SIMONS, B. & YODER, H.S., JR. (1983): Raman study of anorthite, calcium Tschermak's pyroxene, and gehlenite in crystalline and glassy states. *Am. Mineral.* **68**, 1113-1125.

SMITH, J.V. & BROWN, W.L. (1988): *Feldspar Minerals.* **1**. *Crystal Structures, Physical, Chemical and Microtextural Properties* (2nd ed.). Springer-Verlag, Berlin, Germany.

SQUYRES, S.W., ARVIDSON, R.E., BLANEY, D.L., CLARK, B.C., CRUMPLER, L., FARRAND, W.H., GOREVAN, S., HERKENHOFF, K.E., HUROWITZ, J., KUSACK, A., MCSWEEN, H.Y., MING, D.W., MORRIS, R.V., RUFF, S.W., WANG, ALIAN & YEN, A. (2006): The rocks of the Columbia Hills. *J. Geophys. Res.* **111**, E02S11.

TAYLOR, L.A., NAZAROV, M.A., SHEARER, C.K., MCSWEEN, H.Y., JR., CAHILL, J., NEAL, C.R., IVANOVA, M.A., BARSUKOVA, L.D., LENTZ, R.C., CLAYTON, R.N. & MAYEDA, T.K. (2002): Martian meteorite Dhofar: a new shergottite. *Meteoritics & Planet. Sci.* **37**, 1107-1128.

VELDE, B. & BOYER, H.J. (1985): Raman spectra of naturally shocked microcline feldspar. *J. Geophys. Res.* **90**, 3675-3682.

VELDE, B., SYONO, Y., KIKUCHI, M. & BOYER, H. (1989): Raman microprobe study of synthetic diaplectic plagioclase feldspars. *Phys. Chem. Minerals* **16**, 436-441.

VON STENGEL, M.O. (1977): Normalschwingungen von Alkalifeldspäten. *Z. Kristallogr.* **146**, 1-18.

WANG, ALIAN, HASKIN, L.A., LANE, A.L., WDOWIAK, T.J., SQUYRES, S.W., WILSON, R.J., HOVLAND, L.E., MANATT, K.S., RAUF, N. & SMITH, C.D. (2003): Development of the Mars microbeam Raman spectrometer (MMRS). *J. Geophys. Res.* **108**, 5/1-5/18.

WANG, ALIAN, JOLLIFF, B.L. & HASKIN, L.A. (1999): Raman spectroscopic characterization of a Martian SNC meteorite: Zagami. *J. Geophys. Res.* **104**, 8509-8519.

WANG, ALIAN, JOLLIFF, B.L., HASKIN, L.A., KUEBLER, K.E. & VISKUPIC, K.M. (2001): Characterization and comparison of structural and compositional features of planetary quadrilateral pyroxenes by Raman spectroscopy. *Am. Mineral.* **86**, 790-806.

WANG, ALIAN, KOROTEV, R.L., JOLLIFF, B.L., HASKIN, L.A., CRUMPLER, L., FARRAND, W.H., HERKENHOFF, K.E., DE SOUZA, P., JR., KUSACK, A.G., HUROWITZ, J.E. & TOSCA, N.J. (2006): Evidence of phyllosilicates in Wooly Patch, an altered rock encountered at West Spur, Columbia Hills, by the *Spirit* rover. *J. Geophys. Res.* **111**, E02S16.

WANG, ALIAN, KUEBLER, K., JOLLIFF, B. & HASKIN, L.A. (2004a): Mineralogy of a Martian meteorite as determined by Raman spectroscopy. *J. Raman Spectros.* **35**, 504-514.

WANG, ALIAN, KUEBLER, K., JOLLIFF, B. & HASKIN, L.A. (2004b): Raman spectroscopy of Fe–Ti–Cr-oxides, case study: martian meteorite EETA79001. *Am. Mineral.* **89**, 665-680.

WHITE, E.B. (1974): Order disorder effects. *In* The Infrared Spectra of Minerals (V.C. Farmer, ed.). The Mineralogical Society, London, U.K. (87-110).

XIROUCHAKIS, D., DRAPER, D.S., SCHWANDT, C.S. & LANZIROTTI, A. (2002): Crystallization conditions of Los Angeles, a basaltic Martian meteorite. *Geochim. Cosmochim. Acta* **66**, 1867-1880.

YUND, R.A. & TULLIS, J. (1983): Subsolidus phase relations in the alkali feldspars with emphasis on coherent phases. *In* Feldspar Mineralogy (2nd ed., P.H. Ribbe, editor). *Rev. Mineral.* **2**, 203-220.

ZOLTAI, T. & STOUT, J.H. (1984): *Mineralogy Concepts and Principles.* Burgess Publishing Co., Minneapolis, Minnesota.

*Received October 11, 2007, revised manusript accepted November 27, 2008.*

EXHIBIT 13

RESEARCH ARTICLE | JULY 15 2002

# Raman spectroscopic investigations of activated carbon materials ⊘

N. Shimodaira; A. Masui



*J. Appl. Phys.* 92, 902–909 (2002)
https://doi.org/10.1063/1.1487434

 

View Online   Export Citation

**Articles You May Be Interested In**

Raman spectra of fluorine-doped silica glasses with various fictive temperatures

*J. Appl. Phys.* (March 2002)

Platinum/iridium tips with controlled geometry for scanning tunneling microscopy

*J. Vac. Sci. Technol. A* (July 1990)

Electron Microscope Studies of the Deviation of a Stress-Annealed Pyrolytic Graphite Matrix from a Single Crystal

*J. Appl. Phys.* (March 1969)



Nanotechnology & Materials Science   Optics & Photonics   Impedance Analysis   Scanning Probe Microscopy   Sensors   Failure Analysis & Semiconductors

Unlock the Full Spectrum.
From DC to 8.5 GHz.
Your Application. Measured.

Find out more

Zurich Instruments


AIP Publishing

JOURNAL OF APPLIED PHYSICS    VOLUME 92, NUMBER 2    15 JULY 2002

# Raman spectroscopic investigations of activated carbon materials

N. Shimodaira[a)] and A. Masui

*Research Center, Asahi Glass Co. Ltd., 1150 Hazawa-cho, Kanagawa-ku, Yokohama 221-8755, Japan*

(Received 22 February 2002; accepted for publication 23 April 2002)

Raman spectra of activated carbon materials have been investigated by a peak-deconvolution technique. It has been found as a result of our fitting trials that four Gaussians and a linear background are necessary and enough to reproduce the spectral data throughout our experiment, with a pair of relatively sharp peaks at about 1600 cm$^{-1}$ and about 1350 cm$^{-1}$, namely G1 and D1, and a pair of relatively broad peaks around 1560 cm$^{-1}$ and 1340 cm$^{-1}$, namely G2 and D2. From the characteristic behavior of these paired peaks, it has been concluded that the structure of activated carbon materials is schematically classified into two parts. The former part, represented by sharp G1 and G2 peaks, arises from winding short basal planes with bond angle *order*, while the latter, by broad G2 and D2 peaks, $sp^2$ clusters like *a*-Cs with bond angle *disorder*. We have found the peak intensity ratio of G2 to G1, the I(G1)/I(G2) ratio, as a useful parameter expressing the relative content of the *disorder* part to the *order* part in the activated carbons, revealing the structural changes induced by anneal or activations. Since the changes of fitting parameters including the I(G2)/I(G1) ratio were completely opposite for $H_2O$ and KOH activation, it has been clarified that the part with bond angle *disorder* is selectively removed or become ordered by $H_2O$ activation, whereas induced by KOH activation, though both activation methods yield similar surface area. © *2002 American Institute of Physics.* [DOI: 10.1063/1.1487434]

## I. INTRODUCTION

Raman spectroscopy is one of the most powerful tools for characterizing carbon materials, because the spectral shape exhibits wide variety corresponding to the forms of carbon, revealing fine structural information.

For example, in polycrystalline graphites, two sharp Raman peaks, namely G(graphite)- and D(disorder)-band, explicitly appear at about 1580 and 1360 cm$^{-1}$, respectively.[1] In addition, a small feature near 1620 cm$^{-1}$, called D′ band, is also observed.[2] The G band is ascribed to the Raman-active $E_{2g}$ in-plane vibration mode, while the D band to the $A_{1g}$ mode similar to an in-plane breathing vibration type, which is Raman inactive in a large single crystal like highly oriented pyrolytic graphite (HOPG), resulting from a relaxation of the symmetry rule for Raman scattering due to the presence of disorder parts like grain edges.[1] Thus, for example, it is well known that the relative peak intensity (or area) ratio of the D band to the G band is correlated with the reciprocal of the crystalline size along basal plane ($1/L_a$) measured from x-ray diffraction (XRD).[1,3–7]

In sputtered or evaporated amorphous carbon films (*a*-C) regardless of whether hydrogenated or not, a relatively broad band around 1550 cm$^{-1}$ overlapped with a broader band around 1400 cm$^{-1}$ is observed.[8–15] The Raman spectra are deconvoluted into two peaks by using Gaussian line shapes, also called G and D band in *a*-C, and the peak position, the band width, and the relative intensity ratio of the D band to the G band, $I_d/I_g$, have been examined as a function of deposition parameters,[8,11–13] anneal temperature,[9]

and some properties measured from other techniques.[11–13] Especially, the $I_d/I_g$ ratio is often used in hydrogenated amorphous carbons as a parameter indicating $sp^2$-cluster size, or the relative content of $sp^3$ bonding structures.[10,11,14]

On the other hand, activated carbon materials have not been well understood in terms of structure, though they are industrially used as electrodes and adsorbents taking advantage of their huge surface area. That is, in activated carbons and their precursors as well, the apparent Raman peak intensities of D and G bands show no significant tendency, even when the spectral shape, i.e., the depth of the valley between the G and D band, drastically varies.[7,15,16] Furthermore, it is difficult to reproduce the spectra accurately with two peaks as G and D bands by using typical model functions like Gaussians or Lorentzians.[7,17,18] For instance, a curve fitting simply with two peaks has been attempted by using a Lorentzian for D band and a Breit–Wigner–Fano line shape for G band,[17,18] and it was described that the fitting results include a large error dependent on the choice of the baseline.[18] Thus the Raman spectra of such carbon materials have hardly been analyzed by numerical ways, which prevents us from structural understanding by Raman spectroscopy.

In this article, we demonstrate a useful peak-deconvolution technique of the Raman spectra for characterizing activated carbon materials to propose an interpretation on the microstructure. We also report the structural change before and after activation, showing difference due to the activation methods.

## II. EXPERIMENT

### A. Materials

A total of 33 carbon materials are used in this study. They are classified into two groups, nongraphitizable carbon

[a)]Author to whom correspondence should be addressed; electronic mail: shimodir@agc.co.jp

J. Appl. Phys., Vol. 92, No. 2, 15 July 2002

06 October 2025 00:16:27

N. Shimodaira and A. Masui

TABLE I. Sample descriptions and calculated fitting parameters of four Gaussian peaks, G1, G2, D1, and D2, to the Raman spectra.

| Sample codes | Starting materials | Activation methods | Surface area ($m^2/g$) | G1 $\nu(cm^{-1})$ | G1 $\Gamma(cm^{-1})$ | G2 $\nu(cm^{-1})$ | G2 $\Gamma(cm^{-1})$ | D1 $\nu(cm^{-1})$ | D1 $\Gamma(cm^{-1})$ | D2 $\nu(cm^{-1})$ | D2 $\Gamma(cm^{-1})$ | I(D1)/I(G1) | I(D2)/I(G2) | I(G2)/I(G1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HC1 | phenol | $H_2O$ | 2000 | 1607 | 48 | 1579 | 134 | 1342 | 84 | 1320 | 282 | 0.89 | 1.33 | 0.38 |
| HC2 | phenol | KOH | 1500 | 1597 | 68 | 1538 | 172 | 1343 | 123 | 1323 | 391 | 0.91 | 1.18 | 0.66 |
| HC3 | phenol | $H_2O$ | 1800 | 1606 | 70 | 1530 | 199 | 1350 | 137 | 1264 | 288 | 0.93 | 0.64 | 0.87 |
| HC4 | phenol | $H_2O$ | 1500 | 1597 | 51 | 1571 | 134 | 1339 | 91 | 1326 | 298 | 0.89 | 1.42 | 0.43 |
| HC5 | phenol | $H_2O$ | 1300 | 1597 | 53 | 1573 | 132 | 1337 | 100 | 1339 | 312 | 0.67 | 1.48 | 0.55 |
| HC6 | coconut | $H_2O$ | 1600 | 1610 | 49 | 1587 | 128 | 1349 | 83 | 1339 | 312 | 0.97 | 1.32 | 0.42 |
| HC7 | PVdC | $H_2O$ | 1200 | 1623 | 46 | 1597 | 132 | 1352 | 82 | 1331 | 292 | 0.97 | 1.40 | 0.36 |
| HC8 | phenol | $H_2O$+KOH | 2000 | 1610 | 69 | 1551 | 169 | 1354 | 123 | 1324 | 349 | 0.85 | 1.22 | 0.71 |
| HC9 | phenol | $ZnCl_2$ | no data | 1607 | 49 | 1585 | 139 | 1342 | 83 | 1336 | 308 | 0.44 | 1.63 | 0.51 |
| HC10 | phenol | unknown | 2100 | 1611 | 61 | 1576 | 131 | 1350 | 94 | 1365 | 357 | 0.87 | 1.71 | 0.46 |
| HC11 | phenol | unknown | 1700 | 1610 | 68 | 1548 | 190 | 1358 | 136 | 1293 | 331 | 0.95 | 0.81 | 0.93 |
| HC12 | phenol | not activated | no data | 1608 | 73 | 1560 | 139 | 1359 | 114 | 1360 | 379 | 0.83 | 1.50 | 0.52 |
| HC13 | phenol | not activated | no data | 1609 | 71 | 1557 | 137 | 1358 | 107 | 1360 | 388 | 0.88 | 1.60 | 0.46 |
| HC14 | resin | not activated | 6.3 | 1609 | 66 | 1573 | 129 | 1356 | 99 | 1369 | 373 | 0.97 | 1.62 | 0.51 |
| HC15 | resin | not activated | 1.3 | 1600 | 72 | 1555 | 137 | 1355 | 101 | 1360 | 331 | 0.76 | 1.53 | 0.49 |
| HC16 | unknown | not activated | 1.2 | 1602 | 57 | 1575 | 112 | 1350 | 85 | 1360 | 346 | 1.24 | 1.42 | 0.51 |
| HC17 | unknown | not activated | no data | 1608 | 73 | 1566 | 169 | 1366 | 149 | 1331 | 383 | 1.01 | 0.89 | 0.98 |
| HC18 | carbonblack | not activated | 1500 | 1601 | 58 | 1571 | 113 | 1343 | 86 | 1352 | 330 | 1.02 | 1.38 | 0.56 |
| HC19 | carbonblack | not activated | 1270 | 1603 | 59 | 1568 | 115 | 1345 | 74 | 1349 | 346 | 1.20 | 1.66 | 0.29 |
| HC20 | phenol | not activated | no data | 1589 | 58 | 1561 | 137 | 1336 | 121 | 1354 | 406 | 1.08 | 1.54 | 0.67 |
| HC21 | phenol | $H_2O$ | no data | 1595 | 49 | 1566 | 140 | 1336 | 94 | 1324 | 292 | 0.83 | 1.42 | 0.48 |
| HC: $\bar{x} \pm \sigma_{n-1}$ | | | | 1605±7 | 60±9 | 1566±16 | 142±24 | 1348±8 | 103±21 | 1337±25 | 338±38 | 0.91±0.17 | 1.37±0.28 | 0.56±0.18 |
| SC1 | cokes | KOH | 1400 | 1605 | 74 | 1534 | 199 | 1351 | 145 | 1273 | 323 | 0.95 | 0.67 | 1.01 |
| SC2 | cokes | KOH | 1700 | 1601 | 76 | 1537 | 198 | 1348 | 125 | 1310 | 351 | 0.78 | 0.95 | 0.76 |
| SC3 | cokes | KOH | 960 | 1607 | 75 | 1537 | 200 | 1356 | 162 | 1224 | 296 | 1.23 | 0.47 | 1.25 |
| SC4 | cokes | KOH | 800 | 1605 | 75 | 1532 | 206 | 1351 | 152 | 1251 | 317 | 1.07 | 0.52 | 1.14 |
| SC5 | cokes | KOH | 1600 | 1612 | 71 | 1550 | 168 | 1357 | 146 | 1335 | 471 | 0.91 | 1.19 | 0.78 |
| SC6 | cokes | KOH | 840 | 1614 | 74 | 1554 | 187 | 1363 | 161 | 1294 | 398 | 1.05 | 0.70 | 1.21 |
| SC7 | cokes | KOH | 2000 | 1598 | 71 | 1546 | 169 | 1353 | 163 | 1305 | 463 | 1.18 | 0.91 | 1.15 |
| SC8 | unknown | not activated | no data | 1606 | 63 | 1583 | 147 | 1355 | 113 | 1359 | 381 | 0.61 | 1.79 | 0.72 |
| SC9 | unknown | not activated | no data | 1611 | 66 | 1573 | 173 | 1361 | 123 | 1347 | 390 | 0.84 | 1.36 | 0.80 |
| SC10 | (vapor-grown) | not activated | no data | 1602 | 67 | 1581 | 149 | 1357 | 94 | 1373 | 381 | 0.77 | 1.92 | 0.60 |
| SC11 | pitch | not activated | no data | 1597 | 62 | 1554 | 178 | 1353 | 125 | 1309 | 344 | 1.02 | 1.00 | 0.98 |
| SC12 | pitch | KOH | no data | 1597 | 70 | 1544 | 182 | 1351 | 137 | 1298 | 363 | 1.26 | 0.67 | 1.33 |
| SC: $\bar{x} \pm \sigma_{n-1}$ | | | | 1605±6 | 70±5 | 1552±18 | 180±19 | 1355±4 | 137±22 | 1306±43 | 374±54 | 0.97±0.20 | 1.01±0.47 | 0.98±0.24 |
| Total: $\bar{x} \pm \sigma_{n-1}$ | | | | 1605±7 | 64±9 | 1561±18 | 156±29 | 1351±8 | 115±27 | 1326±36 | 351±47 | 0.93±0.18 | 1.24±0.4 | 0.71±0.29 |

TABLE II. Fitting parameters in annealed sample HC2 obtained from fitting four Gaussians, G1, G2, D1, and D2, to the Raman spectra.

| Sample codes | Anneal temp. (K) | G1 | | G2 | | D1 | | D2 | | I(D1)/I(G1) | I(D2)/I(G2) | I(G2)/I(G1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $\nu(cm^{-1})$ | $\Gamma(cm^{-1})$ | $\nu(cm^{-1})$ | $\Gamma(cm^{-1})$ | $\nu(cm^{-1})$ | $\Gamma(cm^{-1})$ | $\nu(cm^{-1})$ | $\Gamma(cm^{-1})$ | | | |
| HC2 | No | 1597 | 68 | 1538 | 172 | 1343 | 123 | 1323 | 391 | 0.91 | 1.18 | 0.66 |
| HC2a | 1273 | 1599 | 67 | 1557 | 127 | 1343 | 97 | 1363 | 312 | 0.71 | 1.80 | 0.51 |
| HC2b | 1473 | 1600 | 63 | 1565 | 122 | 1344 | 79 | 1362 | 273 | 0.88 | 1.43 | 0.56 |
| HC2c | 1673 | 1597 | 59 | 1566 | 113 | 1341 | 70 | 1353 | 260 | 1.30 | 1.21 | 0.41 |

(a series of "HC") and graphitizable carbon (a series of "SC"), as listed in Table I. Among the HC group, eleven samples (HC1–HC11) are activated carbons mainly $H_2O$ activated, made from phenol resins or polyvinylidenechloride (PVdC), six samples (HC12–HC17) are precursors that are not activated, and two samples (HC18 and HC19) are carbonblacks. Among the SC group, seven samples (SC1–SC7) are KOH-activated carbons made from carbonized cokes, while other three samples (SC8–SC10) are not activated.

Of the HC samples, HC2 was chosen for annealing at various temperatures ranging from 1273 to 1673 K for 3 h in Ar atmosphere in order to study structural changes caused by heat (HC2a–HC2c, see Table II). In addition, to study the structural changes before and after activation in different processes, two types of activated carbons were prepared as follows: one is a phenol resin carbonized at 1173 K (HC20) followed by $H_2O$ activation at 1123 K (HC21), the other is a pitch carbonized at 1173 K (SC11) followed by KOH activation at 1023 K (SC12).

For comparison, three types of amorphous carbon (a-C) films (a series of "AC") sputtered on silicon wafers at 6 mTorr with different $H_2$ content in Ar gas, 0% for AC1, 15% for AC2, and 30% for AC3, were prepared. All the a-C samples were also annealed at various temperatures ranging from 423 to 573 K for 1 h in $N_2$ atmosphere (see Table III).

## B. Raman spectroscopy

Raman spectra were obtained with a Ramanor T64000 (Jobin/Yvon) using a 514.5 nm Ar line as an excitation source. The laser was focused to about 100 $\mu$m in diameter at a power of less than 5 mW at the sample surface in order to prevent thermal degradation. Raman spectra from 800 to 2000 $cm^{-1}$ at about 0.5 $cm^{-1}$ interval were measured for 15 s in the backscattering geometry with a filtered 64 cm single monochromator. The detector was a 16 bit charge coupled device cooled by liquid $N_2$. To improve the signal-to-noise ratio, 5–10 scans were averaged when necessary.

The obtained Raman spectra of activated carbon materials were deconvoluted by using four Gaussians on top of linear background in the region from 800 to 2000 $cm^{-1}$ as will be described later. The spectra of a-Cs were also deconvoluted to G and D bands by using two Gaussians on top of linear background in the usual way.[11] In the curve fitting process, all parameters, i.e., position, height, and width of all the peaks and two coefficients for the linear background, were adjusted to attain the least value of chi square by the Marquardt–Levenberg nonlinear least squares optimization.[19]

TABLE III. Sample descriptions and fitting parameters obtained from fitting two Gaussians as G and D bands to the Raman spectra in a-C samples. $I_d/I_g$ denotes the peak intensity ratio of D to G band.

| Sample codes | $H_2$ gas ratio (%) | Anneal temperature (K) | G | | D | | $I_d/I_g$ |
|---|---|---|---|---|---|---|---|
| | | | $\nu(cm^{-1})$ | $\Gamma(cm^{-1})$ | $\nu(cm^{-1})$ | $\Gamma(cm^{-1})$ | |
| AC1 | 0 | No. | 1565 | 158 | 1402 | 354 | 1.17 |
| | | 423 | 1568 | 150 | 1406 | 356 | 1.21 |
| | | 473 | 1572 | 143 | 1409 | 355 | 1.24 |
| | | 523 | 1577 | 134 | 1411 | 353 | 1.22 |
| | | 573 | 1585 | 114 | 1407 | 350 | 1.20 |
| AC2 | 15 | No. | 1560 | 170 | 1398 | 352 | 0.98 |
| | | 423 | 1562 | 166 | 1402 | 356 | 1.01 |
| | | 473 | 1566 | 158 | 1407 | 357 | 1.07 |
| | | 523 | 1571 | 148 | 1412 | 358 | 1.15 |
| | | 573 | 1579 | 131 | 1415 | 356 | 1.21 |
| AC3 | 30 | No. | 1553 | 149 | 1389 | 319 | 0.52 |
| | | 423 | 1555 | 148 | 1391 | 320 | 0.53 |
| | | 473 | 1561 | 140 | 1398 | 323 | 0.59 |
| | | 523 | 1572 | 127 | 1409 | 336 | 0.75 |
| | | 573 | 1583 | 112 | 1406 | 315 | 0.95 |

06 October 2025 00:16:27

J. Appl. Phys., Vol. 92, No. 2, 15 July 2002

N. Shimodaira and A. Masui    905





FIG. 1. Raman spectra with fitting results by using four Gaussians on top of a straight baseline for (a) HC1 and (b) SC1 (see Table I). Solid lines denote the fitted curves. The residual denotes the difference between measured and fitted curves.





FIG. 3. Raman spectra before and after activation: (a) a phenol resin carbonized at 1173 K (HC20) followed by $H_2O$ activation at 1123 K (HC21) and (b) a pitch carbonized at 1173 K (SC11) followed by KOH activation at 1023 K (SC12). Solid lines denote the fitted curves.

## C. Other measurements

X-ray diffraction measurement was carried out with a Rigaku RINT2500 for two theta values from 10° to 80° using Cu $K\alpha$ radiation operating at 40 kV and 200 mA. Microstructures were observed with a high resolution transmission electron microscope (Hitachi H9000) operating at 300 kV.

## III. RESULTS

## A. Raman spectra and curve fitting results

Raman spectra of activated carbon samples are represented in Fig. 1(a) for HC1 and (b) for SC1, respectively. As a result of our fitting trials, it was found that four Gaussians and a linear background are necessary and enough to reproduce the spectral data (see the residual curves in the figure) throughout our experiment. That is, the four Gaussians consist of a pair of relatively sharp peaks at about 1600 and 1350 cm$^{-1}$, hence named G1 and D1, and a pair of relatively broad peaks around 1560 and 1330 cm$^{-1}$, hence named G2 and D2, as also shown in Fig. 1.

Calculated fitting parameters for all samples, which are peak center position ($\nu$) and full width at half maximum



FIG. 2. Plots between Raman shift ($\nu$) and FWHM ($\Gamma$) listed in Tables I–III, obtained by the peak deconvolution using Gaussians. Data of typical polycrystalline graphites (Refs. 1, 6, and 7) are also plotted.



FIG. 4. Raman spectra of HC2 (see Table II) annealed at various temperatures ranging from 1273 to 1673 K for 3 h in Ar atmosphere. Solid lines denote the fitted curves.



FIG. 5. Raman spectra with fitting results by using two Gaussians on top of a straight baseline in $a$-C sample AC3 (see Table III): (a) as-sputtered and (b) annealed at 573 K in $N_2$ for 1 h. Solid lines denote the fitted curves. The residual denotes the difference between measured and fitted curves.

(FWHM, $\Gamma$), and three peak intensity ratios [$I(D1)/I(G1)$, $I(D2)/I(G2)$, and $I(G2)/I(G1)$], are listed in Table I. Behaviors of the Gaussian parameters become clearer by plotting $\nu$ and FWHM two dimensionally, as shown in Fig. 2. In general, the following features are observed:

(1) The G1 peak position is very stable at $1605\pm7$ ($\bar{x}\pm\sigma_{n-1}$) cm$^{-1}$ with the FWHM of $64\pm9$ cm$^{-1}$.

(2) The D1 peak position is also stable at $1351\pm8$ cm$^{-1}$ while its FWHM is larger and scattered ($115\pm27$ cm$^{-1}$).

(3) In the G2 and D2 peaks, both position and FWHM are widely scattered.

(4) Of the G2 peaks, narrower FWHM is characteristic of the higher frequency peaks.

Thus, it has been demonstrated that the Raman spectra in various activated carbons and precursors can be accurately devonvoluted into four Gaussians. On the basis of $\nu$ and FWHM of the Gaussians as calculated, activated carbons and precursors are characterized as follows.

### 1. Nongraphitizable vs graphitizable

As shown in Fig. 1, a series of nongraphitizable HC samples, owing to relatively lower intensity and narrower FWHM of G2 peak, tends to exhibit two explicit Raman peaks as compared with a series of graphitizable SC samples. According to the Gaussian parameters in Table I, the mean FWHMs of all the deconvoluted peaks in SC samples are always larger than those in HC samples. In addition, the mean $\nu$s of both G2 and D2 peaks in HC samples are higher than those in SC samples.

