IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>*Defendants.* | C.A. No. 23-879-GBW-CJB<br>(Consolidated) |

**EXHIBITS 25-30 TO DEFENDANTS HIKMA PHARMACEUTICALS USA INC.'S AND CIPLA LIMITED'S REPLY BRIEF IN SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN INFRINGEMENT TESTIMONY OF ADAM MATZGER, PH.D.**

SMITH, KATZENSTEIN
& JENKINS, LLP
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Defendant Cipla Limited*

HEYMAN ENERIO
GATTUSO & HIRZEL LLP
Dominick T. Gattuso (# 3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Attorney for Defendant Hikma Pharmaceuticals USA Inc.*

*Of Counsel:*

Stuart D. Sender
Frank Rodriguez
Amlan Ray
Joshua I. Miller
WINDELS MARX LANE &
MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940

*Of Counsel:*

Jeffrey S. Ward
Emer L. Simic
Charlie K. Shih
NEAL, GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, IL 60606

Date: February 5, 2026