# EXHIBIT 25

# Drug Characterization in Low Dosage Pharmaceutical Tablets Using Raman Microscopic Mapping

**MARK J. HENSON\* and LIN ZHANG**

*Pfizer Analytical R&D, Groton, Connecticut 06340*

Raman micro-spectroscopic mapping is utilized to analyze pharmaceutical tablets containing a low concentration (0.5% w/w) of active pharmaceutical ingredient (API). The domain sizes and spatial distributions of the API and the major excipients are obtained. Domain size of the API is found to be dependent upon the particle size distribution of the ingoing API material, making the Raman maps good indicators of the source of API used in tablet manufacturing. Multivariate classification was performed to simultaneously check for the presence of two undesired API polymorphs within tablets. Raman mapping was demonstrated capable of detecting in the tablet matrix as little as 10% form conversion of the low-dosage (0.5% w/w) API, which is equivalent to detection of a 0.05% w/w polymorphic impurity. Overall, the information provided by Raman micro-spectroscopic mapping was found to have potential utility for manufacturing process optimization or predictive stability assessments.

Index Headings: Raman spectroscopy; Raman mapping; Pharmaceuticals; Polymorph; Chemometrics; Euclidean distance; Classification.

## INTRODUCTION

The efficacy of many pharmaceutical tablets is understood to be dependent upon the properties of the active pharmaceutical ingredient (API). The particle size and solid-state form (i.e., polymorph or solvate/pseudopolymorph) of the API, as well as its spatial distribution within the excipient matrix, are all influential in determining the solubility, dissolution rate, bioavailability, and stability of the final product.[1,2]

For a polymorphic API with differences in solubility, stability, or melting point, acceptance criteria for polymorphic content in drug substance must be set.[3] However, the properties of the isolated API may not accurately reflect its identity and behavior in complex dosage matrices. Depending upon the specifics of the drug product process, the API form may undergo transformation during manufacturing and/or storage.[4,5] However, determination of the API form in the presence of interfering excipients can be quite challenging. Consequently, ICH Q6A allows specifications to be set around performance testing (e.g., dissolution) of the dosage form itself when there is a big enough influence from the properties of the different API forms for the test to be representative of total polymorphic content. The guidance recommends monitoring, where technically possible, the polymorph form during stability testing of drug product if: (1) the safety or efficacy is determined by the specific API form; and (2) the performance test (e.g., dissolution) is not specific enough to detect polymorph transformation. In a case where a pharmaceutical product shows the potential for polymorphism that affects safety/efficacy, but cannot be screened for simply by running a drug product performance test, the analyst may develop a polymorph quantification method for drug product.

Pharmaceutical dosage form matrices and the corresponding API concentrations and properties can vary significantly, and each represents its own set of challenges for polymorph analysis. An emerging trend in pharmaceuticals is the use of high-potency API molecules present in low concentrations (<1% w/w) in the final dosage form. The high potency arises from targeted molecular engineering to increase the specificity of binding and to reduce drug side effects. Increased potency translates into lower dosage levels for efficacy and potentially significant challenges for polymorph characterization.

Determination of polymorphic content of isolated drug substance is typically straightforward with a wide array of instrumentation:[6–9] powder X-ray diffraction (PXRD), differential scanning calorimetry (DSC), thermal gravimetric analysis (TGA), polarized light microscopy, vibrational spectroscopy (Raman, mid-infrared, near-infrared (NIR)), and solid-state nuclear magnetic resonance (SSNMR) spectroscopy. However, the applicability of many of these techniques either falls off rapidly at low API levels (e.g., PXRD) or is dependent upon specific molecular structure/property rules (e.g., SSNMR).

Vibrational spectroscopic techniques (mid-infrared, near-infrared, Raman) have also been applied to the quantification of the active component in pharmaceutical tablets.[10–15] While NIR is particularly good at differentiating between solvates and pseudo-polymorphs, it lacks the specificity to discriminate between some true polymorphs due to the fact that it primarily probes the broadened vibrational combination and overtone bands of molecules. Infrared spectroscopy is better suited for polymorph identification, as it probes asymmetric fundamental vibrational modes, providing molecular "fingerprint" spectra rich in structure and configuration information. However, API characterization using IR is problematic at low concentrations due to competing excipient signals.

In contrast, Raman spectroscopy combines API form sensitivity and specificity. The most intense Raman absorptions arise from totally symmetric molecular vibrational modes. Many API molecules contain aromatic functional groups with symmetric vibrational modes, while most pharmaceutical excipients lack aromaticity. Additionally, an API may crystallize with high lattice symmetry, while many excipients (lactose being a notable exception) are amorphous. For these reasons, Raman spectroscopy can provide sensitive API detection in excipient matrices.[16] Furthermore, a number of well-resolved fundamental intra- and/or intermolecular stretching and bending modes are typically observed in API Raman spectra, allowing for solid-state form determination. Taylor and Langkilde[17] demonstrated the ability of Raman to detect as little as 5% polymorphic impurity in a tablet containing 25%

---

Received 31 May 2006; accepted 15 August 2006.
\* Author to whom correspondence should be sent. E-mail: mark.henson@pfizer.com

Volume 60, Number 11, 2006        0003-7028/06/6011-1247$2.00/0
© 2006 Society for Applied Spectroscopy        APPLIED SPECTROSCOPY    1247

(w/w) API, representing a limit of detection (LOD) of 1.25% (w/w, total).

