EXHIBIT 26



ACS MATERIALS LETTERS

www.acsmaterialsletters.org

# Competitive Guest Binding in a Metal−Organic Framework with Coordinatively Unsaturated Metals

Hochul Woo and Adam J. Matzger*

Cite This: *ACS Materials Lett.* 2025, 7, 450−456

 Read Online

ACCESS | 📊 Metrics & More | 📖 Article Recommendations | ● Supporting Information

**ABSTRACT:** Coordinatively unsaturated sites (CUS) within MOFs are crucial in determining the sorbent selectivity by acting as the strongest binding sites for guest molecules. This study elucidates the thermodynamics of solvent binding to CUS by using Raman spectroscopy while varying solvent ratios to measure their competitive binding. The experimentally obtained solvent relative binding free energies correlate with the theoretical enthalpies computed via density functional theory but are even better predicted by the electrostatic potential minimum of the solvents. The experimental determination of guest binding energies at the metal site provides an approach for predicting behavior in mixed solvent systems and highlights the molecular properties that are required for the activation of CUS-MOFs.



Downloaded via UNIV OF MICHIGAN ANN ARBOR on January 27, 2026 at 19:22:50 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

In the field of separations, the tunable design of metal−organic frameworks (MOFs) is on full display. The ability to control pore size and functionality opens the door to rational sorbent engineering in a manner that is impossible with amorphous carbons or metal oxides and in a size regime that is inaccessible with zeolites. Despite the ability to control pore dimensions, it is often bound to structural metals that control sorbent selectivity. Coordinatively unsaturated sites (CUS), available in MOFs where the linkers do not fully satisfy the ligand sphere of the structural metal, typically are the strongest binding sites for guests.[1−3] These sites are versatility utilized in postsynthetic modification,[4−6] catalysis,[7,8] gas adsorption/separation,[9−12] and sensing.[13−15] To access optimal MOF porosity, the synthesis solvents must be replaced with solvents having lower boiling points and surface tension to facilitate their removal during activation.[16−18] After MOF synthesis, solvent exchange is typically conducted either by decanting the supernatant or by filtration. Trying to directly remove synthesis solvent by thermally aided evacuation generally leads to pore collapse.[17,19]

Conventional MOF activation requires heat and a vacuum to remove solvent. Eliminating coordinating solvents in CUS-MOFs can require high enough temperatures that framework decomposition competes with activation. Unconventional activation methods, such as supercritical $CO_2$ (sc$CO_2$)[20,21] and freeze-drying (benzene and cyclohexane),[22,23] have been

developed to enable the activation of thermally sensitive and delicate MOFs, but these solvents are too weak as ligands to replace CUS-bound solvent and this leads to the incomplete activation. Dimethyl ether (DME) activation was recently reported and enables the complete activation of CUS-MOFs under milder conditions than all existing approaches.[24] For conventional exchange solvents, the rates of coordinated solvent replacement have only recently been elucidated for two classes of CUS-MOFs by in situ characterization of solvent directly bound to the metal sites.[25,26] This process involved strong entropic driving forces for solvent replacement by employing a large excess of solvent. Under these conditions, quite surprisingly, the solvent binding affinity did not dictate the kinetics of exchange in the isostructural $M_2$(dobdc) series.[26] Here, the operationally more difficult problem of experimentally determining the thermodynamics of solvent binding to the CUS is elucidated for the most commonly encountered CUS-cluster in MOFs: the copper paddlewheel.

Received: November 1, 2024
Revised: December 14, 2024
Accepted: December 16, 2024
Published: January 3, 2025





https://doi.org/10.1021/acsmaterialslett.4c02250
*ACS Materials Lett.* 2025, 7, 450−456



**Figure 1.** Deconvoluted Raman spectra using Gaussian functions to extract multiple Cu−Cu stretching frequencies of HKUST-1 resolvated in DMF-EtOH solution mixtures with volume ratios of (a) 10:90, (b) 12:88, and (c) 20:80. The black lines represent experimental data, while the colored lines show fitting functions. The solid-colored lines are used to report the frequencies.



**Figure 2.** Area ratios of the deconvoluted Cu−Cu stretching frequency of resolvated HKUST-1 across the various volume ratios of EtOH to (a) DMSO, (b) DMF, (c) MeOH, (d) acetone, (e) THF, (f) MeCN, and (g) DCM. The error bars represent the standard deviations of the measured areas.

HKUST-1,[27] constructed with Cu paddlewheels and 1,3,5-benzenetricarboxylate, is significant due to its high porosity, large surface area, and its status as the first reported CUS-MOF (Figure S1). These properties have enabled its use in a variety of applications, such as catalysis[28] and sensing,[29] and it stands out for its excellent methane storage capacity.[30−32] While derivatives of HKUST-1 and other CUS-MOFs have been developed, HKUST-1 remains extensively studied due to its facile synthesis and its structural properties derived from the paddlewheel cluster.[33,34] In this study, the thermodynamics of solvent binding to HKUST-1 was elucidated by monitoring the equilibria of the CUS-bound solvent in mixed solvent systems via Raman spectroscopy. This work complements calorimetric measurements regarding thermodynamic stability of solvent-filled MOFs versus solvent-filled MOFs.[35−38] Whereas this latter approach considers the convolution of all solvents (inter-crystalline, pore-filled, and CUS-bound solvents) within a MOF, investigating direct binding to the metal can be accomplished through interrogating the metal−metal stretching frequency of the MOF metal cluster and, in favorable cases, reveals the identity of the coordinated molecule within a mixture. The Cu−Cu stretching frequencies of HKUST-1 often appear as a doublet, with both peaks similarly shifting when the coordinated ligand changes,[39,40] but the more intense

and sharper lower frequency peak is used to characterize the Cu−Cu stretch shift.[25,41,42] To determine the characteristic frequency associated with each solvent-coordinated structure, Raman spectra of HKUST-1 were collected by first activating HKUST-1 followed by resolvation in solvents (Figures S2−S3): dimethyl sulfoxide (DMSO), N,N-dimethylformamide (DMF), ethanol (EtOH), methanol (MeOH), acetone, tetrahydrofuran (THF), acetonitrile (MeCN), and dichloromethane (DCM). Figures S4−S5 and Table S1 show that Cu−Cu Raman stretch of the HKUST-1 is around 180 cm$^{-1}$ when DMF, DMSO, MeOH, acetone, or THF bind to the MOF. For MeCN, the Raman shift is 184 cm$^{-1}$, whereas for EtOH and DCM, the shifts are 189 and 214 cm$^{-1}$, respectively. Given the distinct peak position observed when EtOH coordinates to the metal cluster compared to other solvents, HKUST-1 crystals were first resolvated in EtOH and then soaked in varying ratios of mixed solvents for 1 week (Figure S6). A few crystals were immersed in large volumes of a solution to minimize diluting effects of the solvent coming from the MOF itself. The CUS-bound solvent exchange of HKUST-1 takes approximately 2 h to replace with an exchange solvent;[25] thus, this extended soaking period is sufficient to form the thermodynamically favored solvent-coordinated structures.

https://doi.org/10.1021/acsmaterialslett.4c02250
ACS Materials Lett. 2025, 7, 450−456

ACS Materials Letters    www.acsmaterialsletters.org    Letter

Raman spectra of HKUST-1 measured in mixed solvents display a Cu−Cu stretch consistent with a continuum of overlapping transitions arising from different solvents coordinating to the CUS (Figure S7). Thus, Raman spectra were deconvoluted by fitting Gaussian functions, and the area ratios corresponding to each solvent bound to the MOF were quantified. Figure 1 shows the Raman spectra of HKUST-1 soaked in the DMF-EtOH solution mixtures, with the Cu−Cu stretches deconvoluted to distinguish between DMF- and EtOH-coordinated clusters. The deconvoluted spectra demonstrate that the EtOH coordination predominates at a 90:10 volume ratio of EtOH to DMF, whereas the DMF-coordinated structure is more prominent at an 80:20 volume ratio of EtOH to DMF. At a volume ratio of 12:88, both solvent-coordinated structures are present in equal populations, where the Cu−Cu stretch areas of the DMF-coordinated structure and the EtOH-coordinated structure are the same. This condition is used to calculate the free energy change associated with solvent exchange (*vide infra*).

