# EXHIBIT 28

Journal of Applied Physics

RESEARCH ARTICLE | JULY 15 2002

# Raman spectroscopic investigations of activated carbon materials

N. Shimodaira; A. Masui



J. Appl. Phys. 92, 902–909 (2002)
https://doi.org/10.1063/1.1487434

  
View Online     Export Citation

### Articles You May Be Interested In

Raman spectra of fluorine-doped silica glasses with various fictive temperatures

J. Appl. Phys. (March 2002)

Platinum/iridium tips with controlled geometry for scanning tunneling microscopy

J. Vac. Sci. Technol. A (July 1990)

Electron Microscope Studies of the Deviation of a Stress-Annealed Pyrolytic Graphite Matrix from a Single Crystal

J. Appl. Phys. (March 1969)

06 October 2025 00:16:27




AIP Publishing

JOURNAL OF APPLIED PHYSICS    VOLUME 92, NUMBER 2    15 JULY 2002

# Raman spectroscopic investigations of activated carbon materials

N. Shimodaira[a)] and A. Masui
*Research Center, Asahi Glass Co. Ltd., 1150 Hazawa-cho, Kanagawa-ku, Yokohama 221-8755, Japan*

(Received 22 February 2002; accepted for publication 23 April 2002)

Raman spectra of activated carbon materials have been investigated by a peak-deconvolution technique. It has been found as a result of our fitting trials that four Gaussians and a linear background are necessary and enough to reproduce the spectral data throughout our experiment, with a pair of relatively sharp peaks at about 1600 cm$^{-1}$ and about 1350 cm$^{-1}$, namely G1 and D1, and a pair of relatively broad peaks around 1560 cm$^{-1}$ and 1340 cm$^{-1}$, namely G2 and D2. From the characteristic behavior of these paired peaks, it has been concluded that the structure of activated carbon materials is schematically classified into two parts. The former part, represented by sharp G1 and G2 peaks, arises from winding short basal planes with bond angle *order*, while the latter, by broad G2 and D2 peaks, $sp^2$ clusters like $a$-Cs with bond angle *disorder*. We have found the peak intensity ratio of G2 to G1, the I(G1)/I(G2) ratio, as a useful parameter expressing the relative content of the *disorder* part to the *order* part in the activated carbons, revealing the structural changes induced by anneal or activations. Since the changes of fitting parameters including the I(G2)/I(G1) ratio were completely opposite for H$_2$O and KOH activation, it has been clarified that the part with bond angle *disorder* is selectively removed or become ordered by H$_2$O activation, whereas induced by KOH activation, though both activation methods yield similar surface area. © *2002 American Institute of Physics.* [DOI: 10.1063/1.1487434]

## I. INTRODUCTION

Raman spectroscopy is one of the most powerful tools for characterizing carbon materials, because the spectral shape exhibits wide variety corresponding to the forms of carbon, revealing fine structural information.

For example, in polycrystalline graphites, two sharp Raman peaks, namely G(graphite)- and D(disorder)-band, explicitly appear at about 1580 and 1360 cm$^{-1}$, respectively.[1] In addition, a small feature near 1620 cm$^{-1}$, called D′ band, is also observed.[2] The G band is ascribed to the Raman-active $E_{2g}$ in-plane vibration mode, while the D band to the $A_{1g}$ mode similar to an in-plane breathing vibration type, which is Raman inactive in a large single crystal like highly oriented pyrolytic graphite (HOPG), resulting from a relaxation of the symmetry rule for Raman scattering due to the presence of disorder parts like grain edges.[1] Thus, for example, it is well known that the relative peak intensity (or area) ratio of the D band to the G band is correlated with the reciprocal of the crystalline size along basal plane ($1/L_a$) measured from x-ray diffraction (XRD).[1,3–7]

In sputtered or evaporated amorphous carbon films ($a$-C) regardless of whether hydrogenated or not, a relatively broad band around 1550 cm$^{-1}$ overlapped with a broader band around 1400 cm$^{-1}$ is observed.[8–15] The Raman spectra are deconvoluted into two peaks by using Gaussian line shapes, also called G and D band in $a$-C, and the peak position, the band width, and the relative intensity ratio of the D band to the G band, $I_d/I_g$, have been examined as a function of deposition parameters,[8,11–13] anneal temperature,[9] and some properties measured from other techniques.[11–13] Especially, the $I_d/I_g$ ratio is often used in hydrogenated amorphous carbons as a parameter indicating $sp^2$-cluster size, or the relative content of $sp^3$ bonding structures.[10,11,14]

On the other hand, activated carbon materials have not been well understood in terms of structure, though they are industrially used as electrodes and adsorbents taking advantage of their huge surface area. That is, in activated carbons and their precursors as well, the apparent Raman peak intensities of D and G bands show no significant tendency, even when the spectral shape, i.e., the depth of the valley between the G and D band, drastically varies.[7,15,16] Furthermore, it is difficult to reproduce the spectra accurately with two peaks as G and D bands by using typical model functions like Gaussians or Lorentzians.[7,17,18] For instance, a curve fitting simply with two peaks has been attempted by using a Lorentzian for D band and a Breit–Wigner–Fano line shape for G band,[17,18] and it was described that the fitting results include a large error dependent on the choice of the baseline.[18] Thus the Raman spectra of such carbon materials have hardly been analyzed by numerical ways, which prevents us from structural understanding by Raman spectroscopy.

