# EXHIBIT 29

| | |
|---|---|
| **From:** | Evrony, Ayelet <aevrony@wc.com> |
| **Sent:** | Friday, December 19, 2025 4:32 PM |
| **To:** | Shih, Charles K.; Simic, Emer; Ward, Jeffrey S. |
| **Cc:** | Mandernach, Christopher; Selby, Thomas; Fisher, Stanley; Hoffman, Andy; Dellinger, Megan E. |
| **Subject:** | Pfizer et al. v. Dexcel Pharma et al., D. Del. 23-cv-879 |

CAUTION EXTERNAL EMAIL

Counsel,

Pursuant to paragraph 19 of the Protective Order in this matter, we are writing to notify you of an inadvertent production of your client's confidential information. Specifically, one chart containing XRPD data designated as confidential by your client was inadvertently included in a different Expert Report produced to Cipla. Upon discovering the issue, we immediately took steps to correct it. We removed the chart from the affected expert report, and reproduced a corrected version of that report. We also have taken steps to ensure that the confidential information is appropriately protected consistent with the Protective Order, including by requesting that any recipients of the inadvertent production treat the material in accordance with the Protective Order and refrain from any use or further dissemination.

Regards,

**Ayelet Evrony**
**Associate | Williams & Connolly LLP**
680 Maine Avenue S.W., Washington, D.C. 20024
(P) 202-434-5032 | (F) 202-434-5029
aevrony@wc.com | www.wc.com

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.