# EXHIBIT 30

| | |
|---|---|
| **From:** | Evrony, Ayelet |
| **To:** | Miller, Joshua I.; Ray, Amlan; Rodriguez, Frank; "Neal Belgam" |
| **Cc:** | Mandernach, Christopher; Fisher, Stanley; Selby, Thomas; Hoffman, Andy; Evrony, Ayelet; Dellinger, Megan E. |
| **Subject:** | Pfizer et al. v. Dexcel Pharma et al., D. Del. 23-cv-879 - Corrected Reply Expert Report (Cipla) |
| **Date:** | Friday, December 19, 2025 5:25:12 PM |
| **Attachments:** | 2025.12.19 Reply Expert Report of Adam Matzger (corrected) .pdf |

This message has originated from an External Source. Please use caution when opening attachments, clicking links, or responding to this email.

Counsel,

Pursuant to paragraph 19 of the Protective Order in this matter, we are writing to notify you that a chart containing confidential information designated by Defendant Hikma was inadvertently included on page 13 of the Reply Expert Report of Dr. Matzger to Cipla, served on November 7.

This material was produced in error. Please see a corrected Reply Expert Report from Dr. Matzger, attached, which replaces the original chart with the correct one that contains Cipla data.

In the interim, we request that you refrain from any use or dissemination of the chart included in the original Matzger Reply Report or the confidential information it contains. Please also delete or destroy all copies of the inadvertently produced material. In addition, because this confidential material was disclosed to you and others affiliated with Cipla, the Protective Order requires that anyone else who received the Reply Expert Report, including any of Cipla's experts, execute the attached acknowledgement and agreement to be bound by the Protective Order to the extent they have not already signed it. Please return a signed copy by 12/24/25 and confirm in writing that you have complied with the foregoing obligations.

Thank you for your attention to this matter.


**Ayelet Evrony**
**Associate | Williams & Connolly LLP**
680 Maine Avenue S.W., Washington, D.C. 20024
(P) 202-434-5032 | (F) 202-434-5029
aevrony@wc.com | www.wc.com

**From:** Evrony, Ayelet <aevrony@wc.com>
**Sent:** Friday, November 7, 2025 4:53 PM
**To:** Miller, Joshua I. <jmiller@windelsmarx.com>; Ray, Amlan <aray@windelsmarx.com>; frodriguez@windelsmarx.com; Cipla Tafamidis <ciplatafamidis@windelsmarx.com>; 'Neal Belgam' <nbelgam@skjlaw.com>; dtaylor@skjlaw.com
**Cc:** Pfizer-Tafamidis <Pfizer-Tafamidis@wc.com>; Dellinger, Megan E. <mdellinger@morrisnichols.com>
**Subject:** Pfizer et al. v. Dexcel Pharma et al., D. Del. 23-cv-879 - Reply Expert Report (Cipla)

Counsel,

Please find attached the Reply Expert Report of Adam Matzger, Ph.D.  You will soon receive the accompanying materials via FTP.

Best,
Ayelet

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.