IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br>*Plaintiffs*,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>*Defendants*. | C.A. No. 23-879 (GBW) (CJB) (CONSOLIDATED)<br><br>████████████<br><br>Original Version Filed: February 5, 2026<br>Public Version Filed: February 12, 2026 |

## SECOND DECLARATION OF EMER SIMIC

I, Emer Simic, declare as follows:

1. I am an attorney at the law firm of Neal, Gerber & Eisenberg, LLP, counsel for Defendant Hikma Pharmaceuticals USA Inc. in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. This Declaration is submitted in support of Defendants Hikma Pharmaceuticals USA Inc.'s and Cipla Limited's Reply Brief in Support of their Motion to Exclude Certain Infringement Testimony of Adam Matzger, Ph.D. ("Defendants' Reply").

3. Submitted herewith as **Exhibit 23** is a true and correct copy of the Reply Expert Report of Adam Matzger, Ph.D. as to Hikma Pharmaceuticals, dated November 7, 2025, excerpted to include the portions relevant to Defendants' Reply. Exhibit 23 has been marked Confidential under the Protective Order in this case.

4. Submitted herewith as **Exhibit 24** is a true and correct copy of the transcript of the December 5, 2025 deposition of Jonathan Steed, Ph.D., excerpted to include additional portions

relevant to Defendants' Reply. Exhibit 24 has been marked Confidential under the Protective Order in this case.

    I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

                                  /s/ *Emer Simic*

                                  Emer Simic
                                  Dated: February 5, 2026