# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>Defendants. | C.A. No. 23-879 (GBW) (CJB)<br>CONSOLIDATED<br><br>**CONFIDENTIAL** |

**REPLY EXPERT REPORT
OF ADAM MATZGER, PH.D.
AS TO HIKMA PHARMACEUTICALS**

peak picking software to a setting that would provide ███████████ ."[299] In fact, ███████████

███████████████████████████████████████████████

███████████ . Again he provides insufficient details to understand what he did.



214.   Dr. Steed's analysis is nonsensical. Dr. Steed admits that, viewing the spectrum as a whole (which is how the spectrum was presented in my Opening Report),[300] ███████

███████████████████████████████████████████ . In my Opening Report, I ███████████████████████████████████████████████

███████████████████████████████ .[301] I did not present anything akin to the expanded view of the spectrum that appears as Figure M in Dr. Steed's report. Dr. Steed's suggestion that I "manipulated" the software ███████████████████ is thus plainly false.[302]  In fact, ███████████████████████████████

███████████████████████████████████████ Even so, ██████

---

[299] Steed Rep. ¶ 141.

[300] Opening Rep. Fig. 13.

[301] Opening Rep. Fig. 13.

[302] Opening Rep. Fig. 13.

███████████████████████████████████████████

███████████████████████████████████████████

██████████



215. Below, I reproduce the same spectrum, but with ████████████████

███████████████████████████████████████████

████████████████████████████████████. As demonstrated in the figure, ████████████████████████████████████████

████████████████████████████.

117

240. Additionally, as explained in § IV.A. and contrary to Dr. Steed's suggestions, these techniques were well known and commonly applied as of the priority date, and the POSA would have understood when to apply these techniques to gain additional insight about a sample.[327]

241. Accordingly, no aspect of my infringement analysis demonstrates that the Asserted Claims are indefinite.

Dated: November 7, 2025

Adam Matzger Ph.D.

---

[327] Steed Rep. § 163.