# EXHIBIT 24

█████████████████████

Case 1:23-cv-00879-GBW-CJB  Document 292-2  Filed 02/12/26  Page 2 of 5 PageID #: 3590

12/30/2025    Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.  Jonathan Steed, Ph.D.
Confidential

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
_____  )
                                 )
PFIZER, INC., FOLDRX             )
PHARMACEUTICALS, LLC, PF         )
PRISM IMB B.V., WYETH LLC,       )
and THE SCRIPPS RESEARCH         )
INSTITUTE,                       )
                                 )
            Plaintiffs,          )
                                 ) Civil Action Number
    vs.                          ) 23-879-GBW-CJB
                                 )
DEXCEL PHARMA TECHNOLOGIES,      )
LIMITED, et al.,                 )
                                 )
            Defendants.          )
_____  )
```

*** CONFIDENTIAL ***

Videotaped deposition of JONATHAN STEED, PH.D., taken at 225 West Randolph Street, Suite 2800, Chicago, Illinois, before Rachel F. Gard, CSR, CCR, RPR, CRR, Notary Public, commencing at the hour of 9:00 a.m. Central on Friday, December 5, 2025.

----------------------------------------------------

DIGITAL EVIDENCE GROUP
1730 M Street, NW
Suite 812
Washington, DC 20036
202.232.0646

12/30/2025     Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.     Jonathan Steed, Ph.D.
Confidential

```
                                                              Page 2
 1
 2
 3    APPEARANCES:
 4    ON BEHALF OF THE PLAINTIFFS:
 5       WILLIAMS & CONNOLLY, LLP
 6       BY:  STANLEY E. FISHER, ESQUIRE
 7            DANIEL SCHNEIDER, ESQUIRE
         680 Maine Avenue, SW
 8       Washington, DC 20024
         202.434.5289
 9       sfisher@wc.com
         dschneider@wc.com
10
11    ON BEHALF OF THE DEFENDANT HICKMA PHARMACEUTICAL
      USA, INC.:
12
         NEAL GERBER & EISENBERG LLP
13       BY:  EMER SIMIC, ESQUIRE
              LAURA BRECKENRIDGE, ESQUIRE
14            JEFF WARD, ESQUIRE
         225 West Randolph Street
15       Suite 1800
         Chicago, Illinois 60606
16       312.269.5305
         esimic@nge.com
17       lbreckenridge@nge.com
         jward@nge.com
18
19
20    ALSO PRESENT:
21    JEREMY MANGAN, Videographer
22
```

Case 1:23-cv-00879-GBW-CJB   Document 292-2   Filed 02/12/26   Page 4 of 5 PageID #: 3592

12/30/2025   Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.  Jonathan Steed, Ph.D.
Confidential

Page 157

1    A  My research profile indicates that I have
2    extensive experience in research on crystalline
3    and molecular solids, and that includes all the
4    techniques that are used to studied them.  And, of
5    course, remember I'm editor in chief of the
6    American Chemical Society's journal Crystal Growth
7    and Design, and so I handled 15-, 1600 papers a
8    year, covering all of these kinds of techniques.
9    I make decisions on their publication, decisions
10   on who they go to referee, and the science that's
11   in them.
12        Q  Raman is not referenced in this paragraph
13   on research profile on your CV, correct?
14        A  You're right.  The word "Raman" doesn't
15   appear there.  Also words don't appear that I have
16   expert in.
17        Q  Do you ever use ChatGPT?
18        A  I do sometimes, yeah.
19        Q  What do you use it for?
20           MS. SIMIC:  Objection to form.  Outside
21   the scope.
22        A  I use it for a variety of things.  Why is

Case 1:23-cv-00879-GBW-CJB   Document 292-2   Filed 02/12/26   Page 5 of 5 PageID #: 3593

12/30/2025   Pfizer Inc. et al. vs Dexcel Pharma Tech. Ltd, et al.   Jonathan Steed, Ph.D.
Confidential

Page 160

1   infrared spectroscopy my entire career.
2       Q   Okay.  Well, how about Raman spectroscopy?
3   Are you considered a specialist in Raman
4   spectroscopy?
5           MS. SIMIC:  Objection to form.
6       A   As I mentioned, I'm not a specialist.  I'm
7   a person who uses a variety of different
8   analytical methods to answer questions in
9   molecular materials chemistry.
10      Q   If you go down to evidence from
11  publication record, third one down, it says:  He
12  has very few papers that even mention Raman
13  spectroscopy.
14          Do you agree with that?
15          MS. SIMIC:  Objection to form.
16      A   Define "very few."
17      Q   Well, I mean, you have 350 in your CV.
18  You referenced one from 2020 that you indicated
19  the work was done primarily by your Ph.D. student.
20  Do you have any idea of how many papers you have
21  on Raman spectroscopy?
22          MS. SIMIC:  Objection to form.