# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br>　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.,<br><br>　　　　　　　*Defendants*. | C.A. No. 23-879 (GBW) (CJB)<br>(CONSOLIDATED)<br><br>▮<br><br>Original Version Filed: February 5, 2026<br>Public Version Filed: February 12, 2026 |

## SECOND DECLARATION OF JOSHUA I. MILLER

I, Joshua I. Miller, declare as follows:

1. I am an attorney at the law firm of Windels Marx Lane & Mittendorf, LLP, counsel for Defendant Cipla Limited in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. This Declaration is submitted in support of Defendants Hikma Pharmaceuticals USA Inc.'s and Cipla Limited's Reply Brief in Support of their Motion to Exclude Certain Infringement Testimony of Adam Matzger, Ph.D. ("Defendants' Reply").

3. Submitted herewith as **Exhibit 31** is a true and correct copy of the December 17, 2025 deposition of Adam Matzger, Ph.D., excerpted to include additional portions relevant to Defendants' Reply. Exhibit 31 has been marked Confidential under the Protective Order in this case.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

/ *[signature]*

Joshua I. Miller
Dated: January 15, 2026