IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*, <br><br> Defendants. | Civil Action No. 23-879-GBW-CJB |

## ORDER

At Wilmington this 10th day of March 2026, **IT IS HEREBY ORDERED** that the Motion of Defendants Cipla Limited and Hikma Pharmaceuticals USA Inc. to Exclude the Proposed Testimony of Dr. Adam Matzger, Ph.D. (D.I. 271) is **DENIED**.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE