IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>*Defendants.* | C.A. No. 23-879-GBW-CJB<br>(Consolidated) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that pursuant to D. Del. LR 83.7, the appearance of Charlie K. Shih is hereby withdrawn as counsel for Defendant Hikma Pharmaceuticals USA Inc. Defendant Hikma Pharmaceuticals USA Inc will continue to be represented by Heyman Enerio Gattuso & Hirzel LLP and Neal, Gerber & Eisenberg LLP.

OF COUNSEL:

Jeffrey S. Ward
Emer L. Simic
NEAL, GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, Illinois 60602
(312) 269-8000
jward@nge.com
esimic@nge.com

Dated: March 10, 2026

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

1