## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC, FOLDRX
PHARMACEUTICALS, LLC, PF PRISM
IMB B.V., WYETH LLC, and THE SCRIPPS
RESEARCH INSTITUTE,

      Plaintiffs,

    v.

DEXCEL PHARMA TECHNOLOGIES
LIMITED, et al.

      Defendants.

C.A. No. 23-879-GBW-CJB

**CONSOLIDATED**

### DEFENDANT'S NOTICE OF DEPOSITION OF ADAM MATZGER, PH.D.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(1) and the Local Court Rules for the United States District Court for the District of Delaware, Defendant Cipla Limited ("Cipla") will take the deposition of Adam Matzger, Ph.D.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on March 27, 2026. The deposition will be taken remotely, beginning at 4:30 PM EST. The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oaths under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated: March 23, 2026

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Of Counsel:*

Stuart D. Sender
Amlan Ray
Joshua I. Miller
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
Phone: (973) 966-3200
ssender@windelsmarx.com
aray@windelsmarx.com
jmiller@windelsmarx.com

*Attorneys for Defendant Cipla Limited*

2