# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>                Plaintiffs,<br><br>     v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al*.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-879-GBW<br>)  (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 27, 2026, the following was served on the

counsel listed below in the manner indicated:

    1) Defendants' Notice Pursuant to 35 U.S.C. § 282.

**BY EMAIL**

Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Rhochelle Krawetz
Andrew L. Hoffman
Ayelet Evrony
Christopher J. Mandernach
Daniel P. Schneider
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
tselby@wc.com
sfisher@wc.com
rkrawetz@wc.com
ahoffman@wc.com
aevrony@wc.com
cmandernach@wc.com
dschneider@wc.com
pfizer-tafamidis@wc.com

PLEASE TAKE FURTHER NOTICE that on March 27, 2026, a copy of this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by

email on the counsel listed above.

Dated: March 27, 2026

Of Counsel:
Dennies Varughese, Pharm.D.
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo
Alex Alfano
Tyler C. Liu
STERNE, KESSLER, GOLDSTEIN
& FOX P.L.L.C.
1101 K Street NW
10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
glongs@sternekessler.com
cgallo@sternekessler.com
aalfano@sternekessler.com
tliu@sternekessler.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Dexcel Pharma*
*Technologies Limited*

2