IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, <br><br> *Plaintiffs,* <br><br> v. <br><br> DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.,* <br><br> *Defendants.* | C.A. No. 23-879-GBW-CJB (Consolidated) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance on

behalf of Defendant Hikma Pharmaceuticals USA Inc. in the above-referenced matter.

OF COUNSEL:

Jeffrey S. Ward
Emer L. Simic
Laura E. Breckenridge
NEAL, GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, Illinois 60602
(312) 269-8000
jward@nge.com
esimic@nge.com
lbreckenridge@nge.com

Dated: March 31, 2026

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Catherine E. Lynch*
Dominick T. Gattuso (#3630)
Catherine E. Lynch (#7326)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Hikma*
*Pharmaceuticals USA Inc.*