IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>*Defendants.* | C.A. No. 23-879-GBW-CJB (Consolidated) |

**DEFENDANT HIKMA PHARMACEUTICALS USA INC.'S UNOPPOSED MOTION FOR EXEMPTION FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendant Hikma Pharmaceuticals USA Inc. ("Defendant" or "Hikma") moves for an order to exempt the members of Defendant's trial team identified below from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Defendant states as follows:

1.    The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.      The pretrial conference is scheduled for April 21, 2026.  Heyman Enerio Gattuso & Hirzel LLP and Neal, Gerber & Eisenberg LLP represent Hikma Pharmaceuticals USA Inc. in the above-captioned litigation.

3.      The trial is scheduled to begin on April 27, 2026.  Heyman Enerio Gattuso & Hirzel LLP and Neal, Gerber & Eisenberg LLP represent Hikma Pharmaceuticals USA Inc. in the above-captioned litigation.

4.      Jeffrey S. Ward with Neal, Gerber & Eisenberg LLP, will attend the pretrial conference and trial and will require access to his electronic devices to provide support.

5.      Emer L. Simic with Neal, Gerber & Eisenberg LLP, will attend the pretrial conference and trial and will require access to her electronic devices to provide support.

6.      Laura E. Breckenridge with Neal, Gerber & Eisenberg LLP, will attend the pretrial conference and trial and will require access to her electronic devices to provide support.

7.      Stephen Bethel with Neal, Gerber & Eisenberg LLP, will attend the pretrial conference and trial and will require access to his electronic devices to provide support.

8.      Todd Goldberg, with NorthStar Litigation Technologies, LLC, will attend the trial and will require access to his electronic devices during trial. Mr. Goldberg is Hikma's graphics and hot seat operator for trial.

9.      Dr. Jonathan Steed will attend trial as an expert and will require access to his electronic devices to provide support during trial.

10.     Dr. Michael Zaworotkowill attend trial as an expert and will require access to his electronic devices to provide support during trial.

11.     Katherine Harihar, with Hikma Pharmaceuticals USA Inc., will attend trial as Hikma's in-house counsel representative and will require access to her electronic devices to provide support during trial.

WHEREFORE, Defendant respectfully requests that the Court issue an order, in the form attached hereto, to exempt Jeffrey S. Ward, Emer L. Simic, Laura E. Breckenridge, Stephen Bethel, Todd Goldberg, Jonathan Steed, Michael Zaworotko, and Katherine Harihar from the District of Delaware's May 17, 2024 Standing Order.

| OF COUNSEL: | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| Jeffrey S. Ward<br>Emer L. Simic<br>Laura E. Breckenridge<br>NEAL, GERBER & EISENBERG LLP<br>225 West Randolph Street, Suite 2800<br>Chicago, Illinois 60602<br>(312) 269-8000<br>jward@nge.com<br>esimic@nge.com<br>lbreckenridge@nge.com | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>Catherine E. Lynch (#7326)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Hikma*<br>*Pharmaceuticals USA Inc.* |

Dated: April 14, 2026