IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>*Defendants.* | C.A. No. 23-879-GBW-CJB (Consolidated) |

## ORDER FOR EXEMPTION FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES

WHEREAS, the Court has considered Defendant Hikma Pharmaceuticals USA Inc.'s unopposed motion requesting an exemption for Jeffrey S. Ward, Emer L. Simic, Laura E. Breckenridge, Stephen Bethel, Todd Goldberg, Jonathan Steed, Michael Zaworotko, and Katherine Harihar from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1.      The Exemption is GRANTED.

2.      For purposes of the pretrial conference in the above-captioned action, scheduled for April 21, 2026, Jeffrey S. Ward, Emer L. Simic, Laura E. Breckenridge, Stephen Bethel and Todd Goldberg, are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain their personal electronic devices for use at the pretrial conference.

3.      For purposes of the trial in the above-captioned action, scheduled to begin April 27, 2026, Jeffrey S. Ward, Emer L. Simic, Laura E. Breckenridge, Stephen Bethel, Todd Goldberg,

Jonathan Steed, Michael Zaworotko, and Katherine Harihar are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain their personal electronic devices for use at the trial.

DATED this _____ day of April 2026.

_____
UNITED STATES DISTRICT JUDGE