## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, et al.<br><br>　　　　Defendants. | C.A. No. 23-879-GBW-CJB<br><br>**CONSOLIDATED** |

**DEFENDANTS CIPLA LIMITED AND CIPLA USA, INC.'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendants Cipla Limited and Cipla USA, Inc. (collectively "Cipla") respectfully move the Court to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of its motion, Cipla states as follows:

The District of Delaware's May 17, 2024, Standing Order provides procedures to regulate the possession and use of personal electronic devices having a primary function of wireless communication by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

A Pretrial Conference in the above captioned action is set to begin April 21, 2026 at 3 p.m. in Courtroom 6B. Trial Courtroom Setup in the above captioned action is scheduled for April 24, 2026 at 11:00 a.m. in Courtroom 6B. A 5-day Bench Trial in the above captioned action is scheduled to begin on April 27, 2026 at 9:30 a.m. in Courtroom 6B. The following personnel from Cipla's trial team plan to attend the Pretrial Conference, Trial Courtroom Setup, and the 5-day Bench Trial and require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024, Standing Order:

- Alan H. Pollack (Attorney)

- Joshua I. Miller (Attorney)

- Ajay Kayal (Attorney)

- Aarti Deodhar (Client Representative/Director)

- Michael Zaworotko (Witness)

- Leonard MacGillivray, Ph.D. (Witness)

- Neil Spingarn, Ph.D. (Witness)

- Morgan M. Daughton (Paralegal)

- Eddie Rivera Jr. (Paralegal)

- Brian Sparks (Trial Technician/Setup)

WHEREFORE, Cipla respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order.

2

Dated:  April 15, 2026

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.*