**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

<table>
<tr>
<td>

PFIZER INC, FOLDRX
PHARMACEUTICALS, LLC, PF PRISM
IMB B.V., WYETH LLC, and THE SCRIPPS
RESEARCH INSTITUTE,

     Plaintiffs,

v.

DEXCEL PHARMA TECHNOLOGIES
LIMITED, et al.

     Defendants.

</td>
<td>

C.A. No. 23-879-GBW-CJB

**CONSOLIDATED**

</td>
</tr>
</table>

**[PROPOSED] ORDER**

WHEREAS, the Court has considered Cipla's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024, Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the Pretrial Conference on April 21, 2026, Trial Courtroom Setup on April 24, 2026, and the 5-day Bench Trial beginning on April 27, 2026, the following persons are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- Alan H. Pollack (Attorney)

- Joshua I. Miller (Attorney)

- Ajay Kayal (Attorney)

- Aarti Deodhar (Client Representative/Director)

- Michael Zaworotko (Witness)

- Leonard MacGillivray, Ph.D. (Witness)

- Neil Spingarn, Ph.D. (Witness)

- Morgan M. Daughton (Paralegal)

- Eddie Rivera Jr. (Paralegal)

- Brian Sparks (Trial Technician/Setup)

IT IS SO ORDERED this _____ day of April, 2026.

_____

United States District Judge