IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC.,                                    )
FOLDRX PHARMACEUTICALS, LLC,                    )
PF PRISM IMB B.V., WYETH LLC and                )
THE SCRIPPS RESEARCH INSTITUTE,                 )
                                                )
            Plaintiffs,                          )
                                                )
      v.                                         )    C.A. No. 23-879 (GBW) (CJB)
                                                )    **CONSOLIDATED**
DEXCEL PHARMA TECHNOLOGIES                       )
LIMITED, et al.,                                 )
                                                )
            Defendants.                          )

**STIPULATION AND [PROPOSED] ORDER REGARDING
CIPLA SAMPLES AND CHAIN OF CUSTODY**

WHEREAS,  Plaintiffs Pfizer Inc.; FoldRx Pharmaceuticals, LLC; PF PRISM IMB B.V.; and Wyeth LLC (collectively,  "Plaintiffs") have asserted in this case that, *inter alia*,  Cipla Limited's ("Cipla's") submission of Abbreviated New Drug Application ("ANDA") No. 218409 seeking approval from FDA to engage in commercial manufacture, use, offer for sale, sale and/or importation of generic tafamidis 61 mg capsules ("Cipla's ANDA Product") prior to the expiration of  U.S. Patent No. 9,770,441 ("the '441 patent") is an act of infringement under 35 U.S.C. § 271(e)(2)(A);

WHEREAS, Cipla denies infringement of the '441 patent under 35 U.S.C. § 271(e)(2)(A);

WHEREAS, Cipla shipped samples of Cipla's tafamidis API taken from batches BDX220028 and BDX220030 ("Cipla's API Samples") and Cipla's ANDA Product taken from Exhibit Batch Nos. S2220915, S2220916, and S2220917 ("Cipla's ANDA Product Samples") to Dr. Aeri Park at Triclinic Labs, Inc.;

WHEREAS, Dr. Aeri Park stored, subsampled, and subsequently shipped subsamples of Cipla's API Samples and Cipla's ANDA Product Samples to Dr. Adam Matzger;

WHEREAS, Plaintiffs may elect to rely on Dr. Adam Matzger's testing of Cipla's API Samples and/or Cipla's ANDA Product Samples in support of Plaintiffs' claim that Cipla's submission of ANDA No. 218409 constitutes an act of infringement of the '441 patent;

WHEREAS, the parties wish to simplify the issues for trial and reduce burdens on the parties and the Court.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that:

1. All of Cipla's API Samples and Cipla's ANDA Product Samples produced in this action by Cipla are authentic under Fed. R. Evid. 901, and are subject to the terms of this Stipulation and Order.

2. Cipla's API Samples are representative of Cipla's API that will be used to manufacture Cipla's ANDA Product for which Cipla seeks approval to market in the United States.

3. Cipla's ANDA Product Samples are representative of Cipla's ANDA Product for which Cipla seeks approval to market in the United States.

4. Cipla will not challenge the chain of custody, handling, and/or storage conditions for samples of Cipla's API Samples and Cipla's ANDA Product Samples produced in this action from the date of manufacture through receipt by Dr. Adam Matzger.

5. Plaintiffs and Cipla agree that no additional evidence or testimony regarding the chain of custody, handling, and/or integrity of the Cipla API Samples or Cipla ANDA Product Samples, from the date of manufacture through receipt by Dr. Adam Matzger, is required at trial.

6.       This stipulation is for purposes of this case only and does not apply to any other

case.


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., FoldRx
Pharmaceuticals, LLC, PF PRISM IMB B.V.,
Wyeth LLC and The Scripps Research Institute*

April 16, 2026

SMITH, KATZENSTEIN & JENKINS, LLP

/s/ Daniel A. Taylor

_____
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 504-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*


        IT IS HEREBY ORDERED this _____ day of _____, 2026.


_____
The Honorable Gregory B. Williams
United States District Judge