IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC.,                                      )
FOLDRX PHARMACEUTICALS, LLC,                      )
PF PRISM IMB B.V., WYETH LLC, and                 )
THE SCRIPPS RESEARCH INSTITUTE,                   )
                                                  )
                Plaintiffs,                       )
                                                  )
        v.                                        )    C.A. No. 23-879 (GBW) (CJB)
                                                  )    CONSOLIDATED
DEXCEL PHARMA TECHNOLOGIES                         )
LIMITED, et al.,                                  )
                                                  )
                Defendants.                       )

**STIPULATION AND [PROPOSED] ORDER REGARDING
HIKMA SAMPLES AND CHAIN OF CUSTODY**

WHEREAS,  Plaintiffs Pfizer Inc.; FoldRx Pharmaceuticals, LLC; PF PRISM IMB B.V.; and Wyeth LLC (collectively,  "Plaintiffs") have asserted in this case that, *inter alia*,  Hikma Pharmaceuticals USA Inc.'s ("Hikma's") submission of Abbreviated New Drug Application ("ANDA") No. 218205 seeking approval from FDA to engage in commercial manufacture, use, offer for sale, sale and/or importation of generic tafamidis 61 mg capsules ("Hikma's ANDA Product") prior to the expiration of  U.S. Patent No. 9,770,441 ("the '441 patent") is an act of infringement under 35 U.S.C. § 271(e)(2)(A);

WHEREAS, Hikma denies infringement of the '441 patent under 35 U.S.C. § 271(e)(2)(A);

WHEREAS, Zenara Pharma Private Limited ("Zenara")[1] shipped samples of Hikma's tafamidis API taken from Validation Batch Nos. 6045/1/001/22, 6045/1/002/22 and 6045/1/003/22

---

[1] Zenara transferred ownership of ANDA No. 218205 to Hikma on September 3, 2024.  D.I. 105.

1

("Hikma's API samples") and samples of Hikma's ANDA Product taken from Exhibit Batch Nos. S2220947, S2220948 and S2220949 ("Hikma's ANDA Product samples") to Dr. Aeri Park at Triclinic Labs, Inc.;

WHEREAS, Dr. Aeri Park stored and subsequently shipped subsamples of Hikma's API samples and Hikma's ANDA Product samples to Dr. Adam Matzger;

WHEREAS, Plaintiffs may elect to rely on Dr. Adam Matzger's testing of Hikma's API samples and/or Hikma's ANDA Product samples in support of Plaintiffs' claim that Hikma's submission of ANDA No. 218205 constitutes an act of infringement of the '441 patent;

WHEREAS, the parties wish to simplify the issues for trial and reduce burdens on the parties and the Court.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that:

1. All of Hikma's API and Hikma's ANDA Product samples produced in this action by Zenara  are authentic under Fed. R. Evid. 901, and are subject to the terms of this Stipulation and Order.

2. Hikma's API samples are representative of Hikma's API that will be used to manufacture Hikma's ANDA Product for which Hikma seeks approval to market in the United States.

3. Hikma's ANDA Product samples are representative of Hikma's ANDA Product for which Hikma seeks approval to market in the United States.

4. Hikma will not challenge the chain of custody, handling, and/or storage conditions for samples of Hikma's API samples and Hikma's ANDA Product samples produced in this action from the date of manufacture through receipt by Dr. Adam Matzger.

2

5.      Plaintiffs and Hikma agree that no additional evidence or testimony regarding the chain of custody, handling, and/or integrity of the API or ANDA Product samples, from the date of manufacture through receipt by Dr. Adam Matzger, is required at trial.

6.      This stipulation is for purposes of this case only and does not apply to any other case.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| /s/ Megan E. Dellinger | /s/ Dominick T. Gattuso |
| Megan E. Dellinger (#5739) | Dominick T. Gattuso (#3630) |
| 1201 North Market Street | Catherine E. Lynch (#7326) |
| P.O. Box 1347 | 222 Delaware Avenue, Suite 900 |
| Wilmington, DE  19899 | Wilmington, DE  19801 |
| (302) 658-9200 | (302) 472-7311 |
| mdellinger@morrisnichols.com | dgattuso@hegh.law |
| | clynch@hegh.law |
| *Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute* | *Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |

April 16, 2026

IT IS HEREBY ORDERED this _____ day of _____, 2026.

_____
The Honorable Gregory B. Williams
United States District Judge

3