IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC.,                                          )
FOLDRX PHARMACEUTICALS, LLC,                          )
PF PRISM IMB B.V., WYETH LLC, and                     )
THE SCRIPPS RESEARCH INSTITUTE,                       )
                                                      )
            Plaintiffs,                               )
                                                      )
        v.                                            )    C.A. No. 23-879 (GBW) (CJB)
                                                      )    CONSOLIDATED
DEXCEL PHARMA TECHNOLOGIES                            )
LIMITED, et al.,                                      )
                                                      )
            Defendants.                               )

**PLAINTIFFS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC, and The Scripps Research Institute hereby move for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Plaintiffs state as follows:

1.      The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place personal electronic devices in a locked pouch. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.      A pretrial conference is scheduled in this case for April 21, 2026, at 3:00 p.m. in Courtroom 6B.

3.      Courtroom setup for the trial is scheduled for April 24, 2026, at 11:00 a.m. in Courtroom 6B.

4.      A bench trial is scheduled in this case from April 27-May 1, 2026, in Courtroom 6B.

5.      The following individuals intend to appear at the pretrial conference, courtroom setup, and/or the trial on behalf of Plaintiffs and request access to their electronic devices for purposes of the trial, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Tori Kenner, Paralegal

- Michelle Masters, Trial Technician

- Andrew Schliesske, Trial Technician

- Jeffrey Myers, Client Representative

- Jeffrey Rennecker, Client Representative

- Michele Winneker, Client Representative

- Adam Matzger, Expert Witness

- Bernhardt Trout, Expert Witness

WHEREFORE, Plaintiffs respectfully request that the Court issue an order to exempt the above-named persons from the District of Delaware's May 17, 2024 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

April 16, 2026

SO ORDERED, this _____ day of _____, 2026.

United States District Court Judge