IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC and THE SCRIPPS RESEARCH INSTITUTE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 23-879 (GBW) (CJB) **CONSOLIDATED** |
| DEXCEL PHARMA TECHNOLOGIES LIMITED, et al., | ) ) ) | |
| Defendants. | ) ) | |

## PARTIAL CONSENT JUDGMENT BETWEEN PLAINTIFFS AND DEXCEL

Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and the Scripps Research Institute (collectively "Plaintiffs") and defendant Dexcel Pharma Technologies Limited ("Dexcel") hereby stipulate as follows:

WHEREAS, Dexcel has filed ANDA No. 218365 with the United States Food and Drug Administration seeking approval to make and sell a generic version of Plaintiffs' Vyndamax® (tafamidis) 61 mg capsules prior to the expiration of U.S. Patents Nos. 7,214,695 (the "'695 Patent"); 7,214,696 (the "'696 Patent"); and 9,771,441 (the "'441 Patent");

WHEREAS, Plaintiffs have filed suit against Dexcel alleging that Dexcel's filing of ANDA No. 218365 and the manufacture, use, sale, offer for sale, marketing, and/or importation of Dexcel's ANDA product pursuant to ANDA No. 218365 constitute acts of infringement of the '695, '696, and '441 Patents;

WHEREAS, Dexcel has stipulated that submission of its ANDA No. 218365 constituted an act of infringement of claims 1–9 of the '695 Patent and claims 1–3 and 7–9 of the '696 Patent

Case 1:23-cv-00879-GBW-CJB   Document 321   Filed 04/21/26   Page 2 of 3 PageID #: 4420

if those claims are not proven invalid, unpatentable, or unenforceable (D.I. 38, "So Ordered" on January 26, 2024);

WHEREAS Dexcel is no longer challenging the validity, patentability, or enforceability of the '695 and '696 Patents;

NOW, THEREFORE, Plaintiffs and Dexcel consent to entry of partial judgment as follows:

1.      This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of the above-captioned action.

2.      The Court grants judgment in favor of Plaintiffs, and against Dexcel, on Counts I, II, III, and IV of the Complaint (D.I. 1) that the filing of ANDA No. 218365 constituted an act of infringement of claims 1–9 of the '695 Patent and claims 1–3 and 7–9 of the '696 Patent by Dexcel, including its affiliates, successors, and assigns to ANDA No. 218365, under 35 U.S.C. § 271(e)(2).

3.      The Court grants judgment in favor of Plaintiffs, and against Dexcel, on Counts I, II, III, and IV of the Complaint that the manufacture, use, sale, offer for sale, marketing, and/or importation of Dexcel's ANDA product pursuant to ANDA No. 218365 will infringe claims 1–9 of the '695 Patent and claims 1–3 and 7–9 of the '696 Patent.

4.      The FDA final approval date of Dexcel's ANDA product pursuant to ANDA No. 218365 is ordered to be reset to the expiry of the '695 Patent and the '696 Patent, inclusive of any term extensions and exclusivities.

5.      Dexcel, including any of its affiliates, successors, and assigns, is enjoined until the expiration of the '695 and '696 Patents from infringing the claims of the '695 and '696 Patents.

6.      Compliance with this Partial Consent Judgment may be enforced by Plaintiffs and their successors in interest or assigns against Dexcel and its affiliates, successors, and assigns.

7.    The Court retains jurisdiction to enforce or supervise performance under this Partial Consent Judgment.

8.    This Partial Consent Judgment does not limit any party's assertion of other claims or defenses, other than those regarding the '695 and '696 Patents.

9.    This Partial Consent Judgment is not a Final Judgment within the meaning of Fed. R. Civ. P. 54, as Counts V and VI, with respect to the '441 patent, are still pending adjudication.

10.    Relief to Plaintiffs with respect to the '695 and '696 Patents, including pursuant to 35 U.S.C. 271(e), will be set forth in a Final Judgment.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger
_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Attorneys for Plaintiffs Pfizer Inc., FoldRx
Pharmaceuticals, LLC, PF PRISM IMB B.V.,
Wyeth LLC and The Scripps Research Institute

April 21, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Anne Shea Gaza
_____
Anne Shea Gaza (#4093)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

Attorneys for Defendant Dexcel Pharma
Technologies Limited

SO ORDERED, this 22nd day of April _____, 2026.

_____
United States District Court Judge

3