IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br>FOLDRX PHARMACEUTICALS, LLC,<br>PF PRISM IMB B.V., WYETH LLC and<br>THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES<br>LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-879 (GBW) (CJB)<br>)  **CONSOLIDATED**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of

the Court, that the schedule for post-trial briefing will be as follows:

| | **Document** | **Page Limit** | **Deadline** |
|---|---|---|---|
| 1) | Plaintiffs' Opening Brief Regarding Infringement by Hikma | 15 pages | June 1 |
| 2) | Plaintiffs' Findings of Fact and Conclusions of Law Regarding Infringement by Hikma | No page limit | June 1 |
| 3) | Plaintiffs' Opening Brief Regarding Infringement by Cipla | 15 pages | June 1 |
| 4) | Plaintiffs' Findings of Fact and Conclusions of Law Regarding Infringement by Cipla | No page limit | June 1 |
| 5) | Defendants' Joint Opening Brief Regarding Invalidity Including Objective Indicia | 20 pages | June 1 |
| 6) | Defendants' Joint Findings of Fact and Conclusions of Law Regarding Invalidity Including Objective Indicia | No page limit | June 1 |
| 7) | Plaintiffs' Answering Brief Regarding Validity | 20 pages | July 1 |
| 8) | Plaintiffs' Findings of Fact and Conclusions of Law Regarding Validity | No page limit | July 1 |
| 9) | Hikma's Answering Brief Regarding Non-Infringement | 15 pages | July 1 |
| 10) | Hikma's Findings of Fact and Conclusions of Law Regarding Non-Infringement | No page limit | July 1 |

| | Document | Page Limit | Deadline |
|---|---|---|---|
| 11) | Cipla's Answering Brief Regarding Non-Infringement | 15 pages | July 1 |
| 12) | Cipla's Findings of Fact and Conclusions of Law Regarding Non-Infringement | No page limit | July 1 |
| 13) | Plaintiffs' Reply Brief Regarding Infringement by Hikma | 8 pages | July 17 |
| 14) | Plaintiffs' Reply Brief Regarding Infringement by Cipla | 8 pages | July 17 |
| 15) | Defendants' Joint Reply Brief Regarding Invalidity | 10 pages | July 17 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger

Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Anne Shea Gaza

Anne Shea Gaza (#4093)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Dexcel Pharma Technologies Limited*

SMITH, KATZENSTEIN & JENKINS, LLP

/s/ Neal C. Belgam

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 504-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso

Dominick T. Gattuso (#3630)
Catherine E. Lynch (#7326)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 472-7300
dgattuso@hegh.law
clynch@hegh.law

*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

April 23, 2026

2

SO ORDERED, this _____ day of _____, 2026.


_____
United States District Court Judge