## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED et al.,<br><br>*Defendant*. | C.A. No. 23-879-GBW-CJB |

## DEFENDANT DEXCEL PHARMA TECHNOLOGIES LIMITED'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES

Defendant Dexcel Pharma Technologies Limited ("Dexcel") respectfully moves the Court for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of the Motion, Dexcel states the following:

The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

Trial courtroom setup in the above matter is set for April 24, 2026 at 11:00AM in Courtroom 6B. A 5-day bench trial in the above matter is Scheduled April 27 – May 1, 2026 in Courtroom 6B.

The following personnel from Dexcel's trial team plan to attend the trial courtroom setup and 5-day bench trial and require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Michael Baca (Paralegal)

- Rien Groskopf (Paralegal)

- Ian MacPherson (Legal Staff)

- James Beall (Trial Graphics and Presentations)

- Ilan Miller (Client Representative)

- Eyal Dayan (Client Representative)

- David E. Bugay (Expert Witness)

WHEREFORE, Dexcel respectfully requests that the Court issue an order granting the above-listed individuals the requested exemptions for the April 24, 2026 courtroom setup and the April 27 – May 1, 2026 trial in the above-captioned action.

Dated: April 22, 2026

OF COUNSEL:

Dennies Varughese, Pharm.D.
Gaby L. Longsworth, Ph.D.
Christopher M. Gallo
Alex Alfano
Tyler C. Liu
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K St. NW, 10th Floor
Washington, D.C. 20005
(202) 371-2600
dvarughese@sternekessler.com
glongs@sternekessler.com
cgallo@sternekessler.com
aalfano@sternekessler.com
tliu@sternekessler.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Dexcel Pharma Technologies Limited*

2

SO ORDERED this 23rd_____ day of April, 2026.

_____
The Honorable Gregory B. Williams
United States District Judge