IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br>FOLDRX PHARMACEUTICALS, LLC,<br>PF PRISM IMB B.V., WYETH LLC and<br>THE SCRIPPS RESEARCH INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCEL PHARMA TECHNOLOGIES<br>LIMITED, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 23-879 (GBW) (CJB)<br>)    **CONSOLIDATED**<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFFS AND DEXCEL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs

Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC (collectively

"Pfizer") and Defendant Dexcel Pharma Technologies Limited ("Dexcel") hereby stipulate and

agree that Pfizer's action against Dexcel is hereby dismissed without prejudice.  All parties shall

bear their own costs, disbursements and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Megan E. Dellinger* | */s/ Anne Shea Gaza* |
| Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com | Anne Shea Gaza (#4093)<br>Daniel G. Mackrides (#7230)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>agaza@ycst.com<br>dmackrides@ycst.com |
| *Attorneys for Plaintiffs Pfizer Inc., FoldRx*<br>*Pharmaceuticals, LLC, PF PRISM IMB B.V.,*<br>*Wyeth LLC and The Scripps Research Institute* | *Attorneys for Defendant Dexcel Pharma*<br>*Technologies Limited* |

April 24, 2026

SO ORDERED, this _____ day of _____, 2026.


_____
United States District Court Judge