# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PFIZER INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LIMITED, *et al.*,<br><br>Defendants. | Civil Action No. 23-879-GBW-CJB<br>CONSOLIDATED |

## ORDER

At Wilmington, Delaware this 24th day of April 2026:

WHEREAS, between August 10, 2023 and August 23, 2023, Plaintiffs Pfizer Inc., FoldRX Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC (collectively, "Plaintiffs") filed separate actions against Defendants Dexcel Pharma Technologies Limited ("Dexcel"), Cipla Limited ("Cipla"), and Hikma Pharmaceuticals USA Inc. ("Hikma") (collectively, "Defendants"), each alleging infringement of U.S. Patent No. 9,770,441 ("the '441 patent")[1] (*see* D.I. 1 (action against Dexcel); D.I. 1, C.A. No. 23-909 (action against Cipla); D.I. 1, C.A. No. 23-924 (action against Hikma));

---

[1] Plaintiffs also asserted claims 1-9 of U.S. Patent No. 7,214,695 ("the '695 Patent") and claims 1-3 and 7-9 of U.S. Patent No. 7,214,696 ("the '696 Patent") against Dexcel. (D.I. 313, Ex. 1 ¶¶ 13, 19). Dexcel does not challenge the validity of, and has stipulated to infringement to, the '695 and '696 Patents. (*Id.* ¶¶ 14, 20; *see also* D.I. 323 (Partial Consent Judgment between Plaintiffs and Dexcel, with Dexcel stipulating to infringement of the '695 and '696 Patents and resetting FDA approval for Dexcel's ANDA product pursuant to ANDA No. 218365 to be at the expiration of the '695 and '696 Patents)).

WHEREAS, on November 27, 2023, the Court consolidated the five related actions[2] (D.I. 22); and

WHEREAS, on April 24, 2026, Plaintiffs and Defendant Dexcel stipulated to dismissal of Plaintiffs' action against Dexcel (D.I. 327);

THEREFORE, **IT IS HEREBY ORDERED** that, pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs' and Dexcel's Stipulation of Dismissal (D.I. 327) is **GRANTED. IT IS FURTHER ORDERED** that the Clerk of the Court is directed to change the case caption as follows:

| | |
|---|---|
| PFIZER INC., *et al.* | |
| Plaintiffs, | |
| v. | Civil Action No. 23-879-GBW-CJB CONSOLIDATED |
| CIPLA LIMITED, *et al.*, | |
| Defendants. | |

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[2]    Plaintiffs filed two related cases against Aurobindo Pharma Limited ("Aurobindo"). Plaintiffs and Aurobindo stipulated to dismissal on March 16, 2026. (D.I. 304).

2