IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., WYETH LLC, and THE SCRIPPS RESEARCH INSTITUTE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 23-879 (GBW) (CJB) CONSOLIDATED |
| CIPLA LIMITED, et al., | ) ) | |
| Defendants. | ) | |

**SUPPLEMENTAL EXHIBITS 18-19 TO**
**[PROPOSED] PRETRIAL COVER PLEADING**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., FoldRx
Pharmaceuticals, LLC, PF PRISM IMB B.V.,
Wyeth LLC and The Scripps Research Institute*

SMITH, KATZENSTEIN & JENKINS, LLP
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 504-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*

HEYMAN ENERIO GATTUSO & HIRZEL LLP
Dominick T. Gattuso (#3630)
Catherine E. Lynch (#7326)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 472-7311
dgattuso@hegh.law
clynch@hegh.law

*Attorneys for Defendant Hikma
Pharmaceuticals USA Inc.*

April 24, 2026

## <u>ATTACHMENTS</u>

Supplemental Joint Exhibit List (Exhibit 18 to the Pretrial Order)

Supplemental Plaintiffs' Exhibit List for the '441 Patent (Exhibit 19 to the Pretrial Order)

# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
*Pfizer Inc. et al. v. Dexcel Pharma Technologies Limited et al.* , C.A. No. 1:23-cv-00879-GWB-CJB

| JOINT TRIAL EXHIBIT NUMBER | DESCRIPTION | DUPLICATE EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DEPOSITION EXHIBIT NUMBER | PLAINTIFFS' OBJECTIONS | DEFENDANTS' OBJECTIONS | CIPLA'S OBJECTIONS | DEXCEL'S OBJECTIONS | HIKMA'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JTX-001 | Certified U.S. Patent No. 9,770,441 | DDX-0010 DTX-0001 Ex 001 PTX-2000 PTX-3000 PTX-4000 | N/A | N/A | 2017.09.26 | | | H | | | |
| JTX-002 | United States Patent No. 9,770,441 B1 File History | DDX-0647 DTX-0004 DDX-0434 Ex 002 PTX-2001 PTX-3001 PTX-4001 | PFZ00001781 | PFZ00002244 | 2017.09.26 | | | | | | |
| JTX-003 | Brittain, H., *Polymorphism in Pharmaceutical Solids* (2d ed.), 333 (2009) | DDX-0459 DTX-0005 Ex 078 PTX-4052 | CODEF-TAF-0000001 | CODEF-TAF-0000007 | 2009.00.00 | | A; F; H | R, H | | | |
| JTX-004 | Bulawa, C. et al., "Tafamidis, a potent and selective transthyretin kinetic stabilizer that inhibits the amyloid cascade," *PNAS* , 109(24):9629 (2012) | DDX-0114 DDX-0253 DDX-0364 DTX-0006 Ex 079 PTX-4075 | CODEF-TAF-0000008 | CODEF-TAF-0000013 | 2012.06.12 | Das Ex. 29 Perfect Ex. 12 Zaworotko Ex. 17 | A;F;H;R;403 | H | | | |
| JTX-005 | Bulawa, C. et al., Supporting Information for "Tafamidis, a potent and selective transthyretin kinetic stabilizer that inhibits the amyloid cascade," *PNAS* , 109(24):9629 (2012) | DDX-0115 DDX-0254 DDX-0341 DTX-0007 Ex 080 PTX-4076 DDX-0365 | CODEF-TAF-0000014 | CODEF-TAF-0000021 | 2012.06.12 | Das Ex. 30 Perfect Ex. 13 Trout Ex. 15 Zaworotko Ex. 18 | A;F;H; R; 403 | H | | | |
| JTX-006 | Byrn, S. et al., "Pharmaceutical Solids: A Strategic Approach to Regulatory Considerations," *Pharmaceutical Research* , 12(7):945 (1995) | DDX-0358 DDX-0426 DTX-0008 Ex 021 PTX-4019 | CODEF-TAF-0000022 | CODEF-TAF-0000031 | 1997.00.00 | Bugay Ex. 03 Zaworotko Ex. 11 | A;F;H;R;403 | R, H | | | |
| JTX-007 | Craig, D. et al., "The relevance of the amorphous state to pharmaceutical dosage forms: glassy drugs and freeze dried systems," *International Journal of Pharmaceutics* , 179(1999) | DDX-0455 DTX-0009 Ex 081 PTX-4021 | CODEF-TAF-0000032 | CODEF-TAF-0000060 | 1998.08.06 | | A;F;H | R, H | | | |
| JTX-008 | "Guidance for Industry, ANDAs: Pharmaceutical Solid Polymorphism," FDA (July 2007), https://www.fda.gov/media/71375/download | DDX-0454 DTX-0011 Ex 082 PTX-4048 | CODEF-TAF-0000135 | CODEF-TAF-0000147 | 2007.07.00 | | A;F;H;R;403 | R, H | | | |
| JTX-009 | Jozwiakowski, M., "Alteration of the Solid State of the Drug Substance: Polymorphs, Solvates, and Amorphous Forms," *Water-Insoluble Drug Formulation* , 525 (2000) | DDX-0453 DTX-0014 Ex 083 PTX-4022 | CODEF-TAF-0000148 | CODEF-TAF-0000193 | 2000.00.00 | Bugay Ex. 07 | A;F;H;R;403 | R, H | | | |
| JTX-010 | Razavi, H. et al., "Benzoxazoles as Transthyretin Amyloid Fibril Inhibitors: Synthesis, Evaluation, and Mechanism of Action," *Angew Chem Int Ed* , 42:2758 (2003) | DDX-0112 DDX-0244 DDX-0351 DDX-0435 DTX-0014 Ex 085 PTX-1090 | CODEF-TAF-0000218 | CODEF-TAF-0000221 | 2003.00.00 | Bugay Ex. 08 Das Ex. 27 Perfect Ex. 03 Razavi Ex. 14 Zaworotko Ex. 04 | A;F;H; R; 403 | | | R, H | |
| JTX-011 | Razavi, H. et al., Supporting Information for "Benzoxazoles as Transthyretin Amyloid Fibril Inhibitors: Synthesis, Evaluation, and Mechanism of Action," Angew Chem Int Ed, 42:2758 (2003) | DDX-0113 DDX-0245 DTX-0015 Ex 084 PTX-1089 PTX-4029 DDX-0113 | CODEF-TAF-0000194 | CODEF-TAF-0000217 | 2003.00.00 | Bugay Ex. 04 Das Ex. 28 Perfect Ex. 04 Razavi Ex. 15 | A;F;H; R; 403 | R, H | | R, H | |
| JTX-012 | Sehrawat, R. et al., "Regulatory Aspects in Development of Stability-Indicating Methods: A Review," *Chromatographia* , 72(1/2):1 (2010) | DDX-0457 DTX-0015 Ex 086 PTX-4054 | CODEF-TAF-0000222 | CODEF-TAF-0000227 | 2010.04.12 | | A;F;H | R, H | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*Pfizer Inc. et al. v. Dexcel Pharma Technologies Limited et al.*, C.A. No. 1:23-cv-00879-GWB-CJB

