IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., and WYETH LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 23-879 (GBW) (CJB) **CONSOLIDATED** |
| v. | ) ) | C.A. No. 23-909 (GBW) (CJB) |
| CIPLA LIMITED, et al., | ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFFS AND CIPLA

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs

Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC (collectively

"Pfizer") and Defendant Cipla Limited ("Cipla") hereby stipulate and agree that Pfizer's action

against Cipla is hereby dismissed without prejudice.  All parties shall bear their own costs,

disbursements and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC*

April 25, 2026

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 504-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Cipla Limited*

SO ORDERED, this 27th day of April_____, 2026.

_____
United States District Court Judge