IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC.,                                     )
FOLDRX PHARMACEUTICALS, LLC,                     )
PF PRISM IMB B.V., WYETH LLC, and                )
THE SCRIPPS RESEARCH INSTITUTE,                  )
                                                 )
              Plaintiffs,                        )    C.A. No. 23-879 (GBW) (CJB)
                                                 )    CONSOLIDATED
         v.                                      )
                                                 )    C.A. No. 23-924 (GBW) (CJB)
CIPLA LIMITED, et al.,                           )
                                                 )
              Defendants.                        )

**STIPULATION OF DISMISSAL BETWEEN PLAINTIFFS AND HIKMA**

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs

Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC (collectively

"Pfizer") and Defendant Hikma Limited. ("Hikma") hereby stipulate and agree that Pfizer's action

against Hikma is hereby dismissed without prejudice.  All parties shall bear their own costs,

disbursements and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Megan E. Dellinger* | */s/ Dominick T. Gattuso* |
| Megan E. Dellinger (#5739) | Dominick T. Gattuso (#3630) |
| 1201 North Market Street | Catherine E. Lynch (#7326) |
| P.O. Box 1347 | 222 Delaware Avenue, Suite 900 |
| Wilmington, DE  19899 | Wilmington, DE  19801 |
| (302) 658-9200 | (302) 472-7311 |
| mdellinger@morrisnichols.com | dgattuso@hegh.law |
| | clynch@hegh.law |
| *Attorneys for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., Wyeth LLC and The Scripps Research Institute* | *Attorneys for Defendant Hikma Pharmaceuticals USA Inc.* |

April 28, 2028

SO ORDERED, this _____ day of _____, 2026.


_____
United States District Court Judge