### 2. Starting materials and surface area

PVdC(HC7) is high in $\nu$(G1) and $\nu$(G2) peak. No other difference is clear in $\nu$ or FWHM.

### 3. Activation

The Raman spectra with fitting curves before and after activation are represented in Fig. 3(a) for a carbonized phenol resin activated by $H_2O$ (HC20 and HC21) and (b) for a carbonized pitch activated by KOH (SC11 and SC12). It has been observed in the spectra that the valley between the two bands markedly deepens after $H_2O$ activation, while in contrast, it shallows after KOH activation. Accordingly, the FWHMs of the deconvoluted peaks become narrower by $H_2O$ activation, while broader by KOH activation, as can be seen in Table I.

### 4. Annealing

Figure 4 shows the spectral change as a function of anneal temperature for HC2 with fitting lines (solid lines). It has been observed that the valley between the two bands becomes deeper with higher anneal temperature.

The fitting parameters are listed in Table II. The obtained $\nu$ and FWHM of the Gaussians are also plotted in Fig. 2 (closed circle). Some important features caused by anneal are as follows:

(1) All the FWHMs significantly become smaller;

06 October 2025 00:16:27

J. Appl. Phys., Vol. 92, No. 2, 15 July 2002    PageID #: 3398    N. Shimodaira and A. Masui    907







FIG. 6. High resolution transmission electron micrograph: (a) HC1, (b) SC1 (see Table I), (c) HC2 annealed at 1673 K in Ar for 3 h (see Table II), and (d) AC1 (see Table III).

(2) $\nu$(G1) and $\nu$(D1) are stable around 1600 and 1340 cm$^{-1}$, respectively;

(3) $\nu$(G2) upshifts in frequency with the marked decrease of FWHM.





FIG. 7. XRD patterns: (a) HC1 and SC2 (see Table I); (b) HC2 as-received and annealed at temperatures ranging from 1273 to 1673 K in Ar for 3 h (see Table II).

## B. Raman spectra of $a$-Cs

The Raman spectra of AC3 before and after anneal with fitting results are represented in Fig. 5. As known,[11–13] they are well fit by the sum of two Gaussians: the G band at about 1560 cm$^{-1}$ and the D band at about 1400 cm$^{-1}$. In Table III, the fitting parameters are shown. The obtained $\nu$ and FWHM of the Gaussians are also plotted in Fig. 2 (plus). With increasing anneal temperature, the upshift of $\nu$(G) (20–30 cm$^{-1}$) and the decrease of FWHM(G) ($\sim$40 cm$^{-1}$) are clearly observed for all samples, and the increase of the intensity ratio ($I_d/I_g$) are marked for H$_2$-containing AC2 and AC3.

## C. HR-TEM

High resolution TEM observation was carried out in HC1, SC1, HC2, and AC1. As shown in Fig. 6, winding short basal planes (black contrast), which are extremely unclear in AC1, can be homogeneously observed in HC1, SC1, and HC2. However, no crystal lattice image like graphite was observed in HC2 annealed even at 1673 K.

## D. XRD

XRD measurement was performed on HC1, SC1, and HC2 annealed at various temperatures. As shown in Fig. 7, on the background due to small angle scattering associated with the porous structure, extremely broad and obscure peaks due to (002), (100), and (110) planes are observed. The peaks slightly become clearer with increasing anneal temperature in HC2. Crystalline sizes, $L_a$ and $L_c$, were evaluated to be less than 3.5 and 1.5 nm, respectively, by using the Scherrer equations with values of $K$ = 1.84 and 0.9.[20] However, the calculated $L_a$ and $L_c$ values include large uncertainties simply because it was difficult to draw a suitable background curve in the XRD patterns.

06 October 2025 00:16:27

## IV. DISCUSSION

### A. Origins of G1, G2, D1, and D2 peaks

As shown, our curve fitting technique can almost completely reproduce the Raman spectra of activated carbon materials. Thus, one may proceed to the following discussion on the meanings of the four Gaussian peaks.

Again, let us focus on the two-dimensional plots (Fig. 2) of $\nu$ and FWHM in all the samples adding typical polycrystalline graphites (x).[1,6,7] In the figure, the plots are distributed within well-defined domains for each Gaussian, which convinces us that each Gaussian may be attributed to the partial structure of the activated carbons. In general, the positions of G1 and D1 plots are close to those of G and D plots of graphite, respectively. On the other hand, G2 and D2 plots are overlapped or close to those of G and D plots of $a$-Cs, respectively.

These trends might simply give the misleading view that the activated carbon materials comprise both graphite crystals (G1 and D1) and amorphous domains (G2 and D2). However, it is also apparent from XRD patterns and TEM observations that the activated carbons used in this study are rather similar to $a$-Cs with no regular lattice structure than to crystalline graphite. Hence, we must proceed to a new interpretation to explain the controversy.

### 1. G1 and D1

Since both the G and D bands in crystalline graphites are associated with in-plane vibration modes,[1] Raman spectroscopy shall generally provide information from the basal planes regardless of winding or irregularity in lattice space. For example, in carbon nanotubes, even from the tubularly winding basal planes, the strong Raman band around 1550–1600 $cm^{-1}$ from the graphite-oriented $E_g$ mode and $A_g$-active mode can be observed.[21,22] Therefore, let us discuss the origin of G1 and D1 peaks in analogy with G and D bands of graphitic basal planes, considering the upshift of $\nu$(G1) to $\nu$(G).

In some graphite samples with extremely small crystal sizes, a higher frequency shift to about 1600 $cm^{-1}$ from 1580 $cm^{-1}$ in the G band is observed[23,24] probably due to the overlap with the $D'$ band around 1620 $cm^{-1}$.[2] In graphite intercalation compounds (GICs), the $E_{2g2}$ mode associated with the bounding graphite layers is upshifted in frequency ($\sim$1625 $cm^{-1}$) due to both the charge transfer effect and the charge-transfer-induced lattice contraction effect.[25] Because the amount of metal impurities in the activated carbon samples are negligibly small comparing with the GICs, the upshift of $\nu$(G1) from the graphite value ($\sim$1580 $cm^{-1}$) could be attributed to the size effect of the basal plane.

In conclusion, taking the TEM images into consideration, the G1 and D1 peaks are associated with winding short basal planes, and are, respectively, ascribed to the in-plane stretching (like $E_{2g}$) and breathing (like $A_{1g}$) vibration modes from the basal planes.

### 2. G2 and D2

As to the G2 and D2 peaks, it is possibly considered that their origins are similar structure to $a$-Cs, consisting of so-called $sp^2$ clusters,[10,11] because in Fig. 2, (1) G2 and G($a$-C) plots are completely overlapped, (2) D2 and D($a$-C) plots are close to each other, and (3) the upshift of $\nu$(G2) with the decrease of FWHM(G2) with increasing annealing temperature as described in Sec. III A 4 is in accordance with the behavior in $a$-Cs as described in Sec. III B.

With regard to the discrepancy of D2 and D($a$-C) plots, it was suggested by Dillon et al. that the downshifted D-band position ($\sim$1283 $cm^{-1}$) in their as-deposited $a$-C films may indicate the presence of some fourfold coordinated bonds.[9] From this viewpoint, the SC samples are regarded to include more fourfold bonds than the HC samples because the $\nu$(D2) of SC samples is located at lower frequency around 1300 $cm^{-1}$.

As to the peak shift of the G band of bulk amorphous carbon, Beeman et al. used a model with bond angle disorder by adding fourfold coordinated bonds in a theoretical study of the Raman scattering, and suggested that the increase of bond angle disorder leads to lower frequency in G band ($\sim$1528 $cm^{-1}$).[26] In addition, Dillon et al. suggested by comparison with the theory, that the upper shift and the decrease of the width of the G band with increasing anneal temperature are consistent with the removal of bond angle disorder.[9]

In conclusion, the G2 and D2 peaks are ascribed to $sp^2$ clusters like $a$-Cs with bond angle *disorder* including more fourfold coordinated bonds than $a$-Cs, though the partial structure corresponding to the G2 and D2 peaks is not clearly recognized in the TEM images. These $sp^2$ clusters part may link the winding short basal planes with bond angle *order*.

### B. Various peak ratios

As the relative peak intensity (or area) ratio of the D band to the G-band in Raman spectrum provides important information about the structure in carbon materials as previously described, let us focus on various peak intensity ratios listed in the tables, mainly comparing HC and SC samples.

### 1. I(D1)/I(G1)

As shown in Table I, the I(D1)/I(G1) ratio is distributed around 1 except for HC9 (0.44) where no specific feature can be observed between HC and SC samples. In polycrystalline graphite, the relative intensity ratio of the D band to the G band is popularly used to calculate the in-plane crystalline size, $L_a$, corresponding to the length of basal plane, by using the Tuinstra and Koenig formula.[1] According to the formula, the effective size of the basal plane is estimated from the mean I(D1)/I(G1) ratio, $\sim$1, to be about 3 nm. The value is consistent with the results roughly estimated by XRD or TEM.

### 2. I(D2)/I(G2)

Since the G2 and D2 peaks are ascribed to $sp^2$ clusters like $a$-Cs as described in Sec. IV A 2, let us discuss the I(D2)/I(G2) ratio as $a$-Cs. In $a$-C films, it is reported in some articles that $sp^2$-cluster size simply enhances the $I_d/I_g$ ratio.[9,12,13] Especially in the case of hydrogenated $a$-C films, the $I_d/I_g$ ratio is often used as a parameter indicating the

Case 1:23-cv-00879-GBW-CJB    Document 286-1    Filed 02/05/26    Page 322 of 381

PageID #: 3400

J. Appl. Phys., Vol. 92, No. 2, 15 July 2002                                                    N. Shimodaira and A. Masui      909

relative $sp^2/sp^3$ bonding ratio as well as the $sp^2$-cluster size, because the hydrogen atoms terminate the $sp^2$ bondings partially forming $sp^3$ bondings, resulting in drastic reduction of the $sp^2$-cluster size.[10,11,14]

Thus, it is considered that the I(D2)/I(G2) ratio is simply influenced by the size of the part with bond angle *disorder*. The size is evaluated to be smaller than the length of winding short basal planes as judged from the TEM images.

Though the I(D2)/I(G2) ratio widely varies in Table I, the cluster size in HC samples is generally regarded to be larger than that in SC samples, based on the comparison of the mean values. In hydrogen-containing $a$-Cs (AC2 and AC3 in Table III), the increase of the $I_d/I_g$ ratio caused by anneal is marked as described in Sec. III B, probably because hydrogen works to enlarge $sp^2$-cluster size. On the contrary, HC2 (see Table II) and AC1 (see Table III), both contain little hydrogen atoms, show no clear relation between the values and anneal temperature.

### 3. I(G2)/I(G1)

We propose the I(G2)/I(G1) ratio as a parameter expressing the relative content of the bond angle *disorder* to *order* in activated carbon materials. Since the mean I(G2)/I(G1) ratio in HC is apparently smaller than that in SC in Table I, HC samples are regarded to contain less amount of the bond angle *disorder*. This ratio considerably influences the spectral shape, i.e., the depth of the valley between the two bands, as shown in Fig. 1, because the G2 peak locates near the valley.

It is noted that the decrease of the I(G2)/I(G1) ratio in annealed HC2 samples (see Table II) is clear, indicating the structural change from the bond angle *disorder* to *order* due to thermal relaxation.

### C. H₂O vs KOH activation

As described in Sec. III A 3, Raman spectral changes are inversely observed for $H_2O$ activation (HC20 and HC21) and KOH activation (SC11 and SC12). As seen in Table I, the I(G2)/I(G1) ratio decreases by $H_2O$ activation, while it increases by KOH activation. In addition, in other activated carbons used in this study, the mean I(G2)/I(G1) ratio is 0.5 for $H_2O$-activated carbon from phenol resigns, and 1.0 for KOH-activated carbons from cokes.

Therefore, these results allow one to draw conclusion that the part with bond angle *disorder* is selectively removed or become ordered by $H_2O$ activation, whereas induced by KOH activation, even though both activation methods yield very high surface area to a similar extent.

## V. CONCLUSION

We have successfully deconvoluted the Raman spectra of activated carbon materials by using four Gaussians on top of a linear background. By using this technique, it has been found that the activated carbon materials schematically consist of two structural parts: one is winding short basal plane with bond angle *order* represented by a pair of sharp G1 and D1 bands, and the other is $sp^2$-cluster like $a$-Cs with bond angle *disorder* represented by a pair of broad G2 and D2 bands, respectively. In addition, structural changes induced by anneal and activations have been clarified. This peak-deconvolution technique will be successfully applied to the further study not only of activated carbon materials with physical and/or chemical treatments, but of other carbon materials.

[1] F. Tuinstra and J. L. Koenig, J. Chem. Phys. **53**, 1126 (1970).
[2] R. Vidano and D. B. Fischbach, J. Am. Ceram. Soc. **61**, 13 (1978).
[3] P. Lespade, A. Marchand, M. Couzi, and F. Cruege, Carbon **22**, 375 (1984).
[4] I. Ohana, M. S. Dresslhaus, and M. Endo, Carbon **27**, 417 (1989).
[5] Y. Wang, D. C. Alsmeyer, and R. L. McCreery, Chem. Mater. **2**, 557 (1990).
[6] G. Katagiri, H. Ishida, and A. Ishitani, Carbon **26**, 565 (1988).
[7] A. Cuesta, P. Dhamelincourt, J. Laureyns, A. Martinez-Alonso, and J. M. D. Tascon, Carbon **32**, 1523 (1994).
[8] M. Wada, P. J. Gaczi, and S. A. Solin, J. Non-Cryst. Solids **35–36**, 543 (1980).
[9] R. O. Dillon, J. A. Woollam, and V. Katkanant, Phys. Rev. B **29**, 3482 (1984).
[10] M. Ramsteiner and J. Wagner, Appl. Phys. Lett. **51**, 1355 (1987).
[11] M. Yoshikawa, G. Katagiri, H. Ishida, A. Ishitani, and T. Akamatsu, J. Appl. Phys. **64**, 6464 (1988).
[12] N. H. Cho, K. M. Krishnan, D. K. Veirs, M. D. Rubin, C. B. Hopper, B. Bhushan, and D. B. Bogy, J. Mater. Res. **5**, 2543 (1990).
[13] J. W. Ager III, IEEE Trans. Magn. **29**, 259 (1993).
[14] M. A. Tamor and W. C. Vassell, J. Appl. Phys. **76**, 3823 (1994).
[15] N. Shimodaira and A. Masui, in *Proceedings of the 26th Annual Conference of Tanso Zairyo Gakkai (in Nagano, Japan)* (1999) (in Japanese), p. 352.
[16] G. Katagiri and N. Muraki, in *Proceedings of the 26th Annual Conference of Tanso Zairyo Gakkai (in Nagano, Japan)* (1999) (in Japanese), p. 354.
[17] A. W. P. Fung, A. M. Rao, K. Kuriyama, M. S. Dresselhaus, G. Dresselhaus, M. Endo, and N. Shindo, J. Mater. Res. **8**, 489 (1993).
[18] A. Manivannan, M. Chirila, N. C. Giles, and M. S. Seehra, Carbon **37**, 1741 (1999).
[19] W. H. Press, B. P. Flannery, S. A. Teukolsky, and W. T. Vetterling, *Numerical Recipes in C* (Cambridge University Press, Cambridge, 1988).
[20] H. P. Klug and L. E. Alexander, *X-Ray Diffraction Procedures* (Wiley, New York, 1974), pp. 667–668.
[21] A. M. Reo, E. Richter, S. Bandow, B. Chase, P. C. Eklund, K. W. Williams, M. Menon, K. R. Subbaswamy, A. Thess, R. E. Smalley, G. Dresselhaus, and M. S. Dresselhaus, Science **275**, 187 (1997).
[22] R. Saito, T. Takeya, T. Kimura, G. Dresselhaus, and M. S. Dresselhaus, Phys. Rev. B **57**, 4145 (1998).
[23] P. Lespade, R. Al-Jishi, and M. S. Dresselhaus, Carbon **20**, 427 (1982).
[24] R. J. Nemanich and S. A. Solin, Phys. Rev. B **20**, 392 (1979).
[25] T. C. Chieu, G. Timp, M. S. Dresselhaus, M. Endo, and A. W. Moore, Phys. Rev. B **27**, 3686 (1983).
[26] D. Beeman, J. Silverman, R. Lynds, and M. R. Anderson, Phys. Rev. B **30**, 870 (1984).

06 October 2025 01:16:27

EXHIBIT 14

# Biochemical Correlation of Raman Spectra of Normal, Benign and Malignant Breast Tissues: A Spectral Deconvolution Study

M. V. P. Chowdary,[1,2] K. Kalyan Kumar,[1,2] Stanley Mathew,[3] Lakshmi Rao,[4]
C. Murali Krishna,[1]* Jacob Kurien[2]

[1] Center for Atomic and Molecular Physics, Manipal University, Manipal, Karnataka 576104, India

[2] Department of Surgical Oncology, Shiridi Sai Baba Cancer Hospital, Manipal University, Manipal, Karnataka 576104, India

[3] Department of General Surgery, Kasturba Medical College, Manipal University, Manipal, Karnataka 576104, India

[4] Department of Pathology, Kasturba Medical College, Manipal University, Manipal, Karnataka 576104, India

Received 2 October 2008; revised 30 January 2009; accepted 12 February 2009

Published online 18 February 2009 in Wiley InterScience (www.interscience.wiley.com). DOI 10.1002/bip.21171

**ABSTRACT:**

The aim of this study was to understand and correlate spectral features and biochemical changes in normal, fibroadenoma and infiltrating ductal carcinoma of breast tissues using Raman spectra that were part of the spectroscopic models developed and evaluated by us earlier. Spectra were subjected to curve fitting and intensities plots of resultant curve resolved bands were computed. This study has revealed that fat (1301 and 1440 $cm^{-1}$), collagen (1246, 1271, and 1671 $cm^{-1}$) and DNA (1340 and 1480 $cm^{-1}$) bands have strong presence in normal, benign and malignant breast tissues, respectively. Intensity plots of various combinations of curved resolved bands were also explored to classify tissue types. Combinations of fat (1301 $cm^{-1}$) and collagen (1246, 1271, and 1671 $cm^{-1}$)/amide I; DNA (1340 $cm^{-1}$) and fat (1301 $cm^{-1}$); collagen (1271 $cm^{-1}$) and DNA (1480 $cm^{-1}$) are found to be good discriminating parameters. These results are in tune with findings of earlier studies carried out on western population as well as our molecular biological understanding of normal tissues and neoplastic processes. Thus the finding of this study further demonstrates the efficacy Raman spectroscopic approaches in diagnostic applications as well as in understanding molecular phenomenon in breast cancers. © 2009 Wiley Periodicals, Inc. Biopolymers 91: 539–546, 2009.

Keywords: Raman spectroscopy; breast cancer; optical diagnosis; curve deconvolution

This article was originally published online as an accepted preprint. The "Published Online" date corresponds to the preprint version. You can request a copy of the preprint by emailing the Biopolymers editorial office at biopolymers@wiley.com

## INTRODUCTION

Breast cancer is one of the major heath hazards amongst women in both developing and developed countries. It stands second in terms of incidence rates when both genders are considered together and fifth in mortality rate.[1] The significant increase in the number of cases since 1970s can be partly attributed to urbanized lifestyles.[2] The imaging technique, mammography is the gold standard for screening. False positives and risk of repeated exposure to harmful ionizing radiations are identified as major concerns in this method. The histopathology, gold standard of diagnosis, involves thorough microscopic examination of samples obtained via well-established invasive/minimally invasive tissue sampling procedures (i.e.,

Correspondence to: C. Murali Krishna; e-mail: mchilakapati@actrec.gov.in, pittu1043@gmail.com, krishna.murali@univ-reims.fr
*Present address: Scientific Officer 'E' and Principal Investigator, Chilakapati Laboratory, ACTREC, TMC, Kharghar, Sector 22, Navi Mumbai 410208, India.
©2009 Wiley Periodicals, Inc.

Case 1:23-cv-00879-GBW-CJB    Document 286-1    Filed 02/05/26    Page 325 of 381
PageID #: 3403

10970282, 2000, 7, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/bip.21171 by University Of Michigan Library, Wiley Online Library on [05/10/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

excisional biopsy, axillary node dissection, sentinel node dissection, or fine needle aspiration), depending on the location, size, palpability, and characteristics of the abnormality.[3] However, histopathological diagnosis has been shown to be subjective and depends on the experience of skilled pathologist. Thus, the complete conventional diagnostic regimen involves various examinations of triple tests (clinical breast examination, imaging and tissue sampling) alongwith multiple biopsies mounting financial burden and patient's anxiety. Hence, there exists a need to develop alternate/adjunct, user-friendly, cost effective, rapid, objective and unambiguous methods for early detection and diagnosis of breast cancers.

Potential applications of optical spectroscopic techniques in biology and medicine, including cancer diagnosis have been well investigated and documented.[4–11] Though, Raman scattering is inherently weak, it is a more suitable tool for biomedical applications. This is due to following attributes of the technique: use of harmless near infrared radiation as excitation source; minimal or no sample preparation; and adaptability to biomedical applications especially for in vivo/in situ applications.

Pertaining to Raman spectroscopic applications in breast cancer diagnosis, several studies have clearly demonstrated the efficacy of Raman spectroscopy.[12–20] Among Raman spectroscopy methods, Raman microspectroscopy, which facilitates high spatial resolution up to 1 $\mu$m, is often used for in depth analysis of selected regions. On the other hand conventional or macro Raman spectroscopy is better suited for diagnostic applications, especially for in situ/in vivo conditions. This is because, representative spectrum can be acquired by conventional Raman spectroscopy as probing area (20–100 $\mu$m) larger in this mode. Moreover, findings of conventional spectroscopy of ex vivo samples, to a reasonable extent, can be extrapolated to in vivo/in situ conditions. However, rigorous validation of the approach by several independent groups, preferably on different ethnic populations, is a prerequisite before contemplating to routine use. In view of these considerations, we had taken up conventional Raman spectroscopy investigations to classify ex vivo specimen of normal, fibroadenoma and infiltrating ductal carcinoma — the most prevalent benign and malignant conditions,[6] respectively.[21,22] In these studies training sets were developed, verified and evaluated by larger data sets consisting of certified as well as blinded ex vivo specimen.[6,21,22] As a logical and subsequent step, we have attempted to understand and correlate spectral features and possible biochemical changes in normal, benign and malignant breast tissues by curve fitting. The findings of curve deconvolution analysis of Raman spectra that are used in the established normal, benign and malignant models are discussed in the present paper.

## MATERIALS AND METHODS

### Sample Collection and Processing

Breast tissue specimens, from routine surgical resections, were procured in ice-cold saline from Department of Surgical Oncology, Shiridi Sai Baba Cancer Hospital and Research Center and Department of General Surgery, Kasturba Hospital, Manipal University, Manipal. The size of the tissue samples were ~2–5 mm in thickness and 20–25 mm$^2$ surface area. Around six or more sites were recorded on both sides of each specimen depending on the size. Each spectrum is treated as an individual sample.[8,23] In our earlier studies, a total of 258 sites/spectra (105 normal, 101 malignant, 52 benign) were recorded on histopathologically certified 29 normal, 24 infiltrating ductal carcinoma and seven fibroadenoma breast tissues.[21] Among them, randomly selected 36 normal, 35 malignant, and 21 benign breast tissue spectra were used for development of spectroscopic models. These models were then verified and evaluated by 69 blinded samples.[22] In the present study spectra that were part of above mentioned established models were analyzed by curve deconvolution methods.

### Laser Raman Spectroscopy

Raman spectra were recorded with the set up assembled in our laboratory.[6,8,23,24] In brief, the set up comprises of diode laser; SDL-8530 (785 nm, 100 mW) and HR 320 spectrograph (600 g/mm blazed at 900 nm) coupled to Spectrum One liquid $N_2$ cooled CCD (Jobin Yvon-Spex, Instruments S.A.) as excitation source and detection system, respectively. A holographic filter (HLBF-785.0, Kaiser Optics) was used to filter the excitation source. Rayleigh lines were removed by a notch filter (HSPF-5812, Kaiser Optics). In the present setup the theoretically achievable laser spot size is ~17 $\mu$m. However, under the present experimental condition spot size could be larger than this.[25] An integration time of 30 s and 20 accumulations were kept constant for all the spectral measurements. Tissues were kept moist with saline during spectral acquisition.

### Data Analysis

*Spectral Preprocessing.* All the spectra were baseline corrected, smoothened and post calibrated with a cubic orders fit to known frequencies of Tylenol (4-acetamidophenol) using diode adjust algorithms by GRAMS 32 (Galactic Industries Corporation). Then the spectra were normalized to $\delta CH_2$ band.

*Curve Deconvolution.* The preprocessed spectra were resolved into individual component bands using standard curve deconvolution technique based on original algorithm of nonlinear peak fitting as described by Marquardt which is also known as Lavenberg-Marquardt method.[26] In these fits, the sum of the squared differences between observed and computed spectra are minimized to get the best fit. The spectral region used for the curve analysis ranges from 1180 to 1800 cm$^{-1}$ region. Normal, malignant and benign breast tissue spectra were resolved into 17, 17, and 18 bands, respectively. Each band is characterized by four parameters: shape factor, peak position, peak intensity and full width at half maximum. The shape factor decides the band shape. In our curve analysis, Gaussian band has lead to good fit.

10970282, 2009, 7, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/bip.21171 by University Of Michigan Library on [05/10/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

*Curve Fitting of Breast Raman Spectra*    **541**



**FIGURE 1**  Mean Raman spectra of normal, malignant and benign breast tissue. Solid line—normal; broken line—malignant; and dotted line—benign breast tissue.

In order to understand biochemical level information, we have compiled scatter intensities plots of curve resolved bands. Area under the curve (integrated intensity) is used to compute intensity plots.

## RESULTS AND DISCUSSION

As described earlier, in our previous studies we had developed spectroscopic models for normal, malignant and benign breast tissues from randomly selected spectra of certi-

fied samples. These training sets were challenged by large testing data from certified[6,21] as well as 69 (427 spectra) blinded specimen.[6,22] Typical spectra of established Raman models of normal, malignant and benign breast tissues are shown in Figure 1. The spectra, as can be seen from the figure, exhibit significant discriminant features which can be easily exploited for classification as already been demonstrated by us.[6,21,22] Further, Raman spectra can also give significant clues to understand biochemical nature of specimen. Even cursory/qualitatively look of spectra suggests the predominance of lipids in normal tissues and proteins in pathological breast tissues.[6,21,22] However, one should note that, as already been mentioned earlier, spectra obtained by conventional spectroscopy represent gross information acquired over larger probing regions consisting of different regions. Still, by proper data mining it would be possible to correlate biochemical variations through spectral profiles of pathological conditions. There are several approaches to achieve this. The most common method, as described above, is to assign the various vibrational modes of mean spectra. This approach could provide primary level understanding.



**FIGURE 2**  Typical spectral deconvolution of Raman spectra of normal breast tissue. (A) Amide III, (B) $\delta CH_2$, and (C) Amide I regions. (2D – 2nd Derivative; FT – Fitted Trace; R – Residual).



**FIGURE 3**  Typical spectral deconvolution of Raman spectra of malignant breast tissue. (A) Amide III, (B) $\delta CH_2$, and (C) Amide I regions. (2D – 2nd Derivative; FT – Fitted Trace; R – Residual).