Vibrational microscopy has the additional advantage of being able to perform spatially resolved raster scans of a sample surface to build up chemical images representing the spatial distribution of one or more sample components. Raman microscopic mapping, in particular, has been successfully applied to the analysis of pharmaceutical samples.[18,20] In particular, the individual Raman spectra may be utilized to assign the solid-state form of the API present, while the spatial distribution information can be used to assess sample homogeneity and potential aggregation issues. Raman utilizes laser sample illumination, with diffraction-limited laser spot diameters varying from a few hundred nanometers to upwards of about a micrometer. This allows for the collection of spectral maps with high lateral spatial resolution relative to the sizes of most pharmaceutical ingredients. Combined with motorized X-Y-Z stages, this allows for the automated collected of large data sets comprising hundreds to tens of thousands of spectra. Due to the volume of data that can be collected in such a manner, as well as the high degree of correlation and overlap that typically exists in the spectral responses, it is often highly advantageous to employ multivariate algorithms to extract component identity and spatial distribution information.[21,23]

This report describes the application of Raman microscopic mapping to the analysis of a pharmaceutical tablet containing an extremely low dose (0.5% w/w) of a highly potent API known to have three different solid-state forms. Classification was performed on the Raman maps to recognize the pixel spectra corresponding to the API and assign each to one of the three solid-state forms known to exist for the API. In this way, Raman microscopy was utilized as a sensitive method of assessing partial transformation of a low-concentration API during tablet manufacture or stability testing. Additionally, the Raman images produced allowed the spatial distribution of the API in the final dosage form to be assessed as a function of a change in the particle size distribution of the ingoing API material used in the tablet manufacturing process.

## EXPERIMENTAL

**Sample Preparation.** Pure component powders were gently compressed into aluminum well holders and leveled with a micro spatula to provide smooth surfaces for spectral mapping. The wells were affixed to glass microscope slides with two-sided tape. Slides were clamped into the motorized XYZ stage of the Raman microscope.

Film-coated tablets of two separate dosage strengths were produced to contain 0.5% w/w of the API form III (anhydrous). Tablet cores of both strengths containing two other forms of the API (monohydrate I and anhydrous II) were produced using an identical process at laboratory scale. Tablets were affixed to sample holders with a small amount of epoxy resin adhesive applied to the bottom surface of the tablets. Sample dissection was performed using a specially designed ultrasonic tablet chisel to expose the interiors of tablets to spectroscopic analysis and to produce smooth, flat surfaces for mapping. Typically two to four separate surfaces were scanned for each tablet to demonstrate reproducible sampling.

**Instrumental Setup.** Raman spectra were collected using a Renishaw Raman Microscope (System 1000) and WiRE 2.0 (SP7) software (Renishaw PLC, Gloucestershire, U.K.). Excitation was performed using a high-powered NIR diode laser (785 nm) providing approximately 50 mW of laser power at the sample. A 50× microscope objective (Leica Microsystems GmbH, Wetzlar, Germany) with NA 0.55 and a working distance of 8 mm was utilized for collection of all spectral data. This objective lens provided, alternately, either a focused laser spot approximately 1–5 micrometers in diameter or a laser line approximately 25 micrometers in length. A cylindrical lens was utilized to provide a consistent line focus. A kinematically mounted holographic notch filter was utilized for Rayleigh light rejection. The premonochromator slit was set to a width of 50 micrometers. A 1200 grooves/mm dispersive grating on a rotating filter mount, combined with a thermo-electrically cooled, $288 \times 577$ element silicon charged-coupled device (CCD) detector, resulted in a spectral resolution of approximately 2 $cm^{-1}$.

Spectrometer calibration was performed each day using the 520 $cm^{-1}$ Raman band of a silicon wafer for reference. After calibration, the grating was held in a fixed position throughout data collection.

A static Raman spectral window of 462–1040 $cm^{-1}$ was determined to provide optimal balance between API form specificity and speed of data acquisition. Tablet spectral acquisition times were typically between 5 and 10 seconds per pixel. A motorized XY stage (H101; Prior Scientific, Cambridge, U.K.) allowed samples to be rastered beneath the excitation beam to build up an array of spectra spanning a two-dimensional region of interest (ROI) on the sample surface. ROI's comprised 10 to 441 spectra for pure materials and 1681 to 12 099 spectra for tablet samples. Data acquisition times ranged from several minutes for excipient maps containing ten spectra to nearly 24 hours for the largest tablet maps.

**Data Analysis.** Spectral processing and analysis was performed using ISys v.3.1.1.14 (Spectral Dimensions, Olney, MD) and Matlab v.7.1.0.246 release 14, SP3 (Mathworks, Natick, MA).

Effects from variation in the dispersive x-axis values from day to day were minimized by using a custom spectral interpolation algorithm written in Matlab. Additionally, cosmic ray peaks were filtered from the Raman data using a nearest neighbor substitution approach that will be described in a separate paper.[24]

Spectra were pretreated using a second-derivative (Savitzky–Golay, 13-point width), followed by vector normalization. The second derivative was found to effectively remove baseline fluctuations from the spectra and improve image contrast and fidelity, while subsequent normalization removed intensity differences between spectra.