Figure 2 shows the area ratios of the Cu paddle wheel-coordinated solvent for several different EtOH-exchange solvent mixtures (DMSO, DMF, MeOH, acetone, THF, MeCN, and DCM) across a range of solvent volume ratios. An equal population of both solvent-bound structures is observed at 6%, 12%, 18%, 55%, 60%, 60%, and 98% solvent volume ratios in the EtOH solution for DMSO, DMF, MeOH, acetone, THF, MeCN, and DCM, respectively. This indicates that DMSO, DMF, and MeOH are more strongly coordinated than EtOH, whereas acetone, THF, and MeCN are nearly similar in binding affinity to EtOH. Compared to the other solvents, a much higher ratio of DCM in solution is required to replace CUS-bound EtOH, revealing its low binding affinity to the metal. To quantify the relative solvent binding free energy, the ratio of the mixed solvents showing an equal population of coordination was identified. The solvent is replaced on the Cu paddlewheel from EtOH to an exchange solvent with the reaction equilibrium governed by the following equation:

coordinated EtOH + exchange solvent

⇌ cooordinated exchange solvent + EtOH

The equilibrium constant $K$ is calculated from the relative molar concentrations of reactants and products involved in this exchange process, which are available from the Raman spectrum and the chosen concentration of solvents:

$$K = \frac{[\text{coordinated exchange solvent}] \times [\text{EtOH}]}{[\text{coordinated EtOH}] \times [\text{exchange solvent}]}$$

When equal populations of both solvents are bound to the clusters, the coordinated solvent terms cancel, and the free energy is computed as follows:

$$\Delta G° = -RT \ln \frac{[\text{EtOH}]}{[\text{exchange solvent}]}$$

Figure 3 shows the experimentally observed relative free energy diagram of solvent binding in comparison to the EtOH-coordinated cluster (Table S2); among the employed exchange solvents, the following order of binding strength is determined: DMSO > DMF > MeOH > EtOH ∼ acetone ∼ THF > MeCN ≫ DCM. The calculation is exemplified in the Supporting Information. The solvents DMSO and DMF, often used in MOF synthesis, coordinate more strongly compared with the



**Figure 3.** Experimentally observed relative free energy of binding for DMSO, DMF, MeOH, EtOH, acetone, THF, MeCN, and DCM bound to HKUST-1. Error bars represent the standard deviation of the free energy calculation based on the equal binding of ethanol and the second solvent.

other exchange solvents. This explains why multiple solvent exchanges are required to ensure replacement of the coordinated solvents after MOF synthesis. During solvent exchange, all three types of solvents (CUS-bound, pore-filled, and intercrystalline) present in the MOF are replaced, which increases the concentration of the exchanged solvent in the supernatant. Therefore, it is crucial to drive the solvent exchange via Le Chatelier's principle by adding sufficient fresh solvent to avoid forming a stable structure with the synthesis solvent. Moreover, the process of replacing strongly coordinated solvents with weaker ones can be induced using an intermediate solvent. For example, DMF-bound HKUST-1 exhibits high stability that makes it difficult to exchange directly with DCM, which has a free energy gap of ∼15 kJ/mol. In contrast, replacing EtOH with DCM is thermodynamically more favorable due to the smaller free energy gap of ∼10 kJ/mol. This is experimentally observed by replacing the coordinated DMF with intermediate solvents, such as EtOH, MeOH, or MeCN, that facilitate the binding of DCM to CUS.[41,43] There is an analogy here with the reverse solvent exchange procedure where, when replacing from weak to strong solvents, an intermediate strength solvent avoids collapse.[17]

To determine how the relative free energy of binding for the solvent-coordinated structures from mixed solvent systems could impact their ease of removal during thermal activation, thermogravimetric analysis coupled with mass spectrometry (TGA-MS) was employed to measure the solvent release temperature upon heating of resolvated HKUST-1 (Figure S8). The masses at $m/z$ = 63, 73, 31, 31, 58, 71, and 84 were tracked to monitor DMSO, DMF, MeOH, EtOH, acetone, THF, and DCM, respectively. MeCN was not employed in this system due to the high background at the $m/z$ = 41 signal. Figure 4 shows that changes in $m/z$ signal intensity as the temperatures increase reveal three distinct peaks indicating three types of solvent environments. While the release temperature of the intercrystalline solvents is sensitive to solvent volatility, particularly observed in less volatile solvents DMF and DMSO, that of pore-filled solvents relates to their physical interaction with pore structures. The release temperatures of pore-filled solvents are observed near their pure boiling points (Table S3). The boiling point reflects the interplay of enthalpy and entropy during vaporization; thus, the thermal release of solvent from the pores follows the same factors. The thermal dissociation temperature of CUS-bound

https://doi.org/10.1021/acsmaterialslett.4c02250
ACS Materials Lett. 2025, 7, 450−456

ACS Materials Letters                                www.acsmaterialsletters.org                                Letter



**Figure 4.** TGA-MS profiles of the *m/z* signal of each solvent upon heating the resolvated MOF in (a) DMSO, (b) DMF, (c) MeOH, (d) EtOH, (e) acetone, (f) THF, and (g) DCM. The MOF was heated from 25 to 400 °C at a ramp of 1 °C/min.

solvents, on the other hand, is dominated by their bonding interactions to the metal centers. By comparing the temperature of a pore-filled solvent and a CUS-bound solvent, as indicated by the peaks upon heating, the solvent coordination strength to the metal is assessed. The peak temperature is determined at the local maxima of the thermal release profiles, where the first derivative of the curve is 0 (Figure S9). The release temperature difference between the coordinated solvents and their boiling point is 108, 72, 60, 55, 60, 49, and 27 °C for DMSO, DMF, MeOH, EtOH, acetone, THF, and DCM, respectively. A higher temperature difference indicates stronger interaction between the solvent and metal cluster, which requires more energy to dissociate. The relative binding order of solvents is consistent with the experimentally obtained relative free energy of solvent binding trend, with a correlation coefficient ($R^2$) of 0.837 between these temperature differences and these free energy values (Figure S10).

With experimental binding data in hand, we sought to test the efficacy of theoretical approaches to compute binding energies of the coordinated molecules to the CUS. With the assumption that entropy of mixing during solvent dissociation is the dominant nonenthalpy term, and relatively constant among solvents, focus was placed on computing binding enthalpies. DFT has been used for this purpose previously in context of predicting the adsorption selectivity of molecules by calculating their binding energy to CUS.[44,45] The interaction between solvent molecules and HKUST-1 was computed using the molecular cluster model[46,47] dicopper tetraformate $Cu_2(HCOO)_4$. Calculations were performed with the M06-L functional with the def2-TZVP[48] basis set using Spartan' 24.[49] Table 1 presents the solvent binding energy based on the optimized structures (Figure S11). A correlation plot between the calculated binding energy and experimental values for free energy from Figure 3 is shown in Figure 5a; the $R^2$ is 0.822, indicating that theoretical calculations reproduce experiment reasonably well, albeit with some significant scatter for solvents having similar binding energies. Although the cluster model can accurately calculate solvent-metal interactions,[45,50,51] the deviation from the curve may be attributed to the model's inability to depict the interaction between solvents and the pore architecture.