In this article, we demonstrate a useful peak-deconvolution technique of the Raman spectra for characterizing activated carbon materials to propose an interpretation on the microstructure. We also report the structural change before and after activation, showing difference due to the activation methods.

## II. EXPERIMENT

### A. Materials

A total of 33 carbon materials are used in this study. They are classified into two groups, nongraphitizable carbon

[a)]Author to whom correspondence should be addressed; electronic mail: shimodir@agc.co.jp

06 October 2025 00:16:27

TABLE I. Sample descriptions and calculated fitting parameters of four Gaussian peaks, G1, G2, D1, and D2, to the Raman spectra.

| Sample codes | Starting materials | Activation methods | Surface area (m²/g) | G1 $\nu$(cm$^{-1}$) | G1 $\Gamma$(cm$^{-1}$) | G2 $\nu$(cm$^{-1}$) | G2 $\Gamma$(cm$^{-1}$) | D1 $\nu$(cm$^{-1}$) | D1 $\Gamma$(cm$^{-1}$) | D2 $\nu$(cm$^{-1}$) | D2 $\Gamma$(cm$^{-1}$) | I(D1)/I(G1) | I(D2)/I(G2) | I(G2)/I(G1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HC1 | phenol | H$_2$O | 2000 | 1607 | 48 | 1579 | 134 | 1342 | 84 | 1320 | 282 | 0.89 | 1.33 | 0.38 |
| HC2 | phenol | KOH | 1500 | 1597 | 68 | 1538 | 172 | 1343 | 123 | 1323 | 391 | 0.91 | 1.18 | 0.66 |
| HC3 | phenol | H$_2$O | 1800 | 1606 | 70 | 1530 | 199 | 1350 | 137 | 1264 | 288 | 0.93 | 0.64 | 0.87 |
| HC4 | phenol | H$_2$O | 1500 | 1597 | 51 | 1571 | 134 | 1339 | 91 | 1326 | 298 | 0.89 | 1.42 | 0.43 |
| HC5 | phenol | H$_2$O | 1300 | 1597 | 53 | 1573 | 132 | 1337 | 100 | 1339 | 312 | 0.67 | 1.48 | 0.55 |
| HC6 | coconut | H$_2$O | 1600 | 1610 | 49 | 1587 | 128 | 1349 | 83 | 1339 | 312 | 0.97 | 1.32 | 0.42 |
| HC7 | PVdC | H$_2$O | 1200 | 1623 | 46 | 1597 | 132 | 1352 | 82 | 1331 | 292 | 0.97 | 1.40 | 0.36 |
| HC8 | phenol | H$_2$O+KOH | 2000 | 1610 | 69 | 1551 | 169 | 1354 | 123 | 1324 | 349 | 0.85 | 1.22 | 0.71 |
| HC9 | phenol | ZnCl$_2$ | no data | 1607 | 49 | 1585 | 139 | 1342 | 83 | 1336 | 308 | 0.44 | 1.63 | 0.51 |
| HC10 | phenol | unknown | 2100 | 1611 | 61 | 1576 | 131 | 1350 | 94 | 1357 | 357 | 0.87 | 1.71 | 0.46 |
| HC11 | phenol | unknown | 1700 | 1610 | 68 | 1548 | 190 | 1358 | 136 | 1293 | 331 | 0.95 | 0.81 | 0.93 |
| HC12 | phenol | not activated | no data | 1608 | 73 | 1560 | 139 | 1359 | 114 | 1360 | 379 | 0.83 | 1.50 | 0.52 |
| HC13 | phenol | not activated | no data | 1609 | 71 | 1557 | 137 | 1358 | 107 | 1360 | 388 | 0.88 | 1.60 | 0.46 |
| HC14 | resin | not activated | 6.3 | 1609 | 66 | 1573 | 129 | 1356 | 99 | 1369 | 373 | 0.97 | 1.62 | 0.51 |
| HC15 | resin | not activated | 1.3 | 1600 | 72 | 1555 | 137 | 1355 | 101 | 1360 | 331 | 0.76 | 1.53 | 0.49 |
| HC16 | unknown | not activated | 1.2 | 1602 | 57 | 1575 | 112 | 1350 | 85 | 1360 | 346 | 1.24 | 1.42 | 0.51 |
| HC17 | unknown | not activated | no data | 1608 | 73 | 1566 | 169 | 1366 | 149 | 1331 | 383 | 1.01 | 0.89 | 0.98 |
| HC18 | carbonblack | not activated | 1500 | 1601 | 58 | 1571 | 113 | 1343 | 86 | 1352 | 330 | 1.02 | 1.38 | 0.56 |
| HC19 | carbonblack | not activated | 1270 | 1603 | 59 | 1568 | 115 | 1345 | 74 | 1349 | 346 | 1.20 | 1.66 | 0.29 |
| HC20 | phenol | not activated | no data | 1589 | 58 | 1561 | 137 | 1336 | 121 | 1354 | 406 | 1.08 | 1.54 | 0.67 |
| HC21 | phenol | H$_2$O | no data | 1595 | 49 | 1566 | 140 | 1336 | 94 | 1324 | 292 | 0.83 | 1.42 | 0.48 |
| HC: $\bar{x}\pm\sigma_{n-1}$ | | | | 1605±7 | 60±9 | 1566±16 | 142±24 | 1348±8 | 103±21 | 1337±25 | 338±38 | 0.91±0.17 | 1.37±0.28 | 0.56±0.18 |
| SC1 | cokes | KOH | 1400 | 1605 | 74 | 1534 | 199 | 1351 | 145 | 1273 | 323 | 0.95 | 0.67 | 1.01 |
| SC2 | cokes | KOH | 1700 | 1601 | 76 | 1537 | 198 | 1348 | 125 | 1310 | 351 | 0.78 | 0.95 | 0.76 |
| SC3 | cokes | KOH | 960 | 1607 | 75 | 1537 | 200 | 1356 | 162 | 1224 | 296 | 1.23 | 0.47 | 1.25 |
| SC4 | cokes | KOH | 800 | 1605 | 75 | 1532 | 206 | 1351 | 152 | 1251 | 317 | 1.07 | 0.52 | 1.14 |
| SC5 | cokes | KOH | 1600 | 1612 | 71 | 1550 | 168 | 1357 | 146 | 1335 | 471 | 0.91 | 1.19 | 0.78 |
| SC6 | cokes | KOH | 840 | 1614 | 74 | 1554 | 187 | 1363 | 161 | 1294 | 398 | 1.05 | 0.70 | 1.21 |
| SC7 | cokes | KOH | 2000 | 1598 | 71 | 1546 | 169 | 1353 | 163 | 1305 | 463 | 1.18 | 0.91 | 1.15 |
| SC8 | unknown | not activated | no data | 1606 | 63 | 1583 | 147 | 1355 | 113 | 1359 | 381 | 0.61 | 1.79 | 0.72 |
| SC9 | unknown | not activated | no data | 1611 | 66 | 1573 | 173 | 1361 | 123 | 1347 | 390 | 0.84 | 1.36 | 0.80 |
| SC10 | (vapor-grown) | not activated | no data | 1602 | 67 | 1581 | 149 | 1357 | 94 | 1373 | 381 | 0.77 | 1.92 | 0.60 |
| SC11 | pitch | not activated | no data | 1597 | 62 | 1554 | 178 | 1353 | 125 | 1309 | 344 | 1.02 | 1.00 | 0.98 |
| SC12 | pitch | KOH | no data | 1597 | 70 | 1544 | 182 | 1351 | 137 | 1298 | 363 | 1.26 | 0.67 | 1.33 |
| SC: $\bar{x}\pm\sigma_{n-1}$ | | | | 1605±6 | 70±5 | 1552±18 | 180±19 | 1355±4 | 137±22 | 1306±43 | 374±54 | 0.97±0.20 | 1.01±0.47 | 0.98±0.24 |
| Total: $\bar{x}\pm\sigma_{n-1}$ | | | | 1605±7 | 64±9 | 1561±18 | 156±29 | 1351±8 | 115±27 | 1326±36 | 351±47 | 0.93±0.18 | 1.24±0.4 | 0.71±0.29 |