| JOINT TRIAL EXHIBIT NUMBER | DESCRIPTION | DUPLICATE EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DEPOSITION EXHIBIT NUMBER | PLAINTIFFS' OBJECTIONS | DEFENDANTS' OBJECTIONS | CIPLA'S OBJECTIONS | DEXCEL'S OBJECTIONS | HIKMA'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JTX-013 | "Guidance for Industry, Q1A(R2) Stability Testing of New Drug Substances and Products," FDA (Nov. 2003), https://www.fda.gov/media/71707/download | DDX-0360 DDX-0395 DTX-0016 Ex 087 PTX-4032 | CODEF-TAF-0000228 | CODEF-TAF-0000252 | 2003.11.00 | Bugay Ex. 13 Zaworotko Ex. 13 | A;F;H;R;403 | R, H | | | |
| JTX-014 | Waterman, K., "The Application of the Accelerated Stability Assessment Program (ASAP) to Quality by Design (QbD) for Drug Product Stability," *AAPS PharmSciTech*, 12(3):932 (2011) | DDX-0363 DDX-0657 DTX-0017 Ex 088 PTX-4065 | CODEF-TAF-0000253 | CODEF-TAF-0000258 | 2011.09.00 | Bugay Ex. 15 | A;F;H;R;403 | R, H | | | |
| JTX-015 | International Patent Publication No. WO 2013/038351 A1 | DDX-0458 DTX-0018 Ex 155 PTX-4084 | CODEF-TAF-0000259 | CODEF-TAF-0000311 | 2013.03.21 | | A;F;H;R | R, H | | | |
| JTX-016 | Guideline for Submitting Supporting Documentation in Drug Applications for the Manufacture of Drug Substances (1987) | DDX-0421 DTX-0024 Ex 090 PTX-4015 | CODEF-TAF-0001769 | CODEF-TAF-0001816 | 1987.02.00 | | A;F;H | R, H | | | |
| JTX-017 | Reutzel-Edens, S. et al., "Molecular basis for the stability relationships between homochiral and racemic crystals of tazofelone: a spectroscopic, crystallographic, and thermodynamic investigation," *J Chem Soc, Perkin Trans 2* (2000) | DDX-0480 DTX-0026 Ex 092 PTX-4023 | CODEF-TAF-0001863 | CODEF-TAF-0001874 | 2000.02.00 | | A;F;H | R, H | | | |
| JTX-018 | Reutzel-Edens, S. et al., "Anhydrates and Hydrates of Olanzapine: Crystallization, Solid-State Characterization, and Structural Relationships," *Crystal Growth & Design*, 3(6):897 (2003) | DDX-0479 DTX-0027 Ex 093 PTX-4031 | CODEF-TAF-0001875 | CODEF-TAF-0001885 | 2003.07.02 | | A;F;H | R, H | | | |
| JTX-019 | Othman, A. et al., "Structural Study of Polymorphs and Solvates of Finasteride," *J Pharm Scis*, 96(5):1380 (2007) | DDX-0483 DTX-0028 Ex 094 PTX-4047 | CODEF-TAF-0001917 | CODEF-TAF-0001934 | 2007.05.00 | | A;F;H | R, H | | | |
| JTX-020 | Vrbinc, M. et al., "Characterization of Physical Forms of Donepezil Hydrochloride," *Acta Chim Slov*, 54, 254 (2007) | DDX-0481 DTX-0029 Ex 095 PTX-4041 | CODEF-TAF-0001935 | CODEF-TAF-0001948 | 2007.00.00 | | A;F;H | R, H | | | |
| JTX-021 | Dempah, K. et al., "Investigating Gabapentin Polymorphism Using Solid-State NMR Spectroscopy," *AAPS PharmSciTech*, 14(1) (2013) | DDX-0484 DTX-0030 Ex 096 PTX-4082 | CODEF-TAF-0002050 | CODEF-TAF-0002059 | 2013.03.00 | | A;F;H | R, H | | | |
| JTX-022 | Li, A. et al., "Best Practices for Drug Substance Stress and Stability Studies During Early-Stage Development Part I—Conducting Drug Substance Solid Stress to Support Phase Ia Clinical Trials," *J Pharm Innov*, 7:214 (2012) | DDX-0339 DDX-0361 DTX-0038 Ex 102 PTX-4069 | CODEF-TAF-0002184 | CODEF-TAF-0002196 | 2012.00.00 | Trout Ex. 13 Zaworotko Ex. 14 | A;F;H;R;403 | R, H | | | |
| JTX-023 | Miller, J. et al., "Identifying the Stable Polymorph Early in the Drug Discovery–Development Process," *Pharmaceutical Development and Technology*, 10:291 (2005) | DDX-0430 DTX-0040 Ex 104 PTX-4035 | CODEF-TAF-0002210 | CODEF-TAF-0002216 | 2005.00.00 | | A;F;H;R;403 | R, H | | | |
| JTX-024 | Morissette, S. et al., "Elucidation of crystal form diversity of the HIV protease inhibitor ritonavir by high-throughput crystallization," *PNAS*, 100(5):2180 (2003) | DDX-0461 DTX-0041 Ex 105 PTX-4030 | CODEF-TAF-0002217 | CODEF-TAF-0002221 | 2003.03.04 | | A;F;H | R, H | | | |
| JTX-025 | Vishweshwar, P. et al. "The Predictably Elusive Form II of Aspirin," *JACS*, 127:16802 (2005) | DDX-0416 DDX-0048 Ex. 112 | CODEF-TAF-0002351 | CODEF-TAF-0002352 | 2005.00.00 | | A;F;H | R, H | | | |
| JTX-026 | International Application Number PCT/IB2015/056597, United States Application No. 62/047,614 | DDX-0354 DTX-0051 Ex 161 PTX-4125 | CODEF-TAF-0002416 | CODEF-TAF-0002468 | 2015.08.31 | Bugay Ex. 16 Zaworotko Ex. 07 | F;H | R, H | | | |
| JTX-027 | Buckton, G., "Solid-State Properties," *Pharmaceutics: The Science of Dosage Form Design* (2nd ed.), 141 (2002) | DDX-0359 DDX-0411 DTX-0052 Ex 116 PTX-4026 | CODEF-TAF-0002567 | CODEF-TAF-0002579 | 2002.00.00 | Zaworotko Ex. 12 | A;F;H | R, H | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
*Pfizer Inc. et al. v. Dexcel Pharma Technologies Limited et al.* , C.A. No. 1:23-cv-00879-GWB-CJB