10973282, 2000, 7, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/bip.21171 by University Of Michigan Library, Wiley Online Library on [05/10/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

542   *Chowdary et al.*



**FIGURE 4** Typical spectral deconvolution Raman spectra of benign breast tissue. (A) Amide III, (B) $\delta CH_2$, and (C) Amide I regions. (2D – 2nd Derivative; FT – Fitted Trace; R – Residual).

Difference spectra which are computed by subtracting one spectrum from the other is slightly better approach.[21,27,28] Factor loadings of PCA or analysis using models are often used for data mining. Although, multivariate statistical tools such as PCA are often used to develop objective diagnostic tool, this analysis may not be very useful for biochemical correlation. This is because, at times PCA is carried out using selected regions of either derivative or nonderivative spectra in order to bring out classification of tissues. In our studies of breast cancers PCA of 1400–1750 cm$^{-1}$ spectral region gave best classification.[6,21,22] Though, factor loadings are also used for biochemical correlation,[29] most often PCA is employed for the reduction of dimensionality of the data and the eigenvectors may not always provide realistic shape for biochemical correlation.[30]

Another approach is to analyze the data using spectroscopic models. In the case of breast cancers, a recent study has employed a model based on linear combination of basic spectra.[19] This approach was implemented not only to classify tissue types but also to analyze biochemical composition of the specimen. We have explored classical spectral deconvolution analysis to understand biochemical differences due to radiation induced effects in mouse models[31] and oral tissues.[25,32]

We have also explored this approach for autofluorescence spectra of breast[33] and oral tissues.[34] To make curve fitting more consistent, analysis was carried out on larger data set and scatter plots depicting contribution (band intensity) of curve deconvoluted bands were computed.[33,34] Despite being subjective and tedious process to some extent from the classification/diagnosis point of view, this approach provides wealth of information about the biomolecules and their distribution.

In the present study, we have carried out spectral deconvolution of the spectra involved in the Raman spectroscopic models. As already been mentioned in "Materials and Methods", normal, benign, and malignant spectra were deconvoluted by fitting 17, 17, and 18 peaks which are denoted by indo-arabic numerals (Figures 2–4). Typical curve deconvoluted spectra of normal, malignant and benign breast tissues are shown in Figures 2–4, respectively. Tentative assignments of the curve resolved bands which are shown in Table I were made based on the available literature data.[29,35–39]

The curve resolved bands of normal tissue spectra indicate strong lipid bands (1230, 1268, 1301, 1440, and 1743 cm$^{-1}$) and weak protein (1246, 1271, 1315, 1364, 1422, 1458, 1620,

**Table I   Tentative Assignments of Major Vibrational Modes of Raman Spectra Identified in Breast Tissues**

| Peak Positions/cm$^{-1}$ | Major Assignments |
| --- | --- |
| 1230 | $PO_2^-$ ant. symmetric stretch |
| 1245 | Amide III, disorder structures of proteins, collagen |
| 1268 | $\delta(=CH)$ phospholipids |
| 1271 | Amide III; collagen |
| 1301 | $\tau(CH_2)$, lipids |
| 1315 | Amide III ($\alpha$–helix) |
| 1340 | DNA (Adenine) |
| 1364 | $CH_3$ symmetric deformation |
| 1376 | $CH_3$ symmetric deformation |
| 1422 | $\nu_s(COO^-)$ of proteins |
| 1440 | $\delta(CH_2)$, lipids |
| 1456 | $\delta_{as}(CH_3)$ and $\delta(CH_2)$ of proteins |
| 1471 | $\delta_{as}(CH_3)$ and $\delta(CH_2)$ of proteins |
| 1480 | DNA (adenine, guanine) |
| 1531 | Tryptophan (Trp) |
| 1554 | Tryptophan (Trp) |
| 1586 | Phe |
| 1621 | Trp (IgG), Phe, Tyr |
| 1639 | Amide I (both $\alpha$–helix and $\beta$–structures) |
| 1648 | Amide I (random coils of proteins) |
| 1652 | Amide I; $\nu(C=O$ stretch of proteins) |
| 1655 | Amide I ($C=O$)/$\nu$ ($C=C$ stretch)$_{cis}$ phospholipids |
| 1671 | Amide I (collagen) |
| 1743 | $\nu(C=O)$ lipids, esteryl, carbonyl, phospholipids |

10970282, 2000, 7, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/bip.21171 by University Of Michigan Library, Wiley Online Library on [05/10/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

of lipid bands: 1301 and 1440 cm$^{-1}$ (Figures 5A and 5B) clearly indicate the dominance of lipid features in normal breast tissue. The contributions of these bands are found to be lowest in benign conditions and the clusters of malignant spectra occupy intermediate position between normal and benign clusters. Strong presence of collagen bands (1246, 1271, 1315, 1455, 1656, and 1671 cm$^{-1}$) seen in fibroadenoma tissues. Contributions of collagen are the lowest for normal tissues and malignant tissues occupied intermediate position, Figure 7. Strong presence of nucleic acids (1340 and 1480 cm$^{-1}$) are seen in malignant conditions, Figure 8. However, contributions of protein bands are not very conclusive. In this case, relatively higher presence of one of the amide III bands, at 1315 cm$^{-1}$, attributed to helical structures seen in benign breast tissue, as shown in Figure 6A. normal and malignant tissues exhibit similar levels of these bands. When we consider intensities of 1455 and 1655 cm$^{-1}$ bands,

**FIGURE 5** Scatter plots of intensities of curve resolved lipid bands (A) 1301 cm$^{-1}$ and (B) 1440 cm$^{-1}$ in Raman spectra of normal (○), malignant (□) and benign (△) breast tissue.

1639, 1671 cm$^{-1}$) as well as nucleic acid bands (1340 and 1480 cm$^{-1}$). In case of vibrational modes around 1655 cm$^{-1}$ can be attributed $v(C=C)_{cis}$ stretch of lipids and amide I (C=O stretch) of proteins. In the case of spectra of pathological conditions i.e., malignant and benign, lipid bands are quite weak (1268, 1301, 1440 cm$^{-1}$) compared to protein bands (1246, 1271, 1315, 1424, 1456, 1531, 1554, 1586, 1621, 1650, 1671 cm$^{-1}$) as well as nucleic acid bands (1340 and 1480 cm$^{-1}$). These features suggest the dominance of collagen, noncollagenous proteins, nucleic acid in pathological tissues compared to normal tissues. Among the pathological conditions, intensities of curve resolved components attributed to proteins especially collagenous proteins are relatively stronger in benign tissue spectra, Figures 3 and 4. Therefore, stromal components, especially collagen seem to be abundant in fibroadenoma when compared to infiltrating ductal carcinoma.

In order to understand the relative contributions of these curve resolved bands, we have computed scatter intensities plots as shown in Figures 5–8. The scattered intensities plots



**FIGURE 6** Scatter plots of intensities of curve resolved protein bands (A) 1315 cm$^{-1}$, (B) 1455 cm$^{-1}$, and (C) 1656 cm$^{-1}$ in Raman spectra of normal (○), malignant (□) and benign (△) breast tissue.

10973282, 2009, 7, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/bip.21171 by University Of Michigan Library, Wiley Online Library on [05/10/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

*544    Chowdary et al.*



**FIGURE 7** Scatter plots of intensities of curve resolved collagen bands (A) 1246 cm$^{-1}$, (B) 1271 cm$^{-1}$, and (C) 1671 cm$^{-1}$ in Raman spectra of normal (○), malignant (□) and benign (△) breast tissue.

presence of this peaks are higher for pathological tissues compared to normal tissues.

The above findings, i.e. abundance of lipids in normal, helical proteins and collagen in fibroadenoma, and nucleic acids and noncollagenous proteins in infiltrating ductal carcinoma are in good agreement with a recent study.[19] In this study spectra were analyzed by model which were built by linear combination of basic spectra. Strong lipid features in normal tissue spectra could be due to the fact that majority of glandular breast is composed of adipose tissue (lipids) and lipids have a larger Raman scattering cross section relative to epithelial component. Therefore contributions from epithelial component might have been swamped by adipose tissue features as opined by the earlier workers.[19,22] As is well

known, fibroadenoma is an expansile lesion characterized by increased levels of stromal components due to proliferating fibroblasts and accumulation of collagen. Our own auto-fluorescence spectroscopy studies which were carried out on sections of same normal, benign and malignant breast tissues also corroborate the abundance of collagen in benign conditions.[32] Further, collagen and NAD(P)H are also well established intrinsic fluorescent spectral markers in malignancy.[40] Neoplastic process is basically a cellular process and hence biochemically observed to have higher levels of noncollagenous protein. And enlargement of cell nuclei is a hallmark of cancer and is one of the basis of histopathological diagnosis of cancers. Thus, our observation of increased contributions from DNA bands at 1340 and 1480 cm$^{-1}$ in malignant spectra (see Figure 8) is also in corroboration with basics of neoplastic process. However, as mentioned earlier, intensity plots of protein bands like 1315, 1455, and 1655 cm$^{-1}$ are not conclusive.

Based on the above analysis, fat, collagen, and nucleic acids can be used for characterization of normal, fibroadenoma





**FIGURE 8** Scattered plot intensities of curve resolved DNA bands (A) 1340 cm$^{-1}$ and (B) 1480 cm$^{-1}$ in Raman spectra of normal (○), malignant (□) and benign (△) breast tissue.

10970282, 2009, 7, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/bip.21171 by University Of Michigan Library, Wiley Online Library on [05/10/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**FIGURE 9** Discrimination of breast tissues: Scattered plot intensities of curve resolved bands. (A) Protein (1246 cm$^{-1}$) vs Lipid (1301 cm$^{-1}$), (B) Protein (1271 cm$^{-1}$) vs Lipid (1301 cm$^{-1}$), (C) Protein (1655 cm$^{-1}$) vs Lipid (1301 cm$^{-1}$), (D) Protein (1671 cm$^{-1}$) vs Lipid (1301 cm$^{-1}$), (E) Lipid (1301 cm$^{-1}$) vs DNA (1340 cm$^{-1}$), and (F) Protein (1271 cm$^{-1}$) vs DNA (1480 cm$^{-1}$). (○) Normal; (□) Malignant; and (△) Benign.

and infiltrating ductal carcinoma tissues. Therefore, we have explored various combinations intensities of these spectral markers in tissue type discrimination. Among the combinations explored of lipid band (1301 cm$^{-1}$) against collagen lines (1246, 1271, and 1671 cm$^{-1}$) has provided very good classification of three tissue types (Figure 9A, 9B, and 9D). We also observed that intensities of lipid (1301 cm$^{-1}$) against amide I (1655 cm$^{-1}$); DNA (1340 cm$^{-1}$) against lipid (1301 cm$^{-1}$); and collagen (1271 cm$^{-1}$) against DNA (1480 cm$^{-1}$) can bring out clear classification among three tissue types as shown in Figure 9C, 9E, and 9F.

## CONCLUSIONS

As evident from literature, several reports have indicated the efficacy of Raman spectroscopic approach in classification types. Raman spectral features are shown to be very useful tools for probing biomolecular composition of normal and pathological breast tissues. However, evaluation of these models by several independent groups and preferably over different ethnic groups is necessary before considering for routine clinical use.

The present study has demonstrated strong presence of lipids in normal, collagen in fibroadenoma and DNA in infil-

trating ductal carcinoma tissues. Combination of fat and collagen features shown to provide clear classification of all three tissue types. These results corroborate findings of previous studies carried out on American population using models developed by linear combination of basic spectra. Thus the present study further supports the efficacy of Raman spectroscopic approach in diagnosis as well as in understanding biochemical composition of breast tissues.

This work was carried out under the project entitled: "Development of laser spectroscopy techniques for early detection and follow up of therapy in breast malignancy" (No. 5/13/23/2003-NCD-III), Indian Council for Medical Research, Government of India. The authors (K.K.K. and M.V.P.C.) are thankful to ICMR for senior research fellowships. Ms. Keerthi and Mr. Chethan N. Anand are acknowledged for their technical assistance in the sample handling/preservation and data acquisition.

## REFERENCES

1. Jemal, A.; Siegel, R.; Ward, E.; Murray, T.; Xu, J.; Thun, M. J. CA Cancer J Clin 2007, 57, 43–66.
2. Breast Cancer: Statistics on Incidence, Survival, and Screening. Imaginis Corporation 2006.
3. Liberman, L.; Dershaw, D. D.; Rosen, P. P.; Abramson, A. F.; Deutch, B. M.; Hann, L. E. Radiology 1994, 192, 793–795.
4. Kondepati, V. R.; Heise H. M.; Backhaus, J. Anal Bioanal Chem 2008, 390, 125–139.
5. Krishna, C. M.; Sockalingum, G. D.; Vidyasagar, M. S.; Manfait, M.; Fernandes, D. J.; Vadhiraja, B. M.; Maheedhar, K. J Cancer Res Ther 2008, 4, 26–36.
6. Krishna, C. M.; Kurien, J.; Mathew, S.; Rao, L.; Maheedhar, K.; Kalyan Kumar, K.; Chowdary, M. V. P. Exp Rev Mol Diagn 2008, 8, 149–166.
7. Jacobs, V. R.; Paepke, S.; Schaaf, H.; Bernd-Claus, W.; Kiechle-Bahat, M. Clin Breast Cancer 2007, 7, 619–623.
8. Krishna, C. M.; Kartha, V. B.; Malini, R.; Venkatakrishna, K.; Agarwal, A.; Pai, K. M.; Thomas, B. S.; Rao, L.; Alexander, M.; Kurien, J. In Biopolymer Research Trends, Nemeth, T. S., Ed.; Nova Science Publishers, NY, USA, 2007, pp 189–209.
9. Da Costa, R. S.; Wilson, B. C. Marcon, E. Scientific World Journal 2007, 7, 2046–2071.
10. Bigio, I. J.; Brown, S. G. Cancer Biol Ther 2004, 3, 259–267.
11. Kartha, V. B.; Kurien, J.; Pai, K. M.; Rao, L.; Rai, L.; Mahato, K. K.; Krishna, C. M.; Santhosh, C. In photo/electrochemistry and photobiology in the environment, energy, and fuel, Koneco, S.; Viswanathan, B.; Funasaka, K., Eds.; Research Signapost: Trivendrum, India 2005, pp 153–221.
12. Redd, D. C. B.; Feng, Z. C.; Yue, K. T.; Gansler, T. S. Appl Spectrosc 1993, 47, 787–791.
13. Frank, C. J.; McCreery, R. L.; Redd, D. C. B. Anal Chem 1995, 67, 777–783.
14. Manoharan, R.; Wang, Y.; Feld, M. S. Spectrochim Acta A 1996, 52, 215–249.
15. Manoharan, R.; Shafer, K.; Perelman, L.; Wu, J.; Chen, K.; Deinum, G.; Fitzmaurice, M.; Myles, J.; Crowe, J.; Dasari, R. R.; Feld, M. S. Photochem Photobiol 1998, 67, 15–22.

10970282, 2009, 7, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/bip.21171 by University Of Michigan Library, Wiley Online Library on [05/10/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**546**   *Chowdary et al.*

16. Haka, A. S.; Shafer-Peltier, K. E.; Fitzumaurice, M.; Crowe, J.; Dasari, R. R.; Feld, M. S. Cancer Res 2002, 62, 5375–5380.

17. Shafer-Peltier, K. E.; Haka, A. S.; Motz, J. T.; Fitzumaurice, M.; Dasari, R. R.; Feld, M. S. J Cell Biochem Suppl 2002, 39, 125–137.

18. Kneipp, J.; Schutt, T. M.; Kliffen, M.; Pluijmers, M. M.; Puppels, G. J. Vib Spectrosc 2003, 32, 67–74.

19. Haka, A. S.; Shafer-Peltier, K. E.; Fitzumaurice, M.; Crowe, J.; Dasari, R. R.; Feld, M. S. Proc Natl Acad Sci USA 2005, 102, 12371–12376.

20. Haka, A. S.; Volynskaya, Z.; Gardecki, J. A.; Nazemi, J.; Lyons, J.; Hicks, D.; Fitzumaurice, M.; Dasari, R. R.; Crowe, J. P.; Feld, M. S. Cancer Res 2006, 66, 3317–3322.

21. Chowdary, M. V. P.; Kalyan Kumar, K.; Kurien, J.; Mathew, S.; Murali Krishna, C. Biopolymers 2006, 83, 556–569.

22. Kalyan Kumar, K.; Chowdary, M. V. P.; Mathew, S.; Rao, L.; Murali Krishna, C.; Kurien, J. J Raman Spectrosc 2008, 39, 1276–1282.

23. Malini, R.; Venkatakrishna, K.; Kurien, J.; Pai, K. M.; Rao, L.; Kartha, V. B.; Murali Krishna, C. Biopolymers 2006, 81, 179–193.

24. Murali Krishna, C.; Prathima, N. B.; Malini, R.; Vadhiraja, B. M.; Bhatt, R. A.; Fernandes, D. J.; Kushtagi, P.; Vidyasagar, M. S.; Kartha, V. B. Vib Spectrosc 2006, 41, 136–141.

25. Venkatakrishna, K. Manipal academy of higher education (presently Manipal University), Manipal, Karnataka, India 2003, PhD thesis. pp 63.

26. PLS plus/IQ User's Guide; Galactic Industries Corporation, 1999.

27. Murali Krishna, C.; Sockalingam, G. D.; Kurien, J.; Lakshmi, R.; Venteo, L.; Pluot, M.; Manfait, M.; Kartha, V. B. Appl Spectrosc 2004, 58, 107–114.

28. Murali Krishna, C.; Sockalingum, G. D.; Venteo, L.; Bhat, R. A.; Kushtagi, P.; Pluot, M.; Manfait, M. Anal Bioanal Chem 2007, 387, 1649–1656.

29. Crow, P.; Barrass, B.; Kendall, C.; Hart-Prieto, M.; Wright, M.; Persad, R.; Stone, N. Br J Cancer 2005, 92, 2166–2170.

30. Murali Krishna, C.; Sockalingum, G. D.; Kegelaer, G.; Rubin, S.; Kartha, V. B.; Manfait, M. Vib Spectrosc 2005, 38, 95–100.

31. Jyothi Lakshmi, R.; Kartha, V. B.; Murali Krishna, C.; Solomon, J. G. R.; Ullas, G.; Uma Devi, P. Radiat Res 2002, 157, 175–182.

32. Venkatakrishna, K.; Kurien, J.; Pai, K. M.; Valiathan, M.; Kumar, N. N.; Krishna, C. M.; Ullas, G.; Kartha, V. B. Curr Sci 2001, 80, 665–669.

33. Chowdary, M. V. P.; Mahato, K. K.; Kalyan Kumar, K.; Mathew, S.; Rao, L.; Krishna, C. M.; Kurien, J. Photomed Laser Surg 2008, in press.

34. Manjunath, B. K.; Kurien, J.; Rao, L.; Krishna C. M.; Chidananda, M. S.; Venkatakrishna, K.; Kartha, V. B. J Photochem Photobiol 2004, 73, 49–58.

35. Clark R. J. H.; Heiser, R. E. In Advances in Spectroscopy, Wiley: New York, 1993.

36. Parker, E. S. Applications of Infrared, Raman and Resonance Raman Spectroscopy in Biochemistry, Plenum Press: New York, 1983.

37. Puppels, G. J.; De Mul, F. F. M.; Otto, C.; Greve, J.; Robert-Nicoud, M.; Arndt-Jovin, D. J.; Jovin, T. M. Nature 1990, 347, 301–303.

38. Stone, N.; Kendall, C.; Shepherd, N.; Crow, P.; Barr, H. J Raman Spectrosc 2002, 33, 564–573.

39. Deng, H.; Bloomfield, V. A.; Benevides, J. M.; Thomas, G. J. Biopolymers 1999, 50, 656–666.

40. Georgakoundi, I.; Jacobson, B. C.; Muller, M. G.; Sheets, E. E.; Badizadegan, K.; Carr-Locke, D. L.; Crum, C. P.; Bonne, C. W.; Dasari, R. R.; Dam, J. V.; Feld, M. S. Cancer Res 2002, 62, 682–687.

*Reviewing Editor: Laurence Nafie*

EXHIBIT 15

MOLECULAR SPECTROSCOPY WORKBENCH

# Peak Shape and Closely Spaced Peak Convolution in Raman Spectra

**David Tuschel**

Peak-fitting software is frequently written to offer the user a choice of automated peak fitting or one that allows the user to enter specific values of peak shape, amplitude, and width. The shapes are most often presented as a choice of percent Gaussian or Lorentzian profile contributions to the peak. To better understand these spectral profiles, we briefly explain the physical basis of the so-called spectral line shapes. Furthermore, we discuss and model the spectral shape, bandwidth, and broadening to help the reader see how the percentage of Gaussian and Lorentzian components contribute to overall peak shape and how two closely spaced and unresolved peaks of different amplitudes or bandwidths can affect the maximum position and overall appearance of the convolved peak.

Those who perform Raman spectroscopy know that acquiring a Raman spectrum is only the first step. What follows is often a detailed analysis of the individual peaks that make up the spectrum. The analysis step is usually performed using the spectral analysis and processing software provided by the vendor of the Raman instrument or a more general scientific data analysis software package. In the former case, one usually finds analysis tools for peak fitting. The peak fitting software is frequently written to offer the user a choice of so-called automated peak fitting or one that allows the user to enter specific values of peak shape, amplitude, and width. The shapes are most often presented as a choice of percent Gaussian or Lorentzian profile contributions to the peak.

The automated fitting routines can sometimes seem like a "black box" to those unfamiliar with spectral line width theory, peak shape, and the mechanisms for spectral line broadening. When the autofit routine generates an excessive number of peaks or some that seem unusually broad, it is understandable if the user doubts the chemical or physical basis for the fitted peaks contributions. After all, the program tries to generate a set of peaks

that when added together leaves the least amount of residual between the sum of the peaks and the acquired spectrum. The best mathematical fit doesn't always make good chemical or physical sense, which is why it is important for the user of these peak fitting tools to have some basic understanding of spectral line width theory and how two closely spaced and unresolved peaks can contribute to the shape and appearance of the single convolved peak that they produce. One can frequently find explanations of varying detail on spectral line width and broadening in books dedicated to spectroscopy. More specifically, there are several publications that can assist the interested reader with excellent explanations on spectral line shape as it relates to Raman spectroscopy (1–3).

The purpose of this installment of "Molecular Spectroscopy Workbench" is to contribute to the body of work on spectral line width and broadening by helping the reader see how the percentage of Gaussian and Lorentzian components contribute to overall peak shape, and how two closely spaced and unresolved peaks of different amplitudes or bandwidths can affect the maximum position and overall appearance of the convolved peak.

## Gaussian and Lorentzian Contributions to a Single Peak

It is important how a qualitative understanding of how the Gaussian and Lorentzian profiles contribute to a single peak shape. Although a thorough explanation of the underlying chemical physics contributing to peak shape is beyond the scope of this work, you can find detailed exp lanations of the underlying bases for Gaussian and Lorentzian line shapes in the literature (1–3). Here, we give a brief description of the theory of these two profiles, show how they differ graphically, and reveal how the percent contribution of Gaussian and Lorentzian profiles affects the appearance of a single peak.

The spectral profiles are primarily determined by two lifetimes involving the excited state. Raman relaxation from the excited virtual state to the final vibrational state occurs within several picoseconds ($10^{-12}$ s). The lifetime involved in this relaxation process is called the *amplitude correlation time* ($\tau_a$). Specifically, the amplitude lifetime is the amount of time spent in the excited state before the molecule drops back to the final vibrational state; $\tau_a$ generally lasts a few picoseconds. The excited state lifetime directly affects the width of the Raman peak. If the molecule spends less time in the excited state, that will lead to a broader peak consistent with Heisenberg's uncertainty principle.

Upon excitation, all the molecules vibrate coherently. However, molecular interaction and motion causes the ensemble of excited molecules to lose coherence. This process is called *dephasing*, and the time it takes for the molecules to lose coherence is called the *coherence lifetime* ($\tau_c$). The coherence lifetime, like the amplitude correlation time, can also occur over several picoseconds. Together, these processes contribute to an overall effective lifetime of the molecules in the Raman scattering process. The process with the shortest lifetime will contribute the most to the spectral line shape.



**FIGURE 1:** Gaussian (red) and Lorentzian (blue) Raman peak profiles in arbitrary units: fwhm = 2 cm$^{-1}$.



**FIGURE 2:** Different Gaussian (red) and Lorentzian (blue) contributions to a single composite (green) peak: fwhm = 2 cm$^{-1}$: (a) 80% Gaussian and 20% Lorentzian, and (b) 20% Gaussian and 80% Lorentzian.

Let us then consider the contributing processes. If the coherence lifetime is much longer than the natural relaxation or amplitude correlation time ($\tau_c \gg \tau_a$), then the molecules will relax before dephasing occurs. This condition generally applies to solids where the atoms or molecules hold relatively fixed positions. Consequently, the shapes of peaks in the Raman spectrum of a solid typically have Gaussian profiles that reflect the distribution of atomic positions and energy states in the solid. In contrast, gas molecules are in constant motion frequently undergoing collisions, and so dephasing can occur in gases much faster than the excited state relaxation ($\tau_c \ll \tau_a$). The dominant dephasing process leads to Raman spectra of gases with Lorentzian line shapes whose edges extend much further out than those of the Gaussian profile. See the normalized Gaussian and Lorentzian Raman peak profiles in Figure 1. The



**FIGURE 3:** Convolution (green) of two closely spaced Gaussian peaks of different bandwidth with the side peak (fwhm = 2 cm⁻¹) (blue) varying in signal strength: (a) 0.25, (b) 0.50, (c) 0.75, and (d) 1.0, relative to that of the central peak (fwhm = 3 cm⁻¹) (red).



**FIGURE 4:** Convolution (green) of two closely spaced Gaussian peaks with the side peak (blue) fixed at fwhm = 2 cm⁻¹ and the central peak (red) varying in fwhm = (a) 2, (b) 4, (c) 6, and (d) 8 cm⁻¹.

most significant differences between these line shapes appear below the full width at half-maximum (fwhm) of the peak. Here, you see a significant broadening of the edges of the Lorentzian profile compared to those of the Gaussian profile. Above the fwhm, the Gaussian and Lorentzian profiles differ only slightly.

These cases shown in Figure 1 represent the idealized solid and gas phases of matter and their correlation to line shape. As you may expect, the liquid phase falls between the solid and gas phase limits. Consequently, the line shape of even an idealized

liquid is best described by a percent contribution of Gaussian and Lorentzian character. Ultimately, all materials deviate from these idealized cases, and so that is why peak fitting often involves a percent contribution of Gaussian and Lorentzian character to produce the best fit to the observed peak.

A demonstration of different contributions of Gaussian and Lorentzian character to a single peak shape is shown in Figure 2. An 80% Gaussian and 20% Lorentzian contribution to a single composite peak in Figure 2a yields a peak that looks primar-

ily Gaussian in the center with only a slight extension of the peak edges below the fwhm of the peak. This is as one might expect from the low 20% Lorentzian contribution. Inverting these contributions to 20% Gaussian and 80% Lorentzian as shown in Figure 2b produces a slightly narrower composite peak above the fwhm. Also, the composite peak edges now extend beyond ± 2 cm⁻¹ from the peak center such that the Lorentzian contribution and composite peak edges below the fwhm are nearly identical. Careful examination of Figures 1 and 2 should help you to understand the importance of incorporating the right mix of Gaussian and Lorentzian spectral line profiles in order to achieve the best peak fit to your acquired spectrum. Furthermore, the peak shapes and the percent Gaussian and Lorentzian contributions to the best fit provide information about excited state amplitude correlation and coherence lifetimes and molecular interactions involving specific vibrational modes.