A five-class spectral library was constructed using scans of pure powder reference samples: (1) API form I, (2) API form II, (3) API form III, (4) diluent-1, and (5) diluent-2. Each API class consisted of seven separate maps acquired on separate days spread over a 14 month period, totaling over 1020 pixels per API form. Additionally, each of the two diluent classes consisted of six separate map files totaling 575 pixels. The remaining tablet components—magnesium stearate (lubricant), glidant, etc.—made up only 3% w/w of the formulation. Preliminary data modeling efforts included all formulation components, but several of the minor components were found to have minimal contributions to the Raman spectra obtained from real tablets irrespective of spectral processing. These components were excluded from the library. Subsequently, a target matrix was constructed such that each row of the matrix

Case 1:23-cv-00879-GBW-CJB    Document 290-1    Filed 02/05/26    Page 4 of 10 PageID #: 3513



Fig. 1. Powder Raman spectra of the three solid-state forms of the API: I, II, and III.



Fig. 2. Raman spectra of diluents 1 (- - -) and 2 (——).

was a five-element vector consisting of a 1 for the in-class component and 0's for the out-of-class components. Note that in contrast to conventional quantitative modeling, the target matrix in this case is not a concentration matrix but a dummy matrix consisting of 1 and 0.

A partial least squares (PLS) model was constructed from the library spectra. Originally designed as a multivariate data analysis tool for regression analysis, PLS has recently found increasing applications for classification. Formal statistical explanation has been given to show the advantage of using PLS for discriminant analysis.[25,32] After mean centering, it was found that 85.0% of the spectral (x-block) variance was described by the first four PLS factors, while 98.1% of the target matrix (y-block) variance was described.

When PLS is used, final classification can be accomplished by two pathways, i.e., using PLS prediction values directly or applying further classification rules on PLS scores. Both approaches were utilized in this study. PLS prediction values were used to interpret initial results. In this case, an arbitrary threshold can be applied on PLS prediction values to assign class membership. Furthermore, in image analysis, the average statistical behavior of PLS prediction values among all pixels provides quantitative information. For example, when applying an adequately trained PLS model on a homogeneous sample, the mean of PLS prediction values from representative pixels approximates the concentration for that component.[33] However, deviation in prediction can be introduced due to sub-sampling, nonlinear spectral response, etc. Due to spectral mixing in the system (i.e., individual pixels contain signal from more than one component), initial tests showed that direct use of PLS prediction values is inadequate for final classification in this study. Thus, additional classification was performed utilizing a minimum Euclidean distance (ED) classifier implemented in Matlab to assign class membership to tablet pixels based on their locations in PLS space relative to the pure class centers.[34]

### RESULTS AND DISCUSSION

Raman spectra of pure samples of API forms I, II, and III are shown in Fig. 1. For each API form, a distinct shift pattern is observed for the intense peaks observed between 720 and 800 cm$^{-1}$. While there is overlap of intensity between most of the API peaks in this region, the distinct shift patterns displayed for each form as well as the shifts observed for other minor peaks throughout the spectra make form recognition straightforward, as will be shown, when multivariate classification algorithms are utilized. The two major excipients in the tablet formulation possess characteristic features bracketing but not overlapping with this region (Fig. 2).

Each formulation component in the tablets was found to possess a distinct Raman spectral signature. However, few spectra collected from tablet surfaces contain signal from only one component. This "spectral mixing" is commonly observed in far-field chemical imaging. The mixing arises from several factors. The penetration depth of laser light into the sample is somewhat variable with instrumental focal depth, laser wavelength, and sample physical properties.[35,37] Also, various pharmaceutical formulation components exhibit dramatically different Raman absorption and scattering cross-sections. All of these factors lead to varying degrees of spectral purity across a heterogeneous sample as the subsurface composition, and the resulting laser light penetration depth, varies. To systematically characterize the observed mixed spectral signatures, a PLS model was constructed.

There are several reasons to use PLS. First, it is much easier to perform exploratory data analysis and visualization in PLS space than in the raw data space. PLS score plots (see "API Form Analysis", below) help visualize the distribution of tablet spectra relative to the pure component spectra. Second, using PLS has the potential to provide not only qualitative but quantitative image data analysis. The merits and logistical requirements for each type of modeling were weighed as part of the multivariate method development process.

Utilization of a PLS model built on pure component scans alone raised a quantification concern when applied to samples containing strongly scattering API forms and weakly scattering excipients. Nonlinear spectroscopic responses were observed for the various components in tablets, with significantly higher scattering intensities observed for the crystalline API particles. When these data were analyzed using PLS models built from training sets containing pure component scans alone, the results significantly over-predicted the concentration of the API. For tablets containing 0.5% w/w of any of the API forms, the predicted API content of Raman images (based on the mean PLS prediction value for all image pixels) typically fell in the range of 20–25%. Since the PLS training set contained only pure component scans that were normalized and mean-centered



FIG. 3. Binarized PLS prediction images for API forms I, II, and III and diluents 1 and 2. Images were generated using Raman data from a tablet containing 0.5 wt% API form III. A binary threshold of 0.6 was used, with white pixels indicating high values and black pixels indicating low values.

prior to the calculation, the degree of over-prediction should be directly proportional to the difference in absolute Raman signal intensity for the crystalline, highly symmetric API components relative to the weakly scattering excipients.