**Table 1. Calculated Solvent Binding Energy of HKUST-1**

| Solvent-coordinated structure | Binding energy (kJ/mol) | Cu-solvent distance (Å) | Cu–Cu distance (Å) |
|---|---|---|---|
| Activated | - | - | 2.527 |
| DMSO | −70.589 | 2.151[a] | 2.585 |
| DMF | −64.157 | 2.154[a] | 2.582 |
| MeOH | −58.856 | 2.218[a] | 2.562 |
| EtOH | −62.550 | 2.196[a] | 2.566 |
| acetone | −61.337 | 2.163[a] | 2.586 |
| THF | −64.251 | 2.160[a] | 2.569 |
| MeCN | −57.344 | 2.123[b] | 2.614 |
| DCM | −37.807 | 2.648[c] | 2.566 |
| DME | −59.565 | 2.205[a] | 2.565 |
| $CO_2$ | −24.478 | 2.397[a] | 2.549 |

[a]Cu−O distance [b]Cu−N distance [c]Cu−Cl distance



**Figure 5.** (a) Correlation plot of the experimentally obtained relative free energy of binding and the calculated binding energy for DMSO, DMF, MeOH, EtOH, acetone, THF, MeCN, and DCM. (b) Correlation plot of the experimentally obtained relative free energy of binding and the electrostatic potential minimum for DMSO, DMF, MeOH, EtOH, acetone, and THF.

To elucidate the relationship between the fundamental properties of the solvent molecules and the experimentally obtained solvent binding energy, the electronic properties of solvent molecules were computed. Given that unsaturated metal sites are electron-deficient, the charge distribution within solvent molecules may illuminate the binding affinities. Mulliken charge, dipole moment, and electrostatic potential were calculated for each solvent using the B3LYP-D3[52]

https://doi.org/10.1021/acsmaterialslett.4c02250
ACS Materials Lett. 2025, 7, 450−456

ACS Materials Letters          www.acsmaterialsletters.org          Letter

functional with the 6-311G* basis set. It is difficult to compare these properties across different atom types; thus, the series of oxygen-atom-containing solvents were examined: DMSO, DMF, MeOH, EtOH, acetone, and THF (Table 2). The

**Table 2. Electrostatic Potential Values of the Solvent Molecules**

| Solvent | Electrostatic potential (kJ/mol) | |
| --- | --- | --- |
| | Minimum | Maximum |
| DMSO | −232.8 | 142.1 |
| DMF | −210.3 | 111.1 |
| MeOH | −189.4 | 219.5 |
| EtOH | −187.3 | 214.3 |
| acetone | −177.3 | 97.8 |
| THF | −185.3 | 68.2 |
| MeCN | −191.0 | 137.0 |
| DCM | −62.1 | 147.0 |
| DME | −166.6 | 62.1 |
| $CO_2$ | −71.8 | 137.7 |

correlation between the measured relative free energy of solvent binding versus Mulliken charge at the oxygen-atom and dipole moment of solvent molecules yields $R^2$ values of 0.178 and 0.694, respectively (Figure S12 and Table S4). In contrast, a close relationship between the electrostatic potential minimum ($V_{s,min}$) of solvents and the obtained relative free energy from the experiment is evident, yielding an $R^2$ value of 0.921 (Figure 5b and Figure S13). This suggests that the binding affinity of solvent molecules to metal clusters is determined by their electrostatic potential, an observation also found to be predictive in cocrystallization[53−55] where it is ascribed predicting the strength of the donor−acceptor interaction.

With a molecular descriptor in hand that correlates well with binding behavior, molecules involved in activating particularly difficult MOFs were examined: $CO_2$ and DME. Their $V_{s,min}$ are −71.8 and −166.6 kJ/mol, respectively (Table 2 and Figure S14). Whereas supercritical $CO_2$ is not used for CUS-MOF activation, DME excels in this context.[24] The common exchange solvents MeOH and EtOH, used to replace CUS-bound DMF (−210.3 kJ/mol), have a $V_{s,min}$ of −189.4 and −187.3 kJ/mol, respectively. DME has a sufficiently small $V_{s,min}$ gap in comparison to DMF, enabling it to replace CUS-bound DMF, yet $CO_2$ cannot due to its larger gap. Similarly, DCM with a $V_{s,min}$ of −62.1 kJ/mol also demonstrates that the large $V_{s,min}$ gap signals an inability of a solvent molecule to replace CUS-bound DMF. In other words, minimizing the gap of $V_{s,min}$ between the CUS-bound solvent and the exchange solvent provides the capability to replace the CUS-bound solvent.

Binding to CUS-MOFs is one of the most reliable approaches for improving the guest binding affinity to the host. When a mixture of guests is present, a competition for these high affinity sites arises, and the composition of the guests in the MOFs is non-uniform within the pore. Understanding the distribution of these guests and their equilibria for binding and release depends on thermodynamic relationships that are experimentally challenging to elucidate. Raman spectroscopy allows the interrogation of which molecules bind to the CUS as demonstrated for a series of solvents in this study. This approach is useful in determining which sorbates will have a competitive edge in binding to CUS

when mixed with others, and a predictive framework is established for application to additional guests. These findings are of particular relevance to MOF activation; while surface tension and boiling point of solvents are important for MOF activation, the electrostatic potential minimum of solvents is another crucial factor for CUS-MOF activation.

## ■ ASSOCIATED CONTENT

### ● Supporting Information

The Supporting Information is available free of charge at https://pubs.acs.org/doi/10.1021/acsmaterialslett.4c02250.

> Materials, MOF synthesis, solvent exchange, powder X-ray diffraction patterns, $N_2$ sorption, TGA-MS, Raman spectroscopic procedure and results, solvent binding energies and electronic properties of solvent molecules from DFT calculations (PDF)

## ■ AUTHOR INFORMATION

### Corresponding Author

Adam J. Matzger − Department of Chemistry, University of Michigan, Ann Arbor, Michigan 48109, United States; Macromolecular Science and Engineering Program, University of Michigan, Ann Arbor, Michigan 48109-1055, United States; ● orcid.org/0000-0002-4926-2752; Email: matzger@umich.edu

### Author

Hochul Woo − Department of Chemistry, University of Michigan, Ann Arbor, Michigan 48109, United States; Macromolecular Science and Engineering Program, University of Michigan, Ann Arbor, Michigan 48109-1055, United States

Complete contact information is available at: https://pubs.acs.org/10.1021/acsmaterialslett.4c02250

### Author Contributions

The manuscript was written through contributions of all authors. All authors have given approval to the final version of the manuscript.

### Funding

This work was supported by the U.S. Department of Energy BES (Grant no. DE-SC0004888).

### Notes

The authors declare no competing financial interest.

## ■ REFERENCES

(1) Kökçam-Demir, Ü.; Goldman, A.; Esrafili, L.; Gharib, M.; Morsali, A.; Weingart, O.; Janiak, C. Coordinatively Unsaturated Metal Sites (Open Metal Sites) in Metal-Organic Frameworks: Design and Applications. Chem. Soc. Rev. 2020, 49, 2751−2798.

(2) Hall, J. N.; Bollini, P. Structure, Characterization, and Catalytic Properties of Open-Metal Sites in Metal Organic Frameworks. React. Chem. Eng. 2019, 4, 207−222.

(3) Wei, Y.-S.; Zhang, M.; Zou, R.; Xu, Q. Metal-Organic Framework-Based Catalysts with Single Metal Sites. Chem. Rev. 2020, 120, 12089−12174.

(4) Hwang, Y. K.; Hong, D.-Y.; Chang, J.-S.; Jhung, S. H.; Seo, Y.-K.; Kim, J.; Vimont, A.; Daturi, M.; Serre, C.; Férey, G. Amine Grafting on Coordinatively Unsaturated Metal Centers of MOFs: Consequences for Catalysis and Metal Encapsulation. Angew. Chem. 2008, 120, 4212−4216.