904    J. Appl. Phys., Vol. 92, No. 2, 15 July 2002    N. Shimodaira and A. Masui

TABLE II. Fitting parameters in annealed sample HC2 obtained from fitting four Gaussians, G1, G2, D1, and D2, to the Raman spectra.

| Sample codes | Anneal temp. (K) | G1 $\nu$(cm$^{-1}$) | G1 $\Gamma$(cm$^{-1}$) | G2 $\nu$(cm$^{-1}$) | G2 $\Gamma$(cm$^{-1}$) | D1 $\nu$(cm$^{-1}$) | D1 $\Gamma$(cm$^{-1}$) | D2 $\nu$(cm$^{-1}$) | D2 $\Gamma$(cm$^{-1}$) | I(D1)/I(G1) | I(D2)/I(G2) | I(G2)/I(G1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HC2  | No   | 1597 | 68 | 1538 | 172 | 1343 | 123 | 1323 | 391 | 0.91 | 1.18 | 0.66 |
| HC2a | 1273 | 1599 | 67 | 1557 | 127 | 1343 | 97  | 1363 | 312 | 0.71 | 1.80 | 0.51 |
| HC2b | 1473 | 1600 | 63 | 1565 | 122 | 1344 | 79  | 1362 | 273 | 0.88 | 1.43 | 0.56 |
| HC2c | 1673 | 1597 | 59 | 1566 | 113 | 1341 | 70  | 1353 | 260 | 1.30 | 1.21 | 0.41 |

(a series of "HC") and graphitizable carbon (a series of "SC"), as listed in Table I. Among the HC group, eleven samples (HC1–HC11) are activated carbons mainly H$_2$O activated, made from phenol resins or polyvinylidenechloride (PVdC), six samples (HC12–HC17) are precursors that are not activated, and two samples (HC18 and HC19) are carbonblacks. Among the SC group, seven samples (SC1–SC7) are KOH-activated carbons made from carbonized cokes, while other three samples (SC8–SC10) are not activated.