| JOINT TRIAL EXHIBIT NUMBER | DESCRIPTION | DUPLICATE EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DEPOSITION EXHIBIT NUMBER | PLAINTIFFS' OBJECTIONS | DEFENDANTS' OBJECTIONS | CIPLA'S OBJECTIONS | DEXCEL'S OBJECTIONS | HIKMA'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JTX-028 | USP <941> 2011 USP 34/NF 29, Vol. 1 | DDX-0389 DDX-0414 DTX-0058 Ex 122 PTX-4060 | CODEF-TAF-0002668 | CODEF-TAF-0002675 | 2011.00.00 | | A;F;H | R, H | | | |
| JTX-029 | Tafamidis (PF-06291826-00) (Pfizer), 2.3.S. Quality Overall Summary — 2.3.S.7. Stability | DDX-0193 DTX-0063 Ex 056 PTX-4135 | PFZ00079306 | PFZ00079311 | 2018.09.24 | Jensen Ex. 24 | F;R;702;403 | R, H | | | |
| JTX-030 | Tafamidis, PF-06291826-00 (Soft Gelatin Capsule), 3.2.P.2.1 Components of the Drug Product | DDX-0192 DTX-0065 Ex 055 PTX-4138 | PFZ00080438 | PFZ00080440 | 2018.10.03 | Jensen Ex. 23 | F;R;702;403 | R, H | | | |
| JTX-031 | Lee, A. et al., "Crystal Polymorphism in Chemical Process Development," Annu Rev Chem Biomol Eng, 2:259 (2011) | DDX-0420 DTX-0089 Ex 132 PTX-4172 | PFZ01928351 | PFZ01928374 | 2011.03.15 | | A;F;H | R, H | | | |
| JTX-032 | FoldRx Pharmaceuticals, Inc, Tafamidis (Fx-1006A), 3.2.S.2.2 Description of Manufacturing Process and Process Controls | DTX-0098 PTX-4058 | PFZ02146369 | PFZ02146390 | 2010.10.15 | Kelly Ex. 36 Perfect Ex. 14 | F;R;403. | R, H | | | |
| JTX-033 | PXRD pattern for 0705803-0008-00 and ref | DTX-0075 PTX-4074 | PFZ00218241 | PFZ00218241 | 2012.04.26 | Jensen Ex. 09 Jones Ex. 08 | F;H;702;R;403. | R, H, I | | | |
| JTX-034 | Pfizer Experiment Report, PF-06291826-00 Starting material characterization for EPS and salt screen | DTX-0071 PTX-4083 | PFZ00216935 | PFZ00216955 | 2013.03.19 | Jensen Ex. 11 | F;H;702; R;403. | R, H | | | |
| JTX-035 | Pfizer Experiment Report, PF-06291826-00 Solubility analysis and initial single crystal analysis (THF solvate) | DTX-0072 PTX-4085 | PFZ00216970 | PFZ00216983 | 2013.03.24 | Jensen Ex. 12 | F;H;702;R;403. | R, H | | | |
| JTX-036 | Aptuit SSCI Report, Enabling Form Screen of PF- 06291826-00 | DTX-0074 PTX-4092 | PFZ00217093 | PFZ00217180 | 2013.07.01 | Trout Ex. 06 | F;H;702;R;403. | R, H | | | |
| JTX-037 | Aptuit SSCI Report, Enabling Form Screen of PF-06291826-00 | DTX-0150 PTX-4093 | PFZ01928843 | PFZ01928930 | 2013.07.01 | Girard Ex. 08 | F;H;702;R;403. | R, C, H | | | |
| JTX-038 | Commercial Route Preview presentation for Tafamidis meglumine (PF-06291826-83) and Tafamidis free acid (PF-06291826) | DTX-0110 PTX-4097 | PFZ03397219 | PFZ03397239 | 2013.09.09 | Jones Ex. 02 | F;H;702;R;403 | R, H | | | |
| JTX-039 | Tafamidis Crystallization Update presentation | DTX-0358 PTX-4098 | PFZ01927827 | PFZ01927830 | 2013.09.10 | | F;H;R;403 | R, H | | | |
| JTX-040 | Dissolution:The Critical Testing for Tafamidis Product Development and Sustainability presentation | DTX-0096 PTX-4099 | PFZ01944142 | PFZ01944170 | 2013.11.00 | | F;H;702;R;403. | R, H | | | |
| JTX-041 | Particle Size summary and lot genealogy for PF-06291826-00 | DTX-0359 PTX-4100 | PFZ01929008 | PFZ01929044 | 2013.12.06 | | F;H;R;403 | R, H | | | |
| JTX-042 | Executive Summary from Groton Lab re Abbreviated Testing Pattern for GA Release Testing of Tafamidis Free Acid (Salt Break) lot GR07698 | DTX-0357 PTX-4102 | PFZ00544981 | PFZ00544982 | 2013.12.12 | | F;H;R;403 | R, H | | | |
| JTX-043 | Aptuit SSCI Report, Commercial Form Screen of PF-06291826-00 | DTX-0085 PTX-4103 | PFZ00569793 | PFZ00570075 | 2014.03.07 | Arora Ex. 11 Jensen Ex. 26 | F;H;702;R;403. | R, H | | | |
| JTX-044 | Aptuit SSCI Report, Commercial Form Screen of PF-06291826-00 | DTX-0166 DTX-1236 PTX-4104 | PFZ03392785 | PFZ03393067 | 2014.03.07 | Trout Ex. 05 | F;H;702;R;403. | R, H, C | | | |
| JTX-045 | Aptuit SSCI Report, Interconversion Studies of PF-06291826-00 | DTX-0086 PTX-4106 | PFZ00570076 | PFZ00570206 | 2014.03.31 | Jensen Ex. 27 | F;H;702;R;403. | R, H | | | |
| JTX-046 | Email chain from R. Weekly to A. Jensen, Re: "RE: co dev plan" | DTX-0095 PTX-4107 | PFZ01940635 | PFZ01940637 | 2014.04.09 | Jensen Ex. 22 | F;H;702;R;403. | R, H | | | |
| JTX-047 | Memorandum from A. Jensen re "Commercial Form Screen and Interconversion Study of PF-06291826-00 performed at SSCI GMS-2014-014 " | DTX-0106 PTX-4109 | PFZ03391558 | PFZ03391561 | 2014.08.19 | Jensen Ex. 28 | F;H;702;R;403. | R, H, P | | | |
| JTX-048 | Aptuit SSCI Report, XRPD and Raman Analyses of PF-06291826-00 | DTX-0109 PTX-4110 | PFZ03393689 | PFZ03393777 | 2014.10.07 | Jensen Ex. 20 | F;H;702;R;403. | R, H | | | |
| JTX-049 | Aptuit SSCI Report, Interconversion Studies of PF-06291826-00 | DTX-0087 PTX-4112 | PFZ00570207 | PFZ00570296 | 2014.11.18 | Jensen Ex. 29 Trout Ex. 07 | F;H;702;R;403. | R, H | | | |
| JTX-050 | Aptuit SSCI Report, SSCI Interconversion Studies of PF-006291826-00 | DTX-0108 PTX-4113 | PFZ03393339 | PFZ03393427 | 2014.11.18 | Arora Ex. 10 | F;H;702;R;403. | R, C, H | | | |
| JTX-051 | Pfizer Experiment Report, PF-06291826-00, Form 5 (chloroform solvate) characterization data | DTX-0077 PTX-4118 | PFZ00233898 | PFZ00233906 | 2015.03.21 | Jensen Ex. 35 Trout Ex. 21 | F;H;702;R;403. | R, H | | | |
| JTX-052 | Pfizer Experiment Report, PF-06291826-00 Form 6 (anhydrous) characterization data | DTX-0078 PTX-4119 | PFZ00233915 | PFZ00233929 | 2015.03.21 | Arora Ex. 14 Jensen Ex. 33 | F;H;702;R;403. | R, H | | | |
| JTX-053 | Pfizer Experiment Report, PF-06291826-00 Form 7 (DMP solvate) characterization data | DTX-0079 PTX-4120 | PFZ00233945 | PFZ00233952 | 2015.03.21 | Jensen Ex. 34 | F;H;702;R;403. | R, H | | | |
| JTX-054 | Pfizer Experiment Report, PF-06291826-00 IP related data for form patent | DTX-0081 PTX-4121 | PFZ00234027 | PFZ00234031 | 2015.07.16 | Jensen Ex. 21 | F;H;702;R;403. | R, H | | | |