## Convolution of Two Closely Spaced Peaks

Now that we have discussed line shape profiles of single peaks, we can address another important application of peak fitting, which is characterizing closely spaced peaks that are not resolved experimentally. Again, our purpose here is not to teach the craft of peak fitting and use of peak fitting software. Rather, our goal is to help the reader visualize through peak modeling the effect of closely spaced peak convolution to better interpret Raman spectra and judge the reasonableness and underlying chemical and physical meaning of peak fitting results.

We start by considering two closely spaced 100% Gaussian peaks of different bandwidths separated by 2 cm⁻¹, thereby generating a single asymmetric convolved peak. The central peak has a fwhm of 3 cm⁻¹, whereas the side peak to the low wavenumber side has a fwhm of 2 cm⁻¹. We simplify matters by modeling both peaks as 100% Gauss-

ian so that one can readily observe the effect of the variable on the peak convolution. The variable, as seen in Figure 3, is the intensity of the side peak relative to that of the central peak set at 0 cm$^{-1}$. The relative intensities of the side peak are 0.25, 0.50, 0.75, and 1.00. It is important to note that the two peak positions, bandwidths (fwhm), and their separation of 2 cm$^{-1}$ remain fixed. Nevertheless, the changing relative intensity of the side peak produces initially a shift to lower wavenumber of the convolved peak maximum and then the emergence of a second maximum (partially resolved peak) as the relative intensity of the side peak increases.

The important lesson to be learned here is that even though no change in the central and side peak positions has occurred, the change in relative intensities of two closely spaced peaks can give the appearance of peak shift if the two peaks are not spectrally resolved by the spectrometer. Hence, it is important to understand the effects of convolution of closely spaced peaks so as not to misinterpret a change in intensity of one or both contributing peaks as a shift of a single unresolved peak. Czarnecki has written an important paper on the origins of spectral changes caused by frequency shifts or intensity changes, and I encourage the interested reader to consult this publication (4).

It can be observed that the fwhms of the central and side peaks in Figure 3 are not the same. That choice was intentional and made for instructional purposes. If two closely spaced peaks each have a narrow bandwidth, they can be either completely or at least partially resolved. It is the broadening of each or both of the peaks' bandwidth under convolution that leads to the emergence of a single convolved peak with shape and position that are not at all intuitive.

The nonintuitive effect of unresolved closely spaced peaks on convolved peak shape and position be-

comes abundantly clear when in our modeling, we vary the fwhm of the central peak while keeping the ratio of the side to central peak intensities constant at 0.2 and the peak separation fixed at 2 cm$^{-1}$. The effect of varying only the fwhm of the central peak at 2, 4, 6, and 8 cm$^{-1}$ is shown in Figure 4. At equal values of fwhm at 2 cm$^{-1}$, an edge or tail below the fwhm emerges on the low wavenumber side of the convolved peak, whereas above the fwhm the peak appears fairly symmetric. Next, we change the fwhm of the central peak to 4 cm$^{-1}$ without making any changes to the position, intensity, or fwhm of the side peak, as seen in Figure 4b. Now, the low wavenumber edge or tail of the convolved peak has vanished. The convolved peak appears broader, asymmetric, and its peak maximum appears shifted slightly to lower wavenumber. Increasing the fwhm of the central peak to 6 cm$^{-1}$ in Figure 4c leads to a further broadening of the convolved peak with a flat top and a maximum that appears to be shifting to an even lower wavenumber. Finally, setting the fwhm of the central peak at 8 cm$^{-1}$ in Figure 4d broadens the convolved peak further and produces a partially resolved maximum to the low wavenumber side of the central peak. To summarize, progressively increasing the bandwidth of the central peak has led to the emergence and partial resolution of the low wavenumber side peak. If one were only to see the progression of the convolved peak and not its components in Figure 4, the spectroscopist could easily attribute the changes to the intensity increase of the sideband even though that is not the true cause in this case.

The effects on the convolved peak as a result of changing the central peak bandwidth are not at all intuitive, which is why modeling can be so helpful in understanding the effects of peak convolution. My hope is that by learning about peak shape and closely spaced peak convolution, you will be better prepared to assess the

results of peak fitting tools. Those experienced with peak fitting software know that the results are not unique and can depend upon the initial settings of peak shape, position, and bandwidth. Ultimately, you want to be confident that the identified peaks have a reasonable chemical or physical basis when applied to your experimentally obtained Raman spectra.

## Conclusion

To better understand spectral profiles, we briefly explained the physical basis of the so-called spectral line shapes. Furthermore, we discussed and modeled spectral line width and broadening to help the reader see how the percent of Gaussian and Lorentzian components contribute to overall peak shape and how two closely spaced and unresolved peaks of different amplitude or bandwidth can affect maximum position and the overall appearance of the convolved peak. Modeling the superposition of closely spaced peaks has been performed to help the reader visualize the effect of closely spaced peak convolution and so better interpret Raman spectra and judge the reasonableness and underlying chemical and physical meaning of peak fitting results.

## References

(1)  M.S. Bradley and C. Bratu, *J. Chem. Educ.* **74**, 553–555 (1997).
(2)  M.S. Bradley, *Spectroscopy* **30**(11), 42–46 (2015).
(3)  X. Yuan and R.A. Mayanovic, *Appl. Spec.* **71**, 2325–2338 (2017).
(4)  M.A. Czarnecki, *Vib. Spec.* **58**, 193–198 (2012).



**David Tuschel** is a Raman Applications Scientist at Horiba Scientific, in Piscataway, New Jersey, where he works with Fran Adar. David is sharing authorship of this column with Fran. He can be reached at: SpectroscopyEdit@MMHGroup.com ●

EXHIBIT 16

TM007-02-A  White light capture, montaging and Surface generation



**Appendix 1**

<u>Adding objectives to enable their use with Surface</u>

New objectives are added using System configuration (**System configuration, Podule tab.....objectives**). Additional to the new objective name and magnification, the working distance (WD), depth of field (DoF) and diameter (D) values need to be entered.

- WD is a value provided by the objective supplier (mm)
- DoF is the distance the sample can travel before it becomes out of focus (e.g. 10 μm means +/- 5 μm from the optimum focus point)
- D is not the main objective diameter, but is calculated as the lens radius added to the DoF (mm). This ensures gradients of up to 45 degrees can be safely analysed

15

PFZ04170274

Renishaw plc
Spectroscopy Products Division
Old Town, Wotton-under-Edge,
Gloucestershire GL12 7DW
United Kingdom

Tel    +44 (0) 1453 524524
Fax    +44 (0) 1453 523901
Email  raman@renishaw.com

www.renishaw.com

**RENISHAW**
apply innovation™

## TM012 - Data processing and simple analysis                    WiRE™ 4.0

This document aims to show the WiRE™ 4.0 user how to process single spectra and perform
basic analysis. The following methods are discussed:

- Baseline subtraction (processing)
- Arithmetic functions on data (processing)
- Smoothing (processing)
- Zapping (processing)
- Peak Pick (analysis)
- Curve-fitting (analysis)
- Integration (analysis)

**Baseline subtraction**

Samples may exhibit Raman spectra with varying degrees of fluorescence or thermal background.
Providing that there is sufficient Raman signal 'on top' of the sloping background, the baseline may
be subtracted to yield a spectrum with a 'flat' baseline. In some cases, the measurement can be
re-performed with an alternative excitation wavelength to more effectively remove the effects of
fluorescence.

The following methods are available:

- **Intelligent fitting**
  – default intelligent automated option

- **Through fixed points**
  – user controls point positions (XY) and baseline type

- **Through chosen points on each spectrum**
  – user controls X point which the baseline travels through for each spectrum within the
    dataset

- **Through whole spectrum**
  – Automatic fitting with no in-built intelligence

With the spectrum open in a Viewer, select **Processing…Subtract Baseline**.

Intelligent fitting

A new Viewer opens with the spectrum in the top half and the result of the automatically applied
baseline subtraction in the lower half. By default the 'Intelligent fitting' baseline is applied with a
polynomial value of 11. This method is Renishaw patented and enables simple or complex
backgrounds to be removed automatically.

Using a right click and selecting properties brings up the property page:

TM012-02-A  Data processing and simple analysis





Here the polynomial order can be adjusted if a better fit is needed. The context menu also enables exclude regions to be added to the spectrum. Excluded regions do not contribute to the fitting of the baseline.





Intelligent fitting can be applied to single spectra and multifiles (e.g. mapping dataset). The baseline will automatically 'fit' each spectrum within the multifile.


Through fixed points

Selecting 'Through fixed points' as the fitting mode enables the user to manually specify points in XY to determine the baseline shape.

The user can choose between 'polynomial' (and the order) and 'cubic spline' options. Cubic spline is only available if 2 points are added (4 total points). This method can be applied to single spectra or multifiles, but the baseline is fixed and will not 'fit' to different spectra within multifiles.

It is useful to zoom in, by left-clicking and dragging in either window, and adjusting the points added in the top window by moving them with the mouse.



PFZ04170277

TM012-02-A  Data processing and simple analysis



## Through chosen points on each spectrum

Selecting 'Through chosen points on each spectrum' as the fitting mode enables the user to manually add points (vertical lines) to the spectrum which are fixed to the data.

The user can choose between 'polynomial' (and the order) and 'cubic spline' options. Cubic spline is only available if 2 points are added (4 total points).

This method can be applied to single spectra or multifiles. When applying to a multifile, common X positions where no Raman bands are present should be found. The baseline will optimise based on the X position for each spectrum within the dataset.



PFZ04170278

TM012-02-A  Data processing and simple analysis



## Through whole spectrum

Selecting 'Through whole spectrum' automatically fits a defined polynomial order through the entire spectrum.

The context menu enables exclude regions to be added to the spectrum. Excluded regions do not contribute to the fitting of the baseline.

This method can be applied to single spectra or multifiles, and is a less intelligent equivalent to the recommended intelligent fitting option.



## Accepting a correction

When you are satisfied with the correction, either select **Accept** from the context menu or close the window, upon which, there will be a prompt asking if you want to keep the correction.

To save the change to your file use the **File…Save** or **Save as** option from WiRE.

PFZ04170279

TM012-02-A  Data processing and simple analysis



**Arithmetic functions on data**

A variety of mathematical operations can be performed on single data files. For example, you can add files together or subtract one from another. It can be an effective method of subtracting a background spectrum or filter ripple profile.

With a file open, select **Processing…Spectral Arithmetic**. A new viewer will open, split into three separate areas. The upper displays the sample spectrum, the middle will show the 'auxiliary' data, i.e. the data file you would like to add/subtract/multiply by/etc., and the lower region will show the result spectrum. Use the Spectral Arithmetic Properties window to browse for the auxiliary data and to select the arithmetic function.



It can be useful to multiply either the sample file or the auxiliary file by a factor so that the Y axes are comparable. In the example below, 1* the sample file has been used and 2* the background correction file used to remove the baseline. **Accept** the change either from the context menu or by closing the window.



TM012-02-A  Data processing and simple analysis



RENISHAW®
apply innovation™

Image arithmetic

A special case of arithmetic is performing functions on Raman image data, i.e. images created from mapping measurements.

Ratio images can be generated form the 'Map generation' option (see TM014). More complex image arithmetic is performed using the data arithmetic option.

The initial image is loaded into the viewer (data tab of the **Navigator...derived data…..right click….. load dataset**). Under Processing…Data arithmetic,  select auxiliary data (image) by browsing for the mapping measurement wxd file, then selecting the image from the drop down in 'Use derived data'. Use the value boxes to adjust the Data and Auxiliary scaling.

The format (image or surface) and LUTs of each image (initial, auxiliary and result) can be adjusted from the context menu (**View…View mode** and**…LUT control**). Accept or reject the result image.



PFZ04170281



**Smoothing**

It can be useful to smooth data. This operation has the effect of improving the signal to noise ratio but must be used with caution as it degrades the spectral resolution. Smoothing is no substitute for performing a better measurement, i.e. using longer acquisition times or more accumulations. When using SynchroScan, the binning function can be used (again, with caution) to gain a better signal to noise ratio. To perform smoothing, with the file you wish to smooth open, select **Processing…Smooth**. A new window will open with the sample spectrum at the top and the result spectrum below. This data will be smoothed. To increase or change the degree of smoothing, select **Properties** from the context menu to see the **Smooth Properties** window.



The application uses a Savitsky-Golay algorithm. Use the 'Smooth Window' and 'Polynomial Order' functions to change the degree of smoothing. Pressing 'Apply' performs the change and 'OK' completes the operation. You can use the zoom function to see more closely the effect of the smoothing. You will be asked if you want to accept the resulting smoothed spectrum.

**Zap**

Stray bands can be removed from the spectrum using the Zap function. Generally, these will be cosmic ray features or other spurious lines. Ideally, the measurement would be re-performed but you may decide that zapping is acceptable. To remove a band on an open spectrum, select **Processing…Zap**. A new viewer will open with the sample spectrum at the top and the result spectrum below. The upper spectrum has a zap region between two vertical black lines. Grab each vertical bounding line in turn and adjust the position of the zap region so it just encloses the band to remove. Then use the zoom function to isolate the band to zap out. Notice that the result spectrum updates to show the effect of the zap. Additional zap regions can be added from the context menu.

TM012-02-A  Data processing and simple analysis





## Peak Pick

Peak pick is a quick and simple method to label band positions on a spectrum and enable these to be printed out together. To initiate peak picking select Analysis > Peak pick, or click the Peak pick button on the Analysis toolbar.



| Peak no. | Centre | Height | Width | Area | Absolute inten... | Low edge | High edge |
|---|---|---|---|---|---|---|---|
| 1 | 155.638 | 10250.2 | 15.6173 | 1.77017e+006 | 21800.1 | 134.509 | 202.972 |
| 2 | 232.033 | 4266.84 | 13.1133 | 991115 | 15815.0 | 203.797 | 244.215 |
| 3 | 406.69 | 6914.77 | 7.37158 | 901089 | 13758.5 | 386.916 | 436.408 |
| 4 | 505.722 | 9853.63 | 7.19457 | 769548 | 16845 | 479.301 | 527.968 |
| 5 | 560.986 | 6768.61 | 9.40512 | 1.32467e+006 | 13490 | 528.793 | 622.002 |
| 6 | 579.968 | 4724.68 | 18.9718 | 207027 | 9156.73 | 623.652 | 642.624 |
| 7 | 694.777 | 12250.9 | 8.76093 | 672090 | 17786.9 | 667.369 | 716.036 |
| 8 | 734.483 | 7926.38 | 8.80111 | 536554 | 13144.9 | 716.861 | 761.404 |
| 9 | 929.515 | 6242.84 | 9.71824 | 429559 | 10337.8 | 908.228 | 951.947 |

Note that it may be necessary to maximise the window containing the active spectrum in order to see the peak results table window, depending on where it is currently docked.



RENISHAW®
apply innovation™

Peak Pick detects peaks for the active spectrum of the active spectrum viewer *using the current threshold settings* and displays the results.  It also adds a peak results table to the current window, which gives details for the picked peaks, which can include some or all of the following information.

- Centre
- Height
- Width
- Area
- Absolute intensity
- Low edge
- High edge

Peaks are automatically labelled on selection of the Peak pick option from the Analysis menu.



If the peaks are not suitably labelled the following methods can be used to add or remove the labels:

1. Use the Autoset thresholds > Whole spectrum option.  This sets thresholds so that a limited number of the best-defined peaks will be found, and then performs peak picking.  The maximum number of peaks can be set on the Automatic Thresholding tab.

2. Use Autoset thresholds > Single peak option.  Zoom-in on a single peak (including some baseline either side of the peak) and then select this option. This function sets thresholds to locate all peaks in the spectrum that are as well defined (or better defined) than the displayed peak.  Peak picking is then performed.

TM012-02-A  Data processing and simple analysis



3. Manual peak addition is performed by using a double left mouse click close to the peak to be labelled. The software will locate the closest peak with 3 falling point either side of the maximum and label this peak. Complete manual control can be achieved by reducing the number of falling points to 1.

   To reduce this value to 1, right click on the peak pick table and select properties. In the find peak tab reduce the number of falling points option to 1 and select OK. A double click on the spectrum will now add a peak label exactly where mouse cursor is located.

4. Manual peak removal is performed by right clicking on the relevant peak label in the peak pick table and selecting remove peak label

The peak result table may be copied to the Windows clipboard by selecting the Copy results option from its context menu (shown by right-clicking it).  From here it may be pasted into e.g. spreadsheet or word-processing programs.

**Curve-fitting**

Curve-fitting calculates highly accurate values for simple, single bands but also for complex band systems where there may be two, three or more bands that overlap. Curve-fitting can produce a .wxc file that can be saved and applied later to a spectrum or set of mapped data.

To fit a curve to a band or series of bands, select **Analysis…Curve fit** to open the Curve fit window, zoom in to a region that contains the band and some baseline data either side. A baseline may be added automatically between the end points of the spectrum. This can be used, or removed via the context menu. Use the mouse to position the approximate centre of the band. Click to add the band and repeat for the centres of other bands if part of a system of bands. You may need to use the context menu and select 'Add Curves' if the curve symbol does not appear with the cursor. Pressing 'Remove curve' from the context menu will remove the last node you added.



TM012-02-A  Data processing and simple analysis



Select 'Start Fit' from the context menu to fit the added curves to the data. The algorithm will perform many iterations until the best fit has been achieved.

You can save the curve fit file as a *.wxc from the context menu (**Curve parameters….Save curves**). To reapply this saved curve 'template', perhaps to a similar sample, start the curve fit application and use the context menu (**Curve parameters…Load curves**) and then 'Start fit'.

You can modify or make changes to the curve fit using the Curve Fit Properties window from the context menu **Properties**. This provides greater control over the fitting process instead of the automatic parameters that are usually used. For example, you can choose to fix a band centre instead of letting it 'float' during the curve fit, or apply limits to parameters. This can be useful for complex band shapes. Curves can also be named, different types of baseline can be used or the curve type can be defined. Use the 'Curve Fit', 'Curves' and 'Baseline' tabs to adjust the curve fit.



The context menu allows the truncation of the fitted region on zooming (Fit viewed region). It is generally beneficial to have this ticked. If this is not active then the baseline form and height will be somewhat dependent upon other bands that are present throughout the whole spectral range. It may be necessary to re-apply the baseline on zooming, as its original position will be persisted.

A curve-fitting procedure produces a table of data; the columns are selected from the context menu of the table (**Show/hide columns**). The table lists the various parameters for each of the curves. The data in the table can be copied and pasted into a spreadsheet package, for example (context menu, **Copy results**).





The fitted curves, baseline and result curve (sum of the fitted curves and baseline, if used) can all be saved and reloaded as 'spectra'. Once the curve fit has completed, select **Save curve data** from the context menu and save to a location. This saves a multifile that can be opened like a spectrum in WiRE 3. Use the Data tab in the Navigator and expand the branches to show the Collected data. Highlight each 'acquisition' and right click to show 'Load dataset'. To save the curves, result, or baseline as a separate 'spectrum' or trace, highlight the trace in the View tab of the navigator and select 'Save spectrum as' from the context menu.

**Integration**

The integration option provides a method where the total area under the spectrum can be determined.

The left and right vertical bars determine the region which is being analysed within the spectrum. The properties are selected by using a right click on the spectrum. These enable the exact start and end position to be defined and the type of integration (Trapezoid or cubic spline) to be selected.



TM012-02-A  Data processing and simple analysis



Trapezoid calculates the area between adjacent points using a trapezium drawn between the points and the x-axis.

Cubic spline approximates the spectrum with local cubic polynomial models and uses integration to get an estimate for the area between adjacent points.

In each case the result is the sum of areas across all pairs of points in the region

PFZ04170288

TM26-02-A  Frequently asked questions (FAQ)



## TM26 - Frequently asked questions (FAQ)                    WiRE™ 4

**Introduction**

This module offers a list of common questions and problems; offering possible solutions to them without having to delve into the manual or contact Renishaw for technical support.

**Q1. Help! It's not working!**

Whether new or experienced to their operation, the cure is nearly always very simple. Below are summarised a few of the common reasons why you may not be getting a spectrum.
If you are having trouble making the instrument or laser operate, check all of the following to ensure that the instrument and all accessories are powered up correctly.

- With the WiRE software closed, check that the instrument and accessories are plugged in and switched on.

- Ensure that the laser (and if necessary its power supply) is plugged in and switched on. Since there are many different types of laser, refer to its individual manual if you require further help with this.

- Check that the door of the instrument is securely closed and locked and that the interlock is operational.

- Check that the Class 1 enclosure door (if present) is securely closed.

- Start WiRE.

If all these operations have been checked, you are ready to capture your spectrum. With your sample under the microscope, and the WiRE™ software loaded and ready, check the following if you are still not getting a spectrum.

- Use a standard sample such as a silicon wafer. This is strong and sharp with the 1st order band located at 520 cm$^{-1}$.

- Ensure that your sample is loaded correctly under the microscope, that it is sharply in focus and that you are looking at the correct portion of the sample. It is often worth trying a different region within the sample because of the possibility of impurities giving unexpected results.

- Check all the settings in the measurement setup dialogue. If you have cosmic ray removal engaged, remember that this takes two additional, undisplayed spectra; this process may take some time depending on the scan time chosen so don't be concerned with the delay in spectral display.

- Check the laser spot is on the crosshair of the video. If not use the manual adjust for the bottom left beamsteer (Tools….Manual beamsteer) or perform a Laser autoalign.

- Check the correct lens set is within the instrument. The lens set is clearly labelled and the user is prompted on configuration change, where a change is necessary.

- Perform a CCD area auto align (inserting a silicon sample under the microscope for non-Reflex systems).

- Perform a slit auto align (search and optimise).

TM26-02-A  Frequently asked questions (FAQ)



Now that this has helped you get a signal from your sample, you may find it is particularly noisy, if this is the case, try the suggestions below on how to improve signal-to-noise ratio and signal-to-background ratio.

### Q2. Why do I keep getting random, sharp peaks in my spectra?

These are the result of cosmic rays. High-energy particles, passing through the CCD detector resulting in the generation of electrons which are, in turn, interpreted as signal by the camera. They are completely random in their time of occurrence and the position where they strike. Cosmic rays are very intense, resembling emission lines, and possessing a very small FWHM (< 1.5). To confirm the presence of a cosmic ray, immediately re-capture the data and you will notice a distinct absence of that feature. If however the line still exists, it is most likely a result of spectral contamination from room lights, etc. For further information, see 'I keep getting repeatable, sharp peaks in my spectra ...'

Cosmic rays become increasingly common with increasing exposure time. For long scans, where the presence of cosmic rays must be avoided, consider using the cosmic ray removal feature. This is an option in the experiment set-up window, when activated the spectrum is collected in triplicate (equivalent to 3 accumulations). The software uses the median value at each wavenumber value to ensure no cosmic ray features are seen.

### Q3. I keep getting repeatable, sharp peaks in my spectra. What are they?

If you have repeated the scan and the spurious lines are still present in **exactly** the same place, the possibility of them being cosmic rays has been ruled out. Such sharp repeatable lines are usually due to emissions from fluorescent room lights or phosphorous in CRT monitors (figure 6.1). Using long working-distance objectives worsens the problem.




Fig. 1. Fluorescent room lights (left), monitor phosphorus lines (right)

Fluorescent lights result in spectral contamination from mercury emission lines; simply turn off all fluorescent lighting in the room and work under the minimum incandescent light. The room should be as dark as practicable. Similarly, a thorough effort must be made to exclude sunlight from the room since spectral aberrations will results from the numerous emission lines of 'white' light.

Phosphorous lines are often present due to the phosphour coating in all CRT monitors; if such lines are a problem, turn the monitor off or reduce the contrast until the screen is darker. It is important to remember that emission lines are always present at the same position on an absolute wavenumber scale and will therefore be seen to move on a scale of Raman shift when using different laser wavelength. These lines are more prominent when using collection optics of longer working distance.

PFZ04170290

TM26-02-A  Frequently asked questions (FAQ)



**Q4. Why do some of my spectra give such an intense background signal that masks the Raman information?**

A high background in a Raman spectrum is the result of sample fluorescence (or phosphorescence); an intrinsic property of the material of the sample. Unfortunately, this is an unavoidable consequence of laser irradiation and in many cases the fluorescence is stronger than the Raman signal. Despite fluorescence being an unavoidable side effect, steps can be taken to minimise or irradicate the problem.

- **Change laser wavelength:** the approach that will have a most significant effect for highly fluorescent samples. In general, fluorescence is worse with visible lasers, and moving to a laser in the UV or NIR is likely to cure or reduce the problem. Renishaw manufacture and can supply a wide-range of lasers from UV through to NIR.

- **Quenching:** possible with some samples. By leaving laser light incident on the sample for a period of time before acquiring a Raman spectrum, it is sometimes possible to quench (reduce) the fluorescent background, enhancing the Raman features. The period of time required is sample dependent but normally some effect is observed in seconds to minutes. It is worth noting however, that quenching is exponential and therefore the greatest effect will be seen initially. Cycle the spectrum to see this affect occur with a live update.

- **Confocal mode:** by acquiring data from the small sample volume that is strongly irradiated by the laser, the fluorescence may be greatly reduced. This approach may also be beneficial where the sample being investigated is contained within a substrate that is strongly fluorescent, for example, a sample confined within a fluorescent matrix.

If there is too much ambient light in the room, either fluorescent or incandescent, it is possible this may cause unnecessary background signal in your spectra. It is best to work with lighting at a minimum, however, if this is not possible, for example, if the instrument room is used by other people, consider the use of a Renishaw enclosure. This prevents stray light from entering the instrument and further minimises exposure to the laser beam. The enclosure is available in either Class I, or Class 3b, laser safety forms.


**Q5. Why is my signal so weak and / or why do I get such a poor signal-to-noise ratio?**

If the signal is weak, first check that the sample is correctly placed under the microscope and sharply in focus; you could also try moving to a different sample point. Check that the instrument is set up for Regular mode and check the laser power setting; if the power is less than 100%, try increasing it to improve the signal. If the spectrum is very noisy, this may be improved by increasing the scan time or number of accumulations.

- Increasing the scan time allows the CCD to acquire more Raman signal, enhancing the features over the extraneous noise. This method is ideal if both the background and Raman signal are low, however, if either of these is intense, then increasing the scan time increases the chance of saturating the CCD.

- Accumulating the data takes a number of identical scans and co-adds them together, enhancing weak Raman features from the random background noise and improving the signal-to-noise ratio.

Careful adjustment of these two parameters allows the maximum possible exposure without saturation and will improve the signal-to-noise ratio. It is worth bearing in mind that the signal-to-noise ratio is proportional to the square root of the number of accumulations; 4 accumulations provides a two-fold improvement in the signal-to-noise ratio.

PFZ04170291

TM26-02-A  Frequently asked questions (FAQ)



Another factor as important as the signal-to-noise ratio is the signal-to-background ratio; these two ratios are intimately linked. If the background component is high, it will mask the Raman signal and contribute noise to the system. See also **'Why do some of my spectra give such an intense background signal which masks the Raman information?'** for further details.