By expanding the training data set with spectra from mixtures, PLS has the potential of modeling the nonlinear behavior in mixture tablets and making the prediction values quantitative. In that case, PLS is used as a conventional quantitative prediction tool instead of a classification method. The challenge here is more in the sample preparation and measurement than in the data analysis, i.e., how to prepare representative training tablets for imaging. A preliminary quantitative model was built by adding an API/excipient mixture data set into the PLS training set. This allowed some of the spectral nonlinearity to be modeled with an additional PLS factor, providing a partial improvement in API quantification.

For the purposes of this study, however, it was not necessary to provide absolute quantification of the API content within a sample. High-performance liquid chromatography (HPLC) analytical methods are available with sufficient sensitivity to quantify the API below 0.5% w/w. Raman was needed only to provide estimation of the ratio of API forms in tablets. Thus, due to the significant savings it represented in experimental time over the projected requirements for mixture analysis, the pure component PLS model was deemed sufficient despite over-prediction of absolute API content.

**Raman Image Analysis.** Figure 3 shows a series of PLS prediction images generated from an approximately 920 μm × 900 μm Raman map collected from the chiseled surface of a tablet containing 0.5% (w/w) API form III. Each image comprises 12 099 pixels (111 × 109) with a lateral ($x$, $y$) spatial resolution of 8.3 μm × 8.3 μm per pixel. An image of PLS prediction values is generated for each class in the PLS library, with values near zero (black) representing low contribution from a component and values near one (white) representing high contribution. The PLS prediction images provide the spatial distributions of the various components within a sample. In many cases, regions of an image may be dominated by contributions from a single component. It should be noted that images often cannot differentiate between one large particle, agglomerated particles, or particles simply residing (but not bound) adjacent to each other within the matrix. Thus, distribution within a chemical image is often described in terms of the "domain" size rather than the particle size of the material.

The distribution images of the two diluents (Fig. 3) are observed to be roughly complementary, consistent with the fact that together they represent more than 95% of the tablet mass. The API form III prediction image shows small, homogenously distributed domains of drug, indicating that excellent blend uniformity was achieved prior to tablet compression. No response is observed in the images for API forms I or II. The absence of these forms provides evidence of the stability of form III throughout the tablet manufacturing process.

The effects of API particle size were also studied (Table I). Raman maps were acquired from tablets produced using API materials of differing size. Binarized PLS prediction images for API form III were generated to facilitate calculation of the relative domain size distributions of the active component. While absolute particle sizes could not be determined from the images (*see above*), relative API domain size changes above the spatial resolution of the image (8.3 μm) could be detected.

Figure 4 shows a series of binarized PLS prediction images for API form III in tablets produced using API process 1 (top row) and process 2 (bottom row). Binary images were created using a contribution threshold value of 0.8. Tablets known to lack API form III rarely displayed pixel prediction values above 0.2 (Figs. 5–7). By setting a higher binary threshold, only the 1–2% of image pixels with strongest form III contribution were assigned as active for domain sizing purposes. This approach was eventually superceded by a more rigorous Euclidean distance classification approach (*see below*). However, the utilization of a consistent threshold for

TABLE I. Comparison of laser diffraction (ingoing API) and Raman mapping (tablets) estimates of API size.

| API process | Laser diffraction $D(v, 0.5)$ | Laser diffraction $D[4, 3]$ | Image analysis Mean equiv. $D$ | Laser diffraction $D(v, 0.9)$ | Image analysis Largest 10%[a] | % Image area |
|---|---|---|---|---|---|---|
| 1 | 11 | 14 | 12.9 | 32 | 22.4 | 1.4 |
| 1 | 8 | 10 | 13.2 | 23 | 24.5 | 1.2 |
| 2 | 29 | 33 | 21.5 | 68 | 47.9 | 1.8 |
| 2 | 25 | 29 | 23.6 | 60 | 50.4 | 2.0 |

[a] Represents the mean equivalent diameter of the largest ten percent of particles within the image.



FIG. 4. Inversely binarized PLS prediction images showing API domains (black) in tablets containing material from API manufacturing process 1 (top row) and process 2 (bottom row). The binary color scale was inverted to highlight fine particles.

API form III PLS prediction values was found to be sufficient for assessment of relative size changes.

The images corresponding to the finer API material (Fig. 4, top) display a markedly smaller domain size than observed for the API produced with the larger particle size specification. Table I summarizes the laser diffraction (Malvern wet sample dispersion) particle size and Raman image domain size statistics (calculated using ISys™ software from Spectral Dimensions) for four separate lots of API. Two of the API lots were generated at each separate particle size specification range and subsequently used in the production of tablets. The laser diffraction data from the first two lots of API produced indicate a low median particle size, or $D(v, 0.5)$, value of 8–11



FIG. 5. Histograms of image PLS prediction values (x-axis) for a tablet containing API form I.



FIG. 6. Histograms of image PLS prediction values (x-axis) for a tablet containing API form II.