(5) Zheng, S.-T.; Zhao, X.; Lau, S.; Fuhr, A.; Feng, P.; Bu, X. Entrapment of Metal Clusters in Metal-Organic Framework Channels

ACS Materials Letters    www.acsmaterialsletters.org    Letter

by Extended Hooks Anchored at Open Metal Sites. *J. Am. Chem. Soc.* **2013**, *135*, 10270−10273.

(6) Ingleson, M. J.; Heck, R.; Gould, J. A.; Rosseinsky, M. J. Nitric Oxide Chemisorption in a Postsynthetically Modified Metal-Organic Framework. *Inorg. Chem.* **2009**, *48*, 9986−9988.

(7) Li, P.-Z.; Wang, X.-J.; Liu, J.; Phang, H. S.; Li, Y.; Zhao, Y. Highly Effective Carbon Fixation via Catalytic Conversion of CO2 by an Acylamide-Containing Metal-Organic Framework. *Chem. Mater.* **2017**, *29*, 9256−9261.

(8) Xiao, D. J.; Bloch, E. D.; Mason, J. A.; Queen, W. L.; Hudson, M. R.; Planas, N.; Borycz, J.; Dzubak, A. L.; Verma, P.; Lee, K.; Bonino, F.; Crocellà, V.; Yano, J.; Bordiga, S.; Truhlar, D. G.; Gagliardi, L.; Brown, C. M.; Long, J. R. Oxidation of Ethane to Ethanol by N2O in a Metal-Organic Framework with Coordinatively Unsaturated Iron-(II) Sites. *Nat. Chem.* **2014**, *6*, 590−595.

(9) Bloch, E. D.; Queen, W. L.; Krishna, R.; Zadrozny, J. M.; Brown, C. M.; Long, J. R. Hydrocarbon Separations in a Metal-Organic Framework with Open Iron(II) Coordination Sites. *Science* **2012**, *335*, 1606−1610.

(10) Bae, Y.-S.; Lee, C. Y.; Kim, K. C.; Farha, O. K.; Nickias, P.; Hupp, J. T.; Nguyen, S. T.; Snurr, R. Q. High Propene/Propane Selectivity in Isostructural Metal-Organic Frameworks with High Densities of Open Metal Sites. *Angew. Chem., Int. Ed.* **2012**, *51*, 1857−1860.

(11) Dincă, M.; Long, J. R. Hydrogen Storage in Microporous Metal-Organic Frameworks with Exposed Metal Sites. *Angew. Chem., Int. Ed.* **2008**, *47*, 6766−6779.

(12) Kong, X.; Scott, E.; Ding, W.; Mason, J. A.; Long, J. R.; Reimer, J. A. CO2 Dynamics in a Metal-Organic Framework with Open Metal Sites. *J. Am. Chem. Soc.* **2012**, *134*, 14341−14344.

(13) Chen, B.; Yang, Y.; Zapata, F.; Lin, G.; Qian, G.; Lobkovsky, E. B. Luminescent Open Metal Sites within a Metal-Organic Framework for Sensing Small Molecules. *Adv. Mater.* **2007**, *19*, 1693−1696.

(14) Chen, B.; Wang, L.; Xiao, Y.; Fronczek, F. R.; Xue, M.; Cui, Y.; Qian, G. A Luminescent Metal-Organic Framework with Lewis Basic Pyridyl Sites for the Sensing of Metal Ions. *Angew. Chem., Int. Ed.* **2009**, *48*, 500−503.

(15) Shustova, N. B.; Cozzolino, A. F.; Reineke, S.; Baldo, M.; Dincă, M. Selective Turn-On Ammonia Sensing Enabled by High-Temperature Fluorescence in Metal-Organic Frameworks with Open Metal Sites. *J. Am. Chem. Soc.* **2013**, *135*, 13326−13329.

(16) Ma, J.; Kalenak, A. P.; Wong-Foy, A. G.; Matzger, A. J. Rapid Guest Exchange and Ultra-Low Surface Tension Solvents Optimize Metal-Organic Framework Activation. *Angew. Chem.* **2017**, *129*, 14810−14813.

(17) Dodson, R. A.; Wong-Foy, A. G.; Matzger, A. J. The Metal-Organic Framework Collapse Continuum: Insights from Two-Dimensional Powder X-Ray Diffraction. *Chem. Mater.* **2018**, *30*, 6559−6565.

(18) Zhang, X.; Chen, Z.; Liu, X.; L. Hanna, S.; Wang, X.; Taheri-Ledari, R.; Maleki, A.; Li, P.; K. Farha, O. A Historical Overview of the Activation and Porosity of Metal-Organic Frameworks. *Chem. Soc. Rev.* **2020**, *49*, 7406−7427.

(19) Ahmed, A.; Liu, Y.; Purewal, J.; Tran, L. D.; Wong-Foy, A. G.; Veenstra, M.; Matzger, A. J.; Siegel, D. J. Balancing Gravimetric and Volumetric Hydrogen Density in MOFs. *Energy Environ. Sci.* **2017**, *10*, 2459−2471.

(20) Koh, K.; Oosterhout, J. D. V.; Roy, S.; G. Wong-Foy, A.; J. Matzger, A. Exceptional Surface Area from Coordination Copolymers Derived from Two Linear Linkers of Differing Lengths. *Chem. Sci.* **2012**, *3*, 2429−2432.

(21) Nelson, A. P.; Farha, O. K.; Mulfort, K. L.; Hupp, J. T. Supercritical Processing as a Route to High Internal Surface Areas and Permanent Microporosity in Metal-Organic Framework Materials. *J. Am. Chem. Soc.* **2009**, *131*, 458−460.

(22) Ma, L.; Jin, A.; Xie, Z.; Lin, W. Freeze Drying Significantly Increases Permanent Porosity and Hydrogen Uptake in 4,4-Connected Metal-Organic Frameworks. *Angew. Chem., Int. Ed.* **2009**, *48*, 9905−9908.

(23) He, Y.-P.; Tan, Y.-X.; Zhang, J. Comparative Study of Activation Methods on Tuning Gas Sorption Properties of a Metal-Organic Framework with Nanosized Ligands. *Inorg. Chem.* **2012**, *51*, 11232−11234.

(24) Wright, K. R.; Nath, K.; Matzger, A. J. Superior Metal-Organic Framework Activation with Dimethyl Ether. *Angew. Chem., Int. Ed.* **2022**, *61*, No. e202213190.

(25) Woo, H.; Devlin, A. M.; Matzger, A. J. In Situ Observation of Solvent Exchange Kinetics in a MOF with Coordinatively Unsaturated Sites. *J. Am. Chem. Soc.* **2023**, *145*, 18634−18641.

(26) Woo, H.; Robinson, J. W.; Matzger, A. J. Solvent Exchange Dynamics in M2(Dobdc): An Interplay among Binding Strength, Exchange Kinetics, and Cooperativity. *J. Am. Chem. Soc.* **2024**, *146*, 18136−18142.

(27) Chui, S. S.-Y.; Lo, S. M.-F.; Charmant, J. P. H.; Orpen, A. G.; Williams, I. D. A Chemically Functionalizable Nanoporous Material [Cu3(TMA)2(H2O)3]n. *Science* **1999**, *283*, 1148−1150.

(28) Alaerts, L.; Séguin, E.; Poelman, H.; Thibault-Starzyk, F.; Jacobs, P. A.; De Vos, D. E. Probing the Lewis Acidity and Catalytic Activity of the Metal-Organic Framework [Cu3(Btc)2] (BTC = Benzene-1,3,5-Tricarboxylate). *Chem.- Eur. J.* **2006**, *12*, 7353−7363.