Of the HC samples, HC2 was chosen for annealing at various temperatures ranging from 1273 to 1673 K for 3 h in Ar atmosphere in order to study structural changes caused by heat (HC2a–HC2c, see Table II). In addition, to study the structural changes before and after activation in different processes, two types of activated carbons were prepared as follows: one is a phenol resin carbonized at 1173 K (HC20) followed by H$_2$O activation at 1123 K (HC21), the other is a pitch carbonized at 1173 K (SC11) followed by KOH activation at 1023 K (SC12).

For comparison, three types of amorphous carbon ($a$-C) films (a series of "AC") sputtered on silicon wafers at 6 mTorr with different H$_2$ content in Ar gas, 0% for AC1, 15% for AC2, and 30% for AC3, were prepared. All the $a$-C samples were also annealed at various temperatures ranging from 423 to 573 K for 1 h in N$_2$ atmosphere (see Table III).

### B. Raman spectroscopy

Raman spectra were obtained with a Ramanor T64000 (Jobin/Yvon) using a 514.5 nm Ar line as an excitation source. The laser was focused to about 100 $\mu$m in diameter at a power of less than 5 mW at the sample surface in order to prevent thermal degradation. Raman spectra from 800 to 2000 cm$^{-1}$ at about 0.5 cm$^{-1}$ interval were measured for 15 s in the backscattering geometry with a filtered 64 cm single monochromator. The detector was a 16 bit charge coupled device cooled by liquid N$_2$. To improve the signal-to-noise ratio, 5–10 scans were averaged when necessary.

The obtained Raman spectra of activated carbon materials were deconvoluted by using four Gaussians on top of linear background in the region from 800 to 2000 cm$^{-1}$ as will be described later. The spectra of $a$-Cs were also deconvoluted to G and D bands by using two Gaussians on top of linear background in the usual way.[11] In the curve fitting process, all parameters, i.e., position, height, and width of all the peaks and two coefficients for the linear background, were adjusted to attain the least value of chi square by the Marquardt–Levenberg nonlinear least squares optimization.[19]

TABLE III. Sample descriptions and fitting parameters obtained from fitting two Gaussians as G and D bands to the Raman spectra in $a$-C samples. $I_d/I_g$ denotes the peak intensity ratio of D to G band.

| Sample codes | H$_2$ gas ratio (%) | Anneal temperature (K) | G $\nu$(cm$^{-1}$) | G $\Gamma$(cm$^{-1}$) | D $\nu$(cm$^{-1}$) | D $\Gamma$(cm$^{-1}$) | $I_d/I_g$ |
|---|---|---|---|---|---|---|---|
| AC1 | 0  | No.  | 1565 | 158 | 1402 | 354 | 1.17 |
|     |    | 423  | 1568 | 150 | 1406 | 356 | 1.21 |
|     |    | 473  | 1572 | 143 | 1409 | 355 | 1.24 |
|     |    | 523  | 1577 | 134 | 1411 | 353 | 1.22 |
|     |    | 573  | 1585 | 114 | 1407 | 350 | 1.20 |
| AC2 | 15 | No.  | 1560 | 170 | 1398 | 352 | 0.98 |
|     |    | 423  | 1562 | 166 | 1402 | 356 | 1.01 |
|     |    | 473  | 1566 | 158 | 1407 | 357 | 1.07 |
|     |    | 523  | 1571 | 148 | 1412 | 358 | 1.15 |
|     |    | 573  | 1579 | 131 | 1415 | 356 | 1.21 |
| AC3 | 30 | No.  | 1553 | 149 | 1389 | 319 | 0.52 |
|     |    | 423  | 1555 | 148 | 1391 | 320 | 0.53 |
|     |    | 473  | 1561 | 140 | 1398 | 323 | 0.59 |
|     |    | 523  | 1572 | 127 | 1409 | 336 | 0.75 |
|     |    | 573  | 1583 | 112 | 1406 | 315 | 0.95 |

06 October 2025 00:16:27

J. Appl. Phys., Vol. 92, No. 2, 15 July 2002                                    N. Shimodaira and A. Masui    905



FIG. 1. Raman spectra with fitting results by using four Gaussians on top of a straight baseline for (a) HC1 and (b) SC1 (see Table I). Solid lines denote the fitted curves. The residual denotes the difference between measured and fitted curves.



FIG. 2. Plots between Raman shift ($\nu$) and FWHM ($\Gamma$) listed in Tables I–III, obtained by the peak deconvolution using Gaussians. Data of typical polycrystalline graphites (Refs. 1, 6, and 7) are also plotted.





FIG. 3. Raman spectra before and after activation: (a) a phenol resin carbonized at 1173 K (HC20) followed by $H_2O$ activation at 1123 K (HC21) and (b) a pitch carbonized at 1173 K (SC11) followed by KOH activation at 1023 K (SC12). Solid lines denote the fitted curves.