| JOINT TRIAL EXHIBIT NUMBER | DESCRIPTION | DUPLICATE EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DEPOSITION EXHIBIT NUMBER | PLAINTIFFS' OBJECTIONS | DEFENDANTS' OBJECTIONS | CIPLA'S OBJECTIONS | DEXCEL'S OBJECTIONS | HIKMA'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JTX-055 | Pfizer Experiment Report, PXRD support data for PF-06291826-00 solid form IP | DTX-0082 PTX-4122 | PFZ00234034 | PFZ00234041 | 2015.07.18 | Jensen Ex. 07 | 106;F;H;702;R;403. | R, H | | | |
| JTX-056 | Pfizer Commercial Solid Form Nomination PF-06291826-00 Free Acid (Tafamidis) Report | DTX-0088 PTX-4123 | PFZ00601814 | PFZ00601834 | 2015.07.20 | Trout Ex. 04 | F;H;702;R;403. | R, H | | | |
| JTX-057 | Commercial Solid Form Nomination PF-006291826-00 Free Acid (Tafamidis) | DTX-0154 PTX-4124 | PFZ01945031 | PFZ01945051 | 2015.07.20 | Jensen Ex. 30 | F;H;702;R;403. | R, H, C | | | |
| JTX-058 | Pfizer Experiment Report, 00703068-189 Step 1 Tafamidis Commercial Process | DTX-0067 PTX-4127 | PFZ00192938 | PFZ00192971 | 2015.10.31 | Jones Ex. 03 | F;H;702;R;403. | R, H | | | |
| JTX-059 | Pfizer Experiment Report, 00703068-190 Step 3 Tafamidis Commercial Process | DTX-0147 PTX-4128 | PFZ00193002 | PFZ00193008 | 2015.10.31 | Jones Ex. 07 | F;H;R;403. | R, H | | | |
| JTX-060 | Pfizer Experiment Report, 00704814-004 Step 3 Tafamidis Commercial Process | DTX-0069 PTX-4129 | PFZ00196692 | PFZ00196699 | 2015.10.31 | Jones Ex. 06 | F;H;702;R;403. | R, H | | | |
| JTX-061 | Pfizer Experiment Report, Tafa - literature prep of methyl 2-(3,5-dichlorophenyl)benzo[d]oxazole-6- carboxylate -scale up | DTX-0157 PTX-4133 | PFZ03387438 | PFZ03387465 | 2018.09.19 | Perfect Ex. 08 | F;H;702;R;403. | R, H | | | |
| JTX-062 | Pfizer Experiment Report, Tafa - literature prep of methyl 2-(3,5-dichlorophenyl)benzo[d]oxazole-6- carboxylate | DTX-0158 PTX-4134 | PFZ03387497 | PFZ03387520 | 2018.09.19 | Perfect Ex. 07 | F;H;702;R;403. | R, H | | | |
| JTX-063 | Tafamidis, PF-06291826-00 (Soft Gelatin Capsule), 3.2.P.2.2. Drug Product | DTX-0356 PTX-4136 | PFZ00080397 | PFZ00080424 | 2018.09.24 | | F;R;403 | R, H | | | |
| JTX-064 | Raw Data, 2018Oct01_PF-06291826-00_00706050-946-2_FP_0XRD2.raw | DTX-0125 PTX-4137 | PFZ04170048 | PFZ04170048 | 2018.10.01 | | F;H;A;R;403 | R, H | | | |
| JTX-065 | Pfizer Experiment Report, PF-06291826-00 IP data for inventive issue memo | DTX-0100 PTX-4141 | PFZ03387306 | PFZ03387355 | 2018.10.09 | | F;H;702;R;403. | R, H | | | |
| JTX-066 | Raw Data, 2018Oct10_jensenaj_PF-06291826-00_lot 00706050-947- 3postDVS_SD_PXRD2.raw | DTX-0126 PTX-4142 | PFZ04170049 | PFZ04170049 | 2018.10.10 | | F;H;A;R;403 | R, H | | | |
| JTX-067 | Raw Data, 2018Oct17_jensenaj_PF-06291826-00_lot 00706050-947- 31week7075_SD_PXRD2.raw | DTX-0127 PTX-4143 | PFZ04170050 | PFZ04170050 | 2018.10.17 | | F;H;A;R;403 | R, H | | | |
| JTX-068 | Memorandum from A. Jensen Re: "PXRD analysis of 6-carboxy-2- (3,5-dichlorophenyl)-benzoxazole synthesized according to the procedure of *Angew. Chem. Int. Ed.* 2003, 42, 2758-2761" | DTX-0128 PTX-4144 | CODEF-TAF-0002173 | CODEF-TAF-0002178 | 2019.02.18 | Jensen Ex. 18 Trout Ex. 03 | 106;F;H;702;R;403. | R, H | | | |
| JTX-069 | Memorandum from H. Perfect Re: "Synthesis of 6-carboxy-2-(3,5- dichlorophenyl)-benzoxazole according to the *Angew. Chem. Int. Ed.* 2003, 42, 2758-2761" | DTX-0044 PTX-4145 | CODEF-TAF-0002276 | CODEF-TAF-0002279 | 2019.02.18 | Perfect Ex. 06 | 106;F;H;702;R;403. | R, H | | | |
| JTX-070 | European Patent No. 3,191,461 B1 | DTX-0103 PTX-4149 | PFZ03388013 | PFZ03388053 | 2021.03.11 | Arora Ex. 08 Perfect Ex. 05 | F;H;702;R;403. | R, H | | | |
| JTX-071 | David Bugay Laboratory Notebook No. 1680 | DTX-0137 PTX-4158 | DEX_TAF-0041208 | DEX_TAF-0041221 | 2025.05.18 | Bugay Ex. 10 | 106;F;H; R;403;702 | R, H | | | |
| JTX-072 | RX4-17582 JADE Peak List | DTX-0132 PTX-4159 | DEX_TAF-0040996 | DEX_TAF-0040997 | 2025.06.20 | Bugay Ex. 06 | F;H; R;403;702 | R, H | | | |
| JTX-073 | Robert S. Chao & Kenneth C. Vail, *Polymorphism of 1,2-Dihydro-6-neopentyl-2-oxonicotinic Acid: Characterization, Interconversion, and Quantitation*, 4(5) PHARM. RESEARCH 429, 4301 (1987) | DTX-0168 PTX-4178 | PFZ-POL00000108 | PFZ-POL00000111 | | | A;F;H | R, H | | | |
| JTX-074 | Declaration of Giuseppe Barreca | DTX-0352 PTX-4189 | CODEF-TAF-0002557 | CODEF-TAF-0002566 | 2023.03.29 | | A;106;F;H;702;R;403. | R, H | | | |
| JTX-075 | RX4-17611 JADE peak list | DTX-0133 PTX-4190 | DEX_TAF-0040999 | DEX_TAF-0041000 | | | F;H; R;403;702 | R, H | | | |
| JTX-076 | RX4-17631 JADE peak list | DTX-0134 PTX-4191 | DEX_TAF-0041002 | DEX_TAF-0041003 | | | F;H; R;403;702 | R, H | | | |
| JTX-077 | RX4-17688 JADE peak list | DTX-0135 PTX-4192 | DEX_TAF-0041005 | DEX_TAF-0041006 | | | F;H; R;403;702 | R, H | | | |
| JTX-078 | Declaration of Giuseppe Barreca | DTX-0353 PTX-4198 | PFZ04169170 | PFZ04169184 | 2022.07.22 | | A;F;H;702;R;403 | R, H | | | |
| JTX-079 | Christopher P. Price et al., "Crystalline Polymorph Selection and Discovery withPolymer Heteronuclei," 127 J. Am. Chem. Soc. 5512 (2005) | DTX-1375 PTX-4038 | PFZ01928277 | PFZ01928282 | 2005.00.00 | | A;F;H | R, H | | | |
| JTX-080 | Abu T.M. Serajuddin, *Salt Formation to Improve Drug Solubility*, 59 ADVANCED DRUG DELIVERY REV. 603 (2007) | DTX-1415 PTX-4044 | PFZ-POL00000845 | PFZ-POL00000859 | 2007.00.00 | | A;F;H | R, H | | | |
| JTX-081 | FoldRx Press Release, FoldRx Pharmaceuticals Announces Positive Results from Pivotal Phase II/III Clinical Study of Tafamidis | DTX-1390 PTX-4053 | PFZ01956931 | PFZ01956934 | 2009.07.20 | | A;F;H | R, A, H | | | |
| JTX-082 | Joel Bernstein, "Polymorphism – A Perspective," 11(3) Crystal Growth & Design 632 (2011) | DTX-1377 PTX-4061 | PFZ01928432 | PFZ01928450 | 2011.00.00 | | A;F;H | R, H | | | |
| JTX-083 | Violaine Planté-Bordeneuve, *Familial Amyloid Polyneuropathy*, 10 LANCET NEUROL. 1086 (2011) | DTX-1410 PTX-4064 | PFZ-POL00000936 | PFZ-POL00000947 | 2011.00.00 | | A;F;H | R, H | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
*Pfizer Inc. et al. v. Dexcel Pharma Technologies Limited et al.*, C.A. No. 1:23-cv-00879-GWB-CJB

| JOINT TRIAL EXHIBIT NUMBER | DESCRIPTION | DUPLICATE EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DEPOSITION EXHIBIT NUMBER | PLAINTIFFS' OBJECTIONS | DEFENDANTS' OBJECTIONS | CIPLA'S OBJECTIONS | DEXCEL'S OBJECTIONS | HIKMA'S OBJECTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JTX-084 | Pfizer's Vyndaqel® (tafamidis) First Therapy Approved in the European Union for the Rare and Fatal Neurodegenerative Disease Transthyre tin Familial Amyloid Polyneuropathy (TTR- FAP), Pfizer (Nov. 16, 2011), https://www.pfizer.com/news/press-release/press-release-detail/pfizer_s_+vyndaqel_tafamidis_first_therapy_approved_in_the_european_union_for_the_rare_and_fatal_neurodegenerative_disease_transthyretin_familial_amyloid_polyneuropathy_ttr_fap. Pfizer 11/16/2011 Press Release. | DTX-1394 PTX-4068 | PFZ-POL00000825 | PFZ-POL00000831 | 2011.11.16 | | A;F;H | R, A, H | | | |
| JTX-085 | Ernst Hund, *Familial amyloidotic polyneuropathy: current and emerging treatment options for transthyretin-mediated amyloidosis*, 5 APPLICATION OF CLINICAL GENETICS 37 (2012) | DTX-1411 PTX-4071 | PFZ-POL00000176 | PFZ-POL00000180 | 2012.00.00 | | A;F;H | R, P, H | | | |
| JTX-086 | Gerard Said *et al.*, *Tafamidis*, 11 NAT. REV. DRUG DISCOV. 185 (2012) | DTX-1407 PTX-4073 | PFZ-POL00000842 | PFZ-POL00000844 | 2012.00.00 | | A;F;H | R, P, H | | | |
| JTX-087 | Harmut H-J Schmidt, *Tafamidis for the treatment of transthyretin-associated familial amyloid polyneuropathy*, 1(10) EXPERT OPINION ON ORPHAN DRUGS 837 (2013) | DTX-1412 PTX-4078 | PFZ-POL00000313 | PFZ-POL00000322 | 2013.00.00 | | A;F;H | R, P, H | | | |
| JTX-088 | Susanna Nencetti et al., *Tafamidis (Vyndaqel): A Light for FAP Patients*, 8 CHEM. MED. CHEM. 1617 (2013) | DTX-1409 PTX-4079 | PFZ-POL00000839 | PFZ-POL00000841 | 2013.00.00 | | A;F;H | R, P, H | | | |
| JTX-089 | European Patent No. 2,743,255 B1 | DTX-1432 PTX-4130 | PFZ-POL00000266 | PFZ-POL00000283 | 2016.06.22 | | A;F;H | R, H | | | |
| JTX-090 | Yanlei Kang *et al.*, *Quantitation of Polymorphic Impurity in Entecavir Polymorphic Mixtures Using Powder X-ray Diffractometry and Raman Spectroscopy*, 158 J. PHARMACEUTICAL & BIOMEDICAL ANALYSIS 28 (2018) | DTX-1436 PTX-4132 | PFZ-POL00000363 | PFZ-POL00000372 | 2018.00.00 | | A;F;H | R, H | | | |
| JTX-091 | Tafamidis (PF-06291826-00), Pfizer, 3.2.S.1.3 General Properties for Pfizer's Tafamidis | DTX-1434 PTX-4139 | PFZ00080447 | PFZ00080453 | 2018.10.03 | | H;R;403. | R, H | | | |
| JTX-092 | NCT01994889, National Library of Medicine, https://clinicaltrials.gov/study/NCT01994889?tab=history&a=1#version-content-panel | DTX-1413 PTX-4146 | PFZ-POL00000788 | PFZ-POL00000801 | 2019.04.24 | | A;F;H | R, H | | | |
| JTX-093 | Ning Shan & Michael Zaworotko, *Polymorphic Crystal Forms and Cocrystals in Drug Delivery (Crystal Engineering*, in BURGER'S MEDICINAL CHEMISTRY, DRUG DISCOVERY, AND DEVELOPMENT, 8TH ED. 1 (Donald J. Abraham and Michael Myers, eds., 2021). | DTX-1246 DTX-1428 PTX-4148 | PFZ-POL00000860 | PFZ-POL00000891 | 2021.00.00 | Zaworotko Ex. 09 | A;F;H | R, H | | | |
| JTX-094 | Derek Lowe, Stalking Polymorphs, Science, https://www.science.org/content/blog-post/stalking-polymorphs. | DTX-1429 PTX-4152 | PFZ-POL00000160 | PFZ-POL00000167 | 2023.03.14 | | A;F;H | R, H | | | |
| JTX-095 | Lesley J. Scott, *Tafamidis: a review of its use in familial amyloid polyneuropathy*, 74 DRUGS 1371 (2014) | DTX-1408 PTX-4182 | PFZ-POL00000373 | PFZ-POL00000381 | 2014.07.15 | | A;F;H | R, H | | | |

# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*Pfizer Inc. et al. v. Dexcel Pharma Technologies Limited et al.* , C.A. No. 1:23-cv-00879-GWB-CJB

| PLAINTIFF TRIAL EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DESCRIPTION | DEPO EX. NO. | DEFENDANT OBJECTIONS |
|---|---|---|---|---|---|---|
| PTX-4000 | | | | REMOVED TO JTX-001 | | H |
| PTX-4001 | | | | REMOVED TO JTX-002 | | H, MD |
| PTX-4002 | N/A | N/A | 2019.05.27 | Amended & Restated License Agreement between FoldRx Pharmaceuticals, Inc. to PF PRISM IMB B.V. | | R, A, H |
| PTX-4003 | N/A | N/A | 2019.05.27 | Amended & Restated License Agreement between FoldRx Pharmaceuticals, Inc. to PF PRISM IMB B.V. | | R, A, H |
| PTX-4004 | N/A | N/A | 2019.05.27 | Amended & Restated License Agreement between PF PRISM Holdings B.V. to Pfizer Asia Manufacturing Pte Ltd | | R, A, H |
| PTX-4005 | N/A | N/A | 2019.05.27 | Amended & Restated License Agreement between PF PRISM Holdings B.V. to Pfizer Ireland Pharmaceuticals | | R, A, H |
| PTX-4006 | N/A | N/A | 2019.05.27 | Amended & Restated License Agreement between Pfizer Inc. and Wyeth LLC | | R, A, H |
| PTX-4007 | N/A | N/A | 2019.05.27 | Amendment to Amended & Restated License Agreement between FoldRx Pharmaceuticals, Inc. to PF PRISM IMB B.V. | | R, A, H |
| PTX-4008 | N/A | N/A | 2019.05.27 | Amendment to Amended & Restated Sublicense Agreement between PF PRISM Holdings B.V. to Pfizer Asia Manufacturing Pte Ltd | | R, A, H |
| PTX-4009 | N/A | N/A | 2019.05.27 | Amendment to Amended & Restated Sublicense Agreement between PF PRISM Holdings B.V. to Pfizer Ireland Pharmaceuticals | | R, A, H |
| PTX-4010 | N/A | N/A | 2019.05.27 | Amendment to Amended & Restated Sublicense Agreement between PF PRISM IMB B.V. to PF PRSIM Holdings  B.V. | | R, A, H |
| PTX-4011 | PFZ-POL00000001 | PFZ-POL00000009 | 0000.00.00 | ACCOLATE® Tablets FDA Label | | R, A, H |
| PTX-4012 | PFZ-POL00000106 | PFZ-POL00000107 | 0000.00.00 | CEFTIN® Tablets Label, UNITED STATES FOOD AND DRUG ADMINISTRATION, https://www.accessdata.fda.gov/drugsatfdadocs/label/2004/0605slr039,50672slr025ceftinlbl | | R, A, H |
| PTX-4013 | PFZ-POL00000117 | PFZ-POL00000118 | 0000.00.00 | FLASKS, REACTION, SINGLE NECK, AIRFREE®, SCHLENK, Chemglass Life Sciences, https://chemglass.com/flasks-reaction-single-neck-airfree-schlenk-1-1 | | R, A, H |
| PTX-4014 | PFZ-POL00000284 | PFZ-POL00000286 | 0000.00.00 | *Vyndaqel* , EUROPEAN MEDICINES AGENCY, https://www.ema.europa.eu/en/medicines/human/EPAR/vyndaqel | | R, A, H |
| PTX-4015 | | | | REMOVED TO JTX-016 | | R, H |
| PTX-4016 | PFZ-POL00000029 | PFZ-POL00000040 | 1993.00.00 | Joel Bernstein, *Crystal Growth, Polymorphism and Structure-Property Relationships in Organic Crystals* , 26 J. PHYS. D. APPL. PHYS. B66 (1993) | | R, H |
| PTX-4017 | PFZ04170127 | PFZ04170166 | 1995.00.00 | Harry G. Brittain, *Chapter 7: X-Ray Powder Diffractometry* , in  PPHYSICAL CHARACTERIZATION OF PHARMACEUTICAL SOLIDS 188 (1995) | | R, H |
| PTX-4018 | PFZ-POL00000168 | PFZ-POL00000175 | 1995.00.00 | J.D. Dunitz and J. Bernstein, *Disappearing Polymorphs* , 48 ACC. CHEM. RES. 193 (1995) | | R, H |
| PTX-4019 | | | | REMOVED TO JTX-006 | | R, H |
| PTX-4020 | PFZ-POL00000287 | PFZ-POL00000303 | 1997.09.00 | FDA Guidance for Industry: Dissolution Testing of Immediate Release Solid Oral Dosage Forms (Aug. 1997), https://www.fda.gov/media/70936/download. | | R, H |
| PTX-4021 | | | | REMOVED TO JTX-007 | | R, H |
| PTX-4022 | | | | REMOVED TO JTX-009 | | R, H |
| PTX-4023 | | | | REMOVED TO JTX-017 | | R, H |
| PTX-4024 | CODEF-TAF-0000544 | CODEF-TAF-0000559 | 2001.00.00 | Yu. L.,  "Amorphous pharmaceutical solids: preparation, characterization and stabilization," Advanced Drug Delivery Reviews 48(27) (2001) | | R, H |
| PTX-4025 | PFZ-POL00000402 | PFZ-POL00000431 | 2001.00.00 | Brian Moulton & Michael Zaworotko, *From Molecules to Crystal Engineering: Supramolecular Isomerism and Polymorphism in Network Solids* , 101 CHEM. REV. 1629 (2001) | | R, H |
| PTX-4026 | | | | REMOVED TO JTX-027 | | R, H |
| PTX-4027 | PFZ04170167 | PFZ04170179 | 2002.00.00 | Harry G. Brittain, *Polymorphism: Pharmaceutical Aspects* , in  ENCYCLOPEDIA OF PHARM. TECH. (2002) | | R, H |
| PTX-4028 | PFZ-POL00000432 | PFZ-POL00000760 | 2002.00.00 | HANDBOOK OF INDUSTRIAL CRYSTALLIZATION 2d Ed. 33 (Allan S. Myerson ed., 2002) | | R, H |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*Pfizer Inc. et al. v. Dexcel Pharma Technologies Limited et al.* , C.A. No. 1:23-cv-00879-GWB-CJB