**Q6. How can I stop my sample from being damaged by the laser?**

The laser spot incident on the sample has a high power density. This is especially true of UV systems and those with high laser powers. Unfortunately, some samples are susceptible to thermal or photo degradation. The resulting spectrum will contain features caused by modification, not natively present in the sample (for example, broad amorphous carbon bands around 1500 cm$^{-1}$). Often, viewing the white light image before and after acquisition will indicate a clearly altered region of sample (Figure 2) where the laser was incident.



Figure 2. Laser induced sample damage

To prevent damage, it is prudent to start initial analysis with low laser powers, especially when using NIR and UV systems, from here, the power can be increased, balancing sample damage prevention with the needs for a strong signal.

If reducing the laser power to very low levels (<1%) still results in sample damage, use of a **line focus** accessory may help. The line focus reduces the laser power density by spreading the laser power out over a greater area. This increases the number of Raman scatterers and the resulting Raman signal is therefore significantly higher than conventional methods.

Conventional methods include:
- Using a lower magnification objective to reduce the power density at the sample (this produces a larger spot size but also produces less Raman singal as the numerical aperture is significantly lower)
- Defocusing the laser spot using the beam expander.

Line focus is a superior option for faster data collection as it not only reduces the power density, but also optimises the throughput in the spectrometer (unlike the beam expander spot defocus method).

TM26-02-A Frequently asked questions (FAQ)



### Q7. I can't fit my sample on the stage because its a liquid / powder / very large! What can I do?

While Renishaw Raman instruments provide an excellent way of analysing samples with very little preparation, some samples can't simply be placed on a microscope slide. It is possible to place samples with heights of up to 50 mm directly onto the stage. **Renishaw's macro-sampling kit** provides an excellent way of dealing with problem samples such as powders, liquid or samples which are large and can't be easily placed on the stage while still requiring no sample preparation.

Large samples which maynot fit under the microscope can be analysed using a **flexible sampling arm**. This enables Raman analysis external to the microscope and enclosure. As the arm is direct coupled it has all the resolution and throughput benefits of the inVia – unlike a fibre probe coupling.

**Fibre probes** are available and are ideal for distant Raman analysis, and integration within other instruments.

### Q8. How can I stop my sample from moving around on the microscope stage?

It is important that samples can be constrained so they do not move during analysis. This is even more important when using Raman mapping methods. Flat samples such as polymer films need to be held flat so the laser focus does not change during analysis or depth profiling. Other samples need to be held in XY so they do not slide or shift during fast mapping experiments. The **high speed encoded stage accessory kit** (HSES) enables samples of all types to be firmly held in place to prevent experiments having to be repeated.

### Q8. I'd like do be able to examine my samples under different pressures, is there a way I can do this?

The diamond anvil cell, available from Renishaw, enables you to analyse your samples under high pressure.

### Q9. I want to be able to perform polarisation measurements. Is this possible?

A polariser and half-wave plate set for each wavelength may be purchased from Renishaw. These enable you to examine the molecular symmetry of your sample and assist in assigning bands to vibrations within the molecule. Motorised laser polarisation control is also available.

### Q10. I've noticed that placing my sample in different orientations gives a different spectrum. Why is this?

This is caused by the laser being incident on different crystal planes within the sample. Using a quarter-wave plate can help to remove these orientation effects by scrambling (circularly polarising) the Raman/laser light. This method is often of use to confirm relative intensity Raman information is not sample orientation induced (e.g. for highly ordered systems such as polymers or single crystals).

PFZ04170293

EXHIBIT 17

Chem. Mater. 2007, 19, 3681−3685          3681

Downloaded via UNIV OF MICHIGAN ANN ARBOR on January 27, 2026 at 19:18:18 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

# Raman Spectroscopic Investigation of CH4 and N2 Adsorption in Metal−Organic Frameworks

Diana Y. Siberio-Pérez, Antek G. Wong-Foy, Omar M. Yaghi,[†] and Adam J. Matzger*

*Department of Chemistry and the Macromolecular Science and Engineering Program, The University of Michigan, 930 North University Avenue, Ann Arbor, Michigan 48109-1055*

*Received February 27, 2007. Revised Manuscript Received April 18, 2007*

The adsorption behavior of $CH_4$ and $N_2$ (298 K, 30 bar) in a series of isoreticular metal−organic frameworks (IRMOFs) was investigated by Raman spectroscopy. For $CH_4$, the $\nu_1$ vibrational mode shifted to lower frequency by 7.6, 8.4, 11.0, 10.3, and 10.1 $cm^{-1}$ from 2917 $cm^{-1}$ when adsorbed to IRMOF-1, -6, -8, -11, and -18, respectively. Along this same series, the adsorbed $N_2$ stretch exhibited smaller shifts of 2.7, 3.1, 4.2, 4.1, and 3.7 $cm^{-1}$. These shifts arise because of interactions within the framework pores, and not with the outer crystal surface. In all cases, Raman spectra at pressures up to 30 bar showed that saturation of the sorption sites does not occur. The observed shifts of the vibrational modes for each gas indicate different chemical environments within different IRMOFs, pointing to the important role the linkers play in the adsorption of gases.

## 1. Introduction

Metal−organic frameworks (MOFs) are extended crystalline porous structures with extraordinary surface areas that enable unprecedented adsorption phenomena.[1−3] A MOF consists of a metal ion or metal cluster linked together by organic units to give a well-defined periodic structure.[4,5] By systematically varying the organic linker, we can synthesize a series of MOFs with controlled chemical and physical properties without altering the underlying topology. Such a series has been created on the basis of the cubic topology of MOF-5, wherein a $Zn_4O$ cluster is used in conjunction with the linear organic linker benzene-1,4-dicarboxylate,[1] giving rise to isoreticular metal−organic frameworks (IRMOFs). As the parent structure, MOF-5 is designated as IRMOF-1.[2]

The high surface areas and tunable porosities exhibited by IRMOFs make them attractive for adsorption processes. The application of IRMOFs as media for gas storage has become especially appealing because of the possibility of these serving as hosts to alternative fuels such as $CH_4$ or $H_2$. The difference in adsorption affinities of IRMOFs for these and other gases has been reported.[2,6] Given the emerging applications of IRMOFs as gas storage materials,

it is important to develop an understanding of the adsorbate/adsorbent behavior in the pores, an area that remains largely unexplored in MOFs. Within each framework, there are two distinct sites where gas molecules may adsorb: the metal cluster and the organic linker. A series of low temperature and pressure inelastic neutron scattering (INS)[7,8] and X-ray diffraction[9] experiments have implicated the metal cluster as primary binding sites. Computational studies[10,11] have corroborated these observations and led to the prevailing belief that adsorption to the linkers is a minor contributor to gas uptake. Here, we investigate this hypothesis with Raman spectroscopy at room temperature and elevated pressure to determine if this behavior holds under conditions more relevant to storage applications. This analysis method is a powerful technique for probing the adsorbate/adsorbent interactions offering facile detection of perturbations to the vibrational modes of the gaseous guest created by interactions with the framework.[12] In the present paper, we investigate the Raman spectra of $CH_4$ and $N_2$ adsorbed in samples of IRMOF-1, -6, -8, -11, and -18 (Figure 1). This series, which is built from a common metal cluster motif, offers a range

* To whom correspondence should be addressed. Phone: 734-615-6627. Fax: 734-615-8553. E-mail: matzger@umich.edu.
† Current address: Department of Chemistry and Biochemistry, California NanoSystems Institute and Center for Reticular Materials Research, University of California, Los Angeles, CA 90024.

(1) Li, H.; Eddaoudi, M.; O'Keeffe, M.; Yaghi, O. M. *Nature* 1999, *402*, 276−279.
(2) Eddaoudi, M.; Kim, J.; Rosi, N.; Vodak, D.; Wachter, J.; O'Keefe, M.; Yaghi, O. M. *Science* 2002, *295*, 469−472.
(3) Chae, H. K.; Siberio-Pérez, D. Y.; Kim, J.; Go, Y.; Eddaoudi, M.; Matzger, A. J.; O'Keeffe, M.; Yaghi, O. M. *Nature* 2004, *427*, 523−527.
(4) Rosi, N. L.; Eddaoudi, M.; Kim, J.; O'Keeffe, M.; Yaghi, O. M. *CrystEngComm* 2002, 401−404.
(5) Rowsell, J. L. C.; Yaghi, O. M. *Microporous Mesoporous Mater.* 2004, *73*, 3−14.
(6) Rowsell, J. L. C.; Millward, A. R.; Park, K. S.; Yaghi, O. M. *J. Am. Chem. Soc.* 2004, *126*, 5666−5667.
(7) Rosi, N. L.; Eckert, J.; Eddaoudi, M.; Vodak, D. T.; Kim, J.; O'Keeffe, M.; Yaghi, O. M. *Science* 2003, *300*, 1127−1129.
(8) Rowsell, J. L. C.; Eckert, J.; Yaghi, O. M. *J. Am. Chem. Soc.* 2005, *127*, 14904−14910.
(9) Rowsell, J. L. C.; Spencer, E. C.; Eckert, J.; Howard, J. A. K.; Yaghi, O. M. *Science* 2005, *309*, 1350−1354.
(10) Yildirim, T.; Hartman, M. R. *Phys. Rev. Lett.* 2005, 95.
(11) Dailly, A.; Vajo, J. J.; Ahn, C. C. *J. Phys. Chem. B* 2006, *110*, 1099−1101.
(12) The utility of this approach for studying porous materials including zeolites and carbon nanotubes has been demonstrated: (a) Smudde, G. H.; Slager, T. L.; Coe, C. G.; MacDougall, J. E.; Weigel, S. J. *Appl. Spectrosc.* 1995, *49*, 1747−1755. (b) Mellot, C. F.; Davidson, A. M.; Eckert, J.; Cheetham, A. K. *J. Phys. Chem. B* 1998, *102*, 2530−2535. (c) Huang, Y. N.; Havenga, E. A. *Langmuir* 1999, *15*, 6605−6608. (d) Kortus, J.; Irmer, G.; Monecke, J.; Pederson, M. R. *Modell. Simul. Mater. Sci. Eng.* 2000, *8*, 403−411. (e) Huang, Y. N.; Leech, J. H.; Havenga, E. A.; Poissant, R. R. *Microporous Mesoporous Mater.* 2001, *48*, 95−102. (f) Williams, K. A.; Pradhan, B. K.; Eklund, P. C.; Kostov, M. K.; Cole, M. W. *Phys. Rev. Lett.* 2002, 88.

10.1021/cm070542g CCC: $37.00   © 2007 American Chemical Society
Published on Web 06/27/2007

IRMOF-1

terephthalic acid

IRMOF-6

benzocyclobutene-
3,6-dicarboxylic acid

IRMOF-8

2,6-naphthalic acid

IRMOF-11

4,5,9,10-tetrahydropyrene-2,7-dicarboxylic acid

IRMOF-18

2,3,5,6-tetramethyl terephthalic acid

**Figure 1.** Dicarboxylic acid forms of the linkers used for the synthesis of IRMOF-1, -6, -8, -11, and -18.

of pore sizes, surface areas, and chemical environments across which to compare the binding of gases to determine if the linker contributes substantially to gas sorption behavior. IRMOF-1, -6, and -18 are similar in the dimensions of the pores, but differ in the nature of functional groups adorning the interior: hydrogen atoms on the benzene ring in IRMOF-1, methyl groups for IRMOF-18, and a cyclobutenyl group for IRMOF-6. The influence of expanded pore size is investigated with the remaining two IRMOFs, which relate to IRMOF-1 by substitution of the benzene ring with naphthalene (IRMOF-8) or 4,5,9,10-tetrahydropyrene (IR-MOF-11).

## 2. Experimental Section

IRMOF-1, -6, -8, -11, and -18 were synthesized as detailed earlier.[2,6] Microcrystalline samples were placed in a high-pressure Raman cell (HPRC) containing a chamber capable of simultaneously holding multiple samples. The HPRC was evacuated to $<1 \times 10^{-6}$ bar prior to charging with a fixed pressure (typically 30 bar) of the gas to be investigated and the internal pressure was monitored during the experiment with a liquid-filled gauge. Raman spectra were collected at room temperature through a glass window located above the chamber platform.

A Renishaw inVia Raman microscopy system equipped with a 785 nm diode laser and a 1200 lines/mm grating was used for spectrum collection through an Olympus SLMPlan 20× objective (0.35 numerical aperture). The slit width of the collection aperture was kept at 50 $\mu$m. All spectra were obtained in extended scan mode in the range of 3200−100 cm$^{-1}$ for analysis of framework bands, 3050−2750 cm$^{-1}$ for analysis of the $\nu_1$ band of CH$_4$, and 2500−2200 cm$^{-1}$ for monitoring the N$_2$ stretch. Calibration of the laser was performed in static scan mode using a silicon standard.

For assignment of peak positions, spectra were obtained for four samples of each IRMOF, all under the same conditions, and analyzed with the Peak Fitting feature in ACD/SpecManager version 8.11 (ACD/Labs). The peak shape was determined by a Gaussian−Lorentzian function, with width limits in the range 10−20 cm$^{-1}$, depending on peak broadness. Each spectrum exhibited two peaks, one belonging to the free gas ($\nu_{free}$) and the second arising because of adsorbed gas ($\nu_{adsorbed}$) (Figure 2). The difference in frequency between these two peaks, given by $\Delta\nu = \nu_{free} - \nu_{adsorbed}$, was calculated and an average shift was determined for each IRMOF. This shift in frequency was found to be independent of laser power (see the Supporting Information). CH$_4$ (99.999%, Matheson Trigas) and N$_2$ (99.999%, Cryogenic Gases) were used without additional purification.

Adsorption isotherms were measured via the static volumetric method in an HPA-100 (high-pressure analyzer) from the VTI



**Figure 2.** Raman spectrum of CH$_4$ (298 K, 30 bar) adsorbed in IRMOF-1.

Corporation (www.vticorp.com) at 298 K and pressures up to 90 bar. The dosing manifold was isolated from the sample cell and maintained at 318 K, whereas the sample cell temperature was maintained at 298 K via a recirculating bath. Prior to sorption measurements, IRMOF-1 was activated as previously described,[6] charged into the sample cell, and then evacuated to $<1 \times 10^{-9}$ bar. The void volume of the cell was determined by expansion of a known amount of He gas from the dosing manifold into the sample cell. Accurate gas-phase compressibility factors ($Z_{He}$, $Z_{N_2}$) are required to calculate the correct number of moles of gas since $Z(p,T)$ is a function of temperature and pressure. Incorporated into the HPA software are the equations of state from the NIST reference fluid thermodynamic and transport properties (REFPROP version 7.0), which allow the determination of the compression factors of the gas both in the dosing manifold and in the sample cell. A N$_2$ isotherm was then constructed from adsorption data collected from 0 to 90 bar and from desorption data from 80 to 4 bar.

## 3. Results and Discussion

Globally, IRMOFs have two very chemically different sites: namely, the zinc oxide unit and the organic linker. For IRMOF-1, inelastic neutron scattering (INS) at 10 K has shown that H$_2$ adsorbs to both sites, with the zinc cluster site being preferred at lower partial pressures.[7] Similar behavior was demonstrated for both IRMOF-8 and −11.[8] Single-crystal X-ray diffraction studies performed at 30 K for N$_2$ and Ar in IRMOF-1 have also proven that adsorption takes place at both sites.[9] However, for CH$_4$, the preferred sorption sites have not been determined. Raman spectroscopy provides a viable way to investigate adsorption interactions by analyzing the vibrational modes of both the gas and the adsorbent. Furthermore, if connections between spectroscopic

*CH₄ and N₂ Adsorption in Metal−Organic Frameworks* **PageID #: 3439**                 *Chem. Mater., Vol. 19, No. 15, 2007*  3683

features and gas sorption strength or capacity can be drawn, Raman spectroscopy has the potential for being an effective analytical method for nondestructively screening new MOFs on the microscale.

$CH_4$ has four fundamental vibrational modes in the gaseous state, two of which are Raman active: (1) the C−H symmetrical stretching mode $\nu_1$ at 2917 cm$^{-1}$, and (2) the out-of-plane degenerate deformation $\nu_2$ at 1526 cm$^{-1}$. The $N_2$ stretch can be found at 2330 cm$^{-1}$. Upon adsorption, the intermolecular interactions between adsorbent and gas alter the intramolecular potential of the gas molecules, causing displacements of the vibrational modes.[13,14] These shifts may occur either to higher frequency (upshift: negative $\Delta\nu$) or to lower frequency (downshift: positive $\Delta\nu$). A positive $\Delta\nu$ is indicative of bond strength weakening within the gas molecule.[15,16] A number of studies have established that $CH_4$ and $CO_2$ adsorption in NaA, CaA, and NaX zeolites,[13,17] $CH_4$ in ion-exchanged ZSM zeolites,[18] and *p*-xylene in ZSM-5[16] all produce positive $\Delta\nu$'s.

The adsorption behavior of $CH_4$ and $N_2$ in IRMOFs was investigated by monitoring the vibrational modes of the gases. When $CH_4$ is in the pores of IRMOF-1, the high intensity $\nu_1$ vibrational mode is perturbed to lower frequency by 7.6 cm$^{-1}$ (Figure 2). Comparison of the two bands reveals that the adsorbed gas peak is broader than the free gas peak, suggestive of multiple sorption sites participating in gas binding.[19,20] Adsorption of $N_2$ in IRMOF-1 revealed smaller shifts in the stretching frequency of the gas ($\Delta\nu = 2.7$ cm$^{-1}$) than were observed for $CH_4$. Previous work with zeolites has also revealed smaller shift magnitudes for $N_2$.[13]

The possibility that the observed shift is due to interactions between the gas and the IRMOF-1 crystal surface, as has been implicated in IR spectroscopic studies of $H_2$ adsorbed in this MOF,[21] was ruled out by exposing samples of the dicarboxylic acid form of the linker, as well as crystals of a chemically similar but nonporous zinc compound (Zn$_4$O[O$_2$-CC$_6$H$_5$]$_6$)[22] to 30 bar of $CH_4$ gas. Raman spectroscopy of these samples in the range 3000−2800 cm$^{-1}$ is marked by the singular presence of the free gas. This suggests that the



**Figure 3.** Room-temperature Raman spectra of (a) IRMOF-1, (b) IRMOF-6, (c) IRMOF-8, (d) IRMOF-11, and (e) IRMOF-18.

bands observed for adsorbed $CH_4$ in IRMOF-1 are the result of the interaction between the gas and the inside walls of the frameworks and not with the outer surface of the IRMOF.[23]

The characteristic Raman frequencies of IRMOF-1 were also monitored throughout the addition and removal of gas, to ensure framework integrity as well as to determine the nature of the adsorption process. Addition of the gas did not affect the framework peaks significantly, an indication that physisorption dominates rather than chemisorption. Previous powder X-ray diffraction studies and multiple cycles of adsorption and desorption have unequivocally proven that at low pressures, inclusion and evacuation of guests does not alter the IRMOF scaffolds.[6] At high pressures, integrity of the framework has been verified for $H_2$ in IRMOF-1,[14,24] but little data exist for the more strongly adsorbing $N_2$, or $CH_4$. A reversible adsorption process was confirmed by inspection of the framework Raman spectra (Figure 3), before and after gas exposure, which revealed the absence of both significant shifts and of new peaks.

Raman spectra collected at various pressures for both $CH_4$ and $N_2$ showed that the intensities of the free and adsorbed bands increased with pressure, indicating that saturation of the adsorption sites does not occur below a pressure of 30 bar. This observation was confirmed by high-pressure $N_2$ sorption experiments carried out at 298 K. A typical $N_2$ isotherm is shown in Figure 4 for IRMOF-1. The adsorption branch clearly shows that saturation uptake of $N_2$, which would manifest itself as a plateau in the isotherm, is not achieved even at pressures of 90 bar. The Raman spectra collected at various pressures also demonstrated that the difference in frequency between free and adsorbed gas remains fairly constant as a function of pressure (see the Supporting Information).

For IRMOF-8, the $\nu_1$ vibrational band of $CH_4$ is displaced by 11.0 cm$^{-1}$ in the same direction as in IRMOF-1, followed

(13) Cohen de Lara, E. *Phys. Chem. Chem. Phys.* **1999**, *1*, 501−505.
(14) Centrone, A.; Siberio-Pérez, D. Y.; Millward, A. R.; Yaghi, O. M.; Matzger, A. J.; Zerbi, G. *Chem. Phys. Lett.* **2005**, *411*, 516−519.
(15) Hansen, S. B.; Berg, R. W.; Stenby, E. H. *Appl. Spectrosc.* **2001**, *55*, 745−702.
(16) Huang, Y. N.; Leech, J. H.; Havenga, E. A.; Poissant, R. R. *Microporous Mesoporous Mater.* **2001**, *48*, 95−102.
(17) Cohen de Lara, E.; Delaval, Y. *J. Phys. Chem.* **1974**, *78*, 2180−2181.
(18) Yamazaki, T.; Watanuki, I.; Ozawa, S.; Ogino, Y. *Langmuir* **1988**, *4*, 433−438.
(19) For IRMOF-1, the orientation of the benzene rings results in pores of two sizes, with the hydrogen atoms pointing into the center of the smaller set of pores, whereas the faces of the benzene rings surround the larger pores. This may provide multiple sorption sites (i.e., the edges of the linker in the smaller pores, and the faces of the linker in the larger pores) as suggested by crystallographic studies of Ar adsorbed at 30 K in IRMOF-1. See ref 9.
(20) Buda, C.; Dunietz, B. D. *J. Phys. Chem. B* **2006**, *110*, 10479−10484.
(21) Bordiga, S.; Vitillo, J. G.; Ricchiardi, G.; Regli, L.; Cocina, D.; Zecchina, A.; Arstad, B.; Bjorgen, M.; Hafizovic, J.; Lillerud, K. P. *J. Phys. Chem. B* **2005**, *109*, 18237−18242.
(22) Clegg, W.; Harbron, D. R.; Homan, C. D.; Hunt, P. A.; Little, I. R.; Straughan, B. P. *Inorg. Chim. Acta* **1991**, *186*, 51−60.
(23) Further support for the notion that binding to the internal surface of the MOF rather than the outside of the crystals comes from estimating the relative surface area ratio for crystals of the average size used in the experiments. A 150 μm cubic particle would have an external surface area of 1.35 × 10$^5$ μm$^2$ and an internal surface area of 66 900 × 10$^5$ μm$^2$.
(24) Wong-Foy, A. G.; Matzger, A. J.; Yaghi, O. M. *J. Am. Chem. Soc.* **2006**, *128*, 3494−3495.



**Figure 4.** High-pressure gas adsorption isotherm for $N_2$ in IRMOF-1, measured at 298 K. Filled symbols, adsorption; open symbols, desorption.



**Figure 5.** Normalized room-temperature Raman spectra of $CH_4$ (30 bar) adsorbed in IRMOF-1, -6, -8, -11, and -18.

**Table 1. Raman Frequencies of the Vibrational Transitions of $N_2$ and $CH_4$ Adsorbed on IRMOF-1, -6, -8, -11, and -18 at 30 bar ($\Delta\nu = \nu_{free} - \nu_{adsorbed}$); Peak Positions are Accurate to within 0.1 cm$^{-1}$**

| | $CH_4$ | | $N_2$ | |
|---|---|---|---|---|
| sample/sorbent | $\nu_1$ (cm$^{-1}$) | $\Delta\nu_1$ (cm$^{-1}$) | $\nu$ (cm$^{-1}$) | $\Delta\nu$ (cm$^{-1}$) |
| IRMOF-1 | 2909.9 | 7.6 | 2327.0 | 2.7 |
| IRMOF-6 | 2909.2 | 8.4 | 2326.7 | 3.1 |
| IRMOF-8 | 2906.9 | 11.0 | 2325.8 | 4.2 |
| IRMOF-11 | 2907.5 | 10.3 | 2326.0 | 4.1 |
| IRMOF-18 | 2907.8 | 10.1 | 2326.4 | 3.7 |

by IRMOF-11, -18, and -6, with shifts of 10.3, 10.1, and 8.4 cm$^{-1}$ respectively (Table 1, Figure 5). For each of these compounds, saturation of adsorption sites was not observed below 30 bar, and integrity of the framework was confirmed during adsorption and desorption processes. Inasmuch as the magnitude of frequency shifts are correlated to the energy of interaction,[17,18] it can be concluded that $CH_4$ molecules are able to more strongly bind to IRMOF-8 than for all other samples. This also implies that the $CH_4$-IRMOF-1 interaction is the weakest of all, with IRMOF-11, -18, and -6 having intermediate binding strengths, in descending order. The frequency shift, however, does not imply that the $CH_4$ capacity in the IRMOFs will follow this same trend because binding strength is not related to ultimate capacity.[24]

Recent data suggest that IRMOF-8 may exhibit interpenetration,[25] whereas it is known that IRMOF-11 is doubly interpenetrated.[2] Interpenetration has long been perceived as a hindrance to transport and adsorption of molecules within porous media. However, it is now recognized that interpenetration can be beneficial by providing a higher density of adsorption sites with enhanced affinity, conditions that are ideal for adsorption of small molecules.[26] The Raman spectroscopy data presented here support this notion, as evidenced by the higher shifts experienced by $CH_4$ molecules when adsorbed in both IRMOF-8 and IRMOF-11. In turn, because IRMOF-8 has shorter linkers, and therefore smaller pores, a molecule adsorbing to interpenetrated IRMOF-8 will be more confined than if adsorbing to IRMOF-11. It should then be expected that the looser association experienced by this same molecule in IRMOF-11 will result in less interaction with the framework and smaller shifts to the vibrational modes of the gas. Experimentally, this is borne out.

It has been determined for $H_2$, $D_2$, $N_2$, and Ar that both the metal oxide unit and the organic linker can serve as adsorption sites for gas molecules. Although this has not been determined for $CH_4$, the same type of adsorption behavior might well be expected. In the limiting case of dominant adsorption to the zinc oxide unit, the $CH_4$ would experience the same $\Delta\nu_1$ shift independent of the IRMOF being studied. At room temperature and high pressure, conditions that are relevant to storage systems, adsorption is clearly not dominated by the metal cluster.[27] The disparate shifts observed for a series of IRMOFs, built with the same metal cluster but with chemically different linkers, leads to the conclusion that the $CH_4$ is in dramatically different chemical environments; similar behavior has been observed in a series of ZSM-5 zeolites, where the presence of different counterions allowed for the adsorbed gas to be perturbed uniquely, indicating adsorption of the gas in the vicinity of the cation.[18] Thus, in the IRMOF series, the linkers are important sites of adsorption.

Adsorption of $N_2$ in these same IRMOFs reveals that the perturbations to the $N_2$ stretch are much smaller (Table 1). However, as observed for $CH_4$, IRMOF-8 is still able to more strongly perturb the vibrations of $N_2$, as evidenced by the greater $\Delta\nu$ (4.2 cm$^{-1}$), followed in magnitude by IRMOF-11, -18, -6, and finally IRMOF-1.

## 4. Conclusions

The perturbations in the vibrational modes of $CH_4$ and $N_2$ adsorbed in a series of IRMOFs have been investigated by Raman spectroscopy. The shifts in these frequencies yield information on the type and the strength of the adsorption interaction. Shifts for $CH_4$ ranged between 7 and 11 cm$^{-1}$, with IRMOF-8 inducing the greatest shift. A larger shift

(25) Rowsell, J. L. C. Hydrogen Storage in Metal−Organic Frameworks: An Investigation of Structure−Property Relationships. Ph. D. Dissertation, University of Michigan, Ann Arbor, MI, 2005.

(26) Rowsell, J. L. C.; Yaghi, O. M. *Angew. Chem., Int. Ed.* **2005**, *44*, 4670−4679.