μm. In contrast, the $D(v, 0.5)$ values for the other two lots of API were significantly larger (25–29 μm). A corresponding increase in the mean equivalent diameter was observed for the API domains in the tablet Raman images, from approximately 13 μm to 21–23 μm. Furthermore, an increase in the largest particles in the API lots, reflected in the $D(v, 0.9)$ value increase from 23–32 μm to 60–68 μm, occurred as a result of the increased particle size specification. The statistics generated from laser diffraction measurements typically represent thousands of particles. Since the Raman images contain a much smaller number of domains, any comparison of numerical statistics between the two techniques is tentative at best. Additionally, the fine particles in many formulations may fall below the pixel resolution of the Raman image. However, analysis of the largest 10% of domains within a given image provides a metric that appears sensitive to the increased size of the large particles in the ingoing API lots. The size of the



FIG. 7. Histograms of image PLS prediction values (x-axis) for a tablet containing API form III.



FIG. 8. Pixels from a tablet containing API form I projected onto a PLS score sub-space defined by the pure components.



FIG. 10. Pixels from a tablet containing API form III projected onto a PLS score sub-space defined by the pure components.

largest 10% of API domains within the Raman images was observed to increase from approximately 22–25 μm to 48–50 μm.

Formulation component domain size statistics estimated from Raman images, not surprisingly, are observed to differ in absolute value from laser diffraction data. However, the trend in the Raman image domain sizes correctly reflects the increased mean particle size as measured by laser diffraction resulting from the new API particle size specification. This shows potential for the use of chemical imaging as a process and formulation development support tool, in that the impact of upstream process changes may be directly assessed through analysis of the final dosage form via imaging.

**Active Pharmaceutical Ingredient Form Analysis.** The presence or absence of particular API forms within a Raman map obtained from a tablet becomes evident when the individual pixel PLS prediction values are displayed in histogram form. Histograms potentially provide more objective API signal contribution information than false color images, which can be biased by outlier pixels. Additionally, in large images it was found difficult to reliably locate and count a small number of individual pixels representing polymorphic impurities, whereas histograms provide ease of detection for these types of responses. For a tablet containing API form I (Fig. 5), the pixels in the forms II and III prediction value histograms are randomly distributed, as expected, in a Gaussian pattern centered around zero. In contrast, the pixel responses for API form I from the same tablet show a highly skewed distribution, with a tail that extends to high concentration values. The "tail" pixels in this case represent microscopic regions on the tablet surface with relatively high API form I spectral contributions (i.e., high relative API concentration). When additional tablets containing API of form II (Fig. 6) or form III (Fig. 7) are analyzed in a similar manner, complementary histogram patterns are obtained. For the tablet containing form II, the form II histogram shows skew to high values, while the forms I and III histograms indicate zero response. For the tablet containing form III, the form III histogram is the only one to show a positive (i.e., skewed distribution) response. These results demonstrate excellent specificity of the PLS method for classification of individual tablet Raman spectra.

Partial least squares effectively projects high-dimensional Raman spectra (577 spectral channels) onto a four-dimensional space. Figures 8 through 10 show the PLS score plot on the space spanned by the first three PLS latent variables. Five pure components form a prism shape in this three-dimensional projection with three API forms at three distinct vertices and two diluent excipients overlapping at the fourth vertex. Due to spectral mixing, the Raman spectra collected from tablets were found to be distributed continuously throughout the PLS score space between the clusters defined by the pure components in the model (Figs. 8–10). Similarly, spectral mixing produces overlapped distributions of pixel intensities in the image histograms (Figs. 5–7) rather than discrete lines at zero and one. Thus, to perform tablet pixel assignments an additional classification algorithm was necessary to provide objective thresholding of these continuous distributions. For the purposes of this study (i.e., relative API form content assessment), it was found that satisfactory results could be obtained with a straightforward minimum Euclidean distance (ED) classifier.[34]



FIG. 9. Pixels from a tablet containing API form II projected onto a PLS score sub-space defined by the pure components.

TABLE II. Classification results from tablets containing 0.5 (w/w) of one API form.

| Tablet | Sample | Surface | No. pixels | I | II | III | % API in image |
|---|---|---|---|---|---|---|---|
| 1 mg form I | 1 | 1 | 1681 | 130 | 0 | 0 | 7.7 |
| 1 mg form I | 1 | 2 | 1681 | 243 | 0 | 0 | 14.5 |
| 0.5 mg form I | 2 | 1 | 1681 | 80 | 0 | 0 | 4.8 |
| 0.5 mg form I | 2 | 2 | 1681 | 96 | 0 | 0 | 5.7 |
| 1 mg form I | 3 | 1 | 1681 | 64 | 0 | 0 | 3.8 |
| 1 mg form I | 4 | 1 | 12 099 | 770 | 0 | 0 | 6.4 |
| 0.5 mg form I | 5 | 1 | 12 099 | 370 | 0 | 0 | 3.1 |
| | | | | | | AVE | 6.6 |
| 1 mg form II | 1 | 1 | 1681 | 0 | 68 | 0 | 4.0 |
| 1 mg form II | 1 | 2 | 1681 | 0 | 38 | 0 | 2.3 |
| 0.5 mg form II | 2 | 1 | 1681 | 0 | 101 | 0 | 6.0 |
| 0.5 mg form II | 2 | 2 | 1681 | 0 | 23 | 0 | 1.4 |
| 0.5 mg form II | 2 | 2 | 1681 | 0 | 33 | 0 | 2.0 |
| 0.5 mg form II | 2 | 3 | 1681 | 0 | 25 | 0 | 1.5 |
| 1 mg form II | 3 | 1 | 12 099 | 0 | 401 | 0 | 3.3 |
| 1 mg form II | 3 | 2 | 12 099 | 1 | 371 | 0 | 3.1 |
| 1 mg form II | 3 | 3 | 12 099 | 0 | 677 | 0 | 5.6 |
| | | | | | | AVE | 3.2 |
| 0.5 mg form III | 1 | 1 | 1681 | 0 | 0 | 66 | 3.9 |
| 0.5 mg form III | 1 | 2 | 1681 | 0 | 0 | 41 | 2.4 |
| 1 mg form III | 2 | 1 | 1681 | 0 | 0 | 124 | 7.4 |
| 1 mg form III | 2 | 2 | 1681 | 0 | 0 | 92 | 5.5 |
| 0.5 mg form III | 3 | 1 | 1681 | 0 | 0 | 79 | 4.7 |
| 1 mg form III | 4 | 1 | 12 099 | 0 | 0 | 762 | 6.3 |
| 1 mg form III | 4 | 2 | 12 099 | 0 | 0 | 595 | 4.9 |
| 1 mg form III | 4 | 3 | 12 099 | 0 | 0 | 675 | 5.6 |
| 1 mg form III | 4 | 4 | 12 099 | 0 | 0 | 796 | 6.6 |
| 1 mg form III | 5 | 1 | 12 099 | 0 | 0 | 731 | 6.0 |
| 1 mg form III | 5 | 2 | 12 099 | 1 | 0 | 824 | 6.8 |
| | | | | | | AVE | 5.5 |