(29) Allendorf, M. D.; Houk, R. J. T.; Andruszkiewicz, L.; Talin, A. A.; Pikarsky, J.; Choudhury, A.; Gall, K. A.; Hesketh, P. J. Stress-Induced Chemical Detection Using Flexible Metal-Organic Frameworks. *J. Am. Chem. Soc.* **2008**, *130*, 14404−14405.

(30) Mason, J. A.; Veenstra, M.; Long, J. R. Evaluating Metal-Organic Frameworks for Natural Gas Storage. *Chem. Sci.* **2014**, *5*, 32−51.

(31) Peng, Y.; Krungleviciute, V.; Eryazici, I.; Hupp, J. T.; Farha, O. K.; Yildirim, T. Methane Storage in Metal-Organic Frameworks: Current Records, Surprise Findings, and Challenges. *J. Am. Chem. Soc.* **2013**, *135*, 11887−11894.

(32) Nath, K.; Ahmed, A.; Siegel, D. J.; Matzger, A. J. Computational Identification and Experimental Demonstration of High-Performance Methane Sorbents. *Angew. Chem.* **2022**, *134*, No. e202203575.

(33) Ongari, D.; Tiana, D.; Stoneburner, S. J.; Gagliardi, L.; Smit, B. Origin of the Strong Interaction between Polar Molecules and Copper(II) Paddle-Wheels in Metal Organic Frameworks. *J. Phys. Chem. C* **2017**, *121*, 15135−15144.

(34) Hendon, C. H.; Walsh, A. Chemical Principles Underpinning the Performance of the Metal-Organic Framework HKUST-1. *Chem. Sci.* **2015**, *6*, 3674−3683.

(35) Akimbekov, Z.; Wu, D.; K. Brozek, C.; Dincă, M.; Navrotsky, A. Thermodynamics of Solvent Interaction with the Metal-Organic Framework MOF-5. *Phys. Chem. Chem. Phys.* **2016**, *18*, 1158−1162.

(36) Hughes, J. T.; Bennett, T. D.; Cheetham, A. K.; Navrotsky, A. Thermochemistry of Zeolitic Imidazolate Frameworks of Varying Porosity. *J. Am. Chem. Soc.* **2013**, *135*, 598−601.

(37) Hughes, J. T.; Navrotsky, A. MOF-5: Enthalpy of Formation and Energy Landscape of Porous Materials. *J. Am. Chem. Soc.* **2011**, *133* (24), 9184−9187.

(38) Bhunia, M. K.; Hughes, J. T.; Fettinger, J. C.; Navrotsky, A. Thermochemistry of Paddle Wheel MOFs: Cu-HKUST-1 and Zn-HKUST-1. *Langmuir* **2013**, *29*, 8140−8145.

(39) Dhumal, N. R.; Singh, M. P.; Anderson, J. A.; Kiefer, J.; Kim, H. J. Molecular Interactions of a Cu-Based Metal-Organic Framework with a Confined Imidazolium-Based Ionic Liquid: A Combined Density Functional Theory and Experimental Vibrational Spectroscopy Study. *J. Phys. Chem. C* **2016**, *120*, 3295−3304.

(40) Prestipino, C.; Regli, L.; Vitillo, J. G.; Bonino, F.; Damin, A.; Lamberti, C.; Zecchina, A.; Solari, P. L.; Kongshaug, K. O.; Bordiga, S. Local Structure of Framework Cu(II) in HKUST-1 Metallorganic Framework: Spectroscopic Characterization upon Activation and Interaction with Adsorbates. *Chem. Mater.* **2006**, *18*, 1337−1346.

(41) Kim, H. K.; Yun, W. S.; Kim, M.-B.; Kim, J. Y.; Bae, Y.-S.; Lee, J.; Jeong, N. C. A Chemical Route to Activation of Open Metal Sites in the Copper-Based Metal-Organic Framework HKUST-1 and Cu-MOF-2. *J. Am. Chem. Soc.* **2015**, *137*, 10009−10015.

https://doi.org/10.1021/acsmaterialslett.4c02250
*ACS Materials Lett.* 2025, 7, 450−456

ACS Materials Letters                    www.acsmaterialsletters.org                    Letter

(42) Todaro, M.; Alessi, A.; Sciortino, L.; Agnello, S.; Cannas, M.; Gelardi, F. M.; Buscarino, G. Investigation by Raman Spectroscopy of the Decomposition Process of HKUST-1 upon Exposure to Air. *J. Spectrosc.* **2016**, *2016*, 8074297.

(43) Bae, J.; Choi, J. S.; Hwang, S.; Yun, W. S.; Song, D.; Lee, J.; Jeong, N. C. Multiple Coordination Exchanges for Room-Temperature Activation of Open-Metal Sites in Metal-Organic Frameworks. *ACS Appl. Mater. Interfaces* **2017**, *9*, 24743−24752.

(44) Kulkarni, A. R.; Sholl, D. S. Screening of Copper Open Metal Site MOFs for Olefin/Paraffin Separations Using DFT-Derived Force Fields. *J. Phys. Chem. C* **2016**, *120*, 23044−23054.

(45) Fischer, M.; Gomes, J. R. B.; Jorge, M. Computational Approaches to Study Adsorption in MOFs with Unsaturated Metal Sites. *Mol. Simul.* **2014**, *40*, 537−556.

(46) Heinz, W. R.; Agirrezabal-Telleria, I.; Junk, R.; Berger, J.; Wang, J.; Sharapa, D. I.; Gil-Calvo, M.; Luz, I.; Soukri, M.; Studt, F.; Wang, Y.; Wöll, C.; Bunzen, H.; Drees, M.; Fischer, R. A. Thermal Defect Engineering of Precious Group Metal-Organic Frameworks: A Case Study on Ru/Rh-HKUST-1 Analogues. *ACS Appl. Mater. Interfaces* **2020**, *12*, 40635−40647.

(47) Hijikata, Y.; Sakaki, S. Interaction of Various Gas Molecules with Paddle-Wheel-Type Open Metal Sites of Porous Coordination Polymers: Theoretical Investigation. *Inorg. Chem.* **2014**, *53*, 2417−2426.

(48) Schäfer, A.; Huber, C.; Ahlrichs, R. Fully Optimized Contracted Gaussian Basis Sets of Triple Zeta Valence Quality for Atoms Li to Kr. *J. Chem. Phys.* **1994**, *100*, 5829−5835.

(49) Shao, Y.; Molnar, L. F.; Jung, Y.; Kussmann, J.; Ochsenfeld, C.; Brown, S. T.; Gilbert, A. T. B.; Slipchenko, L. V.; Levchenko, S. V.; O'Neill, D. P.; Jr, R. A. D.; Lochan, R. C.; Wang, T.; Beran, G. J. O.; Besley, N. A.; Herbert, J. M.; Lin, C. Y.; Voorhis, T. V.; Chien, S. H.; Sodt, A.; Steele, R. P.; Rassolov, V. A.; Maslen, P. E.; Korambath, P. P.; Adamson, R. D.; Austin, B.; Baker, J.; Byrd, E. F. C.; Dachsel, H.; Doerksen, R. J.; Dreuw, A.; Dunietz, B. D.; Dutoi, A. D.; Furlani, T. R.; Gwaltney, S. R.; Heyden, A.; Hirata, S.; Hsu, C.-P.; Kedziora, G.; Khalliulin, R. Z.; Klunzinger, P.; Lee, A. M.; Lee, M. S.; Liang, W.; Lotan, I.; Nair, N.; Peters, B.; Proynov, E. I.; Pieniazek, P. A.; Rhee, Y. M.; Ritchie, J.; Rosta, E.; Sherrill, C. D.; Simmonett, A. C.; Subotnik, J. E.; Iii, H. L. W.; Zhang, W.; Bell, A. T.; Chakraborty, A. K.; Chipman, D. M.; Keil, F. J.; Warshel, A.; Hehre, W. J.; Iii, H. F. S.; Kong, J.; Krylov, A. I.; Gill, P. M. W.; Head-Gordon, M. Advances in Methods and Algorithms in a Modern Quantum Chemistry Program Package. *Phys. Chem. Chem. Phys.* **2006**, *8*, 3172−3191.