### C. Other measurements

X-ray diffraction measurement was carried out with a Rigaku RINT2500 for two theta values from 10° to 80° using Cu $K\alpha$ radiation operating at 40 kV and 200 mA. Microstructures were observed with a high resolution transmission electron microscope (Hitachi H9000) operating at 300 kV.

## III. RESULTS

### A. Raman spectra and curve fitting results

Raman spectra of activated carbon samples are represented in Fig. 1(a) for HC1 and (b) for SC1, respectively. As a result of our fitting trials, it was found that four Gaussians and a linear background are necessary and enough to reproduce the spectral data (see the residual curves in the figure) throughout our experiment. That is, the four Gaussians consist of a pair of relatively sharp peaks at about 1600 and 1350 cm$^{-1}$, hence named G1 and D1, and a pair of relatively broad peaks around 1560 and 1330 cm$^{-1}$, hence named G2 and D2, as also shown in Fig. 1.

Calculated fitting parameters for all samples, which are peak center position ($\nu$) and full width at half maximum

Case 1:23-cv-00879-GBW-CJB    Document 290-4    Filed 02/05/26    Page 7 of 10 PageID #: 3555



FIG. 4. Raman spectra of HC2 (see Table II) annealed at various temperatures ranging from 1273 to 1673 K for 3 h in Ar atmosphere. Solid lines denote the fitted curves.





FIG. 5. Raman spectra with fitting results by using two Gaussians on top of a straight baseline in $a$-C sample AC3 (see Table III): (a) as-sputtered and (b) annealed at 573 K in $N_2$ for 1 h. Solid lines denote the fitted curves. The residual denotes the difference between measured and fitted curves.

(FWHM, $\Gamma$), and three peak intensity ratios [I(D1)/I(G1), I(D2)/I(G2), and I(G2)/I(G1)], are listed in Table I. Behaviors of the Gaussian parameters become clearer by plotting $\nu$ and FWHM two dimensionally, as shown in Fig. 2. In general, the following features are observed:

(1) The G1 peak position is very stable at $1605 \pm 7$ ($\bar{x} \pm \sigma_{n-1}$) cm$^{-1}$ with the FWHM of $64 \pm 9$ cm$^{-1}$.

(2) The D1 peak position is also stable at $1351 \pm 8$ cm$^{-1}$ while its FWHM is larger and scattered ($115 \pm 27$ cm$^{-1}$).

(3) In the G2 and D2 peaks, both position and FWHM are widely scattered.

(4) Of the G2 peaks, narrower FWHM is characteristic of the higher frequency peaks.

Thus, it has been demonstrated that the Raman spectra in various activated carbons and precursors can be accurately devonvoluted into four Gaussians. On the basis of $\nu$ and FWHM of the Gaussians as calculated, activated carbons and precursors are characterized as follows.

### 1. Nongraphitizable vs graphitizable

As shown in Fig. 1, a series of nongraphitizable HC samples, owing to relatively lower intensity and narrower FWHM of G2 peak, tends to exhibit two explicit Raman peaks as compared with a series of graphitizable SC samples. According to the Gaussian parameters in Table I, the mean FWHMs of all the deconvoluted peaks in SC samples are always larger than those in HC samples. In addition, the mean $\nu$s of both G2 and D2 peaks in HC samples are higher than those in SC samples.

### 2. Starting materials and surface area

PVdC(HC7) is high in $\nu$(G1) and $\nu$(G2) peak. No other difference is clear in $\nu$ or FWHM.

### 3. Activation

The Raman spectra with fitting curves before and after activation are represented in Fig. 3(a) for a carbonized phenol resin activated by $H_2O$ (HC20 and HC21) and (b) for a carbonized pitch activated by KOH (SC11 and SC12). It has been observed in the spectra that the valley between the two bands markedly deepens after $H_2O$ activation, while in contrast, it shallows after KOH activation. Accordingly, the FWHMs of the deconvoluted peaks become narrower by $H_2O$ activation, while broader by KOH activation, as can be seen in Table I.

### 4. Annealing

Figure 4 shows the spectral change as a function of anneal temperature for HC2 with fitting curves (solid lines). It has been observed that the valley between the two bands becomes deeper with higher anneal temperature.

The fitting parameters are listed in Table II. The obtained $\nu$ and FWHM of the Gaussians are also plotted in Fig. 2 (closed circle). Some important features caused by anneal are as follows:

(1) All the FWHMs significantly become smaller;

06 October 2025 00:16:27

Case 1:23-cv-00879-GBW-CJB    Document 290-4    Filed 02/05/26    Page 8 of 10 PageID #: 3556

J. Appl. Phys., Vol. 92, No. 2, 15 July 2002                                      N. Shimodaira and A. Masui    907





FIG. 6. High resolution transmission electron micrograph: (a) HC1, (b) SC1 (see Table I), (c) HC2 annealed at 1673 K in Ar for 3 h (see Table II), and (d) AC1 (see Table III).

(2) $\nu(G1)$ and $\nu(D1)$ are stable around 1600 and 1340 cm$^{-1}$, respectively;

(3) $\nu(G2)$ upshifts in frequency with the marked decrease of FWHM.