| PLAINTIFF TRIAL EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DESCRIPTION | DEPO EX. NO. | DEFENDANT OBJECTIONS |
|---|---|---|---|---|---|---|
| PTX-4029 | | | | REMOVED TO JTX-011 | | R, H |
| PTX-4030 | | | | REMOVED TO JTX-024 | | R, H |
| PTX-4031 | | | | REMOVED TO JTX-018 | | R, H |
| PTX-4032 | | | | REMOVED TO JTX-013 | | R, H |
| PTX-4033 | PFZ-POL00000331 | PFZ-POL00000354 | 2003.11.21 | International Conference on Harmonisation, *ICH Harmonised Tripartite Guideline: Stability Testing of New Drug Substances and Products Q449 A(R2* ), 68 Fed. Reg. 65717 (2003) | | R, H |
| PTX-4034 | PFZ00237362 | PFZ00237374 | 2004.10.26 | FoldRx Research Notebook,  Fx-1003/Fx-1006 Salt Screening, Project No. 17343 | | R, H |
| PTX-4035 | | | | REMOVED TO JTX-023 | | R, H |
| PTX-4036 | | | | REMOVED TO JTX-025 | | R, H |
| PTX-4037 | N/A | N/A | 2005.00.00 | Vishweshwar, P., et al., "Crystal engineering of parmaceutifucal co-crystals from polymorphic active pharmaceutifucal ingredients"  Chem. Commun. 2601 (2005) | Zaworotko Ex. 10 | R, H |
| PTX-4038 | | | | REMOVED TO JTX-079 | | R, H |
| PTX-4039 | PFZ-POL00000157 | PFZ-POL00000159 | 2006.00.00 | Graeme M. Day *et al* ., *Investigating the Latent Polymorphism of Maleic Acid* , 2006 CHEM. COMMC'N 54 (2006) | | R, H |
| PTX-4040 | PFZ-POL00000892 | PFZ-POL00000915 | 2006.00.00 | Peter H. Stahl and Bertrand Sutter, *Salt Selection* , *in*  POLYMORPHISM IN THE PHARMACEUTICAL INDUSTRY 316 (2006) | | R, H |
| PTX-4041 | | | | REMOVED TO JTX-020 | | R, H |
| PTX-4042 | PFZ04170119 | PFZ04170122 | 2007.00.00 | Andrew D. Bond *et al* ., *On the Polymorphism of Aspirin,*  46(4) ANGEW. CHEM. INT'L ED. 615–17 (2007) | | R, H |
| PTX-4043 | PFZ-POL00000802 | PFZ-POL00000824 | 2007.00.00 | B. Pandey et al., *Importance of Polymorphs and Salts in the Pharmaceutical Industry* , *in*  DRUG DISCOVERY AND DEVELOPMENT, VOLUME 2: DRUG DEVELOPMENT (2007) | | R, H |
| PTX-4044 | | | | REMOVED TO JTX-080 | | R, H |
| PTX-4045 | PFZ-POL00000916 | PFZ-POL00000923 | 2007.00.00 | Manisha Tiwari *et al* ., *Quantification of Olanzapine Polymorphs Using Powder X-Ray Diffraction Technique* , 43 J. PHARM. & BIOMEDICAL ANALYSIS 865 (2007) | | R, H |
| PTX-4046 | PFZ-POL00000948 | PFZ-POL00000955 | 2007.00.00 | Teofilo Vasconcelos et al., *Solid dispersions as strategy to improve oral bioavailability of poor water soluble drugs* , 12 DRUG DISCOVERY TODAY 1068 (2007) | | R, H |
| PTX-4047 | | | | REMOVED TO JTX-019 | | R, H |
| PTX-4048 | | | | REMOVED TO JTX-008 | | R, H |
| PTX-4049 | PFZ-POL00000323 | PFZ-POL00000330 | 2008.00.00 | Jun Huang *et al., Glycine Exists Mainly as Monomers, Not Dimers, in Supersaturated Aqueous Solutions: Implications for Understandings Its Crystallization and Polymorphism* , 130 J. AM. CHEM. SOC'Y 13973 (2008) | | R, H |
| PTX-4050 | PFZ-POL00000832 | PFZ-POL00000838 | 2008.00.00 | Sendhil K. Poornachary et al., *Influence of Solution Speciation of Impurities on Polymorphic Nucleation in Glycine* , 8 CRYSTAL GROWTH & DESIGN 179 (2008) | | R, H |
| PTX-4051 | PFZ02826194 | PFZ02826267 | 2008.08.20 | European Patent No. 1,587,821 B1 | | R, H |
| PTX-4052 | | | | REMOVED TO JTX-003 | | R, H |
| PTX-4053 | | | | REMOVED TO JTX-081 | | R, A, H |
| PTX-4054 | | | | REMOVED TO JTX-012 | | R, H |
| PTX-4055 | PFZ01949591 | PFZ01949612 | 2010.07.23 | FoldRx Pharmaceuticals, Inc, Tafamidis (Fx-1006A), 3.2.S.2.2 Description of Manufacturing Process and Process Controls | | R, H |
| PTX-4056 | PFZ-COM00000345 | PFZ-COM00000350 | 2010.09.01 | Pfizer Press Release, "Pfizer to Acquire FoldRx Pharmaceuticals FoldRx Focused on First-in-Class, Disease-Modifying, Oral Therapeutics to Treat Diseases Caused by Protein Misfolding | | R, A, H |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*Pfizer Inc. et al. v. Dexcel Pharma Technologies Limited et al.* , C.A. No. 1:23-cv-00879-GWB-CJB

| PLAINTIFF TRIAL EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DESCRIPTION | DEPO EX. NO. | DEFENDANT OBJECTIONS |
|---|---|---|---|---|---|---|
| PTX-4057 | PFZ-POL00000041 | PFZ-POL00000042 | 2010.09.01 | Shannon Pettypiece, "Pfizer to Buy FoldRx in Rare-Disease Drug Expansion," Bloomberg, September 1, 2010, https://www.bloomberg.com/news/articles/2010-09-01/pfizer-agrees-to- acquire-foldrx-in-rare-disease-treatment-expansion-effort. | | R, A, H |
| PTX-4058 | | | | REMOVED TO JTX-032 | | R, H |
| PTX-4059 | PFZ01949729 | PFZ01949733 | 2010.12.23 | Pfizer Report for PF-06291826-83 on Tafamidis and the Process Understanding for Tafamidis Proposed Commercial Process as Described in FoldRX Documentation | | R, A, H |
| PTX-4060 | | | | REMOVED TO JTX-028 | | R, H |
| PTX-4061 | | | | REMOVED TO JTX-082 | | R, H |
| PTX-4062 | PFZ-POL00000761 | PFZ-POL00000778 | 2011.00.00 | N. Jagadeesh Babu and Ashwini Nangia, *Solubility Advantage of Amorphous Drugs and Pharmaceutical Cocrystals* , 11 CRYSTAL GROWTH & DESIGN 2662 (2011) | | R, H |
| PTX-4063 | PFZ-POL00000924 | PFZ-POL00000935 | 2011.00.00 | Solid Form Screening and Selection Services, Triclinic Labs, https://tricliniclabs.com/solid- form-development/polymorph-screening-salt-selection-property-improvement-services.html | Bugay Ex. 09 | R, A, H |
| PTX-4064 | | | | REMOVED TO JTX-083 | | R, H |
| PTX-4065 | | | | REMOVED TO JTX-014 | | R, H |
| PTX-4066 | PFZ-POL00000779 | PFZ-POL00000787 | 2011.09.13 | NCT01369836, National Library of Medicine https://clinicaltrials.gov/study/NCT01369836?intr=tafamidis%20meglumine&start=2 :a | | R, H |
| PTX-4067 | PFZ-POL00000181 | PFZ-POL00000265 | 2011.09.22 | Vyndaqel Assessment Report, EUROPEAN MEDICINES AGENCY, https://www.ema.europa.eu/en/documents/assessment-report/vyndaqel-epar-public-assessment-report_en. | | R, A, H |
| PTX-4068 | | | | REMOVED TO JTX-084 | | R, A, H |
| PTX-4069 | | | | REMOVED TO JTX-022 | | R, H |
| PTX-4070 | PFZ-POL00000119 | PFZ-POL00000126 | 2012.00.00 | Teresa Coelho et al., *Tafamidis for transthyretin familial amyloid polyneuropathy: A randomized, controlled trial* ,79 NEUROLOGY 785 (2012) | | R, P, H |
| PTX-4071 | | | | REMOVED TO JTX-085 | | R, P, H |
| PTX-4072 | PFZ-POL00000355 | PFZ-POL00000362 | 2012.00.00 | J. de Lartigue, *Tafamidis for transthyretin amyloidosis* , 48(5) DRUGS OF TODAY 331 (2012) | | R, P, H |
| PTX-4073 | | | | REMOVED TO JTX-086 | | R, P, H |
| PTX-4074 | | | | REMOVED TO JTX-033 | | R, H, I |
| PTX-4075 | | | | REMOVED TO JTX-004 | | H |
| PTX-4076 | | | | REMOVED TO JTX-005 | | H |
| PTX-4077 | PFZ-POL00000127 | PFZ-POL00000139 | 2013.00.00 | Teresa Coelho *et al* ., *Long-term effects of tafamidis for the treatment of transthyretin familial amyloid polyneuropathy* , 260 J. NEUROL. 2802 (2013) | | R, P, H |
| PTX-4078 | | | | REMOVED TO JTX-087 | | R, P, H |
| PTX-4079 | | | | REMOVED TO JTX-088 | | R, P, H |
| PTX-4080 | PFZ-POL00000956 | PFZ-POL00001140 | 2013.00.00 | Hywel D. Williams *et al., Strategies to Address Low Drug Solubility in Discovery and Development,* 65 PHARMACOL. REV. 315 (2013) | | R, H |
| PTX-4081 | PFZ01944095 | PFZ01944127 | 2013.01.24 | Tafamidis reformulation review presentation | | R, H, P |
| PTX-4082 | | | | REMOVED TO JTX-021 | | R, H |
| PTX-4083 | | | | REMOVED TO JTX-034 | | R, H |
| PTX-4084 | | | | REMOVED TO JTX-015 | | R, H |
| PTX-4085 | | | | REMOVED TO JTX-035 | | R, H |
| PTX-4086 | PFZ01938951 | PFZ01938959 | 2013.04.11 | Aptuit SSCI Report, Enabling Form Screen of PF-06291826 | Jensen Ex. 15 | R, H |
| PTX-4087 | PFZ00237329 | PFZ00237337 | 2013.04.27 | Pfizer Experiment Report, ssNMR of PF-06291826-00 lot 00705855-132-8 | Fredericks-Schmidt 03 | R, H |
| PTX-4088 | PFZ1938982.00001 | PFZ1938982.00004 | 2013.04.27 | Solid state NMR of PF-06291826-00 lot 705855-132-8 data | Fredericks-Schmidt 04 | R, H |
| PTX-4089 | PFZ01947812 | PFZ01947813 | 2013.05.28 | Email exchange between K. Girard, D. Brannegan et al., Re: "RE: Tafamidis Acid samples" attaching "705803-0096, -0097, -0098 PXRD's" | | R, H |
| PTX-4090 | PFZ01947814 | PFZ01947814 | 2013.05.28 | PXRD data for PF-06291826-00_lot705855-132-8 | | R, H |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*Pfizer Inc. et al. v. Dexcel Pharma Technologies Limited et al.* , C.A. No. 1:23-cv-00879-GWB-CJB