(27) In the case of IRMOF-18, the orthogonal orientation of the pendant methyl groups with respect to the carboxylates hinders adsorption to the Zn$_4$O clusters. See ref 6.

indicates that the interaction between $CH_4$ and IRMOF-8 is greater than for the other IRMOFs. For $N_2$, the shifts were smaller, in the range of 3−4 cm$^{-1}$, but, as observed for $CH_4$, IRMOF-8 induced the greatest frequency shift, followed by IRMOF-11, -18, -6, and IRMOF-1. The shifts in vibrational modes for both gases are a clear indication of the gas molecules adsorbing to the IRMOF linkers inside the framework cavities under conditions of temperature and pressure that are most relevant to a storage system. These results point to the critical role that the linkers play in the adsorption behavior of gases in MOFs, thus revealing that selection of the appropriate linker with the highest affinity for gases will provide an optimal storage material.

**Acknowledgment.** This work was supported by the University of Michigan, and the U.S. Department of Energy (DE-FC26-05NT42447). We are grateful to Jesse Rowsell and Jeff Webb for the preparation of MOF samples.

**Supporting Information Available:** Lists of Raman frequencies for the IRMOFs, and Raman spectra of $CH_4$ in the presence of IRMOF-1 as a function of pressure and laser power (PDF). This material is available free of charge via the Internet at http://pubs.acs.org.

CM070542G

EXHIBIT 18

Downloaded via UNIV OF MICHIGAN ANN ARBOR on January 27, 2026 at 19:22:50 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.



ACS MATERIALS LETTERS

LETTER

www.acsmaterialsletters.org

# Competitive Guest Binding in a Metal−Organic Framework with Coordinatively Unsaturated Metals

Hochul Woo and Adam J. Matzger*

Cite This: ACS Materials Lett. 2025, 7, 450−456



Read Online

ACCESS | 📊 Metrics & More | 📖 Article Recommendations | 📑 Supporting Information

**ABSTRACT:** Coordinatively unsaturated sites (CUS) within MOFs are crucial in determining the sorbent selectivity by acting as the strongest binding sites for guest molecules. This study elucidates the thermodynamics of solvent binding to CUS by using Raman spectroscopy while varying solvent ratios to measure their competitive binding. The experimentally obtained solvent relative binding free energies correlate with the theoretical enthalpies computed via density functional theory but are even better predicted by the electrostatic potential minimum of the solvents. The experimental determination of guest binding energies at the metal site provides an approach for predicting behavior in mixed solvent systems and highlights the molecular properties that are required for the activation of CUS-MOFs.



In the field of separations, the tunable design of metal−organic frameworks (MOFs) is on full display. The ability to control pore size and functionality opens the door to rational sorbent engineering in a manner that is impossible with amorphous carbons or metal oxides and in a size regime that is inaccessible with zeolites. Despite the ability to control pore dimensions, it is often bound to structural metals that control sorbent selectivity. Coordinatively unsaturated sites (CUS), available in MOFs where the linkers do not fully satisfy the ligand sphere of the structural metal, typically are the strongest binding sites for guests.[1−3] These sites are versatility utilized in postsynthetic modification,[4−6] catalysis,[7,8] gas adsorption/separation,[9−12] and sensing.[13−15] To access optimal MOF porosity, the synthesis solvents must be replaced with solvents having lower boiling points and surface tension to facilitate their removal during activation.[16−18] After MOF synthesis, solvent exchange is typically conducted either by decanting the supernatant or by filtration. Trying to directly remove synthesis solvent by thermally aided evacuation generally leads to pore collapse.[17,19]

Conventional MOF activation requires heat and a vacuum to remove solvent. Eliminating coordinating solvents in CUS-MOFs can require high enough temperatures that framework decomposition competes with activation. Unconventional activation methods, such as supercritical CO₂ (scCO₂)[20,21] and freeze-drying (benzene and cyclohexane),[22,23] have been

developed to enable the activation of thermally sensitive and delicate MOFs, but these solvents are too weak as ligands to replace CUS-bound solvent and this leads to the incomplete activation. Dimethyl ether (DME) activation was recently reported and enables the complete activation of CUS-MOFs under milder conditions than all existing approaches.[24] For conventional exchange solvents, the rates of coordinated solvent replacement have only recently been elucidated for two classes of CUS-MOFs by in situ characterization of solvent directly bound to the metal sites.[25,26] This process involved strong entropic driving forces for solvent replacement by employing a large excess of solvent. Under these conditions, quite surprisingly, the solvent binding affinity did not dictate the kinetics of exchange in the isostructural M₂(dobdc) series.[26] Here, the operationally more difficult problem of experimentally determining the thermodynamics of solvent binding to the CUS is elucidated for the most commonly encountered CUS-cluster in MOFs: the copper paddlewheel.

Received: November 1, 2024
Revised: December 14, 2024
Accepted: December 16, 2024
Published: January 3, 2025



https://doi.org/10.1021/acsmaterialslett.4c02250
ACS Materials Lett. 2025, 7, 450−456

ACS Materials Letters www.acsmaterialsletters.org Letter



**Figure 1.** Deconvoluted Raman spectra using Gaussian functions to extract multiple Cu−Cu stretching frequencies of HKUST-1 resolvated in DMF-EtOH solution mixtures with volume ratios of (a) 10:90, (b) 12:88, and (c) 20:80. The black lines represent experimental data, while the colored lines show fitting functions. The solid-colored lines are used to report the frequencies.



**Figure 2.** Area ratios of the deconvoluted Cu−Cu stretching frequency of resolvated HKUST-1 across the various volume ratios of EtOH to (a) DMSO, (b) DMF, (c) MeOH, (d) acetone, (e) THF, (f) MeCN, and (g) DCM. The error bars represent the standard deviations of the measured areas.

HKUST-1,[27] constructed with Cu paddlewheels and 1,3,5-benzenetricarboxylate, is significant due to its high porosity, large surface area, and its status as the first reported CUS-MOF (Figure S1). These properties have enabled its use in a variety of applications, such as catalysis[28] and sensing,[29] and it stands out for its excellent methane storage capacity.[30−32] While derivatives of HKUST-1 and other CUS-MOFs have been developed, HKUST-1 remains extensively studied due to its facile synthesis and its structural properties derived from the paddlewheel cluster.[33,34] In this study, the thermodynamics of solvent binding to HKUST-1 was elucidated by monitoring the equilibria of the CUS-bound solvent in mixed solvent systems via Raman spectroscopy. This work complements calorimetric measurements regarding thermodynamic stability of solvent-free MOFs versus solvent-filled MOFs.[35−38] Whereas this latter approach considers the convolution of all solvents (inter-crystalline, pore-filled, and CUS-bound solvents) within a MOF, investigating direct binding to the metal can be accomplished through interrogating the metal−metal stretching frequency of the MOF metal cluster and, in favorable cases, reveals the identity of the coordinated molecule within a mixture. The Cu−Cu stretching frequencies of HKUST-1 often appear as a doublet, with both peaks similarly shifting when the coordinated ligand changes,[39,40] but the more intense

and sharper lower frequency peak is used to characterize the Cu−Cu stretch shift.[25,41,42] To determine the characteristic frequency associated with each solvent-coordinated structure, Raman spectra of HKUST-1 were collected by first activating HKUST-1 followed by resolvation in solvents (Figures S2−S3): dimethyl sulfoxide (DMSO), N,N-dimethylformamide (DMF), ethanol (EtOH), methanol (MeOH), acetone, tetrahydrofuran (THF), acetonitrile (MeCN), and dichloromethane (DCM). Figures S4−S5 and Table S1 show that Cu−Cu Raman stretch of the HKUST-1 is around 180 cm$^{-1}$ when DMF, DMSO, MeOH, acetone, or THF bind to the MOF. For MeCN, the Raman shift is 184 cm$^{-1}$, whereas for EtOH and DCM, the shifts are 189 and 214 cm$^{-1}$, respectively. Given the distinct peak position observed when EtOH coordinates to the metal cluster compared to other solvents, HKUST-1 crystals were first resolved in EtOH and then soaked in varying ratios of mixed solvents for 1 week (Figure S6). A few crystals were immersed in large volumes of a solution to minimize diluting effects of the solvent coming from the MOF itself. The CUS-bound solvent exchange of HKUST-1 takes approximately 2 h to replace with an exchange solvent;[25] thus, this extended soaking period is sufficient to form the thermodynamically favored solvent-coordinated structures.

 https://doi.org/10.1021/acsmaterialslett.4c02250
ACS Materials Lett. 2025, 7, 450−456

Raman spectra of HKUST-1 measured in mixed solvents display a Cu−Cu stretch consistent with a continuum of overlapping transitions arising from different solvents coordinating to the CUS (Figure S7). Thus, Raman spectra were deconvoluted by fitting Gaussian functions, and the area ratios corresponding to each solvent bound to the MOF were quantified. Figure 1 shows the Raman spectra of HKUST-1 soaked in the DMF-EtOH solution mixtures, with the Cu−Cu stretches deconvoluted to distinguish between DMF- and EtOH-coordinated clusters. The deconvoluted spectra demonstrate that the EtOH coordination predominates at a 90:10 volume ratio of EtOH to DMF, whereas the DMF-coordinated structure is more prominent at an 80:20 volume ratio of EtOH to DMF. At a volume ratio of 12:88, both solvent-coordinated structures are present in equal populations, where the Cu−Cu stretch areas of the DMF-coordinated structure and the EtOH-coordinated structure are the same. This condition is used to calculate the free energy change associated with solvent exchange (*vide infra*).

Figure 2 shows the area ratios of the Cu paddle wheel-coordinated solvent for several different EtOH-exchange solvent mixtures (DMSO, DMF, MeOH, acetone, THF, MeCN, and DCM) across a range of solvent volume ratios. An equal population of both solvent-bound structures is observed at 6%, 12%, 18%, 55%, 60%, 60%, and 98% solvent volume ratios in the EtOH solution for DMSO, DMF, MeOH, acetone, THF, MeCN, and DCM, respectively. This indicates that DMSO, DMF, and MeOH are more strongly coordinated than EtOH, whereas acetone, THF, and MeCN are nearly similar in binding affinity to EtOH. Compared to the other solvents, a much higher ratio of DCM in solution is required to replace CUS-bound EtOH, revealing its low binding affinity to the metal. To quantify the relative solvent binding free energy, the ratio of the mixed solvents showing an equal population of coordination was identified. The solvent is replaced on the Cu paddlewheel from EtOH to an exchange solvent with the reaction equilibrium governed by the following equation:

coordinated EtOH + exchange solvent

⇌ coordinated exchange solvent + EtOH

The equilibrium constant $K$ is calculated from the relative molar concentrations of reactants and products involved in this exchange process, which are available from the Raman spectrum and the chosen concentration of solvents:

$$K = \frac{[\text{coordinated exchange solvent}] \times [\text{EtOH}]}{[\text{coordinated EtOH}] \times [\text{exchange solvent}]}$$

When equal populations of both solvents are bound to the clusters, the coordinated solvent terms cancel, and the free energy is computed as follows:

$$\Delta G^{\circ} = -RT \ln \frac{[\text{EtOH}]}{[\text{exchange solvent}]}$$

Figure 3 shows the experimentally observed relative free energy diagram of solvent binding in comparison to the EtOH-coordinated cluster (Table S2); among the employed exchange solvents, the following order of binding strength is determined: DMSO > DMF > MeOH > EtOH ∼ acetone ∼ THF > MeCN ≫ DCM. The calculation is exemplified in the Supporting Information. The solvents DMSO and DMF, often used in MOF synthesis, coordinate more strongly compared to the



**Figure 3.** Experimentally observed relative free energy of binding for DMSO, DMF, MeOH, EtOH, acetone, THF, MeCN, and DCM bound to HKUST-1. Error bars represent the standard deviation of the free energy calculation based on the equal binding of ethanol and the second solvent.

other exchange solvents. This explains why multiple solvent exchanges are required to ensure replacement of the coordinated solvents after MOF synthesis. During solvent exchange, all three types of solvents (CUS-bound, pore-filled, and intercrystalline) present in the MOF are replaced, which increases the concentration of the exchanged solvent in the supernatant. Therefore, it is crucial to drive the solvent exchange via Le Chatelier's principle by adding sufficient fresh solvent to avoid forming a stable structure with the synthesis solvent. Moreover, the process of replacing strongly coordinated solvents with weaker ones can be induced using an intermediate solvent. For example, DMF-bound HKUST-1 exhibits high stability that makes it difficult to exchange directly with DCM, which has a free energy gap of ∼15 kJ/mol. In contrast, replacing EtOH with DCM is thermodynamically more feasible due to the smaller free energy gap of ∼10 kJ/mol. This is experimentally observed by replacing the coordinated DMF with intermediate solvents, such as EtOH, MeOH, or MeCN, that facilitate the binding of DCM to CUS.[41,43] There is an analogy here with the reverse solvent exchange procedure where, when replacing from weak to strong solvents, an intermediate strength solvent avoids collapse.[17]

To determine how the relative free energy of binding for the solvent-coordinated structures from mixed solvent systems could impact their ease of removal during thermal activation, thermogravimetric analysis coupled with mass spectrometry (TGA-MS) was employed to measure the solvent release temperature upon heating of resolvated HKUST-1 (Figure S8). The masses at $m/z$ = 63, 73, 31, 31, 58, 71, and 84 were tracked to monitor DMSO, DMF, MeOH, EtOH, acetone, THF, and DCM, respectively. MeCN was not employed in this system due to the high background at the $m/z$ = 41 signal. Figure 4 shows that changes in $m/z$ signal intensity as the temperatures increase reveal three distinct peaks indicating three types of solvent environments. While the release temperature of the intercrystalline solvents is sensitive to solvent volatility, particularly observed in less volatile solvents DMF and DMSO, that of pore-filled solvents relates to their physical interaction with pore structures. The release temperatures of pore-filled solvents are observed near their pure boiling points (Table S3). The boiling point reflects the interplay of enthalpy and entropy during vaporization; thus, the thermal release of solvent from the pores follows the same factors. The thermal dissociation temperature of CUS-bound

https://doi.org/10.1021/acsmaterialslett.4c02250
ACS Materials Lett. 2025, 7, 450−456

www.acsmaterialsletters.org



**Figure 4.** TGA-MS profiles of the *m/z* signal of each solvent upon heating the resolvated MOF in (a) DMSO, (b) DMF, (c) MeOH, (d) EtOH, (e) acetone, (f) THF, and (g) DCM. The MOF was heated from 25 to 400 °C at a ramp of 1 °C/min.

solvents, on the other hand, is dominated by their bonding interactions to the metal centers. By comparing the temperature of a pore-filled solvent and a CUS-bound solvent, as indicated by the peaks upon heating, the solvent coordination strength to the metal is assessed. The peak temperature is determined at the local maxima of the thermal release profiles, where the first derivative of the curve is 0 (Figure S9). The release temperature difference between the coordinated solvents and their boiling point is 108, 72, 60, 55, 60, 49, and 27 °C for DMSO, DMF, MeOH, EtOH, acetone, THF, and DCM, respectively. A higher temperature difference indicates stronger interaction between the solvent and metal cluster, which requires more energy to dissociate. The relative binding order of solvents is consistent with the experimentally obtained relative free energy of solvent binding trend, with a correlation coefficient ($R^2$) of 0.837 between these temperature differences and these free energy values (Figure S10).

With experimental binding data in hand, we sought to test the efficacy of theoretical approaches to compute binding energies of the coordinated molecules to the CUS. With the assumption that entropy of mixing during solvent dissociation is the dominant nonenthalpy term, and relatively constant among solvents, focus was placed on computing binding enthalpies. DFT has been used for this purpose previously in context of predicting the adsorption selectivity of molecules by calculating their binding energy to CUS.[44,45] The interaction between solvent molecules and HKUST-1 was computed using the molecular cluster model[46,47] dicopper tetraformate $Cu_2(HCOO)_4$. Calculations were performed with the M06-L functional with the def2-TZVP[48] basis set using Spartan' 24.[49] Table 1 presents the solvent binding energy based on the optimized structures (Figure S11). A correlation plot between the calculated binding energy and experimental values for free energy from Figure 3 is shown in Figure 5a; the $R^2$ is 0.822, indicating that theoretical calculations reproduce experiment reasonably well, albeit with some significant scatter for solvents having similar binding energies. Although the cluster model can accurately calculate solvent-metal interactions,[45,50,51] the deviation from the curve may be attributed to the model's inability to depict the interaction between solvents and the pore architecture.

**Table 1. Calculated Solvent Binding Energy of HKUST-1**

| Solvent-coordinated structure | Binding energy (kJ/mol) | Cu-solvent distance (Å) | Cu–Cu distance (Å) |
|---|---|---|---|
| Activated | - | - | 2.527 |
| DMSO | −70.589 | 2.151[a] | 2.585 |
| DMF | −64.157 | 2.154[a] | 2.582 |
| MeOH | −58.856 | 2.218[a] | 2.562 |
| EtOH | −62.550 | 2.196[a] | 2.566 |
| acetone | −61.337 | 2.163[a] | 2.586 |
| THF | −64.251 | 2.160[a] | 2.569 |
| MeCN | −57.344 | 2.123[b] | 2.614 |
| DCM | −37.807 | 2.648[c] | 2.566 |
| DME | −59.565 | 2.205[a] | 2.565 |
| $CO_2$ | −24.478 | 2.397[a] | 2.549 |

[a]Cu−O distance [b]Cu−N distance [c]Cu−Cl distance



**Figure 5.** (a) Correlation plot of the experimentally obtained relative free energy of binding and the calculated binding energy for DMSO, DMF, MeOH, EtOH, acetone, THF, and MeCN. (b) Correlation plot of the experimentally obtained relative free energy of binding and the electrostatic potential minimum for DMSO, DMF, MeOH, EtOH, acetone, and THF.

To elucidate the relationship between the fundamental properties of the solvent molecules and the experimentally obtained solvent binding energy, the electronic properties of solvent molecules were computed. Given that unsaturated metal sites are electron-deficient, the charge distribution within solvent molecules may illuminate the binding affinities. Mulliken charge, dipole moment, and electrostatic potential were calculated for each solvent using the B3LYP-D3[52]

https://doi.org/10.1021/acsmaterialslett.4c02250
ACS Materials Letters 2025, 7, 450–456

ACS Materials Letters — www.acsmaterialsletters.org — Letter

functional with the 6-311G* basis set. It is difficult to compare these properties across different atom types; thus, the series of oxygen-atom-containing solvents were examined: DMSO, DMF, MeOH, EtOH, acetone, and THF (Table 2). The

**Table 2. Electrostatic Potential Values of the Solvent Molecules**

| Solvent | Electrostatic potential (kJ/mol) | |
| | Minimum | Maximum |
|---|---|---|
| DMSO | −232.8 | 142.1 |
| DMF | −210.3 | 111.1 |
| MeOH | −189.4 | 219.5 |
| EtOH | −187.3 | 214.3 |
| acetone | −177.3 | 97.8 |
| THF | −185.3 | 68.2 |
| MeCN | −191.0 | 137.0 |
| DCM | −62.1 | 147.0 |
| DME | −166.6 | 62.1 |
| $CO_2$ | −71.8 | 137.7 |

correlation between the measured relative free energy of solvent binding versus Mulliken charge at the oxygen-atom and dipole moment of solvent molecules yields $R^2$ values of 0.178 and 0.694, respectively (Figure S12 and Table S4). In contrast, a close relationship between the electrostatic potential minimum ($V_{s,min}$) of solvents and the obtained relative free energy from the experiment is evident, yielding an $R^2$ value of 0.921 (Figure 5b and Figure S13). This suggests that the binding affinity of solvent molecules to metal clusters is determined by their electrostatic potential, an observation also found to be predictive in cocrystallization[53−55] where it is ascribed predicting the strength of the donor−acceptor interaction.

With a molecular descriptor in hand that correlates well with binding behavior, molecules involved in activating particularly difficult MOFs were examined: $CO_2$ and DME. Their $V_{s,min}$ are −71.8 and −166.6 kJ/mol, respectively (Table 2 and Figure S14). Whereas supercritical $CO_2$ is not used for CUS-MOF activation, DME excels in this context.[24] The common exchange solvents MeOH and EtOH, used to replace CUS-bound DMF (−210.3 kJ/mol), have a $V_{s,min}$ of −189.4 and −187.3 kJ/mol, respectively. DME has a sufficiently small $V_{s,min}$ gap in comparison to DMF, enabling it to replace CUS-bound DMF, yet $CO_2$ cannot due to its larger gap. Similarly, DCM with a $V_{s,min}$ of −62.1 kJ/mol also demonstrates that the large $V_{s,min}$ gap signals an inability of a solvent molecule to replace CUS-bound DMF. In other words, minimizing the gap of $V_{s,min}$ between the CUS-bound solvent and the exchange solvent provides the capability to replace the CUS-bound solvent.

Binding to CUS-MOFs is one of the most reliable approaches for improving the guest binding affinity to the host. When a mixture of guests is present, a competition for these high affinity sites arises, and the composition of the guests in the MOFs is non-uniform within the pore. Understanding the distribution of these guests and their equilibria for binding and release depends on thermodynamic relationships that are experimentally challenging to elucidate. Raman spectroscopy allows the interrogation of which molecules bind to the CUS as demonstrated for a series of solvents in this study. This approach is useful in determining which sorbates will have a competitive edge in binding to CUS

when mixed with others, and a predictive framework is established for application to additional guests. These findings are of particular relevance to MOF activation; while surface tension and boiling point of solvents are important for MOF activation, the electrostatic potential minimum of solvents is another crucial factor for CUS-MOF activation.

## ■ ASSOCIATED CONTENT

### ⓢ Supporting Information

The Supporting Information is available free of charge at https://pubs.acs.org/doi/10.1021/acsmaterialslett.4c02250.

Materials, MOF synthesis, solvent exchange, powder X-ray diffraction patterns, $N_2$ sorption, TGA-MS, Raman spectroscopic procedure and results, solvent binding energies and electronic properties of solvent molecules from DFT calculations (PDF)

## ■ AUTHOR INFORMATION

### Corresponding Author

Adam J. Matzger − Department of Chemistry, University of Michigan, Ann Arbor, Michigan 48109, United States; Macromolecular Science and Engineering Program, University of Michigan, Ann Arbor, Michigan 48109-1055, United States; ⓞ orcid.org/0000-0002-4926-2752; Email: matzger@umich.edu

### Author

Hochul Woo − Department of Chemistry, University of Michigan, Ann Arbor, Michigan 48109, United States; Macromolecular Science and Engineering Program, University of Michigan, Ann Arbor, Michigan 48109-1055, United States

Complete contact information is available at:
https://pubs.acs.org/10.1021/acsmaterialslett.4c02250

### Author Contributions

The manuscript was written through contributions of all authors. All authors have given approval to the final version of the manuscript.

### Funding

This work was supported by the U.S. Department of Energy BES (Grant no. DE-SC0004888).

### Notes

The authors declare no competing financial interest.

## ■ REFERENCES

(1) Kökçam-Demir, Ü.; Goldman, A.; Esrafili, L.; Gharib, M.; Morsali, A.; Weingart, O.; Janiak, C. Coordinatively Unsaturated Metal Sites (Open Metal Sites) in Metal-Organic Frameworks: Design and Applications. Chem. Soc. Rev. 2020, 49, 2751−2798.

(2) Hall, J. N.; Bollini, P. Structure, Characterization, and Catalytic Properties of Open-Metal Sites in Metal Organic Frameworks. React. Chem. Eng. 2019, 4, 207−222.

(3) Wei, Y.-S.; Zhang, M.; Zou, R.; Xu, Q. Metal-Organic Framework-Based Catalysts with Single Metal Sites. Chem. Rev. 2020, 120, 12089−12174.

(4) Hwang, Y. K.; Hong, D.-Y.; Chang, J.-S.; Jhung, S. H.; Seo, Y.-K.; Kim, J.; Vimont, A.; Daturi, M.; Serre, C.; Férey, G. Amine Grafting on Coordinatively Unsaturated Metal Centers of MOFs: Consequences for Catalysis and Metal Encapsulation. Angew. Chem. 2008, 120, 4212−4216.

(5) Zheng, S.-T.; Zhao, X.; Lau, S.; Fuhr, A.; Feng, P.; Bu, X. Entrapment of Metal Clusters in Metal-Organic Framework Channels

ACS Materials Letters                    www.acsmaterialsletters.org                    Letter

by Extended Hooks Anchored at Open Metal Sites. *J. Am. Chem. Soc.* 2013, *135*, 10270−10273.

(6) Ingleson, M. J.; Heck, R.; Gould, J. A.; Rosseinsky, M. J. Nitric Oxide Chemisorption in a Postsynthetically Modified Metal-Organic Framework. *Inorg. Chem.* 2009, *48*, 9986−9988.

(7) Li, P.-Z.; Wang, X.-J.; Liu, J.; Phang, H. S.; Li, Y.; Zhao, Y. Highly Effective Carbon Fixation via Catalytic Conversion of CO2 by an Acylamide-Containing Metal-Organic Framework. *Chem. Mater.* 2017, *29*, 9256−9261.

(8) Xiao, D. J.; Bloch, E. D.; Mason, J. A.; Queen, W. L.; Hudson, M. R.; Planas, N.; Borycz, J.; Dzubak, A. L.; Verma, P.; Lee, K.; Bonino, F.; Crocellà, V.; Yano, J.; Bordiga, S.; Truhlar, D. G.; Gagliardi, L.; Brown, C. M.; Long, J. R. Oxidation of Ethane to Ethanol by N2O in a Metal-Organic Framework with Coordinatively Unsaturated Iron-(II) Sites. *Nat. Chem.* 2014, *6*, 590−595.

(9) Bloch, E. D.; Queen, W. L.; Krishna, R.; Zadrozny, J. M.; Brown, C. M.; Long, J. R. Hydrocarbon Separations in a Metal-Organic Framework with Open Iron(II) Coordination Sites. *Science* 2012, *335*, 1606−1610.

(10) Bae, Y.-S.; Lee, C. Y.; Kim, K. C.; Farha, O. K.; Nickias, P.; Hupp, J. T.; Nguyen, S. T.; Snurr, R. Q. High Propene/Propane Selectivity in Isostructural Metal-Organic Frameworks with High Densities of Open Metal Sites. *Angew. Chem., Int. Ed.* 2012, *51*, 1857−1860.

(11) Dincă, M.; Long, J. R. Hydrogen Storage in Microporous Metal-Organic Frameworks with Exposed Metal Sites. *Angew. Chem., Int. Ed.* 2008, *47*, 6766−6779.

(12) Kong, X.; Scott, E.; Ding, W.; Mason, J. A.; Long, J. R.; Reimer, J. A. CO2 Dynamics in a Metal-Organic Framework with Open Metal Sites. *J. Am. Chem. Soc.* 2012, *134*, 14341−14344.

(13) Chen, B.; Yang, Y.; Zapata, F.; Lin, G.; Qian, G.; Lobkovsky, E. B. Luminescent Open Metal Sites within a Metal-Organic Framework for Sensing Small Molecules. *Adv. Mater.* 2007, *19*, 1693−1696.

(14) Chen, B.; Wang, L.; Xiao, Y.; Fronczek, F. R.; Xue, M.; Cui, Y.; Qian, G. A Luminescent Metal-Organic Framework with Lewis Basic Pyridyl Sites for the Sensing of Metal Ions. *Angew. Chem., Int. Ed.* 2009, *48*, 500−503.