**Euclidean Distance Classification of "Pure" Tablets.** A series of test tablets were prepared to evaluate the accuracy of the ED classification approach for multi-component samples. Tablets containing API of either form I or II in both 0.5 mg and 1.0 mg dosage strengths (100 mg and 200 mg total tablet weights, respectively) were prepared at laboratory scale. Tablets containing form III were also produced and stored at 5 °C prior to analysis. Each tablet contained 0.5% (w/w) of one solid form of the API. Several tablets of each type were analyzed, and most tablets were sectioned at least twice to produce independent surfaces for comparison of Raman microscopy results.

Euclidean distance classification results are shown in Table II. Thirteen separate tablets of all types were sectioned and scanned to produce 27 separate Raman maps totaling 159 985 pixels. Of those, 8277 pixels (5.2%) were classified as one of the three forms of API using a minimum ED classifier, representing a 10-fold over-prediction of the target tablet API content (0.5% w/w). This results from the strong Raman scattering cross-section observed for the crystalline API forms relative to that of the weakly scattering diluents in the tablets. Since the spectral library did not contain mixtures of components, the PLS predictions and corresponding ED classification results are biased by the disproportionate strength of the API signal. Furthermore, as the intent of the classification was to characterize relative percent contents of the different API forms, the total API content was not of concern.

The results in Table II demonstrate high accuracy with respect to correct API form recognition. In all Raman maps for which ED classification was performed (seven maps of tablets containing 0.5% w/w form I; nine maps of tablets containing 0.5% w/w form II; eleven maps of tablets containing 0.5% w/w form III), the correct API form was assigned in each case. Of the 8277 API pixels identified across the sample set, only two pixels were classified as corresponding to a form not expected to be present in the particular tablets in question. Examination of the raw Raman spectra corresponding to these two pixels revealed that one (form II tablet 3, surface 2) appeared to have been misclassified due to a low signal-to-noise ratio. The second pixel (form III tablet 5, surface 2), however, was clearly a correct assignment. This is most likely indicative of a small amount of form impurity in the polymorph reference samples used to manufacture the test tablets. These impurities would not have been readily observed in the smaller training set of spectra, which contained 3081 total pixels for all three API forms. If the first pixel is treated as the only true misclassification, the error rate in API form recognition may be approximated at 0.01% (i.e., 1 pixel out of 8277).

**Classification of Mixture Tablets.** One potential goal for an API classification method for drug product is to detect small amounts of form conversion during processing, storage, or stability testing. To appropriately challenge the classification methodology against this type of sample, a set of tablets were produced containing all three API forms in a 1:1:8 ratio of I:II:III (but still with a total API content of 0.5% w/w). These tablets represent a limit check for the classification method: can 10% (relative) conversion of the low dosage API be detected reproducibly in the final tablets?

As shown in Table III, PLS coupled with ED classification identified pixels of API forms I, II, and III in the mixture tablets, consistent with expectations based on the sample

TABLE III. Classification results from tablets containing a mixture of API forms I, II, and III.

| Sample | Surface | No. pixels | I | II | III | % I | % II | % III | Ratio I | Ratio II | Ratio III |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 mg (1) | 1 | 4961 | 36 | 21 | 388 | 0.73 | 0.42 | 7.8 | 8 | 5 | 87 |
| 0.5 mg (1) | 2 | 4960 | 26 | 25 | 411 | 0.52 | 0.50 | 8.3 | 6 | 5 | 89 |
| 1 mg (2) | 1 | 2501 | 13 | 17 | 181 | 0.52 | 0.68 | 7.2 | 6 | 8 | 86 |
| 1 mg (3) | 1 | 1679 | 8 | 6 | 95 | 0.48 | 0.36 | 5.7 | 7 | 6 | 87 |
| 1 mg (3) | 2 | 1681 | 2 | 7 | 115 | 0.12 | 0.42 | 6.8 | 2 | 6 | 93 |
| 1 mg (2) | 2 | 12 099 | 4 | 51 | 371 | 0.03 | 0.42 | 3.1 | 1 | 12 | 87 |
| 1 mg (2) | 3 | 12 099 | 37 | 12 | 394 | 0.31 | 0.10 | 3.3 | 8 | 3 | 89 |
| AVE |  |  |  |  |  | 0.39 | 0.41 | 6.0 | 6 | 6 | 88 |
| RSD |  |  |  |  |  | 64% | 42% | 35% |  |  |  |