(50) Afonso, R.; Toda, J.; Gomes, J. R. B.; Fischer, M.; Campbell, C.; Jorge, M. A computational study of the interaction of $C_2$ hydrocarbons with CuBTC. *Comput. Mater. Sci.* **2020**, *173*, 109438.

(51) Rubes, M.; Grajciar, L.; Bludsky, O.; Wiersum, A. D.; Llewellyn, P. L.; Nachtigall, P. Combined Theoretical and Experimental Investigation of CO Adsorption on Coordinatively Unsaturated Sites in CuBTC MOF. *ChemPhysChem* **2012**, *13*, 488−495.

(52) Grimme, S.; Antony, J.; Ehrlich, S.; Krieg, H. A Consistent and Accurate Ab Initio Parametrization of Density Functional Dispersion Correction (DFT-D) for the 94 Elements H-Pu. *J. Chem. Phys.* **2010**, *132*, 154104.

(53) Grecu, T.; Hunter, C. A.; Gardiner, E. J.; McCabe, J. F. Validation of a Computational Cocrystal Prediction Tool: Comparison of Virtual and Experimental Cocrystal Screening Results. *Cryst. Growth Des.* **2014**, *14*, 165−171.

(54) Musumeci, D.; Hunter, C. A.; Prohens, R.; Scuderi, S.; McCabe, J. F. Virtual Cocrystal Screening. *Chem. Sci.* **2011**, *2*, 883−890.

(55) Bennett, A. J.; Matzger, A. J. Progress in Predicting Ionic Cocrystal Formation: The Case of Ammonium Nitrate. *Chem. − Eur. J.* **2023**, *29*, No. e202300076.

https://doi.org/10.1021/acsmaterialslett.4c02250
*ACS Materials Lett.* 2025, 7, 450−456

## Supporting Information

# Competitive Guest Binding in a Metal-Organic Framework with Coordinately Unsaturated Metals

Hochul Woo,[†, §] and Adam J. Matzger*[†, §]

[†]Department of Chemistry, University of Michigan, 930 North University Avenue, Ann Arbor, Michigan 48109, United States
[§]Macromolecular Science and Engineering Program, University of Michigan, Ann Arbor, Michigan 48109-1055, United States

## Table of Contents

S1. Materials

S2. MOF synthesis and solvent exchange

S3. Instrumental details

S4. Calculation of relative binding free energy

S5. DFT calculations

S6. References

## S1. Materials

All chemicals were purchased from commercial vendors and used without purification unless otherwise noted. Cupric nitrate hemipentahydrate (Cu(NO$_3$)$_2$·2.5H$_2$O), dimethyl sulfoxide (DMSO), *N,N*-dimethylformamide (DMF), ethanol (EtOH), methanol (MeOH), acetone, acetonitrile (MeCN), and dichloromethane (DCM) were purchased from Fisher Scientific. 1,3,5-Benzenetricarboxylic acid (H$_3$BTC) and tetrahydrofuran (THF) were bought from TCI Chemicals and Honeywell Research Chemicals, respectively. To remove residual moisture, solvents were stored over activated 4 Å molecular sieves, and MeOH was stored over activated 3 Å molecular sieves. These solvents were used for MOF synthesis, solvent exchange, and resolvation.

## S2. MOF synthesis and solvent exchange

### HKUST-1 synthesis

Synthesis of HKUST-1 followed the described procedure.[1,2]

### Activation of HKUST-1

Solvent exchange was performed following previously reported protocols.[4–7] The mother liquor containing HKUST-1 was exchanged with fresh MeOH (10 mL), agitated for 24 h, and this process was repeated three times. HKUST-1 was activated by evacuating under dynamic vacuum (0.05 torr) overnight at 150 °C.

### Resolvation of activated HKUST-1

In the N$_2$ glovebox, activated HKUST-1 (20 mg) was prepared in 4 mL vials and soaked in the following solvents (4 mL): DMSO, DMF, MeOH, EtOH, acetone, THF, MeCN, and DCM. This resolvated MOFs were used for measuring powder X-ray diffraction pattern, Raman spectra, and thermogravimetric analysis coupled with mass spectrometry.

### Preparation of solvent-mixtures

Solvent mixtures (EtOH and the second solvent) at the particular volume ratios were prepared by using an Eppendorf® Repeater™ Stream electronic pipette. DMSO volume ratios in EtOH were prepared at 1, 3, 4, 5, 6, 7, and 10% DMSO. DMF volume ratios in EtOH were prepared at 10, 11, 12, 13, 14, 15, and 20% DMF. MeOH volume ratios in EtOH were prepared at 10, 15, 16, 17, 18, 19, and 20% of the alcohol. Acetone volume ratios in EtOH were prepared at 30, 40, 50, 55, 60, 70, 80, and 90% acetone. THF volume ratios in EtOH were prepared at 40, 50, 60, 70, 80, and 90% THF. MeCN volume ratios in EtOH were prepared at 10, 50, 60, 70, 80, and 90% MeCN. DCM volume ratios in EtOH were prepared at 97, 97.5, 98, 98.5, and 99% DCM.

### Competitive guest binding

HKUST-1 resolvated in EtOH was isolated via filtration, and the MOF (~1 mg) was transferred to 20 mL vials. The mixed solutions (10 mL) were added to the vials containing MOF and agitated for a week. To maintain the precise volume ratios of EtOH in DCM solution, 50 mL of solution was used for EtOH-DCM mixtures.

### S3. Instrumental details
**Powder X-ray diffraction (PXRD)**

The resolvated MOF samples were prepared by coating with Paratone N oil. Powder X-ray diffraction (PXRD) patterns were obtained with a PANalytical Empyrean diffractometer in Bragg–Brentano geometry using Cu Kα radiation operating at 45 kV and 40 mA. The incident beam was equipped with a Bragg–BrentanoHD X-ray optic using fixed slits/soller slits. X-ray detection was accomplished with a silicon-based linear position sensitive X'Celerator Scientific detector operating in 1D scanning mode. PXRD data were collected between 3–50° 2θ, with a scan rate of 0.0083° and 20 seconds per step.

**N$_2$ sorption**

Sorption measurements were carried out via a NOVA e-Series 4200 surface area analyzer (Quantachrome Instrument). N$_2$ (99.999%) was purchased from Cryogenic Gases and used as received. Sorption isotherms were analyzed by NOVAwin software. A glass cell was charged with ~30 mg of MOF and analyzed at 77 K for each N$_2$ sorption measurement.

**Raman spectroscopic observation of a MOF single crystal**

Raman spectra were measured using a Renishaw Qontor Raman spectrometer (1200 l/mm grating) with a 100 mW 532 nm laser through a 50× Leica long working distance microscope objective. The sample cell was designed in-house from rectangular borosilicate glass (0.70 mm x 7.00 mm) with a 5 mm round outlet that was sealed with a 5 mm NMR tube cap to prevent solvent evaporation during experiments. HKUST-1 crystals in the corresponding volume solutions (200 μL) were transferred to the sample container. Static scans (1830-48 cm$^{-1}$) were collected by focusing a single crystal HKUST-1 with a 1 second exposure time for 100 acquisitions using cosmic ray removal at 5% laser power (approximately 2.5 mW at the sample). To calculate the standard error of the measurements, more than 3 different crystals were observed for every sample. The collected data was smoothed, truncated (1100-150 cm$^{-1}$), and baseline-corrected via WiRE 5.6. The location of the Cu–Cu stretch was curve-fitted and manually tracked in WiRE 5.6.