FIG. 7. XRD patterns: (a) HC1 and SC2 (see Table I); (b) HC2 as-received and annealed at temperatures ranging from 1273 to 1673 K in Ar for 3 h (see Table II).

### B. Raman spectra of a-Cs

The Raman spectra of AC3 before and after anneal with fitting results are represented in Fig. 5. As known,[11–13] they are well fit by the sum of two Gaussians: the G band at about 1560 cm$^{-1}$ and the D band at about 1400 cm$^{-1}$. In Table III, the fitting parameters are shown. The obtained $\nu$ and FWHM of the Gaussians are also plotted in Fig. 2 (plus). With increasing anneal temperature, the upshift of $\nu(G)$ (20–30 cm$^{-1}$) and the decrease of FWHM(G) ($\sim 40$ cm$^{-1}$) are clearly observed for all samples, and the increase of the intensity ratio ($I_d/I_g$) are marked for $H_2$-containing AC2 and AC3.

### C. HR-TEM

High resolution TEM observation was carried out in HC1, SC1, HC2, and AC1. As shown in Fig. 6, winding short basal planes (black contrast), which are extremely unclear in AC1, can be homogeneously observed in HC1, SC1, and HC2. However, no crystal lattice image like graphite was observed in HC2 annealed even at 1673 K.

### D. XRD

XRD measurement was performed on HC1, SC1, and HC2 annealed at various temperatures. As shown in Fig. 7, on the background due to small angle scattering associated with the porous structure, extremely broad and obscure peaks due to (002), (100), and (110) planes are observed. The peaks slightly become clearer with increasing anneal temperature in HC2. Crystalline sizes, $L_a$ and $L_c$, were evaluated to be less than 3.5 and 1.5 nm, respectively, by using the Scherrer equations with values of $K=1.84$ and 0.9.[20] However, the calculated $L_a$ and $L_c$ values include large uncertainties simply because it was difficult to draw a suitable background curve in the XRD patterns.

Case 1:23-cv-00879-GBW-CJB   Document 290-4   Filed 02/05/26   Page 9 of 10 PageID #: 3557

908    J. Appl. Phys., Vol. 92, No. 2, 15 July 2002                                                           N. Shimodaira and A. Masui

## IV. DISCUSSION

### A. Origins of G1, G2, D1, and D2 peaks

As shown, our curve fitting technique can almost completely reproduce the Raman spectra of activated carbon materials. Thus, one may proceed to the following discussion on the meanings of the four Gaussian peaks.

Again, let us focus on the two-dimensional plots (Fig. 2) of $\nu$ and FWHM in all the samples adding typical polycrystalline graphites (x).[1,6,7] In the figure, the plots are distributed within well-defined domains for each Gaussian, which convinces us that each Gaussian may be attributed to the partial structure of the activated carbons. In general, the positions of G1 and D1 plots are close to those of G and D plots of graphite, respectively. On the other hand, G2 and D2 plots are overlapped or close to those of G and D plots of $a$-Cs, respectively.

These trends might simply give the misleading view that the activated carbon materials comprise both graphite crystals (G1 and D1) and amorphous domains (G2 and D2). However, it is also apparent from XRD patterns and TEM observations that the activated carbons used in this study are rather similar to $a$-Cs with no regular lattice structure than to crystalline graphite. Hence, we must proceed to a new interpretation to explain the controversy.

#### 1. G1 and D1

Since both the G and D bands in crystalline graphites are associated with in-plane vibration modes,[1] Raman spectroscopy shall generally provide information from the basal planes regardless of winding or irregularity in lattice space. For example, in carbon nanotubes, even from the tubularly winding basal planes, the strong Raman band around 1550–1600 cm$^{-1}$ from the graphite-oriented $E_g$ mode and $A_g$-active mode can be observed.[21,22] Therefore, let us discuss the origin of G1 and D1 peaks in analogy with G and D bands of graphitic basal planes, considering the upshift of $\nu$(G1) to $\nu$(G).

In some graphite samples with extremely small crystal sizes, a higher frequency shift to about 1600 cm$^{-1}$ from 1580 cm$^{-1}$ in the G band is observed[23,24] probably due to the overlap with the $D'$ band around 1620 cm$^{-1}$.[2] In graphite intercalation compounds (GICs), the $E_{2g2}$ mode associated with the bounding graphite layers is upshifted in frequency ($\sim$1625 cm$^{-1}$) due to both the charge transfer effect and the charge-transfer-induced lattice contraction effect.[25] Because the amount of metal impurities in the activated carbon samples are negligibly small comparing with the GICs, the upshift of $\nu$(G1) from the graphite value ($\sim$1580 cm$^{-1}$) could be attributed to the size effect of the basal plane.

In conclusion, taking the TEM images into consideration, the G1 and D1 peaks are associated with winding short basal planes, and are, respectively, ascribed to the in-plane stretching (like $E_{2g}$) and breathing (like $A_{1g}$) vibration modes from the basal planes.