| PLAINTIFF TRIAL EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DESCRIPTION | DEPO EX. NO. | DEFENDANT OBJECTIONS |
|---|---|---|---|---|---|---|
| PTX-4091 | PFZ00217354 | PFZ00217373 | 2013.06.17 | Pfizer Experiment Report, PF-06291826-00 single crystal sample preparation and reports, including THF solvate | | R, H |
| PTX-4092 | | | | REMOVED TO JTX-036 | | R, H |
| PTX-4093 | | | | REMOVED TO JTX-037 | | R, C, H |
| PTX-4094 | PFZ01931863 | PFZ01931863 | 2013.07.30 | Email from A. Jensen to K. Girard, cc'ing others re "Tafa FA slurries and meglumine break" attaching "704235-249_free acid support for CRD.pptx" | Girard Ex. 10 | R, H |
| PTX-4095 | PFZ00538476 | PFZ00538477 | 2013.08.30 | Jensen Research Memo re Enabling Polymorph Screen of PF-06291826-00 performed at SSCI GMS-2013-16 | | R, H |
| PTX-4096 | PFZ01940183 | PFZ01940184 | 2013.09.06 | Email from J. Bartlett to B. MacDonald et al., Re: " RE:  tafamidis reformulation DPD/ARD discussions 05Sept13 meeting minutes" | | R, H |
| PTX-4097 | | | | REMOVED TO JTX-038 | | R, H |
| PTX-4098 | | | | REMOVED TO JTX-039 | | R, H |
| PTX-4099 | | | | REMOVED TO JTX-040 | | R, H |
| PTX-4100 | | | | REMOVED TO JTX-041 | | R, H |
| PTX-4101 | PFZ01933014 | PFZ01933014 | 2013.12.09 | Email from R. Weekly to J. Brennan, cc'ing others Re: "Tafamidis samples and another request" | | R, H |
| PTX-4102 | | | | REMOVED TO JTX-042 | | R, H |
| PTX-4103 | | | | REMOVED TO JTX-043 | | R, H |
| PTX-4104 | | | | REMOVED TO JTX-044 | | R, H, C |
| PTX-4105 | PFZ00010008 | PFZ00010009 | 2014.03.25 | S.4.4 Batch Analyses for Pfizer's Tafamidis, PF-06291826-00 | | R, H |
| PTX-4106 | | | | REMOVED TO JTX-045 | | R, H |
| PTX-4107 | | | | REMOVED TO JTX-046 | | R, H |
| PTX-4108 | PFZ03387420 | PFZ03387428 | 2014.08.19 | Pfizer Experiment Report, ssNMR IP summary of PF-06291826 Form 1 lot 00705855-132-8, Form 4 lot 5566-40-01, Material C lot 5566-77-01 and Form 6 lot 5566-40-1 | Fredericks-Schmidt 10 | R, H |
| PTX-4109 | | | | REMOVED TO JTX-047 | | R, H, P |
| PTX-4110 | | | | REMOVED TO JTX-048 | | R, H |
| PTX-4111 | PFZ03394122 | PFZ03394135 | 2014.10.29 | Tafamidis Solid Form Challenges: A Solid Solution presentation | | R, H, P |
| PTX-4112 | | | | REMOVED TO JTX-049 | | R, H |
| PTX-4113 | | | | REMOVED TO JTX-050 | | R, C, H |
| PTX-4114 | PFZ04170180 | PFZ04170201 | 2015.00.00 | Dejan-Krešimir Bučar et al., "Disappearing Polymorphs Revisited," 54 Angew.Chem. Int'l Ed. 6972 (2015) | | R, H |
| PTX-4115 | PFZ-POL00000140 | PFZ-POL00000156 | 2015.00.00 | Cruz-Cabeza, Reutzel-Edens, and Bernstein, *Facts and Fictions about Polymorphism* , 44 CHEM. SOC'Y REV. 8619 at 8625 (Table 3) (2015). | | R, H |
| PTX-4116 | PFZ01942079 | PFZ01942080 | 2015.03.09 | Email chain between H. Fredericks-Schmidt and A. Jensen, Re: " RE: Tafamidis FA ssnmr" attaching "Carbon ssNMR PF06291826-00 solid forms.docx " | Fredericks-Schmidt 11 | R, H |
| PTX-4117 | PFZ01942086 | PFZ01942087 | 2015.03.09 | Email chain between H. Fredericks-Schmidt and A. Jensen, Re: " RE: Tafamidis FA ssnmr" | Fredericks-Schmidt 12 | R, H |
| PTX-4118 | | | | REMOVED TO JTX-051 | | R, H |
| PTX-4119 | | | | REMOVED TO JTX-052 | | R, H |
| PTX-4120 | | | | REMOVED TO JTX-053 | | R, H |
| PTX-4121 | | | | REMOVED TO JTX-054 | | R, H |
| PTX-4122 | | | | REMOVED TO JTX-055 | | R, H |
| PTX-4123 | | | | REMOVED TO JTX-056 | | R, H |
| PTX-4124 | | | | REMOVED TO JTX-057 | | R, H, C |
| PTX-4125 | | | | REMOVED TO JTX-026 | | R, H |
| PTX-4126 | CODEF-TAF-0002469 | CODEF-TAF-0002535 | 2015.08.31 | International Application Number PCT/IB2015/056597, United States Application No. 62/203,953 | | R, H |
| PTX-4127 | | | | REMOVED TO JTX-058 | | R, H |
| PTX-4128 | | | | REMOVED TO JTX-059 | | R, H |
| PTX-4129 | | | | REMOVED TO JTX-060 | | R, H |

*Pfizer Inc. et al. v. Dexcel Pharma Technologies Limited et al.* , C.A. No. 1:23-cv-00879-GWB-CJB