(15) Shustova, N. B.; Cozzolino, A. F.; Reineke, S.; Baldo, M.; Dincă, M. Selective Turn-On Ammonia Sensing Enabled by High-Temperature Fluorescence in Metal-Organic Frameworks with Open Metal Sites. *J. Am. Chem. Soc.* 2013, *135*, 13326−13329.

(16) Ma, J.; Kalenak, A. P.; Wong-Foy, A. G.; Matzger, A. J. Rapid Guest Exchange and Ultra-Low Surface Tension Solvents Optimize Metal-Organic Framework Activation. *Angew. Chem.* 2017, *129*, 14810−14813.

(17) Dodson, R. A.; Wong-Foy, A. G.; Matzger, A. J. The Metal-Organic Framework Collapse Continuum: Insights from Two-Dimensional Powder X-Ray Diffraction. *Chem. Mater.* 2018, *30*, 6559−6565.

(18) Zhang, X.; Chen, Z.; Liu, X.; L. Hanna, S.; Wang, X.; Taheri-Ledari, R.; Maleki, A.; Li, P.; K. Farha, O. A Historical Overview of the Activation and Porosity of Metal-Organic Frameworks. *Chem. Soc. Rev.* 2020, *49*, 7406−7427.

(19) Ahmed, A.; Liu, Y.; Purewal, J.; Tran, L. D.; Wong-Foy, A. G.; Veenstra, M.; Matzger, A. J.; Siegel, D. J. Balancing Gravimetric and Volumetric Hydrogen Density in MOFs. *Energy Environ. Sci.* 2017, *10*, 2459−2471.

(20) Koh, K.; Oosterhout, J. D. V.; Roy, S.; G. Wong-Foy, A.; J. Matzger, A. Exceptional Surface Area from Coordination Copolymers Derived from Two Linear Linkers of Differing Lengths. *Chem. Sci.* 2012, *3*, 2429−2432.

(21) Nelson, A. P.; Farha, O. K.; Mulfort, K. L.; Hupp, J. T. Supercritical Processing as a Route to High Internal Surface Areas and Permanent Microporosity in Metal-Organic Framework Materials. *J. Am. Chem. Soc.* 2009, *131*, 458−460.

(22) Ma, L.; Jin, A.; Xie, Z.; Lin, W. Freeze Drying Significantly Increases Permanent Porosity and Hydrogen Uptake in 4,4-Connected Metal-Organic Frameworks. *Angew. Chem., Int. Ed.* 2009, *48*, 9905−9908.

(23) He, Y.-P.; Tan, Y.-X.; Zhang, J. Comparative Study of Activation Methods on Tuning Gas Sorption Properties of a Metal-Organic Framework with Nanosized Ligands. *Inorg. Chem.* 2012, *51*, 11232−11234.

(24) Wright, K. R.; Nath, K.; Matzger, A. J. Superior Metal-Organic Framework Activation with Dimethyl Ether. *Angew. Chem., Int. Ed.* 2022, *61*, No. e202213190.

(25) Woo, H.; Devlin, A. M.; Matzger, A. J. In Situ Observation of Solvent Exchange Kinetics in a MOF with Coordinatively Unsaturated Sites. *J. Am. Chem. Soc.* 2023, *145*, 18634−18641.

(26) Woo, H.; Robinson, J. W.; Matzger, A. J. Solvent Exchange Dynamics in M2(Dobdc): An Interplay among Binding Strength, Exchange Kinetics, and Cooperativity. *J. Am. Chem. Soc.* 2024, *146*, 18136−18142.

(27) Chui, S. S.-Y.; Lo, S. M.-F.; Charmant, J. P. H.; Orpen, A. G.; Williams, I. D. A Chemically Functionalizable Nanoporous Material [Cu3(TMA)2(H2O)3]n. *Science* 1999, *283*, 1148−1150.

(28) Alaerts, L.; Séguin, E.; Poelman, H.; Thibault-Starzyk, F.; Jacobs, P. A.; De Vos, D. E. Probing the Lewis Acidity and Catalytic Activity of the Metal-Organic Framework [Cu3(Btc)2] (BTC = Benzene-1,3,5-Tricarboxylate). *Chem.- Eur. J.* 2006, *12*, 7353−7363.

(29) Allendorf, M. D.; Houk, R. J. T.; Andruszkiewicz, L.; Talin, A. A.; Pikarsky, J.; Choudhury, A.; Gall, K. A.; Hesketh, P. J. Stress-Induced Chemical Detection Using Flexible Metal-Organic Frameworks. *J. Am. Chem. Soc.* 2008, *130*, 14404−14405.

(30) Mason, J. A.; Veenstra, M.; Long, J. R. Evaluating Metal-Organic Frameworks for Natural Gas Storage. *Chem. Sci.* 2014, *5*, 32−51.

(31) Peng, Y.; Krungleviciute, V.; Eryazici, I.; Hupp, J. T.; Farha, O. K.; Yildirim, T. Methane Storage in Metal-Organic Frameworks: Current Records, Surprise Findings, and Challenges. *J. Am. Chem. Soc.* 2013, *135*, 11887−11894.

(32) Nath, K.; Ahmed, A.; Siegel, D. J.; Matzger, A. J. Computational Identification and Experimental Demonstration of High-Performance Methane Sorbents. *Angew. Chem.* 2022, *134*, No. e202203575.

(33) Ongari, D.; Tiana, D.; Stoneburner, S. J.; Gagliardi, L.; Smit, B. Origin of the Strong Interaction between Polar Molecules and Copper(II) Paddle-Wheels in Metal Organic Frameworks. *J. Phys. Chem. C* 2017, *121*, 15135−15144.

(34) Hendon, C. H.; Walsh, A. Chemical Principles Underpinning the Performance of the Metal-Organic Framework HKUST-1. *Chem. Sci.* 2015, *6*, 3674−3683.

(35) Akimbekov, Z.; Wu, D.; K. Brozek, C.; Dincă, M.; Navrotsky, A. Thermodynamics of Solvent Interaction with the Metal-Organic Framework MOF-5. *Phys. Chem. Chem. Phys.* 2016, *18*, 1158−1162.

(36) Hughes, J. T.; Bennett, T. D.; Cheetham, A. K.; Navrotsky, A. Thermochemistry of Zeolitic Imidazolate Frameworks of Varying Porosity. *J. Am. Chem. Soc.* 2013, *135*, 598−601.

(37) Hughes, J. T.; Navrotsky, A. MOF-5: Enthalpy of Formation and Energy Landscape of Porous Materials. *J. Am. Chem. Soc.* 2011, *133* (24), 9184−9187.

(38) Bhunia, M. K.; Hughes, J. T.; Fettinger, J. C.; Navrotsky, A. Thermochemistry of Paddle Wheel MOFs: Cu-HKUST-1 and Zn-HKUST-1. *Langmuir* 2013, *29*, 8140−8145.

(39) Dhumal, N. R.; Singh, M. P.; Anderson, J. A.; Kiefer, J.; Kim, H. J. Molecular Interactions of a Cu-Based Metal-Organic Framework with a Confined Imidazolium-Based Ionic Liquid: A Combined Density Functional Theory and Experimental Vibrational Spectroscopy Study. *J. Phys. Chem. C* 2016, *120*, 3295−3304.

(40) Prestipino, C.; Regli, L.; Vitillo, J. G.; Bonino, F.; Damin, A.; Lamberti, C.; Zecchina, A.; Solari, P. L.; Kongshaug, K. O.; Bordiga, S. Local Structure of Framework Cu(II) in HKUST-1 Metallorganic Framework: Spectroscopic Characterization upon Activation and Interaction with Adsorbates. *Chem. Mater.* 2006, *18*, 1337−1346.

(41) Kim, H. K.; Yun, W. S.; Kim, M.-B.; Kim, J. Y.; Bae, Y.-S.; Lee, J.; Jeong, N. C. A Chemical Route to Activation of Open Metal Sites in the Copper-Based Metal-Organic Framework HKUST-1 and Cu-MOF-2. *J. Am. Chem. Soc.* 2015, *137*, 10009−10015.

https://doi.org/10.1021/acsmaterialslett.4c02250
*ACS Materials Lett.* 2025, 7, 450−456

ACS Materials Letters                                                                 www.acsmaterialsletters.org                                                                 Letter

(42) Todaro, M.; Alessi, A.; Sciortino, L.; Agnello, S.; Cannas, M.; Gelardi, F. M.; Buscarino, G. Investigation by Raman Spectroscopy of the Decomposition Process of HKUST-1 upon Exposure to Air. *J. Spectrosc.* **2016**, *2016*, 8074297.

(43) Bae, J.; Choi, J. S.; Hwang, S.; Yun, W. S.; Song, D.; Lee, J.; Jeong, N. C. Multiple Coordination Exchanges for Room-Temperature Activation of Open-Metal Sites in Metal-Organic Frameworks. *ACS Appl. Mater. Interfaces* **2017**, *9*, 24743−24752.

(44) Kulkarni, A. R.; Sholl, D. S. Screening of Copper Open Metal Site MOFs for Olefin/Paraffin Separations Using DFT-Derived Force Fields. *J. Phys. Chem. C* **2016**, *120*, 23044−23054.

(45) Fischer, M.; Gomes, J. R. B.; Jorge, M. Computational Approaches to Study Adsorption in MOFs with Unsaturated Metal Sites. *Mol. Simul.* **2014**, *40*, 537−556.

(46) Heinz, W. R.; Agirrezabal-Telleria, I.; Junk, R.; Berger, J.; Wang, J.; Sharapa, D. I.; Gil-Calvo, M.; Luz, I.; Soukri, M.; Studt, F.; Wang, Y.; Wöll, C.; Bunzen, H.; Drees, M.; Fischer, R. A. Thermal Defect Engineering of Precious Group Metal-Organic Frameworks: A Case Study on Ru/Rh-HKUST-1 Analogues. *ACS Appl. Mater. Interfaces* **2020**, *12*, 40635−40647.

(47) Hijikata, Y.; Sakaki, S. Interaction of Various Gas Molecules with Paddle-Wheel-Type Open Metal Sites of Porous Coordination Polymers: Theoretical Investigation. *Inorg. Chem.* **2014**, *53*, 2417−2426.

(48) Schäfer, A.; Huber, C.; Ahlrichs, R. Fully Optimized Contracted Gaussian Basis Sets of Triple Zeta Valence Quality for Atoms Li to Kr. *J. Chem. Phys.* **1994**, *100*, 5829−5835.

(49) Shao, Y.; Molnar, L. F.; Jung, Y.; Kussmann, J.; Ochsenfeld, C.; Brown, S. T.; Gilbert, A. T. B.; Slipchenko, L. V.; Levchenko, S. V.; O'Neill, D. P.; Jr, R. A. D.; Lochan, R. C.; Wang, T.; Beran, G. J. O.; Besley, N. A.; Herbert, J. M.; Lin, C. Y.; Voorhis, T. V.; Chien, S. H.; Sodt, A.; Steele, R. P.; Rassolov, V. A.; Maslen, P. E.; Korambath, P. P.; Adamson, R. D.; Austin, B.; Baker, J.; Byrd, E. F. C.; Dachsel, H.; Doerksen, R. J.; Dreuw, A.; Dunietz, B. D.; Dutoi, A. D.; Furlani, T. R.; Gwaltney, S. R.; Heyden, A.; Hirata, S.; Hsu, C.-P.; Kedziora, G.; Khalliulin, R. Z.; Klunzinger, P.; Lee, A. M.; Lee, M. S.; Liang, W.; Lotan, I.; Nair, N.; Peters, B.; Proynov, E. I.; Pieniazek, P. A.; Rhee, Y. M.; Ritchie, J.; Rosta, E.; Sherrill, C. D.; Simmonett, A. C.; Subotnik, J. E.; Iii, H. L. W.; Zhang, W.; Bell, A. T.; Chakraborty, A. K.; Chipman, D. M.; Keil, F. J.; Warshel, A.; Hehre, W. J.; Iii, H. F. S.; Kong, J.; Krylov, A. I.; Gill, P. M. W.; Head-Gordon, M. Advances in Methods and Algorithms in a Modern Quantum Chemistry Program Package. *Phys. Chem. Chem. Phys.* **2006**, *8*, 3172−3191.

(50) Afonso, R.; Toda, J.; Gomes, J. R. B.; Fischer, M.; Campbell, C.; Jorge, M. A computational study of the interaction of $C_2$ hydrocarbons with CuBTC. *Comput. Mater. Sci.* **2020**, *173*, 109438.

(51) Rubes, M.; Grajciar, L.; Bludsky, O.; Wiersum, A. D.; Llewellyn, P. L.; Nachtigall, P. Combined Theoretical and Experimental Investigation of CO Adsorption on Coordinatively Unsaturated Sites in CuBTC MOF. *ChemPhysChem* **2012**, *13*, 488−495.

(52) Grimme, S.; Antony, J.; Ehrlich, S.; Krieg, H. A Consistent and Accurate Ab Initio Parametrization of Density Functional Dispersion Correction (DFT-D) for the 94 Elements H-Pu. *J. Chem. Phys.* **2010**, *132*, 154104.

(53) Grecu, T.; Hunter, C. A.; Gardiner, E. J.; McCabe, J. F. Validation of a Computational Cocrystal Prediction Tool: Comparison of Virtual and Experimental Cocrystal Screening Results. *Cryst. Growth Des.* **2014**, *14*, 165−171.

(54) Musumeci, D.; Hunter, C. A.; Prohens, R.; Scuderi, S.; McCabe, J. F. Virtual Cocrystal Screening. *Chem. Sci.* **2011**, *2*, 883−890.

(55) Bennett, A. J.; Matzger, A. J. Progress in Predicting Ionic Cocrystal Formation: The Case of Ammonium Nitrate. *Chem. — Eur. J.* **2023**, *29*, No. e202300076.

https://doi.org/10.1021/acsmaterialslett.4c02250
*ACS Materials Lett.* 2025, 7, 450−456

# EXHIBIT 19

# Drug Characterization in Low Dosage Pharmaceutical Tablets Using Raman Microscopic Mapping

**MARK J. HENSON\* and LIN ZHANG**

*Pfizer Analytical R&D, Groton, Connecticut 06340*

Raman micro-spectroscopic mapping is utilized to analyze pharmaceutical tablets containing a low concentration (0.5% w/w) of active pharmaceutical ingredient (API). The domain sizes and spatial distributions of the API and the major excipients are obtained. Domain size of the API is found to be dependent upon the particle size distribution of the ingoing API material, making the Raman maps good indicators of the source of API used in tablet manufacturing. Multivariate classification was performed to simultaneously check for the presence of two undesired API polymorphs within tablets. Raman mapping was demonstrated capable of detecting in the tablet matrix as little as 10% form conversion of the low-dosage (0.5% w/w) API, which is equivalent to detection of a 0.05% w/w polymorphic impurity. Overall, the information provided by Raman micro-spectroscopic mapping was found to have potential utility for manufacturing process optimization or predictive stability assessments.

Index Headings: Raman spectroscopy; Raman mapping; Pharmaceuticals; Polymorph; Chemometrics; Euclidean distance; Classification.

## INTRODUCTION

The efficacy of many pharmaceutical tablets is understood to be dependent upon the properties of the active pharmaceutical ingredient (API). The particle size and solid-state form (i.e., polymorph or solvate/pseudopolymorph) of the API, as well as its spatial distribution within the excipient matrix, are all influential in determining the solubility, dissolution rate, bioavailability, and stability of the final product.[1,2]

For a polymorphic API with differences in solubility, stability, or melting point, acceptance criteria for polymorphic content in drug substance must be set.[3] However, the properties of the isolated API may not accurately reflect its identity and behavior in complex dosage matrices. Depending upon the specifics of the drug product process, the API form may undergo transformation during manufacturing and/or storage.[4,5] However, determination of the API form in the presence of interfering excipients can be quite challenging. Consequently, ICH Q6A allows specifications to be set around performance testing (e.g., dissolution) of the dosage form itself when there is a big enough influence from the properties of the different API forms for the test to be representative of total polymorphic content. The guidance recommends monitoring, where technically possible, the polymorph form during stability testing of drug product if: (1) the safety or efficacy is determined by the specific API form; and (2) the performance test (e.g., dissolution) is not specific enough to detect polymorph transformation. In a case where a pharmaceutical product shows the potential for polymorphism that affects safety/efficacy, but cannot be screened for simply by running a

drug product performance test, the analyst may develop a polymorph quantification method for drug product.

Pharmaceutical dosage form matrices and the corresponding API concentrations and properties can vary significantly, and each represents its own set of challenges for polymorph analysis. An emerging trend in pharmaceuticals is the use of high-potency API molecules present in low concentrations (<1% w/w) in the final dosage form. The high potency arises from targeted molecular engineering to increase the specificity of binding and to reduce drug side effects. Increased potency translates into lower dosage levels for efficacy and potentially significant challenges for polymorph characterization.

Determination of polymorphic content of isolated drug substance is typically straightforward with a wide array of instrumentation:[6–9] powder X-ray diffraction (PXRD), differential scanning calorimetry (DSC), thermal gravimetric analysis (TGA), polarized light microscopy, vibrational spectroscopy (Raman, mid-infrared, near-infrared (NIR)), and solid-state nuclear magnetic resonance (SSNMR) spectroscopy. However, the applicability of many of these techniques either falls off rapidly at low API levels (e.g., PXRD) or is dependent upon specific molecular structure/property rules (e.g., SSNMR).

Vibrational spectroscopic techniques (mid-infrared, near-infrared, Raman) have also been applied to the quantification of the active component in pharmaceutical tablets.[10–15] While NIR is particularly good at differentiating between solvates and pseudo-polymorphs, it lacks the specificity to discriminate between some true polymorphs due to the fact that it primarily probes the broadened vibrational combination and overtone bands of molecules. Infrared spectroscopy is better suited for polymorph identification, as it probes asymmetric fundamental vibrational modes, providing molecular "fingerprint" spectra rich in structure and configuration information. However, API characterization using IR is problematic at low concentrations due to competing excipient signals.

In contrast, Raman spectroscopy combines API form sensitivity and specificity. The most intense Raman absorptions arise from totally symmetric molecular vibrational modes. Many API molecules contain aromatic functional groups with symmetric vibrational modes, while most pharmaceutical excipients lack aromaticity. Additionally, an API may crystallize with high lattice symmetry, while many excipients (lactose being a notable exception) are amorphous. For these reasons, Raman spectroscopy can provide sensitive API detection in excipient matrices.[16] Furthermore, a number of well-resolved fundamental intra- and/or intermolecular stretching and bending modes are typically observed in API Raman spectra, allowing for solid-state form determination. Taylor and Langkilde[17] demonstrated the ability of Raman to detect as little as 5% polymorphic impurity in a tablet containing 25%

Received 31 May 2006; accepted 15 August 2006.
\* Author to whom correspondence should be sent. E-mail: mark.henson@pfizer.com

0003-7028/06/6011-1247$2.00/0
© 2006 Society for Applied Spectroscopy

PFZ04170513

(w/w) API, representing a limit of detection (LOD) of 1.25% (w/w, total).

Vibrational microscopy has the additional advantage of being able to perform spatially resolved raster scans of a sample surface to build up chemical images representing the spatial distribution of one or more sample components. Raman microscopic mapping, in particular, has been successfully applied to the analysis of pharmaceutical samples.[18–20] In particular, the individual Raman spectra may be utilized to assign the solid-state form of the API present, while the spatial distribution information can be used to assess sample homogeneity and potential aggregation issues. Raman utilizes laser sample illumination, with diffraction-limited laser spot diameters varying from a few hundred nanometers to upwards of about a micrometer. This allows for the collection of spectral maps with high lateral spatial resolution relative to the sizes of most pharmaceutical ingredients. Combined with motorized X-Y-Z stages, this allows for the automated collected of large data sets comprising hundreds to tens of thousands of spectra. Due to the volume of data that can be collected in such a manner, as well as the high degree of correlation and overlap that typically exists in the spectral responses, it is often highly advantageous to employ multivariate algorithms to extract component identity and spatial distribution information.[21–23]

This report describes the application of Raman microscopic mapping to the analysis of a pharmaceutical tablet containing an extremely low dose (0.5% w/w) of a highly potent API known to have three different solid-state forms. Classification was performed on the Raman maps to recognize the pixel spectra corresponding to the API and assign each to one of the three solid-state forms known to exist for the API. In this way, Raman microscopy was utilized as a sensitive method of assessing partial transformation of a low-concentration API during tablet manufacture or stability testing. Additionally, the Raman images produced allowed the spatial distribution of the API in the final dosage form to be assessed as a function of a change in the particle size distribution of the ingoing API material used in the tablet manufacturing process.

## EXPERIMENTAL

**Sample Preparation.** Pure component powders were gently compressed into aluminum well holders and leveled with a micro spatula to provide smooth surfaces for spectral mapping. The wells were affixed to glass microscope slides with two-sided tape. Slides were clamped into the motorized XYZ stage of the Raman microscope.

Film-coated tablets of two separate dosage strengths were produced to contain 0.5% w/w of the API form III (anhydrous). Tablet cores of both strengths containing two other forms of the API (monohydrate I and anhydrous II) were produced using an identical process at laboratory scale. Tablets were affixed to sample holders with a small amount of epoxy resin adhesive applied to the bottom surface of the tablets. Sample dissection was performed using a specially designed ultrasonic tablet chisel to expose the interiors of tablets to spectroscopic analysis and to produce smooth, flat surfaces for mapping. Typically two to four separate surfaces were scanned for each tablet to demonstrate reproducible sampling.

**Instrumental Setup.** Raman spectra were collected using a Renishaw Raman Microscope (System 1000) and WiRE 2.0 (SP7) software (Renishaw PLC, Gloucestershire, U.K.). Excitation was performed using a high-powered NIR diode laser (785 nm) providing approximately 50 mW of laser power at the sample. A 50× microscope objective (Leica Micro-systems GmbH, Wetzlar, Germany) with NA = 0.55 and a working distance of 8 mm was utilized for collection of all spectral data. This objective lens provided, alternately, either a focused laser spot approximately 1–5 micrometers in diameter or a laser line approximately 25 micrometers in length. A cylindrical lens was utilized to provide a consistent line focus. A kinematically mounted holographic notch filter was utilized for Rayleigh light rejection. The premonochromator slit was set to a width of 50 micrometers. A 1200 grooves/mm dispersive grating on a rotating filter mount, combined with a thermo-electrically cooled, $288 \times 577$ element silicon charged-coupled device (CCD) detector, resulted in a spectral resolution of approximately 2 cm$^{-1}$.

Spectrometer calibration was performed each day using the 520 cm$^{-1}$ Raman band of a silicon wafer for reference. After calibration, the grating was held in a fixed position during data collection.

A static Raman spectral window of 462–1040 cm$^{-1}$ was determined to provide optimal balance between API form specificity and speed of data acquisition. Tablet spectral acquisition times were typically between 5 and 10 seconds per pixel. A motorized XY stage (H101; Prior Scientific, Cambridge, U.K.) allowed samples to be rastered beneath the excitation beam to build up an array of spectra spanning a two-dimensional region of interest (ROI) on the sample surface. ROI's comprised 10 to 441 spectra for pure materials and 1681 to 12 099 spectra for tablet samples. Data acquisition times ranged from several minutes for excipient maps containing ten spectra to nearly 24 hours for the largest tablet maps.

**Data Analysis.** Spectral processing and analysis was performed using ISys v.3.1.1.14 (Spectral Dimensions, Olney, MD) and Matlab v.7.1.0.246 release 14, SP3 (Mathworks, Natick, MA).

Effects from variation in the dispersive x-axis values from day to day were minimized by using a custom spectral interpolation algorithm written in Matlab. Additionally, cosmic ray peaks were filtered from the Raman data using a nearest neighbor substitution approach that will be described in a separate paper.[24]

Spectra were pretreated using a second-derivative (Savitzky–Golay, 13-point width), followed by vector normalization. The second derivative was found to effectively remove baseline fluctuations from the spectra and improve image contrast and fidelity, while subsequent normalization removed intensity differences between spectra.

A five-class spectral library was constructed using scans of pure powder reference samples: (1) API form I, (2) API form II, (3) API form III, (4) diluent-1, and (5) diluent-2. Each API class consisted of seven separate maps acquired on separate days spread over a 14 month period, totaling over 1020 pixels per API form. Additionally, each of the two diluent classes consisted of six separate map files totaling 575 pixels. The remaining tablet components—magnesium stearate (lubricant), glidant, etc.—made up only 3% w/w of the formulation. Preliminary data modeling efforts included all formulation components, but several of the minor components were found to have minimal contributions to the Raman spectra obtained from real tablets irrespective of spectral processing. These components were excluded from the library. Subsequently, a target matrix was constructed such that each row of the matrix

PFZ04170514



FIG. 1. Powder Raman spectra of the three solid-state forms of the API: I, II, and III.



FIG. 2. Raman spectra of diluents 1 (- - -) and 2 (——).

was a five-element vector consisting of a 1 for the in-class component and 0's for the out-of-class components. Note that in contrast to conventional quantitative modeling, the target matrix in this case is not a concentration matrix but a dummy matrix consisting of 1 and 0.

A partial least squares (PLS) model was constructed from the library spectra. Originally designed as a multivariate data analysis tool for regression analysis, PLS has recently found increasing applications for classification. Formal statistical explanation has been given to show the advantage of using PLS for discriminant analysis.[25–32] After mean centering, it was found that 85.0% of the spectral (x-block) variance was described by the first four PLS factors, while 98.1% of the target matrix (y-block) variance was described.

When PLS is used, final classification can be accomplished by two pathways, i.e., using PLS prediction values directly or applying further classification rules on PLS scores. Both approaches were utilized in this study. PLS prediction values were used to interpret initial results. In this case, an arbitrary threshold can be applied on PLS prediction values to assign class membership. Furthermore, in image analysis, the average statistical behavior of PLS prediction values among all pixels provides quantitative information. For example, when applying an adequately trained PLS model on a homogeneous sample, the mean of PLS prediction values from representative pixels approximates the concentration for that component.[33] However, deviation in prediction can be introduced due to subsampling, nonlinear spectral response, etc. Due to spectral mixing in the system (i.e., individual pixels contain signal from more than one component), initial tests showed that direct use of PLS prediction values is inadequate for final classification in this study. Thus, additional classification was performed utilizing a minimum Euclidean distance (ED) classifier implemented in Matlab to assign class membership to tablet pixels based on their locations in PLS space relative to the pure class centers.[34]

## RESULTS AND DISCUSSION

Raman spectra of pure samples of API forms I, II, and III are shown in Fig. 1. For each API form, a distinct shift pattern is observed for the intense peaks observed between 720 and 800 cm$^{-1}$. While there is overlap of intensity between most of the API peaks in this region, the distinct shift patterns displayed for

each form as well as the shifts observed for other minor peaks throughout the spectra make form recognition straightforward, as will be shown, when multivariate classification algorithms are utilized. The two major excipients in the tablet formulation possess characteristic features bracketing but not overlapping with this region (Fig. 2).

Each formulation component in the tablets was found to possess a distinct Raman spectral signature. However, few spectra collected from tablet surfaces contain signal from only one component. This "spectral mixing" is commonly observed in far-field chemical imaging. The mixing arises from several factors. The penetration depth of laser light into the sample is somewhat variable with instrumental focal depth, laser wavelength, and sample physical properties.[35–37] Also, various pharmaceutical formulation components exhibit dramatically different Raman absorption and scattering cross-sections. All of these factors lead to varying degrees of spectral purity across a heterogeneous sample as the subsurface composition, and the resulting laser light penetration depth, varies. To systematically characterize the observed mixed spectral signatures, a PLS model was constructed.