makeup. Similar to the images generated using PLS prediction values alone (Fig. 3), the ED classification images (Fig. 11) indicate that diluent-1 is present in large domains scattered throughout the diluent-2 matrix, while the small domains of API form III are distributed homogenously throughout the images. There are also several domains of API forms I and II identified in each image. The very low content (0.05% w/w) of these two components in the tablets made representative sampling challenging. The mixture tablet set was prepared at small scale in the laboratory. At this scale, it was difficult to gauge the homogeneity of the 0.05% (w/w) API form I and II components during powder and tablet processing. This is reflected in the variable number of pixel responses for forms I and II (from surface to surface) compared to those for form III, which was present at higher (0.4% w/w) levels in the tablets sampled.

Despite the variability in form I and II response levels, the key to the results in Table III is that the presence of these 0.05% w/w polymorphic impurities was detected in each and every image at the level of scrutiny used. The specific level of scrutiny varied with the size and spatial resolution of the Raman maps: 12 099-pixel line-scan maps over 920 µm × 900 µm at 8.3 µm resolution; 1681-pixel point maps over 1 mm × 1 mm and a 2501-pixel point map over 1 × 1.5 mm with a 25 µm x,y step-size; and 4961-pixel point maps over 4 mm × 6 mm with a 50 µm x,y step-size. By sampling several surfaces, the API form I and II components yielded enough pixel responses for an estimate of relative tablet API content to be made. The average API form I:II:III ratio for all surfaces scanned from the mixture tablets was 6:6:88, only slightly deviated from the target ratio of 10:10:80. The slight error in ED classification ratio could be due to inhomogeneous mixing of the form I and II components, which were spiked into the form III blend. Alternatively, these numbers may represent the true ratio of the Raman scattering cross-sections of the different API crystalline forms.

## CONCLUSION

Raman spectroscopy is a highly specific, sensitive technique for characterization of the polymorphs of active pharmaceutical ingredients, both in their pure form and in dosage matrices. High magnification Raman spectroscopic mapping provides the spatial distributions and domain sizes of the API (even at low dosage levels) and the excipient formulation components. These images are certainly sensitive to blend homogeneity issues, and have additionally been shown in this study to be sensitive to changes in the particle size distribution of the API used to manufacture tablets. The images produced thus may be used to assess the downstream impact (i.e., in drug product) of process changes affecting the API size and/or quality.

Further, quantification of the extent of polymorph conversion in pharmaceutical tablets containing low doses of highly potent drug molecules presents a serious challenge to current analytical testing methods. Raman microscopic mapping, combined with multivariate data analysis and classification algorithms, provides scrutiny and recognition of polymorph identity at or approaching the level of individual API particles in the tablet matrix. While the logistical challenges associated with quantification of absolute concentrations within even a single tablet are formidable, Raman mapping has shown great promise for being able to establish the upper bounds for the




FIG. 11. Euclidean distance classification results for Raman maps of mix sample 2, (**top**) surface 2 and (**bottom**) surface 3 (green = I; blue = II; cyan = III; orange = diluent 1; red = diluent 2). Pixel size is 8.3 µm, and image size is approximately 920 µm × 900 µm (12 099 pixels).

amount of API polymorph conversion occurring within a tablet upon stability testing. For the samples described herein, an upper limit of 0.05% (w/w) total content of the undesired polymorphs could be established using Raman mapping. However, the true limit of detection of Raman microscopic mapping has not been assessed. In some ways, the LOD for Raman microscopy is simply an inverse function of time and the total number of pixels scanned. From this perspective, this study has rather conservatively demonstrated that 0.05% w/w of a polymorphic impurity may be repeatedly detected in a pharmaceutical tablet using Raman microscopy.

Beyond the simple ability to count the numbers of converted pixels, particles, or domains of API in tablets, use of Raman mapping provides additional spatial distribution information valuable to analysts. Raman maps serve as powerful indicators of the degree of matrix homogeneity and provide component domain sizes that can be used to identify aggregation issues. Further, the spatial distribution of particles undergoing polymorph conversion throughout a tablet may be determined, as well as the locations of the affected pixels relative to other excipients. This provides a powerful gauge of drug-excipient interactions, increasing formulation understanding and perhaps leading to an increased ability to predict stability behavior.

As pharmaceutical products continue to evolve toward lower dosage levels, the ability to ensure API polymorph identity, spatial homogeneity, and stability information in drug product becomes increasingly challenging. This provides incentive for expanded use and further development of Raman mapping as a technique for pharmaceutical analysis.

**ACKNOWLEDGMENTS**

The authors would like to acknowledge the contributions of the following people: Sonja Sekulic for conceptual input; Peter Drupa, Andrew Palm, and Angela Liu for data acquisition support; Weili Yu and Melody Treadway for particle sizing data; Mark Berry and Gregory Steeno for statistical analysis discussions; Thomas Vendola and Sara Moses for tablet production; and Robert Timpano, William Arikpo, and Amy Orce for polymorph samples and tablet supplies.