To calculate the area of Cu–Cu stretches for coordinated solvents, the Cu–Cu spectra were truncated (240-150 cm$^{-1}$), baseline-corrected, and fitted at the measured Cu–Cu stretch position (Table S1) using Gaussian functions in OriginPro 2022.

**Raman spectroscopic observation of solvent-mixtures**

Raman spectra were measured using a Renishaw Qontor Raman spectrometer (1200 l/mm grating) with a 100 mW 532 nm laser through a 5× Leica microscope objective. Solvent-mixtures (3 mL) were transferred to 4 mL vials, and placed at a 3D printer-designed vial holder backed with a stainless-steel bottom. Static scans (2011-272 cm$^{-1}$) were collected with a 1 second exposure time for 20 acquisitions using cosmic ray removal at 100% laser power. The collected data was baseline-corrected, normalized (0-100), and curve-fitted via WiRE 5.6. The integrated spectra of CH$_2$ deformation vibration[3,4] (center: 1274 cm$^{-1}$) of EtOH was investigated for DMSO-, DMF-, MeOH-, acetone- and MeCN-EtOH mixtures. The area of C-C stretching vibration[3] (center: 432 cm$^{-1}$) and C-C-O bending vibration[3] (center: 878 cm$^{-1}$) of EtOH were employed for THF- and DCM-EtOH mixtures, respectively.

**Thermogravimetric analysis coupled with mass spectrometry (TGA-MS)**

TGA-MS data were acquired using a TA Instruments Q5500 Discovery thermal analyzer coupled to a Hiden HPR-20 QIC mass spectrometer. The resolvated HKUST-1 was isolated by filtration. The prepared MOF (~3 mg) was sealed into a Tzero pan with a Tzero lid pierced using a BD PrecisionGlide[TM] Needle (26 G x 5/8). The sample was then loaded on the platinum TGA sample pan. Heated was programmed using TRIOS 5.6. to equilibrate 25 °C, hold isothermally for 7 min, and then ramp 1 °C/min to 400 °C. During thermal heating, the multiple ion detection (MID) mode scan was employed using MASsoft10 to trace the evolved gases of the resolvated solvent from the MOF. Masses at m/z=63, 73, 31, 31, 58, 71, and 84 were tracked to monitor DMSO, DMF, MeOH, EtOH, acetone, THF, and DCM, respectively. The local maxima of TGA-MS profiles were determined using 1st derivative of the curve, where the value is 0, calculated via OriginPro 2022.

## S4. Calculation of relative binding free energy

An equal population of the coordinated EtOH and DMF was observed in a solvent mixture of 12% DMF and 88% EtOH. At the point of equal population of both solvents, the coordinated phase concentrations cancel. The equilibrium constant (K) is determined by the following expression:

$$K = \frac{[\cancel{\text{coordinated exchange solvent}}] \times [EtOH]}{[\cancel{\text{coordinated EtOH}}] \times [\text{exchange solvent}]}$$

The equilibrium constant is derived from the solvent concentrations. As the solution mixtures were prepared based on volume percentages, these percentages were converted to molar concentrations.

*DMF molar concentration:* $10 \; mL \; \times \frac{12}{100} \times \frac{0.944 \; g}{mL} \times \frac{1 \; mmol}{73.09 \; mg} = 0.155 \; mmol$

*EtOH molar concentration:* $10 \; mL \; \times \frac{88}{100} \times \frac{0.789 \; g}{mL} \times \frac{1 \; mmol}{52.11 \; mg} = 1.334 \; mmol$

$$\Delta G° = -RTln\frac{[EtOH]}{[\text{exchange solvent}]}$$

$$\therefore \Delta G° = -5.336 \; kJ/mol$$

The calculation for other solvent mixtures are carried out in a similar manner.

## S5. DFT calculations
### Solvent binding energy of HKUST-1

Density functional theory (DFT) calculations were performed on a molecular cluster model for HKUST-1,[5,6] $Cu_2(HCOO)_4$, to calculate the solvent binding energy. The calculations were performed with M06-L functional with def2-TZVP[7] basis set via Spartan' 24 (Wavefunction Inc., Irvine, CA).[8] The dicopper tetraformate cluster was constructed coordinated with each solvent

molecule and geometrically optimized to minimize energy. The binding energy of the coordinated solvent molecules was calculated according to the following formula.

$$\Delta E_{binding} = \Delta E_{MOF+solvent} - \Delta E_{activated\ MOF} - \Delta E_{solvent}$$

**Electronic properties of solvent molecule**

Solvent electronic properties and electrostatic potential maps (mapped on 0.002 e/au electron density contour) were calculated at the B3LYP-D3[9] functional with 6-311G* basis set via Spartan '24 software.[8]



**Figure S1.** Structure of (a) DMF-coordinated HKUST-1, and (b) activated HKUST-1.



**Figure S2.** $N_2$ isotherms of the activated HKUST-1.



**Figure S3.** PXRD patterns of the simulated HKUST-1 and resolvated HKUST-1 in DMSO, DMF, MeOH, EtOH, acetone, THF, MeCN, and DCM.



**Figure S4.** Raman spectra of Cu–Cu stretch of resolvated HKUST-1 in DMSO, DMF, MeOH, EtOH, acetone, THF, MeCN, and DCM.

**Table S1.** Cu–Cu stretching frequency of resolvated HKUST-1.

| Coordinated solvent | Raman shift (cm$^{-1}$) |
|---|---|
| DMSO | 178.8 |
| DMF | 180.0 |
| MeOH | 181.6 |
| EtOH | 188.5 |
| acetone | 181.1 |
| THF | 181.5 |
| MeCN | 184.9 |
| DCM | 214.9 |



**Figure S5.** Deconvoluted Raman spectra using Gaussian functions to extract Cu–Cu stretching frequencies of HKUST-1, resolvated in (a) DMSO, (b) DMF, (c) MeOH, (d) EtOH, (e) acetone, (f) THF, (g) MeCN, and (h) DCM.



**Figure S6.** Correlation curves of the integrated Raman spectra of EtOH in a various solvent mixtures with different volume ratios: (a) DMSO, (b) DMF, (c) MeOH, (d) acetone, (e) THF, (f) MeCN, and (g) DCM in EtOH.



**Figure S7.** Cu–Cu stretching frequency of resolvated HKUST-1 across the various volume ratios of EtOH to (a) DMSO, (b) DMF, (c) MeOH, (d) acetone, (e) THF, and (f) MeCN. The peak locations were fitted from the spectra.

**Table S2.** Experimentally obtained relative free energy values for solvent binding to HKUST-1.

| Coordinated solvent | Relative free energy (kJ/mol) |
|---|---|
| DMSO | -7.821 |
| DMF | -5.336 |
| MeOH | -2.545 |
| EtOH | 0 |
| acetone | 0.229 |
| THF | 0.493 |
| MeCN | 1.500 |
| DCM | 9.728 |



**Figure S8.** (a) TGA thermogram of HKUST-1 resolvated in (a) DMSO, (b) DMF, (c) MeOH, (d) EtOH, (e) acetone, (f) THF, and (h) DCM. The green, blue, and red lines represent the local maxima of thermal release profiles for intercrystalline, pore-filled solvent, and CUS-bound solvents, respectively.



**Figure S9.** TGA-MS profiles of the mass fractions of solvent upon heating the resolvated HKUST-1 and the corresponding 1st derivative profiles. The MOF is resolvated in (a) DMSO, (b) DMF, (c) MeOH, (d) EtOH, (e) acetone, (f) THF, and (h) DCM.