#### 2. G2 and D2

As to the G2 and D2 peaks, it is possibly considered that their origins are similar structure to $a$-Cs, consisting of so-called $sp^2$ clusters,[10,11] because in Fig. 2, (1) G2 and G($a$-C) plots are completely overlapped, (2) D2 and D($a$-C) plots are close to each other, and (3) the upshift of $\nu$(G2) with the decrease of FWHM(G2) with increasing annealing temperature as described in Sec. III A 4 is in accordance with the behavior in $a$-Cs as described in Sec. III B.

With regard to the discrepancy of D2 and D($a$-C) plots, it was suggested by Dillon et al. that the downshifted D-band position ($\sim$1283 cm$^{-1}$) in their as-deposited $a$-C films may indicate the presence of some fourfold coordinated bonds.[9] From this viewpoint, the SC samples are regarded to include more fourfold bonds than the HC samples because the $\nu$(D2) of SC samples is located at lower frequency around 1300 cm$^{-1}$.

As to the peak shift of the G band of bulk amorphous carbon, Beeman et al. used a model with bond angle disorder by adding fourfold coordinated bonds in a theoretical study of the Raman scattering, and suggested that the increase of bond angle disorder leads to lower frequency in G band ($\sim$1528 cm$^{-1}$).[26] In addition, Dillon et al. suggested by comparison with the theory, that the upper shift and the decrease of the width of the G band with increasing anneal temperature are consistent with the removal of bond angle disorder.[9]

In conclusion, the G2 and D2 peaks are ascribed to $sp^2$ clusters like $a$-Cs with bond angle *disorder* including more fourfold coordinated bonds than $a$-Cs, though the partial structure corresponding to the G2 and D2 peaks is not clearly recognized in the TEM images. These $sp^2$ clusters part may link the winding short basal planes with bond angle *order*.

### B. Various peak ratios

As the relative peak intensity (or area) ratio of the D band to the G-band in Raman spectrum provides important information about the structure in carbon materials as previously described, let us focus on various peak intensity ratios listed in the tables, mainly comparing HC and SC samples.

#### 1. I(D1)/I(G1)

As shown in Table I, the I(D1)/I(G1) ratio is distributed around 1 except for HC9 (0.44) where no specific feature can be observed between HC and SC samples. In polycrystalline graphite, the relative intensity ratio of the D band to the G band is popularly used to calculate the in-plane crystalline size, $L_a$, corresponding to the length of basal plane, by using the Tuinstra and Koenig formula.[1] According to the formula, the effective size of the basal plane is estimated from the mean I(D1)/I(G1) ratio, $\sim$1, to be about 3 nm. The value is consistent with the results roughly estimated by XRD or TEM.

#### 2. I(D2)/I(G2)

Since the G2 and D2 peaks are ascribed to $sp^2$ clusters like $a$-Cs as described in Sec. IV A 2, let us discuss the I(D2)/I(G2) ratio as $a$-Cs. In $a$-C films, it is reported in some articles that $sp^2$-cluster size simply enhances the $I_d/I_g$ ratio.[9,12,13] Especially in the case of hydrogenated $a$-C films, the $I_d/I_g$ ratio is often used as a parameter indicating the

Case 1:23-cv-00879-GBW-CJB   Document 290-4   Filed 02/05/26   Page 10 of 10 PageID #: 3558

J. Appl. Phys., Vol. 92, No. 2, 15 July 2002
N. Shimodaira and A. Masui   909

relative $sp^2/sp^3$ bonding ratio as well as the $sp^2$-cluster size, because the hydrogen atoms terminate the $sp^2$ bondings partially forming $sp^3$ bondings, resulting in drastic reduction of the $sp^2$-cluster size.[10,11,14]

Thus, it is considered that the I(D2)/I(G2) ratio is simply influenced by the size of the part with bond angle *disorder*. The size is evaluated to be smaller than the length of winding short basal planes as judged from the TEM images.

Though the I(D2)/I(G2) ratio widely varies in Table I, the cluster size in HC samples is generally regarded to be larger than that in SC samples, based on the comparison of the mean values. In hydrogen-containing *a*-Cs (AC2 and AC3 in Table III), the increase of the $I_d/I_g$ ratio caused by anneal is marked as described in Sec. III B, probably because hydrogen works to enlarge $sp^2$-cluster size. On the contrary, HC2 (see Table II) and AC1 (see Table III), both contain little hydrogen atoms, show no clear relation between the values and anneal temperature.

### 3. I(G2)/I(G1)

We propose the I(G2)/I(G1) ratio as a parameter expressing the relative content of the bond angle *disorder* to *order* in activated carbon materials. Since the mean I(G2)/I(G1) ratio in HC is apparently smaller than that in SC in Table I, HC samples are regarded to contain less amount of the bond angle *disorder*. This ratio considerably influences the spectral shape, i.e., the depth of the valley between the two bands, as shown in Fig. 1, because the G2 peak locates near the valley.

It is noted that the decrease of the I(G2)/I(G1) ratio in annealed HC2 samples (see Table II) is clear, indicating the structural change from the bond angle *disorder* to *order* due to thermal relaxation.