| PLAINTIFF TRIAL EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DESCRIPTION | DEPO EX. NO. | DEFENDANT OBJECTIONS |
|---|---|---|---|---|---|---|
| PTX-4130 | | | | REMOVED TO JTX-089 | | R, H |
| PTX-4131 | PFZ00001781 | PFZ00002244 | 2017.09.26 | United States Patent No. 9,770,441 B1 File History | | R, H, MD, C |
| PTX-4132 | | | | REMOVED TO JTX-090 | | R, H |
| PTX-4133 | | | | REMOVED TO JTX-061 | | R, H |
| PTX-4134 | | | | REMOVED TO JTX-062 | | R, H |
| PTX-4135 | | | | REMOVED TO JTX-029 | | R, H |
| PTX-4136 | | | | REMOVED TO JTX-063 | | R, H |
| PTX-4137 | | | | REMOVED TO JTX-064 | | R, H |
| PTX-4138 | | | | REMOVED TO JTX-030 | | R, H |
| PTX-4139 | | | | REMOVED TO JTX-091 | | R, H |
| PTX-4140 | PFZ00080471 | PFZ00080479 | 2018.10.03 | Tafamidis (PF-06291826-00) Pfizer, Section 3.2.S.3.1 Elucidation of Structure and Other Characteristics | | R, H |
| PTX-4141 | | | | REMOVED TO JTX-065 | | R, H |
| PTX-4142 | | | | REMOVED TO JTX-066 | | R, H |
| PTX-4143 | | | | REMOVED TO JTX-067 | | R, H |
| PTX-4144 | | | | REMOVED TO JTX-068 | | R, H |
| PTX-4145 | | | | REMOVED TO JTX-069 | | R, H |
| PTX-4146 | | | | REMOVED TO JTX-092 | | R, H |
| PTX-4147 | PFZ-COM00003522 | PFZ-COM00003527 | 2019.05.03 | Vyndamax FDA Approval Letter | | R, H |
| PTX-4148 | | | | REMOVED TO JTX-093 | | R, H |
| PTX-4149 | | | | REMOVED TO JTX-070 | | R, H |
| PTX-4150 | PFZ03388065 | PFZ03388069 | 2021.06.28 | Communication about Intention to Grant a European Patent re: European Patent Application No. 15771276.1 | | R, H |
| PTX-4151 | PFZ-POL00001141 | PFZ-POL00001208 | 2022.09.09 | International Patent Publication No. WO 2022/185333 A1 | | R, H |
| PTX-4152 | | | | REMOVED TO JTX-094 | | R, H |
| PTX-4153 | PFZ-COM00003528 | PFZ-COM00003543 | 2023.10.00 | Vyndamax FDA Label | | R, H |
| PTX-4154 | PFZ03387710 | PFZ03387719 | 2023.10.17 | Minutes of Oral Argument from European Proceeding for EP 3 191 461 B1 | | R, H |
| PTX-4155 | | | | RESERVED | | |
| PTX-4156 | DEX_TAF-0042595 | DEX_TAF-0042609 | 2025.04.07 | David Bugay Lab Notebook 1680 | Bugay Ex. 12 | R, H, P |
| PTX-4157 | | | | RESERVED | | |
| PTX-4158 | | | | REMOVED TO JTX-071 | | R, H |
| PTX-4159 | | | | REMOVED TO JTX-072 | | R, H |
| PTX-4160 | N/A | N/A | 2025.09.12 | Aniruddh Singh Ph.D., Raw Data,  NB1009A-45-1-30min | | R, H, P |
| PTX-4161 | N/A | N/A | 2025.09.12 | Expert Report of Aniruddh Singh Ph.D., and accompanying exhibits | | R, H, NPE, P |
| PTX-4162 | N/A | N/A | 2025.09.12 | Expert Responsive Report of Bernhardt Trout, Ph.D., and accompanying exhibits | | R, H, NPE, P |
| PTX-4163 | N/A | N/A | 2025.09.12 | Expert Report of Aniruddh Singh | | R, H, NPE, P |
| PTX-4164 | N/A | N/A | 2025.09.12 | Ex. A - Expert of Report of Aniruddh Singh | | R, H, P |
| PTX-4165 | N/A | N/A | 2025.09.12 | Ex. B - Expert of Report of Aniruddh Singh | | R, H, NPE, P |
| PTX-4166 | N/A | N/A | 2025.09.12 | Ex. C - Expert of Report of Aniruddh Singh | | R, H, P |
| PTX-4167 | N/A | N/A | 2025.09.12 | Responsive Expert Report of Bernhardt Trout | | R, H, NPE, P |
| PTX-4168 | N/A | N/A | 2025.09.12 | Ex. A - Responsive Expert Report of Bernhardt Trout | | R, H |
| PTX-4169 | N/A | N/A | 2025.09.12 | Ex. B - Responsive Expert Report of Bernhardt Trout | | R, H, NPE, P |
| PTX-4170 | N/A | N/A | | United States Patent No. 8,471,044 B2 | Zaworotko Ex. 20 | R, H |
| PTX-4171 | PFZ-00000068 | PFZ-00000091 | | Sudha R. Vippagunta et al., *Crystalline solids* , 48 ADVANCED DRUG DELIVERY REVIEWS 3 (2001) | | R, H |
| PTX-4172 | | | | REMOVED TO JTX-031 | | R, H |
| PTX-4173 | PFZ01928393 | PFZ01928406 | | Sarah L. Price, "Predicting Crystal Structure of Organic Compounds," Chem.Soc. Rev. (2013) | | R, H |
| PTX-4174 | PFZ04166216 | PFZ04166268 | | International Patent Application No. PCT/1B2015/056597 | | R, H |
| PTX-4175 | PFZ-COM00000056 | PFZ-COM00000071 | | Prescribing Information for Vyndaqel® and Vyndamax® | | R, H |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*Pfizer Inc. et al. v. Dexcel Pharma Technologies Limited et al.*, C.A. No. 1:23-cv-00879-GWB-CJB

| PLAINTIFF TRIAL EXHIBIT NUMBER | BEG BATES | END BATES | DATE | DESCRIPTION | DEPO EX. NO. | DEFENDANT OBJECTIONS |
|---|---|---|---|---|---|---|
| PTX-4176 | PFZ-POL00000010 | PFZ-POL00000028 | | Stephen M. Berge *et al.*, *Pharmaceutical Salts,* 66(1) J. PHARM. SCI. 1 (1977) | | R, H |
| PTX-4177 | PFZ-POL00000043 | PFZ-POL00000105 | | Peter W. Cains, *Classical Methods of Preparation of Polymorphs and Alternative Solid Forms*, Chapter 4 in Polymorphism and Pharmaceutical Solids (Brittain, ed. 1999) | | R, H |
| PTX-4178 | | | | REMOVED TO JTX-073 | | R, H |
| PTX-4179 | PFZ-POL00000112 | PFZ-POL00000116 | | Sanjay R. Chemburkar et al., *Dealing with the Impact of Ritonavir Polymorphs on the Late Stages of Bulk Drug Process Development*, 4(5) ORGANIC PROCESS RESEARCH & DEVELOPMENT 413 (2000) | | R, H |
| PTX-4180 | PFZ-POL00000304 | PFZ-POL00000307 | | Pfizer buys FoldRx for rare disease division, Fierce Biotech (September 1, 2010), https://www.fiercebiotech.com/biotech/pfizer-buys-foldrx-for-rare-disease-division. | | R, H |
| PTX-4181 | PFZ-POL00000308 | PFZ-POL00000312 | | Surampalli Gurunath *et al.*, *Amorphous solid dispersion method for improving oral bioavailability of poorly water-soluble drugs*, 6 J. PHARMACY RESEARCH 476 (2013) | | R, H |
| PTX-4182 | | | | REMOVED TO JTX-095 | | R, H |
| PTX-4183 | PFZ-POL00000382 | PFZ-POL00000388 | | Lian Yu et al., *Crystallization and Polymorphism of Conformationally Flexible Molecules: Problems, Patterns, and Strategies*, 4 ORG. PROC. RES. & DEV. 396 (2000) | | R, H |
| PTX-4184 | PFZ-POL00000389 | PFZ-POL00000401 | | Lee, E., "A practical guide to pharmaceutical polymorph screening & selection," *Asian J Pharm Sci*, 9:163 (2014) | | R, H |
| PTX-4185 | N/A | N/A | | DEX_TAF-004 Raw Data | | R, MD |
| PTX-4186 | N/A | N/A | | DEX_TAF-006 Raw Data | | R, MD |
| PTX-4187 | | | | Dexcel's R&Os to Plaintiff's First Set of Common ROGs | | R, P, NSW |
| PTX-4188 | PFZ04169010 | PFZ04159157 | | Melissa Casteel's Lab Notebook | | R, H |
| PTX-4189 | | | | REMOVED TO JTX-074 | | R, H |
| PTX-4190 | | | | REMOVED TO JTX-075 | | R, H |
| PTX-4191 | | | | REMOVED TO JTX-076 | | R, H |
| PTX-4192 | | | | REMOVED TO JTX-077 | | R, H |
| PTX-4193 | DEX_TAF-0042610 | DEX_TAF-0042611 | | RX4-17426 JADE peak list | | R, H, P |
| PTX-4194 | DEX_TAF-0042613 | DEX_TAF-0042614 | | RX4-17430 JADE peak list | | R, H, P |
| PTX-4195 | DEX_TAF-0042616 | DEX_TAF-0042617 | | RX4-17433 JADE peak list | | R, H, P |
| PTX-4196 | DEX_TAF-0042619 | DEX_TAF-0042620 | | RX4-17569 JADE peak list | | R, H, P |
| PTX-4197 | DEX_TAF-0042622 | DEX_TAF-0042623 | | RX4-17570 JADE peak list | | R, H, P |
| PTX-4198 | | | | REMOVED TO JTX-078 | | R, H |
| PTX-4199 | PFZ04171497 | PFZ04171517 | 2015.07.20 | Pfizer Commercial Solid Form Nomination PF-06291826-00 Free Acid (Tafamidis) Report | | R, H |
| PTX-4200 | PFZ01928931 | PFZ01928937 | 2013.10.02 | Salt Screen Memo | | R, H |
| PTX-4201 | PFZ01939849 | PFZ01939863 | | Tafamidis Gelling Assessment Presentation | | R, H |
| PTX-4202 | PFZ00216905 | PFZ00216921 | 2013.02.25 | ELN 00704235-0232 | | |
| PTX-4203 | N/A | N/A | | Dr. Bernhardt Trout's Updated CV | | |