There are several reasons to use PLS. First, it is much easier to perform exploratory data analysis and visualization in PLS space than in the raw data space. PLS score plots (see "API Form Analysis", below) help visualize the distribution of tablet spectra relative to the pure component spectra. Second, using PLS has the potential to provide not only qualitative but quantitative image data analysis. The merits and logistical requirements for each type of modeling were weighed as part of the multivariate method development process.

Utilization of a PLS model built on pure component scans alone raised a quantification concern when applied to samples containing strongly scattering API forms and weakly scattering excipients. Nonlinear spectroscopic responses were observed for the various components in tablets, with significantly higher scattering intensities observed for the crystalline API particles. When these data were analyzed using PLS models built from training sets containing pure component scans alone, the results significantly over-predicted the concentration of the API. For tablets containing 0.5% w/w of any of the API forms, the predicted API content of Raman images (based on the mean PLS prediction value for all image pixels) typically fell in the range of 20–25%. Since the PLS training set contained only pure component scans that were normalized and mean-centered

PFZ04170515



FIG. 3.   Binarized PLS prediction images for API forms I, II, and III and diluents 1 and 2. Images were generated using Raman data from a tablet containing 0.5 wt% API form III. A binary threshold of 0.6 was used, with white pixels indicating high values and black pixels indicating low values.

prior to the calculation, the degree of over-prediction should be directly proportional to the difference in absolute Raman signal intensity for the crystalline, highly symmetric API components relative to the weakly scattering excipients.

By expanding the training data set with spectra from mixtures, PLS has the potential of modeling the nonlinear behavior in mixture tablets and making the prediction values quantitative. In that case, PLS is used as a conventional quantitative prediction tool instead of a classification method. The challenge here is more in the sample preparation and measurement than in the data analysis, i.e., how to prepare representative training tablets for imaging. A preliminary quantitative model was built by adding an API/excipient mixture data set into the PLS training set. This allowed some of the spectral nonlinearity to be modeled with an additional PLS factor, providing a partial improvement in API quantification.

For the purposes of this study, however, it was not necessary to provide absolute quantification of the API content within a sample. High-performance liquid chromatography (HPLC) analytical methods are available with sufficient sensitivity to quantify the API below 0.5% w/w. Raman was needed only to provide estimation of the ratio of API forms in tablets. Thus, due to the significant savings it represented in experimental time over the projected requirements for mixture analysis, the pure component PLS model was deemed sufficient despite over-prediction of absolute API content.

**Raman Image Analysis.** Figure 3 shows a series of PLS prediction images generated from an approximately 920 $\mu$m $\times$ 900 $\mu$m Raman map collected from the chiseled surface of a tablet containing 0.5% (w/w) API form III. Each image comprises 12 099 pixels (111 $\times$ 109) with a lateral $(x, y)$ spatial resolution of 8.3 $\mu$m $\times$ 8.3 $\mu$m per pixel. An image of PLS prediction values is generated for each class in the PLS library, with values near zero (black) representing low contribution from a component and values near one (white) representing high contribution. The PLS prediction images provide the spatial distributions of the various components within a sample. In many cases, regions of an image may be dominated by contributions from a single component. It should be noted that images often cannot differentiate between one large particle, agglomerated particles, or particles simply residing (but not bound) adjacent to each other within the matrix. Thus, distribution within a chemical image is often described in terms of the "domain" size rather than the particle size of the material.

The distribution images of the two diluents (Fig. 3) are observed to be roughly complementary, consistent with the fact that together they represent more than 95% of the tablet mass. The API form III prediction image shows small, homogenously distributed domains of drug, indicating that excellent blend uniformity was achieved prior to tablet compression. No response is observed in the images for API forms I or II. The absence of these forms provides evidence of the stability of form III throughout the tablet manufacturing process.

The effects of API particle size were also studied (Table I). Raman maps were acquired from tablets produced using API materials of differing size. Binarized PLS prediction images for API form III were generated to facilitate calculation of the relative domain size distributions of the active component. While absolute particle sizes could not be determined from the images (*see above*), relative API domain size changes above the spatial resolution of the image (8.3 $\mu$m) could be detected.

Figure 4 shows a series of binarized PLS prediction images for API form III in tablets produced using API process 1 (top row) and process 2 (bottom row). Binary images were created using a contribution threshold value of 0.8. Tablets known to lack API form III rarely displayed pixel prediction values above 0.2 (Figs. 5–7). By setting a higher binary threshold, only the 1–2% of image pixels with strongest form III contribution were assigned as active for domain sizing purposes. This approach was eventually superceded by a more rigorous Euclidean distance classification approach (*see below*). However, the utilization of a consistent threshold for

TABLE I.   Comparison of laser diffraction (ingoing API) and Raman mapping (tablets) estimates of API size.

| API process | Laser diffraction $D(v, 0.5)$ | Laser diffraction $D[4, 3]$ | Image analysis Mean equiv. $D$ | Laser diffraction $D(v, 0.9)$ | Image analysis Largest 10%[a] | % Image area |
|---|---|---|---|---|---|---|
| 1 | 11 | 14 | 12.9 | 32 | 22.4 | 1.4 |
| 1 | 8 | 10 | 13.2 | 23 | 24.5 | 1.2 |
| 2 | 29 | 33 | 21.5 | 68 | 47.9 | 1.8 |
| 2 | 25 | 29 | 23.6 | 60 | 50.4 | 2.0 |

[a] Represents the mean equivalent diameter of the largest ten percent of particles within the image.

PFZ04170516



FIG. 4. Inversely binarized PLS prediction images showing API domains (black) in tablets containing material from API manufacturing process 1 (top row) and process 2 (bottom row). The binary color scale was inverted to highlight fine particles.

API form III PLS prediction values was found to be sufficient for assessment of relative size changes.

The images corresponding to the finer API material (Fig. 4, top) display a markedly smaller domain size than observed for the API produced with the larger particle size specification. Table I summarizes the laser diffraction (Malvern wet sample dispersion) particle size and Raman image domain size statistics (calculated using ISys™ software from Spectral Dimensions) for four separate lots of API. Two of the API lots were generated at each separate particle size specification range and subsequently used in the production of tablets. The laser diffraction data from the first two lots of API produced indicate a low median particle size, or $D(v, 0.5)$, value of 8–11



FIG. 6. Histograms of image PLS prediction values (x-axis) for a tablet containing API form II.

μm. In contrast, the $D(v, 0.5)$ values for the other two lots of API were significantly larger (25–29 μm). A corresponding increase in the mean equivalent diameter was observed for the API domains in the tablet Raman images, from approximately 13 μm to 21–23 μm. Furthermore, an increase in the largest particles in the API lots, reflected in the $D(v, 0.9)$ value increase from 23–32 μm to 60–68 μm, occurred as a result of the increased particle size specification. The statistics generated from laser diffraction measurements typically represent thousands of particles. Since the Raman images contain a much smaller number of domains, any comparison of numerical statistics between the two techniques is tentative at best. Additionally, the fine particles in many formulations may fall below the pixel resolution of the Raman image. However, analysis of the largest 10% of domains within a given image provides a metric that appears sensitive to the increased size of the large particles in the ingoing API lots. The size of the



FIG. 5. Histograms of image PLS prediction values (x-axis) for a tablet containing API form I.



FIG. 7. Histograms of image PLS prediction values (x-axis) for a tablet containing API form III.

PFZ04170517



Fig. 8. Pixels from a tablet containing API form I projected onto a PLS score sub-space defined by the pure components.

largest 10% of API domains within the Raman images was observed to increase from approximately 22–25 μm to 48–50 μm.

Formulation component domain size statistics estimated from Raman images, not surprisingly, are observed to differ in absolute value from laser diffraction data. However, the trend in the Raman image domain sizes correctly reflects the increased mean particle size as measured by laser diffraction resulting from the new API particle size specification. This shows potential for the use of chemical imaging as a process and formulation development support tool, in that the impact of upstream process changes may be directly assessed through analysis of the final dosage form via imaging.

**Active Pharmaceutical Ingredient Form Analysis.** The presence or absence of particular API forms within a Raman map obtained from a tablet becomes evident when the individual pixel PLS prediction values are displayed in histogram form. Histograms potentially provide more objective API signal contribution information than false color images, which can be biased by outlier pixels. Additionally, in large



Fig. 9. Pixels from a tablet containing API form II projected onto a PLS score sub-space defined by the pure components.



Fig. 10. Pixels from a tablet containing API form III projected onto a PLS score sub-space defined by the pure components.

images it was found difficult to reliably locate and count a small number of individual pixels representing polymorphic impurities, whereas histograms provide ease of detection for these types of responses. For a tablet containing API form I (Fig. 5), the pixels in the forms II and III prediction value histograms are randomly distributed, as expected, in a Gaussian pattern centered around zero. In contrast, the pixel responses for API form I from the same tablet show a highly skewed distribution, with a tail that extends to high concentration values. The "tail" pixels in this case represent microscopic regions on the tablet surface with relatively high API form I spectral contributions (i.e., high relative API concentration). When additional tablets containing API of form II (Fig. 6) or form III (Fig. 7) are analyzed in a similar manner, complementary histogram patterns are obtained. For the tablet containing form II, the form II histogram shows skew to high values, while the forms I and III histograms indicate zero response. For the tablet containing form III, the form III histogram is the only one to show a positive (i.e., skewed distribution) response. These results demonstrate excellent specificity of the PLS method for classification of individual tablet Raman spectra.

Partial least squares effectively projects high-dimensional Raman spectra (577 spectral channels) onto a four-dimensional space. Figures 8 through 10 show the PLS score plot on the space spanned by the first three PLS latent variables. Five pure components form a prism shape in this three-dimensional projection with three API forms at three distinct vertices and two diluent excipients overlapping at the fourth vertex. Due to spectral mixing, the Raman spectra collected from tablets were found to be distributed continuously throughout the PLS score space between the clusters defined by the pure components in the model (Figs. 8–10). Similarly, spectral mixing produces overlapped distributions of pixel intensities in the image histograms (Figs. 5–7) rather than discrete lines at zero and one. Thus, to perform tablet pixel assignments an additional classification algorithm was necessary to provide objective thresholding of these continuous distributions. For the purposes of this study (i.e., relative API form content assessment), it was found that satisfactory results could be obtained with a straightforward minimum Euclidean distance (ED) classifier.[34]

PFZ04170518

**TABLE II.** Classification results from tablets containing 0.5 (w/w) of one API form.

| Tablet | Sample | Surface | No. pixels | I | II | III | % API in image |
|---|---|---|---|---|---|---|---|
| 1 mg form I | 1 | 1 | 1681 | 130 | 0 | 0 | 7.7 |
| 1 mg form I | 1 | 2 | 1681 | 243 | 0 | 0 | 14.5 |
| 0.5 mg form I | 2 | 1 | 1681 | 80 | 0 | 0 | 4.8 |
| 0.5 mg form I | 2 | 2 | 1681 | 96 | 0 | 0 | 5.7 |
| 1 mg form I | 3 | 1 | 1681 | 64 | 0 | 0 | 3.8 |
| 1 mg form I | 4 | 1 | 12 099 | 770 | 0 | 0 | 6.4 |
| 0.5 mg form I | 5 | 1 | 12 099 | 370 | 0 | 0 | 3.1 |
| | | | | | | AVE | 6.6 |
| 1 mg form II | 1 | 1 | 1681 | 0 | 68 | 0 | 4.0 |
| 1 mg form II | 1 | 2 | 1681 | 0 | 38 | 0 | 2.3 |
| 0.5 mg form II | 2 | 1 | 1681 | 0 | 101 | 0 | 6.0 |
| 0.5 mg form II | 2 | 2 | 1681 | 0 | 23 | 0 | 1.4 |
| 0.5 mg form II | 2 | 2 | 1681 | 0 | 33 | 0 | 2.0 |
| 0.5 mg form II | 2 | 3 | 1681 | 0 | 25 | 0 | 1.5 |
| 1 mg form II | 3 | 1 | 12 099 | 0 | 401 | 0 | 3.3 |
| 1 mg form II | 3 | 2 | 12 099 | 1 | 371 | 0 | 3.1 |
| 1 mg form II | 3 | 3 | 12 099 | 0 | 677 | 0 | 5.6 |
| | | | | | | AVE | 3.2 |
| 0.5 mg form III | 1 | 1 | 1681 | 0 | 0 | 66 | 3.9 |
| 0.5 mg form III | 1 | 2 | 1681 | 0 | 0 | 41 | 2.4 |
| 1 mg form III | 2 | 1 | 1681 | 0 | 0 | 124 | 7.4 |
| 1 mg form III | 2 | 2 | 1681 | 0 | 0 | 92 | 5.5 |
| 0.5 mg form III | 3 | 1 | 1681 | 0 | 0 | 79 | 4.7 |
| 1 mg form III | 4 | 1 | 12 099 | 0 | 0 | 762 | 6.3 |
| 1 mg form III | 4 | 2 | 12 099 | 0 | 0 | 595 | 4.9 |
| 1 mg form III | 4 | 3 | 12 099 | 0 | 0 | 675 | 5.6 |
| 1 mg form III | 4 | 4 | 12 099 | 0 | 0 | 796 | 6.6 |
| 1 mg form III | 5 | 1 | 12 099 | 0 | 0 | 731 | 6.0 |
| 1 mg form III | 5 | 2 | 12 099 | 1 | 0 | 824 | 6.8 |
| | | | | | | AVE | 5.5 |

**Euclidean Distance Classification of "Pure" Tablets.** A series of test tablets were prepared to evaluate the accuracy of the ED classification approach for multi-component samples. Tablets containing API of either form I or II in both 0.5 mg and 1.0 mg dosage strengths (100 mg and 200 mg total tablet weights, respectively) were prepared at laboratory scale. Tablets containing form III were also produced and stored at 5 °C prior to analysis. Each tablet contained 0.5 (w/w) of one solid form of the API. Several tablets of each type were analyzed, and most tablets were sectioned at least twice to produce independent surfaces for comparison of Raman microscopy results.

Euclidean distance classification results are shown in Table II. Thirteen separate tablets of all types were sectioned and scanned to produce 27 separate Raman maps totaling 159 985 pixels. Of those, 8277 pixels (5.2%) were classified as one of the three forms of API using a minimum ED classifier, representing a 10-fold over-prediction of the target tablet API content (0.5% w/w). This results from the strong Raman scattering cross-section observed for the crystalline API forms relative to that of the weakly scattering diluents in the tablets. Since the spectral library did not contain mixtures of components, the PLS predictions and corresponding ED classification results are biased by the disproportionate strength of the API signal. Furthermore, as the intent of the classification was to characterize relative percent contents of the different API forms, the total API content was not of concern.

The results in Table II demonstrate high accuracy with respect to correct API form recognition. In all Raman maps for which ED classification was performed (seven maps of tablets containing 0.5% w/w form I; nine maps of tablets containing 0.5% w/w form II; eleven maps of tablets containing 0.5% w/w form III), the correct API form was assigned in each case. Of the 8277 API pixels identified across the sample set, only two pixels were classified as corresponding to a form not expected to be present in the particular tablets in question. Examination of the raw Raman spectra corresponding to these two pixels revealed that one (form II tablet 3, surface 2) appeared to have been misclassified due to a low signal-to-noise ratio. The second pixel (form III tablet 5, surface 2), however, was clearly a correct assignment. This is most likely indicative of a small amount of form impurity in the polymorph reference samples used to manufacture the test tablets. These impurities would not have been readily observed in the smaller training set of spectra, which contained 3081 total pixels for all three API forms. If the first pixel is treated as the only true misclassification, the error rate in API form recognition may be approximated at 0.01% (i.e., 1 pixel out of 8277).

**Classification of Mixture Tablets.** One potential challenge for an API classification method for drug product is to detect small amounts of form conversion during processing, storage, or stability testing. To appropriately challenge the classification methodology against this type of sample, a set of tablets were produced containing all three API forms in a 1:1:8 ratio of I:II:III (but still with a total API content of 0.5% w/w). These tablets represent a limit check for the classification method: can 10% (relative) conversion of the low dosage API be detected reproducibly in the final tablets?

As shown in Table III, PLS coupled with ED classification identified pixels of API forms I, II, and III in the mixture tablets, consistent with expectations based on the sample

PFZ04170519

**TABLE III. Classification results from tablets containing a mixture of API forms I, II, and III.**

| Sample | Surface | No. pixels | I | II | III | % I | % II | % III | Ratio I | Ratio II | Ratio III |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 mg (1) | 1 | 4961 | 36 | 21 | 388 | 0.73 | 0.42 | 7.8 | 8 | 5 | 87 |
| 0.5 mg (1) | 2 | 4960 | 26 | 25 | 411 | 0.52 | 0.50 | 8.3 | 6 | 5 | 89 |
| 1 mg (2) | 1 | 2501 | 13 | 17 | 181 | 0.52 | 0.68 | 7.2 | 6 | 8 | 86 |
| 1 mg (3) | 1 | 1679 | 8 | 6 | 95 | 0.48 | 0.36 | 5.7 | 7 | 6 | 87 |
| 1 mg (3) | 2 | 1681 | 2 | 7 | 115 | 0.12 | 0.42 | 6.8 | 2 | 6 | 93 |
| 1 mg (2) | 2 | 12 099 | 4 | 51 | 371 | 0.03 | 0.42 | 3.1 | 1 | 12 | 87 |
| 1 mg (2) | 3 | 12 099 | 37 | 12 | 394 | 0.31 | 0.10 | 3.3 | 8 | 3 | 89 |
| AVE | | | | | | 0.39 | 0.41 | 6.0 | 6 | 6 | 88 |
| RSD | | | | | | 64% | 42% | 35% | | | |

makeup. Similar to the images generated using PLS prediction values alone (Fig. 3), the ED classification images (Fig. 11) indicate that diluent-1 is present in large domains scattered throughout the diluent-2 matrix, while the small domains of API form III are distributed homogenously throughout the images. There are also several domains of API forms I and II identified in each image. The very low content (0.05% w/w) of these two components in the tablets made representative sampling challenging. The mixture tablet set was prepared at small scale in the laboratory. At this scale, it was difficult to gauge the homogeneity of the 0.05% (w/w) API form I and II components during powder and tablet processing. This is reflected in the variable number of pixel responses for forms I



FIG. 11. Euclidean distance classification results for Raman maps of mix sample 2, (**top**) surface 2 and (**bottom**) surface 3 (green = I; blue = II; cyan = III; orange = diluent 1; red = diluent 2). Pixel size is 8.3 μm, and image size is approximately 920 μm × 900 μm (12 099 pixels).

and II (from surface to surface) compared to those for form III, which was present at higher (0.4% w/w) levels in the tablets sampled.

Despite the variability in form I and II response levels, the key to the results in Table III is that the presence of these 0.05% w/w polymorphic impurities was detected in each and every image at the level of scrutiny used. The specific level of scrutiny varied with the size and spatial resolution of the Raman maps: 12 099-pixel line-scan maps over 920 μm × 900 μm at 8.3 μm resolution; 1681-pixel point maps over 1 mm × 1 mm and a 2501-pixel point map over 1 × 1.5 mm with a 25 μm *x*,*y* step-size; and 4961-pixel point maps over 4 mm × 6 mm with a 50 μm *x*,*y* step-size. By sampling several surfaces, the API form I and II components yielded enough pixel responses for an estimate of relative tablet API content to be made. The average API form I:II:III ratio for all surfaces scanned from the mixture tablets was 6:6:88, only slightly deviated from the target ratio of 10:10:80. The slight error in ED classification ratio could be due to inhomogeneous mixing of the form I and II components, which were spiked into the form III blend. Alternatively, these numbers may represent the true ratio of the Raman scattering cross-sections of the different API crystalline forms.

## CONCLUSION

Raman spectroscopy is a highly specific, sensitive technique for characterization of the polymorphs of active pharmaceutical ingredients, both in their pure form and in dosage matrices. High magnification Raman spectroscopic mapping provides the spatial distributions and domain sizes of the API (even at low dosage levels) and the excipient formulation components. These images are certainly sensitive to blend homogeneity issues, and have additionally been shown in this study to be sensitive to changes in the particle size distribution of the API used to manufacture tablets. The images produced thus may be used to assess the downstream impact (i.e., in drug product) of process changes affecting the API size and/or quality.

Further, quantification of the extent of polymorph conversion in pharmaceutical tablets containing low doses of highly potent drug molecules presents a serious challenge to current analytical testing methods. Raman microscopic mapping, combined with multivariate data analysis and classification algorithms, provides scrutiny and recognition of polymorph identity at or approaching the level of individual API particles in the tablet matrix. While the logistical challenges associated with quantification of absolute concentrations within even a single tablet are formidable, Raman mapping has shown great promise for being able to establish the upper bounds for the

PFZ04170520

amount of API polymorph conversion occurring within a tablet upon stability testing. For the samples described herein, an upper limit of 0.05% (w/w) total content of the undesired polymorphs could be established using Raman mapping. However, the true limit of detection for Raman microscopic mapping has not been assessed. In some ways, the LOD for Raman microscopy is simply an inverse function of time and the total number of pixels scanned. From this perspective, this study has rather conservatively demonstrated that 0.05% w/w of a polymorphic impurity may be repeatedly detected in a pharmaceutical tablet using Raman microscopy.

Beyond the simple ability to count the numbers of converted pixels, particles, or domains of API in tablets, use of Raman mapping provides additional spatial distribution information valuable to analysts. Raman maps serve as powerful indicators of the degree of matrix homogeneity and provide component domain sizes that can be used to identify aggregation issues. Further, the spatial distribution of particles undergoing polymorph conversion throughout a tablet may be determined, as well as the locations of the affected pixels relative to other excipients. This provides a powerful gauge of drug-excipient interactions, increasing formulation understanding and perhaps leading to an increased ability to predict stability behavior.

As pharmaceutical products continue to evolve toward lower dosage levels, the ability to ensure API polymorph identity, spatial homogeneity, and stability information in drug product becomes increasingly challenging. This provides incentive for expanded use and further development of Raman mapping as a technique for pharmaceutical analysis.

## ACKNOWLEDGMENTS

The authors would like to acknowledge the contributions of the following people: Sonja Sekulic for conceptual input; Peter Drapa, Andrew Palm, and Angela Liu for data acquisition support; Weili Yu and Melody Treadway for particle sizing data; Mark Berry and Gregory Steeno for statistical analysis discussions; Thomas Vendola and Sara Moses for tablet production; and Robert Timpano, William Arikpo, and Amy Orce for polymorph samples and tablet supplies.

1. J. K. Habelian and W. J. McCrone, J. Pharm. Sci. 58, 911 (1969).
2. D. Singhal and W. Curatolo, Adv. Drug Delivery Rev. 56, 335 (2004).
3. Anonymous, International Conference on Harmonisation: guidance on Q6A specifications: test procedures and acceptance criteria for new drug substances and new drug products: chemical substances. Federal register 65(251), 83041 (2000).
4. A. C. Williams, et al., Int. J. Pharm. 275, 29 (2004).
5. D. S. Hausman, R. T. Cambron, and A. Sakr, Int. J. Pharm. 299, 19 (2005).
6. G. A. Stephenson, R. A. Forbes, and S. M. Reutzel-Edens, Adv. Drug Delivery Rev. 48, 67 (2001).
7. H. G. Brittain, Am. Pharm. Rev. 5, 74 (2002).
8. D. E. Bugay, Adv. Drug Delivery Rev. 48, 43 (2001).
9. T. J. Offerdahl and E. J. Munson, Am. Pharm. Rev. 7, 109 (2004).
10. I. Jedvert, M. Josefson, and F. Langkilde, J. Near Infrared Spectrosc. 6, 279 (1998).
11. A. Van Overbeke, W. Baeyens, and W. Van den Bossche, Vib. Spectrosc. 9, 121 (1995).
12. G. Torrado, A. García-Arieta, F. de los Ríos, J. C. Menéndez, and S. Torrado, J. Pharm. Biomed. Anal. 19, 285 (1999).
13. S. S. Thosar, R. A. Forbess, N. K. Ebube, Y. Chen, R. L. Rubinovitz, M. S. Kemper, G. E. Reier, T. A. Wheatley, and A. J. Shukla, Pharm. Dev. Technol. 6, 19 (2001).
14. S. G. Skoulika and C. A. Georgiou, Appl. Spectrosc. 55, 1259 (2001).
15. M. Dyrby, S. B. Engelsen, L. Nørgaard, M. Bruhn, and L. Lundsberg-Nielsen, Appl. Spectrosc. 56, 579 (2002).
16. P. J. Hendra, Am. Lab. 28, 17 (1996).
17. L. S. Taylor and F. W. Langkilde, J. Pharm. Sci. 89, 1342 (2000).
18. G. McGeorge, Am. Pharm. Rev. 6, 94 (2003).
19. F. Clarke, M. J. Jamieson, D. A. Clark, S. V. Hammond, R. D. Jee, and A. C. Moffat, Anal. Chem. 73, 2213 (2001).
20. J. Breitenbach, W. Schrof, and J. Neumann, Pharm. Res. 16, 1109 (1999).
21. M. Malecha, C. Bessant, and S. Saini, Analyst (Cambridge, U.K.) 127, 1261 (2002).
22. S. Sasic, D. A. Clark, J. C. Mitchell, and M. J. Snowden, Analyst (Cambridge, U.K.) 129, 1001 (2004).
23. L. Zhang, M. J. Henson, and S. S. Sekulic, Anal. Chim. Acta 545, 262 (2005).
24. L. Zhang and M. J. Henson, Pfizer Global R&D, Groton, CT, unpublished results (2005).
25. M. Baker and W. Rayens, J. Chemom. 17, 166 (2003).
26. D. Picque, P. Lieben, G. Corrieu, R. Cantagrel, O. Lablanquie, and G. Snakkers, J. Agric. Food Chem. 54, 5220 (2006).
27. S. Navea, R. Tauler, E. Goormaghtigh, and A. de Juan, Proteins: Structure, Function, and Bioinformatics 63, 527 (2006).
28. U. Lutz, R. W. Lutz, and W. K. Lutz, Anal. Chem. 78, 4564 (2006).
29. W. F. Pearman and A. W. Fountain III, Appl. Spectrosc. 60, 356 (2006).
30. P. M. Ramos and I. Ruisanchez, Anal. Chim. Acta 558, 274 (2006).
31. S. Masoum, D. Jouan-Rimbaud Bouveresse, J. Vercauteren, M. Jalali-Heravi, and D. N. Rutledge, Anal. Chim. Acta 558, 144 (2006).
32. R. Carlson and H. Gautun, Chemom. Intell. Lab. Syst. 78, 113 (2005).
33. M. J. Henson and L. Zhang, presented at the Institute for International Research Conference on Implementation of Process Analytical Technologies in the Pharmaceutical and Biotech Industries (Washington, D.C., February 2003).
34. R. G. Bereton, Chemometrics: Data Analysis for the Laboratory and Chemical Plant (John Wiley and Sons, New York, 2003).
35. S. E. Bell, J. R. Beattie, J. J. McGarvey, K. L. Peters, N. M. S. Sirimuthu, and S. J. Speers, J. Raman Spectrosc. 35, 409 (2004).
36. H. Wikström, I. R. Lewis, and L. S. Taylor, Appl. Spectrosc. 59, 934 (2005).
37. M. Schulmerich, W. F. Finney, R. A. Fredricks, and M. D. Morris, Appl. Spectrosc. 60, 109 (2006).

PFZ04170521