1. J. K. Habelian and W. J. McCrone, J. Pharm. Sci. **58,** 911 (1969).
2. D. Singhal and W. Curatolo, Adv. Drug Delivery Rev. **56,** 335 (2004).
3. Anonymous, International Conference on Harmonisation; guidance on Q6A specifications: test procedures and acceptance criteria for new drug substances and new drug products: chemical substances. Federal register 65(251), 83041 (2000).
4. A. C. Williams, et al., Int. J. Pharm. **275,** 29 (2004).
5. D. S. Hausman, R. T. Cambron, and A. Sakr, Int. J. Pharm. **299,** 19 (2005).
6. G. A. Stephenson, R. A. Forbes, and S. M. Reutzel-Edens, Adv. Drug Delivery Rev. **48,** 67 (2001).
7. H. G. Brittain, Am. Pharm. Rev. **5,** 74 (2002).
8. D. E. Bugay, Adv. Drug Delivery Rev. **48,** 43 (2001).
9. T. J. Offerdahl and E. J. Munson, Am. Pharm. Rev. **7,** 109 (2004).
10. I. Jedvert, M. Josefson, and F. Langkilde, J. Near Infrared Spectrosc. **6,** 279 (1998).
11. A. Van Overbeke, W. Baeyens, and W. Van den Bossche, Vib. Spectrosc. **9,** 121 (1995).
12. G. Torrado, A. García-Arieta, F. de los Ríos, J. C. Menéndez, and S. Torrado, J. Pharm. Biomed. Anal. **19,** 285 (1999).
13. S. S. Thosar, R. A. Forbess, N. K. Ebube, Y. Chen, R. L. Rubinovitz, M. S. Kemper, G. E. Reier, T. A. Wheatley, and A. J. Shukla, Pharm. Dev. Technol. **6,** 19 (2001).
14. S. G. Skoulika and C. A. Georgiou, Appl. Spectrosc. **55,** 1259 (2001).
15. M. Dyrby, S. B. Engelsen, L. Nørgaard, M. Bruhn, and L. Lundsberg-Nielsen, Appl. Spectrosc. **56,** 579 (2002).
16. P. J. Hendra, Am. Lab. **28,** 17 (1996).
17. L. S. Taylor and F. W. Langkilde, J. Pharm. Sci. **89,** 1342 (2000).
18. G. McGeorge, Am. Pharm. Rev. **6,** 94 (2003).
19. F. Clarke, M. J. Jamieson, D. A. Clark, S. V. Hammond, R. D. Jee, and A. C. Moffat, Anal. Chem. **73,** 2213 (2001).
20. J. Breitenbach, W. Schrof, and J. Neumann, Pharm. Res. **16,** 1109 (1999).
21. M. Malecha, C. Bessant, and S. Saini, Analyst (Cambridge, U.K.) **127,** 1261 (2002).
22. S. Sasic, D. A. Clark, J. C. Mitchell, and M. J. Snowden, Analyst (Cambridge, U.K.) **129,** 1001 (2004).
23. L. Zhang, M. J. Henson, and S. S. Sekulic, Anal. Chim. Acta **545,** 262 (2005).
24. L. Zhang and M. J. Henson, Pfizer Global R&D, Groton, CT, unpublished results (2005).
25. M. Baker and W. Rayens, J. Chemom. **17,** 166 (2003).
26. D. Picque, P. Lieben, G. Corrieu, R. Cantagrel, O. Lablanquie, and G. Snakkers, J. Agric. Food Chem. **54,** 5220 (2006).
27. S. Navea, R. Tauler, E. Goormaghtigh, and A. de Juan, Proteins: Structure, Function, and Bioinformatics **63,** 527 (2006).
28. U. Lutz, R. W. Lutz, and W. K. Lutz, Anal. Chem. **78,** 4564 (2006).
29. W. F. Pearman and A. W. Fountain III, Appl. Spectrosc. **60,** 356 (2006).
30. P. M. Ramos and I. Ruisanchez, Anal. Chim. Acta **558,** 274 (2006).
31. S. Masoum, D. Jouan-Rimbaud Bouveresse, J. Vercauteren, M. Jalali-Heravi, and D. N. Rutledge, Anal. Chim. Acta **558,** 144 (2006).
32. R. Carlson and H. Gautun, Chemom. Intell. Lab. Syst. **78,** 113 (2005).
33. M. J. Henson and L. Zhang, presented at the Institute for International Research Conference on Implementation of Process Analytical Technologies in the Pharmaceutical and Biotech Industries (Washington, D.C., February 2003).
34. R. G. Bereton, *Chemometrics: Data Analysis for the Laboratory and Chemical Plant* (John Wiley and Sons, New York, 2003).
35. S. E. Bell, J. R. Beattie, J. J. McGarvey, K. L. Peters, N. M. S. Sirimuthu, and S. J. Speers, J. Raman Spectrosc. **35,** 409 (2004).
36. H. Wikström, I. R. Lewis, and L. S. Taylor, Appl. Spectrosc. **59,** 934 (2005).
37. M. Schulmerich, W. F. Finney, R. A. Fredricks, and M. D. Morris, Appl. Spectrosc. **60,** 109 (2006).