**Table S3.** Solvent thermal release temperatures of resolvated HKUST-1 and their boiling points.

| Coordinated Solvent | Thermal release temperature (ºC) | | | Boiling point (ºC) |
|---|---|---|---|---|
| | Intercrystalline solvent | Pore-filled solvent | CUS-bound solvent | |
| DMSO | 157 ºC | 180 ºC | 288 ºC | 189 ºC |
| DMF | 141 ºC | 157 ºC | 229 ºC | 153 ºC |
| MeOH | - | 58 ºC | 118 ºC | 65 ºC |
| EtOH | - | 68 ºC | 123 ºC | 78 ºC |
| acetone | - | 64 ºC | 124 ºC | 56 ºC |
| THF | - | 89 ºC | 138 ºC | 66 ºC |
| DCM | - | 52 ºC | 81 ºC | 40 ºC |



**Figure S10.** Correlation plot of the experimentally obtained relative free energy to the temperature difference between the solvents thermally released from CUS and pores of resolvated HKUST-1 in DMSO, DMF, EtOH, MeOH, acetone, THF, and DCM.



**Figure S11.** Optimized structures of $Cu_2(HCOO)_4$ coordinated with (a) DMSO, (b) DMF, (c) MeOH, (d) EtOH, (e) acetone, (f) THF, (g) MeCN, (h) DCM, (i) $CO_2$, and (j) DME.

**Table S4.** Electronic properties of solvent molecules calculated at B3LYP-D3/6-311G* level.

| Solvent | Electrostatic potential (kJ/mol) | | Mulliken charge of the bound atom (a.u.) | Dipole moment (Debye) |
|---|---|---|---|---|
| | Min. | Max. | | |
| DMSO | -232.8 | 142.1 | -0.584[a] | 4.14 |
| DMF | -210.3 | 111.1 | -0.364[a] | 3.91 |
| MeOH | -189.4 | 219.5 | -0.561[a] | 1.81 |
| EtOH | -187.3 | 214.3 | -0.550[a] | 1.74 |
| acetone | -177.3 | 97.8 | -0.289[a] | 2.83 |
| THF | -185.3 | 68.2 | -0.363[a] | 1.82 |
| MeCN | -191.0 | 137.0 | -0.229[b] | 3.86 |
| DCM | -62.1 | 147.0 | -0.035[c] | 1.88 |
| DME | -166.6 | 62.1 | -0.328[a] | 1.29 |
| $CO_2$ | -71.8 | 137.7 | -0.249[a] | 0 |
| Benzene | -88.8 | 73.6 | - | 0 |
| Cyclohexane | -19.4 | 35.4 | - | 0 |

a: O atom
b: N atom
c: Cl atom



**Figure S12.** Correlation plots of the experimentally obtained relative free energy of binding and (a) Mulliken charges and (b) dipole moments of DMSO, DMF, EtOH, MeOH, acetone, and THF.



**Figure S13.** Correlation plot of the experimentally obtained relative free energy of binding and the electrostatic potential minimum for DMSO, DMF, EtOH, MeOH, acetone, THF, MeCN, and DCM.



**Figure S14.** Electrostatic potential maps of (a) DMSO, (b) DMF, (c) MeOH, (d) EtOH, (e) acetone, (f) THF, (g) $CO_2$, and (h) DME.

## S6. References

(1) Feldblyum, J. I.; Liu, M.; Gidley, D. W.; Matzger, A. J. Reconciling the Discrepancies between Crystallographic Porosity and Guest Access As Exemplified by Zn-HKUST-1. *J. Am. Chem. Soc.* **2011**, *133* (45), 18257–18263. https://doi.org/10.1021/ja2055935.

(2) Woo, H.; Devlin, A. M.; Matzger, A. J. In Situ Observation of Solvent Exchange Kinetics in a MOF with Coordinatively Unsaturated Sites. *J. Am. Chem. Soc.* **2023**, *145* (33), 18634–18641. https://doi.org/10.1021/jacs.3c06396.

(3) Burikov, S.; Dolenko, T.; Patsaeva, S.; Starokurov, Y.; Yuzhakov, V. Raman and IR Spectroscopy Research on Hydrogen Bonding in Water–Ethanol Systems. *Mol. Phys.* **2010**, *108* (18), 2427–2436. https://doi.org/10.1080/00268976.2010.516277.

(4) Emin, A.; Hushur, A.; Mamtimin, T. Raman Study of Mixed Solutions of Methanol and Ethanol. *AIP Advances* **2020**, *10* (6), 065330. https://doi.org/10.1063/1.5140722.

(5) Heinz, W. R.; Agirrezabal-Telleria, I.; Junk, R.; Berger, J.; Wang, J.; Sharapa, D. I.; Gil-Calvo, M.; Luz, I.; Soukri, M.; Studt, F.; Wang, Y.; Wöll, C.; Bunzen, H.; Drees, M.; Fischer, R. A. Thermal Defect Engineering of Precious Group Metal–Organic Frameworks: A Case Study on Ru/Rh-HKUST-1 Analogues. *ACS Appl. Mater. Interfaces* **2020**, *12* (36), 40635–40647. https://doi.org/10.1021/acsami.0c10721.

(6) Hijikata, Y.; Sakaki, S. Interaction of Various Gas Molecules with Paddle-Wheel-Type Open Metal Sites of Porous Coordination Polymers: Theoretical Investigation. *Inorg. Chem.* **2014**, *53* (5), 2417–2426. https://doi.org/10.1021/ic402172v.

(7) Schäfer, A.; Huber, C.; Ahlrichs, R. Fully Optimized Contracted Gaussian Basis Sets of Triple Zeta Valence Quality for Atoms Li to Kr. *J. Chem. Phys.* **1994**, *100* (8), 5829–5835. https://doi.org/10.1063/1.467146.

(8) Shao, Y.; Molnar, L. F.; Jung, Y.; Kussmann, J.; Ochsenfeld, C.; Brown, S. T.; Gilbert, A. T. B.; Slipchenko, L. V.; Levchenko, S. V.; O'Neill, D. P.; Jr, R. A. D.; Lochan, R. C.; Wang, T.; Beran, G. J. O.; Besley, N. A.; Herbert, J. M.; Lin, C. Y.; Voorhis, T. V.; Chien, S. H.; Sodt, A.; Steele, R. P.; Rassolov, V. A.; Maslen, P. E.; Korambath, P. P.; Adamson, R. D.; Austin, B.; Baker, J.; Byrd, E. F. C.; Dachsel, H.; Doerksen, R. J.; Dreuw, A.; Dunietz, B. D.; Dutoi, A. D.; Furlani, T. R.; Gwaltney, S. R.; Heyden, A.; Hirata, S.; Hsu, C.-P.; Kedziora, G.; Khaliulin, R. Z.; Klunzinger, P.; Lee, A. M.; Lee, M. S.; Liang, W.; Lotan, I.; Nair, N.; Peters, B.; Proynov, E. I.; Pieniazek, P. A.; Rhee, Y. M.; Ritchie, J.; Rosta, E.; Sherrill, C. D.; Simmonett, A. C.; Subotnik, J. E.; Iii, H. L. W.; Zhang, W.; Bell, A. T.; Chakraborty, A. K.; Chipman, D. M.; Keil, F. J.; Warshel, A.; Hehre, W. J.; Iii, H. F. S.; Kong, J.; Krylov, A. I.; Gill, P. M. W.; Head-Gordon, M. Advances in Methods and Algorithms in a Modern Quantum Chemistry Program Package. *Phys. Chem. Chem. Phys.* **2006**, *8* (27), 3172–3191. https://doi.org/10.1039/B517914A.

(9) Grimme, S.; Antony, J.; Ehrlich, S.; Krieg, H. A Consistent and Accurate Ab Initio Parametrization of Density Functional Dispersion Correction (DFT-D) for the 94 Elements H-Pu. *J. Chem. Phys.* **2010**, *132* (15), 154104. https://doi.org/10.1063/1.3382344.