### C. H$_2$O vs KOH activation

As described in Sec. III A 3, Raman spectral changes are inversely observed for H$_2$O activation (HC20 and HC21) and KOH activation (SC11 and SC12). As seen in Table I, the I(G2)/I(G1) ratio decreases by H$_2$O activation, while it increases by KOH activation. In addition, in other activated carbons used in this study, the mean I(G2)/I(G1) ratio is 0.5 for H$_2$O-activated carbon from phenol resigns, and 1.0 for KOH-activated carbons from cokes.

Therefore, these results allow one to draw conclusion that the part with bond angle *disorder* is selectively removed or become ordered by H$_2$O activation, whereas induced by KOH activation, even though both activation methods yield very high surface area to a similar extent.

## V. CONCLUSION

We have successfully deconvoluted the Raman spectra of activated carbon materials by using four Gaussians on top of a linear background. By using this technique, it has been found that the activated carbon materials schematically consist of two structural parts: one is winding short basal plane with bond angle *order* represented by a pair of sharp G1 and D1 bands, and the other is $sp^2$-cluster like *a*-Cs with bond angle *disorder* represented by a pair of broad G2 and D2 bands, respectively. In addition, structural changes induced by anneal and activations have been clarified. This peak-deconvolution technique will be successfully applied to the further study not only of activated carbon materials with physical and/or chemical treatments, but of other carbon materials.

[1] F. Tuinstra and J. L. Koenig, J. Chem. Phys. **53**, 1126 (1970).
[2] R. Vidano and D. B. Fischbach, J. Am. Ceram. Soc. **61**, 13 (1978).
[3] P. Lespade, A. Marchand, M. Couzi, and F. Cruege, Carbon **22**, 375 (1984).
[4] I. Ohana, M. S. Dresslhaus, and M. Endo, Carbon **27**, 417 (1989).
[5] Y. Wang, D. C. Alsmeyer, and R. L. McCreery, Chem. Mater. **2**, 557 (1990).
[6] G. Katagiri, H. Ishida, and A. Ishitani, Carbon **26**, 565 (1988).
[7] A. Cuesta, P. Dhamelincourt, J. Laureyns, A. Martinez-Alonso, and J. M. D. Tascon, Carbon **32**, 1523 (1994).
[8] M. Wada, P. J. Gaczi, and S. A. Solin, J. Non-Cryst. Solids **35–36**, 543 (1980).
[9] R. O. Dillon, J. A. Woollam, and V. Katkanant, Phys. Rev. B **29**, 3482 (1984).
[10] M. Ramsteiner and J. Wagner, Appl. Phys. Lett. **51**, 1355 (1987).
[11] M. Yoshikawa, G. Katagiri, H. Ishida, A. Ishitani, and T. Akamatsu, J. Appl. Phys. **64**, 6464 (1988).
[12] N. H. Cho, K. M. Krishnan, D. K. Veirs, M. D. Rubin, C. B. Hopper, B. Bhushan, and D. B. Bogy, J. Mater. Res. **5**, 2543 (1990).
[13] J. W. Ager III, IEEE Trans. Magn. **29**, 259 (1993).
[14] M. A. Tamor and W. C. Vassell, J. Appl. Phys. **76**, 3823 (1994).
[15] N. Shimodaira and A. Masui, in Proceedings of the 26th Annual Conference of Tanso Zairyo Gakkai (in Nagano, Japan) (1999) (in Japanese), p. 352.
[16] G. Katagiri and N. Muraki, in Proceedings of the 26th Annual Conference of Tanso Zairyo Gakkai (in Nagano, Japan) (1999) (in Japanese), p. 354.
[17] A. W. P. Fung, A. M. Rao, K. Kuriyama, M. S. Dresselhaus, G. Dresselhaus, M. Endo, and N. Shindo, J. Mater. Res. **8**, 489 (1993).
[18] A. Manivannan, M. Chirila, N. C. Giles, and M. S. Seehra, Carbon **37**, 1741 (1999).
[19] W. H. Press, B. P. Flannery, S. A. Teukolsky, and W. T. Vetterling, *Numerical Recipes in C* (Cambridge University Press, Cambridge, 1988).
[20] H. P. Klug and L. E. Alexander, *X-Ray Diffraction Procedures* (Wiley, New York, 1974), pp. 667–668.
[21] A. M. Reo, E. Richter, S. Bandow, B. Chase, P. C. Eklund, K. W. Williams, M. Menon, K. R. Subbaswamy, A. Thess, R. E. Smalley, G. Dresselhaus, and M. S. Dresselhaus, Science **275**, 187 (1997).
[22] R. Saito, T. Takeya, T. Kimura, G. Dresselhaus, and M. S. Dresselhaus, Phys. Rev. B **57**, 4145 (1998).
[23] P. Lespade, R. Al-Jishi, and M. S. Dresselhaus, Carbon **20**, 427 (1982).
[24] R. J. Nemanich and S. A. Solin, Phys. Rev. B **20**, 392 (1979).
[25] T. C. Chieu, G. Timp, M. S. Dresselhaus, M. Endo, and A. W. Moore, Phys. Rev. B **27**, 3686 (1983).
[26] D. Beeman, J. Silverman, R. Lynds, and M. R. Anderson, Phys. Rev. B **30**, 870 (1984).

06 October 2025 00:16:27